**TRENK, DIPASQUALE,
DELLA FERA & SODONO, P.C.**
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ 07052
(973) 243-8600
Shoshana Schiff, Esq.
Robert S. Roglieri, Esq.
*Counsel for Creditor Donald V. Biase*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>DIANNA GUADAGNINO,<br><br>Debtor. | Chapter 11<br><br>Case No. 17-12951 (RG) |

### NOTICE OF APPEARANCE

      Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Creditor Donald V. Biase. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:        Shoshana Schiff, Esq.
                      Trenk, DiPasquale, Della Fera & Sodono, P.C.
                      347 Mt. Pleasant Avenue, Suite 300
                      West Orange, NJ 07052
                      sschiff@trenklawfirm.com

DOCUMENTS:

      ☑    All notices entered pursuant to Fed. R. Bankr. P. 2002.
      ☑    All documents and pleadings of any nature.

Dated: March 3, 2017                                        /s/ Shoshana Schiff
                                                                         SHOSHANA SCHIFF

4845-4079-3924, v. 1