**TRENK, DIPASQUALE,**
**DELLA FERA & SODONO, P.C.**
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ 07052
(973) 243-8600
Shoshana Schiff, Esq.
Robert S. Roglieri, Esq.
*Counsel for Creditor Donald V. Biase*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| In re: | Chapter 11 |
|---|---|
| DIANNA GUADAGNINO, | Case No. 17-12951 (RG) |
| Debtor. | |

**NOTICE OF APPEARANCE**

     Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Creditor Donald V. Biase. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:        Robert S. Roglieri, Esq.
                       Trenk, DiPasquale, Della Fera & Sodono, P.C.
                       347 Mt. Pleasant Avenue, Suite 300
                       West Orange, NJ 07052
                       rroglieri@trenklawfirm.com

DOCUMENTS:

       ☑    All notices entered pursuant to Fed. R. Bankr. P. 2002.
       ☑    All documents and pleadings of any nature.

Dated: March 3, 2017                                           /s/ Robert S. Roglieri
                                                              ROBERT S. ROGLIERI

4847-5922-5412, v. 1