UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

CULLEN AND DYKMAN LLP
433 Hackensack Avenue
Hackensack, New Jersey 07601
(201) 488-1300 (Tel)
David Edelberg, Esq.
Attorneys for Dianna Guadagnino

**Order Filed on March 6, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    Dianna Guadagnino,

                    Debtors.

Case No.: 17-12951(RG)

Adv. No.: _____

Hearing Date: March 21, 2017 @ 11:00 a.m

Judge: Rosemary Gambardella

## ORDER SHORTENING TIME PERIOD
## FOR NOTICE AND SETTING HEARING

The relief set forth on the following pages, numbered two (2) through three (3) is hereby ORDERED.

**DATED: March 6, 2017**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon consideration of the application of _____Dianna Guadagnino_____ for notice under Fed. R. Bankr. P. 9006(c)(1), and for cause shown, it is

ORDERED as follows:

1. The time period required by Local Bankruptcy Rule 9013-1 or Fed. R. Bankr. P. 2002 or other rule for notice of hearing on ___the Debtor's Application regarding use of Cash Collateral is hereby shortened as set forth herein.

2. Hearing shall be conducted on the aforesaid motion/application on _____March 21_____, 20 _17_ at __11:00__ A.m..m. in the United States Bankruptcy Court _____50 Walnut Street, Newark, New Jersey_____, Courtroom No. __3E__.

3. True copies of this order, the application for it, and the moving papers shall be served upon _____the United States Trustee, and Secured Parties_____ by:

- ❏ fax,
- ☒ overnight mail,
- ❏ email,
- ❏ hand delivery,
- ❏ regular mail,

and within

- ❏ _____ day(s) of the date hereof, or
- ☒ on the same date as the order.

4. Immediate telephone notice of entry of this order shall also be given to said parties.

5.     Any objections to said motion/application:

       ☒     shall be filed and served so as to be received no later than   03/16/2017   BY 4:00 p.m.

       ☐     may be presented at the hearing.

6.    ☒     Court appearances will be required to prosecute said motion/application and any objections.

       ☐     Any objector may appear by telephone at the hearing.

       ☐     The hearing will be held by telephone conference call, to be arranged by the applicant.

*rev.6/1/06.jml*