UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

CULLEN AND DYKMAN LLP
433 Hackensack Avenue
Hackensack, New Jersey 07601
(201) 488-1300 (Tel)
David Edelberg, Esq.
Attorneys for Dianna Guadagnino

Order Filed on March 6, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Dianna Guadagnino,

Debtors.

Case No.: 17-12951(RG)

Adv. No.: 

Hearing Date: March 21, 2017 @ 11:00 a.m

Judge: Rosemary Gambardella

## ORDER SHORTENING TIME PERIOD
## FOR NOTICE AND SETTING HEARING

The relief set forth on the following pages, numbered two (2) through three (3) is hereby ORDERED.

**DATED: March 6, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon consideration of the application of _____Dianna Guadagnino_____ for notice under Fed. R. Bankr. P. 9006(c)(1), and for cause shown, it is

ORDERED as follows:

1. The time period required by Local Bankruptcy Rule 9013-1 or Fed. R. Bankr. P. 2002 or other rule for notice of hearing on ___the Debtor's Application regarding use of Cash___ Collateral is hereby shortened as set forth herein.

2. Hearing shall be conducted on the aforesaid motion/application on _____March 21_____, 20 _17_ at __11:00__ A.m .m. in the United States Bankruptcy Court _____50 Walnut Street, Newark, New Jersey_____, Courtroom No. __3E__ .

3. True copies of this order, the application for it, and the moving papers shall be served upon _____the United States Trustee, and Secured Parties_____ by:

- ❏ fax,
- ☒ overnight mail,
- ❏ email,
- ❏ hand delivery,
- ❏ regular mail,

and within

- ❏ _____ day(s) of the date hereof, or
- ☒ on the same date as the order.

4. Immediate telephone notice of entry of this order shall also be given to said parties.

5. Any objections to said motion/application:

    ☒ shall be filed and served so as to be received no later than   03/16/2017   BY 4:00 p.m.

    ❏ may be presented at the hearing.

6. ☒ Court appearances will be required to prosecute said motion/application and any objections.

    ❏ Any objector may appear by telephone at the hearing.

    ❏ The hearing will be held by telephone conference call, to be arranged by the applicant.

*rev.6/1/06.jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Dianna Guadagnino  
    Debtor

Case No. 17-12951-RG  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 06, 2017  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2017.  
db         +Dianna Guadagnino,    287 Communipaw Avenue,    Jersey City, NJ 07304-4003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2017                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2017 at the address(es) listed below:
         David   Edelberg    on behalf of Debtor Dianna   Guadagnino dedelberg@cullenanddykman.com
         Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Nicholas Paul Edwards    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates nedwards@shp-law.com
         Robert S. Roglieri    on behalf of Creditor    Donald V. Biase RRoglieri@trenklawfirm.com
         Shoshana   Schiff    on behalf of Creditor    Donald V. Biase sschiff@trenklawfirm.com, cdeangelis@trenklawfirm.com
         U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
         William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-AB1, Mortgage Pass-Through Certificates, Series 2006-AB1 ecf@powerskirn.com
                                                                                                               TOTAL: 7