UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(a)**

**CULLEN AND DYKMAN LLP**
433 Hackensack Avenue
Hackensack, NJ 07601
(201) 488-1300 (Tel)
(201) 488-6541 (Fax)
David Edelberg, Esq.
dedelberg@cullenanddykman.com
Proposed Counsel to Dianna Guadagnino

| | |
|---|---|
| In Re: | Chapter 11 |
| Dianna Guadagnino, | Case No.: Case No.: 17-12951(RG) |
| Debtor. | |

## CERTIFICATION OF SERVICE

I, Winsome Peterkin, being of full age, hereby certifies as follows:

1. I am a legal assistant employed by the law firm of Cullen and Dykman LLP, proposed counsel for Dianna Guadagnino, the Debtor in the above captioned matter.

2. On March 6, 2017 I served a copy of an Order, dated March 6, 2017, scheduling a hearing regarding the Debtor's use of Cash Collateral on March 21, 2017 at 11:00 a.m. by overnight mail and email (where an email is provided), upon the parties on the annexed Service List.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: March    , 2017                                              /s/Winsome Peterkin_____
                                                                                    Winsome Peterkin

F:\EDELBERG\Guadagnino Dianna\Pleadings\Cert of Service -Orders (Cash Collateral-Shorten time) 3.9.17.doc

# SERVICE LIST

| | |
|---|---|
| Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, New Jersey 07102 | Bank of America Home Loans<br>PO Box 15222<br>Wilmington DE 19886 |
| Emmanuel J. Argentieri, Esq.<br>Romano Garubo & Argentieri LLC<br>52 Newton Ave . PO Box 456<br>Woodbury, NJ  08096<br>Attorneys for M&T Bank<br>svirgilio@rgalegal.com | Wells Fargo Home Mortgage<br>PO Box 10335<br>Des Moines IA 50306 |
| Powers Kim, LLC<br>728 Marne Highway, Suite 200<br>Moorestown, NJ 08057<br>Attorneys for US Bank National Association as Trustee for MASTR Asset Packed Securities Trust | Nicholas P. Edwards<br>Shelton, Harrison & Pinson, PLLC<br>701 Highlander Blvd, Suite 270<br>Arlington, TX 76015<br>Attorneys for Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust<br>Tele: 817.522.7550<br>Email: Bankruptcy@shp-law.com |
| Denise Carlon, Esq.<br>Brian C. Nicholas, Esq.<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Attorneys for Bank of America, N.A.<br>dcarlon@kmllawgroup.com<br>bnicholas@kmllawgroup.com | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541<br>Telephone: (877) 829-8298<br>Facsimile: (757) 351-3257<br>E-mail: claims@recoverycorp.com |
| Shoshana Schiff, Esq.<br>Trenk, DiPasquale, Della Fera & Sodono, P.C.<br>347 Mt. Pleasant Avenue, Suite 300<br>West Orange, NJ 07052<br>Attorneys for Donald V. Biase<br>sschiff@trenklawfirm.com | Robert S. Roglieri, Esq.<br>Trenk, DiPasquale, Della Fera & Sodono, P.C.<br>347 Mt. Pleasant Avenue, Suite 300<br>West Orange, NJ 07052<br>Attorneys for Donald V. Biase<br>rroglieri@trenklawfirm.com |

F:\EDELBERG\Guadagnino Dianna\Pleadings\Cert of Service -Orders (Cash Collateral-Shorten time) 3.9.17.doc