| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>CULLEN AND DYKMAN LLP<br>433 Hackensack Avenue<br>Hackensack, NJ 07601<br>(201) 488-1300 (Tel)<br>David Edelberg, Esq.<br>Proposed Counsel to Dianna Guadagnino | Order Filed on March 20, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

In Re:

Dianna Guadagnion,

      Debtor.

Case Number:    17-12951(RG)

Hearing Date:    _____

Judge:    Gambardella

Chapter:    11

Recommended Local Form:  ☒ Followed  ☐ Modified

## ORDER RE EXTENSION OF TIME TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED:** March 20, 2017

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒ Granted. The deadline to file schedules is extended to ___March 24, 2017___.

☐ Denied.

*rev.8/1/15*