| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| CULLEN AND DYKMAN LLP<br>433 Hackensack Avenue<br>Hackensack, NJ 07601<br>(201) 488-1300 (Tel)<br>David Edelberg, Esq.<br>Proposed Counsel to Dianna Guadagnino | Order Filed on March 20, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| In Re: | Case Number: | 17-12951(RG) |
|---|---|---|
| Dianna Guadagnion, | Hearing Date: | |
| Debtor. | Judge: | Gambardella |
| | Chapter: | 11 |

Recommended Local Form:    ☑ Followed    ☐ Modified

### ORDER RE EXTENSION OF TIME
### TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 20, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒ Granted. The deadline to file schedules is extended to ___March 24, 2017___.

☐ Denied.

rev.8/1/15

2

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                              Case No. 17-12951-RG
Dianna Guadagnino                                                   Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1               Date Rcvd: Mar 20, 2017
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2017.
db             +Dianna Guadagnino,    287 Communipaw Avenue,    Jersey City, NJ 07304-4003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2017 at the address(es) listed below:
              David   Edelberg    on behalf of Debtor Dianna  Guadagnino dedelberg@cullenanddykman.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nicholas Paul Edwards    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington
               mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates nedwards@shp-law.com
              Robert S. Roglieri    on behalf of Creditor    Donald V. Biase RRoglieri@trenklawfirm.com
              Shoshana   Schiff    on behalf of Creditor    Donald V. Biase sschiff@trenklawfirm.com,
               cdeangelis@trenklawfirm.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               MASTR Asset Backed Securities Trust 2006-AB1, Mortgage Pass-Through Certificates, Series
               2006-AB1 ecf@powerskirn.com
                                                                                             TOTAL: 7