| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(a)<br><br>**CULLEN AND DYKMAN LLP**<br>433 Hackensack Avenue<br>Hackensack, NJ 07601<br>(201) 488-1300 (Tel)<br>(201) 488-6541 (Fax)<br>David Edelberg, Esq.<br>dedelberg@cullenanddykman.com<br>Proposed Counsel to Dianna Guadagnino | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br>MAR 31 2017<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY_____DEPUTY |
| In Re:<br><br>Dianna Guadagnino,<br><br>Debtor. | Chapter 11<br><br>Case No.: Case No.: 17-12951(RG) |

### ORDER AUTHORIZING THE DEBTOR TO RETAIN
### CULLEN AND DYKMAN LLP AS COUNSEL NUNC PRO TUNC
### TO THE PETITION DATE

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED.**

3-31-17         USBJ

Debtor:     In re Dianna Guadagnino.
Case No:    Case No.: 17-12951(RG)
Page 2 of 3

## ORDER AUTHORIZING THE RETENTION OF CULLEN AND DYKMAN LLP AS COUNSEL TO THE DEBTOR NUNC PRO TUNC TO THE PETITION DATE

Upon the Application (the "Application") of Dianna Guadagnino (the "Debtor"), as debtor and debtor in possession herein, seeking the entry of an order sections 327(a) and 328(a) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey (the "Local Bankruptcy Rules"), inter alia, authorizing Debtor to employ and retain Cullen and Dykman LLP ("C&D") as her counsel for the purposes set forth in the Application nunc pro tunc to the Petition Date; and upon the Affidavit of David Edelberg, Esq. (the "Edelberg Affidavit"); and the Court being satisfied, based on the representations made in the Application and the Edelberg Affidavit that C&D represents or holds no interest adverse to the Debtor or to its estate as to the matters upon which it is to be engaged, and further that C&D is "disinterested" under section 101(14) of the Bankruptcy Code, and that the employment of C&D is necessary and in the best interests of the Debtor and her estate; and the Court having reviewed the Application and having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334; that this proceeding is a core proceeding pursuant to 28 U.S.C. §157(b)(2); that venue is proper in this district pursuant to 28 U.S.C. §1409; and that due and sufficient notice of the Application has been given and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore, it is hereby

Debtor:     In re Dianna Guadagnino.
Case No:    Case No.: 17-12951(RG)
Page 3 of 3

### ORDER AUTHORIZING THE RETENTION OF
### CULLEN AND DYKMAN LLP AS COUNSEL TO THE DEBTOR
### NUNC PRO TUNC TO THE PETITION DATE

**ORDERED**, that pursuant to section 327(a) of the Bankruptcy Code, the Debtor is authorized to employ and retain C&D as counsel, *nunc pro tunc* as of the Petition Date; and it is further

**ORDERED**, that C&D shall be entitled to an allowance of compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and such other orders as the Court may enter; and it is further

**ORDERED**, that C&D is remitted to receive monthly payments of $3,000.00 from the Debtor, commencing March 5, 2017, for deposit in C&D's trust account pending further order of this Court; and it is further

**ORDERED**, that C&D shall apply any retainer remaining at the time of its final fee application in satisfaction of compensation and reimbursement awarded with respect to such application, and promptly pay to the Debtor's estate any retainer remaining after such application.

F:\EDELBERG\Guadagmino Dianna\Pleadings\C&D Order.doc

United States Bankruptcy Court
District of New Jersey

In re:  
Dianna Guadagnino  
    Debtor  

Case No. 17-12951-RG  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Mar 31, 2017  
                Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2017.  
db         +Dianna Guadagnino,    287 Communipaw Avenue,    Jersey City, NJ 07304-4003  
aty        +Cullen and Dykman LLP,    433 Hackensack Avenue,    Hackensack, NJ 07601-6319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2017 at the address(es) listed below:

          David   Edelberg    on behalf of Debtor Dianna   Guadagnino dedelberg@cullenanddykman.com  
          Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          Nicholas Paul Edwards    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington  
           mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates nedwards@shp-law.com  
          Robert S. Roglieri    on behalf of Creditor    Donald V. Biase RRoglieri@trenklawfirm.com  
          Shoshana   Schiff    on behalf of Creditor    Donald V. Biase sschiff@trenklawfirm.com,  
           cdeangelis@trenklawfirm.com  
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
          William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee for  
           MASTR Asset Backed Securities Trust 2006-AB1, Mortgage Pass-Through Certificates, Series  
           2006-AB1 ecf@powerskirn.com  
                                                                                   TOTAL: 7