UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re:

DIANNA GUADAGNINO,

Debtor.

Chapter 11

Case No. 17-12951 (RG)

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Liquidity Solutions, Inc. enters an appearance in the above-referenced proceeding and hereby requests that notice and copies of all motions, notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statements or plans of reorganization that have been filed with the court and any other documents or instruments filed in the above-referenced proceeding regarding any other matter for which notice is required pursuant to 11 U.S.C. §1109(b) and Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure be served upon the following:

Liquidity Solutions, Inc.
One University Plaza, Suite 312
Hackensack, NJ 07601
Telephone: 201-968-0001
Email: lsi@liquiditysolutions.com

LIQUIDITY SOLUTIONS, INC.

Date: April 5, 2017

By: /s/ David Fishel
Its: Authorized Signatory