UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**CULLEN AND DYKMAN, LLP**
433 Hackensack Avenue
Hackensack, NJ 07601
(201) 488-1300 (Tel)
(201) 488-6541 (Fax)
David Edelberg, Esq.
*Counsel to Dianna Guadagnino*

In Re:

Dianna Guadagnino,

     Debtor.

Chapter 11

Case No.: 17-12951 (RG)

Judge: Rosemary Gambardella

## SUPPLEMENTAL CERTIFICATION OF SERVICE

1.  I, Tania Marienthal:

  ☐ represent _____ in this matter.

  ☒ am the secretary/paralegal for David Edelberg, who represents Dianna Guadagnino in this matter.

  ☐ am the _____ in this case and am representing myself.

2.  On May 4, 2017, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below by regular mail:

  1. Application for an Order Authorizing the Debtor to Retain Peter Mertz, CPA.

  2. Certification in Support of Application;

  3. Proposed form of Order; and

  4. Certification of Service.

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: May 4, 2017          */s/ Christania Marienthal*
                           Christania Marienthal

# SERVICE LIST

| | |
|---|---|
| Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, New Jersey 07102 | Bank of America Home Loans<br>PO Box 15222<br>Wilmington DE 19886 |
| Emmanuel J. Argentieri, Esq.<br>Romano Garubo & Argentieri LLC<br>52 Newton Ave . PO Box 456<br>Woodbury, NJ 08096<br>Attorneys for M&T Bank<br>svirgilio@rgalegal.com | Wells Fargo Home Mortgage<br>PO Box 10335<br>Des Moines IA 50306 |
| Powers Kim, LLC<br>728 Marne Highway, Suite 200<br>Moorestown, NJ 08057<br>Attorneys for US Bank National Association as Trustee for MASTR Asset Backed Securities Trust<br>sarah@powerskirn.com | Nicholas P. Edwards<br>Shelton, Harrison & Pinson, PLLC<br>701 Highlander Blvd, Suite 270<br>Arlington, TX 76015<br>Attorneys for Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust<br>Tele: 817.522.7550<br>Email: Bankruptcy@shp-law.com |
| Denise Carlon, Esq.<br>Brian C. Nicholas, Esq.<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Attorneys for Bank of America, N.A.<br>dcarlon@kmllawgroup.com<br>bnicholas@kmllawgroup.com | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541<br>Telephone: (877) 829-8298<br>Facsimile: (757) 351-3257<br>E-mail: claims@recoverycorp.com |
| Shoshana Schiff, Esq.<br>Trenk, DiPasquale, Della Fera & Sodono, P.C.<br>347 Mt. Pleasant Avenue, Suite 300<br>West Orange, NJ 07052<br>Attorneys for Donald V. Biase<br>sschiff@trenklawfirm.com | Robert S. Roglieri, Esq.<br>Trenk, DiPasquale, Della Fera & Sodono, P.C.<br>347 Mt. Pleasant Avenue, Suite 300<br>West Orange, NJ 07052<br>Attorneys for Donald V. Biase<br>rroglieri@trenklawfirm.com |
| Dianne Clemente<br>4112 Ramapo Court<br>Riverdale, NJ 07457 | Liquidity Solutions, Inc.<br>One University Plaza, Ste. 312<br>Hackensack, NJ 07601<br>isi@liquiditysolutions.com |