# CULLEN and DYKMAN LLP

DAVID EDELBERG
PARTNER
dedelberg@cullenanddykman.com

Continental Plaza
433 Hackensack Avenue
Hackensack, New Jersey 07601
Telephone (201) 488-1300 • Facsimile (201) 488-6541

May 4, 2017

**By Regular Mail**

TO ALL PARTIES ON THE ATTACHED SERVICE LIST:

    Re:   **In re Dianna Guadagnino**
           **Case No.: 17-12951**

           **Status Conference Scheduled on May 3, 2017**

Dear Sir or Madam:

    Please be advised that this firm represents Dianna Guadagnino, the Debtor in the above-referenced matter. Please be advised that the status conference previously scheduled on May 3, 2017 has been adjourned to June 6, 2017 at 10:00 a.m.

    Thank you.

                              Sincerely,

                              CULLEN AND DYKMAN LLP

                              David Edelberg

DE/tm

F:\EDELBERG\Guadagnino Dianna\Correspondence\Service Letter re Status Conf 5.4.17.doc

*Founded 1850*

BROOKLYN    LONG ISLAND    MANHATTAN    WASHINGTON, D.C.    ALBANY    NEW JERSEY

# SERVICE LIST

| | |
|---|---|
| Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, New Jersey 07102 | Bank of America Home Loans<br>PO Box 15222<br>Wilmington DE 19886 |
| Emmanuel J. Argentieri, Esq.<br>Romano Garubo & Argentieri LLC<br>52 Newton Ave . PO Box 456<br>Woodbury, NJ  08096<br>Attorneys for M&T Bank<br>svirgilio@rgalegal.com | Wells Fargo Home Mortgage<br>PO Box 10335<br>Des Moines IA 50306 |
| Powers Kim, LLC<br>728 Marne Highway, Suite 200<br>Moorestown, NJ 08057<br>Attorneys for US Bank National Association as Trustee for MASTR Asset Backed Securities Trust<br>sarah@powerskirn.com | Nicholas P. Edwards<br>Shelton, Harrison & Pinson, PLLC<br>701 Highlander Blvd, Suite 270<br>Arlington, TX 76015<br>Attorneys for Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust<br>Tele: 817.522.7550<br>Email: Bankruptcy@shp-law.com |
| Denise Carlon, Esq.<br>Brian C. Nicholas, Esq.<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Attorneys for Bank of America, N.A.<br>dcarlon@kmllawgroup.com<br>bnicholas@kmllawgroup.com | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541<br>Telephone: (877) 829-8298<br>Facsimile: (757) 351-3257<br>E-mail: claims@recoverycorp.com |
| Shoshana Schiff, Esq.<br>Trenk, DiPasquale, Della Fera & Sodono, P.C.<br>347 Mt. Pleasant Avenue, Suite 300<br>West Orange, NJ 07052<br>Attorneys for Donald V. Biase<br>sschiff@trenklawfirm.com | Robert S. Roglieri, Esq.<br>Trenk, DiPasquale, Della Fera & Sodono, P.C.<br>347 Mt. Pleasant Avenue, Suite 300<br>West Orange, NJ 07052<br>Attorneys for Donald V. Biase<br>rroglieri@trenklawfirm.com |
| Dianne Clemente<br>4112 Ramapo Court<br>Riverdale, NJ 07457 | Liquidity Solutions, Inc.<br>One University Plaza, Ste. 312<br>Hackensack, NJ 07601<br>isi@liquiditysolutions.com |