# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re:                                Case no.:        17- 12951 (RG)

Dianna Guadagnino                Chapter:        11

                                             Judge:        R. Gambardella

                 Debtor(s)

## AMENDMENT TO SCHEDULE D, E or F
## or LIST OF CREDITORS

Please specify the List or Schedule(s) to be amended:

- ☐ Schedule D - Creditors holding secured claims
- ☐ Schedule E - Creditors holding unsecured priority claims
- ☒ Schedule F - Creditors holding unsecured claims
- ☒ List of Creditors (Matrix)

The schedule or list indicated above, having been previously filed, is amended as follows: (List name and address of creditors being added or deleted and indicate same; please use separate sheet if necessary)

See attached.

I hereby certify under penalty of perjury that the above information is correct.

Dated: May 3, 2017      Debtor's signature:     /s/ Dianna Guadagnino

Dated: _____      Debtor's signature: _____

Submit original and a $26.00 fee.

If new creditors are being added as a result of this amendment, you must attach a matrix containing only those creditors being added.

Rev.04/22/08.jml