UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**CULLEN AND DYKMAN, LLP**
433 Hackensack Avenue
Hackensack, NJ 07601
(201) 488-1300 (Tel)
(201) 488-6541 (Fax)
David Edelberg, Esq.
*Counsel to Dianna Guadagnino*

In Re:

Dianna Guadagnino,

                Debtor.

Chapter 11

Case No.: 17-12951 (RG)

Judge:   Rosemary Gambardella

## CERTIFICATION OF SERVICE

1. I, Tania Marienthal:

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for David Edelberg, who represents Dianna Guadagnino in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On May 4, 2017, I sent a copy of correspondence regarding the adjournment of the status conference from May 3, 2017 to June 6, 2017 at 10:00 a.m. to the parties listed in the chart below by regular mail.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: May 8, 2017        */s/ Christania Marienthal*
                                        Christania Marienthal

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, New Jersey 07102 | United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Emmanuel J. Argentieri, Esq.<br>Romano Garubo & Argentieri LLC<br>52 Newton Ave.<br>Woodbury, New Jersey 08096 | Attorneys for M&T Bank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Powers Kim, LLC<br>728 Marne Highway, Suite 200<br>Moorestown, NJ 08057 | Attorneys for US Bank National Association as Trustee for MASTR Asset Backed Securities Trust | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise Carlon, Esq.<br>Brian C. Nicholas, Esq.<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, New Jersey 08108 | Attorneys for Bank of America, N.A. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Shoshana Schiff, Esq.<br>Trenk, DiPasquale, Della Fera & Sodono, P.C.<br>347 Mt. Pleasant Avenue, Suite 300<br>West Orange, NJ 07052 | Attorneys for Donald V. Biase | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Dianne Clemente<br>4112 Ramapo Court<br>Riverdale, New Jersey 07457 | Interested Party | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bank of America Home Loans<br>PO Box 15222<br>Wilmington, DE 19886 | Claimant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wells Fargo Home Mortgage<br>PO Box 10335<br>Des Moines, IA 50306 | Claimant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Nicholas P. Edwards, Esq.<br>Shelton, Harrison & Pinson<br>701 Highlander Blvd.,<br>Suite 270<br>Arlington, Texas 76015 | Attorneys for Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | Claimant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Robert S. Roglieri, Esq.<br>Trenk, DiPasquale, Della Fera & Sodono, P.C.<br>347 Mt. Pleasant Avenue,<br>Suite 300<br>West Orange, NJ 07052 | Attorneys for Donald V. Biase | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Liquidity Solutions, Inc.<br>One University Plaza, Suite 312<br>Hackensack, New Jersey 07601 | Claimant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |