LIST OF CREDITORS
In Re: Dianna Guadagnino
Case No. 17-12951 (RG)
Chapter 11

Amara Faulkner
252 Duydam
Jersey City, NJ 07304

Andrews Hertz
287 Communipaw
Jersey City, NJ 07304

Basin Rock Oilfield Services
409 3rd St. NW
Watford City, ND 58854

Connell Foley
85 Livingston Avenue
Roseland, NJ 07068

Credit Bureau of Bismarck Inc.
1929 N Washington Street
Bismarck, ND 58501

Dakota Sanitation
PO Box 2637
Bismarck, ND 58502

Dan & Diana Roorda
2976 John F. Kennedy Blvd.
Apt. 4
Jersey City, NJ 07306

LIST OF CREDITORS
In Re: Dianna Guadagnino
Case No. 17-12951 (RG)
Chapter 11

Eli Benvenish
337 Whiton Street
Jersey City, NJ 07304

Everest Receivables Services
5165 Broadway, St. 112
Depew, NY 14043

Han Singh Song
287 Communipaw
Jersey City, NJ 07304

James Ventura
4412 Grand Avenue
North Bergen, NJ 07047

Jayne Freedman
194 Pine Street
Jersey City, NJ 07304

Jersey City Dept. Public Works
13-15 Linden Ave.
Jersey City, NJ 07305

John Ross
281 Varick Street
Hackensack, NJ 07602

Jersey City Fire Dept.
465 Marin Blvd.
Jersey City, NJ 07305

Ken & Yolanda Young
252 Suydam
Jersey City, NJ 07304

Koby Benvenisti
2 Bollywood
Jersey City, NJ 07304

Lisa Fennel
104 Lafayette Street
Jersey City, NJ 07304

LIST OF CREDITORS
In Re: Dianna Guadagnino
Case No. 17-12951 (RG)
Chapter 11

Michael Ciechotski
200 Van Horn Street
Jersey City, NJ 07304

Montana Dakota Utility
PO Box 7608
Boise, ID 83707

Persy Ventura
199 Congress Street
Jersey City, NJ 07307

Ramsey Mormon
287 Communipaw
Jersey City, NJ 07304

Richard Gonzalez
83 Brunswick Street
Jersey City, NJ 07302

RMCB Inc.
4 Westchester Plaza
Elmsford, NY 10523

State of New Jersey Motor Vehicle Commission
225 East State Street
Trenton, NJ 08666

Watford City Town Center
PO Box 2499
Watford City, ND 58854