UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

CULLEN AND DYKMAN LLP
433 Hackensack Avenue
Hackensack, New Jersey 07601
(201) 488-1300 (Tel.)
(201) 488-6541 (Fax)
David Edelberg, Esq.
dedelberg@cullenanddykman.com
Counsel to Debtor, Dianna Guadagnino

In Re:

Dianna Guadagnino,

        Debtor.

FILED
JEANNE A. NAUGHTON, CLERK
MAY 15 2017
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

Case No.:    17-12951 (RG)

Chapter:    11

Judge:    Gambardella

## ORDER AUTHORIZING RETENTION OF

## PETER MERTZ, CPA

The relief set forth on the following page is **ORDERED**.

_____
USBJ

5-15-17

Upon the applicant's request for authorization to retain ___Peter Mertz, CPA___
as ___accountant___, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: ___226 E. 85th Street___
___New York, New York 10028___

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court. *

\* Any pre-petition claim held by said accountants shall be waived as a condition of said retention.

*rev.8/1/15*

2