B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re   Dianna Guadagnino_____ ,        Case No.   17-12951_____

          *Debtor*

                                                    Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:   Feb 15 - Mar 31, 2017_____        Date filed:   05/24/2017_____

Line of Business:   Rental Income_____        NAISC Code:   531110_____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:   _____

_____

Original Signature of Responsible Party

Dianna Guadagnino_____

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*                **Yes**    **No**

| | | Yes | No |
|---|---|:---:|:---:|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☑ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑ | ☐ |

B 25C (Official Form 25C) (12/08)

| | | |
|---|---|---|
| 14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

| | | |
|---|---|---|
| DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? | ☑ | ☐ |

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 15,527.72 |

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 2,300.90 |
| Cash on Hand at End of Month | $ | 15,527.72 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    **TOTAL** | $ | 3,614.67 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT.  *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 11,913.05 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 15,527.72 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 11,913.05 |
| *(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH** | $ | 3,614.67 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $     0.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $     1,275.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?     0

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?     0

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?     $     3,000.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?     $     3,000.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?     $     0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?     $     0.00

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 15,000.00 | $ 15,527.72 | $ 527.72 |
| EXPENSES | $ 11,913.05 | $ 10,000.00 | $ 1,913.05 |
| CASH PROFIT | $ 3,086.95 | $ 5,527.72 | $ 2,440.77 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:                    $   14,000.00

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:                  $   9,000.00

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:              $   5,000.00

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

Reset                                    Save As...            Print

# Dianna Guadagnino

## PROFIT AND LOSS DETAIL

February 15 - March 31, 2017

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| Ordinary Income/Expenses | | | | | | |
| Income | | | | | | |
| Sales | | | | | | |
| 02/17/2017 | Deposit | | Rent | Online Banking transfer from CHK 6607 Confirmation# 3234256924 | 900.00 | 900.00 |
| 02/21/2017 | Deposit | | | Online Banking transfer from CHK | 100.00 | 1,000.00 |
| 02/24/2017 | Deposit | | | Mobile/Email Transfer Conf# 1230 | 200.00 | 1,200.00 |
| 03/01/2017 | Deposit | | | Counter Credit | 1,275.00 | 2,475.00 |
| 03/01/2017 | Deposit | | | Counter Credit | 2,075.00 | 4,550.00 |
| 03/02/2017 | Deposit | | | Counter Credit | 375.00 | 4,925.00 |
| 03/02/2017 | Deposit | | | Counter Credit | 800.00 | 5,725.00 |
| 03/03/2017 | Deposit | | | Counter Credit | 170.00 | 5,895.00 |
| 03/03/2017 | Deposit | | | Mobile/Email Transfer Conf# hj2e | 2,325.00 | 8,220.00 |
| 03/03/2017 | Deposit | | Rent | Counter Credit Andreas | 1,700.00 | 9,920.00 |
| 03/20/2017 | Deposit | | Rent | DEPOSIT | 5.00 | 9,925.00 |
| 03/22/2017 | Deposit | | Rent | Online Banking transfer from CHK - Lisa | 2,350.02 | 12,275.02 |
| 03/24/2017 | Deposit | | Rent | Mobile/Email Transfer Conf# 1241 - Persy | 200.00 | 12,475.02 |
| **Total for Sales** | | | | | **$12,475.02** | |
| Uncategorized Income | | | | | | |
| 02/28/2017 | Deposit | | | Acumen Fiscal Ag DES:EDI PYMNTS | 3,052.70 | 3,052.70 |
| **Total for Uncategorized Income** | | | | | **$3,052.70** | |
| **Total for Income** | | | | | **$15,527.72** | |
| **Net Income** | | | | | **$15,527.72** | |

# Dianna Guadagnino

## TRANSACTION DETAIL BY ACCOUNT

### February 15 - March 31, 2017

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | AMOUNT | BALANCE |
|------|-----------------|-----|------|------------------|--------|---------|
| 02/15/2017 | Expense | | | CHECKCARD 0214 MCKENZIE CO SCHOOL DIST 701-4443626 ND 2427074704649030033509 | 150.00 | 150.00 |
| 02/15/2017 | Expense | | | CHECKCARD 0214 Experian *CreditRepo 866-5827269 CA 24906417045035853014086 RECURRING | 24.99 | 174.99 |
| 02/16/2017 | Expense | | | CHECKCARD 0215 SN *Watford City Figure 701-6752016 ND 24906417046035889579655 RECURRING | 43.75 | 218.74 |
| 02/16/2017 | Expense | | | CHECKCARD 0215 SN *Watford City Figure 701-6752016 ND 24906417046035889579630 RECURRING | 43.75 | 262.49 |
| 02/16/2017 | Expense | | | CHECKCARD 0215 SN *Watford City Figure 701-6752016 ND 24906417046035889579721 RECURRING | 43.75 | 306.24 |
| 02/16/2017 | Expense | | | CHECKCARD 0216 EQUIFAX CONSUMER 866-640-2273 GA 24692167047000025296257 RECURRING | 19.95 | 326.19 |
| 02/16/2017 | Expense | | | CHECKCARD 0215 SN *Watford City Figure 701-6752016 ND 24906417046035889579663 RECURRING | 43.75 | 369.94 |
| 02/21/2017 | Expense | | | TARGET DEBIT CRD ACH TRAN CO ID: | 57.01 | 426.95 |
| 02/21/2017 | Expense | | | CHECKCARD 0217 WISDOM INC RAPID | 361.34 | 788.29 |
| 02/21/2017 | Expense | | | CHECKCARD 0218 HOBBY-LOBBY #0200 | 56.68 | 844.97 |
| 02/21/2017 | Expense | | | TARGET DEBIT CRD ACH TRAN CO ID: | 3.80 | 848.77 |
| 02/21/2017 | Expense | | | CHECKCARD 0218 SQ *EDGES & D | 77.37 | 926.14 |
| 02/21/2017 | Expense | | | CHECKCARD 0218 MARCO'S PIZZA #40 | 44.74 | 970.88 |
| 02/21/2017 | Expense | | | CHECKCARD 0217 EXXONMOBIL 480985 | 14.02 | 984.90 |
| 02/21/2017 | Expense | | | CHECKCARD 0217 CARIBOU COFFEE 12 | 8.47 | 993.37 |
| 02/23/2017 | Expense | | | CHECKCARD 0221 WISDOM INC RAPID | 68.98 | 1,062.35 |
| 02/23/2017 | Expense | | | CHECKCARD 0221 HOBBY-LOBBY #0200 | 137.03 | 1,199.38 |
| 02/27/2017 | Expense | | | CHECKCARD 0224 TU *TRANSUNION 80 | 17.95 | 1,217.33 |
| 03/06/2017 | Expense | | | CHECKCARD 0305 TST* CARBON COUNT | 78.89 | 1,296.22 |
| 03/06/2017 | Expense | | | CHECKCARD 0304 RED LODGE MTN F A | 72.58 | 1,368.80 |
| 03/06/2017 | Expense | | | BEARTOOTH MARK 03/05 #000374893 | 88.73 | 1,457.53 |
| 03/06/2017 | Expense | | Withdrawel | WELLS FARGO BA 03/06 #000091141 | 2.50 | 1,460.03 |
| 03/06/2017 | Expense | | | CHECKCARD 0304 CENEX CROSS PE070 | 13.45 | 1,473.48 |
| 03/06/2017 | Expense | | | CHECKCARD 0305 RED LODGE MTN RET | 25.75 | 1,499.23 |
| 03/06/2017 | Expense | | | CHECKCARD 0305 RED LODGE MTN TIC | 110.00 | 1,609.23 |
| 03/06/2017 | Expense | | | CHECKCARD 0305 RED LODGE SKI SCH | 19.00 | 1,628.23 |
| 03/06/2017 | Expense | | | CHECKCARD 0304 CENEX CROSS PE070 | 16.14 | 1,644.37 |
| 03/06/2017 | Expense | | | CHECKCARD 0304 CONOCO - CONOMART | 65.56 | 1,709.93 |
| 03/06/2017 | Expense | | | CHECKCARD 0305 RED LODGE MTN F A | 83.40 | 1,793.33 |
| 03/06/2017 | Expense | | | ISPA/PIMDS 03/05 #000005532 WITH | 2.50 | 1,795.83 |
| 03/06/2017 | Expense | | | CHECKCARD 0305 RED LODGE SKI SCH | 219.00 | 2,014.83 |
| 03/07/2017 | Expense | | | CHECKCARD 0306 TESS A DAVIS PC O | 650.00 | 2,664.83 |
| 03/07/2017 | Expense | | | CHECKCARD 0306 SNAG BAR RED LODG | 43.00 | 2,707.83 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | AMOUNT | BALANCE |
|------|-----------------|-----|------|------------------|--------|---------|
| 03/07/2017 | Expense | | | CHECKCARD 0306 VERIZON WRL MY AC | 786.64 | 3,494.47 |
| 03/07/2017 | Expense | | | CHECKCARD 0305 BABCOCK & MIL | 17.46 | 3,511.93 |
| 03/08/2017 | Expense | | | CHECKCARD 0306 NAPA PARTS LES DI | 37.55 | 3,549.48 |
| 03/08/2017 | Expense | | | CHECKCARD 0307 BRUCE R. SCHECHNE | 100.00 | 3,649.48 |
| 03/08/2017 | Expense | | | MDU DES:WEB PAY ID:XXXXX73412 IN | 500.00 | 4,149.48 |
| 03/08/2017 | Expense | | | MDU DES:WEB PAY ID:XXXXX85736 IN | 500.00 | 4,649.48 |
| 03/08/2017 | Expense | | | CHECKCARD 0306 YELLOWSTONE WILDL | 135.99 | 4,785.47 |
| 03/08/2017 | Expense | | | CHECKCARD 0307 COSTCO WHSE #0069 | 543.16 | 5,328.63 |
| 03/09/2017 | Expense | | | CHECKCARD 0307 BEARTOOTH HIDEAWA | 580.50 | 5,909.13 |
| 03/10/2017 | Expense | | | CHECKCARD 0309 DNH*GODADDY.COM 4 | 15.17 | 5,924.30 |
| 03/10/2017 | Expense | | | CHECKCARD 0309 AAA MEMBERSHIP PO | 118.00 | 6,042.30 |
| 03/10/2017 | Expense | | | CHECKCARD 0309 VZWRLSS*APOCC VIS | 225.74 | 6,268.04 |
| 03/10/2017 | Expense | | | CHECKCARD 0309 AAA NO JERSEY CAL | 93.00 | 6,361.04 |
| 03/14/2017 | Expense | | | CHECKCARD 0312 DELTA AIR 0062178 | 533.60 | 6,894.64 |
| 03/14/2017 | Expense | | | CHECKCARD 0313 REALTYSTORE.COM 8 | 49.60 | 6,944.24 |
| 03/14/2017 | Expense | | | CHECKCARD 0313 MCKENZIE CO SCHOO | 200.00 | 7,144.24 |
| 03/15/2017 | Expense | | | CHECKCARD 0314 Experian *CreditR | 24.99 | 7,169.23 |
| 03/15/2017 | Expense | | | CHECKCARD 0314 AmazonPrime Membe | 105.81 | 7,275.04 |
| 03/16/2017 | Expense | | | CHECKCARD 0316 EQUIFAX CONSUMER | 19.95 | 7,294.99 |
| 03/17/2017 | Expense | | | CHECKCARD 0316 AMAZON MKTPLACE P | 269.50 | 7,564.49 |
| 03/17/2017 | Expense | | | CHECKCARD 0316 DTV*DIRECTV SERVI | 150.00 | 7,714.49 |
| 03/20/2017 | Expense | | | CHECKCARD 0318 DELTA AIR 0062179 | 357.00 | 8,071.49 |
| 03/20/2017 | Expense | | Uber | CHECKCARD 0320 UBER US MAR19 22K | 23.93 | 8,095.42 |
| 03/20/2017 | Expense | | Uber | CHECKCARD 0319 UBER US MAR19 YLY | 5.00 | 8,100.42 |
| 03/21/2017 | Expense | | | CHECKCARD 0319 DELTA AIR Baggage | 25.00 | 8,125.42 |
| 03/21/2017 | Expense | | | CHECKCARD 0319 NT ROCK BOTTOM203 | 21.10 | 8,146.52 |
| 03/21/2017 | Expense | | | CHECKCARD 0320 AMAZON.COM AMZN.C | 21.94 | 8,168.46 |
| 03/21/2017 | Expense | | | CHECKCARD 0320 PAYPAL *BELLECLOS | 5.10 | 8,173.56 |
| 03/21/2017 | Expense | | | CHECKCARD 0320 PAYPAL *CLAUDETTE | 13.74 | 8,187.30 |
| 03/21/2017 | Expense | | Uber | CHECKCARD 0320 UBER US MAR20 BBA | 21.76 | 8,209.06 |
| 03/21/2017 | Expense | | | CHECKCARD 0320 BUON APPETITO JER | 45.25 | 8,254.31 |
| 03/22/2017 | Expense | | Uber | CHECKCARD 0321 UBER US MAR21 MQ4 | 8.64 | 8,262.95 |
| 03/22/2017 | Expense | | | CHECKCARD 0321 RASOI JERSEY CITY | 41.30 | 8,304.25 |
| 03/22/2017 | Expense | | Uber | CHECKCARD 0321 UBER US MAR21 53B | 10.99 | 8,315.24 |
| 03/22/2017 | Expense | | | Wire Transfer Fee | 30.00 | 8,345.24 |
| 03/23/2017 | Expense | | Uber | CHECKCARD 0322 UBER TECHNOLOGIES | 13.91 | 8,359.15 |
| 03/23/2017 | Expense | | Uber | CHECKCARD 0322 UBER US MAR22 FK5 | 5.30 | 8,364.45 |
| 03/24/2017 | Expense | | Uber | CHECKCARD 0323 UBER US MAR23 UBO | 4.99 | 8,369.44 |
| 03/24/2017 | Expense | | Uber | CHECKCARD 0323 UBER US MAR23 WCC | 5.73 | 8,375.17 |
| 03/24/2017 | Expense | | Uber | CHECKCARD 0323 UBER US MAR23 Q56 | 43.33 | 8,418.50 |
| 03/24/2017 | Expense | 098 | Cullen & Dykeman | CHECK #98 | 3,000.00 | 11,418.50 |
| 03/27/2017 | Expense | | | CHECKCARD 0324 TU *TRANSUNION 80 | 17.95 | 11,436.45 |
| 03/27/2017 | Expense | | Uber | CHECKCARD 0325 UBER US MAR25 VQA | 19.57 | 11,456.02 |
| 03/27/2017 | Expense | | Uber | CHECKCARD 0325 UBER US MAR25 NPS | 2.00 | 11,458.02 |
| 03/27/2017 | Expense | | Uber | CHECKCARD 0325 UBER TECHNOLOGIES | 2.00 | 11,460.02 |
| 03/27/2017 | Expense | | Uber | CHECKCARD 0325 UBER TECHNOLOGIES | 32.19 | 11,492.21 |
| 03/27/2017 | Expense | | | VISA DDA PUR426979 RMCF ST PAUL SAINT PAUL * MN | 32.72 | 11,524.93 |
| 03/27/2017 | Expense | | | VISA DDA PUR476197 JAVA MOON EXPRESS 510 NEWARK * NJ | 9.38 | 11,534.31 |
| 03/29/2017 | Expense | | | VISA DDA PUR442733 CASH WISE FOODS 30 | 160.46 | 11,694.77 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | AMOUNT | BALANCE |
|------|-----------------|-----|------|------------------|--------|---------|
| | | | | WATFORD CITY * ND | | |
| 03/29/2017 | Expense | | | PREMIUM ASSIGNME INSUR.PMT. | 251.13 | 11,945.90 |

# TD Bank

**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

DIANNA GUADAGNINO
DEBTOR IN POSSESSION
DIP CASE 17 12951 RG
287 COMMUNIPAW AVE
JERSEY CITY NJ  07304

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Mar 20 2017-Mar 31 2017 |
| Cust Ref #: | 4340580334-039-T-### |
| Primary Account #: | 434-0580334 |

## Chapter 11 Checking

DIANNA GUADAGNINO
DEBTOR IN POSSESSION

Account # 434-0580334

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 2,051.22 |
| Deposits | 5.00 | Annual Percentage Yield Earned | 0.00% |
| Other Credits | 5,000.00 | Days in Period | 12 |
| | | | |
| Checks Paid | 3,000.00 | | |
| Electronic Payments | 453.69 | | |
| Ending Balance | 1,551.31 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 3/20 | DEPOSIT | 5.00 |
| | Subtotal: | 5.00 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 3/22 | WIRE TRANSFER INCOMING, DIANNA GUADAGNINO | 5,000.00 |
| | Subtotal: | 5,000.00 |

**Checks Paid**   No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 3/24 | 98 | 3,000.00 |
| | Subtotal: | 3,000.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 3/27 | DEBIT CARD PURCHASE, *****04017405832, AUT 032517 VISA DDA PUR | 32.72 |
| | RMCF   ST PAUL       SAINT PAUL   * MN | |
| 3/27 | DEBIT CARD PURCHASE, *****04017405832, AUT 032517 VISA DDA PUR | 9.38 |
| | JAVA MOON EXPRESS 510    NEWARK    * NJ | |
| 3/29 | ELECTRONIC PMT-WEB, PREMIUM ASSIGNME INSUR.PMT. WEB INS PMT | 251.13 |
| 3/29 | DEBIT CARD PURCHASE, *****04017405832, AUT 032817 VISA DDA PUR | 160.46 |
| | CASH WISE FOODS  30    WATFORD CITY  * ND | |
| | Subtotal: | 453.69 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 3/20 | 0.00 | 3/24 | 2,005.00 |
| 3/20 | 5.00 | 3/27 | 1,962.90 |
| 3/22 | 5,005.00 | 3/29 | 1,551.31 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 

# How to Balance your Account

Page:        2 of 2

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| ① Ending Balance | 1,551.31 |
| ② Total Deposits | + |
| ③ Sub Total | |
| ④ Total Withdrawals | − |
| ⑤ Adjusted Balance | |

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ② |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ④ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible.  We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES:Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge.  The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement).  The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle.  The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day.  There is no grace period during which no finance charge accrues.  Finance charge adjustments are included in your total finance charge.



P.O. Box 15284
Wilmington, DE 19850

DIANNA GUADAGNINO
287 COMMUNIPAW AVE
JERSEY CITY, NJ  07304-4003

**Customer service information**

Customer service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your BofA Core Checking

for February 7, 2017 to March 10, 2017

Account number: 0094 2174 0657

**DIANNA GUADAGNINO**

## Account summary

| | |
|---|---:|
| Beginning balance on February 7, 2017 | $7,196.20 |
| Deposits and other additions | 15,405.55 |
| Withdrawals and other subtractions | -16,295.27 |
| Checks | -0.00 |
| Service fees | -37.50 |
| **Ending balance on March 10, 2017** | **$6,268.98** |

**Celebrate 20 years of Museums on Us®**

During the first full weekend of every month, just show your
Bank of America® debit or credit card and a photo ID for
**one free general admission** to more than 150 cultural institutions.

Learn more at **bankofamerica.com/artsonus**.

Make a date
with your
favorite museum

Bank of America

©2017 Bank of America Corporation          SSM-11-16-0484.B  |  ARMBCHVK

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation



**Bank of America, N.A. Member FDIC and** **Equal Housing Lender**

**Bank of America**

**Your checking account**

DIANNA GUADAGNINO   |   Account # 0094 2174 0657   |   February 7, 2017 to March 10, 2017

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 02/08/17 | Counter Credit | 1,000.00 |
| 02/14/17 | Online Banking transfer from CHK 6607 Confirmation# 1409401404 | 1,400.00 |
| 02/17/17 | Online Banking transfer from CHK 6607 Confirmation# 3234256924 | 900.00 |
| 02/21/17 | Online Banking transfer from CHK 6607 Confirmation# 2270776477 | 100.00 |
| 02/22/17 | CHECKCARD  0218 WISDOM INC RAPID CITY   SD 7475542705264049469 | 32.85 |
| 02/24/17 | Mobile/Email Transfer Conf# XXXXXXXX; PERSY VENTURA | 200.00 |
| 02/28/17 | Acumen Fiscal Ag DES:EDI PYMNTS ID:ND2122D59532412  INDN:DIANNA GUADAGNINO      CO ID:6870576224 PPD | 3,052.70 |
| 03/01/17 | Counter Credit | 2,075.00 |
| 03/01/17 | Counter Credit | 1,275.00 |
| 03/02/17 | Counter Credit | 800.00 |
| 03/02/17 | Counter Credit | 375.00 |
| 03/03/17 | Mobile/Email Transfer Conf# hj2e4w6hh; NORMAN, RAMSEY | 2,325.00 |
| 03/03/17 | Counter Credit | 1,700.00 |
| 03/03/17 | Counter Credit | 170.00 |
| **Total deposits and other additions** | | **$15,405.55** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---|
| 02/07/17 | CHECKCARD  0206 TESS A DAVIS PC OP 435-2942424  UT 24559307037900010001982 | -650.00 |
| 02/07/17 | NAVIENT       DES:NAVI DEBIT ID:90417729041001F  INDN:DIANNA C GUADAGNINO     CO ID:3520974271 PPD | -112.94 |
| 02/08/17 | CHECKCARD  0207 DTV*DIRECTV SERVICE 800-347-3288 CA 24692167038000048826347 | -120.00 |
| 02/09/17 | CHECKCARD  0208 AMAZON MKTPLACE PMTS AMZN.COM/BILLWA 24692167039000529886728 | -42.98 |
| 02/10/17 | CHECKCARD  0209 AMAZON MKTPLACE PMTS AMZN.COM/BILLWA 24692167040000204087193 | -7.24 |

*continued on the next page*

Here's a tip

Sending money is quick and easy

Use Mobile or Online Banking to send or transfer money:
• Between your Bank of America® bank accounts
• To and from your accounts at other banks
• To someone else

For more information, including step-by-step videos, go to **bankofamerica.com/transfers**.

Fees apply to wires and certain transfers. See the Online Banking Service Agreement at bankofamerica.com/serviceagreement for details. Data connection required for online and mobile transfers. Wireless carrier fees may apply. ©2017 Bank of America Corporation      SSM-11-16-0483.B  |  ARFPRPTP

DIANNA GUADAGNINO   |   Account # 0094 2174 0657 | January 27, 2017 to February 24, 2017

# Withdrawals and other subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| 02/10/17 | CHECKCARD  0209 VZWRLSS*APOCC VISN 800-922-0204 FL 24692167040000092820549 RECURRING | -225.74 |
| 02/10/17 | CHECKCARD  0209 KEEPERS SELF STORAGE 201-9635292  NJ 24275397041010233516390 | -814.73 |
| 02/10/17 | CHECKCARD  0209 CARQUEST 3137 WATFORD CITY ND 24431057040838000057194 | -76.67 |
| 02/10/17 | CARQUEST 3137   02/10 #000623524 PURCHASE CARQUEST 3137      WATFORD CITY  ND | -10.65 |
| 02/10/17 | CAPITAL ONE     DES:CRCARDPMT ID:704030189124582  INDN:9278877460GUADAGNINODI  CO ID:9541719018 TEL | -71.00 |
| 02/13/17 | CHECKCARD  0209 DELTA AIR   00623728919 DELTA.COM   CA 24717057041870410635461 | -653.60 |
| 02/13/17 | CHECKCARD  0209 HOLIDAY STNSTORE 0435 WATFORD CITY ND 24717057041690413028419 | -98.45 |
| 02/13/17 | CHECKCARD  0210 AMAZON.COM AMZN.COM/BIL AMZN.COM/BILLWA 24431067041083310389429 | -23.55 |
| 02/13/17 | CHECKCARD  0210 BCBS NORTH DAKOTA 800-342-4718 ND 24692167041000966163561 | -84.80 |
| 02/13/17 | CHECKCARD  0211 AMAZON MKTPLACE PMTS AMZN.COM/BILLWA 24692167042000508808763 | -11.17 |
| 02/13/17 | CHECKCARD  0212 KUM & GO #806 WILLISTON    ND 24427337043720000620826 | -57.31 |
| 02/13/17 | FIRST INTL B&T  02/12 #000736222 WITHDRWL 1331 9TH AVE NW    WILLISTON      ND | -442.95 |
| 02/13/17 | CHECKCARD  0212 KUM & GO #806 WILLISTON    ND 24427337043720000618986 | -60.37 |
| 02/14/17 | CHECKCARD  0212 WILD COW COFFEE AND CRE WATFORD CITY ND 24323007044698712995301 | -108.15 |
| 02/14/17 | CHECKCARD  0213 AMAZON MKTPLACE PMTS AMZN.COM/BILLWA 24692167044000595043744 | -12.89 |
| 02/14/17 | CHECKCARD  0212 DELTA AIR   Baggage Fee WILLISTON    ND 24717057044870441109772 | -25.00 |
| 02/14/17 | CHECKCARD  0212 REALTYSTORE.COM 888-3898245  CA 24040687044900014911304 RECURRING | -49.60 |
| 02/14/17 | CHECKCARD  0213 RESERVATION TELEPHONE C EBILL.RESTEL.ND 24231687044747002287216 | -208.94 |
| 02/14/17 | WIRE TYPE:WIRE OUT DATE:170214 TIME:1258 ET TRN:2017021400264855 SERVICE REF:007193 BNF:CULLEN AND DYKMAN LLP ID:605415223 BNF BK:PROV IDENT BANK ID:221272303 PMT DET:193974510 BK AND S HERIF SALE STAY | -5,000.00 |
| 02/14/17 | CAPITAL ONE     DES:CRCARDPMT ID:704430189290815  INDN:7287482058GUADAGNINODI  CO ID:9541719018 TEL | -187.00 |
| 02/15/17 | CHECKCARD  0214 Experian    *CreditRepo 866-5827269  CA 24906417045035853014086 RECURRING | -24.99 |
| 02/15/17 | CHECKCARD  0214 MCKENZIE CO SCHOOL DIST 701-4443626  ND 24270747046490300335609 | -150.00 |
| 02/16/17 | CHECKCARD  0215 SN *Watford City Figure 701-6752016  ND 24906417046035889579721 RECURRING | -43.75 |
| 02/16/17 | CHECKCARD  0215 SN *Watford City Figure 701-6752016  ND 24906417046035889579663 RECURRING | -43.75 |
| 02/16/17 | CHECKCARD  0215 SN *Watford City Figure 701-6752016  ND 24906417046035889579655 RECURRING | -43.75 |
| 02/16/17 | CHECKCARD  0215 SN *Watford City Figure 701-6752016  ND 24906417046035889579630 RECURRING | -43.75 |
| 02/16/17 | CHECKCARD  0216 EQUIFAX CONSUMER 866-640-2273 GA 24692167047000025296257 RECURRING | -19.95 |

*continued on the next page*

**Bank of America**

<span style="color:#C8102E">**Your checking account**</span>

DIANNA GUADAGNINO   |   Account # 0094 2174 0657   |   February 7, 2017 to March 10, 2017

# Withdrawals and other subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| 02/17/17 | CAPITAL ONE     DES:CRCARDPMT ID:704730189144816 INDN:9689555770GILLENJASON  CO ID:9541719018 WEB | -25.00 |
| 02/21/17 | CHECKCARD  0217 CARIBOU COFFEE 1255 SAINT PAUL   MN 24445007049000435215331 | -8.47 |
| 02/21/17 | CHECKCARD  0217 EXXONMOBIL   48098511 BOWMAN      ND 24164057050837003039894 | -14.02 |
| 02/21/17 | CHECKCARD  0217 WISDOM INC RAPID CITY   SD 24755427049640494699018 | -361.34 |
| 02/21/17 | CHECKCARD  0218 SQ *EDGES & DREAMS RAPID CITY   SD 24492157049741375862229 | -77.37 |
| 02/21/17 | CHECKCARD  0218 HOBBY-LOBBY #0200 RAPID CITY   SD 24445007050200029401935 | -56.68 |
| 02/21/17 | CHECKCARD  0218 MARCO'S PIZZA #401 RAPID CITY   SD 24224437051105006732258 | -44.74 |
| 02/21/17 | TARGET DEBIT CRD  ACH TRAN    CO ID:1410215170 POS  TARGET        -2247 RIVERDALE NJ | -57.01 |
| 02/21/17 | CAPITAL ONE     DES:CRCARDPMT ID:704930189153697 INDN:5030668928GUADAGNINODI  CO ID:9541719018 TEL | -52.00 |
| 02/21/17 | TARGET DEBIT CRD  ACH TRAN    CO ID:1410215170 POS  TARGET        -2247 RIVERDALE NJ | -3.80 |
| 02/23/17 | CHECKCARD  0221 WISDOM INC RAPID CITY   SD 24755427053640531991967 | -68.98 |
| 02/23/17 | CHECKCARD  0221 HOBBY-LOBBY #0200 RAPID CITY   SD 24445007053200067951715 | -137.03 |
| 02/27/17 | CHECKCARD  0224 TU *TRANSUNION 800-493-3292 CA 24692167055000056171576 RECURRING | -17.95 |
| 03/06/17 | CHECKCARD  0304 CENEX CROSS PE07076938 SAVAGE       MT 24164077064685106000442 | -13.45 |
| 03/06/17 | CHECKCARD  0304 CENEX CROSS PE07076938 SAVAGE       MT 24164077064685106000467 | -16.14 |
| 03/06/17 | CHECKCARD  0304 CONOCO - CONOMART IV BILLINGS    MT 24015177063000550731114 | -65.56 |
| 03/06/17 | CHECKCARD  0304 RED LODGE MTN F AND B RED LODGE    MT 24275397064415000128919 | -72.58 |
| 03/06/17 | CHECKCARD  0305 TST* CARBON COUNTY STEA RED LODGE    MT 24445007064100191212264 | -78.89 |
| 03/06/17 | CHECKCARD  0305 RED LODGE MTN TICKETS RED LODGE    MT 24275397065410400084969 | -110.00 |
| 03/06/17 | CHECKCARD  0305 RED LODGE SKI SCHOOL RED LODGE    MT 24275397065410400077724 | -219.00 |
| 03/06/17 | CHECKCARD  0305 RED LODGE SKI SCHOOL RED LODGE    MT 24275397065410400077732 | -19.00 |
| 03/06/17 | CHECKCARD  0305 RED LODGE MTN RETAIL RED LODGE    MT 24275397065410400080785 | -25.75 |
| 03/06/17 | CHECKCARD  0305 RED LODGE MTN F AND B RED LODGE    MT 24275397065410400078557 | -83.40 |
| 03/06/17 | BEARTOOTH MARK  03/05 #000374893 PURCHASE BEARTOOTH MARKE   RED LODGE    MT | -88.73 |
| 03/06/17 | ISPA/PIMDS      03/05 #000005532 WITHDRWL PAI ISO       RED LODGE    MT | -203.50 |
| 03/06/17 | WELLS FARGO BA  03/06 #000091141 WITHDRWL RED-LODGE       RED LODGE    MT | -503.00 |
| 03/07/17 | CHECKCARD  0305 BABCOCK & MILES RED LODGE    MT 24323047065217101095142 | -17.46 |
| 03/07/17 | CHECKCARD  0306 SNAG BAR RED LODGE    MT 24055237065400362000024 | -43.00 |
| 03/07/17 | CHECKCARD  0306 VERIZON WRL MY ACCT VN 800-9220204  CA 24498047065666102458957 | -786.64 |
| 03/07/17 | CHECKCARD  0306 TESS A DAVIS PC OP 435-2942424  UT 24559307065900011002182 | -650.00 |

*continued on the next page*

DIANNA GUADAGNINO    |    Account # 0094 2174 0657    |    February 28, 2017 to March 31, 2017

## Withdrawals and other subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| 03/08/17 | CHECKCARD  0306 NAPA PARTS LES DIMICH RED LODGE    MT 24431057066200588400057 | -37.55 |
| 03/08/17 | CHECKCARD  0306 YELLOWSTONE WILDLIFE SA RED LODGE    MT 24019517066474300517489 | -135.99 |
| 03/08/17 | CHECKCARD  0307 COSTCO WHSE #0069 BILLINGS    MT 24431067067898000101910 | -543.16 |
| 03/08/17 | CHECKCARD  0307 BRUCE R. SCHECHNER, D. NEW YORK    NY 24692167067000144977162 | -100.00 |
| 03/08/17 | MDU            DES:WEB PAY    ID:8509573412  INDN:DIANNA GUADAGNINO        CO ID:6410423660 PPD | -500.00 |
| 03/08/17 | MDU            DES:WEB PAY    ID:3451785736  INDN:DIANNA GUADAGNINO        CO ID:6410423660 PPD | -500.00 |
| 03/09/17 | CHECKCARD  0307 BEARTOOTH HIDEAWAY INN RED LODGE    MT 24013397067001147169950 | -580.50 |
| 03/10/17 | CHECKCARD  0309 VZWRLSS*APOCC VISN 800-922-0204 FL 24692167068000922985535 RECURRING | -225.74 |
| 03/10/17 | CHECKCARD  0309 DNH*GODADDY.COM 480-5058855  AZ 24906417068036848052621 RECURRING | -15.17 |
| 03/10/17 | CHECKCARD  0309 AAA NO JERSEY CALL CTR 9739562245    NJ 24435657069206699000926 | -93.00 |
| 03/10/17 | CHECKCARD  0309 AAA MEMBERSHIP POC 967 800-222-6424 MI 24435657068787702350813 | -118.00 |
| **Total withdrawals and other subtractions** | | **-$16,295.27** |

## Service fees

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| 02/13/17 | FIRST INTL B&T  02/12 #000736222 WITHDRWL 1331 9TH AVE NW WILLISTON    ND   FEE | -2.50 |
| 02/14/17 | Wire Transfer Fee | -30.00 |
| 03/06/17 | WELLS FARGO BA  03/06 #000091141 WITHDRWL RED-LODGE        RED LODGE    MT   FEE | -2.50 |
| 03/06/17 | ISPA/PIMDS        03/05 #000005532 WITHDRWL PAI ISO        RED LODGE MT   FEE | -2.50 |
| **Total service fees** | | **-$37.50** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*



P.O. Box 15284
Wilmington, DE 19850

DIANNA GUADAGNINO
287 COMMUNIPAW AVE
JERSEY CITY, NJ  07304-4003

**Customer service information**

Customer service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your BofA Core Checking

for March 11, 2017 to April 7, 2017                    Account number: 0094 2174 0657

**DIANNA GUADAGNINO**

## Account summary

| | |
|---|---:|
| Beginning balance on March 11, 2017 | $6,268.98 |
| Deposits and other additions | 2,550.02 |
| Withdrawals and other subtractions | -8,786.00 |
| Checks | -0.00 |
| Service fees | -45.00 |
| **Ending balance on April 7, 2017** | **-$12.00** |

# Find your financial way

We've updated Better Money Habits® so it's even easier to get answers to the financial questions that are important to you.

Start exploring today at **BetterMoneyHabits.com**.

**Better Money Habits®**

Powered by **Bank of America** in partnership with **KHAN**ACADEMY          ©2017 Bank of America Corporation          SSM-01-17-2074.B  |  ARPSTQMV

DIANNA GUADAGNINO   |   Account # 0094 2174 0657   |   March 11, 2017 to April 7, 2017

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

–   Tell us your name and account number.
–   Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
–   Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation



**Bank of America, N.A. Member FDIC and** **Equal Housing Lender**



**Your checking account**

DIANNA GUADAGNINO   |   Account # 0094 2174 0657   |   March 11, 2017 to April 7, 2017

## Deposits and other additions

| Date | Description | Amount |
|------|-------------|--------|
| 03/22/17 | Online Banking transfer from CHK 6607 Confirmation# 3120923966 | 2,350.02 |
| 03/24/17 | Mobile/Email Transfer Conf# XXXXXXXXX; PERSY VENTURA | 200.00 |
| **Total deposits and other additions** | | **$2,550.02** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 03/14/17 | CHECKCARD  0312 DELTA AIR  00621787699 ATLANTA     GA 24717057072870721005349 | -533.60 |
| 03/14/17 | CHECKCARD  0313 REALTYSTORE.COM 800-4271886  CA 24180297072900015526716 RECURRING | -49.60 |
| 03/14/17 | CHECKCARD  0313 MCKENZIE CO SCHOOL DIST 701-4443626  ND 24270747073498400317811 | -200.00 |
| 03/15/17 | CHECKCARD  0314 Experian    *CreditRepo 866-5827269  CA 24906417073037029081820 RECURRING | -24.99 |
| 03/15/17 | CHECKCARD  0314 AmazonPrime Membership amzn.com/prmeWA 24692167073000182195406 RECURRING | -105.81 |
| 03/16/17 | CHECKCARD  0316 EQUIFAX CONSUMER 866-640-2273 GA 24692167075000973357676 RECURRING | -19.95 |
| 03/17/17 | CHECKCARD  0316 DTV*DIRECTV SERVICE 800-347-3288 CA 24692167075000204170286 | -150.00 |
| 03/17/17 | CHECKCARD  0316 AMAZON MKTPLACE PMTS AMZN.COM/BILLWA 24692167075000445328180 | -269.50 |
| 03/17/17 | CAPITAL ONE    DES:CRCARDPMT  ID:707530189146085  INDN:9689555770GILLENJASON   CO ID:9541719018 WEB | -25.00 |
| 03/20/17 | CHECKCARD  0318 DELTA AIR  00621793374 ATLANTA     GA 24717057078870780863905 | -357.00 |
| 03/20/17 | CHECKCARD  0319 UBER   US MAR19 YLYBY HELP.UBER.COMCA 24492157078719075247515 | -5.00 |
| 03/20/17 | CHECKCARD  0320 UBER   US MAR19 22KZJ HELP.UBER.COMCA 24492157079719083691026 | -23.93 |
| 03/21/17 | CHECKCARD  0319 DELTA AIR  Baggage Fee WILLISTON    ND 24717057079870790900183 | -25.00 |
| 03/21/17 | CHECKCARD  0319 NT ROCK BOTTOM20358701 ST PAUL     MN 24164077079531764522603 | -21.10 |
| 03/21/17 | CHECKCARD  0320 AMAZON.COM AMZN.COM/BIL AMZN.COM/BILLWA 24431067079083716907084 | -21.94 |

*continued on the next page*

Read our article online:

## "How much do I *really* need to save for retirement?"

Find out if you're saving enough at **merrilledge.com/howmuch**



Merrill Edge® is available through Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S), and consists of the Merrill Edge Advisory Center™ (investment guidance) and self-directed online investing. MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of Bank of America Corporation. Merrill Lynch, Merrill Edge, the Merrill Edge logo, and Merrill Edge Advisory Center are trademarks of Bank of America Corporation.

| Investment products: | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

ARPGXDQ5 | SSM-11-16-0060.B

DIANNA GUADAGNINO   |   Account # 0094 2174 0657   |   March 1, 2017 to March 31, 2017

# Withdrawals and other subtractions - continued

| Date | Description | Amount |
|------|-------------|--------|
| 03/21/17 | CHECKCARD  0320 UBER US MAR20 BBAV5 HEL 800-5928996  CA 24204297079620395471359 | -21.76 |
| 03/21/17 | CHECKCARD  0320 BUON APPETITO JERSEY CITY  NJ 24493987080286087600557 | -45.25 |
| 03/21/17 | CHECKCARD  0320 PAYPAL *BELLECLOSET 402-935-7733 CA 24492157079894692289577 | -5.10 |
| 03/21/17 | CHECKCARD  0320 PAYPAL *CLAUDETTESW 402-935-7733 CA 24492157079894692361079 | -13.74 |
| 03/22/17 | CHECKCARD  0321 UBER   US MAR21 MQ4DX HELP.UBER.COMCA 24492157080719123429418 | -8.64 |
| 03/22/17 | CHECKCARD  0321 UBER   US MAR21 53BIP HELP.UBER.COMCA 24492157080719127766286 | -10.99 |
| 03/22/17 | CHECKCARD  0321 RASOI JERSEY CITY  NJ 24493987081206944201356 | -41.30 |
| 03/22/17 | WIRE TYPE:WIRE OUT DATE:170322 TIME:1523 ET TRN:2017032200313864 SERVICE REF:010012 BNF:DIANNA GUADAGNINO ID:4340580334 BNF BK:TD BANK , NA ID:031201360 PMT DET:196898868 DIP ACCOUNT | -5,000.00 |
| 03/23/17 | CHECKCARD  0322 UBER   US MAR22 FK5VF HELP.UBER.COMCA 24492157081719151424637 | -5.30 |
| 03/23/17 | CHECKCARD  0322 UBER TECHNOLOGIES INC 866-576-1039 CA 24692167081000006882163 | -13.91 |
| 03/24/17 | CHECKCARD  0323 UBER   US MAR23 WCCSQ HELP.UBER.COMCA 24492157082719184559234 | -5.73 |
| 03/24/17 | CHECKCARD  0323 UBER   US MAR23 UBORV HELP.UBER.COMCA 24492157082719190339100 | -4.99 |
| 03/24/17 | CHECKCARD  0323 UBER   US MAR23 Q56ME HELP.UBER.COMCA 24492157082718770680 | -43.33 |
| 03/27/17 | CHECKCARD  0324 TU *TRANSUNION 800-493-3292 CA 24692167083000273496372 RECURRING | -17.95 |
| 03/27/17 | CHECKCARD  0325 UBER TECHNOLOGIES INC 866-576-1039 CA 24692167084000435100903 | -32.19 |
| 03/27/17 | CHECKCARD  0325 UBER   US MAR25 NPSTF HELP.UBER.COMCA 24492157084719238152695 | -2.00 |
| 03/27/17 | CHECKCARD  0325 UBER TECHNOLOGIES INC 866-576-1039 CA 24692167084000678123489 | -2.00 |
| 03/27/17 | CHECKCARD  0325 UBER   US MAR25 VQAF7 HELP.UBER.COMCA 24492157084719245226524 | -19.57 |
| 04/03/17 | CHECKCARD  0402 DNH*GODADDY.COM 480-5058855  AZ 24906417092037795659244 RECURRING | -30.34 |
| 04/03/17 | TRANSFER DIANNA GUADAGNINO:DIANNA GUADAGNINO Confirmation# 0523966986 | -1,620.00 |
| 04/07/17 | CHECKCARD  0406 BRUCE R. SCHECHNER, D. NEW YORK    NY 24692167097000450712967 | -9.49 |
| **Total withdrawals and other subtractions** | | **-$8,786.00** |



**Your checking account**

DIANNA GUADAGNINO   |   Account # 0094 2174 0657   |   March 11, 2017 to April 7, 2017

## Service fees

| Date | Transaction description | Amount |
|------|------------------------|-------:|
| 03/22/17 | Wire Transfer Fee | -30.00 |
| 04/04/17 | External transfer fee - 3 Day -   04/03/2017 | -3.00 |
| 04/07/17 | Monthly Maintenance Fee | -12.00 |
| **Total service fees** | | **-$45.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

This page intentionally left blank