B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re Dianna Guadagnino, Debtor

Case No. 17-12951

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: May 31, 2017

Date filed: 06/05/2017

Line of Business: Rental Income

NAISC Code: 531110

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

Original Signature of Responsible Party

Dianna Guadagnino

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☑ | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

| | | YES | NO |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☑ ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL INCOME** $ 11,980.00

## SUMMARY OF CASH ON HAND

| | |
|---|---|
| Cash on Hand at Start of Month | $ 15,606.00 |
| Cash on Hand at End of Month | $ 8,241.02 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU **TOTAL** | $ 9,040.84 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES** $ 19,184.00

*(Exhibit C)*

## CASH PROFIT

| | |
|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ 11,980.00 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ 19,184.00 |
| *(Subtract Line C from Line B)* **CASH PROFIT FOR THE MONTH** | $ -7,204.00 |

Note: $11,980.00 income does not include $3364.70 received for May work but not deposited yet. It will be be counted as part of June.

B 25C (Official Form 25C) (12/08)

**UNPAID BILLS**

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 0.00

*(Exhibit D)*

**MONEY OWED TO YOU**

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 4,639.70

*(Exhibit E)*

**BANKING INFORMATION**

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

**EMPLOYEES**

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? 0

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? 0

**PROFESSIONAL FEES**

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 3,000.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 6,000.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 0.00

B 25C (Official Form 25C) (12/08)

**PROJECTIONS**

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

| | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 15,000.00 | $ 15,344.70 | $ 344.70 |
| EXPENSES | $ 10,000.00 | $ 19,184.00 | $ 9,184.00 |
| CASH PROFIT | $ 5,000.00 | $ -3,839.30 | $ -8,839.30 |

Note: $15,344.70 includes $3364.70 received for May work but not deposited yet.

| | |
|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ 15,000.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ 13,000.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ 2,000.00 |

**ADDITIONAL INFORMATION**

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

Reset Save As... Print

# Dianna Guadagnino

## Profit and Loss Detail

May 2017

| | Date | Transaction Type | Num | Name | Memo/Description |
|---|---|---|---|---|---|
| Ordinary Income/Expenses | | | | | |
| Income | | | | | |
| Sales | | | | | |
| | 05/01/2017 | Deposit | | Rent - Jayne | DEPOSIT |
| | 05/02/2017 | Deposit | | Rent | DEPOSIT Paz and Koby |
| | 05/03/2017 | Deposit | | | DEPOSIT Amara F and Yolanda Y Rent |
| | 05/03/2017 | Deposit | | | DEPOSIT Amara F and Yolanda Y Rent |
| | 05/04/2017 | Deposit | | Rent - Eli | DEPOSIT Garages |
| | 05/05/2017 | Deposit | | Rent - Ramsey | DEPOSIT - Ramsey - Partial |
| | 05/08/2017 | Deposit | | Rent - Andreas | DEPOSIT Andreas partial |
| | 05/15/2017 | Deposit | | Rent - Andreas | DEPOSIT - Partial |
| | 05/16/2017 | Deposit | | Rent - Lisa | DEPOSIT - Partial |
| | 05/22/2017 | Deposit | | Rent - Lisa | DEPOSIT |
| | 05/23/2017 | Deposit | | Rent | DEPOSIT - Michael |
| | 05/23/2017 | Cash | | Rent Richard | DEPOSIT |
| | 05/23/2017 | Cash | | Rent Dan | DEPOSIT |
| Total for Sales | | | | | |
| Total for Income | | | | | |
| Net Income | | | | | |

Note

Friday, Jun 02, 2017 02:21:09 PM GMT-7

| Amount | Balance |
|---|---|
| 1,875.00 | 1,875.00 |
| 575.00 | 2,450.00 |
| 800.00 | 3,250.00 |
| 1,275.00 | 4,525.00 |
| 430.00 | 4,955.00 |
| 2,025.00 | 6,980.00 |
| 1,000.00 | 7,980.00 |
| 700.00 | 8,680.00 |
| 1,500.00 | 10,180.00 |
| 900.00 | 11,080.00 |
| 300.00 | 11,380.00 |
| 400.00 | 11,780.00 |
| $ 200.00 | 11,980.00 |
| $ 11,980.00 | |
| $ 11,980.00 | |
| $ 11,980.00 | |

# Dianna Guadagnino May 1 - May 31, 2017

## TRANSACTION DETAIL BY ACCOUNT

May 2017

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 05/01/2017 | Expense | | Menards Home Repair | VISA DDA PUR444500 MENARDS | CHAPTER 11 CHECKING (0334) | 206.94 | 206.94 |
| 05/01/2017 | Expense | | | VISA DDA PUR471705 HOLIDAY STNSTORE 0433 WILLISTON * ND | CHAPTER 11 CHECKING (0334) | 58.89 | 265.83 |
| 05/01/2017 | Expense | | Menards Home Repair | VISA DDA PUR444500 MENARDS | CHAPTER 11 CHECKING (0334) | 254.59 | 520.42 |
| 05/01/2017 | Expense | | | VISA DDA PUR480166 TOKYO STEAK HOUSE WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 63.35 | 583.77 |
| 05/02/2017 | Expense | | Longo Insurance | PREMIUM ASSIGNME INSUR.PMT. | CHAPTER 11 CHECKING (0334) | 251.13 | 834.90 |
| 05/02/2017 | Expense | | | Wire Transfer Fee | BofA | 30.00 | 864.90 |
| 05/03/2017 | Expense | | | VISA DDA PUR475542 COCA COLA OF WILLISTON WILLISTON * ND | CHAPTER 11 CHECKING (0334) | 2.10 | 867.00 |
| 05/03/2017 | Expense | | | VISA DDA PUR444500 CMSVEND JNF VENDING MOORHEAD * MN | CHAPTER 11 CHECKING (0334) | 1.50 | 868.50 |
| 05/03/2017 | Expense | | BCBS Insurance | BLUECROSS BLUESH BILL PAY | CHAPTER 11 CHECKING (0334) | 84.80 | 953.30 |
| 05/03/2017 | Expense | | | NSF: RETURNED ITEM FEE FOR ACTIV | BofA | 35.00 | 988.30 |
| 05/03/2017 | Expense | 102 | B of A Mortgage | CHECK #102 | CHAPTER 11 CHECKING (0334) | 1,414.74 | 2,403.04 |
| 05/03/2017 | Expense | | Carrington Mortgage | CARRINGTON MORTGAGE | CHAPTER 11 CHECKING (0334) | 1,771.39 | 4,174.43 |
| 05/03/2017 | Expense | | Suez | SUEZ Water Bill | CHAPTER 11 CHECKING (0334) | 259.58 | 4,434.01 |
| 05/03/2017 | Expense | | Uber | CHECKCARD 0502 UBER US MAY02 M6V | BofA | 11.47 | 4,445.48 |
| 05/03/2017 | Expense | | | VISA DDA PUR471705 DELTA AIR SEAT FEES DELTA COM * CA | CHAPTER 11 CHECKING (0334) | 169.00 | 4,614.48 |
| 05/03/2017 | Expense | | | VISA DDA PUR471705 DELTA AIR 006218068130 ATLANTA * GA | CHAPTER 11 CHECKING (0334) | 754.60 | 5,369.08 |
| 05/03/2017 | Expense | | | VISA DDA PUR469216 AMAZON MKTPLACE PMTS AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 49.10 | 5,418.18 |
| 05/03/2017 | Expense | | Delta | VISA DDA PUR469216 HTTP WWW GOGOAIR COM 877 350 0038 * IL | CHAPTER 11 CHECKING (0334) | 19.95 | 5,438.13 |
| 05/04/2017 | Expense | 103 | Cullen & Dykeman | CHECK #103 | CHAPTER 11 CHECKING (0334) | 3,000.00 | 8,438.13 |
| 05/04/2017 | Expense | | Suez | SUEZ SUEZ | CHAPTER 11 CHECKING (0334) | 304.14 | 8,742.27 |
| 05/04/2017 | Expense | | Wells | WF HOME MTG AUTO PAY | CHAPTER 11 CHECKING (0334) | 1,701.80 | 10,444.07 |
| 05/04/2017 | Expense | | Quickbooks | VISA DDA PUR469216 INTUIT QB ONLINE 800 286 6800 * CA | CHAPTER 11 CHECKING (0334) | 24.00 | 10,468.07 |
| 05/04/2017 | Expense | | | VISA DDA PUR443565 IKEA PARAMUS PARAMUS * NJ | CHAPTER 11 CHECKING (0334) | 32.28 | 10,500.35 |
| 05/04/2017 | Expense | | | VISA DDA PUR443106 MINNEAPOLIS AIRPORT SAINT PAUL * MN | CHAPTER 11 CHECKING (0334) | 17.95 | 10,518.30 |
| 05/04/2017 | Expense | | Uber | VISA DDA PUR449215 UBER US MAY03 OGELU HELP UBER COM * CA | CHAPTER 11 CHECKING (0334) | 27.63 | 10,545.93 |
| 05/04/2017 | Expense | | Uber | VISA DDA PUR449215 UBER US MAY03 J2RFD HELP UBER COM * CA | CHAPTER 11 CHECKING (0334) | 5.99 | 10,551.92 |
| 05/04/2017 | Expense | | Paid Pse G | PUBLIC SERVICE PSEG | CHAPTER 11 CHECKING (0334) | 61.41 | 10,613.33 |
| 05/04/2017 | Expense | | RTC | VISA DDA PUR423168 RESERVATION TELEPHONE CO EBILL RESTEL * ND | CHAPTER 11 CHECKING (0334) | 243.74 | 10,857.07 |
| 05/05/2017 | Expense | | | VISA DDA PUR472193 DOLLAR RUBY 2 JERSEY CITY * NJ | CHAPTER 11 CHECKING (0334) | 17.27 | 10,874.34 |
| 05/05/2017 | Expense | | | VISA DDA PUR444500 TGI FRIDAY S 2760 HACKENSACK * NJ | CHAPTER 11 CHECKING (0334) | 29.41 | 10,903.75 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 05/05/2017 | Expense | | Wells | WF HOME MTG AUTO PAY | CHAPTER 11 CHECKING (0334) | 1,701.80 | 12,605.55 |
| 05/05/2017 | Expense | | | VISA DDA PUR423168 FAMILY DOLLAR 7114 JERSEY CITY * NJ | CHAPTER 11 CHECKING (0334) | 7.96 | 12,613.51 |
| 05/05/2017 | Expense | | | VISA DDA PUR461043 DUNKIN BR 304243 Q35 JERSEY CITY * NJ | CHAPTER 11 CHECKING (0334) | 3.09 | 12,616.60 |
| 05/08/2017 | Expense | | | VISA DDA PUR479262 NATL WHLSLE LIQUIDATORS JERSEY CITY * NJ | CHAPTER 11 CHECKING (0334) | 38.72 | 12,655.32 |
| 05/08/2017 | Expense | | | VISA DDA PUR410085 AMELIA S BISTRO 201 3322200 * NJ | CHAPTER 11 CHECKING (0334) | 64.35 | 12,719.67 |
| 05/08/2017 | Expense | | | VISA DDA PUR443106 DISNEY STORE 304 BRIDGEWATER * NJ | CHAPTER 11 CHECKING (0334) | 48.93 | 12,768.60 |
| 05/08/2017 | Expense | | | VISA DDA PUR469216 BIG CHEF DELUXE JERSEY CITY * NJ | CHAPTER 11 CHECKING (0334) | 33.83 | 12,802.43 |
| 05/08/2017 | Expense | | Apple iCloud | VISA DDA PUR469216 APL ITUNES COM BILL 866 712 7753 * CA | CHAPTER 11 CHECKING (0334) | 2.99 | 12,805.42 |
| 05/09/2017 | Expense | | | VISA DDA PUR401339 BAJA B QUE BRIDGEWATER * NJ | CHAPTER 11 CHECKING (0334) | 10.68 | 12,816.10 |
| 05/09/2017 | Expense | | Apple Store Backup | VISA DDA PUR469216 APPLE STORE R104 BRIDGEWATER * NJ | CHAPTER 11 CHECKING (0334) | 106.82 | 12,922.92 |
| 05/09/2017 | Expense | | Uber | VISA DDA PUR449215 UBER US MAY08 F4JVV HELP UBER COM * CA | CHAPTER 11 CHECKING (0334) | 8.45 | 12,931.37 |
| 05/10/2017 | Expense | | | VISA DDA PUR469216 STARBUCKS STORE 07392 BRIDGEWATER * NJ | CHAPTER 11 CHECKING (0334) | 2.53 | 12,933.90 |
| 05/10/2017 | Expense | | | VISA DDA PUR443106 DISNEY STORE 304 BRIDGEWATER * NJ | CHAPTER 11 CHECKING (0334) | 69.11 | 13,003.01 |
| 05/11/2017 | Expense | | | VISA DDA PUR426979 DELENIO JERSEY CITY * NJ | CHAPTER 11 CHECKING (0334) | 35.30 | 13,038.31 |
| 05/11/2017 | Expense | | | VISA DDA PUR432360 STAR CLEANERS JERSEY CITY * NJ | CHAPTER 11 CHECKING (0334) | 61.25 | 13,099.56 |
| 05/11/2017 | Expense | | M & T Bank | M T BANK MORT PYMT | CHAPTER 11 CHECKING (0334) | 2,322.14 | 15,421.70 |
| 05/11/2017 | Expense | 104 | DMV | CHECK #104 - Parking ticket | CHAPTER 11 CHECKING (0334) | 88.00 | 15,509.70 |
| 05/11/2017 | Expense | 105 | DMV | CHECK #105 - License Issue - Getting this refunded | CHAPTER 11 CHECKING (0334) | 2,081.00 | 17,590.70 |
| 05/12/2017 | Expense | | | VISA DDA PUR469216 SQ TASTE OF POLAND JERSEY CITY * NJ | CHAPTER 11 CHECKING (0334) | 12.25 | 17,602.95 |
| 05/12/2017 | Expense | | Home Depot | VISA DDA PUR461043 THE HOME DEPOT 6845 JERSEY CITY * NJ | CHAPTER 11 CHECKING (0334) | 132.08 | 17,735.03 |
| 05/12/2017 | Expense | | | VISA DDA PUR461043 DUNKIN 334706 Q35 JERSEY CITY * NJ | CHAPTER 11 CHECKING (0334) | 9.37 | 17,744.40 |
| 05/15/2017 | Expense | | | VISA DDA PUR469216 DTV DIRECTV SERVICE 800 347 3288 * CA | CHAPTER 11 CHECKING (0334) | 160.00 | 17,904.40 |
| 05/15/2017 | Expense | | | VISA DDA PUR443106 AMANDAS INC HOBOKEN * NJ | CHAPTER 11 CHECKING (0334) | 25.94 | 17,930.34 |
| 05/15/2017 | Expense | | Uber | VISA DDA PUR420429 UBER US MAY12 OQRLO HELP 800 5928996 * CA | CHAPTER 11 CHECKING (0334) | 4.89 | 17,935.23 |
| 05/15/2017 | Expense | | Uber | VISA DDA PUR449215 UBER US MAY12 67PPY HELP UBER COM * CA | CHAPTER 11 CHECKING (0334) | 5.00 | 17,940.23 |
| 05/15/2017 | Expense | | Uber | VISA DDA PUR449215 UBER US MAY12 YXU3T HELP UBER COM * CA | CHAPTER 11 CHECKING (0334) | 4.73 | 17,944.96 |
| 05/15/2017 | Expense | | Uber | VISA DDA PUR469216 UBER TECHNOLOGIES INC 866 576 1039 * CA | CHAPTER 11 CHECKING (0334) | 12.88 | 17,957.84 |
| 05/15/2017 | Expense | | Uber | VISA DDA PUR449215 UBER US MAY12 PMR5R HELP UBER COM * CA | CHAPTER 11 CHECKING (0334) | 14.30 | 17,972.14 |
| 05/15/2017 | Expense | | DMV | VISA DDA PUR475542 NJMVC PATERSON REGIONAL PATERSON * NJ | CHAPTER 11 CHECKING (0334) | 100.00 | 18,072.14 |
| 05/15/2017 | Expense | | | CHECKCARD 0514 Experian *CreditR | BofA | 24.99 | 18,097.13 |
| 05/16/2017 | Expense | | | VISA DDA PUR400958 VINNYS PIZZA JERSEY CITY * NJ | CHAPTER 11 CHECKING (0334) | 31.50 | 18,128.63 |
| 05/16/2017 | Expense | | | VISA DDA PUR461043 DUNKIN 334706 Q35 JERSEY CITY * NJ | CHAPTER 11 CHECKING (0334) | 7.25 | 18,135.88 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 05/16/2017 | Expense | | | CHECKCARD 0516 EQUIFAX CONSUMER | BofA | 19.95 | 18,155.83 |
| 05/19/2017 | Expense | | | VISA DDA PUR441289 BLUE NEW ASHIYA JAPANESE JERSEY CITY * NJ | CHAPTER 11 CHECKING (0334) | 50.50 | 18,206.33 |
| 05/22/2017 | Expense | | | VISA DDA PUR449398 BUON APPETITO JERSEY CITY * NJ | CHAPTER 11 CHECKING (0334) | 42.10 | 18,248.43 |
| 05/22/2017 | Expense | | | VISA DDA PUR449398 BUON APPETITO JERSEY CITY * NJ | CHAPTER 11 CHECKING (0334) | 61.78 | 18,310.21 |
| 05/22/2017 | Expense | | Target | VISA DDA PUR416407 TARGET 00018861 JERSEY CITY * NJ | CHAPTER 11 CHECKING (0334) | 288.19 | 18,598.40 |
| 05/22/2017 | Expense | | | VISA DDA PUR461043 DUNKIN 334706 Q35 JERSEY CITY * NJ | CHAPTER 11 CHECKING (0334) | 4.25 | 18,602.65 |
| 05/23/2017 | Expense | | | VISA DDA PUR471705 DELTA AIR 006218172882 HIBBING * MN | CHAPTER 11 CHECKING (0334) | 30.00 | 18,632.65 |
| 05/24/2017 | Expense | | | VISA DDA PUR410085 AMELIA S BISTRO 201 3322200 * NJ | CHAPTER 11 CHECKING (0334) | 63.15 | 18,695.80 |
| 05/25/2017 | Expense | | | VISA DDA PUR469216 STARBUCKS STORE 13350 JERSEY CITY * NJ | CHAPTER 11 CHECKING (0334) | 27.41 | 18,723.21 |
| 05/25/2017 | Expense | | | VISA DDA PUR469216 NORTON NP1226853601 NORTON COM NS * CA | CHAPTER 11 CHECKING (0334) | 85.49 | 18,808.70 |
| 05/26/2017 | Expense | | | External transfer fee - Next Day | BofA | 10.00 | 18,818.70 |
| 05/26/2017 | Expense | | | VISA DDA PUR476197 JAVA MOON EXPRESS 510 NEWARK * NJ | CHAPTER 11 CHECKING (0334) | 5.82 | 18,824.52 |
| 05/26/2017 | Expense | | | VISA DDA PUR426979 RMCF ST PAUL SAINT PAUL * MN | CHAPTER 11 CHECKING (0334) | 63.21 | 18,887.73 |
| 05/26/2017 | Expense | | | VISA DDA PUR471705 DELTA AIR BAGGAGE FEE NEWARK * NJ | CHAPTER 11 CHECKING (0334) | 60.00 | 18,947.73 |
| 05/26/2017 | Expense | | | VISA DDA PUR405522 OTG MANAGEMENT MIDWEST L PHILADELPHIA * PA | CHAPTER 11 CHECKING (0334) | 5.38 | 18,953.11 |
| 05/26/2017 | Expense | | | VISA DDA PUR422443 BADLANDS HARDWARE WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 17.23 | 18,970.34 |
| 05/26/2017 | Expense | | | VISA DDA PUR469216 SQ COMMON GROUNDS MAIN WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 16.51 | 18,986.85 |
| 05/30/2017 | Expense | | | VISA DDA PUR469216 SQ COMMON GROUNDS MAIN WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 3.73 | 18,990.58 |
| 05/30/2017 | Expense | | | VISA DDA PUR442733 CASH WISE FOODS 30 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 139.92 | 19,130.50 |
| 05/30/2017 | Expense | | | VISA DDA PUR432300 OUTLAWS BAR GRILL WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 53.61 | 19,184.11 |

America's Most Convenient Bank®

T STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ
287 COMMUNIPAW AVE
JERSEY CITY NJ 07304

| | |
|---|---|
| Page: | 1 of 6 |
| Statement Period: | May 01 2017-May 31 2017 |
| Cust Ref #: | 4340580334-039-T-### |
| Primary Account #: | 434-0580334 |

## Chapter 11 Checking

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Account # 434-0580334

ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 13,731.00 | Average Collected Balance | 8,514.66 |
| Deposits | 11,380.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 507.43 | Interest Paid Year-to-Date | 0.00 |
| Other Credits | 1,675.29 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |
| Checks Paid | 6,583.74 | | |
| Electronic Payments | 12,468.96 | | |
| Ending Balance | 8,241.02 | | |

DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/01 | DEPOSIT | 1,875.00 |
| 05/02 | DEPOSIT | 575.00 |
| 05/03 | DEPOSIT | 2,075.00 |
| 05/04 | DEPOSIT | 430.00 |
| 05/05 | DEPOSIT | 2,025.00 |
| 05/08 | DEPOSIT | 1,000.00 |
| 05/15 | DEPOSIT | 700.00 |
| 05/16 | DEPOSIT | 1,500.00 |
| 05/22 | DEPOSIT | 900.00 |
| 05/23 | DEPOSIT | 300.00 |
| | Subtotal: | 11,380.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/26 | ACH DEPOSIT, BANK OF AMERICA P2P D GUADAGNINO | 507.43 |
| | Subtotal: | 507.43 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/02 | WIRE TRANSFER INCOMING, DIANNA GUADAGNINO | 1,675.29 |
| | Subtotal: | 1,675.29 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| 1 | Ending Balance | 8,241.02 |
| 2 | Total Deposits | + |
| 3 | Sub Total | |
| 4 | Total Withdrawals | - |
| 5 | Adjusted Balance | |

2

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | 2 |

4

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | 4 |

FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 3 of 6
Statement Period: May 01 2017-May 31 2017
Cust Ref #: 4340580334-039-T-###
Primary Account #: 434-0580334

DAILY ACCOUNT ACTIVITY

**Checks Paid** No. Checks: 4 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 05/03 | 102 | 1,414.74 | 05/11 | 104 | 88.00 |
| 05/04 | 103 | 3,000.00 | 05/11 | 105 | 2,081.00 |
| | | | | Subtotal: | 6,583.74 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/01 | DEBIT CARD PURCHASE, *****04017405832, AUT 042917 VISA DDA PUR MENARDS WILLISTON ND WILLISTON * ND | 254.59 |
| 05/01 | DEBIT CARD PURCHASE, *****04017405832, AUT 042817 VISA DDA PUR MENARDS WILLISTON ND WILLISTON * ND | 206.94 |
| 05/01 | DEBIT CARD PURCHASE, *****04017405832, AUT 042717 VISA DDA PUR TOKYO STEAK HOUSE WATFORD CITY * ND | 63.35 |
| 05/01 | DEBIT CARD PURCHASE, *****04017405832, AUT 042817 VISA DDA PUR HOLIDAY STNSTORE 0433 WILLISTON * ND | 58.89 |
| 05/02 | ELECTRONIC PMT-WEB, PREMIUM ASSIGNME INSUR.PMT. WEB INS PMT | 251.13 |
| 05/03 | ACH DEBIT, CARRINGTON MORTGAGE ****013438 | 1,771.39 |
| 05/03 | DEBIT CARD PURCHASE, *****04017405832, AUT 050117 VISA DDA PUR DELTA AIR 006218068130 ATLANTA * GA | 754.60 |
| 05/03 | ELECTRONIC PMT-WEB, SUEZ SUEZ ****9064440000 | 259.58 |
| 05/03 | DEBIT CARD PURCHASE, *****04017405832, AUT 050117 VISA DDA PUR DELTA AIR SEAT FEES DELTA COM * CA | 169.00 |
| 05/03 | ELECTRONIC PMT-TEL, BLUECROSS BLUESH BILL PAY ****2876871 | 84.80 |
| 05/03 | DEBIT CARD PURCHASE, *****04017405832, AUT 050117 VISA DDA PUR AMAZON MKTPLACE PMTS AMZN COM BILL * WA | 49.10 |
| 05/03 | DEBIT CARD PURCHASE, *****04017405832, AUT 050217 VISA DDA PUR HTTP WWW GOGOAIR COM 877 350 0038 * IL | 19.95 |
| 05/03 | DEBIT CARD PURCHASE, *****04017405832, AUT 050217 VISA DDA PUR COCA COLA OF WILLISTON WILLISTON * ND | 2.10 |
| 05/03 | DEBIT CARD PURCHASE, *****04017405832, AUT 050217 VISA DDA PUR CMSVEND JNF VENDING MOORHEAD * MN | 1.50 |
| 05/04 | ACH DEBIT, WF HOME MTG AUTO PAY ****796958 | 1,701.80 |
| 05/04 | ELECTRONIC PMT-WEB, SUEZ SUEZ ****9954440000 | 304.14 |
| 05/04 | DEBIT CARD PURCHASE, *****04017405832, AUT 050217 VISA DDA PUR RESERVATION TELEPHONE CO EBILL RESTEL * ND | 243.74 |
| 05/04 | ACH DEBIT, PUBLIC SERVICE PSEG ****70021704 | 61.41 |
| 05/04 | DEBIT CARD PURCHASE, *****04017405832, AUT 050317 VISA DDA PUR IKEA PARAMUS PARAMUS * NJ | 32.28 |
| 05/04 | DEBIT CARD PURCHASE, *****04017405832, AUT 050317 VISA DDA PUR UBER US MAY03 OGELU HELP UBER COM * CA | 27.63 |
| 05/04 | DEBIT CARD PAYMENT, *****04017405832, AUT 050317 VISA DDA PUR INTUIT QB ONLINE 800 286 6800 * CA | 24.00 |
| 05/04 | DEBIT CARD PURCHASE, *****04017405832, AUT 050217 VISA DDA PUR MINNEAPOLIS AIRPORT SAINT PAUL * MN | 17.95 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 4 of 6
Statement Period: May 01 2017-May 31 2017
Cust Ref #: 4340580334-039-T-###
Primary Account #: 434-0580334

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/04 | DEBIT CARD PURCHASE, *****04017405832, AUT 050317 VISA DDA PUR UBER US MAY03 J2RFD HELP UBER COM * CA | 5.99 |
| 05/05 | ACH DEBIT, WF HOME MTG AUTO PAY ****796958 | 1,701.80 |
| 05/05 | DEBIT CARD PURCHASE, *****04017405832, AUT 050317 VISA DDA PUR TGI FRIDAY S 2760 HACKENSACK * NJ | 29.41 |
| 05/05 | DEBIT CARD PURCHASE, *****04017405832, AUT 050417 VISA DDA PUR DOLLAR RUBY 2 JERSEY CITY * NJ | 17.27 |
| 05/05 | DEBIT CARD PURCHASE, *****04017405832, AUT 050417 VISA DDA PUR FAMILY DOLLAR 7114 JERSEY CITY * NJ | 7.96 |
| 05/05 | DEBIT CARD PURCHASE, *****04017405832, AUT 050417 VISA DDA PUR DUNKIN BR 304243 Q35 JERSEY CITY * NJ | 3.09 |
| 05/08 | DEBIT CARD PURCHASE, *****04017405832, AUT 050417 VISA DDA PUR AMELIA S BISTRO 201 3322200 * NJ | 64.35 |
| 05/08 | DEBIT CARD PURCHASE, *****04017405832, AUT 050617 VISA DDA PUR DISNEY STORE 304 BRIDGEWATER * NJ | 48.93 |
| 05/08 | DEBIT CARD PURCHASE, *****04017405832, AUT 050417 VISA DDA PUR NATL WHLSLE LIQUIDATORS JERSEY CITY * NJ | 38.72 |
| 05/08 | DEBIT CARD PURCHASE, *****04017405832, AUT 050517 VISA DDA PUR BIG CHEF DELUXE JERSEY CITY * NJ | 33.83 |
| 05/08 | DEBIT CARD PURCHASE, *****04017405832, AUT 050717 VISA DDA PUR APL ITUNES COM BILL 866 712 7753 * CA | 2.99 |
| 05/09 | DEBIT CARD PURCHASE, *****04017405832, AUT 050817 VISA DDA PUR APPLE STORE R104 BRIDGEWATER * NJ | 106.82 |
| 05/09 | DEBIT CARD PURCHASE, *****04017405832, AUT 050817 VISA DDA PUR BAJA B QUE BRIDGEWATER * NJ | 10.68 |
| 05/09 | DEBIT CARD PURCHASE, *****04017405832, AUT 050817 VISA DDA PUR UBER US MAY08 F4JVV HELP UBER COM * CA | 8.45 |
| 05/10 | DEBIT CARD PURCHASE, *****04017405832, AUT 050817 VISA DDA PUR DISNEY STORE 304 BRIDGEWATER * NJ | 69.11 |
| 05/10 | DEBIT CARD PURCHASE, *****04017405832, AUT 050817 VISA DDA PUR STARBUCKS STORE 07392 BRIDGEWATER * NJ | 2.53 |
| 05/11 | ACH DEBIT, M&T BANK MORT PYMT ****615204 | 2,322.14 |
| 05/11 | DEBIT CARD PURCHASE, *****04017405832, AUT 050917 VISA DDA PUR STAR CLEANERS JERSEY CITY * NJ | 61.25 |
| 05/11 | DEBIT CARD PURCHASE, *****04017405832, AUT 050917 VISA DDA PUR DELENIO JERSEY CITY * NJ | 35.30 |
| 05/12 | DEBIT CARD PURCHASE, *****04017405832, AUT 051017 VISA DDA PUR THE HOME DEPOT 6845 JERSEY CITY * NJ | 132.08 |
| 05/12 | DEBIT CARD PURCHASE, *****04017405832, AUT 051117 VISA DDA PUR SQ TASTE OF POLAND JERSEY CITY * NJ | 12.25 |
| 05/12 | DEBIT CARD PURCHASE, *****04017405832, AUT 051017 VISA DDA PUR DUNKIN 334706 Q35 JERSEY CITY * NJ | 9.37 |
| 05/15 | DEBIT CARD PURCHASE, *****04017405832, AUT 051217 VISA DDA PUR DTV DIRECTV SERVICE 800 347 3288 * CA | 160.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 5 of 6
Statement Period: May 01 2017-May 31 2017
Cust Ref #: 4340580334-039-T-###
Primary Account #: 434-0580334

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/15 | DEBIT CARD PURCHASE, *****04017405832, AUT 051217 VISA DDA PUR NJMVC PATERSON REGIONAL PATERSON * NJ | 100.00 |
| 05/15 | DEBIT CARD PURCHASE, *****04017405832, AUT 051217 VISA DDA PUR AMANDAS INC HOBOKEN * NJ | 25.94 |
| 05/15 | DEBIT CARD PURCHASE, *****04017405832, AUT 051217 VISA DDA PUR UBER US MAY12 PMR5R HELP UBER COM * CA | 14.30 |
| 05/15 | DEBIT CARD PURCHASE, *****04017405832, AUT 051217 VISA DDA PUR UBER TECHNOLOGIES INC 866 576 1039 * CA | 12.88 |
| 05/15 | DEBIT CARD PURCHASE, *****04017405832, AUT 051217 VISA DDA PUR UBER US MAY12 67PPY HELP UBER COM * CA | 5.00 |
| 05/15 | DEBIT CARD PURCHASE, *****04017405832, AUT 051217 VISA DDA PUR UBER US MAY12 OQRLO HELP 800 5928996 * CA | 4.89 |
| 05/15 | DEBIT CARD PURCHASE, *****04017405832, AUT 051217 VISA DDA PUR UBER US MAY12 YXU3T HELP UBER COM * CA | 4.73 |
| 05/16 | DEBIT CARD PURCHASE, *****04017405832, AUT 051517 VISA DDA PUR VINNYS PIZZA JERSEY CITY * NJ | 31.50 |
| 05/16 | DEBIT CARD PURCHASE, *****04017405832, AUT 051417 VISA DDA PUR DUNKIN 334706 Q35 JERSEY CITY * NJ | 7.25 |
| 05/19 | DEBIT CARD PURCHASE, *****04017405832, AUT 051717 VISA DDA PUR BLUE NEW ASHIYA JAPANESE JERSEY CITY * NJ | 50.50 |
| 05/22 | DEBIT CARD PURCHASE, *****04017405832, AUT 052017 VISA DDA PUR TARGET 00018861 JERSEY CITY * NJ | 288.19 |
| 05/22 | DEBIT CARD PURCHASE, *****04017405832, AUT 051917 VISA DDA PUR BUON APPETITO JERSEY CITY * NJ | 61.78 |
| 05/22 | DEBIT CARD PURCHASE, *****04017405832, AUT 052117 VISA DDA PUR BUON APPETITO JERSEY CITY * NJ | 42.10 |
| 05/22 | DEBIT CARD PURCHASE, *****04017405832, AUT 052017 VISA DDA PUR DUNKIN 334706 Q35 JERSEY CITY * NJ | 4.25 |
| 05/23 | DEBIT CARD PURCHASE, *****04017405832, AUT 052117 VISA DDA PUR DELTA AIR 006218172882 HIBBING * MN | 30.00 |
| 05/24 | DEBIT CARD PURCHASE, *****04017405832, AUT 052217 VISA DDA PUR AMELIA S BISTRO 201 3322200 * NJ | 63.15 |
| 05/25 | DEBIT CARD PURCHASE, *****04017405832, AUT 052417 VISA DDA PUR NORTON NP1226853601 NORTON COM NS * CA | 85.49 |
| 05/25 | DEBIT CARD PURCHASE, *****04017405832, AUT 052317 VISA DDA PUR STARBUCKS STORE 13350 JERSEY CITY * NJ | 27.41 |
| 05/26 | DEBIT CARD PURCHASE, *****04017405832, AUT 052417 VISA DDA PUR RMCF ST PAUL SAINT PAUL * MN | 63.21 |
| 05/26 | DEBIT CARD PURCHASE, *****04017405832, AUT 052417 VISA DDA PUR DELTA AIR BAGGAGE FEE NEWARK * NJ | 60.00 |
| 05/26 | DEBIT CARD PURCHASE, *****04017405832, AUT 052517 VISA DDA PUR BADLANDS HARDWARE WATFORD CITY * ND | 17.23 |
| 05/26 | DEBIT CARD PURCHASE, *****04017405832, AUT 052517 VISA DDA PUR SQ COMMON GROUNDS MAIN WATFORD CITY * ND | 16.51 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 6 of 6
Statement Period: May 01 2017-May 31 2017
Cust Ref #: 4340580334-039-T-###
Primary Account #: 434-0580334

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/26 | DEBIT CARD PURCHASE, *****04017405832, AUT 052417 VISA DDA PUR JAVA MOON EXPRESS 510 NEWARK * NJ | 5.82 |
| 05/26 | DEBIT CARD PURCHASE, *****04017405832, AUT 052417 VISA DDA PUR OTG MANAGEMENT MIDWEST L PHILADELPHIA * PA | 5.38 |
| 05/30 | DEBIT CARD PURCHASE, *****04017405832, AUT 052917 VISA DDA PUR CASH WISE FOODS 30 WATFORD CITY * ND | 139.92 |
| 05/30 | DEBIT CARD PURCHASE, *****04017405832, AUT 052717 VISA DDA PUR OUTLAWS BAR GRILL WATFORD CITY * ND | 53.61 |
| 05/30 | DEBIT CARD PURCHASE, *****04017405832, AUT 052717 VISA DDA PUR SQ COMMON GROUNDS MAIN WATFORD CITY * ND | 3.73 |
| | Subtotal: | 12,468.96 |

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 04/30 | 13,731.00 | 05/12 | 5,718.36 |
| 05/01 | 15,022.23 | 05/15 | 6,090.62 |
| 05/02 | 17,021.39 | 05/16 | 7,551.87 |
| 05/03 | 14,569.63 | 05/19 | 7,501.37 |
| 05/04 | 9,580.69 | 05/22 | 8,005.05 |
| 05/05 | 9,846.16 | 05/23 | 8,275.05 |
| 05/08 | 10,657.34 | 05/24 | 8,211.90 |
| 05/09 | 10,531.39 | 05/25 | 8,099.00 |
| 05/10 | 10,459.75 | 05/26 | 8,438.28 |
| 05/11 | 5,872.06 | 05/30 | 8,241.02 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender