# CULLENandDYKMAN LLP

Continental Plaza
433 Hackensack Avenue
Hackensack, New Jersey 07601
Telephone (201) 488-1300 • Facsimile (201) 488-6541

DAVID EDELBERG
PARTNER
dedelberg@cullenanddykman.com

June 28, 2017

Hon. Rosemary Gambardella
United States Bankruptcy Court
50 Walnut Street
Newark, New Jersey 07102

    Re:    **In re Dianna Guadagnino**
            **Case No.: 17-12951 (RG)**
            **Our File No.: 56136-1**

Dear Judge Gambardella:

This shall confirm that the court has scheduled a status conference in the above-referenced matter to be heard on August 16, 2017 at 2:00 p.m.

Thank you.

Respectfully,

**CULLEN AND DYKMAN LLP**

/s/ David Edelberg

David Edelberg

DE/tm
cc:    David Gerardi, Esq. (By email david.gerardi@usdoj.gov)
        Ms. Dianna Guadagnino (By email diannanyc@hotmail.com)

F:\EDELBERG\Guadagnino Dianna\Correspondence\Status Conference RG 6.27.17.doc

*Founded 1850*

BROOKLYN      LONG ISLAND      MANHATTAN      WASHINGTON, D.C.      ALBANY      NEW JERSEY