Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−12951−RG
Chapter: 11
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dianna Guadagnino
   287 Communipaw Avenue
   Jersey City, NJ 07304

Social Security No.:
   xxx−xx−7859

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/16/17 at 02:00 PM

to consider and act upon the following:

*7* – Notice of Hearing for: Status Conference (related document:1 Voluntary Petition (Chapter 11) filed by Debtor Dianna Guadagnino). The following parties were served: Debtor, Debtor's Attorney, Trustee, and US Trustee. Hearing scheduled for 4/5/2017 at 02:00 PM at RG – Courtroom 3E, Newark. (slm)

*45* – Document re: Correspondence confirming status conference scheduled for August 16, 2017 at 2:00 p.m. filed by David Edelberg on behalf of Dianna Guadagnino. (Edelberg, David)

Dated: 6/28/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court