**U.S. Bankruptcy Court**
**MLK Jr Federal Building**
**50 Walnut Street**
**Newark, NJ 07102**

---

Dianna Guadagnino

Case No. 17-12951 (RG)

Undeliverable Address:

Valley National Bank

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

Valley National Bank, 1455 Valley Road, Wayne, New Jersey 07470

_____    July 25, 2017
Signature of Debtor or Debtor's Attorney          Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification.**
**Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**