

# CULLENandDYKMAN LLP

DAVID EDELBERG
PARTNER
dedelberg@cullenanddykman.com

Continental Plaza
433 Hackensack Avenue
Hackensack, New Jersey 07601
Telephone (201) 488-1300  •  Facsimile (201) 488-6541

August 10, 2017

*By ECF*
Clerk
United States Bankruptcy Court
50 Walnut Street
Newark, New Jersey 07102

    Re:    **In re Dianna Guadagnino**
            **Case No.: 17-12951**

            **Cullen and Dykman's First Interim Fee Application**
            **Hearing Date: August 22, 2017 at 10:00 a.m.**

Dear Sir or Madam:

    Please be advised that this firm represents Dianna Guadagnino regarding the above referenced matter. Please note that Cullen and Dykman has agreed to reduce its pending fee application in the amount of $500.00 pursuant to discussions with David Gerardi of the United States Trustee's Office. Thank you.

            Sincerely,

            **CULLEN AND DYKMAN LLP**

            */s/ David Edelberg*

            David Edelberg

DE/tm
cc:    David Gerardi, Esq. (By email david.gerardi@usdoj.gov)

F:\EDELBERG\Guadagnino Dianna\Correspondence\Clerk 8.10.17.doc

*Founded 1850*

| BROOKLYN | LONG ISLAND | MANHATTAN | WASHINGTON, D.C. | ALBANY | NEW JERSEY |