B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re   Dianna Guadagnino           ,         Case No.  17-12951
        *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  June 30, 2017                    Date filed:  08/16/2017

Line of Business:  Rental Income         NAISC Code:  531110

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*[signature]*

Original Signature of Responsible Party

Dianna Guadagnino

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☑ | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?  ☐ ☑
15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?  ☐ ☑
16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?  ☐ ☑
17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?  ☐ ☑
18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?  ☐ ☑

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?  ☐ ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| TOTAL INCOME | $ | 14,882.47 |
| **SUMMARY OF CASH ON HAND** | | |
| Cash on Hand at Start of Month | $ | 8,241.02 |
| Cash on Hand at End of Month | $ | 10,130.50 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    TOTAL | $ | 10,130.50 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES   $   12,992.99

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 14,882.47 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 12,992.99 |
| *(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH** | $ | 1,889.48 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 0.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 1,275.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 0 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 0 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 6,000.00 |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

Page 4

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 15,000.00 | $ 14,882.47 | $ 117.53 |
| EXPENSES | $ 10,000.00 | $ 12,992.99 | $ 992.99 |
| CASH PROFIT | $ 5,000.00 | $ 1,889.48 | $ -3,110.52 |

Note: $15,344.70 includes $3364.70 received for May work but not deposited yet.

| | |
|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ 15,000.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ 13,000.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ 2,000.00 |

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

Reset     Save As...     Print

# Dianna Guadagnino  June 1 - June 30, 2017

## INCOME DETAIL
### June 2017

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---:|---:|
| Ordinary Income/Expenses | | | | | | | |
| Income | | | | | | | |
| Sales | | | | | | | |
| 06/01/2017 | Deposit | | Rent - Jayne | DEPOSIT - 194 Pine Jayne | CHAPTER 11 CHECKING (0334) | 1,875.00 | 1,875.00 |
| 06/05/2017 | Deposit | | | DEPOSIT - 287 Comm Ramsey | CHAPTER 11 CHECKING (0334) | 1,725.00 | 3,600.00 |
| 06/05/2017 | Deposit | | | DEPOSIT - 252 Suydam Yolanda | CHAPTER 11 CHECKING (0334) | 800.00 | 4,400.00 |
| 06/05/2017 | Deposit | | | DEPOSIT - Garage Koby | CHAPTER 11 CHECKING (0334) | 300.00 | 4,700.00 |
| 06/05/2017 | Deposit | | | DEPOSIT - Garage Michael | CHAPTER 11 CHECKING (0334) | 200.00 | 4,900.00 |
| 06/08/2017 | Deposit | | | DEPOSIT - 252 Suydam Amara | CHAPTER 11 CHECKING (0334) | 1,116.00 | 6,016.00 |
| 06/08/2017 | Deposit | | Rent - Andreas | DEPOSIT Partial 287 Comm Andreas | CHAPTER 11 CHECKING (0334) | 1,200.00 | 7,216.00 |
| 06/08/2017 | Deposit | | | DEPOSIT - Garage James | CHAPTER 11 CHECKING (0334) | 200.00 | 7,416.00 |
| 06/12/2017 | Deposit | | Rent - Koby/Paz | DEPOSIT - Garage/parking Koby | CHAPTER 11 CHECKING (0334) | 300.00 | 7,716.00 |
| 06/15/2017 | Deposit | | | DEPOSIT - 104 Laf Lisa | CHAPTER 11 CHECKING (0334) | 2,200.00 | 9,916.00 |
| 06/15/2017 | Deposit | | | DEPOSIT - Garage Eli | CHAPTER 11 CHECKING (0334) | 400.00 | 10,316.00 |
| 06/15/2017 | Deposit | | | DEPOSIT - Garage Richard | CHAPTER 11 CHECKING (0334) | 400.00 | 10,716.00 |
| 06/15/2017 | Deposit | | | DEPOSIT - 104 Laf Lisa | CHAPTER 11 CHECKING (0334) | 100.00 | 10,816.00 |
| 06/26/2017 | Deposit | | Rent - Andreas | DEPOSIT Partial 287 Comm Andreas | CHAPTER 11 CHECKING (0334) | 700.00 | 11,516.00 |
| 06/29/2017 | Deposit | | Acumen | DEPOSIT - Salary | CHAPTER 11 CHECKING (0334) | 3,364.70 | 14,880.70 |
| 06/29/2017 | Deposit | | | MOBILE DEPOSIT | CHAPTER 11 CHECKING (0334) | 1.77 | 14,882.47 |
| Total for Sales | | | | | | $14,882.47 | |
| Total for Income | | | | | | $14,882.47 | |
| Net Income | | | | | | $14,882.47 | |

# Dianna Guadagnino  June 1 - June 30, 2017

## TRANSACTION DETAIL BY ACCOUNT
### June 2017

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 06/01/2017 | Expense | | Longo Insurance | PREMIUM ASSIGNME INSUR.PMT. | CHAPTER 11 CHECKING (0334) | 251.13 | 251.13 |
| 06/01/2017 | Expense | | Verizon Wireless | VZ WIRELESS VN E CHECK | CHAPTER 11 CHECKING (0334) | 201.52 | 452.65 |
| 06/01/2017 | Expense | | Take out restaurant | VISA DDA PUR469216 SQ COMMON GROUNDS MAIN WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 16.24 | 468.89 |
| 06/02/2017 | Expense | | Worker/Project | DDA WITHDRAW *5832LK945857 5TH STREET AND HWY WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 183.00 | 651.89 |
| 06/02/2017 | Expense | | Utility gas/electric | MDU WEB PAY | CHAPTER 11 CHECKING (0334) | 267.39 | 919.28 |
| 06/02/2017 | Expense | | Office Supply | VISA DDA PUR405523 MEUCHEL COMPUTER SERVICE WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 56.41 | 975.69 |
| 06/05/2017 | Expense | | US Trustee | CHECKUNITED STATES TRUSTEE #995001 | CHAPTER 11 CHECKING (0334) | 325.00 | 1,300.69 |
| 06/05/2017 | Expense | | Hardware | VISA DDA PUR422443 BADLANDS HARDWARE WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 16.62 | 1,317.31 |
| 06/05/2017 | Expense | | Hardware | VISA DDA PUR422443 BADLANDS HARDWARE WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 57.87 | 1,375.18 |
| 06/05/2017 | Expense | | Quickbooks | VISA DDA PUR469216 INTUIT QB ONLINE 800 286 6800 * CA | CHAPTER 11 CHECKING (0334) | 24.00 | 1,399.18 |
| 06/07/2017 | Expense | | Adobe Software | VISA DDA PUR461043 ADOBE PDF PACK SUBS 800 833 6687 * CA | CHAPTER 11 CHECKING (0334) | 69.99 | 1,469.17 |
| 06/07/2017 | Expense | | Gas Station | VISA DDA PUR471705 HOLIDAY STNSTORE 0435 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 75.71 | 1,544.88 |
| 06/07/2017 | Expense | | Supermarket | VISA DDA PUR442733 CASH WISE FOODS 30 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 39.79 | 1,584.67 |
| 06/08/2017 | Expense | | Apple iCloud | VISA DDA PUR469216 APL ITUNES COM BILL 866 712 7753 * CA | CHAPTER 11 CHECKING (0334) | 2.99 | 1,587.66 |
| 06/08/2017 | Expense | | Lincoln - Dumpster | VISA DDA PUR470780 LINCOLN RECYCLING SERVIC NORTH BERGEN * NJ | CHAPTER 11 CHECKING (0334) | 587.81 | 2,175.47 |
| 06/08/2017 | Expense | | Take out restaurant | VISA DDA PUR469216 SQ COMMON GROUNDS MAIN WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 14.11 | 2,189.58 |
| 06/08/2017 | Expense | | Take out restaurant | VISA DDA PUR432300 WATFORD CITY EVENT CENTE WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 10.00 | 2,199.58 |
| 06/09/2017 | Expense | | Worker/Project | DDA WITHDRAW *5832LK945857 5TH STREET AND HWY WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 203.00 | 2,402.58 |
| 06/09/2017 | Expense | | Supermarket | VISA DDA PUR442733 CASH WISE FOODS 30 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 56.23 | 2,458.81 |
| 06/09/2017 | Expense | | Take out restaurant | VISA DDA PUR469216 SQ COMMON GROUNDS MAIN WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 22.10 | 2,480.91 |
| 06/09/2017 | Expense | | Gym | VISA DDA PUR432300 WATFORD CITY EVENT CENTE WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 318.06 | 2,798.97 |
| 06/12/2017 | Expense | | Worker/Project | DDA WITHDRAW *5832LK945857 5TH STREET AND HWY WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 63.00 | 2,861.97 |
| 06/12/2017 | Expense | | Verizon Wireless | VISA DDA PUR449804 VERIZON WRL MY ACCT VN 800 9220204 * CA | CHAPTER 11 CHECKING (0334) | 250.00 | 3,111.97 |
| 06/12/2017 | Expense | | Take out restaurant | VISA DDA PUR471705 HOLIDAY STNSTORE 0435 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 42.60 | 3,154.57 |
| 06/12/2017 | Expense | | Gas Station | VISA DDA PUR471705 HOLIDAY STNSTORE 0435 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 28.94 | 3,183.51 |
| 06/12/2017 | Expense | | Gas Station | VISA DDA PUR471705 HOLIDAY STNSTORE 0435 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 24.57 | 3,208.08 |
| 06/12/2017 | Expense | | Gas Station | VISA DDA PUR471705 HOLIDAY STNSTORE 0435 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 18.75 | 3,226.83 |
| 06/13/2017 | Expense | | Verizon Wireless | VERIZON WIRELESS PAYMENTS | CHAPTER 11 CHECKING (0334) | 179.01 | 3,405.84 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---:|---:|
| 06/13/2017 | Expense | | Movies | VISA DDA PUR432300 OUTLAWS BAR GRILL WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 8.00 | 3,413.84 |
| 06/13/2017 | Expense | | Movies | VISA DDA PUR432300 OUTLAWS BAR GRILL WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 31.00 | 3,444.84 |
| 06/13/2017 | Expense | | Take out restaurant | VISA DDA PUR469216 SQ COMMON GROUNDS MAIN WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 7.45 | 3,452.29 |
| 06/14/2017 | Expense | | OK Tire | VISA DDA PUR471705 OK TIRE | CHAPTER 11 CHECKING (0334) | 1,297.10 | 4,749.39 |
| 06/14/2017 | Expense | | Tractor Supply | VISA DDA PUR444500 TRACTOR SUPPLY CO 1812 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 62.81 | 4,812.20 |
| 06/15/2017 | Expense | | Cable | VISA DDA PUR469216 DTV DIRECTV SERVICE 800 347 3288 * CA | CHAPTER 11 CHECKING (0334) | 190.00 | 5,002.20 |
| 06/15/2017 | Expense | | Take out restaurant | VISA DDA PUR469216 SQ COMMON GROUNDS MAIN WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 7.45 | 5,009.65 |
| 06/15/2017 | Expense | | Wild Cow Coffee | VISA DDA PUR432300 WILD COW COFFEE AND CREA WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 17.74 | 5,027.39 |
| 06/15/2017 | Expense | | Movies | VISA DDA PUR469216 REDBOX DVD RENTAL 866 733 2693 * IL | CHAPTER 11 CHECKING (0334) | 34.08 | 5,061.47 |
| 06/15/2017 | Expense | | Take out restaurant | VISA DDA PUR480166 TOKYO STEAK HOUSE WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 103.40 | 5,164.87 |
| 06/15/2017 | Expense | | Worker/Project | DDA WITHDRAW *5832CP301113 100 N MAIN WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 142.95 | 5,307.82 |
| 06/16/2017 | Expense | | Worker/Project | DDA WITHDRAW *5832CP301113 100 N MAIN WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 402.95 | 5,710.77 |
| 06/16/2017 | Expense | | Hardware | DDA PURCHASE *5832316035 BADLANDS HARDWARE WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 189.57 | 5,900.34 |
| 06/16/2017 | Expense | | Take out restaurant | VISA DDA PUR432300 OUTLAWS BAR GRILL WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 105.80 | 6,006.14 |
| 06/19/2017 | Expense | | Gas Station | VISA DDA PUR471705 HOLIDAY STNSTORE 0435 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 86.87 | 6,093.01 |
| 06/19/2017 | Expense | | Gym | VISA DDA PUR432300 WATFORD CITY EVENT CENTE 701 713 5756 * ND | CHAPTER 11 CHECKING (0334) | 70.00 | 6,163.01 |
| 06/19/2017 | Expense | | Supermarket | VISA DDA PUR442733 CASH WISE FOODS 30 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 263.15 | 6,426.16 |
| 06/21/2017 | Expense | | Take out restaurant | VISA DDA PUR469216 SQ COMMON GROUNDS MAIN WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 18.11 | 6,444.27 |
| 06/22/2017 | Expense | | Gas Station | VISA DDA PUR471705 HOLIDAY STNSTORE 0435 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 61.98 | 6,506.25 |
| 06/22/2017 | Expense | | America First Car | VISA DDA PUR475542 AMERICA FIRST FEDERAL CR 800 9993961 * UT | CHAPTER 11 CHECKING (0334) | 617.10 | 7,123.35 |
| 06/23/2017 | Expense | | Worker/Project | DDA WITHDRAW *5832CP301113 100 N MAIN WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 362.95 | 7,486.30 |
| 06/26/2017 | Expense | | Supermarket | DDA PURCHASE *5832770446 CASH WISE FOODS 3042 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 66.84 | 7,553.14 |
| 06/26/2017 | Expense | | Worker/Project | DDA WITHDRAW *5832P332097 313 N MAIN ST WATFORD * ND | CHAPTER 11 CHECKING (0334) | 141.50 | 7,694.64 |
| 06/27/2017 | Expense | | Wild Cow Coffee | VISA DDA PUR432300 WILD COW COFFEE AND CREA WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 96.77 | 7,791.41 |
| 06/27/2017 | Expense | | Longo Insurance | PREMIUM ASSIGNME INSUR.PMT. | CHAPTER 11 CHECKING (0334) | 251.13 | 8,042.54 |
| 06/28/2017 | Expense | | Gas Station | DDA WITHDRAW *5832SVE41002 HOLIDAY STORE 435 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 153.00 | 8,195.54 |
| 06/29/2017 | Expense | | Utility gas/electric | MDU WEB PAY | CHAPTER 11 CHECKING (0334) | 129.50 | 8,325.04 |
| 06/29/2017 | Expense | | Wild Cow Coffee | VISA DDA PUR432300 WILD COW COFFEE AND CREA WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 6.45 | 8,331.49 |
| 06/29/2017 | Expense | | Take out restaurant | VISA DDA PUR480166 CHINA EXPRESS HAPPY JO WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 41.75 | 8,373.24 |
| 06/29/2017 | Expense | | Gas Station | VISA DDA PUR442733 KUM GO 804 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 60.37 | 8,433.61 |
| 06/30/2017 | Expense | | B of A Mortgage | BANK OF AMERICA MORTGAGE | CHAPTER 11 CHECKING (0334) | 1,414.74 | 9,848.35 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 06/30/2017 | Expense | | Carrington Mortgage | CARRINGTON MORTGAGE | CHAPTER 11 CHECKING (0334) | 1,771.39 | 11,619.74 |
| 06/30/2017 | Expense | | Suez | SUEZ SUEZ | CHAPTER 11 CHECKING (0334) | 283.53 | 11,903.27 |
| 06/30/2017 | Expense | | Utility gas/electric | PUBLIC SERVICE PSEG | CHAPTER 11 CHECKING (0334) | 235.00 | 12,138.27 |
| 06/30/2017 | Expense | | Suez | SUEZ SUEZ | CHAPTER 11 CHECKING (0334) | 830.97 | 12,969.24 |

 **Bank**

America's Most Convenient Bank®    T    STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ
287 COMMUNIPAW AVE
JERSEY CITY NJ  07304

Page: 1 of 5
Statement Period: Jun 01 2017-Jun 30 2017
Cust Ref #: 4340580334-039-T-###
Primary Account #: 434-0580334

## Chapter 11 Checking

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Account # 434-0580334

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 8,241.02 | Average Collected Balance | 11,621.55 |
| Deposits | 14,882.47 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 12,992.99 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 10,130.50 | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/01 | DEPOSIT | 1,875.00 |
| 06/05 | DEPOSIT | 3,025.00 |
| 06/08 | DEPOSIT | 1,316.00 |
| 06/08 | DEPOSIT | 1,200.00 |
| 06/12 | DEPOSIT | 300.00 |
| 06/15 | DEPOSIT | 3,100.00 |
| 06/26 | DEPOSIT | 700.00 |
| 06/29 | DEPOSIT | 3,364.70 |
| 06/29 | MOBILE DEPOSIT | 1.77 |
| | Subtotal: | 14,882.47 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/01 | ELECTRONIC PMT-WEB, PREMIUM ASSIGNME INSUR.PMT. WEB INS PMT | 251.13 |
| 06/01 | ELECTRONIC PMT-TEL, VZ WIRELESS VN E CHECK 9371424 | 201.52 |
| 06/01 | DEBIT CARD PURCHASE, *****04017405832, AUT 053117 VISA DDA PUR<br>SQ  COMMON GROUNDS MAIN    WATFORD CITY * ND | 16.24 |
| 06/02 | ACH DEBIT, MDU WEB PAY ****894431 | 267.39 |
| 06/02 | NONTD ATM DEBIT, *****04017405832, AUT 060217 DDA WITHDRAW<br>5TH STREET AND HWY    WATFORD CITY * ND | 183.00 |
| 06/02 | DEBIT CARD PURCHASE, *****04017405832, AUT 053117 VISA DDA PUR<br>MEUCHEL COMPUTER SERVICE   WATFORD CITY * ND | 56.41 |
| 06/05 | TDBANK BILL PAY CHECK,<br>UNITED STATES TRUSTEE<br>CHECK# 995001 | 325.00 |
| 06/05 | DEBIT CARD PURCHASE, *****04017405832, AUT 060317 VISA DDA PUR<br>BADLANDS HARDWARE      WATFORD CITY * ND | 57.87 |
| 06/05 | DEBIT CARD PAYMENT, *****04017405832, AUT 060217 VISA DDA PUR<br>INTUIT  QB ONLINE     800 286 6800  * CA | 24.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Page: 2 of 5

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance          10,130.50

② Total Deposits    +

③ Sub Total

④ Total Withdrawals    -

⑤ Adjusted Balance

| ③ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.


# Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 3 of 5
Statement Period: Jun 01 2017-Jun 30 2017
Cust Ref #: 4340580334-039-T-###
Primary Account #: 434-0580334

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/05 | DEBIT CARD PURCHASE, *****04017405832, AUT 060317 VISA DDA PUR BADLANDS HARDWARE    WATFORD CITY * ND | 16.62 |
| 06/07 | DEBIT CARD PURCHASE, *****04017405832, AUT 060517 VISA DDA PUR HOLIDAY STNSTORE 0435    WATFORD CITY * ND | 75.71 |
| 06/07 | DEBIT CARD PURCHASE, *****04017405832, AUT 060517 VISA DDA PUR ADOBE  PDF PACK SUBS    800 833 6687 * CA | 69.99 |
| 06/07 | DEBIT CARD PURCHASE, *****04017405832, AUT 060617 VISA DDA PUR CASH WISE FOODS 30    WATFORD CITY * ND | 39.79 |
| 06/08 | DEBIT CARD PURCHASE, *****04017405832, AUT 060717 VISA DDA PUR LINCOLN RECYCLING SERVIC    NORTH BERGEN * NJ | 587.81 |
| 06/08 | DEBIT CARD PURCHASE, *****04017405832, AUT 060717 VISA DDA PUR SQ  COMMON GROUNDS MAIN    WATFORD CITY * ND | 14.11 |
| 06/08 | DEBIT CARD PURCHASE, *****04017405832, AUT 060617 VISA DDA PUR WATFORD CITY EVENT CENTE    WATFORD CITY * ND | 10.00 |
| 06/08 | DEBIT CARD PURCHASE, *****04017405832, AUT 060717 VISA DDA PUR APL  ITUNES COM BILL    866 712 7753 * CA | 2.99 |
| 06/09 | DEBIT CARD PURCHASE, *****04017405832, AUT 060717 VISA DDA PUR WATFORD CITY EVENT CENTE    WATFORD CITY * ND | 318.06 |
| 06/09 | NONTD ATM DEBIT, *****04017405832, AUT 060917 DDA WITHDRAW 5TH STREET AND HWY    WATFORD CITY * ND | 203.00 |
| 06/09 | DEBIT CARD PURCHASE, *****04017405832, AUT 060817 VISA DDA PUR CASH WISE FOODS 30    WATFORD CITY * ND | 56.23 |
| 06/09 | DEBIT CARD PURCHASE, *****04017405832, AUT 060817 VISA DDA PUR SQ  COMMON GROUNDS MAIN    WATFORD CITY * ND | 22.10 |
| 06/12 | DEBIT CARD PURCHASE, *****04017405832, AUT 061017 VISA DDA PUR VERIZON WRL MY ACCT VN    800 9220204  * CA | 250.00 |
| 06/12 | NONTD ATM DEBIT, *****04017405832, AUT 061217 DDA WITHDRAW 5TH STREET AND HWY    WATFORD CITY * ND | 63.00 |
| 06/12 | DEBIT CARD PURCHASE, *****04017405832, AUT 060817 VISA DDA PUR HOLIDAY STNSTORE 0435    WATFORD CITY * ND | 42.60 |
| 06/12 | DEBIT CARD PURCHASE, *****04017405832, AUT 060817 VISA DDA PUR HOLIDAY STNSTORE 0435    WATFORD CITY * ND | 28.94 |
| 06/12 | DEBIT CARD PURCHASE, *****04017405832, AUT 060817 VISA DDA PUR HOLIDAY STNSTORE 0435    WATFORD CITY * ND | 24.57 |
| 06/12 | DEBIT CARD PURCHASE, *****04017405832, AUT 060817 VISA DDA PUR HOLIDAY STNSTORE 0435    WATFORD CITY * ND | 18.75 |
| 06/13 | ACH DEBIT, VERIZON WIRELESS PAYMENTS ****14696200001 | 179.01 |
| 06/13 | DEBIT CARD PURCHASE, *****04017405832, AUT 061117 VISA DDA PUR OUTLAWS BAR  GRILL    WATFORD CITY * ND | 31.00 |
| 06/13 | DEBIT CARD PURCHASE, *****04017405832, AUT 061117 VISA DDA PUR OUTLAWS BAR  GRILL    WATFORD CITY * ND | 8.00 |
| 06/13 | DEBIT CARD PURCHASE, *****04017405832, AUT 061217 VISA DDA PUR SQ  COMMON GROUNDS MAIN    WATFORD CITY * ND | 7.45 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 4 of 5
Statement Period: Jun 01 2017-Jun 30 2017
Cust Ref #: 4340580334-039-T-###
Primary Account #: 434-0580334

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/14 | DEBIT CARD PURCHASE, *****04017405832, AUT 061317 VISA DDA PUR<br>OK TIRE WATFORD CITY    WATFORD CITY * ND | 1,297.10 |
| 06/14 | DEBIT CARD PURCHASE, *****04017405832, AUT 061317 VISA DDA PUR<br>TRACTOR SUPPLY CO 1812    WATFORD CITY * ND | 62.81 |
| 06/15 | DEBIT CARD PURCHASE, *****04017405832, AUT 061417 VISA DDA PUR<br>DTV DIRECTV SERVICE    800 347 3288 * CA | 190.00 |
| 06/15 | NONTD ATM DEBIT, *****04017405832, AUT 061417 DDA WITHDRAW<br>100 N MAIN    WATFORD CITY * ND | 142.95 |
| 06/15 | DEBIT CARD PURCHASE, *****04017405832, AUT 061317 VISA DDA PUR<br>TOKYO STEAK HOUSE    WATFORD CITY * ND | 103.40 |
| 06/15 | DEBIT CARD PURCHASE, *****04017405832, AUT 061417 VISA DDA PUR<br>REDBOX DVD RENTAL    866 733 2693 * IL | 34.08 |
| 06/15 | DEBIT CARD PURCHASE, *****04017405832, AUT 061317 VISA DDA PUR<br>WILD COW COFFEE AND CREA    WATFORD CITY * ND | 17.74 |
| 06/15 | DEBIT CARD PURCHASE, *****04017405832, AUT 061417 VISA DDA PUR<br>SQ COMMON GROUNDS MAIN    WATFORD CITY * ND | 7.45 |
| 06/16 | NONTD ATM DEBIT, *****04017405832, AUT 061617 DDA WITHDRAW<br>100 N MAIN    WATFORD CITY * ND | 402.95 |
| 06/16 | DEBIT POS, *****04017405832, AUT 061617 DDA PURCHASE<br>BADLANDS HARDWARE    WATFORD CITY * ND | 189.57 |
| 06/16 | DEBIT CARD PURCHASE, *****04017405832, AUT 061417 VISA DDA PUR<br>OUTLAWS BAR GRILL    WATFORD CITY * ND | 105.80 |
| 06/19 | DEBIT CARD PURCHASE, *****04017405832, AUT 061817 VISA DDA PUR<br>CASH WISE FOODS 30    WATFORD CITY * ND | 263.15 |
| 06/19 | DEBIT CARD PURCHASE, *****04017405832, AUT 061517 VISA DDA PUR<br>HOLIDAY STNSTORE 0435    WATFORD CITY * ND | 86.87 |
| 06/19 | DEBIT CARD PURCHASE, *****04017405832, AUT 061517 VISA DDA PUR<br>WATFORD CITY EVENT CENTE    701 713 5756 * ND | 70.00 |
| 06/21 | DEBIT CARD PURCHASE, *****04017405832, AUT 062017 VISA DDA PUR<br>SQ COMMON GROUNDS MAIN    WATFORD CITY * ND | 18.11 |
| 06/22 | DEBIT CARD PURCHASE, *****04017405832, AUT 062117 VISA DDA PUR<br>AMERICA FIRST FEDERAL CR    800 9993961 * UT | 617.10 |
| 06/22 | DEBIT CARD PURCHASE, *****04017405832, AUT 062017 VISA DDA PUR<br>HOLIDAY STNSTORE 0435    WATFORD CITY * ND | 61.98 |
| 06/23 | NONTD ATM DEBIT, *****04017405832, AUT 062317 DDA WITHDRAW<br>100 N MAIN    WATFORD CITY * ND | 362.95 |
| 06/26 | NONTD ATM DEBIT, *****04017405832, AUT 062417 DDA WITHDRAW<br>313 N MAIN ST    WATFORD * ND | 141.50 |
| 06/26 | DEBIT POS, *****04017405832, AUT 062617 DDA PURCHASE<br>CASH WISE FOODS 3042    WATFORD CITY * ND | 66.84 |
| 06/27 | ELECTRONIC PMT-WEB, PREMIUM ASSIGNME INSUR.PMT. WEB INS PMT | 251.13 |
| 06/27 | DEBIT CARD PURCHASE, *****04017405832, AUT 062417 VISA DDA PUR<br>WILD COW COFFEE AND CREA    WATFORD CITY * ND | 96.77 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®                    STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

| | |
|---|---|
| Page: | 5 of 5 |
| Statement Period: | Jun 01 2017-Jun 30 2017 |
| Cust Ref #: | 4340580334-039-T-### |
| Primary Account #: | 434-0580334 |

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/27 | DEBIT POS, *****04017405832, AUT 062717 DDA PURCHASE USPS PO 37908808 212 2ND    WATFORD CITY * ND | 23.75 |
| 06/28 | NONTD ATM DEBIT, *****04017405832, AUT 062817 DDA WITHDRAW HOLIDAY STORE  435         WATFORD CITY * ND | 153.00 |
| 06/29 | ACH DEBIT, MDU WEB PAY ****894431 | 129.50 |
| 06/29 | DEBIT CARD PURCHASE, *****04017405832, AUT 062817 VISA DDA PUR KUM  GO  804         WATFORD CITY * ND | 60.37 |
| 06/29 | DEBIT CARD PURCHASE, *****04017405832, AUT 062717 VISA DDA PUR CHINA EXPRESS  HAPPY JO   WATFORD CITY * ND | 41.75 |
| 06/29 | DEBIT CARD PURCHASE, *****04017405832, AUT 062617 VISA DDA PUR WILD COW COFFEE AND CREA   WATFORD CITY * ND | 6.45 |
| 06/30 | ACH DEBIT, CARRINGTON MORTGAGE ****013438 | 1,771.39 |
| 06/30 | ELECTRONIC PMT-TEL, BANK OF AMERICA MORTGAGE ****04465 | 1,414.74 |
| 06/30 | ELECTRONIC PMT-WEB, SUEZ SUEZ ****9064440000 | 830.97 |
| 06/30 | ELECTRONIC PMT-WEB, SUEZ SUEZ ****9954440000 | 283.53 |
| 06/30 | ACH DEBIT, PUBLIC SERVICE PSEG ****15114106 | 235.00 |
| | Subtotal: | 12,992.99 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 05/31 | 8,241.02 | 06/16 | 13,050.88 |
| 06/01 | 9,647.13 | 06/19 | 12,630.86 |
| 06/02 | 9,140.33 | 06/21 | 12,612.75 |
| 06/05 | 11,741.84 | 06/22 | 11,933.67 |
| 06/07 | 11,556.35 | 06/23 | 11,570.72 |
| 06/08 | 13,457.44 | 06/26 | 12,062.38 |
| 06/09 | 12,858.05 | 06/27 | 11,690.73 |
| 06/12 | 12,730.19 | 06/28 | 11,537.73 |
| 06/13 | 12,504.73 | 06/29 | 14,666.13 |
| 06/14 | 11,144.82 | 06/30 | 10,130.50 |
| 06/15 | 13,749.20 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender