| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| CULLEN AND DYKMAN LLP<br>433 Hackensack Avenue<br>Hackensack, NJ 07601<br>(201) 488-1300 (Tel.)<br>(201) 488-6541 (Fax)<br>David Edelberg, Esq. (DE-6258)<br>Counsel to Dianna Guadagnino | |
| In Re:<br><br>DIANNA GUADAGNINO,<br><br>Debtor. | Case No.: 17-12951 (RG)<br>Hearing Date: 8-22-17<br>Judge: Rosemary Gambardella<br>Chapter: 11 |

**FILED**
JEANNE A. NAUGHTON, CLERK
AUG 24 2017
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

8/24/17    /s/ Rosemary Gambardella
           USBJ

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Cullen and Dykman LLP Attorneys | $19,755.00 * | $1,991.08 |

\* Credit any retainer received.

rev.8/1/15

2