## UNITED STATES BANKRUPTCY COURT
### District of New Jersey

In re:                                            Case no.:     17-12951 (RG)

Dianna Guadagnino,                 Chapter:      11

                                              Judge:       Gambardella

                Debtor(s)

### AMENDMENT TO SCHEDULE D, E or F
### or LIST OF CREDITORS

Please specify the List or Schedule(s) to be amended:

- ☐ Schedule D - Creditors holding secured claims
- ☐ Schedule E - Creditors holding unsecured priority claims
- ☒ Schedule F - Creditors holding unsecured claims
- ☒ List of Creditors (Matrix)

The schedule or list indicated above, having been previously filed, is amended as follows: (List name and address of creditors being added or deleted and indicate same; please use separate sheet if necessary)

Mohave Engineering                       Balance Due Unliquidated
P.O. Box 6547
Kingman, Arizona 86402

I hereby certify under penalty of perjury that the above information is correct.

Dated: August 24 2017     Debtor's signature:     /s/ Dianna Guadagnino

Dated: August 24 2017     Debtor's signature:     [signature]

Submit original and a $26.00 fee.

If new creditors are being added as a result of this amendment, you must attach a matrix containing only those creditors being added.

Rev.04/22/08.jml

MATRIX

Mohave Engineering
P.O. Box 6547
Kingman, Arizona 86402