| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| CULLEN AND DYKMAN LLP<br>433 Hackensack Avenue<br>Hackensack, NJ 07601<br>(201) 488-1300 (Tel.)<br>(201) 488-6541 (Fax)<br>David Edelberg, Esq. (DE-6258)<br>Counsel to Dianna Guadagnino |
| In Re:<br><br>DIANNA GUADAGNINO,<br><br>       Debtor. |

**FILED**
JEANNE A. NAUGHTON, CLERK
AUG 2 4 2017
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

Case No.: 17-12951 (RG)

Hearing Date: 8-22-17

Judge: Rosemary Gambardella

Chapter: 11

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

_____
8/24/17    /s/ Rosemary Gambardella
            USBJ

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Cullen and Dykman LLP<br>Attorneys | $19,755.00 * | $1,991.08 |

*Credit any retainer received.*

rev.8/1/15

2

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-12951-RG
Dianna Guadagnino                                                   Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Aug 24, 2017
                              Form ID: pdf903      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2017.
db          +Dianna Guadagnino,    287 Communipaw Avenue,    Jersey City, NJ 07304-4003
aty         +Cullen and Dykman LLP,    433 Hackensack Avenue,    Hackensack, NJ 07601-6319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2017 at the address(es) listed below:
        David Edelberg    on behalf of Debtor Dianna  Guadagnino dedelberg@cullenanddykman.com
        Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Nicholas Paul Edwards    on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for Carrington mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates nedwards@shp-law.com
        Robert S. Roglieri    on behalf of Creditor   Donald V. Biase RRoglieri@trenklawfirm.com
        Shoshana Schiff    on behalf of Creditor   Donald V. Biase sschiff@trenklawfirm.com, cdeangelis@trenklawfirm.com
        U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
        William M.E. Powers, III    on behalf of Creditor   U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-AB1, Mortgage Pass-Through Certificates, Series 2006-AB1 ecf@powerskirn.com
                                                                                                TOTAL: 7