PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
(818) 227-0637 facsimile
cmartin@pralc.com
C.241-5502.NF

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re                                                            Bk. No. 17-12951-RG

Dianna Guadagnino,                                    Chapter 11

     Debtor.
_____/

## REQUEST FOR SPECIAL NOTICE

    IT IS HEREBY REQUESTED that copies of any and all notices and orders sent to any person or entity in connection with this case, including, without limitation, service of any proposed disclosure statement and notice of any hearing to consider the adequacy of the disclosure statement in accordance with 11 U.S.C. §1125 and also including those notices sent pursuant to Subdivision (a) of Bankruptcy Rule 2002, or succeeding rules, for which Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2006- FRE1 Asset-Backed Pass-Through Certificates, its assignees and/or successors in interest, is entitled to service or notice, with regard to the real property described as 252 Suydam Ave, Jersey City, New Jersey 07304 (Loan No. XXXX3438), claimant herein, and that a courtesy copy also be sent to:

**PROBER & RAPHAEL, A LAW CORPORATION**
**20750 Ventura Boulevard, Suite 100**
**Woodland Hills, California 91364**

1

This does not constitute a general appearance for any purpose and is not a waiver of any service requirements, under applicable law, including, but not limited to Bankruptcy Rule 7004.

Dated: August 28, 2017                    By /s/ Dean R. Prober
                                                            DEAN R. PROBER, ESQ., CA BAR # 106207
                                                            As Agent for Claimant

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Roger Soria, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On August 29, 2017, I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Dianna Guadagnino
287 Communipaw Avenue
Jersey City, NJ 07304
Debtor

David Edelberg, Esquire
Cullen and Dykman LLP
433 Hackensack Avenue
Hackensack, NJ 07601
Attorney for Debtor

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on August 29, 2017, at Woodland Hills, California.

/s/  Roger Soria