UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**CULLEN AND DYKMAN, LLP**
433 Hackensack Avenue
Hackensack, NJ 07601
(201) 488-1300 (Tel)
(201) 488-6541 (Fax)
David Edelberg, Esq.
Counsel to Dianna Guadagnino

In Re:

DIANNA GUADAGNINO,

               Debtor.

Chapter 11

Case No.: 17-12951 (RG)

Judge:  Rosemary Gambardella

## CERTIFICATION OF SERVICE

1.    I, Tania Marienthal:

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for David Edelberg, who represents Dianna Guadagnino in this matter.

    ☐ am the _____ in this case and am representing myself.

2.    On August 30, 2017, I sent a copy of the following pleadings and/or documents to the parties in the attached chart by regular mail.

    a) Order Respecting Amendment to Schedule D, E/F, F, G, H or List of Creditors dated August 29, 2017; and
    b) Notice of Chapter 11 Bankruptcy Case.

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: August 30, 2017

/s/ Tania Marienthal
Tania Marienthal

F:\EDELBERG\Guadagnino Dianna\Pleadings\Certification of Service Mohave 8.30.17.doc

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Mohave Engineering<br>P.O. Box 6547<br>Kingman, Arizona | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  |  |
|  |  |  |
|  |  |  |