# CULLEN and DYKMAN LLP

DAVID EDELBERG
PARTNER
dedelberg@cullenanddykman.com

Continental Plaza
433 Hackensack Avenue
Hackensack, New Jersey 07601
Telephone (201) 488-1300 • Facsimile (201) 488-6541

October 23, 2017

**By ECF**
Clerk
United States Bankruptcy Court
50 Walnut Street
Newark, New Jersey 07102

    Re:    **In re Dianna Guadagnino**
             **Case No.: 17-12951**

             **Status Conference Scheduled on October 18 at 2:00 p.m.**

Dear Sir or Madam:

    Please be advised that this firm represents Dianna Guadagnino regarding the above referenced matter. This letter will confirm that the Status Conference in the above referenced matter has been adjourned to November 21 at 10:00 a.m. Thank you.

                                        Sincerely,

                                        CULLEN AND DYKMAN LLP

                                        David Edelberg (tm)

                                        David Edelberg

DE/tm
cc:    David Gerardi, Esq. (By email david.gerardi@usdoj.gov)
        Attached Service List

F:\EDELBERG\Guadagnino Dianna\Correspondence\Clerk 10.23.17.doc

*Founded 1850*

BROOKLYN        LONG ISLAND        MANHATTAN        WASHINGTON, D.C.        ALBANY        NEW JERSEY

*CULLENandDYKMANLLP*

# SERVICE LIST

| | |
|---|---|
| Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, New Jersey 07102 | Liquidity Solutions, Inc.<br>One University Plaza, Ste. 312<br>Hackensack, NJ 07601<br>isi@liquiditysolutions.com |
| Emmanuel J. Argentieri, Esq.<br>Romano Garubo & Argentieri LLC<br>52 Newton Ave . PO Box 456<br>Woodbury, NJ 08096<br>Attorneys for M&T Bank<br>svirgilio@rgalegal.com | Robert S. Roglieri, Esq.<br>Trenk, DiPasquale, Della Fera & Sodono, P.C.<br>347 Mt. Pleasant Avenue, Suite 300<br>West Orange, NJ 07052<br>Attorneys for Donald V. Biase<br>rroglieri@trenklawfirm.com |
| Powers Kim, LLC<br>728 Marne Highway, Suite 200<br>Moorestown, NJ 08057<br>Attorneys for US Bank National Association as Trustee for MASTR Asset Packed Securities Trust | Nicholas P. Edwards<br>Shelton, Harrison & Pinson, PLLC<br>701 Highlander Blvd, Suite 270<br>Arlington, TX 76015<br>Attorneys for Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust<br>Tele: 817.522.7550<br>Email: Bankruptcy@shp-law.com |
| Denise Carlon, Esq.<br>Brian C. Nicholas, Esq.<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Attorneys for Bank of America, N.A.<br>dcarlon@kmllawgroup.com<br>bnicholas@kmllawgroup.com | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541<br>Telephone: (877) 829-8298<br>Facsimile: (757) 351-3257<br>E-mail: claims@recoverycorp.com |
| Shoshana Schiff, Esq.<br>Trenk, DiPasquale, Della Fera & Sodono, P.C.<br>347 Mt. Pleasant Avenue, Suite 300<br>West Orange, NJ 07052<br>Attorneys for Donald V. Biase<br>sschiff@trenklawfirm.com | |