B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re  Dianna Guadagnino,  
    *Debtor*

Case No. 17-12951

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: November 30, 2017                 Date filed: 01/16/2017

Line of Business: Rental Income         NAISC Code: 531110

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_/s/ Dianna Guadagnino_  
Original Signature of Responsible Party

Dianna Guadagnino  
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☑ | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

| | | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?    ☐    ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME    $    19,235.05

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 291.51 |
| Cash on Hand at End of Month | $ | 4,881.97 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    TOTAL | $ | 4,881.97 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES    $    14,644.59

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 19,235.05 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 14,644.59 |
| *(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH** | $ | 4,590.46 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

|  | TOTAL PAYABLES | $ | 0.00 |
|---|---|---|---|

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

|  | TOTAL RECEIVABLES | $ | 1,275.00 |
|---|---|---|---|

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 0 |
|---|---|
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 0 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
|---|---|---|
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 11,500.00 |

*NON-BANKRUPTCY RELATED:*

| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
|---|---|---|
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

Page 4

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 14,000.00 | $ 19,235.05 | $ 5,235.05 |
| EXPENSES | $ 12,500.00 | $ 14,644.59 | $ 2,144.59 |
| CASH PROFIT | $ 1,500.00 | $ 4,590.46 | $ 3,090.46 |

| | |
|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ 13,750.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ 12,500.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ 1,250.00 |

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

# Dianna Guadagnino November 1 - 30, 2017

## INCOME DETAIL
November 2017

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMO |
|---|---|---|---|---|---|---|
| Ordinary Income/Expenses | | | | | | |
| Income | | | | | | |
| Sales | | | | | | |
| 11/02/2017 | Deposit | | Rent - Jayne | DEPOSIT 194 Pine St Jayne | CHAPTER 11 CHECKING (0334) | 2,22 |
| 11/03/2017 | Deposit | | Rent - Stephen | DEPOSIT 252 Suydam Ave | CHAPTER 11 CHECKING (0334) | 2,00 |
| 11/06/2017 | Deposit | | | DEPOSIT Garage James | CHAPTER 11 CHECKING (0334) | 20 |
| 11/06/2017 | Deposit | | | DEPOSIT Garage Mike | CHAPTER 11 CHECKING (0334) | 20 |
| 11/06/2017 | Deposit | | | DEPOSIT Garage Eli | CHAPTER 11 CHECKING (0334) | 37 |
| 11/07/2017 | Deposit | | Rent - Druva | DEPOSIT 104 Pine St Druva | CHAPTER 11 CHECKING (0334) | 2,80 |
| 11/08/2017 | Deposit | | | DEPOSIT 287 Comm Ramsey (Andrew) | CHAPTER 11 CHECKING (0334) | 50 |
| 11/08/2017 | Deposit | | | DEPOSIT 287 Comm Ramsey | CHAPTER 11 CHECKING (0334) | 2,42 |
| 11/10/2017 | Deposit | | Rent - Dan | DEPOSIT Garage Richard | CHAPTER 11 CHECKING (0334) | 60 |
| 11/20/2017 | Deposit | | Rent - Koby/Paz | DEPOSIT Garage Koby | CHAPTER 11 CHECKING (0334) | 47 |
| 11/21/2017 | Deposit | | Rent - Andreas | DEPOSIT 287 Comm | CHAPTER 11 CHECKING (0334) | 1,90 |
| 11/22/2017 | Deposit | | Rent - Jessie | DEPOSIT 287 Communipaw Ramsey | CHAPTER 11 CHECKING (0334) | 40 |
| 11/30/2017 | Deposit | | Rent - Richard Garage | DEPOSIT Garage Dan | CHAPTER 11 CHECKING (0334) | 40 |
| **Total for Sales** | | | | | | **$14,50** |
| Uncategorized Income | | | | | | |
| 11/15/2017 | Deposit | | Acumen | ACUMEN FISCAL AG EDI PYMNTS | CHAPTER 11 CHECKING (0334) | 1,68 |
| 11/30/2017 | Deposit | | Acumen | ACUMEN FISCAL AG EDI PYMNTS | CHAPTER 11 CHECKING (0334) | 3,05 |
| **Total for Uncategorized Income** | | | | | | **$4,73** |
| **Total for Income** | | | | | | **$19,23** |
| **Net Income** | | | | | | **$19,23** |

**Note**

# Dianna Guadagnino  November 1 - 30, 2017

TRANSACTION DETAIL BY ACCOUNT

November 2017

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AM |
|---|---|---|---|---|---|---|
| 11/01/2017 | Expense | | Supermarket | DDA PURCHASE *5832770446 CASH WISE FOODS 3042 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | |
| 11/03/2017 | Expense | | Quickbooks | VISA DDA PUR469216 INTUIT QB ONLINE 800 286 6800 * CA | CHAPTER 11 CHECKING (0334) | |
| 11/06/2017 | Expense | | Take out restaurant | VISA DDA PUR469216 SQ PIZZA PIE ON THE FLY WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | |
| 11/06/2017 | Expense | | Gym | DDA WITHDRAW *5832ND000159 2209 WOLVES DEN PKW WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | |
| 11/06/2017 | Expense | | Take out restaurant | VISA DDA PUR469216 SQ COMMON GROUNDS CENEX WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | |
| 11/07/2017 | Expense | | Wells Fargo | WF HOME MTG AUTO PAY | CHAPTER 11 CHECKING (0334) | 1, |
| 11/09/2017 | Expense | | Apple iCloud | VISA DDA PUR469216 APL ITUNES COM BILL 866 712 7753 * CA | CHAPTER 11 CHECKING (0334) | |
| 11/10/2017 | Expense | | Storage | VISA DDA PUR432300 WATFORD CITY SELF STORAG 7016516775 * ND | CHAPTER 11 CHECKING (0334) | |
| 11/13/2017 | Expense | | Cable | VISA DDA PUR469216 DTV DIRECTV SERVICE 800 347 3288 * CA | CHAPTER 11 CHECKING (0334) | |
| 11/13/2017 | Expense | | Verizon Wireless | VERIZON WIRELESS PAYMENTS | CHAPTER 11 CHECKING (0334) | |
| 11/13/2017 | Expense | | Transunion | VISA DDA PUR469216 TU TRANSUNION 800 493 3292 * CA | CHAPTER 11 CHECKING (0334) | |
| 11/14/2017 | Expense | | Office Supply | VISA DDA PUR469216 STARZ ENTERTAINMENT 855 247 9175 * CO | CHAPTER 11 CHECKING (0334) | |
| 11/14/2017 | Expense | | Supermarket | DDA PURCHASE *5832770446 CASH WISE FOODS 3042 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | |
| 11/17/2017 | Expense | | Supermarket | DDA PURCHASE *5832770446 CASH WISE FOODS 3042 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | |
| 11/17/2017 | Expense | | US Trustee | UNITED STATES TRUSTEE #995005 | CHAPTER 11 CHECKING (0334) | |
| 11/20/2017 | Expense | | Noah Seeley / Masonry | CHECK #1120 | CHAPTER 11 CHECKING (0334) | 1, |
| 11/20/2017 | Expense | | Noah Seeley / Masonry | CHECKNOAH SEELEY #995006 | CHAPTER 11 CHECKING (0334) | 1, |
| 11/20/2017 | Expense | | Supermarket | DDA PURCHASE *5832770446 CASH WISE FOODS 3042 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | |
| 11/20/2017 | Expense | | Gas Station | DDA PURCHASE *583212518703 KUM GO 804 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | |
| 11/20/2017 | Expense | | Insurance | VISA DDA PUR469216 GEICO AUTO 800 841 3000 * DC | CHAPTER 11 CHECKING (0334) | |
| 11/21/2017 | Expense | | Carrington Mortgage | CARRINGTON MORTGAGE | CHAPTER 11 CHECKING (0334) | 1, |
| 11/22/2017 | Expense | | Wells Fargo | WF HOME MTG AUTO PAY | CHAPTER 11 CHECKING (0334) | 1, |
| 11/24/2017 | Expense | | Worker/Project | DDA WITHDRAW *5832CP301113 100 N MAIN WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | |
| 11/27/2017 | Expense | | Apple iCloud | VISA DDA PUR469216 APL ITUNES COM | CHAPTER 11 | |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AN |
|---|---|---|---|---|---|---|
| 11/29/2017 | Expense | | Utility gas/electric | PUBLIC SERVICE PSEG | CHAPTER 11 CHECKING (0334) | |
| 11/29/2017 | Expense | | Utility gas/electric | PUBLIC SERVICE PSEG | CHAPTER 11 CHECKING (0334) | |
| 11/29/2017 | Expense | | Supermarket | DDA PURCHASE *5832770446 CASH WISE FOODS 3042 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | |
| 11/29/2017 | Expense | | Gym | VISA DDA PUR490641 ICP BADLANDS GYMNASTICS 763 7428789 * ND | CHAPTER 11 CHECKING (0334) | |
| 11/30/2017 | Expense | | M & T Bank | M T BANK MORT PYMT | CHAPTER 11 CHECKING (0334) | 2, |
| 11/30/2017 | Expense | | Clothing | VISA DDA PUR443106 GYMBOREE COM 500 419 278 7172 * CA | CHAPTER 11 CHECKING (0334) | |

## LEDGER ACCOUNT - RENT ROLL MONTHLY

Guadagnino, Dianna

| | RENT ROLL | NOVEMBER, 2017 |
|---|---|---|
| | RUNNING BALANCE | 14500.00 |

| Unit Numb | ADDRESS | TENANT NAME | NOTE | NOTE2 | ACTUAL RATE | PAYMENT DATE | PAYMENT AMOUNT | Amount Owed | Previous Unpaid | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 194 Pine Street | JAYNE FREEMAN | Increased | Check Deposited | 2,225.00 | 11/2/2017 | 2,225.00 | 0.00 | 0.00 | |
| 1 | 252 Suydam Ave | STEPHEN - UNIT 1 - New Tenant | Nov move-in | Check | 1,600.00 | | 2,000.00 | 0.00 | 1,275.00 | ⊙ |
| 2 | 252 Suydam Ave | UNIT 2 - TBD | | EMPTY | 1,950.00 | 11/2/2017 | 0.00 | 0.00 | 0.00 | |
| 1 | 104 Lafayette | DRUVA / HERTZ - New Tenant | Paid in Sep for Oct | Pre-Payment for Oct 1 | 2,800.00 | 11/6/2017 | 2,800.00 | 0.00 | 0.00 | ⊙ |
| 1 | 287 Communipaw Ave | Andreas Hertz | | Deposit | 1,700.00 | ############ | 1,700.00 | 0.00 | 0.00 | |
| 2 | 287 Communipaw Ave | Ramsey | | Check Deposited | 2,425.00 | 11/8/2017 | 2,425.00 | TBD | 0.00 | ⊙ |
| 2 | 287 Communipaw Ave | Andrew Coyte | | Check Deposited | 500.00 | 11/8/2017 | 500.00 | 0.00 | 0.00 | |
| 2 | 287 Communipaw Ave | Jessie | | Money Order | 600.00 | 11/8/2017 | 400.00 | 1,000.00 | 0.00 | ⊙ |
| Garage 1 | 287 Communipaw Ave | Eli | | Cash Deposited | 250.00 | 11/6/2017 | 0.00 | 0.00 | 0.00 | |
| Garage 2 | 287 Communipaw Ave | Richard | Extra Spot | Cash Deposited | 200.00 | ############ | 400.00 | 0.00 | 0.00 | ⊙ |
| Garage 3 | 287 Communipaw Ave | Richard | | Cash Deposited | 200.00 | ############ | 200.00 | 0.00 | 0.00 | |
| Garage 4 | 287 Communipaw Ave | Andreas Hertz | | Deposit | 200.00 | ############ | 200.00 | 0.00 | 0.00 | |
| Garage 5 | 287 Communipaw Ave | Paz / Koby Benvenisti | | check | 250.00 | ############ | 250.00 | 0.00 | 0.00 | |
| Garage 6 | 287 Communipaw Ave | John Ross | | NA | 200.00 | 11/1/2017 | TRADE | 0.00 | 0.00 | ⊙ |
| Garage 7 | 287 Communipaw Ave | John Ross | | NA | 200.00 | 11/1/2017 | TRADE | 0.00 | 0.00 | |
| Garage 8 | 287 Communipaw Ave | Eli | | Check | 225.00 | 11/6/2017 | 0.00 | 0.00 | 0.00 | |
| Garage 9 | 287 Communipaw Ave | To Be Rented | | NA | 250.00 | 11/1/2017 | PERSONAL | 0.00 | 0.00 | |
| Garage 1 | 252 Suydam Ave | Paz / Koby Benvenisti | late fee $25 | Check | 200.00 | ############ | 225.00 | 0.00 | 0.00 | ⊙ |
| Garage 2 | 252 Suydam Ave | Michael | | Check Deposited | 200.00 | 11/6/2018 | 200.00 | 200.00 | 0.00 | |
| Garage 3 | 252 Suydam Ave | Eli | | Check Deposited | 250.00 | 11/6/2017 | 375.00 | 0.00 | 0.00 | ⊙ |
| Garage 4 | 252 Suydam Ave | James | | Check Deposited | 200.00 | 11/6/2017 | 200.00 | 0.00 | 0.00 | |
| Garage 5 | 252 Suydam Ave | Dan Roorda | | Nov & Dec paid | 200.00 | ############ | 400.00 | 0.00 | 0.00 | ⊙ |


# Bank
America's Most Convenient Bank®     E     STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ
287 COMMUNIPAW AVE
JERSEY CITY NJ  07304

Page: 1 of 5
Statement Period: Nov 01 2017-Nov 30 2017
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

## Chapter 11 Checking
DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Account # 434-0580334

### ACCOUNT SUMMARY
| | | | |
|---|---|---|---|
| Beginning Balance | 291.51 | Average Collected Balance | 6,395.62 |
| Deposits | 14,500.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 4,735.05 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 1,240.69 | Days in Period | 30 |
| Electronic Payments | 13,403.90 | | |
| Ending Balance | 4,881.97 | | |

### DAILY ACCOUNT ACTIVITY
**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/02 | DEPOSIT | 2,225.00 |
| 11/03 | DEPOSIT | 2,000.00 |
| 11/06 | DEPOSIT | 775.00 |
| 11/07 | DEPOSIT | 2,800.00 |
| 11/08 | DEPOSIT | 2,925.00 |
| 11/10 | DEPOSIT | 600.00 |
| 11/20 | DEPOSIT | 475.00 |
| 11/21 | DEPOSIT | 1,900.00 |
| 11/22 | DEPOSIT | 400.00 |
| 11/30 | DEPOSIT | 400.00 |
| | Subtotal: | 14,500.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/15 | ACH DEPOSIT, ACUMEN FISCAL AG EDI PYMNTS ND****D59537012 | 1,682.35 |
| 11/30 | ACH DEPOSIT, ACUMEN FISCAL AG EDI PYMNTS ND****D59537377 | 3,052.70 |
| | Subtotal: | 4,735.05 |

**Checks Paid**    No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 11/20 | 1120 | 1,240.69 |
| | Subtotal: | 1,240.69 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

Case 17-12951-RG    Doc 73    Filed 01/23/18    Entered 01/23/18 15:22:00    Desc Main
Document      Page 10 of 13

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance    4,881.97
② Total Deposits    +
③ Sub Total
④ Total Withdrawals    -
⑤ Adjusted Balance

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Deposits** |  |  |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Withdrawals** |  |  |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

 **Bank**
America's Most Convenient Bank®                    STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

| | |
|---|---|
| Page: | 3 of 5 |
| Statement Period: | Nov 01 2017-Nov 30 2017 |
| Cust Ref #: | 4340580334-039-E-*** |
| Primary Account #: | 434-0580334 |

## DAILY ACCOUNT ACTIVITY

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 11/01 | DEBIT POS, *****04017405832, AUT 110117 DDA PURCHASE<br>CASH WISE FOODS  3042     WATFORD CITY * ND | 47.51 |
| 11/03 | DEBIT CARD PAYMENT, *****04017405832, AUT 110217 VISA DDA PUR<br>INTUIT  QB ONLINE        800 286 6800  * CA | 35.00 |
| 11/06 | NONTD ATM DEBIT, *****04017405832, AUT 110617 DDA WITHDRAW<br>2209 WOLVES DEN PKW     WATFORD CITY * ND | 302.95 |
| 11/06 | DEBIT CARD PURCHASE, *****04017405832, AUT 110517 VISA DDA PUR<br>SQ  PIZZA PIE ON THE FLY   WATFORD CITY * ND | 48.16 |
| 11/06 | DEBIT CARD PURCHASE, *****04017405832, AUT 110517 VISA DDA PUR<br>SQ  COMMON GROUNDS CENEX   WATFORD CITY * ND | 28.75 |
| 11/07 | ACH DEBIT, WF HOME MTG AUTO PAY ****796958 | 1,640.10 |
| 11/09 | DEBIT CARD PURCHASE, *****04017405832, AUT 110717 VISA DDA PUR<br>APL  ITUNES COM BILL     866 712 7753  * CA | 2.99 |
| 11/10 | DEBIT CARD PURCHASE, *****04017405832, AUT 110917 VISA DDA PUR<br>WATFORD CITY SELF STORAG   7016516775   * ND | 150.00 |
| 11/13 | DEBIT CARD PURCHASE, *****04017405832, AUT 111017 VISA DDA PUR<br>DTV DIRECTV SERVICE      800 347 3288  * CA | 200.00 |
| 11/13 | ACH DEBIT, VERIZON WIRELESS PAYMENTS ****14696200001 | 199.97 |
| 11/13 | DEBIT CARD PAYMENT, *****04017405832, AUT 111117 VISA DDA PUR<br>TU  TRANSUNION         800 493 3292  * CA | 19.95 |
| 11/14 | DEBIT POS, *****04017405832, AUT 111317 DDA PURCHASE<br>CASH WISE FOODS  3042     WATFORD CITY * ND | 301.90 |
| 11/14 | DEBIT CARD PAYMENT, *****04017405832, AUT 111217 VISA DDA PUR<br>STARZ ENTERTAINMENT      855 247 9175  * CO | 8.99 |
| 11/17 | TDBANK BILL PAY CHECK,<br>UNITED STATES TRUSTEE<br>CHECK# 995005 | 325.00 |
| 11/17 | DEBIT POS, *****04017405832, AUT 111617 DDA PURCHASE<br>CASH WISE FOODS  3042     WATFORD CITY * ND | 248.01 |
| 11/20 | TDBANK BILL PAY CHECK, NOAH SEELEY<br>CHECK# 995006 | 1,200.00 |
| 11/20 | DEBIT CARD PAYMENT, *****04017405832, AUT 111917 VISA DDA PUR<br>GEICO   AUTO         800 841 3000  * DC | 178.74 |
| 11/20 | DEBIT POS, *****04017405832, AUT 111817 DDA PURCHASE<br>CASH WISE FOODS  3042     WATFORD CITY * ND | 171.14 |
| 11/20 | DEBIT POS, *****04017405832, AUT 111817 DDA PURCHASE<br>KUM   GO  804         WATFORD CITY * ND | 42.59 |
| 11/21 | ACH DEBIT, CARRINGTON MORTGAGE ****013438 | 1,759.16 |
| 11/22 | ACH DEBIT, WF HOME MTG AUTO PAY ****796958 | 1,640.10 |
| 11/24 | NONTD ATM DEBIT, *****04017405832, AUT 112417 DDA WITHDRAW<br>100 N MAIN          WATFORD CITY * ND | 402.95 |
| 11/27 | DEBIT CARD PURCHASE, *****04017405832, AUT 112517 VISA DDA PUR<br>APL  ITUNES COM BILL     866 712 7753  * CA | 16.02 |
| 11/28 | ELECTRONIC PMT-WEB, SUEZ SUEZ ****9064440000 | 511.11 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 4 of 5
Statement Period: Nov 01 2017-Nov 30 2017
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/28 | ELECTRONIC PMT-WEB, SUEZ SUEZ ****3101540000 | 283.10 |
| 11/28 | DEBIT CARD PURCHASE, *****04017405832, AUT 112717 VISA DDA PUR FOOD52 INC    212 239 5252 * NY | 118.65 |
| 11/28 | DEBIT CARD PURCHASE, *****04017405832, AUT 112617 VISA DDA PUR MAKEMUSIC INC    9529379611 * CO | 56.90 |
| 11/29 | DEBIT POS, *****04017405832, AUT 112917 DDA PURCHASE CASH WISE FOODS 3042    WATFORD CITY * ND | 280.74 |
| 11/29 | ACH DEBIT, PUBLIC SERVICE PSEG ****15114106 | 205.47 |
| 11/29 | ACH DEBIT, PUBLIC SERVICE PSEG ****70021704 | 183.18 |
| 11/29 | DEBIT CARD PAYMENT, *****04017405832, AUT 112717 VISA DDA PUR ICP BADLANDS GYMNASTICS   763 7428789 * ND | 131.25 |
| 11/30 | ACH DEBIT, M&T BANK MORT PYMT ****615204 | 2,341.00 |
| 11/30 | DEBIT CARD PURCHASE, *****04017405832, AUT 112417 VISA DDA PUR GYMBOREE COM 500    419 278 7172 * CA | 322.52 |
| | Subtotal: | 13,403.90 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 291.51 | 11/15 | 10,312.59 |
| 11/01 | 244.00 | 11/17 | 9,739.58 |
| 11/02 | 2,469.00 | 11/20 | 7,381.42 |
| 11/03 | 4,434.00 | 11/21 | 7,522.26 |
| 11/06 | 4,829.14 | 11/22 | 6,282.16 |
| 11/07 | 5,989.04 | 11/24 | 5,879.21 |
| 11/08 | 8,914.04 | 11/27 | 5,863.19 |
| 11/09 | 8,911.05 | 11/28 | 4,893.43 |
| 11/10 | 9,361.05 | 11/29 | 4,092.79 |
| 11/13 | 8,941.13 | 11/30 | 4,881.97 |
| 11/14 | 8,630.24 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 5 of 5
Statement Period: Nov 01 2017-Nov 30 2017
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

#1120          11/20          $1,240.69