UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)
2016-1206

POWERS KIRN, LLC
William M. E. Powers III
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000
Attorney for U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-AB1, Mortgage Pass-Through Certificates, Series 2006-AB1

In Re:

Dianna Guadagnino

Case No.: 17-12951-RG

Hearing Date: 11/21/2017

Judge: Honorable Rosemary Gambardella

Chapter: 11

## CERTIFICATION OF SERVICE

1. I, January L. Hinkie:

   ☐ represent the _____ in the above captioned matter.

   ☒ am the secretary/paralegal for Powers Kirn, LLC, who represents the movant/creditor in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On February 7, 2018, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Form of Amended Order Attached

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: February 7, 2018

*/s/ January L. Hinkie*
January L. Hinkie

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Trustee<br>US Dept. Of Justice<br>Office of the US Trustee<br>One Newark Center, Ste 2100<br>Newark, NJ 07102 | **TRUSTEE** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court*) |
| David Edelberg, Esquire<br>433 Hackensack Avenue<br>Hackensack, NJ  07601 | **ATTORNEY** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court*) |
| Dianna Guadagnino<br>287 Communipaw Avenue<br>Jersey City, NJ  07304 | **DEBTOR** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court*) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court*) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.