UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)
2016-1206

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

Order Filed on February 5, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Dianna Guadagnino

Case No.: 17-12951-RG

Hearing Date: 11/21/2017

Judge: Honorable Rosemary Gambardella

Chapter: 11

## ORDER FOR ADEQUATE PROTECTION PAYMENTS AS TO 104 LAFAYETTE STREET, JERSEY CITY, NEW JERSEY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: February 5, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2

Debtor: Dianna Guadagnino
Case No.: 17-12951-RG
Caption of Order: ORDER FOR ADEQUATE PROTECTION PAYMENTS AS TO 104 LAFAYETTE STREET, JERSEY CITY, NEW JERSEY

Upon the motion of Powers Kirn, LLC, Attorneys for U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-AB1, Mortgage Pass-Through Certificates, Series 2006-AB1 ("U.S. Bank") debtor(s)' mortgagee, under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and the response filed thereto by the Debtor through their counsel, David Edelberg, Esquire, and for cause, it is hereby

**ORDERED** AS FOLLOWS:

1. The Debtor shall remit monthly adequate protection payments to the Mortgagee beginning on December 1, 2018 in the amount of $1,718.59 and continuing until further order of this Court. Said payment shall be applied contractually to the debtor's mortgage account pursuant to the terms of the relevant Note and Mortgage.

2. The adequate protection payment set forth within Paragraph 1, above, is subject to further adjustment upon notice to the debtor, debtor's counsel and the United States Trustee.

3. In the event that the Debtor fails to make the adequate protection payments provided for herein for more than thirty (30) days from the date said payment is due, the Mortgagee may file a Certification of Default and serve the same upon the Debtor, Debtor's counsel and the Office of the United States Trustee. In the event that no objection to the Certification of Default is filed within fourteen (14) days of the filing of the same, the Court shall enter an order vacating the automatic stay as to the subject property.

4. The Mortgagee shall serve a copy of this Order upon the Debtor, Debtor's counsel, as well as the Office of the United States Trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                         Case No. 17-12951-RG
Dianna Guadagnino                                                              Chapter 11
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Feb 05, 2018
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2018.
db             +Dianna Guadagnino,   287 Communipaw Avenue,   Jersey City, NJ 07304-4003
aty            +Cullen and Dykman LLP,   433 Hackensack Avenue,   Hackensack, NJ 07601-8309

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2018 at the address(es) listed below:
              David   Edelberg    on behalf of Debtor Dianna  Guadagnino dedelberg@cullenanddykman.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nicholas Paul Edwards    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington
               mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates nedwards@shp-law.com
              Robert S. Roglieri    on behalf of Creditor    Donald V. Biase RRoglieri@trenklawfirm.com
              Shoshana   Schiff    on behalf of Creditor    Donald V. Biase sschiff@trenklawfirm.com,
               cdeangelis@trenklawfirm.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               MASTR Asset Backed Securities Trust 2006-AB1, Mortgage Pass-Through Certificates, Series
               2006-AB1 ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               MASTR Asset Backed Securities Trust 2006-AB1, Mortgage Pass-Through Certificates, Series
               2006-AB1 ecf@powerskirn.com
                                                                                              TOTAL: 8