UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
2016-1206

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

In Re:

Dianna Guadagnino



Order Filed on February 22, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-12951-RG

Hearing Date: 11/21/2017

Judge: Honorable Rosemary Gambardella

Chapter: 11

## AMENDED ORDER FOR ADEQUATE PROTECTION PAYMENTS AS TO 104 LAFAYETTE STREET, JERSEY CITY, NEW JERSEY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: February 22, 2018**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

**Page 2**
Debtor: Dianna Guadagnino
Case No.: 17-12951-RG
Caption of Order: AMENDED ORDER FOR ADEQUATE PROTECTION PAYMENTS AS TO 104 LAFAYETTE STREET, JERSEY CITY, NEW JERSEY

Upon the motion of Powers Kirn, LLC, Attorneys for U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-AB1, Mortgage Pass-Through Certificates, Series 2006-AB1 ("U.S. Bank") debtor(s)' mortgagee, under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and the response filed thereto by the Debtor through their counsel, David Edelberg, Esquire, and for cause, it is hereby

**ORDERED** AS FOLLOWS:

1. The Debtor shall remit monthly adequate protection payments to the Mortgagee beginning on December 1, 2017 in the amount of $1,718.59 and continuing until further order of this Court. Said payment shall be applied contractually to the debtor's mortgage account pursuant to the terms of the relevant Note and Mortgage.

2. The adequate protection payment set forth within Paragraph 1, above, is subject to further adjustment upon notice to the debtor, debtor's counsel and the United States Trustee.

3. In the event that the Debtor fails to make the adequate protection payments provided for herein for more than thirty (30) days from the date said payment is due, the Mortgagee may file a Certification of Default and serve the same upon the Debtor, Debtor's counsel and the Office of the United States Trustee. In the event that no objection to the Certification of Default is filed within fourteen (14) days of the filing of the same, the Court shall enter an order vacating the automatic stay as to the subject property.

4. The Mortgagee shall serve a copy of this Order upon the Debtor, Debtor's counsel, as well as the Office of the United States Trustee.