UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE,
REGION 3
David Gerardi, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Facsimile: (973) 645-5993
E-mail: David.Gerardi@usdoj.gov

Order Filed on February 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No.: 17-12951 (RG) |
| Dianna Guadagnino, | Chapter 11 |
| Debtor. | Hearing Date:  April 18, 2018 at 2:00 p.m. |
| | Judge:  The Honorable Rosemary Gambardella |

**ORDER DIRECTING DEBTOR TO FILE CHAPTER 11 PLAN
AND DISCLOSURE STATEMENT BY APRIL 2, 2018**

The relief set forth on the following page, numbered 2, is hereby **ORDERED**.

**DATED: February 26, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**

Debtor: Dianna Guadagnino

Chapter 11 Case No. 17-12951 (RG)
**Order Directing Debtor to File Chapter 11 Plan and Disclosure Statement by
April 2, 2018**

---

     THIS MATTER having come before the Court at a Status Conference on February 21, 2018; and David Gerardi, Esq., appearing on behalf of Andrew R. Vara, the Acting United States Trustee, and David Edelberg, Esq., appearing on behalf of the Debtor, Dianna Guadagnino; and the Court noting on the record that no Chapter 11 Plan and Disclosure Statement has been filed since this case was filed, and for good cause shown, it is hereby:

     **ORDERED** that the Debtor shall file a Chapter 11 Plan and Disclosure Statement by no later than April 2, 2018.