UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE,
REGION 3
David Gerardi, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Facsimile: (973) 645-5993
E-mail: David.Gerardi@usdoj.gov

Order Filed on February 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Dianna Guadagnino,

Debtor.

Case No.: 17-12951 (RG)

Chapter 11

Hearing Date: April 18, 2018 at 2:00 p.m.

Judge: The Honorable Rosemary Gambardella

**ORDER DIRECTING DEBTOR TO FILE CHAPTER 11 PLAN
AND DISCLOSURE STATEMENT BY APRIL 2, 2018**

The relief set forth on the following page, numbered 2, is hereby **ORDERED**.

**DATED: February 26, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**

Debtor: Dianna Guadagnino

Chapter 11 Case No. 17-12951 (RG)
**Order Directing Debtor to File Chapter 11 Plan and Disclosure Statement by April 2, 2018**

___

THIS MATTER having come before the Court at a Status Conference on February 21, 2018; and David Gerardi, Esq., appearing on behalf of Andrew R. Vara, the Acting United States Trustee, and David Edelberg, Esq., appearing on behalf of the Debtor, Dianna Guadagnino; and the Court noting on the record that no Chapter 11 Plan and Disclosure Statement has been filed since this case was filed, and for good cause shown, it is hereby:

**ORDERED** that the Debtor shall file a Chapter 11 Plan and Disclosure Statement by no later than April 2, 2018.

United States Bankruptcy Court
District of New Jersey

In re:  
Dianna Guadagnino  
    Debtor

Case No. 17-12951-RG  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Feb 27, 2018  
                 Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2018.
```
db            +Dianna Guadagnino,    287 Communipaw Avenue,    Jersey City, NJ 07304-4003
aty           +Cullen and Dykman LLP,    433 Hackensack Avenue,    Hackensack, NJ 07601-8309
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2018                                      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2018 at the address(es) listed below:
```
              David  Edelberg    on behalf of Debtor Dianna  Guadagnino dedelberg@cullenanddykman.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nicholas Paul Edwards    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington
               mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates nedwards@shp-law.com
              Robert S. Roglieri    on behalf of Creditor    Donald V. Biase RRoglieri@trenklawfirm.com
              Shoshana  Schiff    on behalf of Creditor    Donald V. Biase sschiff@trenklawfirm.com,
               cdeangelis@trenklawfirm.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               MASTR Asset Backed Securities Trust 2006-AB1, Mortgage Pass-Through Certificates, Series
               2006-AB1 ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               MASTR Asset Backed Securities Trust 2006-AB1, Mortgage Pass-Through Certificates, Series
               2006-AB1 ecf@powerskirn.com
                                                                                             TOTAL: 8
```