Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17–12951–RG
Chapter:  11
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dianna Guadagnino
   287 Communipaw Avenue
   Jersey City, NJ 07304

Social Security No.:
   xxx–xx–7859

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

        NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:        4/17/18
Time:        10:00 AM
Location:    Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

        The following applications for compensation have been filed:

APPLICANT(S)
Dykman LLP, Debtor's Attorney,

COMMISSION OR FEES
$11,990.00

EXPENSES
$90.73

Creditors may be heard before the applications are determined.

        In accordance with D.N.J. Local Bankruptcy Rule 2016–1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016–1(h)).

Dated: March 19, 2018
JAN:

Jeanne Naughton
Clerk

Case 17-12951-RG    Doc 82    Filed 03/21/18    Entered 03/22/18 00:40:07    Desc Imaged
Certificate of Notice    Page 2 of 5

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-12951-RG
Dianna Guadagnino                                                         Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 3          Date Rcvd: Mar 19, 2018
                             Form ID: 137          Total Noticed: 83

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2018.
```
db          +Dianna Guadagnino,   287 Communipaw Avenue,   Jersey City, NJ 07304-4003
aty         +Cullen and Dykman LLP,   433 Hackensack Avenue,   Hackensack, NJ 07601-8309
cr          +Donald V. Biase,   c/o Trenk DiPasquale Della Fera & Sodono,   347 Mt Pleasant Avenue,
              Suite 300,   West Orange, NJ 07052-2730
acc          Peter Mertz,   226 East 85th Street,   New York, NY  10028-3088
cr          +WELLS FARGO BANK, NA,   Prober & Raphael, a Law Corp,   20750 Ventura Blvd,   Suite 100,
              Woodland Hills, CA 91364-6207
cr          +Wells Fargo Bank, N.A., as Trustee for Carrington,   1600 South Douglass Rd.,
              Anaheim, CA 92806-5948
516812478   #+Amara Faulkner,   252 Duydam,   Jersey City, NJ 07304-3306
516812479   +Andrews Hertz,   287 Communipaw,   Jersey City, NJ 07304-4003
516647923   +Anthony LaRusso,   500 Mount Prospect Ave,   Newark, NJ 07104-2904
516647924   +Bank of America Home Loans,   PO Box 15222,   Wilmington, DE 19886-5222
516823654    Bank of America, N.A.,   PO Box 31785,   Tampa, FL 33631-3785
516812480   +Basin Rock Oilfield Services,   409 3rd St. NW,   Watford City, ND 58854-7335
516647925   +Brown Pruit Wambsganss Ferrill & Dean. PC.,   600 North Carroll Ave,   Suite 100,
              Southlake, TX 76092-6496
516892233    Brown Pruitt Wambaqanas Ferrill & Dean PC,   600 N Central Ave, Suite 100,
              Southlake, TX  76092
516647927   +Capital One,   PO Box 71083,   Charlotte, NC 28272-1083
516647926   +Capital One,   PO Box 60500,   City of Industry, CA 91716-0500
516760220    Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
516647928   +Carrington Mortgage Services,   PO Box 3489,   Anaheim, CA 92803-3489
516647929   +City of Jersey City,   280 Grove Street Room 101,   Jersey City, NJ 07302-3610
516812481   +Connell Foley,   85 Livingston Avenue,   Roseland, NJ 07068-3790
516783598   +Connell Foley LLP,   Attn: Philip Allogramento III,   85 Livingston Avenue,
              Roseland, NJ 07068-3790
516812482   +Credit Bureau of Bismarck Inc.,   POB 1033,   1929 N Washington Street,
              Bismarck, ND 58501-1616
516812483   #+Dakota Sanitation,   PO Box 2637,   Bismarck, ND 58502-2637
516812484   +Dan & Diana Roorda,   2976 John F. Kennedy Blvd.,   Apt. 4,   Jersey City, NJ 07306-3832
516647930   #+Dianne Clemente,   4112 Ramapo court,   Riverdale, NJ 07457-1662
516647932   +Donald Biase, Trustee - Robert Schroeder,   c/o Trenk Law Firm,
              347 Mount Pleasant Avenue, Suite 300,   West Orange, NJ 07052-2730
516647933   +Dr. Cela,   18 East 50th St Suite 11A,   New York, NY 10022-9105
516647934   +Dr. Schechner,   18 East 50th St Suite 11A,   New York, NY 10022-9105
516812485   +Eli Benvenish,   337 Whiton Street,   Jersey City, NJ 07304-4029
516812486   +Everest Receivables Services,   5165 Broadway, St. 112,   Depew, NY 14043-4012
516812487   +Han Singh Song,   287 Communipaw,   Jersey City, NJ 07304-4003
516812488   +James Ventura,   4412 Grand Avenue,   North Bergen, NJ 07047-2643
516812489   +Jayne Freedman,   194 Pine Street,   Jersey City, NJ 07304-3304
516812490   +Jersey City Dept. Public Works,   13-15 Linden Ave.,   Jersey City, NJ 07305-4724
516812492   +Jersey City Fire Dept.,   465 Marin Blvd.,   Jersey City, NJ 07302-2111
516647937   +Joe Jehn,   5690 Webster St, Arvada, CO 80002,   Arvada, CO 80002-2579
516812491    John Ross,   281 Varick Street,   Hackensack, NJ 07602
516812493   +Ken & Yolanda Young,   252 Suydam,   Jersey City, NJ 07304-3306
516812494   +Koby Benvenisti,   2 Bollywood,   Jersey City, NJ 07304-3301
516647938   #+Lisa Broderick,   2210 Beach Blvd,   Jacksonville Beach, FL 32250-2653
516812495   #+Lisa Fennel,   104 Lafayette Street,   Jersey City, NJ 07304-3726
516715811   +M&T Bank, successor by merger to,   Hudson City Savings Bank,   PO Box 1288,
              Buffalo, NY 14240-1288
516647940   +McKenzie County Hospital,   Watford City Emergency Room Collection,   516 North Main Street,
              Watford City, ND 58854-7310
516812496   +Michael Ciechotski,   200 Van Horn Street,   Jersey City, NJ 07304-3320
517028393   +Mohave Engineering,   P.O. Box 6547,   Kingman, Arizona 86402-6547
516812497   +Montana Dakota Utility,   PO Box 7608,   Boise, ID 83707-1608
516647941    N.J. Division of Taxation,   Bankruptcy Section,   PO Box 245,   Trenton, NJ 08695-0245
516756450   +NJSVS Surcharge Violation,   System Office,   PO Box 4850,   Trenton, NJ 08650-4850
516721219    Name,Address1,Address2,Address3,City,State,Zip,   Amara Faulkner,252 Suydam,,,Jersey City,,
              Andrews Hertz,287 Communipaw,,,Jersey Ci,   Anthony LaRusso,500 Mount Prospect Ave,,,
              Bank of America Home Loans,PO Box 15222,,   Basilio Rivera,,,,,,
516647943   +New York City / Department of Finance,   Church Street Station, PO Box 3600,
              New York, NY 10008-3600
516647944    Norm Friedland,   1 Valley Foad,   Glen Cove, NY 11542
516647947    PSE&G,   Direct Energy,   P.O. Box 850,   Lincolnshire, IL 60069-0850
516647945   +Pelosi Medical Center,   350 Kennedy Blvd, Bayonne, NJ 07002,   Bayonne, NJ 07002-1313
516812498   +Persy Ventura,   199 Congress Street,   Jersey City, NJ 07307-3415
516647946   +Peter Proffit of Mohave Engineering,   2153 E Gordon Dr Ste 1, Kingman, AZ 8640,
              Kingman, AZ 86409-2561
516812499   +Ramsey Mormon,   287 Communipaw,   Jersey City, NJ 07304-4003
516812500    Richard Gonzalez,   83 Brunswick Street,   Jersey City, NJ 07302
516749247   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,   Department of Treasury,
              Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
```

```
District/off: 0312-2           User: admin              Page 2 of 3              Date Rcvd: Mar 19, 2018
                               Form ID: 137             Total Noticed: 83


516647949        State of NJ Surcharge Violation,   PO Box 4850,   Trenton, NJ 08650-4850
516812502       +State of New Jersey Motor Vehicle Commission,   225 East State Street,   Trenton, NJ 08666-0001
516647950       +State of North Dakota Sales Tax Commissi,   600 East Boulevard Ave,   Bismarck, ND 58505-0601
516647951       +Suez,   461 From Road,   Paramus, NJ 07652-3526
516647953       +Tsigonia Paint Sales,   464 Communipaw Ave, Jersey City, NJ 0730,   Jersey City, NJ 07304-2934
516774993        U.S. Bank National Association,   C/O Wells Fargo Bank, N.A.,   Default Document Processing,
                  1000 Blue Gentian Road, N9286-01Y,   Eagan MN 55121-7700
516647954       +University Radiology Group,   1129 Bloomfield Ave,   Caldwell, NJ 07006-7127
516647955       +Vivian Martinez,   c/o Law office of Parick Patel,   580 Newark Avenue Ste B,,
                  Jersey City, NJ 07306-2314
516647956       +Watford City Town Center,   PO Box 2499,   Watford City, ND 58854-6000
516889927       +Wells Fargo Bank, N.A. as Trustee,   for Carrington Mortgage,   1600 S. Douglass Rd,
                  Anaheim, CA 92806-5948
516647957       +Wells Fargo Home Mortgage,   PO Box 10335,   Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: cio.bncmail@irs.gov Mar 19 2018 23:53:47      Dist Dir of IRS,
                  Insolvency Function,   PO Box 724,   Springfield, NJ  07081-0724
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 19 2018 23:54:18      U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 19 2018 23:54:15      United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
cr             +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Mar 19 2018 23:55:17      Liquidity Soluntions,
                  One University Plaza, Suite 312,   Hackensack, NJ 07601-6205
516659452       E-mail/Text: mrdiscen@discover.com Mar 19 2018 23:53:32      Discover Bank,
                  Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
516647931      +E-mail/Text: mrdiscen@discover.com Mar 19 2018 23:53:32      Discover Financial Services,
                  PO Box 6103,   Carol Stream, IL 60197-6103
516647936      +E-mail/Text: ebn@barnabashealth.org Mar 19 2018 23:54:41      Jersey City Medical Center,
                  355 Grand Street,   Jersey City, NJ 07302-4321
516647939       E-mail/Text: camanagement@mtb.com Mar 19 2018 23:54:00      M&T  Bank,   PO Box 62182,
                  Baltimore, MD 21264
516647942       E-mail/PDF: pa_dc_claims@navient.com Mar 19 2018 23:52:06      Navient,   PO Box 9533,
                  Wilkes Barre, PA 18773-9533
516655053      +E-mail/PDF: pa_dc_claims@navient.com Mar 19 2018 23:50:53      Navient Solutions, Inc.,
                  220 Lasley Ave,   Wilkes-Barre, PA 18706-1430
516812501      +E-mail/Text: bkrpt@retrievalmasters.com Mar 19 2018 23:54:14      RMCB Inc.,
                  4 Westchester Plaza,   Elmsford, NY 10523-3835
516647948      +E-mail/Text: bkrpt@retrievalmasters.com Mar 19 2018 23:54:14
                  Retrieval Masters Credit Bureau,   PO Box 1235,   Elmsford, NY 10523-0935
516682878      +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2018 23:51:57      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
516647952      +E-mail/Text: BANKRUPTCYNOTICE@CSCINFO.COM Mar 19 2018 23:53:32      The Corporation Company,
                  2711 Centerville Road,   Unit 400,   Wilmington, DE 19808-1645
                                                                                            TOTAL: 14


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516662683*     +Department of Treasury,   Internal Revenue Service,   P O Box 7346,
                  Philadelphia, PA 19101-7346
516647935*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,   955 S. Springfield Avenue, Bldg A,
                  Springfield, NJ 07081)
516812503*     +Watford City Town Center,   PO Box 2499,   Watford City, ND 58854-6000
                                                                           TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                          Signature:  /s/Joseph Speetjens

District/off: 0312-2          User: admin              Page 3 of 3               Date Rcvd: Mar 19, 2018
                             Form ID: 137             Total Noticed: 83

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2018 at the address(es) listed below:

          David  Edelberg   on behalf of Debtor Dianna  Guadagnino dedelberg@cullenanddykman.com
          Denise E. Carlon   on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Nicholas Paul Edwards   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for Carrington
           mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates nedwards@shp-law.com
          Robert S. Roglieri   on behalf of Creditor   Donald V. Biase RRoglieri@trenklawfirm.com
          Shoshana  Schiff   on behalf of Creditor   Donald V. Biase sschiff@trenklawfirm.com,
           cdeangelis@trenklawfirm.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers   on behalf of Creditor   U.S. Bank National Association, as Trustee for
           MASTR Asset Backed Securities Trust 2006-AB1, Mortgage Pass-Through Certificates, Series
           2006-AB1 ecf@powerskirn.com
          William M.E. Powers, III   on behalf of Creditor   U.S. Bank National Association, as Trustee for
           MASTR Asset Backed Securities Trust 2006-AB1, Mortgage Pass-Through Certificates, Series
           2006-AB1 ecf@powerskirn.com
                                                                                    TOTAL: 8