# CULLENandDYKMANLLP

DAVID EDELBERG
PARTNER
dedelberg@cullenanddykman.com

Continental Plaza
433 Hackensack Avenue
Hackensack, New Jersey 07601
Telephone (201) 488-1300  •  Facsimile (201) 488-6541

March 27, 2017

***By ECF***
Clerk
United States Bankruptcy Court
50 Walnut Street
Newark, New Jersey 07102

      **Re:**    **In re Dianna Guadagnino**
              **Case No.: 17-12951**

              **Cullen and Dykman LLP's Second Interim Application for Allowances**
              **Hearing Date:  April 17, 2018 at 10:00 a.m.**

Dear Sir or Madam:

    I am writing to amend Cullen and Dykman LLP's Second Interim Application for Allowances by reducing same by $775.00.  Such reduction accounts for the $1,550.00 charged, at the full hourly rate, for travel time.  In addition, please note that such reduction is submitted in consultation with Mr. Gerardi of the United States Trustee's Office.  Thank you.

Sincerely,

**CULLEN AND DYKMAN LLP**

David Edelberg (km)

David Edelberg

DE/tm
cc:    David Gerardi, Esq. (By email david.gerardi@usdoj.gov)

F:\EDELBERG\Guadagnino Dianna\Correspondence\Clerk 3.27.18.doc

*Founded 1850*

BROOKLYN        LONG ISLAND        MANHATTAN        WASHINGTON, D.C.        ALBANY        NEW JERSEY