B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re  Dianna Guadagnino,  
*Debtor*

Case No. 17-12951

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: December 31, 2017                Date filed: 03/15/2018

Line of Business: Rental Income         NAISC Code: 531110

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*/s/ Dianna Guadagnino*  
Original Signature of Responsible Party

Dianna Guadagnino  
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☑ | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?    ☐    ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 14,693.39 |
| **SUMMARY OF CASH ON HAND** | | |
| Cash on Hand at Start of Month | $ | 4,881.97 |
| Cash on Hand at End of Month | $ | 5,767.63 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    **TOTAL** | $ | 5,767.63 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES** $ 13,807.73

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 14,693.39 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 13,807.73 |
| *(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH** | $ | 885.66 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 0.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 1,275.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---:|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 0 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 0 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---:|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 11,500.00 |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---:|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 13,750.00 | $ 14,693.39 | $ 943.39 |
| EXPENSES | $ 12,500.00 | $ 13,807.73 | $ 1,307.73 |
| CASH PROFIT | $ 1,250.00 | $ 885.66 | $ 364.34 |

| | |
|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ 15,500.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ 14,500.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ 1,000.00 |

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

# Dianna Guadagnino December 1 - 31, 2017

INCOME DETAIL

December 2017

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| Ordinary Income/Expenses | | | | | | | |
| Income | | | | | | | |
| Sales | | | | | | | |
| 12/04/2017 | Deposit | | | DEPOSIT Rent Koby/Paz Garage | CHAPTER 11 CHECKING (0334) | 450.00 | 450.00 |
| 12/04/2017 | Deposit | | | DEPOSIT Rent Jayne Pine St | CHAPTER 11 CHECKING (0334) | 2,225.00 | 2,675.00 |
| 12/05/2017 | Deposit | | | DEPOSIT Rent Stephen | CHAPTER 11 CHECKING (0334) | 1,000.00 | 3,675.00 |
| 12/05/2017 | Deposit | | | DEPOSITRent Eli Garage | CHAPTER 11 CHECKING (0334) | 700.00 | 4,375.00 |
| 12/08/2017 | Deposit | | | DEPOSIT Rent Ramsey Communipaw | CHAPTER 11 CHECKING (0334) | 1,637.50 | 6,012.50 |
| 12/08/2017 | Deposit | | | DEPOSIT Rent Jessie Communipaw | CHAPTER 11 CHECKING (0334) | 400.00 | 6,412.50 |
| 12/08/2017 | Deposit | | | DEPOSITRent Andrew Communipaw | CHAPTER 11 CHECKING (0334) | 500.00 | 6,912.50 |
| 12/11/2017 | Deposit | | | DEPOSIT Rent Stephen Unit 1 Suydam | CHAPTER 11 CHECKING (0334) | 1,400.00 | 8,312.50 |
| 12/11/2017 | Deposit | | | DEPOSIT Rent James Garage | CHAPTER 11 CHECKING (0334) | 200.00 | 8,512.50 |
| 12/11/2017 | Deposit | | | DEPOSIT Rent Richard Garage | CHAPTER 11 CHECKING (0334) | 400.00 | 8,912.50 |
| 12/11/2017 | Deposit | | | DEPOSIT Rent - David Unit 2 Suydam | CHAPTER 11 CHECKING (0334) | 1,042.00 | 9,954.50 |
| 12/20/2017 | Deposit | | Rent - Michael Garage | DEPOSIT | CHAPTER 11 CHECKING (0334) | 200.00 | 10,154.50 |
| 12/26/2017 | Deposit | | Rent - Andreas | DEPOSIT | CHAPTER 11 CHECKING (0334) | 1,900.00 | 12,054.50 |
| 12/27/2017 | Deposit | | Rent - Druva | DEPOSIT | CHAPTER 11 CHECKING (0334) | 2,300.00 | 14,354.50 |
| Total for Sales | | | | | | $14,354.50 | |
| Sales of Product Income | | | | | | | |
| 12/11/2017 | Deposit | | Lowe's | VISA DDA REF469216 LOWES 01937 JERSEY CITY * NJ | CHAPTER 11 CHECKING (0334) | 74.32 | 74.32 |
| Total for Sales of Product Income | | | | | | $74.32 | |
| Uncategorized Income | | | | | | | |
| 12/15/2017 | Deposit | | Acumen | ACUMEN FISCAL AG EDI PYMNTS | CHAPTER 11 CHECKING (0334) | 38.79 | 38.79 |
| Total for Uncategorized Income | | | | | | $38.79 | |
| Uncategorized Income ( 24 ) | | | | | | | |
| 12/11/2017 | Deposit | | Office Supply | VISA DDA REF469216 AMAZON MKTPLACE PMTS AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 24.50 | 24.50 |
| 12/14/2017 | Deposit | | Office Supply | VISA DDA REF469216 AMAZON MKTPLACE PMTS AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 13.78 | 38.28 |
| 12/26/2017 | Deposit | | | VISA DDA REF469216 POTTERY BARN KIDS E CO 800 290 8181 * CA | CHAPTER 11 CHECKING (0334) | 187.50 | 225.78 |
| Total for Uncategorized Income ( 24 ) | | | | | | $225.78 | |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| Net Income | | | | | | $14,693.39 | |

Note

# Dianna Guadagnino  December 1 - 31, 2017

TRANSACTION DETAIL BY ACCOUNT

December 2017

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 12/01/2017 | Expense | | Amazon | VISA DDA PUR469216 AMAZON MKTPLACE PMTS AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 34.98 | 34.98 |
| 12/04/2017 | Expense | | Amazon | VISA DDA PUR469216 AMAZON MKTPLACE PMTS AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 67.31 | 102.29 |
| 12/04/2017 | Expense | | Amazon | VISA DDA PUR469216 AMAZON COM AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 55.82 | 158.11 |
| 12/04/2017 | Expense | | Amazon | VISA DDA PUR469216 AMAZON MKTPLACE PMTS AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 146.72 | 304.83 |
| 12/04/2017 | Expense | | Storage | VISA DDA PUR432300 WATFORD CITY SELF STORAG 701 651 6775 * ND | CHAPTER 11 CHECKING (0334) | 150.00 | 454.83 |
| 12/04/2017 | Expense | | Amazon | VISA DDA PUR469216 AMAZON MKTPLACE PMTS AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 6.56 | 461.39 |
| 12/04/2017 | Expense | | Amazon | VISA DDA PUR469216 AMAZON MKTPLACE PMTS AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 32.93 | 494.32 |
| 12/04/2017 | Expense | | Quickbooks | VISA DDA PUR469216 INTUIT QB ONLINE 800 286 6800 * CA | CHAPTER 11 CHECKING (0334) | 35.00 | 529.32 |
| 12/04/2017 | Expense | | Delta | VISA DDA PUR471705 DELTA AIR 006218922160 ATLANTA * GA | CHAPTER 11 CHECKING (0334) | 804.10 | 1,333.42 |
| 12/04/2017 | Expense | | Amazon | VISA DDA PUR469216 AMAZON MKTPLACE PMTS AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 16.56 | 1,349.98 |
| 12/04/2017 | Expense | | Amazon | VISA DDA PUR469216 AMAZON COM AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 4.49 | 1,354.47 |
| 12/05/2017 | Expense | | Amazon | VISA DDA PUR469216 AMAZON MKTPLACE PMTS AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 16.25 | 1,370.72 |
| 12/05/2017 | Expense | | Target | VISA DDA PUR443106 TARGET COM 800 591 3869 * MN | CHAPTER 11 CHECKING (0334) | 7.07 | 1,377.79 |
| 12/05/2017 | Expense | | Amazon | VISA DDA PUR469216 AMAZON MKTPLACE PMTS AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 10.98 | 1,388.77 |
| 12/05/2017 | Expense | | Amazon | VISA DDA PUR469216 AMAZON MKTPLACE PMTS AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 11.44 | 1,400.21 |
| 12/05/2017 | Expense | | Target | VISA DDA PUR443106 TARGET COM 800 591 3869 * MN | CHAPTER 11 CHECKING (0334) | 24.80 | 1,425.01 |
| 12/05/2017 | Expense | | Amazon | VISA DDA PUR469216 AMAZON MKTPLACE PMTS AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 29.95 | 1,454.96 |
| 12/05/2017 | Expense | | Target | VISA DDA PUR443106 TARGET COM 800 591 3869 * MN | CHAPTER 11 CHECKING (0334) | 270.00 | 1,724.96 |
| 12/05/2017 | Expense | | Costco | VISA DDA PUR469216 WWW COSTCO COM 800 955 2292 * WA | CHAPTER 11 CHECKING (0334) | 127.79 | 1,852.75 |
| 12/06/2017 | Expense | | Amazon | VISA DDA PUR469216 AMAZON MKTPLACE PMTS AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 9.99 | 1,862.74 |
| 12/06/2017 | Expense | | Amazon | VISA DDA PUR469216 AMAZON MKTPLACE PMTS AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 932.65 | 2,795.39 |
| 12/06/2017 | Expense | | Amazon | VISA DDA PUR469216 AMAZON MKTPLACE PMTS AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 573.88 | 3,369.27 |
| 12/07/2017 | Expense | | Amazon | VISA DDA PUR469216 AMAZON MKTPLACE PMTS AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 24.94 | 3,394.21 |
| 12/07/2017 | Expense | | Cafeteria | VISA DDA PUR427074 MCKENZIE CO SCHOOL DISTR 701 4443626 * ND | CHAPTER 11 CHECKING (0334) | 145.00 | 3,539.21 |
| 12/08/2017 | Expense | | Lowe's | VISA DDA PUR469216 LOWES 01937 201 234 3170 * NJ | CHAPTER 11 CHECKING (0334) | 495.68 | 4,034.89 |
| 12/08/2017 | Expense | | Movies | VISA DDA PUR469216 REDBOX DVD RENTAL 866 733 2693 * IL | CHAPTER 11 CHECKING (0334) | 7.99 | 4,042.88 |
| 12/11/2017 | Expense | | Retail | VISA DDA PUR443106 GYMBOREE COM 500 419 278 7172 * CA | CHAPTER 11 CHECKING (0334) | 404.25 | 4,447.13 |
| 12/11/2017 | Expense | | Movers | VISA DDA PUR449398 VENMO 855 812 4430 | CHAPTER 11 | 1,000.00 | 5,447.13 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 12/11/2017 | Expense | | Take out restaurant | VISA DDA PUR410085 AMELIA S BISTRO 201 3322200 * NJ | CHAPTER 11 CHECKING (0334) | 61.05 | 5,508.18 |
| 12/11/2017 | Expense | | Target | VISA DDA PUR443106 TARGET COM 800 591 3869 * MN | CHAPTER 11 CHECKING (0334) | 4.26 | 5,512.44 |
| 12/11/2017 | Expense | | Target | VISA DDA PUR443106 TARGET COM 800 591 3869 * MN | CHAPTER 11 CHECKING (0334) | 12.15 | 5,524.59 |
| 12/11/2017 | Expense | | Apple iCloud | VISA DDA PUR469216 APL ITUNES COM BILL 866 712 7753 * CA | CHAPTER 11 CHECKING (0334) | 2.99 | 5,527.58 |
| 12/11/2017 | Expense | | Amazon | VISA DDA PUR443106 AMAZON MKTPLACE PMTS WWW WWW AMAZON CO * WA | CHAPTER 11 CHECKING (0334) | 7.99 | 5,535.57 |
| 12/11/2017 | Expense | | Amazon | VISA DDA PUR469216 AMAZON MKTPLACE PMTS AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 13.78 | 5,549.35 |
| 12/11/2017 | Expense | | Amazon | VISA DDA PUR469216 AMAZON MKTPLACE PMTS AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 18.95 | 5,568.30 |
| 12/11/2017 | Expense | | Amazon | VISA DDA PUR443106 AMAZON COM AMZN COM BILL AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 33.01 | 5,601.31 |
| 12/11/2017 | Expense | | Amazon | VISA DDA PUR469216 AMAZON MKTPLACE PMTS AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 59.95 | 5,661.26 |
| 12/11/2017 | Expense | | Office Supply | VISA DDA PUR469216 POTTERY BARN KIDS E CO 800 290 8181 * CA | CHAPTER 11 CHECKING (0334) | 859.24 | 6,520.50 |
| 12/11/2017 | Expense | | Lowe's | VISA DDA PUR469216 LOWES 01937 201 234 3170 * NJ | CHAPTER 11 CHECKING (0334) | 92.25 | 6,612.75 |
| 12/11/2017 | Expense | | Auto | VISA DDA PUR469216 PEPBOYS STORE 496 JERSEY CITY * NJ | CHAPTER 11 CHECKING (0334) | 148.91 | 6,761.66 |
| 12/11/2017 | Expense | | Take out restaurant | VISA DDA PUR400097 THE BRIGHTSIDE TAVERN 201 4351234 * NJ | CHAPTER 11 CHECKING (0334) | 40.31 | 6,801.97 |
| 12/11/2017 | Expense | | Take out restaurant | VISA DDA PUR400958 VINNYS PIZZA JERSEY CITY * NJ | CHAPTER 11 CHECKING (0334) | 41.00 | 6,842.97 |
| 12/12/2017 | Expense | | Transunion | VISA DDA PUR469216 TU TRANSUNION 800 493 3292 * CA | CHAPTER 11 CHECKING (0334) | 19.95 | 6,862.92 |
| 12/12/2017 | Expense | | Movers | VISA DDA PUR444500 U HAUL CENTER OF NORTH B NORTH BERGN * NJ | CHAPTER 11 CHECKING (0334) | 116.84 | 6,979.76 |
| 12/12/2017 | Expense | | Office Supply | VISA DDA PUR469216 POTTERY BARN KIDS E CO 800 290 8181 * CA | CHAPTER 11 CHECKING (0334) | 189.08 | 7,168.84 |
| 12/13/2017 | Expense | | Amazon | VISA DDA PUR443106 AMAZON MKTPLACE PMTS WWW WWW AMAZON CO * WA | CHAPTER 11 CHECKING (0334) | 186.12 | 7,354.96 |
| 12/13/2017 | Expense | | Storage | CHECK #110 | CHAPTER 11 CHECKING (0334) | 63.08 | 7,418.04 |
| 12/13/2017 | Expense | | City of Hoboken | VISA DDA PUR475542 HOBOKEN CITY MUNI COURT 201 4202123 * NJ | CHAPTER 11 CHECKING (0334) | 70.00 | 7,488.04 |
| 12/13/2017 | Expense | | Court Fee | VISA DDA PUR475542 JERSEY CITY MUNI COURT 201 2096700 * NJ | CHAPTER 11 CHECKING (0334) | 52.00 | 7,540.04 |
| 12/13/2017 | Expense | | Verizon Wireless | VERIZON WIRELESS PAYMENTS | CHAPTER 11 CHECKING (0334) | 199.97 | 7,740.01 |
| 12/14/2017 | Expense | | Take out restaurant | VISA DDA PUR480166 TOKYO STEAK HOUSE WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 81.90 | 7,821.91 |
| 12/14/2017 | Expense | | Amazon | VISA DDA PUR469216 AMAZON MKTPLACE PMTS AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 6.36 | 7,828.27 |
| 12/14/2017 | Expense | | Office Supply | VISA DDA PUR469216 STARZ ENTERTAINMENT 855 247 9175 * CO | CHAPTER 11 CHECKING (0334) | 8.99 | 7,837.26 |
| 12/14/2017 | Expense | | Amazon | VISA DDA PUR469216 AMAZON MKTPLACE PMTS AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 80.43 | 7,917.69 |
| 12/14/2017 | Expense | | Amazon | VISA DDA PUR469216 AMAZON MKTPLACE PMTS AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 21.15 | 7,938.84 |
| 12/18/2017 | Expense | | Target | VISA DDA PUR443106 TARGET COM 800 591 3869 * MN | CHAPTER 11 CHECKING (0334) | 15.98 | 7,954.82 |
| 12/18/2017 | Expense | | Target | VISA DDA PUR443106 TARGET COM 800 591 3869 * MN | CHAPTER 11 CHECKING (0334) | 30.13 | 7,984.95 |
| 12/18/2017 | Expense | | Amazon | VISA DDA PUR469216 AMAZON MKTPLACE PMTS AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 148.62 | 8,133.57 |
| 12/18/2017 | Expense | | Office Supply | VISA DDA PUR469216 POTTERY BARN KIDS E CO 800 290 8181 * CA | CHAPTER 11 CHECKING (0334) | 23.96 | 8,157.53 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 12/18/2017 | Expense | | DMV | VISA DDA PUR422443 NJ MOTOR VEHICLE S HAMILTON * NJ | CHAPTER 11 CHECKING (0334) | 100.00 | 8,257.53 |
| 12/18/2017 | Expense | | Books | VISA DDA PUR449398 I SEE ME 877 744 3210 * MN | CHAPTER 11 CHECKING (0334) | 65.77 | 8,323.30 |
| 12/18/2017 | Expense | | Cable | VISA DDA PUR469216 DTV DIRECTV SERVICE 800 347 3288 * CA | CHAPTER 11 CHECKING (0334) | 150.00 | 8,473.30 |
| 12/18/2017 | Expense | | Office Supply | VISA DDA PUR469216 POTTERY BARN KIDS E CO 800 290 8181 * CA | CHAPTER 11 CHECKING (0334) | 201.83 | 8,675.13 |
| 12/18/2017 | Expense | | Glass / Window Repair | VISA DDA PUR407105 RAYMOND GLASS CO INC JERSEY CITY * NJ | CHAPTER 11 CHECKING (0334) | 374.06 | 9,049.19 |
| 12/18/2017 | Expense | | Office Supply | VISA DDA PUR469216 POTTERY BARN KIDS E CO 800 290 8181 * CA | CHAPTER 11 CHECKING (0334) | 23.96 | 9,073.15 |
| 12/19/2017 | Expense | | Book | VISA DDA PUR449215 PACKAGEFROMSANTA 866 894 4789 * MI | CHAPTER 11 CHECKING (0334) | 63.00 | 9,136.15 |
| 12/19/2017 | Expense | | Target | VISA DDA PUR443106 TARGET COM 800 591 3869 * MN | CHAPTER 11 CHECKING (0334) | 0.01 | 9,136.16 |
| 12/19/2017 | Expense | | Target | VISA DDA PUR443106 TARGET COM 800 591 3869 * MN | CHAPTER 11 CHECKING (0334) | 117.18 | 9,253.34 |
| 12/19/2017 | Expense | | Target | VISA DDA PUR443106 TARGET COM 800 591 3869 * MN | CHAPTER 11 CHECKING (0334) | 21.29 | 9,274.63 |
| 12/19/2017 | Expense | | Target | VISA DDA PUR443106 TARGET COM 800 591 3869 * MN | CHAPTER 11 CHECKING (0334) | 13.84 | 9,288.47 |
| 12/20/2017 | Expense | | Office Supply | VISA DDA PUR469216 POTTERY BARN KIDS E CO 800 290 8181 * CA | CHAPTER 11 CHECKING (0334) | 4.54 | 9,293.01 |
| 12/20/2017 | Expense | | Office Supply | VISA DDA PUR469216 POTTERY BARN KIDS E CO 800 290 8181 * CA | CHAPTER 11 CHECKING (0334) | 4.54 | 9,297.55 |
| 12/20/2017 | Expense | | Insurance | VISA DDA PUR469216 GEICO AUTO 800 841 3000 * DC | CHAPTER 11 CHECKING (0334) | 178.70 | 9,476.25 |
| 12/20/2017 | Expense | | Office Supply | VISA DDA PUR469216 POTTERY BARN KIDS E CO 800 290 8181 * CA | CHAPTER 11 CHECKING (0334) | 10.95 | 9,487.20 |
| 12/20/2017 | Expense | | Office Supply | VISA DDA PUR469216 POTTERY BARN KIDS E CO 800 290 8181 * CA | CHAPTER 11 CHECKING (0334) | 22.58 | 9,509.78 |
| 12/20/2017 | Expense | | Office Supply | VISA DDA PUR469216 POTTERY BARN KIDS E CO 800 290 8181 * CA | CHAPTER 11 CHECKING (0334) | 4.63 | 9,514.41 |
| 12/21/2017 | Expense | | Keepers Self Storage | VISA DDA PUR427539 KEEPERS SELF STORAGE 201 9635292 * NJ | CHAPTER 11 CHECKING (0334) | 606.34 | 10,120.75 |
| 12/22/2017 | Expense | | Book | VISA DDA PUR469216 GROUPON INC GROUPON COM * IL | CHAPTER 11 CHECKING (0334) | 11.28 | 10,132.03 |
| 12/22/2017 | Expense | | Contractor | CHECK #136  Clean-out and Locks 252 Suydam | CHAPTER 11 CHECKING (0334) | 615.00 | 10,747.03 |
| 12/22/2017 | Expense | | Appliance Repair | VISA DDA PUR405523 APPLIANCEPARTSPROS COM 877 477 7278 * CA | CHAPTER 11 CHECKING (0334) | 19.67 | 10,766.70 |
| 12/26/2017 | Expense | | Cafeteria | VISA DDA PUR427074 MCKENZIE CO SCHOOL DISTR 701 4443626 * ND | CHAPTER 11 CHECKING (0334) | 125.00 | 10,891.70 |
| 12/26/2017 | Expense | | Supermarket | DDA PURCHASE *5832770446 CASH WISE FOODS 3042 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 134.18 | 11,025.88 |
| 12/26/2017 | Expense | | Worker/Project | DDA WITHDRAW *5832P332097 313 N MAIN ST WATFORD * ND | CHAPTER 11 CHECKING (0334) | 101.50 | 11,127.38 |
| 12/26/2017 | Expense | | Supermarket | DDA PURCHASE *5832770446 CASH WISE FOODS 3042 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 295.10 | 11,422.48 |
| 12/26/2017 | Expense | | Supermarket | DDA PURCHASE *5832770446 CASH WISE FOODS 3042 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 225.33 | 11,647.81 |
| 12/27/2017 | Expense | | Apple iCloud | VISA DDA PUR469216 APL ITUNES COM BILL 866 712 7753 * CA | CHAPTER 11 CHECKING (0334) | 14.99 | 11,662.80 |
| 12/27/2017 | Expense | | Amazon | VISA DDA PUR469216 AMAZON MKTPLACE PMTS AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 17.85 | 11,680.65 |
| 12/28/2017 | Expense | | Contractor | DDA WITHDRAW *5832CP301113 100 N MAIN WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 222.95 | 11,903.60 |
| 12/29/2017 | Expense | | Wells Fargo | WF HOME MTG AUTO PAY | CHAPTER 11 CHECKING (0334) | 1,718.59 | 13,622.19 |

Note
Reconciled for $185.54 expense

## LEDGER ACCOUNT - RENT ROLL MONTHLY

Guadagnino, Dianna

| | RENT ROLL | DECEMBER, 2017 |
|---|---|---|
| | RUNNING BALANCE | 14354.59 |

| Unit Numb | ADDRESS | TENANT NAME | NOTE | NOTE2 | ACTUAL RATE | PAYMENT DATE | PAYMENT AMOUNT | Amount Owed | Previous Unpaid |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 194 Pine Street | JAYNE FREEMAN | | Check Deposited | 2,225.00 | 12/1/2017 | 2,225.00 | 0.00 | 0.00 |
| 1 | 252 Suydam Ave | STEPHEN - UNIT 1 | with Parking | Check | 1,600.00 | 12/5/2017 | 2,400.00 | 0.00 | 0.00 |
| 2 | 252 Suydam Ave | DAVID - UNIT 2 - New Tenant move in 12/15 | Pro-rated / $50 Parking start in Jan | Check | 1,950.00 | ############ | 1,042.00 | 0.00 | 0.00 |
| 1 | 104 Lafayette | DRUVA / HERTZ - New Tenant | $500 credit for work in House | Deposit | 2,800.00 | ############ | 2,300.00 | 0.00 | 0.00 |
| 1 | 287 Communipaw Ave | Andreas Hertz | | Deposit | 1,700.00 | ############ | 1,700.00 | 0.00 | 0.00 |
| 2 | 287 Communipaw Ave | Ramsey | | Check Deposited | 2,425.00 | ############ | 1,637.50 | TBD | 0.00 |
| 2 | 287 Communipaw Ave | Andrew Coyte | | Check Deposited | 500.00 | ############ | 500.00 | 0.00 | 0.00 |
| 2 | 287 Communipaw Ave | Jessie | | Check | 600.00 | ############ | 400.00 | 1,200.00 | 0.00 |
| Garage 1 | 287 Communipaw Ave | Eli | | Cash Deposited | 250.00 | 12/5/2017 | 0.00 | 0.00 | 0.00 |
| Garage 2 | 287 Communipaw Ave | Richard | | Cash Deposited | 200.00 | ############ | 200.00 | 0.00 | 0.00 |
| Garage 3 | 287 Communipaw Ave | Richard | | Cash Deposited | 200.00 | ############ | 200.00 | 0.00 | 0.00 |
| Garage 4 | 287 Communipaw Ave | Andreas Hertz | | Deposit | 200.00 | ############ | 200.00 | 0.00 | 0.00 |
| Garage 5 | 287 Communipaw Ave | Paz / Koby Benvenisti | | Check | 250.00 | 12/1/2017 | 250.00 | 0.00 | 0.00 |
| Garage 6 | 287 Communipaw Ave | John Ross | | NA | 200.00 | 12/1/2017 | TRADE | 0.00 | 0.00 |
| Garage 7 | 287 Communipaw Ave | John Ross | | NA | 200.00 | 12/1/2017 | TRADE | 0.00 | 0.00 |
| Garage 8 | 287 Communipaw Ave | Eli | | Cash Deposited | 225.00 | 12/5/2017 | 0.00 | 0.00 | 0.00 |
| Garage 9 | 287 Communipaw Ave | To Be Rented | | NA | 250.00 | 12/1/2017 | PERSONAL | 0.00 | 0.00 |
| Garage 1 | 252 Suydam Ave | Paz / Koby Benvenisti | | Check | 200.00 | 12/1/2017 | 200.00 | 25.00 | 0.00 |
| Garage 2 | 252 Suydam Ave | Michael | | Check | 200.00 | ############ | 200.00 | TBD | 0.00 |
| Garage 3 | 252 Suydam Ave | Eli | | Cash Deposited | 250.00 | 12/5/2017 | 700.00 | 0.00 | 0.00 |
| Garage 4 | 252 Suydam Ave | James | | Cash Deposited | 200.00 | 12/11/107 | 200.00 | 0.00 | 0.00 |
| Garage 5 | 252 Suydam Ave | Dan Roorda | | Pre-paid in Nov / $0 for Dec | 200.00 | ############ | 0.00 | 0.00 | 0.00 |

# TD Bank

America's Most Convenient Bank®    E    STATEMENT OF ACCOUNT

DIANNA GUADAGNINO  
DIP CASE 17-12951 DIST NJ  
287 COMMUNIPAW AVE  
JERSEY CITY NJ 07304

| | |
|---|---|
| Page: | 1 of 8 |
| Statement Period: | Dec 01 2017-Dec 31 2017 |
| Cust Ref #: | 4340580334-039-E-*** |
| Primary Account #: | 434-0580334 |

## Chapter 11 Checking

DIANNA GUADAGNINO    Account # 434-0580334  
DIP CASE 17-12951 DIST NJ

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 4,881.97 | Average Collected Balance | 5,624.74 |
| Deposits | 14,354.50 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 338.89 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 678.08 | Days in Period | 31 |
| Electronic Payments | 13,129.65 | | |
| Ending Balance | 5,767.63 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/04 | DEPOSIT | 2,675.00 |
| 12/05 | DEPOSIT | 1,700.00 |
| 12/08 | DEPOSIT | 2,537.50 |
| 12/11 | DEPOSIT | 3,042.00 |
| 12/20 | DEPOSIT | 200.00 |
| 12/26 | DEPOSIT | 1,900.00 |
| 12/27 | DEPOSIT | 2,300.00 |
| | Subtotal: | 14,354.50 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/11 | DEBIT CARD CREDIT, *****04017405832, AUT 121017 VISA DDA REF LOWES  01937        JERSEY CITY  * NJ | 74.32 |
| 12/11 | DEBIT CARD CREDIT, *****04017405832, AUT 121017 VISA DDA REF AMAZON MKTPLACE PMTS     AMZN COM BILL * WA | 24.50 |
| 12/14 | DEBIT CARD CREDIT, *****04017405832, AUT 121417 VISA DDA REF AMAZON MKTPLACE PMTS     AMZN COM BILL * WA | 13.78 |
| 12/15 | ACH DEPOSIT, ACUMEN FISCAL AG EDI PYMNTS ND****D59537611 | 38.79 |
| 12/26 | DEBIT CARD CREDIT, *****04017405832, AUT 122317 VISA DDA REF POTTERY BARN KIDS E CO    800 290 8181  * CA | 187.50 |
| | Subtotal: | 338.89 |

**Checks Paid**    No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 12/13 | 110 | 63.08 |
| 12/22 | 136* | 615.00 |
| | Subtotal: | 678.08 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

## How to Balance your Account

Page: 2 of 8

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance     5,767.63

② Total Deposits  +

③ Sub Total

④ Total Withdrawals  -

⑤ Adjusted Balance

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Deposits** |  |  |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Withdrawals** |  |  |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**

America's Most Convenient Bank®   STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 3 of 8
Statement Period: Dec 01 2017-Dec 31 2017
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

## DAILY ACCOUNT ACTIVITY

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/01 | DEBIT CARD PURCHASE, *****04017405832, AUT 113017 VISA DDA PUR AMAZON MKTPLACE PMTS    AMZN COM BILL * WA | 34.98 |
| 12/04 | DEBIT CARD PURCHASE, *****04017405832, AUT 120117 VISA DDA PUR DELTA AIR   006218922160   ATLANTA    * GA | 804.10 |
| 12/04 | DEBIT CARD PAYMENT, *****04017405832, AUT 120117 VISA DDA PUR WATFORD CITY SELF STORAG   701 651 6775 * ND | 150.00 |
| 12/04 | DEBIT CARD PURCHASE, *****04017405832, AUT 113017 VISA DDA PUR AMAZON MKTPLACE PMTS    AMZN COM BILL * WA | 146.72 |
| 12/04 | DEBIT CARD PURCHASE, *****04017405832, AUT 113017 VISA DDA PUR AMAZON MKTPLACE PMTS    AMZN COM BILL * WA | 67.31 |
| 12/04 | DEBIT CARD PURCHASE, *****04017405832, AUT 120317 VISA DDA PUR AMAZON COM        AMZN COM BILL * WA | 55.82 |
| 12/04 | DEBIT CARD PAYMENT, *****04017405832, AUT 120217 VISA DDA PUR INTUIT  QB ONLINE     800 286 6800  * CA | 35.00 |
| 12/04 | DEBIT CARD PURCHASE, *****04017405832, AUT 120317 VISA DDA PUR AMAZON MKTPLACE PMTS    AMZN COM BILL * WA | 32.93 |
| 12/04 | DEBIT CARD PURCHASE, *****04017405832, AUT 113017 VISA DDA PUR AMAZON MKTPLACE PMTS    AMZN COM BILL * WA | 16.56 |
| 12/04 | DEBIT CARD PURCHASE, *****04017405832, AUT 120317 VISA DDA PUR AMAZON MKTPLACE PMTS    AMZN COM BILL * WA | 6.56 |
| 12/04 | DEBIT CARD PURCHASE, *****04017405832, AUT 120317 VISA DDA PUR AMAZON COM        AMZN COM BILL * WA | 4.49 |
| 12/05 | DEBIT CARD PURCHASE, *****04017405832, AUT 120417 VISA DDA PUR TARGET COM        800 591 3869  * MN | 270.00 |
| 12/05 | DEBIT CARD PURCHASE, *****04017405832, AUT 120317 VISA DDA PUR WWW COSTCO COM      800 955 2292  * WA | 127.79 |
| 12/05 | DEBIT CARD PURCHASE, *****04017405832, AUT 120317 VISA DDA PUR AMAZON MKTPLACE PMTS    AMZN COM BILL * WA | 29.95 |
| 12/05 | DEBIT CARD PURCHASE, *****04017405832, AUT 120517 VISA DDA PUR TARGET COM        800 591 3869  * MN | 24.80 |
| 12/05 | DEBIT CARD PURCHASE, *****04017405832, AUT 120317 VISA DDA PUR AMAZON MKTPLACE PMTS    AMZN COM BILL * WA | 16.25 |
| 12/05 | DEBIT CARD PURCHASE, *****04017405832, AUT 120317 VISA DDA PUR AMAZON MKTPLACE PMTS    AMZN COM BILL * WA | 11.44 |
| 12/05 | DEBIT CARD PURCHASE, *****04017405832, AUT 120317 VISA DDA PUR AMAZON MKTPLACE PMTS    AMZN COM BILL * WA | 10.98 |
| 12/05 | DEBIT CARD PURCHASE, *****04017405832, AUT 120517 VISA DDA PUR TARGET COM        800 591 3869  * MN | 7.07 |
| 12/06 | DEBIT CARD PURCHASE, *****04017405832, AUT 120417 VISA DDA PUR AMAZON MKTPLACE PMTS    AMZN COM BILL * WA | 932.65 |
| 12/06 | DEBIT CARD PURCHASE, *****04017405832, AUT 120317 VISA DDA PUR AMAZON MKTPLACE PMTS    AMZN COM BILL * WA | 573.88 |
| 12/06 | DEBIT CARD PURCHASE, *****04017405832, AUT 120317 VISA DDA PUR AMAZON MKTPLACE PMTS    AMZN COM BILL * WA | 9.99 |


# Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

| | |
|---|---|
| Page: | 4 of 8 |
| Statement Period: | Dec 01 2017-Dec 31 2017 |
| Cust Ref #: | 4340580334-039-E-*** |
| Primary Account #: | 434-0580334 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/06 | DEBIT CARD PURCHASE, *****04017405832, AUT 120517 VISA DDA PUR<br>AMAZON MKTPLACE PMTS    AMZN COM BILL * WA | 7.99 |
| 12/07 | DEBIT CARD PURCHASE, *****04017405832, AUT 120617 VISA DDA PUR<br>MCKENZIE CO SCHOOL DISTR   701 4443626  * ND | 145.00 |
| 12/07 | DEBIT CARD PURCHASE, *****04017405832, AUT 120317 VISA DDA PUR<br>AMAZON MKTPLACE PMTS    AMZN COM BILL * WA | 24.94 |
| 12/08 | DEBIT CARD PURCHASE, *****04017405832, AUT 120717 VISA DDA PUR<br>LOWES  01937         201 234 3170 * NJ | 495.68 |
| 12/08 | DEBIT CARD PURCHASE, *****04017405832, AUT 120717 VISA DDA PUR<br>REDBOX  DVD RENTAL    866 733 2693 * IL | 7.99 |
| 12/11 | DEBIT CARD PURCHASE, *****04017405832, AUT 120917 VISA DDA PUR<br>VENMO           855 812 4430 * NY | 1,000.00 |
| 12/11 | DEBIT CARD PURCHASE, *****04017405832, AUT 121017 VISA DDA PUR<br>POTTERY BARN KIDS E CO    800 290 8181 * CA | 859.24 |
| 12/11 | DEBIT CARD PURCHASE, *****04017405832, AUT 120617 VISA DDA PUR<br>GYMBOREE COM 500      419 278 7172 * CA | 404.25 |
| 12/11 | DEBIT CARD PURCHASE, *****04017405832, AUT 120717 VISA DDA PUR<br>PEPBOYS STORE  496     JERSEY CITY * NJ | 148.91 |
| 12/11 | DEBIT CARD PURCHASE, *****04017405832, AUT 120817 VISA DDA PUR<br>LOWES  01937         201 234 3170 * NJ | 92.25 |
| 12/11 | DEBIT CARD PURCHASE, *****04017405832, AUT 120717 VISA DDA PUR<br>AMELIA S BISTRO      201 3322200  * NJ | 61.05 |
| 12/11 | DEBIT CARD PURCHASE, *****04017405832, AUT 120817 VISA DDA PUR<br>AMAZON MKTPLACE PMTS    AMZN COM BILL * WA | 59.95 |
| 12/11 | DEBIT CARD PURCHASE, *****04017405832, AUT 120917 VISA DDA PUR<br>VINNYS PIZZA        JERSEY CITY * NJ | 41.00 |
| 12/11 | DEBIT CARD PURCHASE, *****04017405832, AUT 120917 VISA DDA PUR<br>THE BRIGHTSIDE TAVERN    201 4351234  * NJ | 40.31 |
| 12/11 | DEBIT CARD PURCHASE, *****04017405832, AUT 120917 VISA DDA PUR<br>AMAZON COM AMZN COM BILL   AMZN COM BILL * WA | 33.01 |
| 12/11 | DEBIT CARD PURCHASE, *****04017405832, AUT 120817 VISA DDA PUR<br>RASOI           JERSEY CITY * NJ | 32.45 |
| 12/11 | DEBIT CARD PURCHASE, *****04017405832, AUT 120817 VISA DDA PUR<br>AMAZON MKTPLACE PMTS    AMZN COM BILL * WA | 18.95 |
| 12/11 | DEBIT CARD PURCHASE, *****04017405832, AUT 120817 VISA DDA PUR<br>AMAZON MKTPLACE PMTS    AMZN COM BILL * WA | 13.78 |
| 12/11 | DEBIT CARD PURCHASE, *****04017405832, AUT 121117 VISA DDA PUR<br>TARGET COM         800 591 3869 * MN | 12.15 |
| 12/11 | DEBIT CARD PURCHASE, *****04017405832, AUT 120817 VISA DDA PUR<br>AMAZON MKTPLACE PMTS WWW   WWW AMAZON CO * WA | 7.99 |
| 12/11 | DEBIT CARD PURCHASE, *****04017405832, AUT 120917 VISA DDA PUR<br>TARGET COM         800 591 3869 * MN | 4.26 |
| 12/11 | DEBIT CARD PURCHASE, *****04017405832, AUT 120717 VISA DDA PUR<br>APL  ITUNES COM BILL    866 712 7753 * CA | 2.99 |



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 5 of 8
Statement Period: Dec 01 2017-Dec 31 2017
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/12 | DEBIT CARD PURCHASE, *****04017405832, AUT 121117 VISA DDA PUR POTTERY BARN KIDS E CO    800 290 8181 * CA | 189.08 |
| 12/12 | DEBIT CARD PURCHASE, *****04017405832, AUT 121017 VISA DDA PUR U HAUL CENTER OF NORTH B   NORTH BERGN * NJ | 116.84 |
| 12/12 | DEBIT CARD PAYMENT, *****04017405832, AUT 121117 VISA DDA PUR TU TRANSUNION   800 493 3292 * CA | 19.95 |
| 12/13 | ACH DEBIT, VERIZON WIRELESS PAYMENTS ****14696200001 | 199.97 |
| 12/13 | DEBIT CARD PURCHASE, *****04017405832, AUT 120817 VISA DDA PUR AMAZON MKTPLACE PMTS WWW   WWW AMAZON CO * WA | 186.12 |
| 12/13 | DEBIT CARD PURCHASE, *****04017405832, AUT 121217 VISA DDA PUR HOBOKEN CITY MUNI COURT   201 4202123 * NJ | 70.00 |
| 12/13 | DEBIT CARD PURCHASE, *****04017405832, AUT 121217 VISA DDA PUR JERSEY CITY MUNI COURT   201 2096700 * NJ | 52.00 |
| 12/14 | DEBIT CARD PURCHASE, *****04017405832, AUT 121217 VISA DDA PUR TOKYO STEAK HOUSE   WATFORD CITY * ND | 81.90 |
| 12/14 | DEBIT CARD PURCHASE, *****04017405832, AUT 121317 VISA DDA PUR AMAZON MKTPLACE PMTS   AMZN COM BILL * WA | 80.43 |
| 12/14 | DEBIT CARD PURCHASE, *****04017405832, AUT 121317 VISA DDA PUR AMAZON MKTPLACE PMTS   AMZN COM BILL * WA | 21.15 |
| 12/14 | DEBIT CARD PAYMENT, *****04017405832, AUT 121217 VISA DDA PUR STARZ ENTERTAINMENT   855 247 9175 * CO | 8.99 |
| 12/14 | DEBIT CARD PURCHASE, *****04017405832, AUT 121217 VISA DDA PUR AMAZON MKTPLACE PMTS   AMZN COM BILL * WA | 6.36 |
| 12/18 | DEBIT CARD PURCHASE, *****04017405832, AUT 121517 VISA DDA PUR RAYMOND GLASS CO INC   JERSEY CITY * NJ | 374.06 |
| 12/18 | DEBIT CARD PURCHASE, *****04017405832, AUT 121517 VISA DDA PUR POTTERY BARN KIDS E CO    800 290 8181 * CA | 201.83 |
| 12/18 | DEBIT CARD PURCHASE, *****04017405832, AUT 121517 VISA DDA PUR DTV DIRECTV SERVICE   800 347 3288 * CA | 150.00 |
| 12/18 | DEBIT CARD PURCHASE, *****04017405832, AUT 121617 VISA DDA PUR AMAZON MKTPLACE PMTS   AMZN COM BILL * WA | 148.62 |
| 12/18 | DEBIT CARD PURCHASE, *****04017405832, AUT 121517 VISA DDA PUR BERRETTS BLOSSOMS   801 2543643 * UT | 140.00 |
| 12/18 | DEBIT CARD PURCHASE, *****04017405832, AUT 121717 VISA DDA PUR NJ MOTOR VEHICLE S   HAMILTON * NJ | 100.00 |
| 12/18 | DEBIT CARD PURCHASE, *****04017405832, AUT 121717 VISA DDA PUR I SEE ME   877 744 3210 * MN | 65.77 |
| 12/18 | DEBIT CARD PURCHASE, *****04017405832, AUT 121517 VISA DDA PUR TARGET COM   800 591 3869 * MN | 30.13 |
| 12/18 | DEBIT CARD PURCHASE, *****04017405832, AUT 121617 VISA DDA PUR POTTERY BARN KIDS E CO    800 290 8181 * CA | 23.96 |
| 12/18 | DEBIT CARD PURCHASE, *****04017405832, AUT 121617 VISA DDA PUR POTTERY BARN KIDS E CO    800 290 8181 * CA | 23.96 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


# Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 6 of 8
Statement Period: Dec 01 2017-Dec 31 2017
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 12/18 | DEBIT CARD PURCHASE, *****04017405832, AUT 121617 VISA DDA PUR<br>TARGET COM          800 591 3869  * MN | 15.98 |
| 12/19 | DEBIT CARD PURCHASE, *****04017405832, AUT 121917 VISA DDA PUR<br>TARGET COM          800 591 3869  * MN | 117.18 |
| 12/19 | DEBIT CARD PURCHASE, *****04017405832, AUT 121817 VISA DDA PUR<br>PACKAGEFROMSANTA     866 894 4789  * MI | 63.00 |
| 12/19 | DEBIT CARD PURCHASE, *****04017405832, AUT 121917 VISA DDA PUR<br>TARGET COM          800 591 3869  * MN | 21.29 |
| 12/19 | DEBIT CARD PURCHASE, *****04017405832, AUT 121817 VISA DDA PUR<br>TARGET COM          800 591 3869  * MN | 13.84 |
| 12/19 | DEBIT CARD PURCHASE, *****04017405832, AUT 121817 VISA DDA PUR<br>PACKAGEFROMSANTA     866 894 4789  * MI | 1.70 |
| 12/19 | DEBIT CARD PURCHASE, *****04017405832, AUT 121817 VISA DDA PUR<br>PACKAGEFROMSANTA     866 894 4789  * MI | 1.70 |
| 12/19 | DEBIT CARD PURCHASE, *****04017405832, AUT 121817 VISA DDA PUR<br>PACKAGEFROMSANTA     866 894 4789  * MI | 1.70 |
| 12/19 | DEBIT CARD PURCHASE, *****04017405832, AUT 121817 VISA DDA PUR<br>TARGET COM          800 591 3869  * MN | 0.01 |
| 12/20 | DEBIT CARD PAYMENT, *****04017405832, AUT 121917 VISA DDA PUR<br>GEICO  AUTO         800 841 3000  * DC | 178.70 |
| 12/20 | DEBIT CARD PURCHASE, *****04017405832, AUT 121917 VISA DDA PUR<br>POTTERY BARN KIDS E CO    800 290 8181  * CA | 22.58 |
| 12/20 | DEBIT CARD PURCHASE, *****04017405832, AUT 121817 VISA DDA PUR<br>POTTERY BARN KIDS E CO    800 290 8181  * CA | 10.95 |
| 12/20 | DEBIT CARD PURCHASE, *****04017405832, AUT 121817 VISA DDA PUR<br>POTTERY BARN KIDS E CO    800 290 8181  * CA | 4.63 |
| 12/20 | DEBIT CARD PURCHASE, *****04017405832, AUT 121817 VISA DDA PUR<br>POTTERY BARN KIDS E CO    800 290 8181  * CA | 4.54 |
| 12/20 | DEBIT CARD PURCHASE, *****04017405832, AUT 121817 VISA DDA PUR<br>POTTERY BARN KIDS E CO    800 290 8181  * CA | 4.54 |
| 12/21 | DEBIT CARD PURCHASE, *****04017405832, AUT 122017 VISA DDA PUR<br>KEEPERS SELF STORAGE    201 9635292  * NJ | 606.34 |
| 12/22 | DEBIT CARD PURCHASE, *****04017405832, AUT 122117 VISA DDA PUR<br>APPLIANCEPARTSPROS COM    877 477 7278  * CA | 19.67 |
| 12/22 | DEBIT CARD PURCHASE, *****04017405832, AUT 122117 VISA DDA PUR<br>GROUPON INC           GROUPON COM  * IL | 11.28 |
| 12/26 | DEBIT POS, *****04017405832, AUT 122317 DDA PURCHASE<br>CASH WISE FOODS 3042    WATFORD CITY * ND | 295.10 |
| 12/26 | DEBIT POS, *****04017405832, AUT 122417 DDA PURCHASE<br>CASH WISE FOODS 3042    WATFORD CITY * ND | 225.33 |
| 12/26 | DEBIT POS, *****04017405832, AUT 122317 DDA PURCHASE<br>CASH WISE FOODS 3042    WATFORD CITY * ND | 134.18 |
| 12/26 | DEBIT CARD PURCHASE, *****04017405832, AUT 122217 VISA DDA PUR<br>MCKENZIE CO SCHOOL DISTR    701 4443626  * ND | 125.00 |


# Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 7 of 8
Statement Period: Dec 01 2017-Dec 31 2017
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/26 | NONTD ATM DEBIT, *****04017405832, AUT 122417 DDA WITHDRAW<br>313 N MAIN ST       WATFORD     * ND | 101.50 |
| 12/27 | DEBIT CARD PURCHASE, *****04017405832, AUT 122217 VISA DDA PUR<br>AMAZON MKTPLACE PMTS    AMZN COM BILL * WA | 17.85 |
| 12/27 | DEBIT CARD PURCHASE, *****04017405832, AUT 122517 VISA DDA PUR<br>APL  ITUNES COM BILL    866 712 7753  * CA | 14.99 |
| 12/28 | NONTD ATM DEBIT, *****04017405832, AUT 122817 DDA WITHDRAW<br>100 N MAIN       WATFORD CITY * ND | 222.95 |
| 12/29 | ACH DEBIT, WF HOME MTG AUTO PAY ****796958 | 1,718.59 |
|  | Subtotal: | 13,129.65 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/30 | 4,881.97 | 12/15 | 7,008.58 |
| 12/01 | 4,846.99 | 12/18 | 5,734.27 |
| 12/04 | 6,202.50 | 12/19 | 5,513.85 |
| 12/05 | 7,404.22 | 12/20 | 5,487.91 |
| 12/06 | 5,879.71 | 12/21 | 4,881.57 |
| 12/07 | 5,709.77 | 12/22 | 4,235.62 |
| 12/08 | 7,743.60 | 12/26 | 5,442.01 |
| 12/11 | 8,051.88 | 12/27 | 7,709.17 |
| 12/12 | 7,726.01 | 12/28 | 7,486.22 |
| 12/13 | 7,154.84 | 12/29 | 5,767.63 |
| 12/14 | 6,969.79 |  |  |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page:                         8 of 8
Statement Period:   Dec 01 2017-Dec 31 2017
Cust Ref #:              4340580334-039-E-***
Primary Account #:              434-0580334

#110         12/13         $63.08

#136         12/22         $615.00