B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re Dianna Guadagnino, Debtor

Case No. 17-12951

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: February, 2018

Date filed: 03/15/2018

Line of Business: Rental Income

NAISC Code: 531110

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

Original Signature of Responsible Party

Dianna Guadagnino

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☑ | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL INCOME** $ 20,541.37

## SUMMARY OF CASH ON HAND

| | |
|---|---|
| Cash on Hand at Start of Month | $ 3,199.20 |
| Cash on Hand at End of Month | $ 8,739.53 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU **TOTAL** | $ 8,739.53 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES** $ 15,001.04

*(Exhibit C)*

## CASH PROFIT

| | |
|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ 20,541.37 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ 15,001.04 |
| *(Subtract Line C from Line B)* **CASH PROFIT FOR THE MONTH** | $ 5,540.33 |

**UNPAID BILLS**

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 0.00

*(Exhibit D)*

**MONEY OWED TO YOU**

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 1,275.00

*(Exhibit E)*

**BANKING INFORMATION**

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

**EMPLOYEES**

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? 0

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? 0

**PROFESSIONAL FEES**

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 3,000.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 19,500.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 0.00

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

| | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 16,000.00 | $ 20,541.37 | $ 4,541.37 |
| EXPENSES | $ 14,750.00 | $ 15,001.04 | $ -251.04 |
| CASH PROFIT | $ 1,250.00 | $ 5,540.33 | $ 4,290.33 |

| | |
|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ 16,000.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ 14,500.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ 1,500.00 |

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

# LEDGER ACCOUNT - RENT ROLL MONTHLY

Gualtgnino, Dianna

| RENT ROLL | FEBRUARY, 2018 |
|---|---|
| RUNNING BALANCE | 15066.67 |

| Unit Numb | ADDRESS | TENANT NAME | NOTE | NOTE2 | ACTUAL RATE | PAYMENT DATE | PAYMENT AMOUNT | Amount Owed | Previous Unpaid |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 194 Pine Street | JAYNE FREEMAN | | Check Deposited | 2,225.00 | 2/2/2018 | 2,225.00 | 0.00 | 0.00 |
| 1 | 252 Suydam Ave | STEPHEN - UNIT 1 | deducted $50 for heaters | Check | 1,650.00 | 2/5/2018 | 1,600.00 | 0.00 | 0.00 |
| 2 | 252 Suydam Ave | DAVID - UNIT 2 - New Tenant move in 12/15 | | DEPOSIT | 1,950.00 | 2/5/2018 | 1,950.00 | 0.00 | 0.00 |
| 1 | 104 Lafayette | DRUVA / HERTZ - New Tenant | $500 credit for work in House | Deposit | 2,800.00 | 2/8/2018 | 2,300.00 | 0.00 | 0.00 |
| 1 | 287 Communipaw Ave | Andreas Hertz | | Deposit | 1,700.00 | 2/7/2018 | 1,700.00 | 0.00 | 0.00 |
| 2 | 287 Communipaw Ave | Ramsey | | Check Deposited | 2,425.00 | 2/6/2018 | 2,791.67 | TBD | 0.00 |
| 2 | 287 Communipaw Ave | Andrew Coyte | Paid by Ramsey | Check Deposited | 500.00 | 2/6/2018 | 0.00 | 0.00 | 0.00 |
| 2 | 287 Communipaw Ave | Jessie | | 2 Checks | 600.00 | 2/26/2018 | 300.00 | 300.00 | 1,100.00 |
| Garage 1 | 287 Communipaw Ave | Eli | | Cash Deposited | 250.00 | 2/6/2018 | 0.00 | 0.00 | 0.00 |
| Garage 2 | 287 Communipaw Ave | Richard | | Cash Deposited | 200.00 | 2/6/2018 | 200.00 | 0.00 | 0.00 |
| Garage 3 | 287 Communipaw Ave | Richard | | Cash Deposited | 200.00 | 2/6/2018 | 200.00 | 0.00 | 0.00 |
| Garage 4 | 287 Communipaw Ave | Andreas Hertz | | Deposit | 200.00 | 2/7/2018 | 200.00 | 0.00 | 0.00 |
| Garage 5 | 287 Communipaw Ave | Paz / Koby Benvenisti | | Check | 260.00 | 2/5/2018 | 500.00 | 10.00 | 0.00 |
| Garage 6 | 287 Communipaw Ave | John Ross | | NA | 200.00 | 2/1/2018 | TRADE | 0.00 | 0.00 |
| Garage 7 | 287 Communipaw Ave | John Ross | | NA | 200.00 | 2/1/2018 | TRADE | 0.00 | 0.00 |
| Garage 8 | 287 Communipaw Ave | Eli | | Cash Deposited | 225.00 | 2/6/2018 | 0.00 | 0.00 | 0.00 |
| Garage 9 | 287 Communipaw Ave | To Be Rented | | NA | 250.00 | 2/1/2018 | PERSONAL | 0.00 | 0.00 |
| Garage 1 | 252 Suydam Ave | Paz / Koby Benvenisti | | Check | 250.00 | 2/5/2018 | 0.00 | 25.00 | 0.00 |
| Garage 2 | 252 Suydam Ave | Michael | | Check Deposited | 200.00 | 2/12/2018 | 200.00 | 0.00 | 0.00 |
| Garage 3 | 252 Suydam Ave | Eli | | Cash Deposited | 250.00 | 2/6/2018 | 700.00 | 0.00 | 0.00 |
| Garage 4 | 252 Suydam Ave | James | | Check | 200.00 | 2/12/2018 | 200.00 | 0.00 | 0.00 |
| Garage 5 | 252 Suydam Ave | Dan Roorda | | Pre-Paid until April 1 | 200.00 | 1/10/2018 | 0.00 | 0.00 | 0.00 |

# Dianna Guadagnino February 1 - 28, 2018

## INCOME DETAIL

February 2018

| DATE | TRANSACTION TYPE | NUM | NAME | AMOUNT | BALANCE | MEMO/DESCRIPTION |
|---|---|---|---|---|---|---|
| Ordinary Income/Expenses | | | | | | |
| Income | | | | | | |
| Sales | | | | | | |
| 02/02/2018 | Deposit | | Rent - Jayne | 2,225.00 | 2,225.00 | DEPOSIT |
| 02/05/2018 | Deposit | | Rent - David | 1,950.00 | 4,175.00 | WIRE TRANSFER INCOMINGJANICE TERAN |
| 02/05/2018 | Deposit | | | 500.00 | 4,675.00 | DEPOSIT - Koby/Paz |
| 02/05/2018 | Deposit | | | 1,600.00 | 6,275.00 | DEPOSIT - Stephen 252 Unit 1 |
| 02/06/2018 | Deposit | | | 700.00 | 6,975.00 | DEPOSIT Garage Eli |
| 02/06/2018 | Deposit | | | 2,791.67 | 9,766.67 | DEPOSIT 287 Comm Unit 1 Ramsey |
| 02/06/2018 | Deposit | | | 400.00 | 10,166.67 | DEPOSIT Garage Richard |
| 02/07/2018 | Deposit | | Rent - Andreas | 1,900.00 | 12,066.67 | DEPOSIT |
| 02/08/2018 | Deposit | | Rent - Druva | 2,300.00 | 14,366.67 | DEPOSIT |
| 02/12/2018 | Deposit | | | 200.00 | 14,566.67 | DEPOSIT Garage James |
| 02/12/2018 | Deposit | | | 200.00 | 14,766.67 | DEPOSIT Garage Michael |
| 02/26/2018 | Deposit | | Rent - Jessie | 300.00 | 15,066.67 | DEPOSIT |
| **Total for Sales** | | | | **$15,066.67** | | |
| Uncategorized Income | | | | | | |
| 02/15/2018 | Deposit | | Acumen | 1,737.35 | 1,737.35 | ACUMEN FISCAL AG EDI PYMNTS |
| 02/28/2018 | Deposit | | Acumen | 1,737.35 | 3,474.70 | ACUMEN FISCAL AG EDI PYMNTS |
| **Total for Uncategorized Income** | | | | **$3,474.70** | | |
| Uncategorized Income ( 24 ) | | | | | | |
| 02/07/2018 | Deposit | | Rent - Andreas | 2,000.00 | 2,000.00 | DEPOSIT - Paid to me to pay PSEG bill for Andreas |
| **Total for Uncategorized Income ( 24 )** | | | | **$2,000.00** | | |
| **Total for Income** | | | | **$20,541.37** | | |
| **Net Income** | | | | **$20,541.37** | | |

# Dianna Guadagnino February 1 - 28, 2018

TRANSACTION DETAIL BY ACCOUNT

February 2018

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 02/02/2018 | Expense | | M & T Bank | M T BANK MORT PYMT | CHAPTER 11 CHECKING (0334) | 2,341.00 | 2,341.00 |
| 02/02/2018 | Expense | | Storage | VISA DDA PUR432300 WATFORD CITY SELF STORAG 701 651 6775 * ND | CHAPTER 11 CHECKING (0334) | 150.00 | 2,491.00 |
| 02/05/2018 | Expense | | Take out restaurant | VISA DDA PUR432300 OUTLAWS BAR GRILL WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 12.31 | 2,503.31 |
| 02/05/2018 | Expense | | Storage | VISA DDA PUR444500 PUBLIC STORAGE 29226 800 567 0759 * NJ | CHAPTER 11 CHECKING (0334) | 237.85 | 2,741.16 |
| 02/05/2018 | Expense | | Take out restaurant | VISA DDA PUR432300 OUTLAWS BAR GRILL WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 20.50 | 2,761.66 |
| 02/05/2018 | Expense | | Clothing | VISA DDA PUR475542 CITY OF RAPID CITY PARKS 605 3944175 * SD | CHAPTER 11 CHECKING (0334) | 267.00 | 3,028.66 |
| 02/05/2018 | Expense | | Quickbooks | VISA DDA PUR469216 INTUIT QB ONLINE 800 286 6800 * CA | CHAPTER 11 CHECKING (0334) | 35.00 | 3,063.66 |
| 02/06/2018 | Expense | | John Ross Management | CHECK #117 | CHAPTER 11 CHECKING (0334) | 1,000.00 | 4,063.66 |
| 02/07/2018 | Expense | | Etsy | 420429 ETSY COM SEAMSBYTER 420429 ETSY COM SEAMSBYTERI 718 8557955 * NY | CHAPTER 11 CHECKING (0334) | 127.45 | 4,191.11 |
| 02/08/2018 | Expense | | Amazon | 469216 AMAZON MKTPLACE PMTS 469216 AMAZON MKTPLACE PMTS AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 3.78 | 4,194.89 |
| 02/08/2018 | Expense | | Apple iCloud | 469216 APL ITUNES COM BILL 469216 APL ITUNES COM BILL 866 712 7753 * CA | CHAPTER 11 CHECKING (0334) | 2.99 | 4,197.88 |
| 02/08/2018 | Expense | | Misc | 449215 PAYPAL GARYMAJDELL 449215 PAYPAL GARYMAJDELL 402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 52.00 | 4,249.88 |
| 02/08/2018 | Expense | | Etsy | 420429 ETSY COM CUTESTOMIZ 420429 ETSY COM CUTESTOMIZING 718 8557955 * NY | CHAPTER 11 CHECKING (0334) | 21.50 | 4,271.38 |
| 02/09/2018 | Expense | | Amazon | 469216 AMAZON MKTPLACE PMTS 469216 AMAZON MKTPLACE PMTS AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 78.94 | 4,350.32 |
| 02/12/2018 | Expense | | City of Jersey City | 476518 CITY OF WATFORD CITY 476518 CITY OF WATFORD CITY WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 22.26 | 4,372.58 |
| 02/12/2018 | Expense | | Contractor | CP301113 100 N MAIN CP301113 100 N MAIN WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 402.95 | 4,775.53 |
| 02/12/2018 | Expense | | Cable | 469216 DTV DIRECTV SERVICE 469216 DTV DIRECTV SERVICE 800 347 3288 * CA | CHAPTER 11 CHECKING (0334) | 200.00 | 4,975.53 |
| 02/12/2018 | Expense | | | 469216 TU TRANSUNION 469216 TU TRANSUNION 800 493 3292 * CA | CHAPTER 11 CHECKING (0334) | 19.95 | 4,995.48 |
| 02/12/2018 | Expense | | Amazon | 469216 AMAZON MKTPLACE PMTS 469216 AMAZON MKTPLACE PMTS AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 52.48 | 5,047.96 |
| 02/12/2018 | Expense | | Amazon | 469216 AMAZON MKTPLACE PMTS 469216 AMAZON MKTPLACE PMTS AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 51.47 | 5,099.43 |
| 02/12/2018 | Expense | | Amazon | 469216 AMAZON COM 469216 AMAZON COM AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 12.57 | 5,112.00 |
| 02/12/2018 | Expense | | Gym | 432300 WATFORD CITY EVENT CE 432300 WATFORD CITY EVENT CENTE WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 11.25 | 5,123.25 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| | | | America | GIRL SCOUT COOKIES    855 530 4467  * MI | CHECKING (0334) | | |
| 02/13/2018 | Expense | | Verizon Wireless | VERIZON WIRELESS PAYMENTS | CHAPTER 11 CHECKING (0334) | 199.90 | 5,335.15 |
| 02/14/2018 | Expense | | Office Supply | 469216    STARZ ENTERTAINMENT 469216 STARZ ENTERTAINMENT    855 247 9175  * CO | CHAPTER 11 CHECKING (0334) | 8.99 | 5,344.14 |
| 02/15/2018 | Expense | | Horse | ND000159  2209 WOLVES DEN PKW ND000159  2209 WOLVES DEN PKW WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 302.95 | 5,647.09 |
| 02/15/2018 | Expense | | Gym | 432300    WATFORD CITY EVENT CE 432300    WATFORD CITY EVENT CENTE WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 180.00 | 5,827.09 |
| 02/20/2018 | Expense | | Book | 402121    LOOKBGALERT8779512233 402121    LOOKBGALERT8779512233 8779512233   G BR | CHAPTER 11 CHECKING (0334) | 44.85 | 5,871.94 |
| 02/20/2018 | Expense | | Insurance | 469216    GEICO  AUTO 469216    GEICO AUTO    800 841 3000  * DC | CHAPTER 11 CHECKING (0334) | 207.09 | 6,079.03 |
| 02/20/2018 | Expense | | Gym | 426979    JUMP CRAZE 426979    JUMP CRAZE         BOX ELDER   * SD | CHAPTER 11 CHECKING (0334) | 54.00 | 6,133.03 |
| 02/20/2018 | Expense | | Salon | 444500    SALLY BEAUTY  2801 444500 SALLY BEAUTY  2801         RAPID CITY  * SD | CHAPTER 11 CHECKING (0334) | 76.78 | 6,209.81 |
| 02/20/2018 | Expense | | Gym | 432300    WATFORD CITY EVENT CE 432300    WATFORD CITY EVENT CENTE WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 10.00 | 6,219.81 |
| 02/20/2018 | Expense | | Take out restaurant | 404083    THE GUADALAJARAS 404083 THE GUADALAJARAS         RAPID CITY  * SD | CHAPTER 11 CHECKING (0334) | 23.25 | 6,243.06 |
| 02/20/2018 | Expense | | Restaurant | 422443    MARCO S PIZZA  401 422443 MARCO S PIZZA  401    605 791 4744 * SD | CHAPTER 11 CHECKING (0334) | 29.64 | 6,272.70 |
| 02/20/2018 | Expense | | Restaurant | 422443    MARCO S PIZZA  401 422443 MARCO S PIZZA  401    605 791 4744 * SD | CHAPTER 11 CHECKING (0334) | 37.92 | 6,310.62 |
| 02/20/2018 | Expense | | Take out restaurant | 418616    BURGER KING  13274 418616 BURGER KING  13274         RAPID CITY  * SD | CHAPTER 11 CHECKING (0334) | 39.85 | 6,350.47 |
| 02/20/2018 | Expense | | Restaurant | 424760    GOLDEN PHOENIX 424760 GOLDEN PHOENIX         RAPID CITY  * SD | CHAPTER 11 CHECKING (0334) | 54.45 | 6,404.92 |
| 02/20/2018 | Expense | | Gym | 432300    WATFORD CITY EVENT CE 432300    WATFORD CITY EVENT CENTE WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 60.00 | 6,464.92 |
| 02/20/2018 | Expense | | Salon | 401339    3126 GREAT CLIPS AT W 401339 3126 GREAT CLIPS AT WEST   RAPID CITY  * SD | CHAPTER 11 CHECKING (0334) | 93.73 | 6,558.65 |
| 02/20/2018 | Expense | | Restaurant | 416407    OLIVE GARDEN  0001664 416407 OLIVE GARDEN  00016642    RAPID CITY * SD | CHAPTER 11 CHECKING (0334) | 97.35 | 6,656.00 |
| 02/20/2018 | Expense | | Appliance Repair | 08134453   HARBOR FREIGHT TOOLS 08134453   HARBOR FREIGHT TOOLS 4 RAPID CITY   * SD | CHAPTER 11 CHECKING (0334) | 16.60 | 6,672.60 |
| 02/20/2018 | Expense | | Hardware | 316035    BADLANDS HARDWARE 316035 BADLANDS HARDWARE       WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 170.01 | 6,842.61 |
| 02/20/2018 | Expense | | Mechanic | 02612302   OREILLY AUTO  3 02612302 OREILLY AUTO  3       RAPID CITY  * SD | CHAPTER 11 CHECKING (0334) | 244.29 | 7,086.90 |
| 02/20/2018 | Expense | | Gas Station | 416405    EXXONMOBIL    4809851 416405 EXXONMOBIL    48098511    BOWMAN * ND | CHAPTER 11 CHECKING (0334) | 35.00 | 7,121.90 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| | | | | EXXONMOBIL 48098511 BOWMAN * ND | CHECKING (0334) | | |
| 02/20/2018 | Expense | | Gas Station | 401517 PHILLIPS 66 CORNER 401517 PHILLIPS 66 CORNER PAN RAPID CITY * SD | CHAPTER 11 CHECKING (0334) | 49.42 | 7,207.40 |
| 02/21/2018 | Expense | | Hotel | 475542 COUNTRY INN AND SUITE 475542 COUNTRY INN AND SUITES RAPID CITY * SD | CHAPTER 11 CHECKING (0334) | 269.57 | 7,476.97 |
| 02/21/2018 | Expense | | Hotel | 475542 COUNTRY INN AND SUITE 475542 COUNTRY INN AND SUITES RAPID CITY * SD | CHAPTER 11 CHECKING (0334) | 247.77 | 7,724.74 |
| 02/21/2018 | Expense | | Books | 444500 HOBBY LOBBY 0200 444500 HOBBY LOBBY 0200 RAPID CITY * SD | CHAPTER 11 CHECKING (0334) | 82.87 | 7,807.61 |
| 02/22/2018 | Expense | | Supermarket | 442733 CASH WISE FOODS 30 442733 CASH WISE FOODS 30 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 301.57 | 8,109.18 |
| 02/22/2018 | Expense | | Cafeteria | 427074 MCKENZIE CO SCHOOL DI 427074 MCKENZIE CO SCHOOL DISTR 701 4443626 * ND | CHAPTER 11 CHECKING (0334) | 200.00 | 8,309.18 |
| 02/22/2018 | Expense | | Gym | 449215 MAGIC CITY FSC 449215 MAGIC CITY FSC MAGICCITYSKAT * ND | CHAPTER 11 CHECKING (0334) | 13.50 | 8,322.68 |
| 02/22/2018 | Expense | | Gym | 449215 MAGIC CITY FSC 449215 MAGIC CITY FSC MAGICCITYSKAT * ND | CHAPTER 11 CHECKING (0334) | 13.50 | 8,336.18 |
| 02/23/2018 | Expense | | Apple iCloud | 469216 APL ITUNES COM BILL 469216 APL ITUNES COM BILL 866 712 7753 * CA | CHAPTER 11 CHECKING (0334) | 14.99 | 8,351.17 |
| 02/23/2018 | Expense | | Gas Station | 471705 HOLIDAY STNSTORE 0435 471705 HOLIDAY STNSTORE 0435 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 125.00 | 8,476.17 |
| 02/23/2018 | Expense | | Keepers Self Storage | 427539 KEEPERS SELF STORAGE 427539 KEEPERS SELF STORAGE 201 9635292 * NJ | CHAPTER 11 CHECKING (0334) | 553.81 | 9,029.98 |
| 02/26/2018 | Expense | | Take out restaurant | 422443 NITE TRAIN PIZZA 422443 NITE TRAIN PIZZA 701 852 5433 * ND | CHAPTER 11 CHECKING (0334) | 37.00 | 9,066.98 |
| 02/26/2018 | Expense | | Gas Station | LK860331 2501 BURDICK EXPRE LK860331 2501 BURDICK EXPRE MINOT * ND | CHAPTER 11 CHECKING (0334) | 102.50 | 9,169.48 |
| 02/26/2018 | Expense | | Hotel | 443106 STAYBRIDGE SUITES MIN 443106 STAYBRIDGE SUITES MINOT MINOT * ND | CHAPTER 11 CHECKING (0334) | 327.44 | 9,496.92 |
| 02/26/2018 | Expense | | Gym | 426979 HIGHAIR GROUND 426979 HIGHAIR GROUND MINOT * ND | CHAPTER 11 CHECKING (0334) | 68.80 | 9,565.72 |
| 02/26/2018 | Expense | | Gas Station | LK860331 2501 BURDICK EXPRE LK860331 2501 BURDICK EXPRE MINOT * ND | CHAPTER 11 CHECKING (0334) | 202.50 | 9,768.22 |
| 02/26/2018 | Expense | | Take out restaurant | 469216 STARBUCKS STORE 08698 469216 STARBUCKS STORE 08698 MINOT * ND | CHAPTER 11 CHECKING (0334) | 5.38 | 9,773.60 |
| 02/26/2018 | Expense | | Restaurant | 444500 RUBY TUESDAY 6658 444500 RUBY TUESDAY 6658 MINOT * ND | CHAPTER 11 CHECKING (0334) | 49.61 | 9,823.21 |
| 02/26/2018 | Expense | | Food | 444500 DOLLAR TREE 444500 DOLLAR TREE MINOT * ND | CHAPTER 11 CHECKING (0334) | 59.13 | 9,882.34 |
| 02/26/2018 | Expense | | Target | 416407 TARGET 0000085 416407 TARGET 00000851 MINOT * ND | CHAPTER 11 CHECKING (0334) | 192.10 | 10,074.44 |
| 02/26/2018 | Expense | | Food | 444500 DOLLAR TREE 444500 DOLLAR TREE MINOT * ND | CHAPTER 11 CHECKING (0334) | 126.85 | 10,201.29 |
| 02/27/2018 | Expense | | Gym | 490641 ICP BADLANDS GYMNASTI | CHAPTER 11 | 115.00 | 10,316.29 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| | | | | 490641    ICP BADLANDS GYMNASTICS 763 7428789  * ND | CHECKING (0334) | | |
| 02/27/2018 | Expense | | Amazon | 469216    AMAZON MKTPLACE PMTS 469216    AMAZON MKTPLACE PMTS AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 18.07 | 10,334.36 |
| 02/27/2018 | Expense | | Hotel | 443106    STAYBRIDGE SUITES MIN 443106    STAYBRIDGE SUITES MINOT MINOT    * ND | CHAPTER 11 CHECKING (0334) | 150.28 | 10,484.64 |
| 02/28/2018 | Expense | | Take out restaurant | 432300    OUTLAWS BAR   GRILL 432300 OUTLAWS BAR   GRILL        WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 62.50 | 10,547.14 |
| 02/28/2018 | Check | 1111 | B of A Mortgage | Number 1111 | CHAPTER 11 CHECKING (0334) | 1,453.90 | 12,001.04 |
| 02/28/2018 | Check | 995008 | Cullen & Dykeman | CHECK # 995008 | CHAPTER 11 CHECKING (0334) | 3,000.00 | 15,001.04 |



America's Most Convenient Bank®

E STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ
287 COMMUNIPAW AVE
JERSEY CITY NJ 07304

Page: 1 of 7
Statement Period: Feb 01 2018-Feb 28 2018
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

## Chapter 11 Checking

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Account # 434-0580334

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 3,199.20 | Average Collected Balance | 11,545.52 |
| Deposits | 15,116.67 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 3,474.70 | Interest Paid Year-to-Date | 0.00 |
| Other Credits | 1,950.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 28 |
| Checks Paid | 2,453.90 | | |
| Electronic Payments | 12,547.14 | | |
| Ending Balance | 8,739.53 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/02 | DEPOSIT | 2,225.00 |
| 02/05 | DEPOSIT | 2,100.00 |
| 02/06 | DEPOSIT | 3,891.67 |
| 02/07 | DEPOSIT | 2,000.00 |
| 02/07 | DEPOSIT | 1,900.00 |
| 02/08 | DEPOSIT | 2,300.00 |
| 02/12 | DEPOSIT | 400.00 |
| 02/26 | DEPOSIT | 300.00 |
| | Subtotal: | 15,116.67 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/15 | ACH DEPOSIT, ACUMEN FISCAL AG EDI PYMNTS ND****D59538830 | 1,737.35 |
| 02/28 | ACH DEPOSIT, ACUMEN FISCAL AG EDI PYMNTS ND****D59539144 | 1,737.35 |
| | Subtotal: | 3,474.70 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/05 | WIRE TRANSFER INCOMING, JANICE TERAN | 1,950.00 |
| | Subtotal: | 1,950.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| 1 | Ending Balance | 8,739.53 |
| 2 | Total Deposits | + |
| 3 | Sub Total | |
| 4 | Total Withdrawals | - |
| 5 | Adjusted Balance | |

2

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | 2 |

4

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | 4 |

FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.


America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

| | |
|---|---|
| Page: | 3 of 7 |
| Statement Period: | Feb 01 2018-Feb 28 2018 |
| Cust Ref #: | 4340580334-039-E-*** |
| Primary Account #: | 434-0580334 |

DAILY ACCOUNT ACTIVITY

**Checks Paid** No. Checks: 2 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 02/06 | 117 | 1,000.00 |
| 02/28 | 1111* | 1,453.90 |

Subtotal: 2,453.90

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/02 | ACH DEBIT, M&T BANK MORT PYMT ****615204 | 2,341.00 |
| 02/02 | DEBIT CARD PAYMENT, *****04017405832, AUT 020118 VISA DDA PUR WATFORD CITY SELF STORAG 701 651 6775 * ND | 150.00 |
| 02/05 | DEBIT CARD PURCHASE, *****04017405832, AUT 020218 VISA DDA PUR CITY OF RAPID CITY PARKS 605 3944175 * SD | 267.00 |
| 02/05 | DEBIT CARD PAYMENT, *****04017405832, AUT 020218 VISA DDA PUR PUBLIC STORAGE 29226 800 567 0759 * NJ | 237.85 |
| 02/05 | DEBIT CARD PAYMENT, *****04017405832, AUT 020218 VISA DDA PUR INTUIT QB ONLINE 800 286 6800 * CA | 35.00 |
| 02/05 | DEBIT CARD PURCHASE, *****04017405832, AUT 020118 VISA DDA PUR OUTLAWS BAR GRILL WATFORD CITY * ND | 20.50 |
| 02/05 | DEBIT CARD PURCHASE, *****04017405832, AUT 020118 VISA DDA PUR OUTLAWS BAR GRILL WATFORD CITY * ND | 12.31 |
| 02/07 | DEBIT CARD PURCHASE, *****04017405832, AUT 020618 VISA DDA PUR ETSY COM SEAMSBYTERI 718 8557955 * NY | 127.45 |
| 02/08 | DEBIT CARD PURCHASE, *****04017405832, AUT 020618 VISA DDA PUR PAYPAL GARYMAJDELL 402 935 7733 * CA | 52.00 |
| 02/08 | DEBIT CARD PURCHASE, *****04017405832, AUT 020718 VISA DDA PUR ETSY COM CUTESTOMIZING 718 8557955 * NY | 21.50 |
| 02/08 | DEBIT CARD PURCHASE, *****04017405832, AUT 020718 VISA DDA PUR AMAZON MKTPLACE PMTS AMZN COM BILL * WA | 3.78 |
| 02/08 | DEBIT CARD PURCHASE, *****04017405832, AUT 020718 VISA DDA PUR APL ITUNES COM BILL 866 712 7753 * CA | 2.99 |
| 02/09 | DEBIT CARD PURCHASE, *****04017405832, AUT 020718 VISA DDA PUR AMAZON MKTPLACE PMTS AMZN COM BILL * WA | 78.94 |
| 02/12 | NONTD ATM DEBIT, *****04017405832, AUT 021118 DDA WITHDRAW 100 N MAIN WATFORD CITY * ND | 402.95 |
| 02/12 | DEBIT CARD PURCHASE, *****04017405832, AUT 020918 VISA DDA PUR DTV DIRECTV SERVICE 800 347 3288 * CA | 200.00 |
| 02/12 | DEBIT CARD PURCHASE, *****04017405832, AUT 020918 VISA DDA PUR AMAZON MKTPLACE PMTS AMZN COM BILL * WA | 52.48 |
| 02/12 | DEBIT CARD PURCHASE, *****04017405832, AUT 020918 VISA DDA PUR AMAZON MKTPLACE PMTS AMZN COM BILL * WA | 51.47 |
| 02/12 | DEBIT CARD PURCHASE, *****04017405832, AUT 020918 VISA DDA PUR CITY OF WATFORD CITY WATFORD CITY * ND | 22.26 |
| 02/12 | DEBIT CARD PAYMENT, *****04017405832, AUT 021118 VISA DDA PUR TU TRANSUNION 800 493 3292 * CA | 19.95 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Statement Period: Feb 01 2018-Feb 28 2018
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/12 | DEBIT CARD PURCHASE, *****04017405832, AUT 020918 VISA DDA PUR AMAZON COM AMZN COM BILL * WA | 12.57 |
| 02/12 | DEBIT CARD PURCHASE, *****04017405832, AUT 020818 VISA DDA PUR WATFORD CITY EVENT CENTE WATFORD CITY * ND | 11.25 |
| 02/13 | ACH DEBIT, VERIZON WIRELESS PAYMENTS ****14696200001 | 199.90 |
| 02/13 | DEBIT CARD PURCHASE, *****04017405832, AUT 021218 VISA DDA PUR GIRL SCOUT COOKIES 855 530 4467 * MI | 12.00 |
| 02/14 | DEBIT CARD PAYMENT, *****04017405832, AUT 021218 VISA DDA PUR STARZ ENTERTAINMENT 855 247 9175 * CO | 8.99 |
| 02/15 | NONTD ATM DEBIT, *****04017405832, AUT 021518 DDA WITHDRAW 2209 WOLVES DEN PKW WATFORD CITY * ND | 302.95 |
| 02/15 | DEBIT CARD PURCHASE, *****04017405832, AUT 021318 VISA DDA PUR WATFORD CITY EVENT CENTE WATFORD CITY * ND | 180.00 |
| 02/20 | DEBIT POS, *****04017405832, AUT 021818 DDA PURCHASE OREILLY AUTO 3 RAPID CITY * SD | 244.29 |
| 02/20 | DEBIT CARD PAYMENT, *****04017405832, AUT 021918 VISA DDA PUR GEICO AUTO 800 841 3000 * DC | 207.09 |
| 02/20 | DEBIT POS, *****04017405832, AUT 022018 DDA PURCHASE BADLANDS HARDWARE WATFORD CITY * ND | 170.01 |
| 02/20 | DEBIT CARD PURCHASE, *****04017405832, AUT 021818 VISA DDA PUR OLIVE GARDEN 00016642 RAPID CITY * SD | 97.35 |
| 02/20 | DEBIT CARD PURCHASE, *****04017405832, AUT 021818 VISA DDA PUR 3126 GREAT CLIPS AT WEST RAPID CITY * SD | 93.73 |
| 02/20 | DEBIT CARD PURCHASE, *****04017405832, AUT 021818 VISA DDA PUR SALLY BEAUTY 2801 RAPID CITY * SD | 76.78 |
| 02/20 | DEBIT CARD PURCHASE, *****04017405832, AUT 021518 VISA DDA PUR WATFORD CITY EVENT CENTE WATFORD CITY * ND | 60.00 |
| 02/20 | DEBIT CARD PURCHASE, *****04017405832, AUT 021918 VISA DDA PUR GOLDEN PHOENIX RAPID CITY * SD | 54.45 |
| 02/20 | DEBIT CARD PURCHASE, *****04017405832, AUT 021818 VISA DDA PUR JUMP CRAZE BOX ELDER * SD | 54.00 |
| 02/20 | DEBIT CARD PURCHASE, *****04017405832, AUT 021818 VISA DDA PUR PHILLIPS 66 CORNER PAN RAPID CITY * SD | 49.42 |
| 02/20 | DEBIT CARD PURCHASE, *****04017405832, AUT 021718 VISA DDA PUR LOOKBGALERT8779512233 8779512233 G BR | 44.85 |
| 02/20 | DEBIT CARD PURCHASE, *****04017405832, AUT 021718 VISA DDA PUR BURGER KING 13274 RAPID CITY * SD | 39.85 |
| 02/20 | DEBIT CARD PURCHASE, *****04017405832, AUT 021618 VISA DDA PUR MARCO S PIZZA 401 605 791 4744 * SD | 37.92 |
| 02/20 | DEBIT CARD PURCHASE, *****04017405832, AUT 021618 VISA DDA PUR EXXONMOBIL 48098511 BOWMAN * ND | 36.08 |
| 02/20 | DEBIT CARD PURCHASE, *****04017405832, AUT 021618 VISA DDA PUR EXXONMOBIL 48098511 BOWMAN * ND | 35.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 5 of 7
Statement Period: Feb 01 2018-Feb 28 2018
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/20 | DEBIT CARD PURCHASE, *****04017405832, AUT 021718 VISA DDA PUR MARCO S PIZZA 401 605 791 4744 * SD | 29.64 |
| 02/20 | DEBIT CARD PURCHASE, *****04017405832, AUT 021718 VISA DDA PUR THE GUADALAJARAS RAPID CITY * SD | 23.25 |
| 02/20 | DEBIT POS, *****04017405832, AUT 021918 DDA PURCHASE HARBOR FREIGHT TOOLS 4 RAPID CITY * SD | 16.60 |
| 02/20 | DEBIT CARD PURCHASE, *****04017405832, AUT 021518 VISA DDA PUR WATFORD CITY EVENT CENTE WATFORD CITY * ND | 10.00 |
| 02/21 | DEBIT CARD PURCHASE, *****04017405832, AUT 021718 VISA DDA PUR COUNTRY INN AND SUITES RAPID CITY * SD | 269.57 |
| 02/21 | DEBIT CARD PURCHASE, *****04017405832, AUT 021618 VISA DDA PUR COUNTRY INN AND SUITES RAPID CITY * SD | 247.77 |
| 02/21 | DEBIT CARD PURCHASE, *****04017405832, AUT 021918 VISA DDA PUR HOBBY LOBBY 0200 RAPID CITY * SD | 82.87 |
| 02/22 | DEBIT CARD PURCHASE, *****04017405832, AUT 022118 VISA DDA PUR CASH WISE FOODS 30 WATFORD CITY * ND | 301.57 |
| 02/22 | DEBIT CARD PURCHASE, *****04017405832, AUT 022118 VISA DDA PUR MCKENZIE CO SCHOOL DISTR 701 4443626 * ND | 200.00 |
| 02/22 | DEBIT CARD PURCHASE, *****04017405832, AUT 022118 VISA DDA PUR MAGIC CITY FSC MAGICCITYSKAT * ND | 13.50 |
| 02/22 | DEBIT CARD PURCHASE, *****04017405832, AUT 022118 VISA DDA PUR MAGIC CITY FSC MAGICCITYSKAT * ND | 13.50 |
| 02/23 | DEBIT CARD PURCHASE, *****04017405832, AUT 022218 VISA DDA PUR KEEPERS SELF STORAGE 201 9635292 * NJ | 553.81 |
| 02/23 | DEBIT CARD PURCHASE, *****04017405832, AUT 022118 VISA DDA PUR HOLIDAY STNSTORE 0435 WATFORD CITY * ND | 125.00 |
| 02/23 | DEBIT CARD PURCHASE, *****04017405832, AUT 022118 VISA DDA PUR APL ITUNES COM BILL 866 712 7753 * CA | 14.99 |
| 02/26 | DEBIT CARD PURCHASE, *****04017405832, AUT 022418 VISA DDA PUR STAYBRIDGE SUITES MINOT MINOT * ND | 327.44 |
| 02/26 | NONTD ATM DEBIT, *****04017405832, AUT 022418 DDA WITHDRAW 2501 BURDICK EXPRE MINOT * ND | 202.50 |
| 02/26 | DEBIT CARD PURCHASE, *****04017405832, AUT 022418 VISA DDA PUR TARGET 00000851 MINOT * ND | 192.10 |
| 02/26 | DEBIT CARD PURCHASE, *****04017405832, AUT 022518 VISA DDA PUR DOLLAR TREE MINOT * ND | 126.85 |
| 02/26 | NONTD ATM DEBIT, *****04017405832, AUT 022418 DDA WITHDRAW 2501 BURDICK EXPRE MINOT * ND | 102.50 |
| 02/26 | DEBIT CARD PURCHASE, *****04017405832, AUT 022418 VISA DDA PUR HIGHAIR GROUND MINOT * ND | 68.80 |
| 02/26 | DEBIT CARD PURCHASE, *****04017405832, AUT 022518 VISA DDA PUR DOLLAR TREE MINOT * ND | 59.13 |
| 02/26 | DEBIT CARD PURCHASE, *****04017405832, AUT 022418 VISA DDA PUR RUBY TUESDAY 6658 MINOT * ND | 49.61 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 6 of 7
Statement Period: Feb 01 2018-Feb 28 2018
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/26 | DEBIT CARD PURCHASE, *****04017405832, AUT 022418 VISA DDA PUR NITE TRAIN PIZZA 701 852 5433 * ND | 37.00 |
| 02/26 | DEBIT CARD PURCHASE, *****04017405832, AUT 022418 VISA DDA PUR STARBUCKS STORE 08698 MINOT * ND | 5.38 |
| 02/27 | DEBIT CARD PURCHASE, *****04017405832, AUT 022518 VISA DDA PUR STAYBRIDGE SUITES MINOT MINOT * ND | 150.28 |
| 02/27 | DEBIT CARD PAYMENT, *****04017405832, AUT 022518 VISA DDA PUR ICP BADLANDS GYMNASTICS 763 7428789 * ND | 115.00 |
| 02/27 | DEBIT CARD PURCHASE, *****04017405832, AUT 022518 VISA DDA PUR AMAZON MKTPLACE PMTS AMZN COM BILL * WA | 18.07 |
| 02/28 | TDBANK BILL PAY CHECK, CULLEN AND DYKMAN LLP CHECK# 995008 | 3,000.00 |
| 02/28 | DEBIT CARD PURCHASE, *****04017405832, AUT 022618 VISA DDA PUR OUTLAWS BAR GRILL WATFORD CITY * ND | 62.50 |
| | Subtotal: | 12,547.14 |

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/31 | 3,199.20 | 02/14 | 14,621.73 |
| 02/02 | 2,933.20 | 02/15 | 15,876.13 |
| 02/05 | 6,410.54 | 02/20 | 14,495.82 |
| 02/06 | 9,302.21 | 02/21 | 13,895.61 |
| 02/07 | 13,074.76 | 02/22 | 13,367.04 |
| 02/08 | 15,294.49 | 02/23 | 12,673.24 |
| 02/09 | 15,215.55 | 02/26 | 11,801.93 |
| 02/12 | 14,842.62 | 02/27 | 11,518.58 |
| 02/13 | 14,630.72 | 02/28 | 8,739.53 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

| | |
|---|---|
| Page: | 7 of 7 |
| Statement Period: | Feb 01 2018-Feb 28 2018 |
| Cust Ref #: | 4340580334-039-E-*** |
| Primary Account #: | 434-0580334 |

DIANNA GUADAGNINO 03-17
DIP CASE 17 12951 RG
287 COMMUNIPAW AVE
JERSEY CITY, NJ 07304

117

Feb 6th 2018

Pay to the Order of John Ross $ 1,000-00

One thousand dollars Dollars

TD Bank
America's Most Convenient Bank®

For

#117 02/06 $1,000.00

DIANNA GUADAGNINO
287 COMMUNIPAW AVE FL 1
JERSEY CITY, NJ 07304-0000

Date: February 28, 2018

DO NOT RETURN TO REMITTER

Pay to the order of Bank of America Home Loan $1,453.90

**One Thousand Four Hundred Fifty Three and 90/100 DOLLARS********** DOLLARS

Memo Verbally Authorized By Your Depositor

#1111 02/28 $1,453.90