B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re    Dianna Guadagnino                         ,          Case No.   17-12951
                    *Debtor*

                                                              Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:    March, 2018                              Date filed:    04/10/2018

Line of Business:    Rental Income                 NAISC Code:    531110

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_Original Signature of Responsible Party_

Dianna Guadagnino

Printed Name of Responsible Party

| **Questionnaire:** *(All questions to be answered on behalf of the debtor.)* | **Yes** | **No** |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☑ | ☐ |
| 12. HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?                                                                                                  ☐        ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 16,286.81 |

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 8,739.53 |
| Cash on Hand at End of Month | $ | 1,876.55 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    **TOTAL** | $ | 1,876.55 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 23,149.79 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 16,286.81 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 23,149.79 |
| *(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH** | $ | -6,862.98 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $                 0.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $          1,275.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 0 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 0 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 19,500.00 |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 16,000.00 | $ 16,286.81 | $ 286.81 |
| EXPENSES | $ 14,500.00 | $ 23,149.79 | $ 8,649.79 |
| CASH PROFIT | $ 1,500.00 | $ -6,862.98 | $ 5,362.98 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:                                          $    17,000.00

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:                                       $    15,500.00

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:                                   $     1,500.00

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.**

# LEDGER ACCOUNT - RENT ROLL MONTHLY

Guadagnino, Dianno

| | | RENT ROLL | MARCH, 2018 |
|---|---|---|---|
| | | RUNNING BALANCE | 15295.00 |

| Unit Numb | ADDRESS | TENANT NAME | NOTE | NOTE2 | ACTUAL RATE | PAYMENT DATE | PAYMENT AMOUNT | Amount Owed | Previous Unpaid | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 104 Pine Street | JAYNE FREEMAN | | Check Deposited | 2,225.00 | 3/2/2018 | 2,225.00 | 0.00 | 0.00 | |
| 1 | 252 Suydam Ave | STEPHEN - UNIT 1 | | Check | 1,850.00 | 3/6/2018 | 1,850.00 | 0.00 | 0.00 | ● |
| 2 | 252 Suydam Ave | DAVID - UNIT 2 - New Tenant move in 12/15 | | DEPOSIT | 1,950.00 | 3/5/2018 | 1,950.00 | 0.00 | 0.00 | |
| 1 | 104 Lafayette | DRUVA / HERTZ - New Tenant | | Deposit | 2,800.00 | 3/5/2018 | 2,800.00 | 0.00 | 0.00 | ○ |
| 1 | 287 Communipaw Ave | Andreas Hertz | Plus $400 for PSEG | Deposit | 1,700.00 | 3/5/2018 | 2,100.00 | 0.00 | 0.00 | |
| 2 | 287 Communipaw Ave | Ramsey | | Check Deposited | 2,425.00 | 3/6/2018 | 1,850.00 | TBD | 0.00 | ○ |
| 2 | 287 Communipaw Ave | Andrew Coyte | | | 500.00 | TBD | 0.00 | 500.00 | 0.00 | |
| 2 | 287 Communipaw Ave | Jessie | | Money order | 550.00 | 3/13/2018 | 400.00 | 150.00 | 1,400.00 | ○ |
| Garage 1 | 287 Communipaw Ave | Eli | | Cash Deposited | 250.00 | 3/5/2018 | 0.00 | 0.00 | 0.00 | |
| Garage 2 | 287 Communipaw Ave | Richard | | Cash Deposited | 200.00 | 3/3/2018 | 200.00 | | 0.00 | ○ |
| Garage 3 | 287 Communipaw Ave | Richard | | Cash Deposited | 200.00 | 3/5/2018 | 200.00 | 0.00 | 0.00 | |
| Garage 4 | 287 Communipaw Ave | Andreas Hertz | | Deposit | 200.00 | 3/5/2018 | 200.00 | 0.00 | 0.00 | |
| Garage 5 | 287 Communipaw Ave | Paz / Koby Benvenisti | | Check | 260.00 | 3/5/2018 | 520.00 | 0.00 | 0.00 | |
| Garage 6 | 287 Communipaw Ave | John Ross | | NA | 200.00 | 3/1/2018 | TRADE | 0.00 | 0.00 | ○ |
| Garage 7 | 287 Communipaw Ave | John Ross | | NA | 200.00 | 3/1/2018 | TRADE | 0.00 | 0.00 | |
| Garage 8 | 287 Communipaw Ave | Eli | | Cash Deposited | 225.00 | 3/5/2018 | 0.00 | 0.00 | 0.00 | |
| Garage 9 | 287 Communipaw Ave | To Be Rented | | NA | 250.00 | 3/1/2018 | PERSONAL | 0.00 | 0.00 | |
| Garage 1 | 252 Suydam Ave | Paz / Koby Benvenisti | | Check | 250.00 | 3/5/2018 | 0.00 | 25.00 | 0.00 | ● |
| Garage 2 | 252 Suydam Ave | Michael | 2 checks thru end of May | Check Deposited | 200.00 | 3/6/2018 | 450.00 | 0.00 | 0.00 | |
| Garage 3 | 252 Suydam Ave | Eli | | Cash Deposited | 250.00 | 3/5/2018 | 750.00 | 0.00 | 0.00 | ● |
| Garage 4 | 252 Suydam Ave | James | Lost check getting replacement | 200.00 | TBD | TBD | 200.00 | 0.00 | |
| Garage 5 | 252 Suydam Ave | Dan Roorda | | Pre-Paid until April 1 | 200.00 | 1/10/2018 | 0.00 | 0.00 | 0.00 | ● |

# Dianna Guadagnino March 1 - 31, 2018

INCOME DETAIL

March 2018

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|------------------|-------|--------|---------|
| Ordinary Income/Expenses | | | | | | | |
| Income | | | | | | | |
| Sales | | | | | | | |
| 03/02/2018 | Deposit | | Rent - Jayne | DEPOSIT | CHAPTER 11 CHECKING (0334) | 2,225.00 | 2,225.00 |
| 03/05/2018 | Deposit | | | DEPOSIT Garage Koby /Paz | CHAPTER 11 CHECKING (0334) | 520.00 | 2,745.00 |
| 03/05/2018 | Deposit | | | DEPOSIT Garage Richard | CHAPTER 11 CHECKING (0334) | 400.00 | 3,145.00 |
| 03/05/2018 | Deposit | | | DEPOSIT Garage Eli | CHAPTER 11 CHECKING (0334) | 750.00 | 3,895.00 |
| 03/05/2018 | Deposit | | Rent - David | WIRE TRANSFER INCOMING | CHAPTER 11 CHECKING (0334) | 1,950.00 | 5,845.00 |
| 03/05/2018 | Deposit | | Rent - Druva | DEPOSIT | CHAPTER 11 CHECKING (0334) | 2,800.00 | 8,645.00 |
| 03/06/2018 | Deposit | | | DEPOSIT 287 Comm Ramsey | CHAPTER 11 CHECKING (0334) | 1,850.00 | 10,495.00 |
| 03/06/2018 | Deposit | | | DEPOSIT Garage Michael | CHAPTER 11 CHECKING (0334) | 200.00 | 10,695.00 |
| 03/06/2018 | Deposit | | | DEPOSIT Garage Michael | CHAPTER 11 CHECKING (0334) | 250.00 | 10,945.00 |
| 03/06/2018 | Deposit | | | DEPOSIT 252 Suydam Unit 1 | CHAPTER 11 CHECKING (0334) | 1,650.00 | 12,595.00 |
| 03/08/2018 | Deposit | | Rent - Andreas | DEPOSIT 1900 rent plus 400 for PSEG bill | CHAPTER 11 CHECKING (0334) | 2,300.00 | 14,895.00 |
| 03/13/2018 | Deposit | | Rent - Jessie | DEPOSIT | CHAPTER 11 CHECKING (0334) | 400.00 | 15,295.00 |
| **Total for Sales** | | | | | | **$15,295.00** | |
| Uncategorized Income | | | | | | | |
| 03/05/2018 | Deposit | 995009 | Fee Return | CHECK # 995009 | CHAPTER 11 CHECKING (0334) | 975.00 | 975.00 |
| **Total for Uncategorized Income** | | | | | | **$975.00** | |
| Uncategorized Income ( 27 ) | | | | | | | |
| 03/29/2018 | Deposit | | Etsy | 420429    ETSY COM VINTAGEGYP 420429    ETSY COM  VINTAGEGYPSIE  718 8557955  * NY | CHAPTER 11 CHECKING (0334) | 16.81 | 16.81 |
| **Total for Uncategorized Income ( 27 )** | | | | | | **$16.81** | |
| **Total for Income** | | | | | | **$16,286.81** | |
| **Net Income** | | | | | | **$16,286.81** | |

Note

# Dianna Guadagnino  March 1 - 31, 2018

## TRANSACTION DETAIL BY ACCOUNT

### March 2018

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 03/01/2018 | Expense | | Auto | 469216    CARFAX  CARFAX COM 469216 CARFAX  CARFAX COM            CARFAX COM    * VA | CHAPTER 11 CHECKING (0334) | 42.64 | 42.64 |
| 03/02/2018 | Check | 995009 | US Trustee | CHECK # 995009 | CHAPTER 11 CHECKING (0334) | 975.00 | 1,017.64 |
| 03/02/2018 | Expense | | Take out restaurant | 449215    SQ  COMMON GROUNDS 449215 SQ  COMMON GROUNDS          WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 5.33 | 1,022.97 |
| 03/02/2018 | Expense | | Paypal | 449215    PAYPAL  GAMESANDCAR 449215    PAYPAL  GAMESANDCAR 402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 12.29 | 1,035.26 |
| 03/02/2018 | Expense | | Storage | 432300    WATFORD CITY SELF STO 432300    WATFORD CITY SELF STORAG 701 651 6775 * ND | CHAPTER 11 CHECKING (0334) | 150.00 | 1,185.26 |
| 03/02/2018 | Expense | | Utility gas/electric | PUBLIC SERVICE  PSEG | CHAPTER 11 CHECKING (0334) | 2,000.00 | 3,185.26 |
| 03/02/2018 | Expense | | Etsy | 449215    PAYPAL  WALTP4 449215 PAYPAL  WALTP4           402 935 7733  * CA | CHAPTER 11 CHECKING (0334) | 4.75 | 3,190.01 |
| 03/02/2018 | Expense | | Etsy | 449215    PAYPAL  AVZENSPORTS 449215 PAYPAL  AVZENSPORTS       402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 5.10 | 3,195.11 |
| 03/02/2018 | Expense | | Wells Fargo | WF HOME MTG     AUTO PAY | CHAPTER 11 CHECKING (0334) | 1,640.10 | 4,835.21 |
| 03/02/2018 | Expense | | Carrington Mortgage | CARRINGTON        MORTGAGE | CHAPTER 11 CHECKING (0334) | 1,759.16 | 6,594.37 |
| 03/02/2018 | Expense | | M & T Bank | M&T BANK         MORT PYMT | CHAPTER 11 CHECKING (0334) | 2,336.00 | 8,930.37 |
| 03/05/2018 | Expense | | Storage | 444500    PUBLIC STORAGE 29226 444500 PUBLIC STORAGE 29226       800 567 0759 * NJ | CHAPTER 11 CHECKING (0334) | 237.85 | 9,168.22 |
| 03/05/2018 | Expense | | Quickbooks | 469216    INTUIT  QB ONLINE 469216 INTUIT  QB ONLINE        800 286 6800  * CA | CHAPTER 11 CHECKING (0334) | 35.00 | 9,203.22 |
| 03/05/2018 | Expense | | City of Jersey City | Fee | CHAPTER 11 CHECKING (0334) | 35.00 | 9,238.22 |
| 03/06/2018 | Check | 118 | Longo Insurance | CHECK # 118 194 Pine Ins | CHAPTER 11 CHECKING (0334) | 665.00 | 9,903.22 |
| 03/06/2018 | Check | | US Trustee | CHECK # 995009 | CHAPTER 11 CHECKING (0334) | 975.00 | 10,878.22 |
| 03/08/2018 | Expense | | Apple iCloud | 469216    APL  ITUNES COM BILL 469216 APL  ITUNES COM BILL       866 712 7753  * CA | CHAPTER 11 CHECKING (0334) | 2.99 | 10,881.21 |
| 03/09/2018 | Expense | | Pharmacy | 423168    FAMILY DOLLAR  11938 423168 FAMILY DOLLAR  11938        WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 65.51 | 10,946.72 |
| 03/09/2018 | Expense | | Supermarket | 770446    CASH WISE FOODS  3042 770446    CASH WISE FOODS  3042 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 189.45 | 11,136.17 |
| 03/09/2018 | Expense | | Office Supply | 405523    MEUCHEL COMPUTER SERV 405523    MEUCHEL COMPUTER SERVICE WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 17.08 | 11,153.25 |
| 03/12/2018 | Expense | | Transunion | 469216    TU TRANSUNION 469216    TU TRANSUNION        800 493 3292 * CA | CHAPTER 11 CHECKING (0334) | 19.95 | 11,173.20 |
| 03/12/2018 | Expense | | Gym | 432300    WATFORD CITY EVENT CE 432300    WATFORD CITY EVENT CENTE | CHAPTER 11 CHECKING (0334) | 11.25 | 11,184.45 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 03/12/2018 | Expense | | Take out restaurant | 449215    SQ COMMON GROUNDS 449215 SQ COMMON GROUNDS        WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 3.73 | 11,188.18 |
| 03/12/2018 | Expense | | GoDaddy | 490641    DNH GODADDY COM 490641 DNH GODADDY COM        480 5058855 * AZ | CHAPTER 11 CHECKING (0334) | 15.17 | 11,203.35 |
| 03/13/2018 | Expense | | Supermarket | 442733    CASH WISE FOODS 30 442733 CASH WISE FOODS 30        WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 283.65 | 11,487.00 |
| 03/13/2018 | Expense | | Verizon Wireless | VERIZON WIRELESS PAYMENTS | CHAPTER 11 CHECKING (0334) | 199.90 | 11,686.90 |
| 03/14/2018 | Expense | | Office Supply | 469216    STARZ ENTERTAINMENT 469216 STARZ ENTERTAINMENT        855 247 9175 * CO | CHAPTER 11 CHECKING (0334) | 8.99 | 11,695.89 |
| 03/15/2018 | Expense | | Cafeteria | 427074    MCKENZIE CO SCHOOL DI 427074    MCKENZIE CO SCHOOL DISTR 701 4443626  * ND | CHAPTER 11 CHECKING (0334) | 150.00 | 11,845.89 |
| 03/15/2018 | Expense | | Wells Fargo | WF HOME MTG    AUTO PAY | CHAPTER 11 CHECKING (0334) | 1,718.59 | 13,564.48 |
| 03/15/2018 | Expense | | Contractor | CP301113  100 N MAIN CP301113  100 N MAIN        WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 502.95 | 14,067.43 |
| 03/16/2018 | Check | 120 | Contractor | CHECK # 120 Superior Construction New Chimney Payment | CHAPTER 11 CHECKING (0334) | 1,000.00 | 15,067.43 |
| 03/16/2018 | Expense | | Movies | 469216    REDBOX DVD RENTAL 469216 REDBOX DVD RENTAL        866 733 2693 * IL | CHAPTER 11 CHECKING (0334) | 12.78 | 15,080.21 |
| 03/16/2018 | Expense | | Gym | 432300    WATFORD CITY EVENT CE 432300    WATFORD CITY EVENT CENTE WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 168.50 | 15,248.71 |
| 03/16/2018 | Expense | | Contractor | CP301113  100 N MAIN CP301113  100 N MAIN        WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 202.95 | 15,451.66 |
| 03/19/2018 | Expense | | Take out restaurant | 432300    OUTLAWS BAR   GRILL 432300 OUTLAWS BAR   GRILL        WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 63.00 | 15,514.66 |
| 03/19/2018 | Expense | | Cable | 469216    DTV DIRECTV SERVICE 469216 DTV DIRECTV SERVICE        800 347 3288 * CA | CHAPTER 11 CHECKING (0334) | 165.00 | 15,679.66 |
| 03/19/2018 | Expense | | Supermarket | 770446    CASH WISE FOODS 3042 770446    CASH WISE FOODS 3042 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 260.40 | 15,940.06 |
| 03/19/2018 | Expense | | Take out restaurant | 432300    OUTLAWS BAR   GRILL 432300 OUTLAWS BAR   GRILL        WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 73.58 | 16,013.64 |
| 03/19/2018 | Expense | | Take out restaurant | 432300    OUTLAWS BAR   GRILL 432300 OUTLAWS BAR   GRILL        WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 31.50 | 16,045.14 |
| 03/19/2018 | Expense | | Take out restaurant | 432300    OUTLAWS BAR   GRILL 432300 OUTLAWS BAR   GRILL        WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 70.32 | 16,115.46 |
| 03/19/2018 | Expense | | Book | 402121    LOOKBGALERT8779512233 402121    LOOKBGALERT8779512233 8779512233  G BR | CHAPTER 11 CHECKING (0334) | 44.85 | 16,160.31 |
| 03/19/2018 | Expense | | Take out restaurant | 432300    OUTLAWS BAR   GRILL 432300 OUTLAWS BAR   GRILL        WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 113.81 | 16,274.12 |
| 03/19/2018 | Expense | | Supermarket | 770446    CASH WISE FOODS 3042 770446    CASH WISE FOODS 3042 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 116.29 | 16,390.41 |
| 03/20/2018 | Expense | | Contractor | CP301113  100 N MAIN CP301113  100 N MAIN        WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 402.95 | 16,793.36 |
| 03/20/2018 | Expense | | BCBS Insurance | BLUECROSS BLUESH BILL PAY | CHAPTER 11 CHECKING (0334) | 252.66 | 17,046.02 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|------------------|-------|--------|---------|
| | | | | AUTO        800 841 3000  * DC | CHECKING (0334) | | |
| 03/21/2018 | Expense | | Supermarket | 770446   CASH WISE FOODS 3042 770446   CASH WISE FOODS 3042 WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 147.11 | 17,400.22 |
| 03/21/2018 | Expense | | Post Office | 88085499  USPS PO 3 1204 4TH AV 88085499  USPS PO 3 1204 4TH AVE WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 11.15 | 17,411.37 |
| 03/21/2018 | Expense | | Delta | 471705   DELTA AIR  006219333 471705 DELTA AIR  006219333427  TAMPA      * FL | CHAPTER 11 CHECKING (0334) | 1,075.00 | 18,486.37 |
| 03/22/2018 | Expense | | Horse | ND000160  2209 WOLVES DEN PKW ND000160  2209 WOLVES DEN PKW WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 122.95 | 18,609.32 |
| 03/26/2018 | Expense | | Movies | 469216   REDBOX  DVD RENTAL 469216 REDBOX  DVD RENTAL      866 733 2693 * IL | CHAPTER 11 CHECKING (0334) | 3.20 | 18,612.52 |
| 03/26/2018 | Expense | | Amazon | 469216   AMAZON VIDEO ON DEMAN 469216   AMAZON VIDEO ON DEMAND AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 10.65 | 18,623.17 |
| 03/26/2018 | Expense | | Gas Station | 471705   HOLIDAY STNSTORE 0435 471705   HOLIDAY STNSTORE 0435 WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 12.90 | 18,636.07 |
| 03/26/2018 | Expense | | Gas Station | 471705   HOLIDAY STNSTORE 0435 471705   HOLIDAY STNSTORE 0435 WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 3.53 | 18,639.60 |
| 03/26/2018 | Expense | | Uber | 449215   UBER  TRIP YKNZU 449215 UBER  TRIP YKNZU       HELP UBER COM * CA | CHAPTER 11 CHECKING (0334) | 47.87 | 18,687.47 |
| 03/27/2018 | Expense | | M & T Bank | M&T BANK       MORT PYMT | CHAPTER 11 CHECKING (0334) | 2,336.00 | 21,023.47 |
| 03/27/2018 | Expense | | Apple iCloud | 469216   APL  ITUNES COM BILL 469216 APL  ITUNES COM BILL     866 712 7753  * CA | CHAPTER 11 CHECKING (0334) | 9.99 | 21,033.46 |
| 03/27/2018 | Check | 3260 | B of A Mortgage | CHECK # 3260 | CHAPTER 11 CHECKING (0334) | 1,458.37 | 22,491.83 |
| 03/27/2018 | Expense | | Take out restaurant | 469216   QUIZNOS A MSP 469216 QUIZNOS A MSP        ST  PAUL     * MN | CHAPTER 11 CHECKING (0334) | 16.00 | 22,507.83 |
| 03/27/2018 | Expense | | Apple iCloud | 469216   APL  ITUNES COM BILL 469216 APL  ITUNES COM BILL     866 712 7753  * CA | CHAPTER 11 CHECKING (0334) | 15.98 | 22,523.81 |
| 03/28/2018 | Expense | | Gym | 490641   ICP BADLANDS GYMNASTI 490641   ICP BADLANDS GYMNASTICS 763 7428789  * ND | CHAPTER 11 CHECKING (0334) | 65.00 | 22,588.81 |
| 03/28/2018 | Expense | | Storage | 444500   PUBLIC STORAGE 29226 444500 PUBLIC STORAGE 29226     JERSEY CITY * NJ | CHAPTER 11 CHECKING (0334) | 237.85 | 22,826.66 |
| 03/28/2018 | Expense | | Uber | 449215   UBER  TRIP W66RM 449215 UBER  TRIP W66RM       HELP UBER COM * CA | CHAPTER 11 CHECKING (0334) | 32.80 | 22,859.46 |
| 03/29/2018 | Expense | | Etsy | 420429   ETSY COM  VINTAGEGYP 420429   ETSY COM  VINTAGEGYPSIE 718 8557955  * NY | CHAPTER 11 CHECKING (0334) | 16.81 | 22,876.27 |
| 03/29/2018 | Expense | | Book | 469216   GROUPON INC 469216 GROUPON INC         GROUPON COM * IL | CHAPTER 11 CHECKING (0334) | 50.00 | 22,926.27 |
| 03/30/2018 | Expense | | Target | 32247077  TARGET T  94 STATE RT 32247077  TARGET T  94 STATE RT RIVERDALE   * NJ | CHAPTER 11 CHECKING (0334) | 223.52 | 23,149.79 |

 **Bank**

America's Most Convenient Bank®          E          STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ
287 COMMUNIPAW AVE
JERSEY CITY NJ  07304

| | |
|---|---|
| Page: | 1 of 7 |
| Statement Period: | Mar 01 2018-Mar 31 2018 |
| Cust Ref #: | 4340580334-039-E-*** |
| Primary Account #: | 434-0580334 |

## Chapter 11 Checking

DIANNA GUADAGNINO                                          Account # 434-0580334
DIP CASE 17-12951 DIST NJ

### ACCOUNT SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | 8,739.53 | | Average Collected Balance | 7,463.03 |
| Deposits | 13,345.00 | | Interest Earned This Period | 0.00 |
| Electronic Deposits | 16.81 | | Interest Paid Year-to-Date | 0.00 |
| Other Credits | 2,925.00 | | Annual Percentage Yield Earned | 0.00% |
| | | | Days in Period | 31 |
| Checks Paid | 3,123.37 | | | |
| Electronic Payments | 19,991.42 | | | |
| Other Withdrawals | 35.00 | | | |
| Ending Balance | 1,876.55 | | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $35.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/02 | DEPOSIT | 2,225.00 |
| 03/05 | DEPOSIT | 2,800.00 |
| 03/05 | DEPOSIT | 1,670.00 |
| 03/06 | DEPOSIT | 3,950.00 |
| 03/08 | DEPOSIT | 2,300.00 |
| 03/13 | DEPOSIT | 400.00 |
| | Subtotal: | 13,345.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/29 | DEBIT CARD CREDIT, *****04017405832, AUT 032918 VISA DDA REF ETSY COM   VINTAGEGYPSIE   718 8557955  * NY | 16.81 |
| | Subtotal: | 16.81 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/05 | RETURNED ITEM, UNITED STATES TRUSTEE CHECK# 995009 | 975.00 |
| 03/05 | WIRE TRANSFER INCOMING, JANICE TERAN | 1,950.00 |
| | Subtotal: | 2,925.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| ❶ Ending Balance | 1,876.55 |
| ❷ Total Deposits + | |
| ❸ Sub Total | |
| ❹ Total Withdrawals - | |
| ❺ Adjusted Balance | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

| | |
|---|---|
| Page: | 3 of 7 |
| Statement Period: | Mar 01 2018-Mar 31 2018 |
| Cust Ref #: | 4340580334-039-E-*** |
| Primary Account #: | 434-0580334 |

## DAILY ACCOUNT ACTIVITY

### Checks Paid    No. Checks: 3

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|------|-----------|--------|------|-----------|--------|
| 03/06 | 118 | 665.00 | 03/27 | 3260* | 1,458.37 |
| 03/16 | 120* | 1,000.00 | | | |
| | | | | Subtotal: | 3,123.37 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|-------------|-------------|--------|
| 03/01 | DEBIT CARD PURCHASE, *****04017405832, AUT 022818 VISA DDA PUR CARFAX  CARFAX COM      CARFAX COM   * VA | 42.64 |
| 03/02 | ACH DEBIT, M&T BANK MORT PYMT ****615204 | 2,336.00 |
| 03/02 | ACH DEBIT, PUBLIC SERVICE PSEG ****24562007 | 2,000.00 |
| 03/02 | ACH DEBIT, CARRINGTON MORTGAGE ****013438 | 1,759.16 |
| 03/02 | ACH DEBIT, WF HOME MTG AUTO PAY ****796958 | 1,640.10 |
| 03/02 | TDBANK BILL PAY CHECK, UNITED STATES TRUSTEE CHECK# 995009 | 975.00 |
| 03/02 | DEBIT CARD PAYMENT, *****04017405832, AUT 030118 VISA DDA PUR WATFORD CITY SELF STORAG   701 651 6775  * ND | 150.00 |
| 03/02 | DEBIT CARD PURCHASE, *****04017405832, AUT 030118 VISA DDA PUR PAYPAL  GAMESANDCAR      402 935 7733  * CA | 12.29 |
| 03/02 | DEBIT CARD PURCHASE, *****04017405832, AUT 030118 VISA DDA PUR SQ  COMMON GROUNDS      WATFORD CITY  * ND | 5.33 |
| 03/02 | DEBIT CARD PURCHASE, *****04017405832, AUT 030118 VISA DDA PUR PAYPAL  AVZENSPORTS      402 935 7733  * CA | 5.10 |
| 03/02 | DEBIT CARD PURCHASE, *****04017405832, AUT 030118 VISA DDA PUR PAYPAL  WALTP4      402 935 7733  * CA | 4.75 |
| 03/05 | DEBIT CARD PAYMENT, *****04017405832, AUT 030218 VISA DDA PUR PUBLIC STORAGE 29226      800 567 0759  * NJ | 237.85 |
| 03/05 | DEBIT CARD PAYMENT, *****04017405832, AUT 030218 VISA DDA PUR INTUIT  QB ONLINE      800 286 6800  * CA | 35.00 |
| 03/06 | TDBANK BILL PAY CHECK, CHECK# 995009 | 975.00 |
| 03/08 | DEBIT CARD PURCHASE, *****04017405832, AUT 030718 VISA DDA PUR APL  ITUNES COM BILL      866 712 7753  * CA | 2.99 |
| 03/09 | DEBIT POS, *****04017405832, AUT 030918 DDA PURCH W/CB CASH WISE FOODS 3042      WATFORD CITY  * ND | 189.45 |
| 03/09 | DEBIT CARD PURCHASE, *****04017405832, AUT 030818 VISA DDA PUR FAMILY DOLLAR  11938      WATFORD CITY  * ND | 65.51 |
| 03/09 | DEBIT CARD PURCHASE, *****04017405832, AUT 030718 VISA DDA PUR MEUCHEL COMPUTER SERVICE    WATFORD CITY  * ND | 17.08 |
| 03/12 | DEBIT CARD PAYMENT, *****04017405832, AUT 031118 VISA DDA PUR TU  TRANSUNION      800 493 3292  * CA | 19.95 |
| 03/12 | DEBIT CARD PAYMENT, *****04017405832, AUT 030918 VISA DDA PUR DNH GODADDY COM      480 5058855   * AZ | 15.17 |
| 03/12 | DEBIT CARD PURCHASE, *****04017405832, AUT 030818 VISA DDA PUR WATFORD CITY EVENT CENTE    WATFORD CITY  * ND | 11.25 |



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

| | |
|---|---|
| Page: | 4 of 7 |
| Statement Period: | Mar 01 2018-Mar 31 2018 |
| Cust Ref #: | 4340580334-039-E-*** |
| Primary Account #: | 434-0580334 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/12 | DEBIT CARD PURCHASE, *****04017405832, AUT 030918 VISA DDA PUR<br>SQ COMMON GROUNDS     WATFORD CITY * ND | 3.73 |
| 03/13 | DEBIT CARD PURCHASE, *****04017405832, AUT 031218 VISA DDA PUR<br>CASH WISE FOODS  30     WATFORD CITY * ND | 283.65 |
| 03/13 | ACH DEBIT, VERIZON WIRELESS PAYMENTS ****14696200001 | 199.90 |
| 03/14 | DEBIT CARD PAYMENT, *****04017405832, AUT 031218 VISA DDA PUR<br>STARZ ENTERTAINMENT     855 247 9175 * CO | 8.99 |
| 03/15 | ACH DEBIT, WF HOME MTG AUTO PAY ****796958 | 1,718.59 |
| 03/15 | NONTD ATM DEBIT, *****04017405832, AUT 031418 DDA WITHDRAW<br>100 N MAIN          WATFORD CITY * ND | 502.95 |
| 03/15 | DEBIT CARD PURCHASE, *****04017405832, AUT 031418 VISA DDA PUR<br>MCKENZIE CO SCHOOL DISTR   701 4443626   * ND | 150.00 |
| 03/16 | NONTD ATM DEBIT, *****04017405832, AUT 031518 DDA WITHDRAW<br>100 N MAIN          WATFORD CITY * ND | 202.95 |
| 03/16 | DEBIT CARD PURCHASE, *****04017405832, AUT 031418 VISA DDA PUR<br>WATFORD CITY EVENT CENTE   WATFORD CITY * ND | 168.50 |
| 03/16 | DEBIT CARD PURCHASE, *****04017405832, AUT 031618 VISA DDA PUR<br>REDBOX  DVD RENTAL     866 733 2693 * IL | 12.78 |
| 03/19 | DEBIT POS, *****04017405832, AUT 031718 DDA PURCHASE<br>CASH WISE FOODS  3042     WATFORD CITY * ND | 260.40 |
| 03/19 | DEBIT CARD PURCHASE, *****04017405832, AUT 031718 VISA DDA PUR<br>DTV DIRECTV SERVICE     800 347 3288 * CA | 165.00 |
| 03/19 | DEBIT POS, *****04017405832, AUT 031618 DDA PURCHASE<br>CASH WISE FOODS  3042     WATFORD CITY * ND | 116.29 |
| 03/19 | DEBIT CARD PURCHASE, *****04017405832, AUT 031518 VISA DDA PUR<br>OUTLAWS BAR  GRILL     WATFORD CITY * ND | 113.81 |
| 03/19 | DEBIT CARD PURCHASE, *****04017405832, AUT 031718 VISA DDA PUR<br>OUTLAWS BAR  GRILL     WATFORD CITY * ND | 73.58 |
| 03/19 | DEBIT CARD PURCHASE, *****04017405832, AUT 031718 VISA DDA PUR<br>OUTLAWS BAR  GRILL     WATFORD CITY * ND | 70.32 |
| 03/19 | DEBIT CARD PURCHASE, *****04017405832, AUT 031718 VISA DDA PUR<br>OUTLAWS BAR  GRILL     WATFORD CITY * ND | 63.00 |
| 03/19 | DEBIT CARD PURCHASE, *****04017405832, AUT 031718 VISA DDA PUR<br>LOOKBGALERT8779512233     8779512233   G BR | 44.85 |
| 03/19 | DEBIT CARD PURCHASE, *****04017405832, AUT 031718 VISA DDA PUR<br>OUTLAWS BAR  GRILL     WATFORD CITY * ND | 31.50 |
| 03/20 | NONTD ATM DEBIT, *****04017405832, AUT 032018 DDA WITHDRAW<br>100 N MAIN          WATFORD CITY * ND | 402.95 |
| 03/20 | ELECTRONIC PMT-TEL, BLUECROSS BLUESH BILL PAY ****9728561 | 252.66 |
| 03/20 | DEBIT CARD PAYMENT, *****04017405832, AUT 031918 VISA DDA PUR<br>GEICO  AUTO     800 841 3000 * DC | 207.09 |
| 03/21 | DEBIT CARD PURCHASE, *****04017405832, AUT 031918 VISA DDA PUR<br>DELTA AIR  006219333427   TAMPA       * FL | 1,075.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

| | |
|---|---|
| Page: | 5 of 7 |
| Statement Period: | Mar 01 2018-Mar 31 2018 |
| Cust Ref #: | 4340580334-039-E-*** |
| Primary Account #: | 434-0580334 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/21 | DEBIT POS, *****04017405832, AUT 032118 DDA PURCHASE<br>CASH WISE FOODS 3042    WATFORD CITY * ND | 147.11 |
| 03/21 | DEBIT POS, *****04017405832, AUT 032118 DDA PURCHASE<br>USPS PO 3 1204 4TH AVE    WATFORD CITY * ND | 11.15 |
| 03/22 | NONTD ATM DEBIT, *****04017405832, AUT 032218 DDA WITHDRAW<br>2209 WOLVES DEN PKW       WATFORD CITY * ND | 122.95 |
| 03/26 | DEBIT CARD PURCHASE, *****04017405832, AUT 032518 VISA DDA PUR<br>UBER   TRIP YKNZU       HELP UBER COM * CA | 47.87 |
| 03/26 | DEBIT CARD PURCHASE, *****04017405832, AUT 032218 VISA DDA PUR<br>HOLIDAY STNSTORE 0435    WATFORD CITY * ND | 12.90 |
| 03/26 | DEBIT CARD PURCHASE, *****04017405832, AUT 032418 VISA DDA PUR<br>AMAZON VIDEO ON DEMAND    AMZN COM BILL * WA | 10.65 |
| 03/26 | DEBIT CARD PURCHASE, *****04017405832, AUT 032218 VISA DDA PUR<br>HOLIDAY STNSTORE 0435    WATFORD CITY * ND | 3.53 |
| 03/26 | DEBIT CARD PURCHASE, *****04017405832, AUT 032418 VISA DDA PUR<br>REDBOX  DVD RENTAL     866 733 2693 * IL | 3.20 |
| 03/27 | ACH DEBIT, M&T BANK MORT PYMT ****615204 | 2,336.00 |
| 03/27 | DEBIT CARD PURCHASE, *****04017405832, AUT 032518 VISA DDA PUR<br>QUIZNOS A MSP       ST PAUL   * MN | 16.00 |
| 03/27 | DEBIT CARD PURCHASE, *****04017405832, AUT 032518 VISA DDA PUR<br>APL ITUNES COM BILL    866 712 7753 * CA | 15.98 |
| 03/27 | DEBIT CARD PURCHASE, *****04017405832, AUT 032518 VISA DDA PUR<br>APL ITUNES COM BILL    866 712 7753 * CA | 9.99 |
| 03/28 | DEBIT CARD PURCHASE, *****04017405832, AUT 032618 VISA DDA PUR<br>PUBLIC STORAGE 29226    JERSEY CITY * NJ | 237.85 |
| 03/28 | DEBIT CARD PAYMENT, *****04017405832, AUT 032618 VISA DDA PUR<br>ICP BADLANDS GYMNASTICS   763 7428789  * ND | 65.00 |
| 03/28 | DEBIT CARD PURCHASE, *****04017405832, AUT 032718 VISA DDA PUR<br>UBER   TRIP W66RM       HELP UBER COM * CA | 32.80 |
| 03/29 | DEBIT CARD PURCHASE, *****04017405832, AUT 032818 VISA DDA PUR<br>GROUPON INC        GROUPON COM  * IL | 50.00 |
| 03/29 | DEBIT CARD PAYMENT, *****04017405832, AUT 032818 VISA DDA PUR<br>ETSY COM  VINTAGEGYPSIE   718 8557955  * NY | 16.81 |
| 03/30 | DEBIT POS, *****04017405832, AUT 032918 DDA PURCH W/CB<br>TARGET T 94 STATE RT    RIVERDALE   * NJ | 223.52 |
| | Subtotal: | 19,991.42 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/05 | OVERDRAFT RET | 35.00 |
| | Subtotal: | 35.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

| | |
|---|---|
| Page: | 6 of 7 |
| Statement Period: | Mar 01 2018-Mar 31 2018 |
| Cust Ref #: | 4340580334-039-E-*** |
| Primary Account #: | 434-0580334 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/28 | 8,739.53 | 03/16 | 9,557.87 |
| 03/01 | 8,696.89 | 03/19 | 8,619.12 |
| 03/02 | 2,034.16 | 03/20 | 7,756.42 |
| 03/05 | 9,121.31 | 03/21 | 6,523.16 |
| 03/06 | 11,431.31 | 03/22 | 6,400.21 |
| 03/08 | 13,728.32 | 03/26 | 6,322.06 |
| 03/09 | 13,456.28 | 03/27 | 2,485.72 |
| 03/12 | 13,406.18 | 03/28 | 2,150.07 |
| 03/13 | 13,322.63 | 03/29 | 2,100.07 |
| 03/14 | 13,313.64 | 03/30 | 1,876.55 |
| 03/15 | 10,942.10 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender  



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

| | |
|---|---|
| Page: | 7 of 7 |
| Statement Period: | Mar 01 2018-Mar 31 2018 |
| Cust Ref #: | 4340580334-039-E-*** |
| Primary Account #: | 434-0580334 |

#118          03/06          $665.00

#120          03/16          $1,000.00

#3260          03/27          $1,458.37