WED
David Edelberg
433 Hackensack Avenue
Hackensack, NJ 07601

005739 5739 1 AB 0.405 07457 9 1 8515-1-6059

Dianne Clemente
4112 Ramapo court
Riverdale, NJ 07457-1662

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2018 APR 13 P 12: 28

BY: [signature]
DEPUTY CLERK

# ATTENTION: ADDRESS CORRECTION REQUESTED

If you are receiving this notice, U.S. Postal Service records indicate that the address that the *debtor* listed is subject to a forwarding order. Forwarding orders are only good for a limited time.

| IF YOU ARE THE INTENDED NOTICE RECIPIENT, | IF YOU ARE THE DEBTOR/DEBTOR'S COUNSEL |
|---|---|
| Update your address immediately with the Bankruptcy Court identified on the notice pursuant to the Court's local procedures.<br><br>Dianne Clemente<br>3207 Ramapo Ct<br>Riverdale, NJ 07457 | 1. Find an updated address and send the attached document to that address.<br>2. Update the address with the Bankruptcy Court pursuant to the Court's local procedures. |

005739    17909005744022