UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

CULLEN AND DYKMAN LLP
433 Hackensack Avenue
Hackensack, NJ 07601
(201) 488-1300 (Tel.)
(201) 488-6541 (Fax)
David Edelberg, Esq. (DE - 6258)
Counsel to Dianna Guadagnino

Order Filed on April 18, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

DIANNA GUADAGNINO,

    Debtor.

| | |
|---|---|
| Case No.: | 17-12951 (RG) |
| Hearing Date: | 4/17/2018 |
| Judge: | Rosemary Gambardella |
| Chapter: | 11 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

DATED: April 18, 2018

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Cullen and Dykman LLP Attorneys | $11,990.00 | $90.73 |

*rev.8/1/15*