Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−12951−RG
Chapter: 11
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dianna Guadagnino
   287 Communipaw Avenue
   Jersey City, NJ 07304

Social Security No.:
   xxx−xx−7859

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/20/18 at 02:00 PM

to consider and act upon the following:

*7* − Notice of Hearing for: Status Conference (related document:1 Voluntary Petition (Chapter 11) filed by Debtor Dianna Guadagnino). The following parties were served: Debtor, Debtor's Attorney, Trustee, and US Trustee. Hearing scheduled for 4/5/2017 at 02:00 PM at RG − Courtroom 3E, Newark. (slm)

Dated: 5/4/18

                                           Jeanne Naughton
                                           Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Dianna Guadagnino  
    Debtor

Case No. 17-12951-RG  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: May 04, 2018  
                 Form ID: ntchrgbk    Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2018.

```
db          +Dianna Guadagnino,    287 Communipaw Avenue,    Jersey City, NJ 07304-4003
aty         +Cullen and Dykman LLP,    433 Hackensack Avenue,    Hackensack, NJ 07601-8309
cr          +Dianne Clement,    3207 Ramapo Ct,    Riverdale, NJ 07457-1658
cr          +Donald V. Biase,    c/o Trenk DiPasquale Della Fera & Sodono,    347 Mt Pleasant Avenue,
              Suite 300,    West Orange, NJ 07052-2730
acc          Peter Mertz,    226 East 85th Street,    New York, NY 10028-3088
cr          +WELLS FARGO BANK, NA,    Prober & Raphael, a Law Corp,    20750 Ventura Blvd,    Suite 100,
              Woodland Hills, CA 91364-6207
cr          +Wells Fargo Bank, N.A., as Trustee for Carrington,    1600 South Douglass Rd.,
              Anaheim, CA 92806-5948
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr          +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM May 04 2018 23:06:13      Liquidity Solutions,
              One University Plaza, Suite 312,    Hackensack, NJ 07601-6205
                                                                                             TOTAL: 1
```

                 ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                                                        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2018 at the address(es) listed below:

```
              David   Edelberg    on behalf of Debtor Dianna  Guadagnino dedelberg@cullenanddykman.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nicholas Paul Edwards    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington
               mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates nedwards@shp-law.com
              Robert S. Roglieri    on behalf of Creditor    Donald V. Biase RRoglieri@trenklawfirm.com
              Shoshana  Schiff    on behalf of Creditor    Donald V. Biase sschiff@trenklawfirm.com,
               cdeangelis@trenklawfirm.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               MASTR Asset Backed Securities Trust 2006-AB1, Mortgage Pass-Through Certificates, Series
               2006-AB1 ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               MASTR Asset Backed Securities Trust 2006-AB1, Mortgage Pass-Through Certificates, Series
               2006-AB1 ecf@powerskirn.com
                                                                                             TOTAL: 8
```