B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re  Dianna Guadagnino ,  
*Debtor*

Case No. 17-12951

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: April, 2018     Date filed: 06/20/2018

Line of Business: Rental Income     NAISC Code: 531110

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*[signature]*

Original Signature of Responsible Party

Dianna Guadagnino

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☑ | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

Page 2

B 25C (Official Form 25C) (12/08)

| | | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

| | Yes | No |
|---|---|---|
| DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? | ☐ | ☑ |

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 14,245.00 |

**SUMMARY OF CASH ON HAND**

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 1,876.55 |
| Cash on Hand at End of Month | $ | 4,315.99 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    **TOTAL** | $ | 4,315.99 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 11,836.53 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 14,245.00 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 11,836.53 |
| *(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH** | $ | 2,408.47 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 0.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 1,275.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 0 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 0 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 19,500.00 |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 17,000.00 | $ 14,245.00 | $ -2,755.00 |
| EXPENSES | $ 15,500.00 | $ 11,836.53 | $ -3,663.47 |
| CASH PROFIT | $ 1,500.00 | $ 2,408.47 | $ 908.47 |

| | |
|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ 17,500.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ 16,000.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ 1,500.00 |

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

## LEDGER ACCOUNT - RENT ROLL MONTHLY

Guadagnino, Dianna

| | | RENT ROLL | APRIL_2018 |
|---|---|---|---|
| | | RUNNING BALANCE | 14245.00 |

| Unit Numb | ADDRESS | TENANT NAME | NOTE | NOTE2 | ACTUAL RATE | PAYMENT DATE | PAYMENT AMOUNT | Amount Owed | Previous Unpaid | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 194 Pine Street | JAYNE FREEMAN | | Check Deposited | 2,225.00 | 4/2/2018 | 2,225.00 | 0.00 | 0.00 | |
| 1 | 252 Suydam Ave | STEPHEN - UNIT 1 | | Check | 1,650.00 | 4/2/2018 | 1,650.00 | 0.00 | 0.00 | |
| 2 | 252 Suydam Ave | DAVID - UNIT 2 - New Tenant move in 12/15 | | DEPOSIT | 1,950.00 | 4/5/2018 | 1,950.00 | 0.00 | 0.00 | |
| 1 | 104 Lafayette | DRUVA / HERTZ - | 800 towards repairs | Deposit | 2,800.00 | 4/2/2018 | 2,000.00 | 0.00 | 0.00 | |
| 1 | 287 Communipaw Ave | Andreas Hertz | | Deposit | 1,700.00 | 4/6/2018 | 1,700.00 | 0.00 | 0.00 | |
| 2 | 287 Communipaw Ave | Ramsey | | Check Deposited | 2,425.00 | 4/8/2018 | 2,400.00 | TBD | 0.00 | |
| 2 | 287 Communipaw Ave | Andrew Coyle | | | 500.00 | TBD | 0.00 | 500.00 | 0.00 | |
| 2 | 287 Communipaw Ave | J | | Money order | 550.00 | TBD | 0.00 | 550.00 | 1,650.00 | |
| Garage 1 | 287 Communipaw Ave | Eli | | Cash Deposited | 250.00 | 4/8/2018 | 0.00 | 0.00 | 0.00 | |
| Garage 2 | 287 Communipaw Ave | Richard | | Cash Deposited | 200.00 | 4/8/2018 | 200.00 | | 0.00 | |
| Garage 3 | 287 Communipaw Ave | Richard | | Cash Deposited | 200.00 | 4/6/2018 | 100.00 | 100.00 | 0.00 | |
| Garage 4 | 287 Communipaw Ave | Andreas Hertz | | Deposit | 200.00 | 4/8/2018 | 200.00 | 0.00 | 0.00 | |
| Garage 5 | 287 Communipaw Ave | Paz / Koby Benvenisti | | Check | 260.00 | 4/2/2018 | 520.00 | 0.00 | 0.00 | |
| Garage 6 | 287 Communipaw Ave | John Ross | | NA | 200.00 | 4/1/2018 | TRADE | 0.00 | 0.00 | |
| Garage 7 | 287 Communipaw Ave | John Ross | | NA | 200.00 | 4/1/2018 | TRADE | 0.00 | 0.00 | |
| Garage 8 | 287 Communipaw Ave | Eli | | Cash Deposited | 225.00 | 4/6/2018 | 0.00 | 0.00 | 0.00 | |
| Garage 9 | 287 Communipaw Ave | To Be Rented | | NA | 250.00 | 3/1/2018 | PERSONAL | 0.00 | 0.00 | |
| Garage 1 | 252 Suydam Ave | Paz / Koby Benvenisti | | Check | 250.00 | 4/2/2018 | 0.00 | 25.00 | 0.00 | |
| Garage 2 | 252 Suydam Ave | Michael | 2 checks thru end of May | Check Deposited | 200.00 | 3/6/2018 | 0.00 | 0.00 | 0.00 | |
| Garage 3 | 252 Suydam Ave | Eli | | Cash Deposited | 250.00 | 4/6/2018 | 700.00 | 50.00 | 0.00 | |
| Garage 4 | 252 Suydam Ave | James | | Lost check getting replacement | 200.00 | TBD | TBD | 200.00 | 0.00 | |
| Garage 5 | 252 Suydam Ave | Dan Roorda | | Pre-Paid until July 1 | 200.00 | 4/8/2018 | 600.00 | 0.00 | 0.00 | |

# Dianna Guadagnino April 1 - 30, 2018

INCOME DETAIL

April 2018

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| Ordinary Income/Expenses | | | | | | |
| Income | | | | | | |
| Sales | | | | | | |
| 04/02/2018 | Deposit | | | DEPOSIT Jayne Freeman | 2,225.00 | 2,225.00 |
| 04/02/2018 | Deposit | | | DEPOSIT 104 Lafayette | 2,000.00 | 4,225.00 |
| 04/02/2018 | Deposit | | | DEPOSIT Stephen Unit 1  252 Suydam | 1,650.00 | 5,875.00 |
| 04/02/2018 | Deposit | | | DEPOSIT - Garages - Koby Benvenisti | 520.00 | 6,395.00 |
| 04/05/2018 | Deposit | | Rent - David | DEPOSIT Unit 2 252 Suydam | 1,950.00 | 8,345.00 |
| 04/06/2018 | Deposit | | | DEPOSIT Ramsey Unit 2 Communipaw | 2,400.00 | 10,745.00 |
| 04/06/2018 | Deposit | | Rent - Andreas | DEPOSIT Unit 1 Communipaw | 1,900.00 | 12,645.00 |
| 04/06/2018 | Deposit | | | DEPOSIT Garage Eli | 700.00 | 13,345.00 |
| 04/06/2018 | Deposit | | | DEPOSIT Garage Richard | 300.00 | 13,645.00 |
| 04/09/2018 | Deposit | | Rent - Dan | DEPOSIT Garage | 600.00 | 14,245.00 |
| **Total for Sales** | | | | | **$14,245.00** | |
| **Total for Income** | | | | | **$14,245.00** | |
| **Net Income** | | | | | **$14,245.00** | |

## Dianna Guadagnino  April 1 - 30, 2018

TRANSACTION DETAIL BY ACCOUNT

April 2018

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 04/02/2018 | Expense | | Uber | 449215   UBER TRIP AZ5JG 449215  UBER TRIP AZ5JG    HELP UBER COM * CA | CHAPTER 11 CHECKING (0334) | 54.40 | 54.40 |
| 04/02/2018 | Expense | | Take out restaurant | 476197   JAVA MOON EXPRESS 51  476197   JAVA MOON EXPRESS 510  NEWARK    * NJ | CHAPTER 11 CHECKING (0334) | 7.84 | 62.24 |
| 04/02/2018 | Expense | | Restaurant | 469216   CHAMPION GRILLE NT MS  469216   CHAMPION GRILLE NT MSP  ST PAUL    * MN | CHAPTER 11 CHECKING (0334) | 73.73 | 135.97 |
| 04/02/2018 | Expense | | Storage | 432300   WATFORD CITY SELF STO  432300   WATFORD CITY SELF STORAG  701 651 6775 * ND | CHAPTER 11 CHECKING (0334) | 150.00 | 285.97 |
| 04/02/2018 | Expense | | Veterinary | 437735   PAW WATFORD CITY VETE  437735   PAW WATFORD CITY VETERIN  WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 790.20 | 1,076.17 |
| 04/02/2018 | Expense | | Delta | 471705   DELTA AIR  006219440 471705  DELTA AIR  006219440832  HIBBING   * MN | CHAPTER 11 CHECKING (0334) | 75.00 | 1,151.17 |
| 04/02/2018 | Expense | | Delta | 471705   DELTA AIR  006219478 471705  DELTA AIR  006219478458  ATLANTA   * GA | CHAPTER 11 CHECKING (0334) | 75.00 | 1,226.17 |
| 04/02/2018 | Expense | | Hotel | 480197   HILTON GARDEN INN MHA  480197   HILTON GARDEN INN MHA  BLOOMINGTON * MI | CHAPTER 11 CHECKING (0334) | 106.27 | 1,332.44 |
| 04/02/2018 | Expense | | Verizon Wireless | 449804   VERIZON WRL MY ACCT V  449804   VERIZON WRL MY ACCT VN  800 9220204 * CA | CHAPTER 11 CHECKING (0334) | 300.00 | 1,632.44 |
| 04/03/2018 | Expense | | Quickbooks | 469216   INTUIT QB ONLINE 469216  INTUIT QB ONLINE    800 286 6800 * CA | CHAPTER 11 CHECKING (0334) | 35.00 | 1,667.44 |
| 04/03/2018 | Expense | | GoDaddy | 490641   DNH GODADDY COM 490641  DNH GODADDY COM    480 5058855 * AZ | CHAPTER 11 CHECKING (0334) | 30.34 | 1,697.78 |
| 04/04/2018 | Expense | | Doctor | 413829   SEARS ROEBUCK  1434 413829  SEARS ROEBUCK  1434    WAYNE   * NJ | CHAPTER 11 CHECKING (0334) | 100.04 | 1,797.82 |
| 04/04/2018 | Expense | | Utility gas/electric | 423168   MCKENZIE ELECTRIC COO  423168   MCKENZIE ELECTRIC COOP  MCKENZIEELECT * ND | CHAPTER 11 CHECKING (0334) | 585.11 | 2,382.93 |
| 04/05/2018 | Expense | | Apple iCloud | 469216   APL ITUNES COM BILL 469216  APL ITUNES COM BILL    866 712 7753 * CA | CHAPTER 11 CHECKING (0334) | 9.99 | 2,392.92 |
| 04/05/2018 | Expense | | GoDaddy | 490641   DNH GODADDY COM 490641  DNH GODADDY COM    480 5058855 * AZ | CHAPTER 11 CHECKING (0334) | 127.67 | 2,520.59 |
| 04/05/2018 | Expense | | BCBS Insurance | 449215   BFSC 449215    BFSC  BISMARCKFIGUR * ND | CHAPTER 11 CHECKING (0334) | 82.80 | 2,603.39 |
| 04/05/2018 | Expense | | BCBS Insurance | 449215   BFSC 449215    BFSC  BISMARCKFIGUR * ND | CHAPTER 11 CHECKING (0334) | 82.80 | 2,686.19 |
| 04/06/2018 | Check | 122 | City of Jersey City | CHECK # 122 John Ross Court Fee Reimbursement | CHAPTER 11 CHECKING (0334) | 300.00 | 2,986.19 |
| 04/06/2018 | Expense | | BCBS Insurance | 449215   BFSC 449215    BFSC  BISMARCKFIGUR * ND | CHAPTER 11 CHECKING (0334) | 82.80 | 3,068.99 |
| 04/06/2018 | Expense | | BCBS Insurance | 449215   BFSC 449215    BFSC  BISMARCKFIGUR * ND | CHAPTER 11 CHECKING (0334) | 82.80 | 3,151.79 |
| 04/09/2018 | Expense | | Apple iCloud | 469216   APL ITUNES COM BILL 469216  APL ITUNES COM BILL    866 712 7753 * | CHAPTER 11 CHECKING (0334) | 2.99 | 3,154.78 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 04/09/2018 | Expense | | Family Dollar | 423168   FAMILY DOLLAR 11938 423168 FAMILY DOLLAR 11938   WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 43.04 | 3,197.82 |
| 04/11/2018 | Expense | | Verizon Wireless | VERIZON WIRELESS PAYMENTS | CHAPTER 11 CHECKING (0334) | 199.90 | 3,397.72 |
| 04/11/2018 | Expense | | Supermarket | 770446   CASH WISE FOODS 3042 770446 CASH WISE FOODS 3042   WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 280.48 | 3,678.20 |
| 04/11/2018 | Expense | | Gym | 490641   ICP BADLANDS GYMNASTI 490641   ICP BADLANDS GYMNASTICS 763 7428789 * ND | CHAPTER 11 CHECKING (0334) | 40.00 | 3,718.20 |
| 04/12/2018 | Expense | | Take out restaurant | 469216   SQ COMMON GROUNDS CE 469216   SQ COMMON GROUNDS CENEX WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 3.73 | 3,721.93 |
| 04/12/2018 | Expense | | Supermarket | 442733   CASH WISE FOODS 30 442733 CASH WISE FOODS 30   WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 162.27 | 3,884.20 |
| 04/12/2018 | Expense | | Transunion | 469216   TU TRANSUNION 469216   TU TRANSUNION        800 493 3292 * CA | CHAPTER 11 CHECKING (0334) | 19.95 | 3,904.15 |
| 04/12/2018 | Expense | | Gym | 432300   WATFORD CITY EVENT CE 432300   WATFORD CITY EVENT CENTE WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 17.00 | 3,921.15 |
| 04/12/2018 | Expense | | Gas Station | 471705   HOLIDAY STNSTORE 0435 471705   HOLIDAY STNSTORE 0435 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 26.12 | 3,947.27 |
| 04/16/2018 | Expense | | Gym | 432300   WATFORD CITY EVENT CE 432300   WATFORD CITY EVENT CENTE WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 5.00 | 3,952.27 |
| 04/16/2018 | Expense | | Office Supply | 469216   STARZ ENTERTAINMENT 469216 STARZ ENTERTAINMENT      855 247 9175 * CO | CHAPTER 11 CHECKING (0334) | 8.99 | 3,961.26 |
| 04/16/2018 | Expense | | Horse | ND000159  2209 WOLVES DEN PKW ND000159  2209 WOLVES DEN PKW WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 102.95 | 4,064.21 |
| 04/16/2018 | Expense | | Doctor | 449215   SQ SUMMIT COUNSELI 449215 SQ SUMMIT COUNSELI   WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 50.00 | 4,114.21 |
| 04/16/2018 | Expense | | Coffee | 449215   SQ DOOR 204 449215   SQ DOOR 204        WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 4.84 | 4,119.05 |
| 04/17/2018 | Expense | | Funeral | 475542   SKY FLORAL AND SPECIA 475542   SKY FLORAL AND SPECIALTY 801 9043750 * UT | CHAPTER 11 CHECKING (0334) | 106.85 | 4,225.90 |
| 04/18/2018 | Expense | | Retail | 469216   POTTRY BARN CSTR GFTC 469216   POTTRY BARN CSTR GFTCD 877 850 1977 * ME | CHAPTER 11 CHECKING (0334) | 50.00 | 4,275.90 |
| 04/18/2018 | Expense | | Cable | 469216   DTV DIRECTV SERVICE 469216 DTV DIRECTV SERVICE      800 347 3288 * CA | CHAPTER 11 CHECKING (0334) | 185.00 | 4,460.90 |
| 04/18/2018 | Expense | | Book | 402121   LOOKBGALERT8779512233 402121   LOOKBGALERT8779512233 8779512233   G BR | CHAPTER 11 CHECKING (0334) | 44.85 | 4,505.75 |
| 04/19/2018 | Expense | | Longo Insurance | PREMIUM ASSIGNME INSUR.PMT. | CHAPTER 11 CHECKING (0334) | 249.63 | 4,755.38 |
| 04/20/2018 | Expense | | Restaurant | 426979   LITTLE MISSOURI GRILL 426979 LITTLE MISSOURI GRILLE   WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 35.24 | 4,790.62 |
| 04/20/2018 | Expense | | Insurance | 469216   GEICO AUTO 469216   GEICO AUTO        800 841 3000 * DC | CHAPTER 11 CHECKING (0334) | 207.09 | 4,997.71 |
| 04/20/2018 | Expense | | Auto | 443105   CARQUEST 3137 443105 CARQUEST 3137   WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 141.24 | 5,138.95 |
| 04/20/2018 | Expense | | Family Dollar | 423168   FAMILY DOLLAR 11938 423168 | CHAPTER 11 | 20.24 | 5,159.19 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| | | | | FAMILY DOLLAR 11938   WATFORD CITY * ND | CHECKING (0334) | | |
| 04/23/2018 | Expense | | Apple iCloud | 469216   APL ITUNES COM BILL 469216 APL ITUNES COM BILL   866 712 7753 *  CA | CHAPTER 11 CHECKING (0334) | 10.64 | 5,169.83 |
| 04/23/2018 | Expense | | Gym | 432300   WATFORD CITY EVENT CE 432300   WATFORD CITY EVENT CENTE WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 12.25 | 5,182.08 |
| 04/23/2018 | Expense | | Gym | 432300   WATFORD CITY EVENT CE 432300   WATFORD CITY EVENT CENTE 701 713 5756 * ND | CHAPTER 11 CHECKING (0334) | 160.00 | 5,342.08 |
| 04/23/2018 | Expense | | Gym | 432300   WATFORD CITY EVENT CE 432300   WATFORD CITY EVENT CENTE WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 2.50 | 5,344.58 |
| 04/24/2018 | Expense | | Contractor | CP301013  100 N MAIN CP301013  100 N MAIN   WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 502.95 | 5,847.53 |
| 04/24/2018 | Expense | | GoDaddy | 490641   DNH GODADDY COM 490641 DNH GODADDY COM   480 5058855 * AZ | CHAPTER 11 CHECKING (0334) | 15.17 | 5,862.70 |
| 04/25/2018 | Expense | | Supermarket | 770446   CASH WISE FOODS 3042 770446 CASH WISE FOODS 3042   WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 7.42 | 5,870.12 |
| 04/25/2018 | Expense | | Supermarket | 442733   CASH WISE FOODS 30 442733 CASH WISE FOODS 30   WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 7.42 | 5,877.54 |
| 04/26/2018 | Check | 125 | B of A Mortgage | CHECK # 125 | CHAPTER 11 CHECKING (0334) | 1,634.00 | 7,511.54 |
| 04/26/2018 | Expense | | Apple iCloud | 469216   APL ITUNES COM BILL 469216 APL ITUNES COM BILL   866 712 7753 * CA | CHAPTER 11 CHECKING (0334) | 9.99 | 7,521.53 |
| 04/27/2018 | Expense | | Gym | 490641   ICP BADLANDS GYMNASTI 490641   ICP BADLANDS GYMNASTICS 763 7428789 * ND | CHAPTER 11 CHECKING (0334) | 170.00 | 7,691.53 |
| 04/27/2018 | Expense | | Office Supply | 405523   MEUCHEL COMPUTER SERV 405523   MEUCHEL COMPUTER SERVICE WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 38.09 | 7,729.62 |
| 04/27/2018 | Expense | | Auto | 471705   OK TIRE WATFORD CITY 471705 OK TIRE WATFORD CITY   WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 873.75 | 8,603.37 |
| 04/27/2018 | Check | 124 | Aumenta Plumbing | CHECK # 124 - Plumbing | CHAPTER 11 CHECKING (0334) | 789.03 | 9,392.40 |
| 04/30/2018 | Expense | | Restaurant | 413829   COLDSTONE 22313 413829 COLDSTONE 22313   BISMARCK * ND | CHAPTER 11 CHECKING (0334) | 14.64 | 9,407.04 |
| 04/30/2018 | Expense | | Restaurant | 444500   FIVE GUYS ND 1205 QSR 444500 FIVE GUYS ND 1205 QSR   BISMARCK * ND | CHAPTER 11 CHECKING (0334) | 21.15 | 9,428.19 |
| 04/30/2018 | Expense | | Restaurant | 444500   FIVE GUYS ND 1205 QSR 444500 FIVE GUYS ND 1205 QSR   BISMARCK * ND | CHAPTER 11 CHECKING (0334) | 33.91 | 9,462.10 |
| 04/30/2018 | Expense | | Movies | 437329   MIDWAY LANES INC 437329 MIDWAY LANES INC   MANDAN * ND | CHAPTER 11 CHECKING (0334) | 40.25 | 9,502.35 |
| 04/30/2018 | Expense | | Restaurant | 449215   PP FIREFLOUR 449215   PP FIREFLOUR   BISMARCK * ND | CHAPTER 11 CHECKING (0334) | 80.20 | 9,582.55 |
| 04/30/2018 | Expense | | Salon | 401339   9113 GREAT CLIPS AT P 401339 9113 GREAT CLIPS AT PINE   BISMARCK * ND | CHAPTER 11 CHECKING (0334) | 176.89 | 9,759.44 |
| 04/30/2018 | Expense | | Restaurant | 413829   COLDSTONE 22313 413829 COLDSTONE 22313   BISMARCK * ND | CHAPTER 11 CHECKING (0334) | 11.25 | 9,770.69 |
| 04/30/2018 | Expense | | Gym | 469216   SQ PRECISE EDGES 469216 SQ PRECISE EDGES   MINOT * | CHAPTER 11 CHECKING (0334) | 154.96 | 9,925.65 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 04/30/2018 | Expense | | Equipment Rental | COHY04    340 NORTH MAIN STREET COHY04    340 NORTH MAIN STREET WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 223.00 | 10,148.65 |
| 04/30/2018 | Expense | | Lowe's | 469216    LOWES 02533 469216    LOWES 02533          BISMARCK    * ND | CHAPTER 11 CHECKING (0334) | 359.22 | 10,507.87 |
| 04/30/2018 | Expense | | Retail | 439121    DICKS SPORTING GOODS1 439121    DICKS SPORTING GOODS1160 BISMARCK    * ND Clothing and Equipment | CHAPTER 11 CHECKING (0334) | 1,186.06 | 11,693.93 |
| 04/30/2018 | Expense | | Gas Station | 431605    SHELL OIL 57445630106 431605 SHELL OIL 57445630106    BISMARCK   * ND | CHAPTER 11 CHECKING (0334) | 46.00 | 11,739.93 |
| 04/30/2018 | Expense | | GNC | 319387    GNC  01292 GNC 012921 319387 GNC  01292 GNC 012921001   BISMARCK * ND | CHAPTER 11 CHECKING (0334) | 96.60 | 11,836.53 |

# TD Bank

America's Most Convenient Bank®          E          STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ
287 COMMUNIPAW AVE
JERSEY CITY NJ  07304

Page: 1 of 7
Statement Period: Apr 01 2018-Apr 30 2018
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

## Chapter 11 Checking

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Account # 434-0580334

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,876.55 | Average Collected Balance | 9,348.10 |
| Deposits | 14,245.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 30.97 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 2,723.03 | Days in Period | 30 |
| Electronic Payments | 9,113.50 | | |
| Ending Balance | 4,315.99 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/02 | DEPOSIT | 6,395.00 |
| 04/05 | DEPOSIT | 1,950.00 |
| 04/06 | DEPOSIT | 3,400.00 |
| 04/06 | DEPOSIT | 1,900.00 |
| 04/09 | DEPOSIT | 600.00 |
| | Subtotal: | 14,245.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/02 | DEBIT CARD CREDIT, *****04017405832, AUT 040118 VISA DDA REF APL  ITUNES COM BILL     866 712 7753 * CA | 15.98 |
| 04/02 | DEBIT CARD CREDIT, *****04017405832, AUT 040118 VISA DDA REF APL  ITUNES COM BILL     866 712 7753 * CA | 14.99 |
| | Subtotal: | 30.97 |

**Checks Paid**   No. Checks: 3   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL. NO. | AMOUNT | DATE | SERIAL. NO. | AMOUNT |
|---|---|---|---|---|---|
| 04/06 | 122 | 300.00 | 04/26 | 125 | 1,634.00 |
| 04/27 | 124* | 789.03 | | | |
| | | | | Subtotal: | 2,723.03 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Page: 2 of 7

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance    4,315.99

❷ Total Deposits    +

❸ Sub Total

❹ Total Withdrawals    -

❺ Adjusted Balance

❷
| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

❹
| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 3 of 7
Statement Period: Apr 01 2018-Apr 30 2018
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

## DAILY ACCOUNT ACTIVITY

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/02 | DEBIT CARD PURCHASE, *****04017405832, AUT 033018 VISA DDA PUR<br>PAW WATFORD CITY VETERIN    WATFORD CITY    * ND | 790.20 |
| 04/02 | DEBIT CARD PURCHASE, *****04017405832, AUT 033018 VISA DDA PUR<br>VERIZON WRL MY ACCT VN    800 9220204    * CA | 300.00 |
| 04/02 | DEBIT CARD PAYMENT, *****04017405832, AUT 040118 VISA DDA PUR<br>WATFORD CITY SELF STORAG    701 651 6775    * ND | 150.00 |
| 04/02 | DEBIT CARD PURCHASE, *****04017405832, AUT 040218 VISA DDA PUR<br>HILTON GARDEN INN MHA    BLOOMINGTON    * MI | 106.27 |
| 04/02 | DEBIT CARD PURCHASE, *****04017405832, AUT 032918 VISA DDA PUR<br>DELTA AIR   006219440832    HIBBING    * MN | 75.00 |
| 04/02 | DEBIT CARD PURCHASE, *****04017405832, AUT 033018 VISA DDA PUR<br>DELTA AIR   006219478458    ATLANTA    * GA | 75.00 |
| 04/02 | DEBIT CARD PURCHASE, *****04017405832, AUT 033018 VISA DDA PUR<br>CHAMPION GRILLE NT MSP    ST PAUL    * MN | 73.73 |
| 04/02 | DEBIT CARD PURCHASE, *****04017405832, AUT 033018 VISA DDA PUR<br>UBER   TRIP AZ5JG    HELP UBER COM * CA | 54.40 |
| 04/02 | DEBIT CARD PURCHASE, *****04017405832, AUT 033018 VISA DDA PUR<br>JAVA MOON EXPRESS 510    NEWARK    * NJ | 7.84 |
| 04/03 | DEBIT CARD PAYMENT, *****04017405832, AUT 040218 VISA DDA PUR<br>INTUIT  QB ONLINE    800 286 6800    * CA | 35.00 |
| 04/03 | DEBIT CARD PAYMENT, *****04017405832, AUT 040218 VISA DDA PUR<br>DNH GODADDY COM    480 5058855    * AZ | 30.34 |
| 04/04 | DEBIT CARD PURCHASE, *****04017405832, AUT 040318 VISA DDA PUR<br>MCKENZIE ELECTRIC COOP    MCKENZIEELECT * ND | 585.11 |
| 04/04 | DEBIT CARD PURCHASE, *****04017405832, AUT 040218 VISA DDA PUR<br>SEARS ROEBUCK  1434    WAYNE    * NJ | 100.04 |
| 04/05 | DEBIT CARD PAYMENT, *****04017405832, AUT 040418 VISA DDA PUR<br>DNH GODADDY COM    480 5058855    * AZ | 127.67 |
| 04/05 | DEBIT CARD PURCHASE, *****04017405832, AUT 040418 VISA DDA PUR<br>BFSC    BISMARCKFIGUR * ND | 82.80 |
| 04/05 | DEBIT CARD PURCHASE, *****04017405832, AUT 040418 VISA DDA PUR<br>BFSC    BISMARCKFIGUR * ND | 82.80 |
| 04/05 | DEBIT CARD PURCHASE, *****04017405832, AUT 040418 VISA DDA PUR<br>APL  ITUNES COM BILL    866 712 7753    * CA | 9.99 |
| 04/06 | DEBIT CARD PURCHASE, *****04017405832, AUT 040418 VISA DDA PUR<br>BFSC    BISMARCKFIGUR * ND | 82.80 |
| 04/06 | DEBIT CARD PURCHASE, *****04017405832, AUT 040418 VISA DDA PUR<br>BFSC    BISMARCKFIGUR * ND | 82.80 |
| 04/09 | DEBIT CARD PURCHASE, *****04017405832, AUT 040618 VISA DDA PUR<br>FAMILY DOLLAR  11938    WATFORD CITY    * ND | 43.04 |
| 04/09 | DEBIT CARD PURCHASE, *****04017405832, AUT 040718 VISA DDA PUR<br>APL  ITUNES COM BILL    866 712 7753    * CA | 2.99 |
| 04/11 | DEBIT POS, *****04017405832, AUT 041018 DDA PURCH W/CB<br>CASH WISE FOODS  3042    WATFORD CITY * ND | 280.48 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

| | |
|---|---|
| Page: | 4 of 7 |
| Statement Period: | Apr 01 2018-Apr 30 2018 |
| Cust Ref #: | 4340580334-039-E-*** |
| Primary Account #: | 434-0580334 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/11 | ACH DEBIT, VERIZON WIRELESS PAYMENTS ****14696200001 | 199.90 |
| 04/11 | DEBIT CARD PURCHASE, *****04017405832, AUT 040918 VISA DDA PUR<br>ICP BADLANDS GYMNASTICS    763 7428789   * ND | 40.00 |
| 04/12 | DEBIT CARD PURCHASE, *****04017405832, AUT 041118 VISA DDA PUR<br>CASH WISE FOODS  30       WATFORD CITY  * ND | 162.27 |
| 04/12 | DEBIT CARD PURCHASE, *****04017405832, AUT 040918 VISA DDA PUR<br>HOLIDAY STNSTORE 0435     WATFORD CITY  * ND | 26.12 |
| 04/12 | DEBIT CARD PAYMENT, *****04017405832, AUT 041118 VISA DDA PUR<br>TU  TRANSUNION          800 493 3292  * CA | 19.95 |
| 04/12 | DEBIT CARD PURCHASE, *****04017405832, AUT 041018 VISA DDA PUR<br>WATFORD CITY EVENT CENTE   WATFORD CITY  * ND | 17.00 |
| 04/12 | DEBIT CARD PURCHASE, *****04017405832, AUT 041118 VISA DDA PUR<br>SQ  COMMON GROUNDS CENEX   WATFORD CITY  * ND | 3.73 |
| 04/16 | NONTD ATM DEBIT, *****04017405832, AUT 041418 DDA WITHDRAW<br>2209 WOLVES DEN PKW      WATFORD CITY  * ND | 102.95 |
| 04/16 | DEBIT CARD PURCHASE, *****04017405832, AUT 041418 VISA DDA PUR<br>SQ  SUMMIT COUNSELI      WATFORD CITY  * ND | 50.00 |
| 04/16 | DEBIT CARD PAYMENT, *****04017405832, AUT 041218 VISA DDA PUR<br>STARZ ENTERTAINMENT      855 247 9175  * CO | 8.99 |
| 04/16 | DEBIT CARD PURCHASE, *****04017405832, AUT 041318 VISA DDA PUR<br>WATFORD CITY EVENT CENTE   WATFORD CITY  * ND | 5.00 |
| 04/16 | DEBIT CARD PURCHASE, *****04017405832, AUT 041418 VISA DDA PUR<br>SQ  DOOR 204            WATFORD CITY  * ND | 4.84 |
| 04/17 | DEBIT CARD PURCHASE, *****04017405832, AUT 041618 VISA DDA PUR<br>SKY FLORAL AND SPECIALTY   801 9043750  * UT | 106.85 |
| 04/18 | DEBIT CARD PURCHASE, *****04017405832, AUT 041718 VISA DDA PUR<br>DTV DIRECTV SERVICE      800 347 3288  * CA | 185.00 |
| 04/18 | DEBIT CARD PURCHASE, *****04017405832, AUT 041618 VISA DDA PUR<br>POTTRY BARN CSTR GFTCD    877 850 1977  * ME | 50.00 |
| 04/18 | DEBIT CARD PURCHASE, *****04017405832, AUT 041718 VISA DDA PUR<br>LOOKBGALERT8779512233     8779512233   G BR | 44.85 |
| 04/19 | ELECTRONIC PMT-WEB, PREMIUM ASSIGNME INSUR.PMT. WEB INS PMT | 249.63 |
| 04/20 | DEBIT CARD PAYMENT, *****04017405832, AUT 041918 VISA DDA PUR<br>GEICO  AUTO            800 841 3000  * DC | 207.09 |
| 04/20 | DEBIT CARD PURCHASE, *****04017405832, AUT 041918 VISA DDA PUR<br>CARQUEST 3137           WATFORD CITY  * ND | 141.24 |
| 04/20 | DEBIT CARD PURCHASE, *****04017405832, AUT 041918 VISA DDA PUR<br>LITTLE MISSOURI GRILLE    WATFORD CITY  * ND | 35.24 |
| 04/20 | DEBIT CARD PURCHASE, *****04017405832, AUT 041918 VISA DDA PUR<br>FAMILY DOLLAR  11938     WATFORD CITY  * ND | 20.24 |
| 04/23 | DEBIT CARD PURCHASE, *****04017405832, AUT 042118 VISA DDA PUR<br>WATFORD CITY EVENT CENTE   701 713 5756  * ND | 160.00 |
| 04/23 | DEBIT CARD PURCHASE, *****04017405832, AUT 041918 VISA DDA PUR<br>WATFORD CITY EVENT CENTE   WATFORD CITY  * ND | 12.25 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

| | |
|---|---|
| Page: | 5 of 7 |
| Statement Period: | Apr 01 2018-Apr 30 2018 |
| Cust Ref #: | 4340580334-039-E-*** |
| Primary Account #: | 434-0580334 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/23 | DEBIT CARD PURCHASE, *****04017405832, AUT 042118 VISA DDA PUR<br>APL ITUNES COM BILL    866 712 7753  * CA | 10.64 |
| 04/23 | DEBIT CARD PURCHASE, *****04017405832, AUT 041918 VISA DDA PUR<br>WATFORD CITY EVENT CENTE    WATFORD CITY * ND | 2.50 |
| 04/24 | NONTD ATM DEBIT, *****04017405832, AUT 042418 DDA WITHDRAW<br>100 N MAIN         WATFORD CITY * ND | 502.95 |
| 04/24 | DEBIT CARD PAYMENT, *****04017405832, AUT 042318 VISA DDA PUR<br>DNH GODADDY COM       480 5058855  * AZ | 15.17 |
| 04/25 | DEBIT CARD PURCHASE, *****04017405832, AUT 042418 VISA DDA PUR<br>CASH WISE FOODS  30      WATFORD CITY * ND | 7.42 |
| 04/25 | DEBIT CARD PURCHASE, *****04017405832, AUT 042418 VISA DDA PUR<br>CASH WISE FOODS  3042     WATFORD CITY * ND | 7.42 |
| 04/26 | DEBIT CARD PURCHASE, *****04017405832, AUT 042518 VISA DDA PUR<br>APL ITUNES COM BILL    866 712 7753  * CA | 9.99 |
| 04/27 | DEBIT CARD PURCHASE, *****04017405832, AUT 042618 VISA DDA PUR<br>OK TIRE WATFORD CITY     WATFORD CITY * ND | 873.75 |
| 04/27 | DEBIT CARD PAYMENT, *****04017405832, AUT 042518 VISA DDA PUR<br>ICP BADLANDS GYMNASTICS   763 7428789  * ND | 170.00 |
| 04/27 | DEBIT CARD PURCHASE, *****04017405832, AUT 042518 VISA DDA PUR<br>MEUCHEL COMPUTER SERVICE   WATFORD CITY * ND | 38.09 |
| 04/30 | DEBIT CARD PURCHASE, *****04017405832, AUT 042918 VISA DDA PUR<br>DICKS SPORTING GOODS1160    BISMARCK    * ND | 1,186.06 |
| 04/30 | DEBIT CARD PURCHASE, *****04017405832, AUT 042918 VISA DDA PUR<br>LOWES 02533         BISMARCK    * ND | 359.22 |
| 04/30 | NONTD ATM DEBIT, *****04017405832, AUT 042718 DDA WITHDRAW<br>340 NORTH MAIN STREET     WATFORD CITY * ND | 223.00 |
| 04/30 | DEBIT CARD PURCHASE, *****04017405832, AUT 042918 VISA DDA PUR<br>9113 GREAT CLIPS AT PINE    BISMARCK    * ND | 176.89 |
| 04/30 | DEBIT CARD PURCHASE, *****04017405832, AUT 042818 VISA DDA PUR<br>SQ  PRECISE EDGES      MINOT       * ND | 154.96 |
| 04/30 | DEBIT CARD PURCHASE, *****04017405832, AUT 042918 VISA DDA PUR<br>GNC 01292 GNC 012921001    BISMARCK    * ND | 96.60 |
| 04/30 | DEBIT CARD PURCHASE, *****04017405832, AUT 042818 VISA DDA PUR<br>PP FIREFLOUR         BISMARCK    * ND | 80.20 |
| 04/30 | DEBIT CARD PURCHASE, *****04017405832, AUT 042818 VISA DDA PUR<br>SHELL OIL 57445630106    BISMARCK    * ND | 46.00 |
| 04/30 | DEBIT CARD PURCHASE, *****04017405832, AUT 042818 VISA DDA PUR<br>MIDWAY LANES INC      MANDAN     * ND | 40.25 |
| 04/30 | DEBIT CARD PURCHASE, *****04017405832, AUT 042918 VISA DDA PUR<br>FIVE GUYS ND 1205 QSR    BISMARCK    * ND | 33.91 |



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

| | |
|---|---|
| Page: | 6 of 7 |
| Statement Period: | Apr 01 2018-Apr 30 2018 |
| Cust Ref #: | 4340580334-039-E-*** |
| Primary Account #: | 434-0580334 |

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/30 | DEBIT CARD PURCHASE, *****04017405832, AUT 042918 VISA DDA PUR FIVE GUYS ND 1205 QSR    BISMARCK    * ND | 21.15 |
| 04/30 | DEBIT CARD PURCHASE, *****04017405832, AUT 042918 VISA DDA PUR COLDSTONE 22313    BISMARCK    * ND | 14.64 |
| 04/30 | DEBIT CARD PURCHASE, *****04017405832, AUT 042918 VISA DDA PUR COLDSTONE 22313    BISMARCK    * ND | 11.25 |
| | Subtotal: | 9,113.50 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 03/31 | 1,876.55 | 04/17 | 11,926.62 |
| 04/02 | 6,670.08 | 04/18 | 11,646.77 |
| 04/03 | 6,604.74 | 04/19 | 11,397.14 |
| 04/04 | 5,919.59 | 04/20 | 10,993.33 |
| 04/05 | 7,566.33 | 04/23 | 10,807.94 |
| 04/06 | 12,400.73 | 04/24 | 10,289.82 |
| 04/09 | 12,954.70 | 04/25 | 10,274.98 |
| 04/11 | 12,434.32 | 04/26 | 8,630.99 |
| 04/12 | 12,205.25 | 04/27 | 6,760.12 |
| 04/16 | 12,033.47 | 04/30 | 4,315.99 |



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

| | |
|---|---|
| Page: | 7 of 7 |
| Statement Period: | Apr 01 2018-Apr 30 2018 |
| Cust Ref #: | 4340580334-039-E-*** |
| Primary Account #: | 434-0580334 |

| Check | Date | Amount |
|---|---|---|
| #122 | 04/06 | $300.00 |
| #124 | 04/27 | $789.03 |
| #125 | 04/26 | $1,634.00 |