B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re: Dianna Guadagnino
*Debtor*

Case No. 17-12951

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: May, 2018

Date filed: 06/26/2018

Line of Business: Rental Income

NAISC Code: 531110

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*/s/ Dianna Guadagnino*

Original Signature of Responsible Party

Dianna Guadagnino

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☑ | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

| | | | Yes | No |
|---|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐   ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

|  |  |  |
|---|---|---|
| **TOTAL INCOME** | $ | 22,209.90 |
| **SUMMARY OF CASH ON HAND** | | |
| Cash on Hand at Start of Month | $ | 4,315.99 |
| Cash on Hand at End of Month | $ | 4,173.88 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   **TOTAL** | $ | 4,173.88 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 22,352.01 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 22,209.90 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 22,352.01 |
| *(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH** | $ | -142.11 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 0.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 1,275.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---:|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 0 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 0 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 19,500.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 0.00

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | | Projected | | Actual | | Difference |
|---|---|---|---|---|---|---|
| INCOME | $ | 17,500.00 | $ | 22,209.90 | $ | 4,709.90 |
| EXPENSES | $ | 16,000.00 | $ | 22,352.01 | $ | 6,352.01 |
| CASH PROFIT | $ | 1,500.00 | $ | -142.11 | $ | 1,357.89 |

| | | |
|---|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ | 17,000.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ | 16,000.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ | 1,000.00 |

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

# Dianna Guadagnino May 1 - 31, 2018

INCOME DETAIL

May 2018

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| Ordinary Income/Expenses | | | | | | |
| Income | | | | | | |
| Sales | | | | | | |
| 05/02/2018 | Deposit | | | DEPOSIT 287 Comm | 2,300.00 | 2,300.00 |
| 05/02/2018 | Deposit | | | DEPOSIT Unit 1 252 Suydam | 1,650.00 | 3,950.00 |
| 05/02/2018 | Deposit | | | DEPOSIT Jayne 194 Pine | 2,225.00 | 6,175.00 |
| 05/07/2018 | Deposit | | | DEPOSIT Garage Eli | 225.00 | 6,400.00 |
| 05/07/2018 | Deposit | | | DEPOSIT Garage Anthony New | 425.00 | 6,825.00 |
| 05/07/2018 | Deposit | | | DEPOSIT Garage Richard | 450.00 | 7,275.00 |
| 05/07/2018 | Deposit | | | DEPOSIT 287 Comm | 2,400.00 | 9,675.00 |
| 05/07/2018 | Deposit | | Rent - David | DEPOSIT | 1,950.00 | 11,625.00 |
| 05/07/2018 | Deposit | | Rent - Stephen | DEPOSIT - PARKING 2 months | 100.00 | 11,725.00 |
| 05/10/2018 | Deposit | | | DEPOSIT Jessie 287 Comm | 550.00 | 12,275.00 |
| 05/10/2018 | Deposit | | | DEPOSIT Andrew 287 Comm | 525.00 | 12,800.00 |
| 05/11/2018 | Deposit | | Rent - Druva | DEPOSIT | 2,800.00 | 15,600.00 |
| 05/17/2018 | Deposit | | Rent - Koby/Paz | DEPOSIT | 520.00 | 16,120.00 |
| **Total for Sales** | | | | | **$16,120.00** | |
| Uncategorized Income | | | | | | |
| 05/09/2018 | Deposit | | Cable | 469216    DTV DIRECTV SERVICES 469216    DTV DIRECTV SERVICES 800 347 3288  * CA - CREDIT DUE | 152.78 | 152.78 |
| 05/11/2018 | Deposit | | Rent - Druva | DEPOSIT - Reimburement PSEG | 1,000.00 | 1,152.78 |
| 05/15/2018 | Deposit | | Acumen | ACUMEN FISCAL AG EDI PYMNTS | 3,158.77 | 4,311.55 |
| 05/21/2018 | Deposit | | Gym | 432300    WATFORD CITY EVENT CE 432300    WATFORD CITY EVENT CENTE    WATFORD CITY  * ND | 40.00 | 4,351.55 |
| 05/30/2018 | Deposit | | Acumen | ACUMEN FISCAL AG EDI PYMNTS | 1,738.35 | 6,089.90 |
| **Total for Uncategorized Income** | | | | | **$6,089.90** | |
| **Total for Income** | | | | | **$22,209.90** | |
| **Net Income** | | | | | **$22,209.90** | |

Case 17-12951-RG    Doc 97    Filed 06/27/18    Entered 06/27/18 11:49:31    Desc Main
Document    Page 6 of 18

## LEDGER ACCOUNT - RENT ROLL MONTHLY

Gua-Lgnino, Dianna

| | | | | | | | | RENT ROLL | May, 2018 |
| | | | | | | | | RUNNING BALANCE | 17120.00 |

| Unit Numb | ADDRESS | TENANT NAME | NOTE | NOTE2 | ACTUAL RATE | PAYMENT DATE | PAYMENT AMOUNT | Amount Owed | Previous Unpaid |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 194 Pine Street | JAYNE FREEMAN | | Check | 2,225.00 | 5/2/2018 | 2,225.00 | 0.00 | 0.00 |
| 1 | 252 Suydam Ave | STEPHEN - UNIT 1 | $100 parking | Check | 1,650.00 | 5/2/2018 | 1,750.00 | 0.00 | 0.00 |
| 2 | 252 Suydam Ave | DAVID - UNIT 2 - New Tenant move in 12/15 | | DEPOSIT | 1,950.00 | 5/7/2018 | 1,950.00 | 0.00 | 0.00 |
| 1 | 104 Lafayette | DRUVA / HERTZ - | $1k reimbursement to OG for PSEG bill | Deposit | 2,800.00 | 5/11/2018 | 3,800.00 | 0.00 | 0.00 |
| 1 | 287 Communipaw Ave | Andreas Hertz | reimbursement to | Check | 1,700.00 | 5/2/2018 | 2,100.00 | 0.00 | 0.00 |
| 2 | 287 Communipaw Ave | Ramsey | | Check | 2,425.00 | 5/6/2018 | 2,400.00 | TBD | 0.00 |
| 2 | 287 Communipaw Ave | Andrew Coyte | $25 overpayment applied to $500 | Check | 500.00 | 5/9/2018 | 525.00 | 0.00 | 475.00 |
| 2 | 287 Communipaw Ave | Jessie | | Check | 550.00 | 5/9/2018 | 550.00 | 0.00 | 2,100.00 |
| Garage 1 | 287 Communipaw Ave | Anthony (formerly Eli) | | Cash Deposited | 225.00 | 5/7/2018 | 225.00 | 0.00 | 0.00 |
| Garage 2 | 287 Communipaw Ave | Richard | | Cash Deposited | 200.00 | 5/7/2018 | 200.00 | | 0.00 |
| Garage 3 | 287 Communipaw Ave | Richard | $50 extra for a park spot | Cash Deposited | 200.00 | 5/7/2018 | 250.00 | 100.00 | 0.00 |
| Garage 4 | 287 Communipaw Ave | Andreas Hertz | | Check | 200.00 | 5/7/2018 | 200.00 | 0.00 | 0.00 |
| Garage 5 | 287 Communipaw Ave | Paz / Koby Benvenisti | | Check | 260.00 | 5/17/2018 | 520.00 | 0.00 | 0.00 |
| Garage 6 | 287 Communipaw Ave | John Ross | | NA | 200.00 | 5/1/2018 | TRADE | 0.00 | 0.00 |
| Garage 7 | 287 Communipaw Ave | John Ross | | NA | 200.00 | 5/1/2018 | TRADE | 0.00 | 0.00 |
| Garage 8 | 287 Communipaw Ave | Eli (one spot left, leaving end of June) | | Cash Deposited | 225.00 | 5/7/2018 | 225.00 | 0.00 | 0.00 |
| Garage 9 | 287 Communipaw Ave | To Be Rented | | NA | 250.00 | 5/1/2018 | PERSONAL | 0.00 | 0.00 |
| Garage 1 | 252 Suydam Ave | Paz / Koby Benvenisti | | Check | 250.00 | 5/17/2018 | 0.00 | 25.00 | 0.00 |
| Garage 2 | 252 Suydam Ave | Michael | 2 checks thru end of May | Check Deposited | 200.00 | 3/6/2018 | 0.00 | 0.00 | 0.00 |
| Garage 3 | 252 Suydam Ave | Anthony (formerly Eli) | | Cash Deposited | 200.00 | 5/7/2018 | 200.00 | 50.00 | 0.00 |
| Garage 4 | 252 Suydam Ave | New Tenant (formerly James) | | Lost check getting replacement | 200.00 | TBD | TBD | 200.00 | 0.00 |
| Garage 5 | 252 Suydam Ave | D. n .oorda | | Pre-Paid until July 1 | 200.00 | 4/9/2018 | 0.00 | 0.00 | 0.00 |

# Dianna Guadagnino May 1-31, 2018

## TRANSACTION DETAIL BY ACCOUNT
### May 2018

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 05/01/2018 | Expense | | Hotel | 401339  QUALITY INN 401339  QUALITY INN  701 2231911  * ND | CHAPTER 11 CHECKING (0334) | 238.72 | 238.72 |
| 05/01/2018 | Expense | | Contractor | CP301013  100 N MAIN CP301013  100 N MAIN  WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 362.95 | 601.67 |
| 05/01/2018 | Expense | | Netflix | 490641  NETFLIX COM 490641  NETFLIX COM  NETFLIX COM  * CA | CHAPTER 11 CHECKING (0334) | 8.52 | 610.19 |
| 05/02/2018 | Expense | | Amazon | 443106  AMAZON MKTPLACE PMTS 443106  AMAZON MKTPLACE PMTS WWW  WWW AMAZON CO * WA | CHAPTER 11 CHECKING (0334) | 39.95 | 650.14 |
| 05/02/2018 | Expense | | DMV | 422443  NJ MOTOR VEHICLE S 422443  NJ MOTOR VEHICLE S  HAMILTON  * NJ | CHAPTER 11 CHECKING (0334) | 100.00 | 750.14 |
| 05/02/2018 | Expense | | Storage | 432300  WATFORD CITY SELF STO 432300  WATFORD CITY SELF STORAG  701 651 6775  * ND | CHAPTER 11 CHECKING (0334) | 150.00 | 900.14 |
| 05/02/2018 | Expense | | Utility gas/electric | 423168  MCKENZIE ELECTRIC COO 423168  MCKENZIE ELECTRIC COOP MCKENZIEELECT * ND | CHAPTER 11 CHECKING (0334) | 533.69 | 1,433.83 |
| 05/03/2018 | Expense | | Amazon | 443106  AMAZON MKTPLACE PMTS 443106  AMAZON MKTPLACE PMTS WWW  WWW AMAZON CO * WA | CHAPTER 11 CHECKING (0334) | 34.99 | 1,468.82 |
| 05/03/2018 | Expense | | Amazon | 443106  AMAZON MKTPLACE PMTS 443106  AMAZON MKTPLACE PMTS WWW  WWW AMAZON CO * WA | CHAPTER 11 CHECKING (0334) | 204.90 | 1,673.72 |
| 05/03/2018 | Expense | | Quickbooks | 469216  INTUIT  QB ONLINE 469216  INTUIT  QB ONLINE  800 286 6800  * CA | CHAPTER 11 CHECKING (0334) | 35.00 | 1,708.72 |
| 05/03/2018 | Expense | | Amazon | 469216  AMAZON MKTPLACE PMTS 469216  AMAZON MKTPLACE PMTS AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 109.95 | 1,818.67 |
| 05/03/2018 | Expense | | Storage | 444500  PUBLIC STORAGE 29226 444500  PUBLIC STORAGE 29226  800 567 0759 * NJ | CHAPTER 11 CHECKING (0334) | 237.85 | 2,056.52 |
| 05/03/2018 | Expense | | Keepers Self Storage | 427539  KEEPERS SELF STORAGE 427539  KEEPERS SELF STORAGE  201 9635292  * NJ | CHAPTER 11 CHECKING (0334) | 593.20 | 2,649.72 |
| 05/04/2018 | Expense | | Take out restaurant | 469216  SQ  COMMON GROUNDS CE 469216  SQ  COMMON GROUNDS CENEX WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 3.19 | 2,652.91 |
| 05/04/2018 | Expense | | Supermarket | 770446  CASH WISE FOODS  3042 770446  CASH WISE FOODS  3042  WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 335.85 | 2,988.76 |
| 05/04/2018 | Expense | | Amazon | 443106  AMAZON MKTPLACE PMTS 443106  AMAZON MKTPLACE PMTS WWW  WWW AMAZON CO * WA | CHAPTER 11 CHECKING (0334) | 123.82 | 3,112.58 |
| 05/04/2018 | Expense | | Amazon | 469216  AMAZON MKTPLACE PMTS 469216  AMAZON MKTPLACE PMTS AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 18.30 | 3,130.88 |
| 05/04/2018 | Expense | | Amazon | 469216  AMAZON MKTPLACE PMTS 469216  AMAZON MKTPLACE PMTS AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 34.49 | 3,165.37 |
| 05/07/2018 | Expense | | Book | 432300  PLAY MECHANIX INC 432300  PLAY MECHANIX INC  GLEN ELLYN  * IL | CHAPTER 11 CHECKING (0334) | 2.00 | 3,167.37 |
| 05/07/2018 | Expense | | Coffee | 449215  SQ  COMMON GROUNDS 449215  SQ  COMMON GROUNDS  WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 9.32 | 3,176.69 |

| DATE | TRANSACTION TYPE | NUM | NAME | DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---:|---:|
| 05/07/2018 | Expense | | Take out restaurant | 432300  OUTLAWS BAR  GRILL 432300  OUTLAWS BAR  GRILL     WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 27.50 | 3,204.19 |
| 05/07/2018 | Expense | | Coffee | 449215   SQ  COMMON GROUNDS 449215  SQ  COMMON GROUNDS      WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 3.19 | 3,207.38 |
| 05/07/2018 | Expense | | Adobe Software | 469216     NORTON  AP1256307010 469216  NORTON  AP1256307010     877 294 5265  * CA | CHAPTER 11 CHECKING (0334) | 117.28 | 3,324.66 |
| 05/07/2018 | Expense | | Apple iCloud | 469216    APL  ITUNES COM BILL 469216  APL  ITUNES COM BILL      866 712 7753 * CA | CHAPTER 11 CHECKING (0334) | 9.99 | 3,334.65 |
| 05/07/2018 | Expense | | Take out restaurant | 426979    GIOTTOS 426979    GIOTTOS       WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 24.50 | 3,359.15 |
| 05/08/2018 | Expense | | Apple iCloud | 469216    APL  ITUNES COM BILL 469216  APL  ITUNES COM BILL      866 712 7753 * CA | CHAPTER 11 CHECKING (0334) | 2.99 | 3,362.14 |
| 05/08/2018 | Expense | | Amazon | 443106       AMAZON COM AMZN COM B  443106       AMAZON COM AMZN COM BILL  AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 45.53 | 3,407.67 |
| 05/09/2018 | Expense | | Cable | 469216    DTV DIRECTV SERVICE 469216  DTV DIRECTV SERVICE       800 347 3288  * CA | CHAPTER 11 CHECKING (0334) | 152.78 | 3,560.45 |
| 05/09/2018 | Expense | | Gas Station | SVE41002  HOLIDAY STORE  435  SVE41002  HOLIDAY STORE  435  WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 153.00 | 3,713.45 |
| 05/09/2018 | Expense | | Cable | 469216    DTV DIRECTV SERVICE 469216  DTV DIRECTV SERVICE       800 347 3288  * CA | CHAPTER 11 CHECKING (0334) | 152.78 | 3,866.23 |
| 05/09/2018 | Expense | | Take out restaurant | 480166     TOKYO STEAK HOUSE 480166  TOKYO STEAK HOUSE         WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 180.60 | 4,046.83 |
| 05/09/2018 | Expense | | Supermarket | 442733    CASH WISE FOODS  30 442733  CASH WISE FOODS  30       WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 149.12 | 4,195.95 |
| 05/09/2018 | Expense | | Coffee | 449215   SQ  COMMON GROUNDS 449215  SQ  COMMON GROUNDS      WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 7.45 | 4,203.40 |
| 05/11/2018 | Expense | | Verizon Wireless | VERIZON WIRELESS PAYMENTS | CHAPTER 11 CHECKING (0334) | 199.86 | 4,403.26 |
| 05/14/2018 | Expense | | Municipal | 469216    ND SECRETARY OF STATE  469216    ND SECRETARY OF STATE  701 328 2901  * ND | CHAPTER 11 CHECKING (0334) | 5.50 | 4,408.76 |
| 05/14/2018 | Expense | | Coffee | 449215   SQ  COMMON GROUNDS 449215  SQ  COMMON GROUNDS      WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 3.19 | 4,411.95 |
| 05/14/2018 | Expense | | Restaurant | P374200   113 6TH AVE P374200   113 6TH AVE            WATFORD      * ND | CHAPTER 11 CHECKING (0334) | 202.50 | 4,614.45 |
| 05/14/2018 | Expense | | Transunion | 469216     TU  TRANSUNION 469216    TU  TRANSUNION       800 493 3292  * CA | CHAPTER 11 CHECKING (0334) | 19.95 | 4,634.40 |
| 05/14/2018 | Expense | | Office Supply | 469216    STARZ ENTERTAINMENT 469216  STARZ ENTERTAINMENT       855 247 9175  * CO | CHAPTER 11 CHECKING (0334) | 8.99 | 4,643.39 |
| 05/14/2018 | Expense | | Supermarket | 770446    CASH WISE FOODS  3042 770446  CASH WISE FOODS  3042      WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 130.69 | 4,774.08 |
| 05/15/2018 | Expense | | Restaurant | 469216    SQ  TOMATE MEXICAN GR  469216    SQ  TOMATE MEXICAN GRILL  WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 54.56 | 4,828.64 |
| 05/16/2018 | Expense | | Advertising Online | 449398    CRAIGSLIST ORG 449398    CRAIGSLIST ORG         415 399 5200  * CA | CHAPTER 11 CHECKING (0334) | 3.00 | 4,831.64 |
| 05/16/2018 | Expense | | Veterinary | 437735     PAW WATFORD CITY VETE | CHAPTER 11 | 788.40 | 5,620.04 |

| DATE | TRANSACTION TYPE | NUM | NAME | DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| | | | | 437735    PAW WATFORD CITY VETERIN WATFORD CITY  * ND | CHECKING (0334) | | |
| 05/16/2018 | Expense | | Veterinary | 437735    PAW WATFORD CITY VETE 437735    PAW WATFORD CITY VETERIN WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 46.86 | 5,666.90 |
| 05/17/2018 | Expense | | Restaurant | 432300    FOX HILLS GOLF COURSE 432300    FOX HILLS GOLF COURSE WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 55.24 | 5,722.14 |
| 05/17/2018 | Expense | | Coffee | 449215    SQ  COMMON GROUNDS 449215 SQ  COMMON GROUNDS     WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 10.12 | 5,732.26 |
| 05/18/2018 | Expense | | Book | 402121    LOOKBGALERT8779512233 402121    LOOKBGALERT8779512233 8779512233   G BR | CHAPTER 11 CHECKING (0334) | 44.85 | 5,777.11 |
| 05/21/2018 | Expense | | Salon | 469216    SQ  MONJORES HAIR DES 469216    SQ  MONJORES HAIR DESIGN WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 166.00 | 5,943.11 |
| 05/21/2018 | Expense | | Supermarket | 770446    CASH WISE FOODS  3042 770446 CASH WISE FOODS  3042    WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 136.12 | 6,079.23 |
| 05/21/2018 | Expense | | Take out restaurant | 426979    GIOTTOS 426979    GIOTTOS WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 50.81 | 6,130.04 |
| 05/21/2018 | Expense | | Take out restaurant | 426979    GIOTTOS 426979    GIOTTOS WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 37.63 | 6,167.67 |
| 05/21/2018 | Expense | | Supermarket | 770446    CASH WISE FOODS  3042 770446 CASH WISE FOODS  3042    WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 46.30 | 6,213.97 |
| 05/21/2018 | Expense | | Insurance | 469216    GEICO  AUTO 469216    GEICO AUTO          800 841 3000  * DC | CHAPTER 11 CHECKING (0334) | 286.79 | 6,500.76 |
| 05/21/2018 | Expense | | Command Center | 469029    COMMAND CENTER  INC 469029 COMMAND CENTER  INC       208 773 7450 * ID | CHAPTER 11 CHECKING (0334) | 103.20 | 6,603.96 |
| 05/22/2018 | Expense | | Family Dollar | 43076401   FAMILY DOLLAR 43076401 FAMILY DOLLAR         WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 226.05 | 6,830.01 |
| 05/22/2018 | Expense | | Coffee | 469216    SQ  COMMON GROUNDS CE 469216    SQ  COMMON GROUNDS CENEX WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 3.73 | 6,833.74 |
| 05/22/2018 | Expense | | Supermarket | 442733    CASH WISE FOODS  30 442733 CASH WISE FOODS  30      WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 79.43 | 6,913.17 |
| 05/23/2018 | Expense | | Contractor | CP301013   100 N MAIN CP301013   100 N MAIN           WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 502.95 | 7,416.12 |
| 05/24/2018 | Expense | | Take out restaurant | 426979    GIOTTOS 426979    GIOTTOS WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 27.42 | 7,443.54 |
| 05/25/2018 | Expense | | Family Dollar | 423168    FAMILY DOLLAR  11938 423168 FAMILY DOLLAR  11938    WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 62.45 | 7,505.99 |
| 05/25/2018 | Expense | | Contractor | CP301013   100 N MAIN CP301013   100 N MAIN           WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 502.95 | 8,008.94 |
| 05/25/2018 | Expense | | Wells Fargo | WF HOME MTG    AUTO PAY | CHAPTER 11 CHECKING (0334) | 1,673.08 | 9,682.02 |
| 05/29/2018 | Check | 5 | B of A Mortgage | CHECK # 5 | CHAPTER 11 CHECKING (0334) | 1,458.37 | 11,140.39 |
| 05/29/2018 | Expense | | Menards Home Repair | 314062    MNRD | CHAPTER 11 CHECKING (0334) | 2,069.33 | 13,209.72 |
| 05/29/2018 | Expense | | Contractor | 473309    HOME OF ECONOMY  7 473309 HOME OF ECONOMY  7      WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 585.70 | 13,795.42 |
| 05/29/2018 | Expense | | Contractor | 473309    HOME OF ECONOMY  7 473309 HOME OF ECONOMY  7      WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 63.64 | 13,859.06 |
| 05/29/2018 | Expense | | Carrington Mortgage | CARRINGTON      MORTGAGE | CHAPTER 11 | 1,759.16 | 15,618.22 |

| DATE | TRANSACTION TYPE | NUM | NAME | DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---:|---:|
| | | | | | CHECKING (0334) | | |
| 05/29/2018 | Expense | | Wells Fargo | WF HOME MTG    AUTO PAY | CHAPTER 11 CHECKING (0334) | 1,673.08 | 17,291.30 |
| 05/29/2018 | Expense | | Gas Station | 442733    KUM  GO 804 442733    KUM  GO  804            WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 77.53 | 17,368.83 |
| 05/29/2018 | Expense | | Gas Station | 319851    CENEX FARMERS UNION O 319851    CENEX FARMERS UNION OIL   WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 59.82 | 17,428.65 |
| 05/29/2018 | Expense | | Lumber | 463923    WATFORD CITY LUMBER A 463923    WATFORD CITY LUMBER ACE   WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 56.83 | 17,485.48 |
| 05/29/2018 | Expense | | Contractor | CP301013  100 N MAIN CP301013  100 N MAIN            WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 502.95 | 17,988.43 |
| 05/29/2018 | Expense | | Contractor | CP301013  100 N MAIN CP301013  100 N MAIN            WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 302.95 | 18,291.38 |
| 05/29/2018 | Expense | | Apple iCloud | 469216    APL  ITUNES COM BILL 469216    APL  ITUNES COM BILL    866 712 7753  * CA | CHAPTER 11 CHECKING (0334) | 10.64 | 18,302.02 |
| 05/29/2018 | Expense | | Apple iCloud | 469216    APL  ITUNES COM BILL 469216    APL  ITUNES COM BILL    866 712 7753  * CA | CHAPTER 11 CHECKING (0334) | 9.99 | 18,312.01 |
| 05/29/2018 | Expense | | Command Center | 469029    COMMAND CENTER  INC 469029    COMMAND CENTER  INC    208 773 7450  * ID | CHAPTER 11 CHECKING (0334) | 1,078.20 | 19,390.21 |
| 05/29/2018 | Expense | | Take out restaurant | 432300    OUTLAWS BAR  GRILL 432300    OUTLAWS BAR  GRILL        WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 78.11 | 19,468.32 |
| 05/29/2018 | Expense | | Take out restaurant | 426979    GIOTTOS 426979    GIOTTOS   WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 56.46 | 19,524.78 |
| 05/29/2018 | Expense | | Equipment Rental | 444500    U HAULSTORQUEST SELF 444500    U HAULSTORQUEST SELF STO   WATFORD CIT  * ND | CHAPTER 11 CHECKING (0334) | 375.59 | 19,900.37 |
| 05/30/2018 | Expense | | Supermarket | 02291455  NDGSW JACK   JILL 02291455  NDGSW JACK   JILL        WATFORD    *  ND | CHAPTER 11 CHECKING (0334) | 72.28 | 19,972.65 |
| 05/30/2018 | Expense | | Restaurant | P366466    104 3RD AVE NE P366466    104 3RD AVE NE            WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 202.50 | 20,175.15 |
| 05/30/2018 | Expense | | Utility gas/electric | PUBLIC SERVICE  PSEG | CHAPTER 11 CHECKING (0334) | 1,400.00 | 21,575.15 |
| 05/30/2018 | Expense | | Longo Insurance | PREMIUM ASSIGNME INSUR.PMT. | CHAPTER 11 CHECKING (0334) | 249.63 | 21,824.78 |
| 05/30/2018 | Expense | | Coffee | 449215    SQ  COMMON GROUNDS 449215    SQ  COMMON GROUNDS        WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 23.96 | 21,848.74 |
| 05/31/2018 | Expense | | Supermarket | 02291455  NDGSW JACK   JILL 02291455  NDGSW JACK   JILL        WATFORD    *  ND | CHAPTER 11 CHECKING (0334) | 16.47 | 21,865.21 |
| 05/31/2018 | Expense | | Take out restaurant | 426979    GIOTTOS 426979    GIOTTOS   WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 52.68 | 21,917.89 |
| 05/31/2018 | Expense | | Netflix | 490641    NETFLIX COM 490641    NETFLIX COM            NETFLIX COM  * CA | CHAPTER 11 CHECKING (0334) | 8.52 | 21,926.41 |
| 05/31/2018 | Expense | | Cable | 469216    DTV DIRECTV SERVICE 469216   DTV DIRECTV SERVICE    800 347 3288  * CA | CHAPTER 11 CHECKING (0334) | 354.19 | 22,280.60 |
| 05/31/2018 | Expense | | Supermarket | 02295224  NDGSW JACK   JILL 02295224  NDGSW JACK   JILL        WATFORD    *  ND | CHAPTER 11 CHECKING (0334) | 71.41 | 22,352.01 |


**Bank**
America's Most Convenient Bank®        E    STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ
287 COMMUNIPAW AVE
JERSEY CITY NJ  07304

Page:                                  1 of 8
Statement Period:     May 01 2018-May 31 2018
Cust Ref #:                 4340580334-039-E-***
Primary Account #:                 434-0580334

## Chapter 11 Checking

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Account # 434-0580334

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 4,315.99 | Average Collected Balance | 13,097.35 |
| Deposits | 17,120.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 5,089.90 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 1,458.37 | Days in Period | 31 |
| Electronic Payments | 20,893.64 | | |
| Ending Balance | 4,173.88 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/02 | DEPOSIT | 6,175.00 |
| 05/07 | DEPOSIT | 3,500.00 |
| 05/07 | DEPOSIT | 1,950.00 |
| 05/07 | DEPOSIT | 100.00 |
| 05/10 | DEPOSIT | 1,075.00 |
| 05/11 | DEPOSIT | 3,800.00 |
| 05/17 | DEPOSIT | 520.00 |
| | Subtotal: | 17,120.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/09 | DEBIT CARD CREDIT, *****04017405832, AUT 050918 VISA DDA REF DTV DIRECTV SERVICES    800 347 3288  * CA | 152.78 |
| 05/15 | ACH DEPOSIT, ACUMEN FISCAL AG EDI PYMNTS ND****D59540582 | 3,158.77 |
| 05/21 | DEBIT CARD CREDIT, *****04017405832, AUT 051918 VISA DDA REF WATFORD CITY EVENT CENTE    WATFORD CITY * ND | 40.00 |
| 05/30 | ACH DEPOSIT, ACUMEN FISCAL AG EDI PYMNTS ND****D59540901 | 1,738.35 |
| | Subtotal: | 5,089.90 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Page: 2 of 8

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance    4,173.88

② Total Deposits    +

③ Sub Total

④ Total Withdrawals    -

⑤ Adjusted Balance

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ② |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ④ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

| | |
|---|---|
| Page: | 3 of 8 |
| Statement Period: | May 01 2018-May 31 2018 |
| Cust Ref #: | 4340580334-039-E-*** |
| Primary Account #: | 434-0580334 |

## DAILY ACCOUNT ACTIVITY

**Checks Paid**  No. Checks: 1   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 05/29 | 5 | 1,458.37 |
| | Subtotal: | 1,458.37 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/01 | NONTD ATM DEBIT, *****04017405832, AUT 050118 DDA WITHDRAW<br>100 N MAIN      WATFORD CITY * ND | 362.95 |
| 05/01 | DEBIT CARD PURCHASE, *****04017405832, AUT 042818 VISA DDA PUR<br>QUALITY INN      701 2231911  * ND | 238.72 |
| 05/01 | DEBIT CARD PURCHASE, *****04017405832, AUT 043018 VISA DDA PUR<br>NETFLIX COM      NETFLIX COM  * CA | 8.52 |
| 05/02 | DEBIT CARD PURCHASE, *****04017405832, AUT 050118 VISA DDA PUR<br>MCKENZIE ELECTRIC COOP    MCKENZIEELECT * ND | 533.69 |
| 05/02 | DEBIT CARD PAYMENT, *****04017405832, AUT 050118 VISA DDA PUR<br>WATFORD CITY SELF STORAG    701 651 6775  * ND | 150.00 |
| 05/02 | DEBIT CARD PURCHASE, *****04017405832, AUT 050118 VISA DDA PUR<br>NJ MOTOR VEHICLE S    HAMILTON    * NJ | 100.00 |
| 05/02 | DEBIT CARD PURCHASE, *****04017405832, AUT 043018 VISA DDA PUR<br>AMAZON MKTPLACE PMTS WWW    WWW  AMAZON CO * WA | 39.95 |
| 05/03 | DEBIT CARD PURCHASE, *****04017405832, AUT 050218 VISA DDA PUR<br>KEEPERS SELF STORAGE      201 9635292  * NJ | 593.20 |
| 05/03 | DEBIT CARD PAYMENT, *****04017405832, AUT 050218 VISA DDA PUR<br>PUBLIC STORAGE 29226      800 567 0759  * NJ | 237.85 |
| 05/03 | DEBIT CARD PURCHASE, *****04017405832, AUT 043018 VISA DDA PUR<br>AMAZON MKTPLACE PMTS WWW    WWW  AMAZON CO * WA | 204.90 |
| 05/03 | DEBIT CARD PURCHASE, *****04017405832, AUT 050218 VISA DDA PUR<br>AMAZON MKTPLACE PMTS      AMZN COM BILL * WA | 109.95 |
| 05/03 | DEBIT CARD PAYMENT, *****04017405832, AUT 050218 VISA DDA PUR<br>INTUIT  QB ONLINE      800 286 6800  * CA | 35.00 |
| 05/03 | DEBIT CARD PURCHASE, *****04017405832, AUT 050218 VISA DDA PUR<br>AMAZON MKTPLACE PMTS WWW    WWW  AMAZON CO * WA | 34.99 |
| 05/04 | DEBIT POS, *****04017405832, AUT 050318 DDA PURCH W/CB<br>CASH WISE FOODS 3042    WATFORD CITY * ND | 335.85 |
| 05/04 | DEBIT CARD PURCHASE, *****04017405832, AUT 050318 VISA DDA PUR<br>AMAZON MKTPLACE PMTS WWW    WWW  AMAZON CO * WA | 123.82 |
| 05/04 | DEBIT CARD PURCHASE, *****04017405832, AUT 050218 VISA DDA PUR<br>AMAZON MKTPLACE PMTS      AMZN COM BILL * WA | 34.49 |
| 05/04 | DEBIT CARD PURCHASE, *****04017405832, AUT 050218 VISA DDA PUR<br>AMAZON MKTPLACE PMTS      AMZN COM BILL * WA | 18.30 |
| 05/04 | DEBIT CARD PURCHASE, *****04017405832, AUT 050318 VISA DDA PUR<br>SQ  COMMON GROUNDS CENEX   WATFORD CITY * ND | 3.19 |
| 05/07 | DEBIT CARD PAYMENT, *****04017405832, AUT 050518 VISA DDA PUR<br>NORTON  AP1256307010    877 294 5265  * CA | 117.28 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 4 of 8
Statement Period: May 01 2018-May 31 2018
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 05/07 | DEBIT CARD PURCHASE, *****04017405832, AUT 050518 VISA DDA PUR<br>OUTLAWS BAR   GRILL     WATFORD CITY  * ND | 27.50 |
| 05/07 | DEBIT CARD PURCHASE, *****04017405832, AUT 050518 VISA DDA PUR<br>GIOTTOS              WATFORD CITY  * ND | 24.50 |
| 05/07 | DEBIT CARD PURCHASE, *****04017405832, AUT 050418 VISA DDA PUR<br>APL  ITUNES COM BILL    866 712 7753  * CA | 9.99 |
| 05/07 | DEBIT CARD PURCHASE, *****04017405832, AUT 050418 VISA DDA PUR<br>SQ  COMMON GROUNDS       WATFORD CITY  * ND | 9.32 |
| 05/07 | DEBIT CARD PURCHASE, *****04017405832, AUT 050518 VISA DDA PUR<br>SQ  COMMON GROUNDS       WATFORD CITY  * ND | 3.19 |
| 05/07 | DEBIT CARD PURCHASE, *****04017405832, AUT 050518 VISA DDA PUR<br>PLAY MECHANIX INC       GLEN ELLYN    * IL | 2.00 |
| 05/08 | DEBIT CARD PURCHASE, *****04017405832, AUT 050618 VISA DDA PUR<br>AMAZON COM AMZN COM BILL   AMZN COM BILL * WA | 45.53 |
| 05/08 | DEBIT CARD PURCHASE, *****04017405832, AUT 050718 VISA DDA PUR<br>APL  ITUNES COM BILL    866 712 7753  * CA | 2.99 |
| 05/09 | DEBIT CARD PURCHASE, *****04017405832, AUT 050718 VISA DDA PUR<br>TOKYO STEAK HOUSE       WATFORD CITY  * ND | 180.60 |
| 05/09 | NONTD ATM DEBIT, *****04017405832, AUT 050918 DDA WITHDRAW<br>HOLIDAY STORE  435      WATFORD CITY  * ND | 153.00 |
| 05/09 | DEBIT CARD PURCHASE, *****04017405832, AUT 050718 VISA DDA PUR<br>DTV DIRECTV SERVICE     800 347 3288  * CA | 152.78 |
| 05/09 | DEBIT CARD PURCHASE, *****04017405832, AUT 050718 VISA DDA PUR<br>DTV DIRECTV SERVICE     800 347 3288  * CA | 152.78 |
| 05/09 | DEBIT CARD PURCHASE, *****04017405832, AUT 050818 VISA DDA PUR<br>CASH WISE FOODS  30     WATFORD CITY  * ND | 149.12 |
| 05/09 | DEBIT CARD PURCHASE, *****04017405832, AUT 050818 VISA DDA PUR<br>SQ  COMMON GROUNDS       WATFORD CITY  * ND | 7.45 |
| 05/11 | ACH DEBIT, VERIZON WIRELESS PAYMENTS ****14696200001 | 199.86 |
| 05/14 | NONTD ATM DEBIT, *****04017405832, AUT 051318 DDA WITHDRAW<br>113 6TH AVE           WATFORD       * ND | 202.50 |
| 05/14 | DEBIT CARD PURCHASE, *****04017405832, AUT 051218 VISA DDA PUR<br>CASH WISE FOODS  3042    WATFORD CITY  * ND | 130.69 |
| 05/14 | DEBIT CARD PAYMENT, *****04017405832, AUT 051118 VISA DDA PUR<br>TU  TRANSUNION         800 493 3292  * CA | 19.95 |
| 05/14 | DEBIT CARD PAYMENT, *****04017405832, AUT 051218 VISA DDA PUR<br>STARZ ENTERTAINMENT      855 247 9175  * CO | 8.99 |
| 05/14 | DEBIT CARD PURCHASE, *****04017405832, AUT 051018 VISA DDA PUR<br>ND SECRETARY OF STATE    701 328 2901  * ND | 5.50 |
| 05/14 | DEBIT CARD PURCHASE, *****04017405832, AUT 051318 VISA DDA PUR<br>SQ  COMMON GROUNDS       WATFORD CITY  * ND | 3.19 |
| 05/15 | DEBIT CARD PURCHASE, *****04017405832, AUT 051418 VISA DDA PUR<br>SQ  TOMATE MEXICAN GRILL   WATFORD CITY  * ND | 54.56 |



# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 5 of 8
Statement Period: May 01 2018-May 31 2018
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/16 | DEBIT CARD PURCHASE, *****04017405832, AUT 051518 VISA DDA PUR<br>PAW WATFORD CITY VETERIN    WATFORD CITY  * ND | 788.40 |
| 05/16 | DEBIT CARD PURCHASE, *****04017405832, AUT 051518 VISA DDA PUR<br>PAW WATFORD CITY VETERIN    WATFORD CITY  * ND | 46.86 |
| 05/16 | DEBIT CARD PURCHASE, *****04017405832, AUT 051418 VISA DDA PUR<br>CRAIGSLIST ORG         415 399 5200  * CA | 3.00 |
| 05/17 | DEBIT CARD PURCHASE, *****04017405832, AUT 051618 VISA DDA PUR<br>FOX HILLS GOLF COURSE     WATFORD CITY  * ND | 55.24 |
| 05/17 | DEBIT CARD PURCHASE, *****04017405832, AUT 051618 VISA DDA PUR<br>SQ  COMMON GROUNDS      WATFORD CITY  * ND | 10.12 |
| 05/18 | DEBIT CARD PURCHASE, *****04017405832, AUT 051718 VISA DDA PUR<br>LOOKBGALERT8779512233    8779512233   G BR | 44.85 |
| 05/21 | DEBIT CARD PAYMENT, *****04017405832, AUT 051918 VISA DDA PUR<br>GEICO   AUTO        800 841 3000  * DC | 286.79 |
| 05/21 | DEBIT CARD PURCHASE, *****04017405832, AUT 051818 VISA DDA PUR<br>SQ  MONJORES HAIR DESIGN    WATFORD CITY  * ND | 166.00 |
| 05/21 | DEBIT CARD PURCHASE, *****04017405832, AUT 052018 VISA DDA PUR<br>CASH WISE FOODS  3042     WATFORD CITY  * ND | 136.12 |
| 05/21 | DEBIT CARD PURCHASE, *****04017405832, AUT 051718 VISA DDA PUR<br>COMMAND CENTER  INC     208 773 7450  * ID | 103.20 |
| 05/21 | DEBIT CARD PURCHASE, *****04017405832, AUT 051918 VISA DDA PUR<br>GIOTTOS             WATFORD CITY  * ND | 50.81 |
| 05/21 | DEBIT CARD PURCHASE, *****04017405832, AUT 052118 VISA DDA PUR<br>CASH WISE FOODS  3042     WATFORD CITY  * ND | 46.30 |
| 05/21 | DEBIT CARD PURCHASE, *****04017405832, AUT 051718 VISA DDA PUR<br>GIOTTOS             WATFORD CITY  * ND | 37.63 |
| 05/22 | DEBIT POS, *****04017405832, AUT 052118 DDA PURCH W/CB<br>FAMILY DOLLAR         WATFORD CITY  * ND | 226.05 |
| 05/22 | DEBIT CARD PURCHASE, *****04017405832, AUT 052118 VISA DDA PUR<br>CASH WISE FOODS  30      WATFORD CITY  * ND | 79.43 |
| 05/22 | DEBIT CARD PURCHASE, *****04017405832, AUT 052118 VISA DDA PUR<br>SQ  COMMON GROUNDS CENEX   WATFORD CITY  * ND | 3.73 |
| 05/23 | NONTD ATM DEBIT, *****04017405832, AUT 052318 DDA WITHDRAW<br>100 N MAIN          WATFORD CITY  * ND | 502.95 |
| 05/24 | DEBIT CARD PURCHASE, *****04017405832, AUT 052218 VISA DDA PUR<br>GIOTTOS             WATFORD CITY  * ND | 27.42 |
| 05/25 | ACH DEBIT, WF HOME MTG AUTO PAY ****796958 | 1,673.08 |
| 05/25 | NONTD ATM DEBIT, *****04017405832, AUT 052518 DDA WITHDRAW<br>100 N MAIN          WATFORD CITY  * ND | 502.95 |
| 05/25 | DEBIT CARD PURCHASE, *****04017405832, AUT 052418 VISA DDA PUR<br>FAMILY DOLLAR  11938     WATFORD CITY  * ND | 62.45 |
| 05/29 | DEBIT CARD PURCHASE, *****04017405832, AUT 052518 VISA DDA PUR<br>MNRD WILLISTON 405 32ND    WILLISTON    * ND | 2,069.33 |
| 05/29 | ACH DEBIT, CARRINGTON MORTGAGE ****013438 | 1,759.16 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page:                                   6 of 8
Statement Period:    May 01 2018-May 31 2018
Cust Ref #:                4340580334-039-E-***
Primary Account #:              434-0580334

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 05/29 | ACH DEBIT, WF HOME MTG AUTO PAY ****796958 | 1,673.08 |
| 05/29 | DEBIT CARD PURCHASE, *****04017405832, AUT 052218 VISA DDA PUR<br>COMMAND CENTER INC    208 773 7450 * ID | 1,078.20 |
| 05/29 | DEBIT CARD PURCHASE, *****04017405832, AUT 052618 VISA DDA PUR<br>HOME OF ECONOMY 7    WATFORD CITY * ND | 585.70 |
| 05/29 | NONTD ATM DEBIT, *****04017405832, AUT 052718 DDA WITHDRAW<br>100 N MAIN    WATFORD CITY * ND | 502.95 |
| 05/29 | DEBIT CARD PURCHASE, *****04017405832, AUT 052618 VISA DDA PUR<br>U HAULSTORQUEST SELF STO   WATFORD CIT * ND | 375.59 |
| 05/29 | NONTD ATM DEBIT, *****04017405832, AUT 052818 DDA WITHDRAW<br>100 N MAIN    WATFORD CITY * ND | 302.95 |
| 05/29 | DEBIT CARD PURCHASE, *****04017405832, AUT 052418 VISA DDA PUR<br>OUTLAWS BAR GRILL    WATFORD CITY * ND | 78.11 |
| 05/29 | DEBIT CARD PURCHASE, *****04017405832, AUT 052518 VISA DDA PUR<br>KUM GO 804    WATFORD CITY * ND | 77.53 |
| 05/29 | DEBIT CARD PURCHASE, *****04017405832, AUT 052718 VISA DDA PUR<br>HOME OF ECONOMY 7    WATFORD CITY * ND | 63.64 |
| 05/29 | DEBIT CARD PURCHASE, *****04017405832, AUT 052718 VISA DDA PUR<br>CENEX FARMERS UNION OIL   WATFORD CITY * ND | 59.82 |
| 05/29 | DEBIT CARD PURCHASE, *****04017405832, AUT 052718 VISA DDA PUR<br>WATFORD CITY LUMBER ACE   WATFORD CITY * ND | 56.83 |
| 05/29 | DEBIT CARD PURCHASE, *****04017405832, AUT 052618 VISA DDA PUR<br>GIOTTOS    WATFORD CITY * ND | 56.46 |
| 05/29 | DEBIT CARD PURCHASE, *****04017405832, AUT 052518 VISA DDA PUR<br>APL ITUNES COM BILL    866 712 7753 * CA | 10.64 |
| 05/29 | DEBIT CARD PURCHASE, *****04017405832, AUT 052518 VISA DDA PUR<br>APL ITUNES COM BILL    866 712 7753 * CA | 9.99 |
| 05/30 | ACH DEBIT, PUBLIC SERVICE PSEG ****24562007 | 1,400.00 |
| 05/30 | ELECTRONIC PMT-WEB, PREMIUM ASSIGNME INSUR.PMT. WEB INS PMT | 249.63 |
| 05/30 | NONTD ATM DEBIT, *****04017405832, AUT 053018 DDA WITHDRAW<br>104 3RD AVE NE    WATFORD CITY * ND | 202.50 |
| 05/30 | DEBIT POS, *****04017405832, AUT 053018 DDA PURCHASE<br>NDGSW JACK JILL    WATFORD * ND | 72.28 |
| 05/30 | DEBIT CARD PURCHASE, *****04017405832, AUT 052918 VISA DDA PUR<br>SQ COMMON GROUNDS    WATFORD CITY * ND | 23.96 |
| 05/31 | DEBIT CARD PURCHASE, *****04017405832, AUT 052918 VISA DDA PUR<br>DTV DIRECTV SERVICE    800 347 3288 * CA | 354.19 |
| 05/31 | DEBIT POS, *****04017405832, AUT 053018 DDA PURCHASE<br>NDGSW JACK JILL    WATFORD * ND | 71.41 |



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 7 of 8
Statement Period: May 01 2018-May 31 2018
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 05/31 | DEBIT CARD PURCHASE, *****04017405832, AUT 052918 VISA DDA PUR<br>GIOTTOS          WATFORD CITY * ND | 52.68 |
| 05/31 | DEBIT POS, *****04017405832, AUT 053118 DDA PURCHASE<br>NDGSW JACK   JILL       WATFORD    * ND | 16.47 |
| 05/31 | DEBIT CARD PAYMENT, *****04017405832, AUT 053018 VISA DDA PUR<br>NETFLIX COM       NETFLIX COM  * CA | 8.52 |
| | Subtotal: | 20,893.64 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---:|---|---:|
| 04/30 | 4,315.99 | 05/16 | 18,560.64 |
| 05/01 | 3,705.80 | 05/17 | 19,015.28 |
| 05/02 | 9,057.16 | 05/18 | 18,970.43 |
| 05/03 | 7,841.27 | 05/21 | 18,183.58 |
| 05/04 | 7,325.62 | 05/22 | 17,874.37 |
| 05/07 | 12,681.84 | 05/23 | 17,371.42 |
| 05/08 | 12,633.32 | 05/24 | 17,344.00 |
| 05/09 | 11,990.37 | 05/25 | 15,105.52 |
| 05/10 | 13,065.37 | 05/29 | 4,887.17 |
| 05/11 | 16,665.51 | 05/30 | 4,677.15 |
| 05/14 | 16,294.69 | 05/31 | 4,173.88 |
| 05/15 | 19,398.90 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 8 of 8
Statement Period: May 01 2018-May 31 2018
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334



#5     05/29     $1,458.37