# CULLEN and DYKMAN LLP

DAVID EDELBERG
PARTNER
dedelberg@cullenanddykman.com

Continental Plaza
433 Hackensack Avenue
Hackensack, New Jersey 07601
Telephone (201) 488-1300  •  Facsimile (201) 488-6541

July 11, 2017

<u>By ECF</u>
Clerk
United States Bankruptcy Court
50 Walnut Street
Newark, New Jersey 07102

  Re: **In re Dianna Guadagnino**
    **Case No.: 17-12951**

    **Office of the United States Trustee's Motion to Convert Debtors**
    **Chapter 11 Case to Chapter 7**
    **Hearing Date: July 17, 2018 at 11:00 a.m.**

Dear Sir or Madam:

  This firm represents Dianna Guadagnino in the above referenced matter. This letter shall confirm that the court has granted an adjournment of the hearing on the Trustee's motion to convert currently scheduled for July 17, 2018 at 11:00 a.m. to August 15, 2018 at 2:00 p.m. Thank you.

            Sincerely,

            CULLEN AND DYKMAN LLP

            David Edelberg

DE/tm
cc: David Gerardi, Esq. (By email: david.gerardi@usdoj.gov)
   Dianna Guadagnino (By email: diannanyc@hotmail.com)

F:\EDELBERG\Guadagnino Dianna\Correspondence\Clerk Adj. Motion to Convert 7.11.18.doc

*Founded 1850*

BROOKLYN  LONG ISLAND  MANHATTAN  WASHINGTON, D.C.  ALBANY  NEW JERSEY