UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

CULLEN AND DYKMAN, LLP
433 Hackensack Avenue
Hackensack, New Jersey 07601
(201) 488-1300 (Tel.)
(201) 488-6541 (Fax)
David Edelberg, Esq.
dedelberg@cullenanddykman.com
Counsel to Dianna Guadagnino

| | |
|---|---|
| In Re: Dianna Guadagnino, Debtor. | Case No.: 17-12951 (RG) <br> Chapter: 11 <br> Judge: Rosemary Gambardell |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:    NJSVS Surcharge Violation
(Example: John Smith, creditor)

Old address:    PO Box 4850
Trenton, NJ 08650-4850

New address:    PO Box 1502
Morristown, NJ 08057

New phone no.:_____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 7/23/18    /s/ David Edelberg
Signature

rev.2/1/16