UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**CULLEN AND DYKMAN LLP**
433 Hackensack Avenue
Hackensack, New Jersey 07601
(201) 488-1300 (Tel)
(201) 488-6541 (Fax)
David Edelberg, Esq. (DE-6258)
Counsel to Dianna Guadagnino

In Re:

DIANNA GUADAGNINO,
                                    Debtor.

Order Filed on July 31, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:        17-12951 (RG)

Chapter:         11 (Small Business)

Judge:           Rosemary Gambardella

### ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT, FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF THE PLAN, AND FIXING THE TIME FOR FILING OBJECTIONS TO THE DISCLOSURE STATEMENT AND TO THE CONFIRMATION OF THE PLAN, COMBINED WITH NOTICE THEREOF AND OF THE HEARING ON FINAL APPROVAL OF THE DISCLOSURE STATEMENT AND THE HEARING ON CONFIRMATION OF THE PLAN

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 31, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

This matter having been opened to the Court by_____Dianna Guadagnino_____,
Plan Proponent, through counsel, _____Cullen and Dykman LLP_____, upon the filing of a
Small Business Plan and Small Business Disclosure Statement dated _____July 31, 2018_____
under Chapter 11 of the United States Bankruptcy Code; it is

**ORDERED**, and notice is hereby given, that:

A.  The Disclosure Statement dated _____July 31, 2018_____ and filed by the
    Debtor is conditionally approved.

B.  Within two (2) days after the entry of this Order, the Plan, the Disclosure
    Statement and a ballot conforming to Official Form 14 shall be mailed to creditors,
    equity security holders, and other parties in interest, and shall be transmitted to the
    United States Trustee.

C.  ___September 11, 2018___ is fixed as the last day for filing and serving
    written objections to the Disclosure Statement and confirmation of the Plan.

D.  ___September 11, 2018___ is fixed as the last day for filing written
    acceptances or rejections of the Plan under D.N.J. LBR 3018-1.

E.  A hearing shall be held on ___September 18, 2018___ at _11:00 a.m._
    (a date within 45 days of the filing of the Plan) for final approval of the Disclosure
    Statement (if a written objection has been timely filed) and for confirmation of the
    Plan before the Honorable ___Rosemary Gambardella___, United States
    Bankruptcy Court, District of New Jersey, 50 Walnut Street, Newark, New Jersey,
    in Courtroom ___3E___.

*rev.10/1/15*

2