UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**CULLEN AND DYKMAN, LLP**
433 Hackensack Avenue
Hackensack, NJ 07601
(201) 488-1300 (Tel)
(201) 488-6541 (Fax)
David Edelberg, Esq.
Counsel to Dianna Guadagnino

| | |
|---|---|
| In Re:<br><br>DIANNA GUADAGNINO,<br><br>                     Debtor. | Chapter 11<br><br>Case No.: 17-12951 (RG)<br><br>Judge: Rosemary Gambardella |

## CERTIFICATION OF SERVICE

1.     I, Tania Marienthal:

☐ represent _____ in this matter.

☒  am the secretary/paralegal for David Edelberg, who represents Dianna Guadagnino in this matter.

☐ am the _____ in this case and am representing myself.

2.     On August 2, 2018, I sent a copy of Debtor's Small Business Combined Plan of Liquidation and Disclosure Statement, Order Conditionally Approving Disclosure Statement filed June 22, 2018, Ballot and this Certification of Service to the parties in the attached chart by regular mail.

3.     I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: August 2, 2018

                                      /s/ Tania Marienthal
                                      Tania Marienthal

F:\EDELBERG\Guadagnino Dianna\Pleadings\Certification of Service - Ballot Notice 7.31.18.doc

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Mitchell B. Hausman, Trustee Office of the United States Trustee One Newark Center, Suite 2100 Newark, New Jersey 07102 Mitchell.b.hausman@usdoj.gov | United States Trustee | ☐ Hand-delivered ☐ Regular mail ☐ Certified mail/RRR ☐ Other ECF (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Dianna Guadagnino 287 Communipaw Avenue Jersey City, NJ 07304 | Debtor | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RRR ☐ Other_____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Robert S. Roglieri, Esq. Trenk, DiPasquale, Della Fera & Sodono, P.C. 347 Mt. Pleasant Avenue, Suite 300 West Orange, NJ 07052 rroglieri@trenklawfirm.com | Attorneys for Donald V. Biase | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RRR ☐ Other_____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Shoshana Schiff, Esq. Trenk, DiPasquale, Della Fera & Sodono, P.C. 347 Mt. Pleasant Avenue, Suite 300 West Orange, NJ 07052 sschiff@trenklawfirm.com | Attorneys for Donald V. Biase | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RRR ☐ Other_____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Emmanuel J. Argentieri, Esq. Romano Garubo & Argentieri LLC 52 Newton Ave., PO Box 456 Woodbury, NJ 08096 | Counsel for M&T Bank | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RRR ☐ Other_____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| William M.E. Powers, Esq. Powers Kim, LLC 728 Marne Highway, Suite 200 Moorestown, NJ 08057 | Counsel for US Bank National Association as Trustee for MASTR Asset Packed Securities Trust | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RRR ☐ Other_____ (As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Nicholas P. Edwards, Esq.<br>Shelton, Harrison & Pinson, PLLC<br>701 Highlander Blvd., Suite 270<br>Arlington, TX 76015 | Counsel for Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br><sub>(As authorized by the Court or by rule. Cite the rule if applicable.)</sub> |
| Dean Prober, Esq.<br>Prober & Raphael<br>20750 Ventura Blvd., Suite 100<br>Woodland Hills, CA 91364 | Counsel for Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br><sub>(As authorized by the Court or by rule. Cite the rule if applicable.)</sub> |
| Denise Carlon, Esq.<br>Brian C. Nicholas, Esq.<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108 | Counsel for Bank of America, N.A. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br><sub>(As authorized by the Court or by rule. Cite the rule if applicable.)</sub> |
| Valerie Smith, Sr. Manager<br>Synchrony Bank, c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541<br>claims@recoverycorp.com | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br><sub>(As authorized by the Court or by rule. Cite the rule if applicable.)</sub> |
| David Fishel<br>Liquidity Solutions, Inc.<br>One University Plaza<br>Suite 312<br>Hackensack, NJ 07601<br>lsi@liquiditysolutions.com | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br><sub>(As authorized by the Court or by rule. Cite the rule if applicable.)</sub> |
| Peter Proffit<br>Mohave Engineering<br>2153 E. Gordon Drive, Ste. 1<br>Kingman, Arizona 86409-2561 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br><sub>(As authorized by the Court or by rule. Cite the rule if applicable.)</sub> |
| Amara Faulkner<br>252 Duydam<br>Jersey City, NJ 07304-3306 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br><sub>(As authorized by the Court or by rule. Cite the rule if applicable.)</sub> |
| Andrews Hertz<br>287 Communipaw<br>Jersey City, NJ 07304-4003 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br><sub>(As authorized by the Court or by rule. Cite the rule if applicable.)</sub> |

| | | |
|---|---|---|
| Bank of America Home Loans<br>PO Box 31785<br>Tampa, FL 31785 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br><small>(As authorized by the Court or by rule. Cite the rule if applicable.)</small> |
| Basin Rock Oilfield Services<br>409 3rd Street, NW<br>Watford City, ND 58854-7335 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br><small>(As authorized by the Court or by rule. Cite the rule if applicable.)</small> |
| Brown Pruitt Wamaquanas<br>Ferrill & Dean, PC<br>600 North Carroll Ave.,<br>Ste. 100<br>Southlake, TX 76092-6496 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br><small>(As authorized by the Court or by rule. Cite the rule if applicable.)</small> |
| Brown Pruitt Wamaquanas<br>Ferrill & Dean PC<br>600 N Central Ave., Suite 100<br>Southlake, TX 76092 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br><small>(As authorized by the Court or by rule. Cite the rule if applicable.)</small> |
| Capital One<br>PO Box 60500<br>City of Industry, CA 91716-0500 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br><small>(As authorized by the Court or by rule. Cite the rule if applicable.)</small> |
| Capital One<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br><small>(As authorized by the Court or by rule. Cite the rule if applicable.)</small> |
| Carrington Mortgage Services<br>PO Box 3489<br>Anaheim, CA 92803-3489 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br><small>(As authorized by the Court or by rule. Cite the rule if applicable.)</small> |
| City of Jersey City<br>280 Grove Street Room 101<br>Jersey City, NJ 07302-3610 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br><small>(As authorized by the Court or by rule. Cite the rule if applicable.)</small> |
| Philip Allogramento, III<br>Connell Foley<br>85 Livingston Rd.<br>Roseland, NJ 07068-3790 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br><small>(As authorized by the Court or by rule. Cite the rule if applicable.)</small> |

| Creditor Bureau of Bismarck Inc. PO Box 1033 1929 N. Washington Street Bismarck, ND 58501-1616 | Creditor | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RRR ☐ Other_____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
|---|---|---|
| Dakota Sanitation PO Box 2637 Bismarck, ND 58502-2637 | Creditor | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RRR ☐ Other_____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Dan & Diana Roorda 2976 JFK Blvd., Apt. 4 Jersey City, NJ 07306-3832 | Creditor | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RRR ☐ Other_____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Dept. Treasury IRS PO Box 7346 Philadelphia PA 19101-7346 | Creditor | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RRR ☐ Other_____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Dianne Clemente 3207 Ramapo Court Riverdale, NJ 07457-1658 | Creditor | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RRR ☐ Other_____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Discover Bank Discover Products, Inc. PO Box 3025 New Albany, OH 43054-3025 | Creditor | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RRR ☐ Other_____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Discover Financial Services PO Box 6103 Carol Stream, IL 60197-6103 | Creditor | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RRR ☐ Other_____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Dr. Cela 18 E. 50th Street, Suite 11A New York, NY 10022-9105 | Creditor | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RRR ☐ Other_____ (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Dr. Schechner 18 E. 50th Street, Suite 11A NY, NY 10022-9105 | Creditor | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RRR ☐ Other_____ (As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Eli Benvenish<br>337 Whiton Street<br>Jersey City, NJ 07304 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule.  Cite the rule if applicable.) |
| Everest Receivables Services<br>5165 Broadway, Ste 112<br>Depew, NY 14043-4012 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule.  Cite the rule if applicable.) |
| Han Singh Song<br>287 Communipaw<br>Jersey City, NJ 07304-4003 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule.  Cite the rule if applicable.) |
| IRS<br>Centralized Insolvency<br>Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule.  Cite the rule if applicable.) |
| James Ventura<br>4412 Grand Avenue<br>North Bergen, NJ 7047-2643 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule.  Cite the rule if applicable.) |
| Jayne Freedman<br>194 Pine Street<br>Jersey City, NJ 07304-3304 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule.  Cite the rule if applicable.) |
| Jersey City Dept. Public Works<br>13-15 Linden Ave.<br>Jersey City, NJ 07305-4724 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule.  Cite the rule if applicable.) |
| Jersey City Fire Dept.<br>465 Marin Blvd.<br>Jersey City, NJ 07302-2111 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule.  Cite the rule if applicable.) |
| Jersey City Medical Center<br>355 Grand Street<br>Jersey City, NJ 07302-4321 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule.  Cite the rule if applicable.) |

| Joe Jehn<br>5690 Webster Street<br>Arvada, CO 80002-2579 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|---|---|---|
| John Ross<br>281 Varick Street<br>Hackensack, NJ 07602 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ken & Yolanda Young<br>252 Suydam<br>Jersey City, NJ 07304-3306 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Koby Benvenisti<br>2 Bollywood<br>Jersey City, NJ 07304-3301 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Lisa Broderick<br>2210 Beach Blvd.<br>Jacksonville Beach, FL 32250-2653 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Lisa Fennel<br>103 Lafayette Street<br>Jersey City, NJ 07304-3726 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| McKenzie County Hospital<br>Watford City Emergency Room<br>Collection<br>516 North Main Street<br>Watford City, ND 58854-7310 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Michael Ciechotski<br>200 Van Horn Street<br>Jersey City, NJ 07304-3320 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Montana Dakota Utility<br>PO Box 7608<br>Boise, ID 83707-1608 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| N.J. Division of Taxation<br>Bankruptcy Section<br>PO Box 245<br>Trenton, NJ 08695-0245 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|---|---|---|
| NJSVS Surcharge Violation<br>PO Box 1502<br>Morristown, NJ 08057-9704 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Navient<br>PO Box 9533<br>Wilkes Barre, PA 18773-9533 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Navient Solutions, Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706-1430 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Norm Friedland<br>1 Valley Road<br>Glen Cove, NY 11542 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| PSEG Direct Energy<br>PO Box 850<br>Lincolnshire, IL 60069-0850 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Pelosi Medical Center<br>350 Kennedy Blvd.<br>Bayonne, NJ 07002-1313 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Persy Ventura<br>199 Congress Street<br>Jersey City, NJ 07307-3415 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Retrieval Masters Credit<br>Bureau<br>PO Box 1235<br>Elmsford, NY 10523-0935 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Richard Gonzalez<br>83 Brunswick Street<br>Jersey City, NJ 07302 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br><span style="font-size:smaller">(As authorized by the Court or by rule. Cite the rule if applicable.)</span> |
| RMCB Inc.<br>4 Westchester Plaza<br>Elmsford, NY 10523-3835 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br><span style="font-size:smaller">(As authorized by the Court or by rule. Cite the rule if applicable.)</span> |
| Ramsey Mormon<br>287 Communipaw<br>Jersey City, NJ 07304-4003 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br><span style="font-size:smaller">(As authorized by the Court or by rule. Cite the rule if applicable.)</span> |
| State of NJ Surcharge Violation<br>PO Box 4850<br>Trenton, NJ 08650-4850 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br><span style="font-size:smaller">(As authorized by the Court or by rule. Cite the rule if applicable.)</span> |
| Suez<br>461 From Road<br>Paramus, NJ 07652-3526 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br><span style="font-size:smaller">(As authorized by the Court or by rule. Cite the rule if applicable.)</span> |
| State of NJ MVC<br>225 East State Street<br>Trenton, NJ 08666-0001 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br><span style="font-size:smaller">(As authorized by the Court or by rule. Cite the rule if applicable.)</span> |
| State of ND Sales Tax<br>Commission<br>600 East Boulevard Ave.<br>Bismarck, ND 58505-0601 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br><span style="font-size:smaller">(As authorized by the Court or by rule. Cite the rule if applicable.)</span> |
| The Corporation Company<br>2711 Centerville Road<br>Unit 400<br>Wilmington, DE 19808-1645 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br><span style="font-size:smaller">(As authorized by the Court or by rule. Cite the rule if applicable.)</span> |
| Tsigonia Paint Sales<br>464 Communipaw<br>Jersey City, NJ 07304-2934 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br><span style="font-size:smaller">(As authorized by the Court or by rule. Cite the rule if applicable.)</span> |

| | | |
|---|---|---|
| University Radiology Group<br>1129 Bloomfield Ave.<br>Caldwell, NJ 07006-7127 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Vivian Martinez<br>c/o Law Office of Parick Patel<br>580 Newark Ave., Ste. B<br>Jersey City, NJ 07306-2314 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Watford City Town Center<br>P Box 2499<br>Watford City, ND 58854-6000 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Internal Revenue Service<br>955 S. Springfield Ave.<br>Bldg. A<br>Springfield, NJ 07081 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| State of New Jersey<br>Dept. of Treasury<br>Division of Taxation<br>PO Box 245<br>Trenton, NJ 08695-0245 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| New York City/Dept. of Finance<br>Church Street Station<br>PO Box 3600<br>NY, NY 10008 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Anthony LaRusso<br>500 Mt. Prospect Ave.<br>Newark, NJ 07104 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Waste Management of ND, Inc.<br>7007 15th Street, N.W.<br>Bismarck, ND 58854 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wells Fargo Home Mortgage<br>PO Box 10335<br>Des Moines, IA 50306-0335 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ Other_____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |