UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

CULLEN AND DYKMAN LLP
433 Hackensack Avenue
Hackensack, New Jersey 07601
(201) 488-1300 (Tel)
(201) 488-6541 (Fax)
David Edelberg, Esq. (DE-6258)
Counsel to Dianna Guadagnino

Order Filed on July 31, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

DIANNA GUADAGNINO,
                Debtor.

Case No.: 17-12951 (RG)

Chapter: 11 (Small Business)

Judge: Rosemary Gambardella

**ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT, FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF THE PLAN, AND FIXING THE TIME FOR FILING OBJECTIONS TO THE DISCLOSURE STATEMENT AND TO THE CONFIRMATION OF THE PLAN, COMBINED WITH NOTICE THEREOF AND OF THE HEARING ON FINAL APPROVAL OF THE DISCLOSURE STATEMENT AND THE HEARING ON CONFIRMATION OF THE PLAN**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 31, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

This matter having been opened to the Court by _____Dianna Guadagnino_____, Plan Proponent, through counsel, _____Cullen and Dykman LLP_____, upon the filing of a Small Business Plan and Small Business Disclosure Statement dated _____July 31, 2018_____ under Chapter 11 of the United States Bankruptcy Code; it is

**ORDERED**, and notice is hereby given, that:

A. The Disclosure Statement dated _____July 31, 2018_____ and filed by the Debtor is conditionally approved.

B. Within two (2) days after the entry of this Order, the Plan, the Disclosure Statement and a ballot conforming to Official Form 14 shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee.

C. _____September 11, 2018_____ is fixed as the last day for filing and serving written objections to the Disclosure Statement and confirmation of the Plan.

D. _____September 11, 2018_____ is fixed as the last day for filing written acceptances or rejections of the Plan under D.N.J. LBR 3018-1.

E. A hearing shall be held on _____September 18, 2018_____ at _11:00 a.m._ (a date within 45 days of the filing of the Plan) for final approval of the Disclosure Statement (if a written objection has been timely filed) and for confirmation of the Plan before the Honorable _____Rosemary Gambardella_____, United States Bankruptcy Court, District of New Jersey, _50 Walnut Street, Newark, New Jersey_, in Courtroom _____3E_____.

*rev. 10/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-12951-RG
Dianna Guadagnino                                                     Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1          Date Rcvd: Jul 31, 2018
                             Form ID: pdf900          Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2018.
```
db          +Dianna Guadagnino,    287 Communipaw Avenue,    Jersey City, NJ 07304-4003
aty         +Cullen and Dykman LLP,    433 Hackensack Avenue,    Hackensack, NJ 07601-8309
cr          +Dianne Clement,    3207 Ramapo Ct,    Riverdale, NJ 07457-1658
cr          +Donald V. Biase,    c/o Trenk DiPasquale Della Fera & Sodono,    347 Mt Pleasant Avenue,
              Suite 300,    West Orange, NJ 07052-2730
acc          Peter Mertz,    226 East 85th Street,    New York, NY 10028-3088
cr          +WELLS FARGO BANK, NA,    Prober & Raphael, a Law Corp,    20750 Ventura Blvd,    Suite 100,
              Woodland Hills, CA 91364-6207
cr          +Wells Fargo Bank, N.A., as Trustee for Carrington,    1600 South Douglass Rd.,
              Anaheim, CA 92806-5948
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM Aug 01 2018 00:27:59     Liquidity Solutions,
              One University Plaza, Suite 312,    Hackensack, NJ 07601-6205
                                                                                             TOTAL: 1
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2018 at the address(es) listed below:
```
              David   Edelberg    on behalf of Debtor Dianna  Guadagnino dedelberg@cullenanddykman.com
              David   Gerardi    on behalf of U.S. Trustee   U.S. Trustee david.gerardi@usdoj.gov
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nicholas Paul Edwards    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington
               mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates
               nedwards@shp-law.com, amckenzie@huntonak.com;plozano@huntonak.com
              Robert S. Roglieri    on behalf of Creditor    Donald V. Biase RRoglieri@trenklawfirm.com
              Scott D. Sherman    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington
               mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates
               ssherman@minionsherman.com
              Shoshana  Schiff    on behalf of Creditor    Donald V. Biase sschiff@trenklawfirm.com,
               cdeangelis@trenklawfirm.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               MASTR Asset Backed Securities Trust 2006-AB1, Mortgage Pass-Through Certificates, Series
               2006-AB1 ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               MASTR Asset Backed Securities Trust 2006-AB1, Mortgage Pass-Through Certificates, Series
               2006-AB1 ecf@powerskirn.com
                                                                                            TOTAL: 10
```