UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**UNITED STATES ATTORNEY'S OFFICE**
CRAIG CARPENITO
United States Attorney
EAMONN O'HAGAN
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel: (973) 645-2874
Fax: (973) 297-2010

*Attorneys for the United States of America*

| | |
|---|---|
| *In re* <br><br> DIANNA GUADAGNINO, <br><br> Debtor. | Case No. 17-12951-RG <br><br> Chapter 11 <br><br> **Hearing Date: Sept. 18, 2018** <br> **Hearing Time: 11:00 a.m.** <br><br> **Judge:** Hon. Rosemary Gambardella |

## CERTIFICATE OF SERVICE

1. I, Mark R. Wojcik:

   The Paralegal Specialist for the United States Attorney for the District of New Jersey, who represents the United States of America in this matter.

2. On September 5, 2018, I sent a copy of the following pleading to the parties listed in the chart below:

   **Objection of Internal Revenue Service to Confirmation of Debtor's Combined Chapter 11 Plan and Disclosure Statement [Docket No. 114].**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 9/6/18

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| David Edelberg, Esq.<br>CULLEN & DYKMAN LLP<br>433 Hackensack Avenue<br>Hackensack, NJ 07601<br><br>dedelberg@cullenanddykman.com | Debtor's Counsel | ☐Hand-delivered<br><br>☐Regular mail<br><br>☐Certified mail/RR<br><br>☐E-mail<br>**X Notice of Electronic Filing (NEF)**<br><br>☐Other _____<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road, Ste. 330<br>Fairfield, NJ 07004<br><br>magecf@magtrustee.com | Chp. 13 Trustee | ☐Hand-delivered<br><br>☐Regular mail<br><br>☐Certified mail/RR<br><br>☐E-mail<br>**X Notice of Electronic Filing (NEF)**<br><br>☐Other _____ (as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.