B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
### District of New Jersey

In re: **Dianna Guadagnino**                                    Case No. **17-12951**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Liquidity Solutions, Inc.**                                   **Connell Foley**
Name of Transferee                                              Name of Transferor

Name and Address where notices to transferee                    Court Claim #: **13**
should be sent:                                                 Amount of Claim: **$11,259.80**
                                                                Date Claim Filed: **04/24/2017**
**Liquidity Solutions, Inc.**
**One University Plaza, Suite 312**
**Hackensack, NJ 07601**

Phone: **(201) 968-0001**                                       Phone: _____
Last Four Digits of Acct #: _____                      Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ David Fishel_____                                      Date:  09/07/2018
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

## UNITED STATES BANKRUPTCY COURT
### District of New Jersey

In re: **Dianna Guadagnino**  Case No. **17-12951**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. **13** was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on **09/07/2018**

**Liquidity Solutions, Inc.**
Name of Alleged Transferee

**Connell Foley**
Name of Transferor

Address of Alleged Transferee:
**One University Plaza, Suite 312**
**Hackensack, NJ 07601**

Address of Transferor:
**85 Livingston Rd**
**Roseland NJ 07068**

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
**CLERK OF THE COURT**

## TRANSFER NOTICE

Connell Foley ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **Dianna Guadagnino** (the "Debtor"), in the aggregate amount of $11,259.80, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of New Jersey, administered as Case No. 17-12951.

IN WITNESS WHEREOF, the undersigned Assignor hereto sets his hand this 14th day of August, 2018

Connell Foley

_____
(Signature)

CHARLES J. HARRINGTON, ESQ.
(Print Name and Title)
PARTNER, CONNELL FOLEY LLP

Liquidity Solutions, Inc.

_____
(Signature)

David Fishel
(Print Name and Title)

1