B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re  Dianna Guadagnino                         ,           Case No.  17-12951


## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.


| Liberty Park Commons, LLC | Liquidity Solutions, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  709 Cedar Lane
  Teaneck, NJ 07666

Court Claim # (if known): _____
Amount of Claim: _____
Date Claim Filed: _____

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
  709 Cedar Lane
  Teaneck, NJ 07666

Phone: _____
Last Four Digits of Acct #: _____


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____              Date:  09/07/2018
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## TRANSFER NOTICE

Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601 transfers and assigns unto, Liberty Park Commons, LLC having offices at 709 Cedar Lane, Teaneck NJ 07666 ("Assignor"), its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **Dianna Guadagnino** (the "Debtor"), in the aggregate amount of $11,259.80., representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, District of New Jersey, administered as Case No. 17-12951.

IN WITNESS WHEREOF, the undersigned Assignor hereto sets his hand this ___ day of _Sept_____, 2018

**Liberty Park Commons, LLC**

_____
(Signature)

_____
(Print Name and Title)

**Liquidity Solutions, Inc.**

_____
(Signature)

David Fishel
(Print Name and Title)

1