B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re    Dianna Guadagnino    ,    Case No.    17-12951
*Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:    June, 2018        Date filed:    Sep 11, 2018

Line of Business:    Rental Income        NAISC Code:    531110

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*[signature]*

Original Signature of Responsible Party

Dianna Guadagnino

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☑ | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

Page 2

B 25C (Official Form 25C) (12/08)

| | | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

### TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐   ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

### INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL INCOME**   $ 15268.78

**SUMMARY OF CASH ON HAND**

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 4173.88 |
| Cash on Hand at End of Month | $ | 5739.84 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU  **TOTAL** | $ | 5739.84 |

*(Exhibit B)*

### EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES**   $ 13702.82

*(Exhibit C)*

### CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 15268.78 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 13702.82 |
| *(Subtract Line C from Line B)* **CASH PROFIT FOR THE MONTH** | $ | 1565.96 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 0.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 1,275.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 0 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 0 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 19,500.00 |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

Page 4

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 17000 | $ 15268.78 | $ 1731.22 |
| EXPENSES | $ 16,000.00 | $ 13702.82 | $ 2297.18 |
| CASH PROFIT | $ 1000 | $ 1565.96 | $ 565.96 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:   $ 17500

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:   $ 16,000.00

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:   $ 1500

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

# Dianna Guadagnino June 1 - 30, 2018

INCOME DETAIL

June 2018

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| Ordinary Income/Expenses | | | | | | |
| Income | | | | | | |
| Sales | | | | | | |
| 06/01/2018 | Deposit | | | DEPOSIT - Garage Anthony | 200.00 | 200.00 |
| 06/01/2018 | Deposit | | | DEPOSIT - Stephen Suydam Unit 1 | 1,750.00 | 1,950.00 |
| 06/05/2018 | Deposit | | | DEPOSIT - Garage Michael | 150.00 | 2,100.00 |
| 06/05/2018 | Deposit | | | DEPOSIT - Communipaw Jessie | 550.00 | 2,650.00 |
| 06/05/2018 | Deposit | | | DEPOSIT - Pine St Jayne Freeman | 2,225.00 | 4,875.00 |
| 06/05/2018 | Deposit | | | DEPOSIT - Lafayette Dhruva | 2,360.00 | 7,235.00 |
| 06/05/2018 | Deposit | | | DEPOSIT - Communipaw Ramsey | 2,950.00 | 10,185.00 |
| 06/07/2018 | Deposit | | Rent - David | DEPOSIT | 1,950.00 | 12,135.00 |
| 06/12/2018 | Deposit | | | DEPOSIT - Garage Richard | 200.00 | 12,335.00 |
| 06/18/2018 | Deposit | | Rent - Koby/Paz | DEPOSIT | 735.00 | 13,070.00 |
| **Total for Sales** | | | | | **$13,070.00** | |
| Uncategorized Income | | | | | | |
| 06/12/2018 | Deposit | | | DEPOSIT - Refund | 100.64 | 100.64 |
| 06/15/2018 | Deposit | | Acumen | ACUMEN FISCAL AG EDI PYMNTS | 939.47 | 1,040.11 |
| 06/28/2018 | Deposit | | Office Supply | 469216   AMAZON MKTPLACE PMTS 469216   AMAZON MKTPLACE PMTS   AMZN COM BILL * WA | 109.95 | 1,150.06 |
| 06/29/2018 | Deposit | | Acumen | ACUMEN FISCAL AG EDI PYMNTS | 129.29 | 1,279.35 |
| **Total for Uncategorized Income** | | | | | **$1,279.35** | |
| Uncategorized Income ( 27 ) | | | | | | |
| 06/04/2018 | Deposit | | Movies | 469216   REDBOX DVD RENTAL 469216   REDBOX DVD RENTAL 866 733 2693 * IL | 2.13 | 2.13 |
| 06/05/2018 | Deposit | | Quickbooks | 469216   INTUIT QB ONLINE 469216   INTUIT QB ONLINE 800 286 6800 * CA | 35.00 | 37.13 |
| 06/05/2018 | Deposit | | Quickbooks | 469216   INTUIT QB ONLINE 469216   INTUIT QB ONLINE 800 286 6800 * CA | 35.00 | 72.13 |
| 06/28/2018 | Deposit | | Delta | 471705   DELTA AIR  006219779 471705   DELTA AIR 006219779989   ATLANTA   * GA | 847.30 | 919.43 |
| **Total for Uncategorized Income ( 27 )** | | | | | **$919.43** | |
| **Total for Income** | | | | | **$15,268.78** | |
| **Net Income** | | | | | **$15,268.78** | |

Accrual Basis Tuesday, September 11, 2018

# Dianna Guadagnino  June 1 - 30, 2018

### TRANSACTION DETAIL BY ACCOUNT
#### June 2018

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 06/01/2018 | Expense | | Movies | 469216    REDBOX  DVD RENTAL 469216    REDBOX  DVD RENTAL        OAKBROOK TER  * IL | CHAPTER 11 CHECKING (0334) | 3.99 | 3.99 |
| 06/01/2018 | Expense | | Supermarket | 02291455  NDGSW JACK  JILL 02291455  NDGSW JACK  JILL        WATFORD  * ND | CHAPTER 11 CHECKING (0334) | 25.16 | 29.15 |
| 06/01/2018 | Expense | | Movies | 469216    REDBOX  DVD RENTAL 469216    REDBOX  DVD RENTAL        OAKBROOK TER  * IL | CHAPTER 11 CHECKING (0334) | 1.86 | 31.01 |
| 06/04/2018 | Expense | | Lumber | 463923    WATFORD CITY LUMBER A    463923    WATFORD CITY LUMBER ACE    WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 6.15 | 37.16 |
| 06/04/2018 | Expense | | Gas Station | 319851    CENEX FARMERS UNION O    319851    CENEX FARMERS UNION OIL    WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 85.18 | 122.34 |
| 06/04/2018 | Expense | | Menards Home Repair | 314062    MNRD WILLISTON 405 32 314062    MNRD WILLISTON 405 32ND    WILLISTON  * ND | CHAPTER 11 CHECKING (0334) | 303.62 | 425.96 |
| 06/04/2018 | Expense | | Menards Home Repair | 444500    MENARDS WILLISTON ND    444500    MENARDS WILLISTON ND    WILLISTON    * ND | CHAPTER 11 CHECKING (0334) | 675.44 | 1,101.40 |
| 06/04/2018 | Expense | | Contractor | CP301013  100 N MAIN CP301013  100 N MAIN            WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 502.95 | 1,604.35 |
| 06/04/2018 | Expense | | Supermarket | 770446    CASH WISE FOODS  3042    770446    CASH WISE FOODS  3042    WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 7.99 | 1,612.34 |
| 06/04/2018 | Expense | | Supermarket | 770446    CASH WISE FOODS  3042    770446    CASH WISE FOODS  3042    WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 8.05 | 1,620.39 |
| 06/04/2018 | Expense | | Movies | 469216    REDBOX  DVD RENTAL 469216    REDBOX  DVD RENTAL        866 733 2693  * IL | CHAPTER 11 CHECKING (0334) | 15.71 | 1,636.10 |
| 06/04/2018 | Expense | | Supermarket | 02295224  NDGSW JACK  JILL 02295224  NDGSW JACK  JILL        WATFORD  * ND | CHAPTER 11 CHECKING (0334) | 63.66 | 1,699.76 |
| 06/04/2018 | Expense | | Quickbooks | 469216    INTUIT  QB ONLINE 469216    INTUIT  QB ONLINE        800 286 6800  * CA | CHAPTER 11 CHECKING (0334) | 35.00 | 1,734.76 |
| 06/04/2018 | Expense | | Quickbooks | 469216    INTUIT  QB ONLINE 469216    INTUIT  QB ONLINE        800 286 6800  * CA | CHAPTER 11 CHECKING (0334) | 35.00 | 1,769.76 |
| 06/04/2018 | Expense | | Quickbooks | 469216    INTUIT  QB ONLINE 469216    INTUIT  QB ONLINE        800 286 6800  * CA | CHAPTER 11 CHECKING (0334) | 35.00 | 1,804.76 |
| 06/04/2018 | Expense | | Storage | 444500    PUBLIC STORAGE 29226 444500    PUBLIC STORAGE 29226      800 567 0759  * NJ | CHAPTER 11 CHECKING (0334) | 260.24 | 2,065.00 |
| 06/04/2018 | Expense | | Storage | 432300    WATFORD CITY SELF STO    432300    WATFORD CITY SELF STORAG    701 651 6775  * ND | CHAPTER 11 CHECKING (0334) | 150.00 | 2,215.00 |
| 06/05/2018 | Expense | | Lumber | 463923    WATFORD CITY LUMBER A    463923    WATFORD CITY LUMBER ACE    WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 75.59 | 2,290.59 |
| 06/05/2018 | Expense | | Supermarket | 02291455  NDGSW JACK  JILL 02291455  NDGSW JACK  JILL        WATFORD  * ND | CHAPTER 11 CHECKING (0334) | 38.04 | 2,328.63 |
| 06/05/2018 | Expense | | Apple iCloud | 469216    APL  ITUNES COM BILL 469216 | CHAPTER 11 | 9.99 | 2,338.62 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| | | | | APL ITUNES COM BILL    866 712 7753 * CA | CHECKING (0334) | | |
| 06/06/2018 | Expense | | Movies | 469216    REDBOX DVD RENTAL 469216 REDBOX DVD RENTAL    866 733 2693 * IL | CHAPTER 11 CHECKING (0334) | 5.59 | 2,344.21 |
| 06/06/2018 | Expense | | Keepers Self Storage | 427539    KEEPERS SELF STORAGE 427539    KEEPERS SELF STORAGE 201 9635292  * NJ | CHAPTER 11 CHECKING (0334) | 535.70 | 2,879.91 |
| 06/07/2018 | Expense | | Verizon Wireless | 449804    VERIZON WRL MY ACCT V 449804    VERIZON WRL MY ACCT VN 800 9220204  * CA | CHAPTER 11 CHECKING (0334) | 310.00 | 3,189.91 |
| 06/07/2018 | Expense | | Adobe Software | 443106    ADOBE PDF PACK SUBS 443106 ADOBE PDF PACK SUBS    800 833 6687 * CA | CHAPTER 11 CHECKING (0334) | 69.99 | 3,259.90 |
| 06/07/2018 | Expense | | Take out restaurant | 426979    GIOTTOS 426979    GIOTTOS WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 47.98 | 3,307.88 |
| 06/08/2018 | Expense | | Contractor | CP301013  100 N MAIN CP301013  100 N MAIN           WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 502.95 | 3,810.83 |
| 06/08/2018 | Expense | | Auto | 475542    AMERICA FIRST CREDIT 475542 AMERICA FIRST CREDIT UNI  801 8278205  * UT | CHAPTER 11 CHECKING (0334) | 618.99 | 4,429.82 |
| 06/08/2018 | Expense | | Apple iCloud | 469216    APL ITUNES COM BILL 469216 APL ITUNES COM BILL    866 712 7753 * CA | CHAPTER 11 CHECKING (0334) | 2.99 | 4,432.81 |
| 06/08/2018 | Expense | | Movies | 469216    REDBOX DVD RENTAL 469216 REDBOX DVD RENTAL    866 733 2693 * IL | CHAPTER 11 CHECKING (0334) | 3.73 | 4,436.54 |
| 06/11/2018 | Expense | | Contractor | CP301013  100 N MAIN CP301013  100 N MAIN           WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 202.95 | 4,639.49 |
| 06/11/2018 | Expense | | Utility gas/electric | PUBLIC SERVICE PSEG | CHAPTER 11 CHECKING (0334) | 300.64 | 4,940.13 |
| 06/11/2018 | Expense | | M & T Bank | M&T BANK      MORT PYMT | CHAPTER 11 CHECKING (0334) | 2,322.14 | 7,262.27 |
| 06/11/2018 | Expense | | Gas Station | 471705    HOLIDAY STNSTORE 0435 471705    HOLIDAY STNSTORE 0435 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 17.72 | 7,279.99 |
| 06/11/2018 | Expense | | GoDaddy | 469216    DNH GODADDY COM 469216 DNH GODADDY COM      480 505 8855 * AZ | CHAPTER 11 CHECKING (0334) | 45.51 | 7,325.50 |
| 06/11/2018 | Expense | | Coffee | 449215    SQ COMMON GROUNDS 449215 SQ COMMON GROUNDS      WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 3.73 | 7,329.23 |
| 06/11/2018 | Expense | | Contractor | CP301113  100 N MAIN CP301113  100 N MAIN           WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 22.95 | 7,352.18 |
| 06/12/2018 | Expense | | Transunion | 469216    TU TRANSUNION 469216    TU TRANSUNION      800 493 3292 * CA | CHAPTER 11 CHECKING (0334) | 19.95 | 7,372.13 |
| 06/12/2018 | Expense | | Misc | 437735    PAW PICTURESQUE STUDI 437735    PAW PICTURESQUE STUDIOS GLENDIVE    * MT | CHAPTER 11 CHECKING (0334) | 175.00 | 7,547.13 |
| 06/13/2018 | Expense | | Verizon Wireless | VERIZON WIRELESS PAYMENTS | CHAPTER 11 CHECKING (0334) | 199.86 | 7,746.99 |
| 06/13/2018 | Expense | | Movies | 469216    REDBOX DVD RENTAL 469216 REDBOX DVD RENTAL    866 733 2693 * IL | CHAPTER 11 CHECKING (0334) | 5.59 | 7,752.58 |
| 06/14/2018 | Expense | | Office Supply | 469216    STARZ ENTERTAINMENT 469216 STARZ ENTERTAINMENT    855 247 9175 * CO | CHAPTER 11 CHECKING (0334) | 8.99 | 7,761.57 |
| 06/14/2018 | Expense | | Supermarket | 480197    NDGSW JACK JILL 480197 NDGSW JACK JILL      WATFORD  * ND | CHAPTER 11 CHECKING (0334) | 31.00 | 7,792.57 |
| 06/14/2018 | Expense | | Take out restaurant | 432300    OUTLAWS BAR GRILL 432300 OUTLAWS BAR GRILL      WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 64.05 | 7,856.62 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 06/15/2018 | Expense | | Pharmacy | 319838   BARRETT PHARMA 319838  BARRETT PHARMA          WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 76.53 | 7,933.15 |
| 06/18/2018 | Expense | | Office Supply | 402121   LOOKBGALERT8779512233  402121   LOOKBGALERT8779512233  8779512233   G BR | CHAPTER 11 CHECKING (0334) | 44.85 | 7,978.00 |
| 06/18/2018 | Check | 995010 | US Trustee | CHECK # 995010 | CHAPTER 11 CHECKING (0334) | 652.54 | 8,630.54 |
| 06/18/2018 | Expense | | Gas Station | 12518703   KUM  GO  804 12518703  KUM  GO  804        WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 19.34 | 8,649.88 |
| 06/18/2018 | Expense | | Equipment Rental | 439121   HERC RENTALS 439121   HERC RENTALS          8779538778  * FL | CHAPTER 11 CHECKING (0334) | 957.28 | 9,607.16 |
| 06/18/2018 | Expense | | Supermarket | 02291455  NDGSW JACK  JILL 02291455  NDGSW JACK  JILL        WATFORD  * ND | CHAPTER 11 CHECKING (0334) | 84.93 | 9,692.09 |
| 06/19/2018 | Expense | | Supermarket | 02295224  NDGSW JACK  JILL 02295224  NDGSW JACK  JILL        WATFORD  * ND | CHAPTER 11 CHECKING (0334) | 10.20 | 9,702.29 |
| 06/19/2018 | Expense | | Coffee | 449215   SQ DOOR 204 449215   SQ DOOR 204        WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 3.76 | 9,706.05 |
| 06/19/2018 | Expense | | Supermarket | 02295224  NDGSW JACK  JILL 02295224  NDGSW JACK  JILL        WATFORD  * ND | CHAPTER 11 CHECKING (0334) | 39.73 | 9,745.78 |
| 06/20/2018 | Expense | | Insurance | 469216      GEICO  AUTO 469216     GEICO  AUTO         800 841 3000 * DC | CHAPTER 11 CHECKING (0334) | 285.27 | 10,031.05 |
| 06/20/2018 | Expense | | Take out restaurant | 432300    OUTLAWS BAR  GRILL 432300  OUTLAWS BAR  GRILL         WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 77.34 | 10,108.39 |
| 06/20/2018 | Expense | | Movies | 469216   REDBOX  DVD RENTAL 469216  REDBOX  DVD RENTAL        866 733 2693 * IL | CHAPTER 11 CHECKING (0334) | 6.92 | 10,115.31 |
| 06/20/2018 | Expense | | Longo Insurance | PREMIUM ASSIGNME INSUR.PMT. | CHAPTER 11 CHECKING (0334) | 249.63 | 10,364.94 |
| 06/21/2018 | Expense | | Supermarket | 02295224  NDGSW JACK  JILL 02295224  NDGSW JACK  JILL        WATFORD  * ND | CHAPTER 11 CHECKING (0334) | 35.07 | 10,400.01 |
| 06/21/2018 | Expense | | Take out restaurant | 426979    GIOTTOS 426979    GIOTTOS         WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 36.66 | 10,436.67 |
| 06/25/2018 | Expense | | Gas Station | 442733    KUM  GO  804 442733    KUM  GO  804        WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 25.27 | 10,461.94 |
| 06/25/2018 | Expense | | Materials | CP301113   100 N MAIN CP301113   100 N MAIN         WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 382.95 | 10,844.89 |
| 06/25/2018 | Expense | | Restaurant | CP301113   100 N MAIN CP301113   100 N MAIN         WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 62.95 | 10,907.84 |
| 06/25/2018 | Expense | | Take out restaurant | 432300    OUTLAWS BAR  GRILL 432300  OUTLAWS BAR  GRILL         WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 13.40 | 10,921.24 |
| 06/25/2018 | Expense | | Restaurant | 469216     SQ MCT INC 469216    SQ MCT INC          WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 48.00 | 10,969.24 |
| 06/25/2018 | Expense | | Clothing | 449215    SQ B FEARLESS LLC 449215  SQ  B FEARLESS LLC         WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 61.77 | 11,031.01 |
| 06/25/2018 | Expense | | Supermarket | 02291455  NDGSW JACK  JILL 02291455  NDGSW JACK  JILL        WATFORD  * ND | CHAPTER 11 CHECKING (0334) | 67.24 | 11,098.25 |
| 06/25/2018 | Expense | | Take out restaurant | 432300    OUTLAWS BAR  GRILL 432300  OUTLAWS BAR  GRILL         WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 75.52 | 11,173.77 |
| 06/25/2018 | Expense | | Delta | 471705    DELTA AIR  006219779 471705  DELTA AIR  006219779989  ATLANTA * GA | CHAPTER 11 CHECKING (0334) | 847.30 | 12,021.07 |
| 06/25/2018 | Expense | | Delta | 471705    DELTA AIR  006219758 471705  DELTA AIR  006219758234  ATLANTA | CHAPTER 11 CHECKING (0334) | 847.30 | 12,868.37 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 06/25/2018 | Expense | | Take out restaurant | 432300  OUTLAWS BAR  GRILL 432300  OUTLAWS BAR  GRILL    WATFORD CITY  * ND  * GA | CHAPTER 11 CHECKING (0334) | 85.00 | 12,953.37 |
| 06/26/2018 | Expense | | Auto | 443105   CARQUEST 3137 443105  CARQUEST 3137          WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 40.99 | 12,994.36 |
| 06/26/2018 | Expense | | Materials | 469216    SQ WATFORD CITY KARA  469216    SQ WATFORD CITY KARATE  GOSQ COM    * ND | CHAPTER 11 CHECKING (0334) | 200.00 | 13,194.36 |
| 06/26/2018 | Expense | | Apple iCloud | 469216   APL ITUNES COM BILL 469216  APL ITUNES COM BILL      800 275 2273  * CA | CHAPTER 11 CHECKING (0334) | 9.99 | 13,204.35 |
| 06/26/2018 | Expense | | Apple iCloud | 469216   APL ITUNES COM BILL 469216  APL ITUNES COM BILL      866 712 7753  * CA | CHAPTER 11 CHECKING (0334) | 10.64 | 13,214.99 |
| 06/26/2018 | Expense | | Auto | 443105   CARQUEST 3137 443105  CARQUEST 3137          WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 25.02 | 13,240.01 |
| 06/26/2018 | Expense | | Restaurant | CP301013   100 N MAIN CP301013   100 N MAIN          WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 62.95 | 13,302.96 |
| 06/27/2018 | Expense | | Supermarket | 02295224   NDGSW JACK  JILL 02295224  NDGSW JACK  JILL        WATFORD    * ND | CHAPTER 11 CHECKING (0334) | 31.02 | 13,333.98 |
| 06/27/2018 | Expense | | Materials | 469216    SQ WATFORD CITY KARA  469216    SQ WATFORD CITY KARATE  GOSQ COM    * ND | CHAPTER 11 CHECKING (0334) | 100.00 | 13,433.98 |
| 06/27/2018 | Expense | | Court Fee | 476062    MCKENZIE COUNTY MVB 476062  MCKENZIE COUNTY MVB      WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 118.00 | 13,551.98 |
| 06/27/2018 | Expense | | Parking | 476062    MUNICIPAYLLC SERVICE 476062  MUNICIPAYLLC SERVICE FEE  PORTLAND    * ME | CHAPTER 11 CHECKING (0334) | 3.13 | 13,555.11 |
| 06/28/2018 | Expense | | Delta | 471705   DELTA AIR  006219793 471705  DELTA AIR  006219793945  CINCINNATI  * OH | CHAPTER 11 CHECKING (0334) | 58.30 | 13,613.41 |
| 06/28/2018 | Expense | | Supermarket | 02295224   NDGSW JACK  JILL 02295224  NDGSW JACK  JILL        WATFORD    * ND | CHAPTER 11 CHECKING (0334) | 42.16 | 13,655.57 |
| 06/29/2018 | Expense | | Supermarket | 02291455   NDGSW JACK  JILL 02291455  NDGSW JACK  JILL        WATFORD    * ND | CHAPTER 11 CHECKING (0334) | 7.91 | 13,663.48 |
| 06/29/2018 | Expense | | Gym | 432300    WATFORD CITY EVENT CE  432300    WATFORD CITY EVENT CENTE  WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 20.00 | 13,683.48 |
| 06/29/2018 | Expense | | Gas Station | 12518703   KUM  GO 804 12518703   KUM  GO 804          WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 19.34 | 13,702.82 |

# TD Bank

America's Most Convenient Bank®        E        STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ
287 COMMUNIPAW AVE
JERSEY CITY NJ  07304

Page:                          1 of 7
Statement Period:    Jun 01 2018-Jun 30 2018
Cust Ref #:                4340580334-039-E-***
Primary Account #:              434-0580334

## Chapter 11 Checking

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Account # 434-0580334

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 4,173.88 | Average Collected Balance | 7,756.27 |
| Deposits | 13,170.64 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 2,098.14 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 13,702.82 | Days in Period | 30 |
| Ending Balance | 5,739.84 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/01 | DEPOSIT | 1,950.00 |
| 06/05 | DEPOSIT | 8,235.00 |
| 06/07 | DEPOSIT | 1,950.00 |
| 06/12 | DEPOSIT | 300.64 |
| 06/18 | DEPOSIT | 735.00 |
| | Subtotal: | 13,170.64 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/04 | DEBIT CARD CREDIT, *****04017405832, AUT 060218 VISA DDA REF<br>REDBOX  DVD RENTAL     866 733 2693  * IL | 2.13 |
| 06/05 | DEBIT CARD CREDIT, *****04017405832, AUT 060518 VISA DDA REF<br>INTUIT  QB ONLINE     800 286 6800  * CA | 35.00 |
| 06/05 | DEBIT CARD CREDIT, *****04017405832, AUT 060518 VISA DDA REF<br>INTUIT  QB ONLINE     800 286 6800  * CA | 35.00 |
| 06/15 | ACH DEPOSIT, ACUMEN FISCAL AG EDI PYMNTS ND****D59541180 | 939.47 |
| 06/28 | DEBIT CARD CREDIT, *****04017405832, AUT 062818 VISA DDA REF<br>DELTA AIR  006219779989   ATLANTA      * GA | 847.30 |
| 06/28 | DEBIT CARD CREDIT, *****04017405832, AUT 062818 VISA DDA REF<br>AMAZON MKTPLACE PMTS     AMZN COM BILL * WA | 109.95 |
| 06/29 | ACH DEPOSIT, ACUMEN FISCAL AG EDI PYMNTS ND****D59541509 | 129.29 |
| | Subtotal: | 2,098.14 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Page: 2 of 7

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance       5,739.84

❷ Total Deposits       +

❸ Sub Total

❹ Total Withdrawals    −

❺ Adjusted Balance

❷
| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | |

❹
| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.


**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 3 of 7
Statement Period: Jun 01 2018-Jun 30 2018
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

## DAILY ACCOUNT ACTIVITY

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/01 | DEBIT POS, *****04017405832, AUT 060118 DDA PURCHASE<br>NDGSW JACK  JILL        WATFORD      * ND | 25.16 |
| 06/01 | DEBIT CARD PURCHASE, *****04017405832, AUT 053018 VISA DDA PUR<br>REDBOX  DVD RENTAL      OAKBROOK TER  * IL | 3.99 |
| 06/01 | DEBIT CARD PURCHASE, *****04017405832, AUT 053118 VISA DDA PUR<br>REDBOX  DVD RENTAL      OAKBROOK TER  * IL | 1.86 |
| 06/04 | DEBIT CARD PURCHASE, *****04017405832, AUT 060218 VISA DDA PUR<br>MENARDS WILLISTON ND     WILLISTON    * ND | 675.44 |
| 06/04 | NONTD ATM DEBIT, *****04017405832, AUT 060318 DDA WITHDRAW<br>100 N MAIN              WATFORD CITY  * ND | 502.95 |
| 06/04 | DEBIT CARD PURCHASE, *****04017405832, AUT 060218 VISA DDA PUR<br>MNRD WILLISTON 405 32ND    WILLISTON    * ND | 303.62 |
| 06/04 | DEBIT CARD PAYMENT, *****04017405832, AUT 060218 VISA DDA PUR<br>PUBLIC STORAGE 29226     800 567 0759 * NJ | 260.24 |
| 06/04 | DEBIT CARD PAYMENT, *****04017405832, AUT 060118 VISA DDA PUR<br>WATFORD CITY SELF STORAG   701 651 6775 * ND | 150.00 |
| 06/04 | DEBIT CARD PURCHASE, *****04017405832, AUT 060318 VISA DDA PUR<br>CENEX FARMERS UNION OIL   WATFORD CITY  * ND | 85.18 |
| 06/04 | DEBIT POS, *****04017405832, AUT 060318 DDA PURCHASE<br>NDGSW JACK  JILL        WATFORD      * ND | 63.66 |
| 06/04 | DEBIT CARD PAYMENT, *****04017405832, AUT 060218 VISA DDA PUR<br>INTUIT  QB ONLINE       800 286 6800  * CA | 35.00 |
| 06/04 | DEBIT CARD PAYMENT, *****04017405832, AUT 060318 VISA DDA PUR<br>INTUIT  QB ONLINE       800 286 6800  * CA | 35.00 |
| 06/04 | DEBIT CARD PAYMENT, *****04017405832, AUT 060318 VISA DDA PUR<br>INTUIT  QB ONLINE       800 286 6800  * CA | 35.00 |
| 06/04 | DEBIT CARD PURCHASE, *****04017405832, AUT 060318 VISA DDA PUR<br>REDBOX  DVD RENTAL      866 733 2693 * IL | 15.71 |
| 06/04 | DEBIT CARD PURCHASE, *****04017405832, AUT 060318 VISA DDA PUR<br>CASH WISE FOODS  3042    WATFORD CITY  * ND | 8.05 |
| 06/04 | DEBIT CARD PURCHASE, *****04017405832, AUT 060318 VISA DDA PUR<br>CASH WISE FOODS  3042    WATFORD CITY  * ND | 7.99 |
| 06/04 | DEBIT CARD PURCHASE, *****04017405832, AUT 060318 VISA DDA PUR<br>WATFORD CITY LUMBER ACE   WATFORD CITY  * ND | 6.15 |
| 06/05 | DEBIT CARD PURCHASE, *****04017405832, AUT 060318 VISA DDA PUR<br>WATFORD CITY LUMBER ACE   WATFORD CITY  * ND | 75.59 |
| 06/05 | DEBIT POS, *****04017405832, AUT 060418 DDA PURCHASE<br>NDGSW JACK  JILL        WATFORD      * ND | 38.04 |
| 06/05 | DEBIT CARD PURCHASE, *****04017405832, AUT 060418 VISA DDA PUR<br>APL  ITUNES COM BILL     866 712 7753 * CA | 9.99 |
| 06/06 | DEBIT CARD PURCHASE, *****04017405832, AUT 060518 VISA DDA PUR<br>KEEPERS SELF STORAGE     201 9635292 * NJ | 535.70 |
| 06/06 | DEBIT CARD PURCHASE, *****04017405832, AUT 060518 VISA DDA PUR<br>REDBOX  DVD RENTAL      866 733 2693 * IL | 5.59 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page:                4 of 7
Statement Period:    Jun 01 2018-Jun 30 2018
Cust Ref #:          4340580334-039-E-***
Primary Account #:   434-0580334

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 06/07 | DEBIT CARD PURCHASE, *****04017405832, AUT 060618 VISA DDA PUR<br>VERIZON WRL MY ACCT VN    800 9220204   * CA | 310.00 |
| 06/07 | DEBIT CARD PAYMENT, *****04017405832, AUT 060518 VISA DDA PUR<br>ADOBE  PDF PACK SUBS    800 833 6687  * CA | 69.99 |
| 06/07 | DEBIT CARD PURCHASE, *****04017405832, AUT 060518 VISA DDA PUR<br>GIOTTOS              WATFORD CITY  * ND | 47.98 |
| 06/08 | DEBIT CARD PURCHASE, *****04017405832, AUT 060718 VISA DDA PUR<br>AMERICA FIRST CREDIT UNI   801 8278205   * UT | 618.99 |
| 06/08 | NONTD ATM DEBIT, *****04017405832, AUT 060818 DDA WITHDRAW<br>100 N MAIN           WATFORD CITY  * ND | 502.95 |
| 06/08 | DEBIT CARD PURCHASE, *****04017405832, AUT 060718 VISA DDA PUR<br>REDBOX  DVD RENTAL     866 733 2693  * IL | 3.73 |
| 06/08 | DEBIT CARD PURCHASE, *****04017405832, AUT 060718 VISA DDA PUR<br>APL  ITUNES COM BILL    866 712 7753  * CA | 2.99 |
| 06/11 | ACH DEBIT, M&T BANK MORT PYMT ****615204 | 2,322.14 |
| 06/11 | ACH DEBIT, PUBLIC SERVICE PSEG ****15114106 | 300.64 |
| 06/11 | NONTD ATM DEBIT, *****04017405832, AUT 060918 DDA WITHDRAW<br>100 N MAIN           WATFORD CITY  * ND | 202.95 |
| 06/11 | DEBIT CARD PAYMENT, *****04017405832, AUT 061018 VISA DDA PUR<br>DNH GODADDY COM       480 505 8855  * AZ | 45.51 |
| 06/11 | NONTD ATM DEBIT, *****04017405832, AUT 061118 DDA WITHDRAW<br>100 N MAIN           WATFORD CITY  * ND | 22.95 |
| 06/11 | DEBIT CARD PURCHASE, *****04017405832, AUT 060918 VISA DDA PUR<br>HOLIDAY STNSTORE 0435    WATFORD CITY  * ND | 17.72 |
| 06/11 | DEBIT CARD PURCHASE, *****04017405832, AUT 060918 VISA DDA PUR<br>SQ  COMMON GROUNDS      WATFORD CITY  * ND | 3.73 |
| 06/12 | DEBIT CARD PURCHASE, *****04017405832, AUT 061018 VISA DDA PUR<br>PAW PICTURESQUE STUDIOS    GLENDIVE    * MT | 175.00 |
| 06/12 | DEBIT CARD PAYMENT, *****04017405832, AUT 061118 VISA DDA PUR<br>TU  TRANSUNION        800 493 3292  * CA | 19.95 |
| 06/13 | ACH DEBIT, VERIZON WIRELESS PAYMENTS ****14696200001 | 199.86 |
| 06/13 | DEBIT CARD PURCHASE, *****04017405832, AUT 061218 VISA DDA PUR<br>REDBOX  DVD RENTAL     866 733 2693  * IL | 5.59 |
| 06/14 | DEBIT CARD PURCHASE, *****04017405832, AUT 061218 VISA DDA PUR<br>OUTLAWS BAR  GRILL    WATFORD CITY  * ND | 64.05 |
| 06/14 | DEBIT CARD PURCHASE, *****04017405832, AUT 061318 VISA DDA PUR<br>NDGSW JACK  JILL     WATFORD    * ND | 31.00 |
| 06/14 | DEBIT CARD PAYMENT, *****04017405832, AUT 061218 VISA DDA PUR<br>STARZ ENTERTAINMENT    855 247 9175  * CO | 8.99 |
| 06/15 | DEBIT POS, *****04017405832, AUT 061518 DDA PURCH W/CB<br>BARRETT PHARMA        WATFORD CITY  * ND | 76.53 |
| 06/18 | DEBIT CARD PURCHASE, *****04017405832, AUT 061118 VISA DDA PUR<br>HERC RENTALS          8779538778   * FL | 957.28 |



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 5 of 7
Statement Period: Jun 01 2018-Jun 30 2018
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/18 | TDBANK BILL PAY CHECK,<br>UNITED STATES TRUSTEE<br>CHECK# 995010 | 652.54 |
| 06/18 | DEBIT POS, *****04017405832, AUT 061718 DDA PURCHASE<br>NDGSW JACK  JILL     WATFORD     * ND | 84.93 |
| 06/18 | DEBIT CARD PURCHASE, *****04017405832, AUT 061718 VISA DDA PUR<br>LOOKBGALERT8779512233    8779512233   G BR | 44.85 |
| 06/18 | DEBIT POS, *****04017405832, AUT 061518 DDA PURCHASE<br>KUM  GO  804         WATFORD CITY * ND | 19.34 |
| 06/19 | DEBIT POS, *****04017405832, AUT 061918 DDA PURCHASE<br>NDGSW JACK  JILL     WATFORD     * ND | 39.73 |
| 06/19 | DEBIT POS, *****04017405832, AUT 061918 DDA PURCHASE<br>NDGSW JACK  JILL     WATFORD     * ND | 10.20 |
| 06/19 | DEBIT CARD PURCHASE, *****04017405832, AUT 061818 VISA DDA PUR<br>SQ  DOOR 204         WATFORD CITY * ND | 3.76 |
| 06/20 | DEBIT CARD PAYMENT, *****04017405832, AUT 061918 VISA DDA PUR<br>GEICO  AUTO         800 841 3000  * DC | 285.27 |
| 06/20 | ELECTRONIC PMT-WEB, PREMIUM ASSIGNME INSUR.PMT. WEB INS PMT | 249.63 |
| 06/20 | DEBIT CARD PURCHASE, *****04017405832, AUT 061818 VISA DDA PUR<br>OUTLAWS BAR  GRILL     WATFORD CITY * ND | 77.34 |
| 06/20 | DEBIT CARD PURCHASE, *****04017405832, AUT 061918 VISA DDA PUR<br>REDBOX  DVD RENTAL     866 733 2693  * IL | 6.92 |
| 06/21 | DEBIT CARD PURCHASE, *****04017405832, AUT 061918 VISA DDA PUR<br>GIOTTOS         WATFORD CITY * ND | 36.66 |
| 06/21 | DEBIT POS, *****04017405832, AUT 062118 DDA PURCHASE<br>NDGSW JACK  JILL     WATFORD     * ND | 35.07 |
| 06/25 | DEBIT CARD PURCHASE, *****04017405832, AUT 062418 VISA DDA PUR<br>DELTA AIR  006219758234    ATLANTA    * GA | 847.30 |
| 06/25 | DEBIT CARD PURCHASE, *****04017405832, AUT 062418 VISA DDA PUR<br>DELTA AIR  006219779989    ATLANTA    * GA | 847.30 |
| 06/25 | NONTD ATM DEBIT, *****04017405832, AUT 062318 DDA WITHDRAW<br>100 N MAIN         WATFORD CITY * ND | 382.95 |
| 06/25 | DEBIT CARD PURCHASE, *****04017405832, AUT 062318 VISA DDA PUR<br>OUTLAWS BAR  GRILL     WATFORD CITY * ND | 85.00 |
| 06/25 | DEBIT CARD PURCHASE, *****04017405832, AUT 062318 VISA DDA PUR<br>OUTLAWS BAR  GRILL     WATFORD CITY * ND | 75.52 |
| 06/25 | DEBIT POS, *****04017405832, AUT 062418 DDA PURCHASE<br>NDGSW JACK  JILL     WATFORD     * ND | 67.24 |
| 06/25 | NONTD ATM DEBIT, *****04017405832, AUT 062518 DDA WITHDRAW<br>100 N MAIN         WATFORD CITY * ND | 62.95 |
| 06/25 | DEBIT CARD PURCHASE, *****04017405832, AUT 062318 VISA DDA PUR<br>SQ  B FEARLESS LLC     WATFORD CITY * ND | 61.77 |
| 06/25 | DEBIT CARD PURCHASE, *****04017405832, AUT 062218 VISA DDA PUR<br>SQ  MCT  INC         WATFORD CITY * ND | 48.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page:                 6 of 7
Statement Period:     Jun 01 2018-Jun 30 2018
Cust Ref #:           4340580334-039-E-***
Primary Account #:    434-0580334

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/25 | DEBIT CARD PURCHASE, *****04017405832, AUT 062218 VISA DDA PUR<br>KUM GO 804    WATFORD CITY * ND | 25.27 |
| 06/25 | DEBIT CARD PURCHASE, *****04017405832, AUT 062318 VISA DDA PUR<br>OUTLAWS BAR GRILL    WATFORD CITY * ND | 13.40 |
| 06/26 | DEBIT CARD PURCHASE, *****04017405832, AUT 062518 VISA DDA PUR<br>SQ WATFORD CITY KARATE    GOSQ COM    * ND | 200.00 |
| 06/26 | NONTD ATM DEBIT, *****04017405832, AUT 062518 DDA WITHDRAW<br>100 N MAIN    WATFORD CITY * ND | 62.95 |
| 06/26 | DEBIT CARD PURCHASE, *****04017405832, AUT 062518 VISA DDA PUR<br>CARQUEST 3137    WATFORD CITY * ND | 40.99 |
| 06/26 | DEBIT CARD PURCHASE, *****04017405832, AUT 062518 VISA DDA PUR<br>CARQUEST 3137    WATFORD CITY * ND | 25.02 |
| 06/26 | DEBIT CARD PURCHASE, *****04017405832, AUT 062518 VISA DDA PUR<br>APL ITUNES COM BILL    866 712 7753 * CA | 10.64 |
| 06/26 | DEBIT CARD PURCHASE, *****04017405832, AUT 062518 VISA DDA PUR<br>APL ITUNES COM BILL    800 275 2273 * CA | 9.99 |
| 06/27 | DEBIT CARD PURCHASE, *****04017405832, AUT 062518 VISA DDA PUR<br>MCKENZIE COUNTY MVB    WATFORD CITY * ND | 118.00 |
| 06/27 | DEBIT CARD PURCHASE, *****04017405832, AUT 062618 VISA DDA PUR<br>SQ WATFORD CITY KARATE    GOSQ COM    * ND | 100.00 |
| 06/27 | DEBIT POS, *****04017405832, AUT 062618 DDA PURCHASE<br>NDGSW JACK JILL    WATFORD    * ND | 31.02 |
| 06/27 | DEBIT CARD PURCHASE, *****04017405832, AUT 062518 VISA DDA PUR<br>MUNICIPAYLLC SERVICE FEE    PORTLAND    * ME | 3.13 |
| 06/28 | DEBIT CARD PURCHASE, *****04017405832, AUT 062618 VISA DDA PUR<br>DELTA AIR 006219793945    CINCINNATI    * OH | 58.30 |
| 06/28 | DEBIT POS, *****04017405832, AUT 062718 DDA PURCHASE<br>NDGSW JACK JILL    WATFORD    * ND | 42.16 |
| 06/29 | DEBIT CARD PURCHASE, *****04017405832, AUT 062718 VISA DDA PUR<br>WATFORD CITY EVENT CENTE    WATFORD CITY * ND | 20.00 |
| 06/29 | DEBIT POS, *****04017405832, AUT 062918 DDA PURCHASE<br>KUM GO 804    WATFORD CITY * ND | 19.34 |
| 06/29 | DEBIT POS, *****04017405832, AUT 062918 DDA PURCHASE<br>NDGSW JACK JILL    WATFORD    * ND | 7.91 |
| | Subtotal: | 13,702.82 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 05/31 | 4,173.88 | 06/15 | 9,687.97 |
| 06/01 | 6,092.87 | 06/18 | 8,664.03 |
| 06/04 | 3,911.01 | 06/19 | 8,610.34 |
| 06/05 | 12,092.39 | 06/20 | 7,991.18 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 7 of 7
Statement Period: Jun 01 2018-Jun 30 2018
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/06 | 11,551.10 | 06/21 | 7,919.45 |
| 06/07 | 13,073.13 | 06/25 | 5,402.75 |
| 06/08 | 11,944.47 | 06/26 | 5,053.16 |
| 06/11 | 9,028.83 | 06/27 | 4,801.01 |
| 06/12 | 9,134.52 | 06/28 | 5,657.80 |
| 06/13 | 8,929.07 | 06/29 | 5,739.84 |
| 06/14 | 8,825.03 | | |