B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re  **Dianna Guadagnino** ,    Case No.  **17-12951**
*Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  **July, 2018**              Date filed:  **Sep 11, 2018**

Line of Business:  **Rental Income**        NAISC Code:  **531110**

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*/s/ Dianna Guadagnino*
Original Signature of Responsible Party

Dianna Guadagnino
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☑ | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?     ☐     ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

|  |  |  |
|---|---|---|
| **TOTAL INCOME** | $ | 17,156.78 |

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 5,739.84 |
| Cash on Hand at End of Month | $ | 168.92 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    **TOTAL** | $ | 168.92 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 22,727.70 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 17,156.78 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 22,727.70 |
| *(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH** | $ | -5,570.92 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 0.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 1,275.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---:|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 0 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 0 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---:|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 3,000.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 22,500.00 |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---:|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 17,500.00 | $ 17,156.78 | $ 343.22 |
| EXPENSES | $ 16,000.00 | $ 22,727.70 | $ -6,727.70 |
| CASH PROFIT | $ 1,000.00 | $ -5,570.92 | $ -4,570.92 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ 18,500.00

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ 17,500.00

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ 1,000.00

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

# Dianna Guadagnino  July 1 - 31, 2018

TRANSACTION DETAIL BY ACCOUNT

July 2018

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 07/02/2018 | Expense | | Storage | 432300   WATFORD CITY SELF STO  432300   WATFORD CITY SELF STORAG  701 651 6775  * ND | CHAPTER 11 CHECKING (0334) | 309.00 | 309.00 |
| 07/02/2018 | Expense | | Movies | 469216   REDBOX DVD RENTAL 469216  REDBOX DVD RENTAL       866 733 2693  * IL | CHAPTER 11 CHECKING (0334) | 3.73 | 312.73 |
| 07/02/2018 | Expense | | Take out restaurant | 449398   GOLDEN CHINA 449398  GOLDEN CHINA       WILLISTON  *  ND | CHAPTER 11 CHECKING (0334) | 27.31 | 340.04 |
| 07/02/2018 | Expense | | Supermarket | 02295224  NDGSW JACK  JILL 02295224  NDGSW JACK  JILL       WATFORD  *  ND | CHAPTER 11 CHECKING (0334) | 90.76 | 430.80 |
| 07/02/2018 | Expense | | Netflix | 490641   NETFLIX COM 490641   NETFLIX COM       NETFLIX COM  * CA | CHAPTER 11 CHECKING (0334) | 8.52 | 439.32 |
| 07/02/2018 | Expense | | Delta | 471705   DELTA AIR  BAGGAGE F 471705  DELTA AIR  BAGGAGE FEE   WILLISTON  * ND | CHAPTER 11 CHECKING (0334) | 25.00 | 464.32 |
| 07/02/2018 | Expense | | Post Office | 444500   USPS COM MOVER S GUID  444500   USPS COM MOVER S GUIDE  800 238 3150  * TN | CHAPTER 11 CHECKING (0334) | 1.00 | 465.32 |
| 07/03/2018 | Expense | | Quickbooks | 469216   INTUIT  QB ONLINE 469216  INTUIT  QB ONLINE       800 286 6800  * CA | CHAPTER 11 CHECKING (0334) | 35.00 | 500.32 |
| 07/03/2018 | Expense | | Coffee | 444500   CARIBOU COFFEE CO  12 444500  CARIBOU COFFEE CO  1255   SAINT PAUL  * MN | CHAPTER 11 CHECKING (0334) | 3.69 | 504.01 |
| 07/03/2018 | Expense | | Storage | 444500   PUBLIC STORAGE 29226 444500  PUBLIC STORAGE 29226       800 567 0759  * NJ | CHAPTER 11 CHECKING (0334) | 260.24 | 764.25 |
| 07/03/2018 | Expense | | Delta | 469216   HTTP  WWW GOGOAIR CO  469216   HTTP  WWW GOGOAIR COM  877 350 0038  * IL | CHAPTER 11 CHECKING (0334) | 25.00 | 789.25 |
| 07/05/2018 | Expense | | Carrington Mortgage | CARRINGTON       MORTGAGE | CHAPTER 11 CHECKING (0334) | 1,759.16 | 2,548.41 |
| 07/05/2018 | Expense | | Taxi | 416407   NYCTAXI6N57 416407  NYCTAXI6N57       BROOKLYN  * NY | CHAPTER 11 CHECKING (0334) | 87.35 | 2,635.76 |
| 07/05/2018 | Expense | | Supermarket | 449398   BUON APPETITO 449398   BUON APPETITO       JERSEY CITY  * NJ | CHAPTER 11 CHECKING (0334) | 42.55 | 2,678.31 |
| 07/05/2018 | Expense | | Auto | 0113   PEPBOYS STORE  496 7 0113  PEPBOYS STORE  496 70   JERSEY CITY  * NJ | CHAPTER 11 CHECKING (0334) | 10.32 | 2,688.63 |
| 07/05/2018 | Expense | | Auto | 476501   AAA MEMBERSHIP DUES 476501  AAA MEMBERSHIP DUES       401 868 2000  * RI | CHAPTER 11 CHECKING (0334) | 103.00 | 2,791.63 |
| 07/05/2018 | Expense | | Apple iCloud | 469216   APL ITUNES COM BILL 469216  APL ITUNES COM BILL       800 275 2273  * CA | CHAPTER 11 CHECKING (0334) | 9.99 | 2,801.62 |
| 07/06/2018 | Expense | | M & T Bank | M&T BANK       MORT PYMT | CHAPTER 11 CHECKING (0334) | 2,356.41 | 5,158.03 |
| 07/06/2018 | Expense | | Verizon Wireless | 469216   VZWRLSS IVR VN 469216  VZWRLSS IVR VN       800 922 0204  * FL | CHAPTER 11 CHECKING (0334) | 384.48 | 5,542.51 |
| 07/06/2018 | Expense | | Target | 31886157  TARGET T  100 14TH ST  31886157  TARGET T  100 14TH ST  JERSEY CITY  * NJ | CHAPTER 11 CHECKING (0334) | 31.25 | 5,573.76 |
| 07/06/2018 | Expense | | Suez | SUEZ       SUEZ | CHAPTER 11 CHECKING (0334) | 377.07 | 5,950.83 |
| 07/06/2018 | Expense | | Suez | SUEZ       SUEZ | CHAPTER 11 | 267.48 | 6,218.31 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| | | | | | CHECKING (0334) | | |
| 07/06/2018 | Expense | | Clothing | 444500   MARSHALLS 0746 444500   MARSHALLS 0746   JERSEY CITY  *  NJ | CHAPTER 11 CHECKING (0334) | 793.83 | 7,012.14 |
| 07/09/2018 | Expense | | Auto | 469216   PEPBOYS STORE 496 469216   PEPBOYS STORE 496   JERSEY CITY  * NJ | CHAPTER 11 CHECKING (0334) | 27.84 | 7,039.98 |
| 07/09/2018 | Expense | | Supermarket | 490641   ACMETEC MOMA 490641   ACMETEC MOMA   NEW YORK  *  NY | CHAPTER 11 CHECKING (0334) | 25.00 | 7,064.98 |
| 07/09/2018 | Expense | | Restaurant | 476501   ROOM SERVICE 476501   ROOM SERVICE   NEW YORK   * NY | CHAPTER 11 CHECKING (0334) | 38.85 | 7,103.83 |
| 07/09/2018 | Expense | | Supermarket | 449398   BUON APPETITO 449398   BUON APPETITO   JERSEY CITY  * NJ | CHAPTER 11 CHECKING (0334) | 45.80 | 7,149.63 |
| 07/09/2018 | Expense | | Take out restaurant | 400097   THE BRIGHTSIDE TAVERN 400097   THE BRIGHTSIDE TAVERN   201 4351234  * NJ | CHAPTER 11 CHECKING (0334) | 49.22 | 7,198.85 |
| 07/09/2018 | Expense | | Take out restaurant | 410085   AMELIA S BISTRO 410085   AMELIA S BISTRO   201 3322200  * NJ | CHAPTER 11 CHECKING (0334) | 61.20 | 7,260.05 |
| 07/09/2018 | Expense | | Museum | 469216   THE CAFES AT MOMA 469216   THE CAFES AT MOMA   NEW YORK  * NY | CHAPTER 11 CHECKING (0334) | 62.26 | 7,322.31 |
| 07/09/2018 | Expense | | Clothing | 461043   MODELL S 103 461043   MODELL S 103   JERSEY CITY  * NJ | CHAPTER 11 CHECKING (0334) | 164.96 | 7,487.27 |
| 07/09/2018 | Expense | | Apple iCloud | 469216   APL ITUNES COM BILL 469216   APL ITUNES COM BILL   800 275 2273  * CA | CHAPTER 11 CHECKING (0334) | 2.99 | 7,490.26 |
| 07/09/2018 | Expense | | Parking | 475541   NYCDOT PARKING METERS 475541   NYCDOT PARKING METERS   LONG IS CITY  * NY | CHAPTER 11 CHECKING (0334) | 7.50 | 7,497.76 |
| 07/09/2018 | Expense | | Parking | 475541   NYCDOT PARKING METERS 475541   NYCDOT PARKING METERS   LONG IS CITY  * NY | CHAPTER 11 CHECKING (0334) | 10.00 | 7,507.76 |
| 07/09/2018 | Expense | | Delta | 476501   DELTA 476501   DELTA   MONTCLAIR   * NJ | CHAPTER 11 CHECKING (0334) | 47.00 | 7,554.76 |
| 07/09/2018 | Expense | | Restaurant | 442629   THE CROSBY 442629   THE CROSBY   MONTCLAIR   * NJ | CHAPTER 11 CHECKING (0334) | 21.01 | 7,575.77 |
| 07/10/2018 | Expense | | Wells Fargo | WF HOME MTG   AUTO PAY | CHAPTER 11 CHECKING (0334) | 1,653.08 | 9,228.85 |
| 07/11/2018 | Expense | | Verizon Wireless | VERIZON WIRELESS PAYMENTS | CHAPTER 11 CHECKING (0334) | 199.86 | 9,428.71 |
| 07/11/2018 | Expense | | Coffee | 443106   DUNKIN 334706 Q35 443106   DUNKIN 334706 Q35   JERSEY CITY  * NJ | CHAPTER 11 CHECKING (0334) | 7.12 | 9,435.83 |
| 07/12/2018 | Expense | | DMV | 475542   NJMVC JERSEY CITY 475542   NJMVC JERSEY CITY   JERSEY CITY  * NJ | CHAPTER 11 CHECKING (0334) | 63.50 | 9,499.33 |
| 07/12/2018 | Expense | | Transunion | 469216   TU TRANSUNION 469216   TU TRANSUNION   800 493 3292  * CA | CHAPTER 11 CHECKING (0334) | 19.95 | 9,519.28 |
| 07/12/2018 | Expense | | Restaurant | 443106   CHEESECAKE SHORT HILL 443106   CHEESECAKE SHORT HILLS   SHORT HILLS  * NJ | CHAPTER 11 CHECKING (0334) | 95.05 | 9,614.33 |
| 07/12/2018 | Expense | | Coffee | 443106   DUNKIN 334706 Q35 443106   DUNKIN 334706 Q35   JERSEY CITY  * NJ | CHAPTER 11 CHECKING (0334) | 7.12 | 9,621.45 |
| 07/13/2018 | Expense | | Delta | 471705   DELTA AIR 006219801 471705   DELTA AIR 006219801535   ATLANTA  * GA | CHAPTER 11 CHECKING (0334) | 18.00 | 9,639.45 |
| 07/13/2018 | Expense | | Best Buy Computer | 439900   BEST BUY MHT 0001535 439900   BEST BUY MHT 00015354   JERSEY CITY  * NJ | CHAPTER 11 CHECKING (0334) | 1,547.37 | 11,186.82 |
| 07/13/2018 | Expense | | Supermarket | 442733   01083 ACME 442733   01083 ACME   JERSEY CITY  * NJ | CHAPTER 11 CHECKING (0334) | 105.70 | 11,292.52 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---:|---:|
| 07/16/2018 | Expense | | Pharmacy | 403482   RITE AID STORE   1050 403482   RITE AID STORE   10509   LAVALLETTE   * NJ | CHAPTER 11 CHECKING (0334) | 49.26 | 11,341.78 |
| 07/16/2018 | Expense | | Restaurant | 483336   SIMPLY JUICED 483336   SIMPLY JUICED   HOBOKEN   * NJ | CHAPTER 11 CHECKING (0334) | 3.20 | 11,344.98 |
| 07/16/2018 | Expense | | Restaurant | 483336   SIMPLY JUICED 483336   SIMPLY JUICED   HOBOKEN   * NJ | CHAPTER 11 CHECKING (0334) | 10.66 | 11,355.64 |
| 07/16/2018 | Expense | | Restaurant | 483336   SIMPLY JUICED 483336   SIMPLY JUICED   HOBOKEN   * NJ | CHAPTER 11 CHECKING (0334) | 10.66 | 11,366.30 |
| 07/16/2018 | Expense | | Doctor | 438894   DAO SHENG ACUPUNCTURE 438894   DAO SHENG ACUPUNCTURE   HOBOKEN   * NJ | CHAPTER 11 CHECKING (0334) | 90.00 | 11,456.30 |
| 07/16/2018 | Expense | | Office Supply | 469216   STARZ ENTERTAINMENT 469216   STARZ ENTERTAINMENT   855 247 9175   * CO | CHAPTER 11 CHECKING (0334) | 8.99 | 11,465.29 |
| 07/16/2018 | Expense | | Office Supply | 416407   STAPLES   0010102 416407   STAPLES   00101022   JERSEY CITY   * NJ | CHAPTER 11 CHECKING (0334) | 18.59 | 11,483.88 |
| 07/16/2018 | Expense | | Restaurant | 416407   APPLEBEES 99986470046 416407   APPLEBEES 999864700461   JERSEY CITY   * NJ | CHAPTER 11 CHECKING (0334) | 29.48 | 11,513.36 |
| 07/16/2018 | Expense | | Office Supply | 469216   GROUPON INC 469216   GROUPON INC   GROUPON COM   * IL | CHAPTER 11 CHECKING (0334) | 190.00 | 11,703.36 |
| 07/16/2018 | Expense | | Parking | 429910   HPU METERS 429910   HPU METERS   HOBOKEN   * NJ | CHAPTER 11 CHECKING (0334) | 1.50 | 11,704.86 |
| 07/16/2018 | Expense | | Carrington Mortgage | CARRINGTON   MORTGAGE | CHAPTER 11 CHECKING (0334) | 1,759.16 | 13,464.02 |
| 07/17/2018 | Expense | | Supermarket | 315787   01083 ACME 315787   01083 ACME   JERSEY CITY   * NJ | CHAPTER 11 CHECKING (0334) | 94.34 | 13,558.36 |
| 07/17/2018 | Expense | | Best Buy Computer | 06580107   BEST BUY 1535 06580107   BEST BUY 1535   JERSEY CITY   * NJ | CHAPTER 11 CHECKING (0334) | 20.66 | 13,579.02 |
| 07/17/2018 | Expense | | Longo Insurance | PREMIUM ASSIGNME INSUR.PMT. | CHAPTER 11 CHECKING (0334) | 249.63 | 13,828.65 |
| 07/18/2018 | Expense | | Coffee | 443106   DUNKIN 334706 Q35 443106   DUNKIN 334706 Q35   JERSEY CITY   * NJ | CHAPTER 11 CHECKING (0334) | 2.97 | 13,831.62 |
| 07/18/2018 | Expense | | Office Supply | 402121   LOOKBGALERT8779512233 402121   LOOKBGALERT8779512233   8779512233   G BR | CHAPTER 11 CHECKING (0334) | 44.85 | 13,876.47 |
| 07/19/2018 | Expense | | Gas Station | 476197   LUKOIL 57266 476197   LUKOIL 57266   RUTHERFORD   * NJ | CHAPTER 11 CHECKING (0334) | 46.40 | 13,922.87 |
| 07/20/2018 | Expense | | Insurance | 469216   GEICO   AUTO 469216   GEICO AUTO   800 841 3000   * DC | CHAPTER 11 CHECKING (0334) | 362.80 | 14,285.67 |
| 07/20/2018 | Check | 137 | Cullen & Dykeman | CHECK # 137 | CHAPTER 11 CHECKING (0334) | 3,000.00 | 17,285.67 |
| 07/20/2018 | Expense | | Garbage Removal / Dumpster mini | 470780   ALLEGRO SANITATION CO 470780   ALLEGRO SANITATION CORPO   201 863 1527   * NJ | CHAPTER 11 CHECKING (0334) | 271.15 | 17,556.82 |
| 07/23/2018 | Expense | | Coffee | 443106   DUNKIN 334706 Q35 443106   DUNKIN 334706 Q35   JERSEY CITY   * NJ | CHAPTER 11 CHECKING (0334) | 6.26 | 17,563.08 |
| 07/23/2018 | Expense | | Take out restaurant | 410085   AMELIA S BISTRO 410085   AMELIA S BISTRO   201 3322200   * NJ | CHAPTER 11 CHECKING (0334) | 74.30 | 17,637.38 |
| 07/23/2018 | Expense | | Parking | 441290   P A C GARAGE CORP 441290   P A C GARAGE CORP   NEW YORK   * NY | CHAPTER 11 CHECKING (0334) | 32.00 | 17,669.38 |
| 07/23/2018 | Expense | | Coffee | 443106   DD BR 342862 Q35 443106   DD BR 342862 Q35   BAYONNE   * NJ | CHAPTER 11 CHECKING (0334) | 8.96 | 17,678.34 |
| 07/23/2018 | Expense | | Restaurant | 455536   TAQUERIA DOWNTOWN CA 455536   TAQUERIA DOWNTOWN CA   201 9636902   * NJ | CHAPTER 11 CHECKING (0334) | 26.70 | 17,705.04 |
| 07/23/2018 | Expense | | Museum | 449215   TODAYTIX 449215   TODAYTIX | CHAPTER 11 | 62.50 | 17,767.54 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| | | | | 855 464 9778  * NY | CHECKING (0334) | | |
| 07/24/2018 | Check | 119 | City of Jersey City | CHECK # 119 | CHAPTER 11 CHECKING (0334) | 400.00 | 18,167.54 |
| 07/24/2018 | Expense | | Delta | 471705    DELTA AIR  006219960 471705   DELTA AIR  006219960400   ATLANTA   * GA | CHAPTER 11 CHECKING (0334) | 376.99 | 18,544.53 |
| 07/24/2018 | Expense | | Delta | 471705    DELTA AIR  006219960 471705   DELTA AIR  006219960400   ATLANTA   * GA | CHAPTER 11 CHECKING (0334) | 376.99 | 18,921.52 |
| 07/24/2018 | Expense | | Delta | 471705    DELTA AIR  006219960 471705   DELTA AIR  006219960400   ATLANTA   * GA | CHAPTER 11 CHECKING (0334) | 376.99 | 19,298.51 |
| 07/24/2018 | Expense | | Delta | 471705    DELTA AIR  006219960 471705   DELTA AIR  006219960400   ATLANTA   * GA | CHAPTER 11 CHECKING (0334) | 376.99 | 19,675.50 |
| 07/24/2018 | Expense | | Coffee | 443106    DUNKIN 334706 Q35 443106   DUNKIN 334706 Q35    JERSEY CITY  * NJ | CHAPTER 11 CHECKING (0334) | 3.19 | 19,678.69 |
| 07/24/2018 | Expense | | Restaurant | 434285    ORALE MEXICAN KITCHEN 434285    ORALE MEXICAN KITCHEN JERSEY CITY  * NJ | CHAPTER 11 CHECKING (0334) | 12.66 | 19,691.35 |
| 07/24/2018 | Expense | | Restaurant | 413600    TORICO ICE CREAM 413600 TORICO ICE CREAM    JERSEY CITY  * NJ | CHAPTER 11 CHECKING (0334) | 20.19 | 19,711.54 |
| 07/25/2018 | Expense | | Cash Worker/Project | IC581550  350 COMMUNIPAW AVENUE IC581550  350 COMMUNIPAW AVENUE JERSEY CITY  * NJ | CHAPTER 11 CHECKING (0334) | 103.00 | 19,814.54 |
| 07/26/2018 | Expense | | Carrington Mortgage | CARRINGTON    MORTGAGE | CHAPTER 11 CHECKING (0334) | 1,758.87 | 21,573.41 |
| 07/26/2018 | Expense | | Apple iCloud | 469216    APL ITUNES COM BILL 469216 APL ITUNES COM BILL    800 275 2273  * CA | CHAPTER 11 CHECKING (0334) | 9.99 | 21,583.40 |
| 07/26/2018 | Expense | | Apple iCloud | 469216    APL ITUNES COM BILL 469216 APL ITUNES COM BILL    800 275 2273  * CA | CHAPTER 11 CHECKING (0334) | 10.64 | 21,594.04 |
| 07/27/2018 | Expense | | Take out restaurant | 400097    THE BRIGHTSIDE TAVERN 400097    THE BRIGHTSIDE TAVERN 201 4351234  * NJ | CHAPTER 11 CHECKING (0334) | 26.54 | 21,620.58 |
| 07/27/2018 | Expense | | Coffee | 410838    CAFE FIORELLO 410838    CAFE FIORELLO    NEW YORK    * NY | CHAPTER 11 CHECKING (0334) | 23.51 | 21,644.09 |
| 07/27/2018 | Expense | | Parking | 401339    PERFORMANCE PARKING L 401339    PERFORMANCE PARKING LLC NEW YORK    * NY | CHAPTER 11 CHECKING (0334) | 50.00 | 21,694.09 |
| 07/30/2018 | Expense | | Restaurant | 319998    SIX FLAGS GREAT ADVEN 319998    SIX FLAGS GREAT ADVENT JACKSON    * NJ | CHAPTER 11 CHECKING (0334) | 19.66 | 21,713.75 |
| 07/30/2018 | Expense | | Restaurant | 406106    OLD PEKING 406106    OLD PEKING    JERSEY CITY  * NJ | CHAPTER 11 CHECKING (0334) | 24.25 | 21,738.00 |
| 07/30/2018 | Expense | | Clothing | 444500    MARSHALLS 0746 444500 MARSHALLS 0746    JERSEY CITY  * NJ | CHAPTER 11 CHECKING (0334) | 509.50 | 22,247.50 |
| 07/30/2018 | Expense | | Pharmacy | 318198    WALGREENS STORE 216 S 318198    WALGREENS STORE 216 STAT WEST LONG BRA * NJ | CHAPTER 11 CHECKING (0334) | 57.34 | 22,304.84 |
| 07/30/2018 | Expense | | Gas Station | 476197    LUKOIL 57352 476197    LUKOIL 57352    NEWARK    * NJ | CHAPTER 11 CHECKING (0334) | 49.51 | 22,354.35 |
| 07/30/2018 | Expense | | Restaurant | 319998    SIX FLAGS GREAT ADVEN 319998    SIX FLAGS GREAT ADVENT JACKSON    * NJ | CHAPTER 11 CHECKING (0334) | 25.01 | 22,379.36 |
| 07/30/2018 | Expense | | Restaurant | 319998    SIX FLAGS GREAT ADVEN 319998    SIX FLAGS GREAT ADVENT JACKSON    * NJ | CHAPTER 11 CHECKING (0334) | 20.24 | 22,399.60 |
| 07/30/2018 | Expense | | Uber | 449215    UBER   TRIP XFGVE 449215 | CHAPTER 11 | 10.34 | 22,409.94 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| | | | | UBER   TRIP XFGVE    HELP UBER COM * CA | CHECKING (0334) | | |
| 07/30/2018 | Expense | | Restaurant | 469029    TORTILLA FLATS 469029 TORTILLA FLATS    NEW YORK   * NY | CHAPTER 11 CHECKING (0334) | 30.00 | 22,439.94 |
| 07/31/2018 | Expense | | Restaurant | 473309    JERSEY MIKES 1061 473309 JERSEY MIKES 1061    OCEAN   * NJ | CHAPTER 11 CHECKING (0334) | 31.75 | 22,471.69 |
| 07/31/2018 | Expense | | Restaurant | 449398    BLUE SWAN DINER 449398 BLUE SWAN DINER    OAKHURST   * NJ | CHAPTER 11 CHECKING (0334) | 17.97 | 22,489.66 |
| 07/31/2018 | Expense | | Restaurant | 319998    SIX FLAGS GREAT ADVEN 319998    SIX FLAGS GREAT ADVENT JACKSON    * NJ | CHAPTER 11 CHECKING (0334) | 14.11 | 22,503.77 |
| 07/31/2018 | Expense | | Subway Card | 476197    MTA EWRLOTCTP CT 476197 MTA EWRLOTCTP CT    NEWARK   * NJ | CHAPTER 11 CHECKING (0334) | 8.00 | 22,511.77 |
| 07/31/2018 | Expense | | Take out restaurant | 410085    AMELIA S BISTRO 410085 AMELIA S BISTRO    201 3322200   * NJ | CHAPTER 11 CHECKING (0334) | 92.65 | 22,604.42 |
| 07/31/2018 | Expense | | Restaurant | 319998    SIX FLAGS GREAT ADVEN 319998    SIX FLAGS GREAT ADVENT JACKSON    * NJ | CHAPTER 11 CHECKING (0334) | 41.56 | 22,645.98 |
| 07/31/2018 | Expense | | Netflix | 490641    NETFLIX COM 490641    NETFLIX COM    NETFLIX COM  * CA | CHAPTER 11 CHECKING (0334) | 11.72 | 22,657.70 |
| 07/31/2018 | Expense | | Fee | Banking Fee - Being Refunded | CHAPTER 11 CHECKING (0334) | 70.00 | 22,727.70 |

# Dianna Guadagnino July 1 - 31, 2018

INCOME DETAIL

July 2018

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| Ordinary Income/Expenses | | | | | | |
| Income | | | | | | |
| Sales | | | | | | |
| 07/02/2018 | Deposit | | Rent - Jayne | DEPOSIT | 2,225.00 | 2,225.00 |
| 07/05/2018 | Deposit | | | DEPOSIT - Communipaw - Ramsey | 2,950.00 | 5,175.00 |
| 07/05/2018 | Deposit | | | DEPOSIT - Garage Eli | 50.00 | 5,225.00 |
| 07/05/2018 | Deposit | | | DEPOSIT - Garage Michael | 200.00 | 5,425.00 |
| 07/05/2018 | Deposit | | | DEPOSIT - Garage Koby/Paz | 225.00 | 5,650.00 |
| 07/05/2018 | Deposit | | | DEPOSIT - Communipaw Andrew | 300.00 | 5,950.00 |
| 07/05/2018 | Deposit | | | DEPOSIT - Suydam Unit 1 Stephen | 1,650.00 | 7,600.00 |
| 07/06/2018 | Deposit | | Rent - Dan | DEPOSIT | 600.00 | 8,200.00 |
| 07/10/2018 | Deposit | | Rent - David | DEPOSIT | 1,950.00 | 10,150.00 |
| 07/11/2018 | Deposit | | | DEPOSIT = Lafayette Dhruva | 2,800.00 | 12,950.00 |
| 07/11/2018 | Deposit | | | DEPOSIT - Garage Koby/Paz | 735.00 | 13,685.00 |
| 07/13/2018 | Deposit | | Rent - Andreas | DEPOSIT | 2,100.00 | 15,785.00 |
| 07/16/2018 | Deposit | | | DEPOSIT - Garage Anthony | 350.00 | 16,135.00 |
| 07/16/2018 | Deposit | | | DEPOSIT - Garage Richard | 425.00 | 16,560.00 |
| 07/30/2018 | Deposit | | Rent - Jessie | DEPOSIT | 400.00 | 16,960.00 |
| **Total for Sales** | | | | | **$16,960.00** | |
| Uncategorized Income | | | | | | |
| 07/05/2018 | Deposit | | | DEPOSIT - Refund | 9.58 | 9.58 |
| 07/12/2018 | Deposit | | Auto | 476501    AAA MEMBERSHIP DUES 476501    AAA MEMBERSHIP DUES PROVIDENCE    * RI | 15.00 | 24.58 |
| **Total for Uncategorized Income** | | | | | **$24.58** | |
| Uncategorized Income ( 27 ) | | | | | | |
| 07/02/2018 | Deposit | | Delta | 471705    DELTA AIR   006219729 471705    DELTA AIR 006219729664   CINCINNATI    * OH | 147.20 | 147.20 |
| 07/09/2018 | Deposit | | Supermarket | 490641    ACMETEC MOMA 490641 ACMETEC MOMA          NEW YORK    * NY | 25.00 | 172.20 |
| **Total for Uncategorized Income ( 27 )** | | | | | **$172.20** | |
| **Total for Income** | | | | | **$17,156.78** | |
| **Net Income** | | | | | **$17,156.78** | |

# TD Bank
America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ
287 COMMUNIPAW AVE
JERSEY CITY NJ 07304

| | |
|---|---|
| Page: | 1 of 9 |
| Statement Period: | Jul 01 2018-Jul 31 2018 |
| Cust Ref #: | 4340580334-039-E-*** |
| Primary Account #: | 434-0580334 |

## Chapter 11 Checking

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Account # 434-0580334

### ACCOUNT SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | 5,739.84 | | Average Collected Balance | 5,475.12 |
| Deposits | 16,969.58 | | Interest Earned This Period | 0.00 |
| Electronic Deposits | 187.20 | | Interest Paid Year-to-Date | 0.00 |
| | | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 3,400.00 | | Days in Period | 31 |
| Electronic Payments | 19,257.70 | | | |
| Other Withdrawals | 70.00 | | | |
| Ending Balance | 168.92 | | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $70.00 | $70.00 |
| Total Returned Item Fees (NSF) | $0.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/02 | DEPOSIT | 2,225.00 |
| 07/05 | DEPOSIT | 3,259.58 |
| 07/05 | DEPOSIT | 2,125.00 |
| 07/06 | DEPOSIT | 600.00 |
| 07/10 | DEPOSIT | 1,950.00 |
| 07/11 | DEPOSIT | 3,535.00 |
| 07/13 | DEPOSIT | 2,100.00 |
| 07/16 | DEPOSIT | 775.00 |
| 07/30 | DEPOSIT | 400.00 |
| | Subtotal: | 16,969.58 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/02 | DEBIT CARD CREDIT, *****04017405832, AUT 070118 VISA DDA REF DELTA AIR  006219729664   CINCINNATI  * OH | 147.20 |
| 07/09 | DEBIT CARD CREDIT, *****04017405832, AUT 070818 VISA DDA REF ACMETEC MOMA     NEW YORK    * NY | 25.00 |
| 07/12 | DEBIT CARD CREDIT, *****04017405832, AUT 071218 VISA DDA REF AAA MEMBERSHIP DUES    PROVIDENCE   * RI | 15.00 |
| | Subtotal: | 187.20 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Page: 2 of 9

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance    168.92

② Total Deposits    +

③ Sub Total

④ Total Withdrawals    -

⑤ Adjusted Balance

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Deposits** |  |  |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Withdrawals** |  |  |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.


## Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 3 of 9
Statement Period: Jul 01 2018-Jul 31 2018
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

### DAILY ACCOUNT ACTIVITY

**Checks Paid**   No. Checks: 2   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 07/24 | 119 | 400.00 |
| 07/20 | 137* | 3,000.00 |
| | Subtotal: | 3,400.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/02 | DEBIT CARD PAYMENT, *****04017405832, AUT 070118 VISA DDA PUR<br>WATFORD CITY SELF STORAG   701 651 6775 * ND | 309.00 |
| 07/02 | DEBIT POS, *****04017405832, AUT 063018 DDA PURCHASE<br>NDGSW JACK  JILL       WATFORD      * ND | 90.76 |
| 07/02 | DEBIT CARD PURCHASE, *****04017405832, AUT 070118 VISA DDA PUR<br>GOLDEN CHINA           WILLISTON     * ND | 27.31 |
| 07/02 | DEBIT CARD PURCHASE, *****04017405832, AUT 070118 VISA DDA PUR<br>DELTA AIR   BAGGAGE FEE   WILLISTON    * ND | 25.00 |
| 07/02 | DEBIT CARD PAYMENT, *****04017405832, AUT 063018 VISA DDA PUR<br>NETFLIX COM          NETFLIX COM  * CA | 8.52 |
| 07/02 | DEBIT CARD PURCHASE, *****04017405832, AUT 062918 VISA DDA PUR<br>REDBOX  DVD RENTAL       866 733 2693 * IL | 3.73 |
| 07/02 | DEBIT CARD PURCHASE, *****04017405832, AUT 062918 VISA DDA PUR<br>USPS COM MOVER S GUIDE    800 238 3150 * TN | 1.00 |
| 07/03 | DEBIT CARD PAYMENT, *****04017405832, AUT 070218 VISA DDA PUR<br>PUBLIC STORAGE 29226     800 567 0759 * NJ | 260.24 |
| 07/03 | DEBIT CARD PAYMENT, *****04017405832, AUT 070218 VISA DDA PUR<br>INTUIT  QB ONLINE      800 286 6800 * CA | 35.00 |
| 07/03 | DEBIT CARD PURCHASE, *****04017405832, AUT 070218 VISA DDA PUR<br>HTTP  WWW GOGOAIR COM   877 350 0038 * IL | 25.00 |
| 07/03 | DEBIT CARD PURCHASE, *****04017405832, AUT 070218 VISA DDA PUR<br>CARIBOU COFFEE CO 1255   SAINT PAUL    * MN | 3.69 |
| 07/05 | ACH DEBIT, CARRINGTON MORTGAGE ****013438 | 1,759.16 |
| 07/05 | DEBIT CARD PURCHASE, *****04017405832, AUT 070418 VISA DDA PUR<br>AAA MEMBERSHIP DUES      401 868 2000 * RI | 103.00 |
| 07/05 | DEBIT CARD PURCHASE, *****04017405832, AUT 070218 VISA DDA PUR<br>NYCTAXI6N57            BROOKLYN    * NY | 87.35 |
| 07/05 | DEBIT CARD PURCHASE, *****04017405832, AUT 070318 VISA DDA PUR<br>BUON APPETITO          JERSEY CITY  * NJ | 42.55 |
| 07/05 | DEBIT POS, *****04017405832, AUT 070518 DDA PURCHASE<br>PEPBOYS STORE  496 70    JERSEY CITY   * NJ | 10.32 |
| 07/05 | DEBIT CARD PURCHASE, *****04017405832, AUT 070418 VISA DDA PUR<br>APL ITUNES COM BILL     800 275 2273 * CA | 9.99 |
| 07/06 | ACH DEBIT, M&T BANK MORT PYMT ****615204 | 2,356.41 |
| 07/06 | DEBIT CARD PURCHASE, *****04017405832, AUT 070518 VISA DDA PUR<br>MARSHALLS 0746         JERSEY CITY  * NJ | 793.83 |
| 07/06 | DEBIT CARD PURCHASE, *****04017405832, AUT 070518 VISA DDA PUR<br>VZWRLSS IVR VN         800 922 0204 * FL | 384.48 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



## TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 4 of 9
Statement Period: Jul 01 2018-Jul 31 2018
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/06 | ELECTRONIC PMT-WEB, SUEZ SUEZ ****9064440000 | 377.07 |
| 07/06 | ELECTRONIC PMT-WEB, SUEZ SUEZ ****9954440000 | 267.48 |
| 07/06 | DEBIT POS, *****04017405832, AUT 070618 DDA PURCH W/CB<br>TARGET T  100 14TH ST     JERSEY CITY  * NJ | 31.25 |
| 07/09 | DEBIT CARD PURCHASE, *****04017405832, AUT 070518 VISA DDA PUR<br>MODELL S  103         JERSEY CITY  * NJ | 164.96 |
| 07/09 | DEBIT CARD PURCHASE, *****04017405832, AUT 070718 VISA DDA PUR<br>THE CAFES AT MOMA     NEW YORK     * NY | 62.26 |
| 07/09 | DEBIT CARD PURCHASE, *****04017405832, AUT 070618 VISA DDA PUR<br>AMELIA S BISTRO       201 3322200  * NJ | 61.20 |
| 07/09 | DEBIT CARD PURCHASE, *****04017405832, AUT 070418 VISA DDA PUR<br>THE BRIGHTSIDE TAVERN  201 4351234  * NJ | 49.22 |
| 07/09 | DEBIT CARD PURCHASE, *****04017405832, AUT 070718 VISA DDA PUR<br>DELTA                 MONTCLAIR    * NJ | 47.00 |
| 07/09 | DEBIT CARD PURCHASE, *****04017405832, AUT 070818 VISA DDA PUR<br>BUON APPETITO         JERSEY CITY  * NJ | 45.80 |
| 07/09 | DEBIT CARD PURCHASE, *****04017405832, AUT 070718 VISA DDA PUR<br>ROOM SERVICE          NEW YORK     * NY | 38.85 |
| 07/09 | DEBIT CARD PURCHASE, *****04017405832, AUT 070518 VISA DDA PUR<br>PEPBOYS STORE  496    JERSEY CITY  * NJ | 27.84 |
| 07/09 | DEBIT CARD PURCHASE, *****04017405832, AUT 070718 VISA DDA PUR<br>ACMETEC MOMA          NEW YORK     * NY | 25.00 |
| 07/09 | DEBIT CARD PURCHASE, *****04017405832, AUT 070718 VISA DDA PUR<br>THE CROSBY            MONTCLAIR    * NJ | 21.01 |
| 07/09 | DEBIT CARD PURCHASE, *****04017405832, AUT 070718 VISA DDA PUR<br>NYCDOT PARKING METERS  LONG IS CITY  * NY | 10.00 |
| 07/09 | DEBIT CARD PURCHASE, *****04017405832, AUT 070718 VISA DDA PUR<br>NYCDOT PARKING METERS  LONG IS CITY  * NY | 7.50 |
| 07/09 | DEBIT CARD PURCHASE, *****04017405832, AUT 070718 VISA DDA PUR<br>APL ITUNES COM BILL    800 275 2273  * CA | 2.99 |
| 07/10 | ACH DEBIT, WF HOME MTG AUTO PAY ****796958 | 1,653.08 |
| 07/11 | ACH DEBIT, VERIZON WIRELESS PAYMENTS ****14696200001 | 199.86 |
| 07/11 | DEBIT CARD PURCHASE, *****04017405832, AUT 071018 VISA DDA PUR<br>DUNKIN  334706 Q35    JERSEY CITY  * NJ | 7.12 |
| 07/12 | DEBIT CARD PURCHASE, *****04017405832, AUT 071118 VISA DDA PUR<br>CHEESECAKE SHORT HILLS  SHORT HILLS  * NJ | 95.05 |
| 07/12 | DEBIT CARD PURCHASE, *****04017405832, AUT 071218 VISA DDA PUR<br>NJMVC JERSEY CITY     JERSEY CITY  * NJ | 63.50 |
| 07/12 | DEBIT CARD PAYMENT, *****04017405832, AUT 071118 VISA DDA PUR<br>TU  TRANSUNION        800 493 3292  * CA | 19.95 |
| 07/12 | DEBIT CARD PURCHASE, *****04017405832, AUT 071118 VISA DDA PUR<br>DUNKIN  334706 Q35    JERSEY CITY  * NJ | 7.12 |
| 07/13 | DEBIT CARD PURCHASE, *****04017405832, AUT 071218 VISA DDA PUR<br>BEST BUY MHT  00015354  JERSEY CITY  * NJ | 1,547.37 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 5 of 9
Statement Period: Jul 01 2018-Jul 31 2018
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/13 | DEBIT CARD PURCHASE, *****04017405832, AUT 071218 VISA DDA PUR<br>01083 ACME          JERSEY CITY   * NJ | 105.70 |
| 07/13 | DEBIT CARD PURCHASE, *****04017405832, AUT 071118 VISA DDA PUR<br>DELTA AIR  006219801535   ATLANTA      * GA | 18.00 |
| 07/16 | ACH DEBIT, CARRINGTON MORTGAGE ****013438 | 1,759.16 |
| 07/16 | DEBIT CARD PURCHASE, *****04017405832, AUT 071318 VISA DDA PUR<br>GROUPON INC          GROUPON COM  * IL | 190.00 |
| 07/16 | DEBIT CARD PURCHASE, *****04017405832, AUT 071218 VISA DDA PUR<br>DAO SHENG ACUPUNCTURE    HOBOKEN    * NJ | 90.00 |
| 07/16 | DEBIT POS, *****04017405832, AUT 071418 DDA PURCH W/CB<br>RITE AID STORE  10509    LAVALLETTE   * NJ | 49.26 |
| 07/16 | DEBIT CARD PURCHASE, *****04017405832, AUT 071318 VISA DDA PUR<br>APPLEBEES 999864700461   JERSEY CITY  * NJ | 29.48 |
| 07/16 | DEBIT CARD PURCHASE, *****04017405832, AUT 071318 VISA DDA PUR<br>STAPLES     00101022    JERSEY CITY  * NJ | 18.59 |
| 07/16 | DEBIT CARD PURCHASE, *****04017405832, AUT 071218 VISA DDA PUR<br>SIMPLY JUICED         HOBOKEN     * NJ | 10.66 |
| 07/16 | DEBIT CARD PURCHASE, *****04017405832, AUT 071218 VISA DDA PUR<br>SIMPLY JUICED         HOBOKEN     * NJ | 10.66 |
| 07/16 | DEBIT CARD PAYMENT, *****04017405832, AUT 071218 VISA DDA PUR<br>STARZ ENTERTAINMENT    855 247 9175  * CO | 8.99 |
| 07/16 | DEBIT CARD PURCHASE, *****04017405832, AUT 071218 VISA DDA PUR<br>SIMPLY JUICED         HOBOKEN     * NJ | 3.20 |
| 07/16 | DEBIT CARD PURCHASE, *****04017405832, AUT 071218 VISA DDA PUR<br>HPU METERS          HOBOKEN     * NJ | 1.50 |
| 07/17 | ELECTRONIC PMT-WEB, PREMIUM ASSIGNME INSUR.PMT. WEB INS PMT | 249.63 |
| 07/17 | DEBIT POS, *****04017405832, AUT 071718 DDA PURCH W/CB<br>01083 ACME          JERSEY CITY  * NJ | 94.34 |
| 07/17 | DEBIT POS, *****04017405832, AUT 071718 DDA PURCHASE<br>BEST BUY  1535        JERSEY CITY  * NJ | 20.66 |
| 07/18 | DEBIT CARD PURCHASE, *****04017405832, AUT 071718 VISA DDA PUR<br>LOOKBGALERT8779512233    8779512233   G BR | 44.85 |
| 07/18 | DEBIT CARD PURCHASE, *****04017405832, AUT 071718 VISA DDA PUR<br>DUNKIN  334706 Q35      JERSEY CITY  * NJ | 2.97 |
| 07/19 | DEBIT CARD PURCHASE, *****04017405832, AUT 071818 VISA DDA PUR<br>LUKOIL 57266         RUTHERFORD   * NJ | 46.40 |
| 07/20 | DEBIT CARD PAYMENT, *****04017405832, AUT 071918 VISA DDA PUR<br>GEICO  AUTO         800 841 3000  * DC | 362.80 |
| 07/20 | DEBIT CARD PURCHASE, *****04017405832, AUT 071918 VISA DDA PUR<br>ALLEGRO SANITATION CORPO   201 863 1527  * NJ | 271.15 |
| 07/23 | DEBIT CARD PURCHASE, *****04017405832, AUT 072118 VISA DDA PUR<br>AMELIA S BISTRO       201 3322200  * NJ | 74.30 |
| 07/23 | DEBIT CARD PURCHASE, *****04017405832, AUT 072318 VISA DDA PUR<br>TODAYTIX          855 464 9778  * NY | 62.50 |



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page:                6 of 9
Statement Period:    Jul 01 2018-Jul 31 2018
Cust Ref #:          4340580334-039-E-***
Primary Account #:   434-0580334

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 07/23 | DEBIT CARD PURCHASE, *****04017405832, AUT 071918 VISA DDA PUR<br>P A C GARAGE CORP    NEW YORK    * NY | 32.00 |
| 07/23 | DEBIT CARD PURCHASE, *****04017405832, AUT 072018 VISA DDA PUR<br>TAQUERIA DOWNTOWN CA    201 9636902  * NJ | 26.70 |
| 07/23 | DEBIT CARD PURCHASE, *****04017405832, AUT 072018 VISA DDA PUR<br>DD BR  342862 Q35       BAYONNE    * NJ | 8.96 |
| 07/23 | DEBIT CARD PURCHASE, *****04017405832, AUT 072218 VISA DDA PUR<br>DUNKIN  334706 Q35      JERSEY CITY  * NJ | 6.26 |
| 07/24 | DEBIT CARD PURCHASE, *****04017405832, AUT 072218 VISA DDA PUR<br>DELTA AIR  006219960400  ATLANTA    * GA | 376.99 |
| 07/24 | DEBIT CARD PURCHASE, *****04017405832, AUT 072418 VISA DDA PUR<br>DELTA AIR  006219960400  ATLANTA    * GA | 376.99 |
| 07/24 | DEBIT CARD PURCHASE, *****04017405832, AUT 072418 VISA DDA PUR<br>DELTA AIR  006219960400  ATLANTA    * GA | 376.99 |
| 07/24 | DEBIT CARD PURCHASE, *****04017405832, AUT 072418 VISA DDA PUR<br>DELTA AIR  006219960400  ATLANTA    * GA | 376.99 |
| 07/24 | DEBIT CARD PURCHASE, *****04017405832, AUT 072218 VISA DDA PUR<br>TORICO ICE CREAM       JERSEY CITY  * NJ | 20.19 |
| 07/24 | DEBIT CARD PURCHASE, *****04017405832, AUT 072218 VISA DDA PUR<br>ORALE MEXICAN KITCHEN   JERSEY CITY  * NJ | 12.66 |
| 07/24 | DEBIT CARD PURCHASE, *****04017405832, AUT 072318 VISA DDA PUR<br>DUNKIN  334706 Q35      JERSEY CITY  * NJ | 3.19 |
| 07/25 | NONTD ATM DEBIT, *****04017405832, AUT 072518 DDA WITHDRAW<br>350 COMMUNIPAW AVENUE    JERSEY CITY  * NJ | 103.00 |
| 07/26 | ACH DEBIT, CARRINGTON MORTGAGE ****013438 | 1,758.87 |
| 07/26 | DEBIT CARD PURCHASE, *****04017405832, AUT 072518 VISA DDA PUR<br>APL ITUNES COM BILL     800 275 2273  * CA | 10.64 |
| 07/26 | DEBIT CARD PURCHASE, *****04017405832, AUT 072518 VISA DDA PUR<br>APL ITUNES COM BILL     800 275 2273  * CA | 9.99 |
| 07/27 | DEBIT CARD PURCHASE, *****04017405832, AUT 072618 VISA DDA PUR<br>PERFORMANCE PARKING LLC   NEW YORK    * NY | 50.00 |
| 07/27 | DEBIT CARD PURCHASE, *****04017405832, AUT 072418 VISA DDA PUR<br>THE BRIGHTSIDE TAVERN    201 4351234  * NJ | 26.54 |
| 07/27 | DEBIT CARD PURCHASE, *****04017405832, AUT 072518 VISA DDA PUR<br>CAFE FIORELLO           NEW YORK    * NY | 23.51 |
| 07/30 | DEBIT CARD PURCHASE, *****04017405832, AUT 072818 VISA DDA PUR<br>MARSHALLS  0746         JERSEY CITY  * NJ | 509.50 |
| 07/30 | DEBIT POS, *****04017405832, AUT 072918 DDA PURCHASE<br>WALGREENS STORE 216 STAT   WEST LONG BRA * NJ | 57.34 |
| 07/30 | DEBIT CARD PURCHASE, *****04017405832, AUT 072918 VISA DDA PUR<br>LUKOIL  57352          NEWARK    * NJ | 49.51 |
| 07/30 | DEBIT CARD PURCHASE, *****04017405832, AUT 072718 VISA DDA PUR<br>TORTILLA FLATS         NEW YORK    * NY | 30.00 |


**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 7 of 9
Statement Period: Jul 01 2018-Jul 31 2018
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/30 | DEBIT POS, *****04017405832, AUT 073018 DDA PURCHASE<br>SIX FLAGS GREAT ADVENT    JACKSON    * NJ | 25.01 |
| 07/30 | DEBIT CARD PURCHASE, *****04017405832, AUT 072618 VISA DDA PUR<br>OLD PEKING          JERSEY CITY  * NJ | 24.25 |
| 07/30 | DEBIT POS, *****04017405832, AUT 073018 DDA PURCHASE<br>SIX FLAGS GREAT ADVENT    JACKSON    * NJ | 20.24 |
| 07/30 | DEBIT POS, *****04017405832, AUT 073018 DDA PURCHASE<br>SIX FLAGS GREAT ADVENT    JACKSON    * NJ | 19.66 |
| 07/30 | DEBIT CARD PURCHASE, *****04017405832, AUT 072718 VISA DDA PUR<br>UBER   TRIP XFGVE       HELP UBER COM * CA | 10.34 |
| 07/31 | DEBIT CARD PURCHASE, *****04017405832, AUT 072818 VISA DDA PUR<br>AMELIA S BISTRO       201 3322200  * NJ | 92.65 |
| 07/31 | DEBIT POS, *****04017405832, AUT 073018 DDA PURCHASE<br>SIX FLAGS GREAT ADVENT    JACKSON    * NJ | 41.56 |
| 07/31 | DEBIT CARD PURCHASE, *****04017405832, AUT 073018 VISA DDA PUR<br>JERSEY MIKES 1061      OCEAN     * NJ | 31.75 |
| 07/31 | DEBIT CARD PURCHASE, *****04017405832, AUT 073018 VISA DDA PUR<br>BLUE SWAN DINER       OAKHURST    * NJ | 17.97 |
| 07/31 | DEBIT POS, *****04017405832, AUT 073018 DDA PURCHASE<br>SIX FLAGS GREAT ADVENT    JACKSON    * NJ | 14.11 |
| 07/31 | DEBIT CARD PAYMENT, *****04017405832, AUT 073018 VISA DDA PUR<br>NETFLIX COM       NETFLIX COM   * CA | 11.72 |
| 07/31 | DEBIT CARD PURCHASE, *****04017405832, AUT 072918 VISA DDA PUR<br>MTA EWRLOTCTP CT      NEWARK    * NJ | 8.00 |
|  | Subtotal: | 19,257.70 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/31 | OVERDRAFT PD | 70.00 |
|  | Subtotal: | 70.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/30 | 5,739.84 | 07/17 | 8,667.97 |
| 07/02 | 7,646.72 | 07/18 | 8,620.15 |
| 07/03 | 7,322.79 | 07/19 | 8,573.75 |
| 07/05 | 10,695.00 | 07/20 | 4,939.80 |
| 07/06 | 7,084.48 | 07/23 | 4,729.08 |
| 07/09 | 6,545.85 | 07/24 | 2,785.08 |
| 07/10 | 6,842.77 | 07/25 | 2,682.08 |
| 07/11 | 10,170.79 | 07/26 | 902.58 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 8 of 9
Statement Period: Jul 01 2018-Jul 31 2018
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
| --- | --- | --- | --- |
| 07/12 | 10,000.17 | 07/27 | 802.53 |
| 07/13 | 10,429.10 | 07/30 | 456.68 |
| 07/16 | 9,032.60 | 07/31 | 168.92 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®         STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page:                 9 of 9
Statement Period:     Jul 01 2018-Jul 31 2018
Cust Ref #:           4340580334-039-E-***
Primary Account #:    434-0580334



#119    07/24    $400.00



#137    07/20    $3,000.00