UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(a)**

**CULLEN AND DYKMAN LLP**
433 Hackensack Avenue
Hackensack, NJ 07601
(201) 488-1300 (Tel)
(201) 488-6541 (Fax)
David Edelberg, Esq.
dedelberg@cullenanddykman.com
*Counsel to Dianna Guadagnino*

In Re:

Dianna Guadagnino,

                Debtor.

Chapter 11 (Small Business Debtor)

Case No.: 17-12951 (RG)

Judge Rosemary Gambardella

## CERTIFICATION RESPECTING VOTES ON PLAN OF REORGANIZATION

David Edelberg, being of full age, hereby verifies as follows:

1. I am a partner in the law firm of Cullen and Dykman LLP, counsel to the Debtor/Debtor-in-Possession in the above captioned Chapter 11 proceeding.

2. I have reviewed the ballots received by my office and the results are set forth below:

### CLASS I - SECURED CLAIM M&T BANK

| CREDITOR | VOTES | AMOUNT |
|---|---|---|
| M&T Bank | No | $407,802.80 |

### CLASS II - SECURED CLAIM WELLS FARGO TRUSTEE CARRINGTON

| CREDITOR | VOTES | AMOUNT |
|---|---|---|
| Wells Fargo (US National Bank) | - | - |

### CLASS III - SECURED CLAIM WELLS FARGO BANK

| CREDITOR | VOTES | AMOUNT |
|---|---|---|
| Wells Fargo | - | - |

### CLASS IV- SECURED CLAIM BANK OF AMERICA

| CREDITOR | VOTES | AMOUNT |
|---|---|---|
| Bank of America | - | - |

### CLASS V – DIANE CLEMENTE

| CREDITOR | YES VOTES | AMOUNT |
|---|---|---|
| Diane Clemente | Yes | $50,000.00 |

### CLASS VI – NAVIENT STUDENT LOAN

| CREDITOR | VOTES | AMOUNT |
|---|---|---|
| Navient | - | - |

### CLASS VII - UNSECURED CLAIMS

| CREDITOR | VOTE | AMOUNT |
|---|---|---|
| Susie Curtis | Yes | $875.90 |
| Bruce R. Schechner DDS | Yes | $425.51 |
| Credit Bureau of Bismarck | Yes | $2,245.14 |
| Dr. Steve Cela | Yes | $1,100.00 |
| Don Biase Trustee for Robert Schroeder | Yes | $25,000.00 |
| Lisa Broderick | Yes | $90,000.00 |
| **TOTAL** | 6 | $119,646.55 |

3. No ballots were received with respect to creditors in the Classes II, III, IV and VI.

I hereby verify that the foregoing statement is true and correct under penalty of perjury.

DATED: November 2, 2018

/s/ David Edelberg
David Edelberg