Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 17−12951−RG
          Chapter: 11
          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dianna Guadagnino
   287 Communipaw Avenue
   Jersey City, NJ 07304

Social Security No.:
   xxx−xx−7859

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on November 19, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 137 − 135
Order Granting Application to Shorten Time (related document:135 Application to Shorten Time (related document:132 Motion for Authority to Obtain Credit Under Section 364(b), Rule 4001(c) or (d) filed by Debtor Dianna Guadagnino, Motion to Expunge Claims of NJ Div Motor Vehicle, NJ Div Tax, Vivian Martinez) filed by Debtor Dianna Guadagnino). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/19/2018. Hearing scheduled for 11/28/2018 at 11:00 AM at RG − Courtroom 3E, Newark. (car)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 19, 2018
JAN: car

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Dianna Guadagnino
    Debtor

Case No. 17-12951-RG
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Nov 19, 2018
                       Form ID: orderntc    Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2018.
```
db          +Dianna Guadagnino,    287 Communipaw Avenue,    Jersey City, NJ 07304-4003
aty         +Cullen and Dykman LLP,    433 Hackensack Avenue,    Hackensack, NJ 07601-8309
cr          +Dianne Clement,    3207 Ramapo Ct,    Riverdale, NJ 07457-1658
cr          +Donald V. Biase,    c/o Trenk DiPasquale Della Fera & Sodono,    347 Mt Pleasant Avenue,
              Suite 300,    West Orange, NJ 07052-2730
cr          +Liquidity Soluntions,    One University Plaza, Suite 312,    Hackensack, NJ 07601-6205
cr          +Navient Solutions, LLC,    16 General Warren Boulevard,    Malvern, PA 19355-1245
acc          Peter Mertz,    226 East 85th Street,    New York, NY  10028-3088
cr          +WELLS FARGO BANK, NA,    Prober & Raphael, a Law Corp,    20750 Ventura Blvd,    Suite 100,
              Woodland Hills, CA 91364-6207
cr          +Wells Fargo Bank, N.A., as Trustee for Carrington,    1600 South Douglass Rd.,
              Anaheim, CA 92806-5948
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           E-mail/Text: cio.bncmail@irs.gov Nov 20 2018 01:13:18
               United States of America (Internal Revenue Service,    U.S. Attorney's Office,
               970 Broad Street,    Suite 700,    Newark, NJ  07102-2535
                                                                                          TOTAL: 1
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2018 at the address(es) listed below:
```
              Anna   Landa    on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for Carrington mortgage
               Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates cmartin@pralc.com,
               ecf6@ecf.courtdrive.com
              David Edelberg    on behalf of Debtor Dianna  Guadagnino dedelberg@cullenanddykman.com,
               edelbergdr82964@notify.bestcase.com
              David   Gerardi    on behalf of U.S. Trustee    U.S. Trustee david.gerardi@usdoj.gov
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Emmanuel J. Argentieri    on behalf of Creditor   M & T BANK, SUCCESSOR BY MERGER TO HUDSON CITY
               SAVINGS BANK bk@rgalegal.com
              Lauren Rebecca Jacoby    on behalf of Creditor    Navient Solutions, LLC
               lrjacoby@jacobylawonline.com
              Nancy  Isaacson    on behalf of Creditor    Liquidity Solutions nisaacson@greenbaumlaw.com
              Nancy  Isaacson    on behalf of Transferee    Liberty Park Commons, LLC nisaacson@greenbaumlaw.com
              Nicholas Paul Edwards    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington
               mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates
               nedwards@shp-law.com,   amckenzie@huntonak.com;plozano@huntonak.com
              Robert S. Roglieri    on behalf of Creditor    Donald V. Biase rroglieri@msbnj.com
              Scott D. Sherman    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington
               mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates
               ssherman@minionsherman.com
              Shoshana  Schiff    on behalf of Creditor    Donald V. Biase sschiff@trenklawfirm.com,
               cdeangelis@trenklawfirm.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Nov 19, 2018
                              Form ID: orderntc        Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        William M.E. Powers    on behalf of Creditor    U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-AB1, Mortgage Pass-Through Certificates, Series 2006-AB1 ecf@powerskirn.com
        William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-AB1, Mortgage Pass-Through Certificates, Series 2006-AB1 ecf@powerskirn.com

                                                                                                                                                                                      TOTAL: 16