| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| CULLEN AND DYKMAN LLP<br>433 Hackensack Avenue<br>Hackensack, NJ 07601<br>(201) 488-1300 (Tel)<br>(201) 488-6541 (Fax)<br>David Edelberg, Esq.<br>Counsel to Dianna Guadagnino | |
| In Re:<br><br>DIANNA GUADAGNINO,<br><br>Debtor. | Case No.: 17-12951 (RG)<br>Chapter: 11<br>Judge: Rosemary Gambardella |

**FILED**
JEANNE A. NAUGHTON, CLERK
NOV 19 2018
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

## ORDER SHORTENING TIME PERIOD FOR NOTICE,
## SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

11-19-18

_/s/ Rosemary Gambardella_
USBJ

After review of the application of _____Dianna Guadagnino_____ for the reduction of time for a hearing on _Motion to Approve Post-Petition Financing, Expunge of Judgment Liens and granting Related Relief_____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____ November 28, 2018 at 11:00 AM _____ in the United States Bankruptcy Court, _____ 50 Walnut Street, Newark, New Jersey _____, Courtroom No. __3E__ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: The United States Trustee, all Mortgage and Lien Holders upon the Affected Properties, and all Parties that have filed a Notice of Appearance herein.

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☒ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within __1__ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

    ☑ may be presented orally at the hearing.

8.   ☑ Court appearances are required to prosecute the motion/application and any objections.

    ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

3

United States Bankruptcy Court
District of New Jersey

In re:
Dianna Guadagnino
    Debtor

Case No. 17-12951-RG
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 19, 2018
                     Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2018.
db           +Dianna Guadagnino,   287 Communipaw Avenue,   Jersey City, NJ 07304-4003
aty          +Cullen and Dykman LLP,   433 Hackensack Avenue,   Hackensack, NJ 07601-8309

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2018                                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2018 at the address(es) listed below:
          Anna  Landa    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates cmartin@pralc.com, ecf6@ecf.courtdrive.com
          David  Edelberg    on behalf of Debtor Dianna  Guadagnino dedelberg@cullenanddykman.com, edelbergdr82964@notify.bestcase.com
          David  Gerardi    on behalf of U.S. Trustee    U.S. Trustee david.gerardi@usdoj.gov
          Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Eamonn  O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov
          Emmanuel J. Argentieri    on behalf of Creditor    M & T BANK, SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK bk@rgalegal.com
          Lauren Rebecca Jacoby    on behalf of Creditor    Navient Solutions, LLC lrjacoby@jacobylawonline.com
          Nancy  Isaacson    on behalf of Creditor    Liquidity Solutions nisaacson@greenbaumlaw.com
          Nancy  Isaacson    on behalf of Transferee    Liberty Park Commons, LLC nisaacson@greenbaumlaw.com
          Nicholas Paul Edwards    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates nedwards@shp-law.com, amckenzie@huntonak.com;plozano@huntonak.com
          Robert S. Roglieri    on behalf of Creditor    Donald V. Biase rroglieri@msbnj.com
          Scott D. Sherman    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates ssherman@minionsherman.com
          Shoshana  Schiff    on behalf of Creditor    Donald V. Biase sschiff@trenklawfirm.com, cdeangelis@trenklawfirm.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers    on behalf of Creditor    U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-AB1, Mortgage Pass-Through Certificates, Series 2006-AB1 ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-AB1, Mortgage Pass-Through Certificates, Series 2006-AB1 ecf@powerskirn.com
                                                                                                                            TOTAL: 16