B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re Dianna Guadagnino, *Debtor*

Case No. 17-12951

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: September, 2018

Date filed: Nov 26, 2018

Line of Business: Rental Income

NAISC Code: 531110

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

Original Signature of Responsible Party

Dianna Guadagnino

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☑ | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL INCOME** $ 23972.13

## SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month $ 6672.51

Cash on Hand at End of Month $ 1366.24

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU **TOTAL** $ 1366.24

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES** $ 29278.40

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* $ 23972.13

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* $ 29278.40

*(Subtract Line C from Line B)* **CASH PROFIT FOR THE MONTH** $ -5306.27

B 25C (Official Form 25C) (12/08)

**UNPAID BILLS**

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 0.00

*(Exhibit D)*

**MONEY OWED TO YOU**

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 1,275.00

*(Exhibit E)*

**BANKING INFORMATION**

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

**EMPLOYEES**

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? 0

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? 0

**PROFESSIONAL FEES**

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ ________

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 22,500.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 0.00

B 25C (Official Form 25C) (12/08)

**PROJECTIONS**

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

| | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 19000 | $ 23972.13 | $ 4972.13 |
| EXPENSES | $ 17000 | $ 29278.40 | $ 12278.40 |
| CASH PROFIT | $ 2000 | $ -5306.27 | $ 3306.27 |

| | |
|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ 19000 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ 17500 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ 1500 |

**ADDITIONAL INFORMATION**

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

# Dianna Guadagnino September 1 - 31, 2018

## INCOME DETAIL

September 2018

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| Ordinary Income/Expenses | | | | | | |
| Income | | | | | | |
| Sales | | | | | | |
| 194 Pine | | | | | | |
| 09/04/2018 | Deposit | | | DEPOSIT Pine St - Jayne | 2,225.00 | 2,225.00 |
| **Total for 194 Pine** | | | | | **$2,225.00** | |
| 252 Suydam | | | | | | |
| 09/05/2018 | Deposit | | Rent - David | DEPOSIT | 1,950.00 | 1,950.00 |
| 09/10/2018 | Deposit | | | DEPOSIT Stephen 252 Suydam | 1,650.00 | 3,600.00 |
| **Total for 252 Suydam** | | | | | **$3,600.00** | |
| 287 Communipaw A | | | | | | |
| 09/04/2018 | Deposit | | Rent - Andrew | DEPOSIT | 700.00 | 700.00 |
| 09/06/2018 | Deposit | | Rent - Andreas | DEPOSIT | 1,700.00 | 2,400.00 |
| 09/06/2018 | Deposit | | Rent - Andreas | DEPOSIT | 850.00 | 3,250.00 |
| 09/10/2018 | Deposit | | | DEPOSIT Ramsey Communipaw | 650.00 | 3,900.00 |
| 09/19/2018 | Deposit | | | DEPOSIT Jessie Communipaw | 700.00 | 4,600.00 |
| **Total for 287 Communipaw A** | | | | | **$4,600.00** | |
| Garages | | | | | | |
| 09/04/2018 | Deposit | | | DEPOSIT Garage Richard | 450.00 | 450.00 |
| 09/06/2018 | Deposit | | Rent - Andreas | DEPOSIT | 800.00 | 1,250.00 |
| 09/19/2018 | Deposit | | | DEPOSIT Koby Garages | 735.00 | 1,985.00 |
| 09/19/2018 | Deposit | | | DEPOSIT Anthony Garages | 405.00 | 2,390.00 |
| 09/24/2018 | Deposit | | Rent - Eli | DEPOSIT | 100.00 | 2,490.00 |
| **Total for Garages** | | | | | **$2,490.00** | |
| **Total for Sales** | | | | | **$12,915.00** | |
| Uncategorized Income | | | | | | |
| 09/06/2018 | Deposit | | Rent - Andreas | DEPOSIT - Utility Reimbursement | 413.84 | 413.84 |
| 09/10/2018 | Deposit | | Subscription | 469216 ND INDUSTRIAL COMMISS 469216 ND INDUSTRIAL COMMISSI BISMARCK * ND | 30.00 | 443.84 |
| 09/11/2018 | Deposit | | TD Bank | Bank Fee HANDLING CHG REVERSAL | 70.00 | 513.84 |
| 09/12/2018 | Deposit | | Office Supply | 402121 LOOKBGALERT8779512233 402121 LOOKBGALERT8779512233 8779512233 G BR | 44.85 | 558.69 |
| 09/12/2018 | Deposit | | TD Bank | Temporary Credit | 89.70 | 648.39 |
| 09/12/2018 | Deposit | | Office Supply | 402121 LOOKBGALERT8779512233 402121 LOOKBGALERT8779512233 8779512233 G BR | 44.85 | 693.24 |
| 09/12/2018 | Deposit | | Office Supply | 402121 | 44.85 | 738.09 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| | | | | LOOKBGALERT8779512233 402121 LOOKBGALERT8779512233 8779512233 G BR | | |
| 09/12/2018 | Deposit | | Office Supply | 402121 LOOKBGALERT8779512233 402121 LOOKBGALERT8779512233 8779512233 G BR | 44.85 | 782.94 |
| 09/12/2018 | Deposit | | Office Supply | 402121 LOOKBGALERT8779512233 402121 LOOKBGALERT8779512233 8779512233 G BR | 44.85 | 827.79 |
| 09/12/2018 | Deposit | | Office Supply | 402121 LOOKBGALERT8779512233 402121 LOOKBGALERT8779512233 8779512233 G BR | 44.85 | 872.64 |
| 09/14/2018 | Deposit | | Acumen | ACUMEN FISCAL AG EDI PYMNTS | 1,738.35 | 2,610.99 |
| 09/18/2018 | Deposit | | Office Supply | 402121 LOOKBGALERT8779512233 402121 LOOKBGALERT8779512233 8779512233 G BR | 44.85 | 2,655.84 |
| 09/21/2018 | Deposit | | Taxes | TAX COMMISSIONER NDSTTAXRFD | 272.00 | 2,927.84 |
| 09/28/2018 | Deposit | | Acumen | ACUMEN FISCAL AG EDI PYMNTS | 129.29 | 3,057.13 |
| **Total for Uncategorized Income** | | | | | **$3,057.13** | |
| Uncategorized Income ( 27 ) | | | | | | |
| 09/07/2018 | Deposit | | Consulting | WIRE TRANSFER INCOMING | 8,000.00 | 8,000.00 |
| **Total for Uncategorized Income ( 27 )** | | | | | **$8,000.00** | |
| **Total for Income** | | | | | **$23,972.13** | |
| **Net Income** | | | | | **$23,972.13** | |

# Dianna Guadagnino September 1 - 31, 2018

## TRANSACTION DETAIL BY ACCOUNT

September 2018

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 09/04/2018 | Expense | | Quickbooks | 469216 INTUIT QB ONLINE 469216 INTUIT QB ONLINE 800 286 6800 * CA | CHAPTER 11 CHECKING (0334) | 35.00 | 35.00 |
| 09/04/2018 | Expense | | Target | 32247081 TARGET T 94 STATE RT 32247081 TARGET T 94 STATE RT RIVERDALE * NJ | CHAPTER 11 CHECKING (0334) | 117.78 | 152.78 |
| 09/04/2018 | Expense | | Restaurant | 405522 LIBERTY HOUSE 405522 LIBERTY HOUSE JERSEY CITY * NJ | CHAPTER 11 CHECKING (0334) | 34.00 | 186.78 |
| 09/04/2018 | Expense | | Delta | 471705 DELTA AIR UPGRADES 471705 DELTA AIR UPGRADES NEWARK * NJ | CHAPTER 11 CHECKING (0334) | 150.00 | 336.78 |
| 09/04/2018 | Expense | | Museum | 476197 STATUE CRUISES INTERN 476197 STATUE CRUISES INTERNA JERSEY CITY * NJ | CHAPTER 11 CHECKING (0334) | 13.61 | 350.39 |
| 09/04/2018 | Expense | | Museum | 476197 STATUE CRUISES 476197 STATUE CRUISES JERSEY CITY * NJ | CHAPTER 11 CHECKING (0334) | 54.50 | 404.89 |
| 09/04/2018 | Expense | | Gas Station | 442733 QUICK CHEK CORPORATIO 442733 QUICK CHEK CORPORATION BAYONNE * NJ | CHAPTER 11 CHECKING (0334) | 44.11 | 449.00 |
| 09/04/2018 | Expense | | Uber | 449215 UBER TRIP 5GEQA 449215 UBER TRIP 5GEQA HELP UBER COM * CA | CHAPTER 11 CHECKING (0334) | 5.38 | 454.38 |
| 09/04/2018 | Expense | | Take out restaurant | 442733 MCDONALD S F10074 442733 MCDONALD S F10074 JERSEY CITY * NJ | CHAPTER 11 CHECKING (0334) | 14.52 | 468.90 |
| 09/04/2018 | Expense | | Take out restaurant | 442733 MCDONALD S F10074 442733 MCDONALD S F10074 JERSEY CITY * NJ | CHAPTER 11 CHECKING (0334) | 23.40 | 492.30 |
| 09/04/2018 | Expense | | Delta | 471705 DELTA AIR BAGGAGE F 471705 DELTA AIR BAGGAGE FEE NEWARK * NJ | CHAPTER 11 CHECKING (0334) | 25.00 | 517.30 |
| 09/04/2018 | Expense | | Delta | 471705 DELTA AIR BAGGAGE F 471705 DELTA AIR BAGGAGE FEE NEWARK * NJ | CHAPTER 11 CHECKING (0334) | 25.00 | 542.30 |
| 09/04/2018 | Expense | | Apple iCloud | 469216 APL ITUNES COM BILL 469216 APL ITUNES COM BILL 800 275 2273 * CA | CHAPTER 11 CHECKING (0334) | 4.25 | 546.55 |
| 09/04/2018 | Expense | | Storage | 444500 PUBLIC STORAGE 29226 444500 PUBLIC STORAGE 29226 800 567 0759 * NJ | CHAPTER 11 CHECKING (0334) | 260.24 | 806.79 |
| 09/04/2018 | Expense | | Target | 32247077 TARGET T 94 STATE RT 32247077 TARGET T 94 STATE RT RIVERDALE * NJ | CHAPTER 11 CHECKING (0334) | 101.74 | 908.53 |
| 09/04/2018 | Expense | | B of A Mortgage | CHECK | CHAPTER 11 CHECKING (0334) | 2,916.74 | 3,825.27 |
| 09/05/2018 | Expense | | Gas Station | 422443 SPEEDWAY 03482 422443 SPEEDWAY 03482 JERSEY CITY * NJ | CHAPTER 11 CHECKING (0334) | 43.22 | 3,868.49 |
| 09/05/2018 | Expense | | Longo Insurance | PREMIUM ASSIGNME INSUR.PMT. | CHAPTER 11 CHECKING (0334) | 224.63 | 4,093.12 |
| 09/05/2018 | Expense | | Apple iCloud | 469216 APL ITUNES COM BILL 469216 APL ITUNES COM BILL 800 275 2273 * CA | CHAPTER 11 CHECKING (0334) | 9.99 | 4,103.11 |
| 09/05/2018 | Expense | | Restaurant | 416407 APPLEBEES 99986470046 416407 APPLEBEES 999864700461 | CHAPTER 11 CHECKING (0334) | 41.80 | 4,144.91 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| | | | | JERSEY CITY * NJ | | | |
| 09/05/2018 | Expense | | B of A Mortgage | CHECK | CHAPTER 11 CHECKING (0334) | 1,458.37 | 5,603.28 |
| 09/05/2018 | Expense | | Subway Card | 476197 MTA EWRLOTCTP CT 476197 MTA EWRLOTCTP CT NEWARK * NJ | CHAPTER 11 CHECKING (0334) | 24.00 | 5,627.28 |
| 09/06/2018 | Expense | | Wells Fargo | WF HOME MTG AUTO PAY | CHAPTER 11 CHECKING (0334) | 3,306.16 | 8,933.44 |
| 09/06/2018 | Expense | | Restaurant | 438894 NEW THANH HOAI 438894 NEW THANH HOAI JERSEY CITY * NJ | CHAPTER 11 CHECKING (0334) | 33.75 | 8,967.19 |
| 09/07/2018 | Expense | | Target | 32247077 TARGET T 94 STATE RT 32247077 TARGET T 94 STATE RT RIVERDALE * NJ | CHAPTER 11 CHECKING (0334) | 46.23 | 9,013.42 |
| 09/10/2018 | Expense | | Apple iCloud | 469216 APL ITUNES COM BILL 469216 APL ITUNES COM BILL 866 712 7753 * CA | CHAPTER 11 CHECKING (0334) | 2.99 | 9,016.41 |
| 09/10/2018 | Expense | | Target | 32247077 TARGET T 94 STATE RT 32247077 TARGET T 94 STATE RT RIVERDALE * NJ | CHAPTER 11 CHECKING (0334) | 89.00 | 9,105.41 |
| 09/10/2018 | Expense | | Target | 32247080 TARGET T 94 STATE RT 32247080 TARGET T 94 STATE RT RIVERDALE * NJ | CHAPTER 11 CHECKING (0334) | 79.89 | 9,185.30 |
| 09/10/2018 | Expense | | Target | 32247080 TARGET T 94 STATE RT 32247080 TARGET T 94 STATE RT RIVERDALE * NJ | CHAPTER 11 CHECKING (0334) | 24.04 | 9,209.34 |
| 09/11/2018 | Expense | | Apple iCloud | 469216 APL ITUNES COM BILL 469216 APL ITUNES COM BILL 800 275 2273 * CA | CHAPTER 11 CHECKING (0334) | 4.25 | 9,213.59 |
| 09/12/2018 | Expense | | Restaurant | DEBIT | CHAPTER 11 CHECKING (0334) | 500.00 | 9,713.59 |
| 09/12/2018 | Expense | | Transunion | 469216 TU TRANSUNION 469216 TU TRANSUNION 800 493 3292 * CA | CHAPTER 11 CHECKING (0334) | 19.95 | 9,733.54 |
| 09/12/2018 | Expense | | Verizon Wireless | VERIZON WIRELESS PAYMENTS | CHAPTER 11 CHECKING (0334) | 168.10 | 9,901.64 |
| 09/13/2018 | Expense | | Movies | 469216 REDBOX DVD RENTAL 469216 REDBOX DVD RENTAL 866 733 2693 * IL | CHAPTER 11 CHECKING (0334) | 44.52 | 9,946.16 |
| 09/14/2018 | Expense | | Horse | 437735 PAW PICTURESQUE STUDI 437735 PAW PICTURESQUE STUDIOS GLENDIVE * MT | CHAPTER 11 CHECKING (0334) | 225.00 | 10,171.16 |
| 09/17/2018 | Check | 14530665 | Cullen & Dykeman | CHECK # 14530665 | CHAPTER 11 CHECKING (0334) | 10,000.00 | 20,171.16 |
| 09/17/2018 | Expense | | Utility gas/electric | PUBLIC SERVICE PSEG | CHAPTER 11 CHECKING (0334) | 763.84 | 20,935.00 |
| 09/17/2018 | Expense | | Take out restaurant | 469216 STARBUCKS STORE 21295 469216 STARBUCKS STORE 21295 WAYNE * NJ | CHAPTER 11 CHECKING (0334) | 10.18 | 20,945.18 |
| 09/17/2018 | Expense | | Clothing | 422443 GOODWILL IND 909 422443 GOODWILL IND 909 FAIRFIELD * NJ | CHAPTER 11 CHECKING (0334) | 2.99 | 20,948.17 |
| 09/17/2018 | Expense | | Delta | 471705 DELTA AIR 006216140 471705 DELTA AIR 006216140955 ATLANTA * GA | CHAPTER 11 CHECKING (0334) | 58.30 | 21,006.47 |
| 09/17/2018 | Expense | | Delta | 471705 DELTA AIR 006216140 471705 DELTA AIR 006216140955 ATLANTA * GA | CHAPTER 11 CHECKING (0334) | 122.20 | 21,128.67 |
| 09/17/2018 | Expense | | Gas Station | 476197 LUKOIL 74073 476197 LUKOIL 74073 RIVERDALE * NJ | CHAPTER 11 CHECKING (0334) | 41.72 | 21,170.39 |
| 09/17/2018 | Expense | | Clothing | 422443 PEQUANOCK GOODWILL 422443 PEQUANOCK GOODWILL POMPTON PLAIN * NJ | CHAPTER 11 CHECKING (0334) | 21.30 | 21,191.69 |
| 09/17/2018 | Expense | | Clothing | 422443 GOODWILL IND 909 422443 | CHAPTER 11 | 38.16 | 21,229.85 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| | | | | GOODWILL IND 909 FAIRFIELD * NJ | CHECKING (0334) | | |
| 09/17/2018 | Expense | | Target | 32247157 TARGET T 94 STATE RT 32247157 TARGET T 94 STATE RT RIVERDALE * NJ | CHAPTER 11 CHECKING (0334) | 6.89 | 21,236.74 |
| 09/17/2018 | Expense | | Doctor | 449215 SQ DR MIRZA 449215 SQ DR MIRZA CEDAR GROVE * NJ | CHAPTER 11 CHECKING (0334) | 750.00 | 21,986.74 |
| 09/17/2018 | Expense | | Utility gas/electric | PUBLIC SERVICE PSEG | CHAPTER 11 CHECKING (0334) | 500.00 | 22,486.74 |
| 09/18/2018 | Expense | | Clothing | 422443 PEQUANOCK GOODWILL 422443 PEQUANOCK GOODWILL POMPTON PLAIN * NJ | CHAPTER 11 CHECKING (0334) | 45.73 | 22,532.47 |
| 09/18/2018 | Expense | | Coffee | 426979 LONGFELLOWS COFFEE 426979 LONGFELLOWS COFFEE K KINNELON * NJ | CHAPTER 11 CHECKING (0334) | 6.60 | 22,539.07 |
| 09/18/2018 | Expense | | Clothing | 422443 PEQUANOCK GOODWILL 422443 PEQUANOCK GOODWILL POMPTON PLAIN * NJ | CHAPTER 11 CHECKING (0334) | 17.95 | 22,557.02 |
| 09/19/2018 | Expense | | Taxes | NEW JERSEY TGI P NJWEB40 | CHAPTER 11 CHECKING (0334) | 240.00 | 22,797.02 |
| 09/19/2018 | Expense | | Clothing | 318600 HENRI BENDEL 1 318600 HENRI BENDEL 1 NEW YORK * NY | CHAPTER 11 CHECKING (0334) | 939.20 | 23,736.22 |
| 09/19/2018 | Check | 1 | B of A Mortgage | CHECK # 1 | CHAPTER 11 CHECKING (0334) | 4,644.28 | 28,380.50 |
| 09/20/2018 | Expense | | Uber | 449215 UBER TRIP B4ODY 449215 UBER TRIP B4ODY HELP UBER COM * CA | CHAPTER 11 CHECKING (0334) | 126.03 | 28,506.53 |
| 09/20/2018 | Expense | | Supermarket | 770446 CASH WISE FOODS 3042 770446 CASH WISE FOODS 3042 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 142.39 | 28,648.92 |
| 09/21/2018 | Expense | | Delta | 471705 DELTA AIR BAGGAGE F 471705 DELTA AIR BAGGAGE FEE NYC LAGUARDIA * NY | CHAPTER 11 CHECKING (0334) | 25.00 | 28,673.92 |
| 09/21/2018 | Expense | | Restaurant | 405523 EMPIRE TAVERN 405523 EMPIRE TAVERN FLUSHING * NY | CHAPTER 11 CHECKING (0334) | 41.87 | 28,715.79 |
| 09/21/2018 | Expense | | Delta | 471705 DELTA AIR BAGGAGE F 471705 DELTA AIR BAGGAGE FEE NYC LAGUARDIA * NY | CHAPTER 11 CHECKING (0334) | 25.00 | 28,740.79 |
| 09/24/2018 | Expense | | Take out restaurant | 475542 COCA COLA OF WILLISTO 475542 COCA COLA OF WILLISTON WILLISTON * ND | CHAPTER 11 CHECKING (0334) | 2.60 | 28,743.39 |
| 09/24/2018 | Expense | | Take out restaurant | 475542 COCA COLA OF WILLISTO 475542 COCA COLA OF WILLISTON WILLISTON * ND | CHAPTER 11 CHECKING (0334) | 2.60 | 28,745.99 |
| 09/24/2018 | Expense | | Supermarket | 02295224 NDGSW JACK JILL 02295224 NDGSW JACK JILL WATFORD * ND | CHAPTER 11 CHECKING (0334) | 6.39 | 28,752.38 |
| 09/24/2018 | Expense | | Take out restaurant | 432300 OUTLAWS BAR GRILL 432300 OUTLAWS BAR GRILL WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 13.00 | 28,765.38 |
| 09/24/2018 | Expense | | Office Supply | 405523 MEUCHEL COMPUTER SERV 405523 MEUCHEL COMPUTER SERVICE WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 13.58 | 28,778.96 |
| 09/24/2018 | Expense | | Family Dollar | 423168 FAMILY DOLLAR 11938 423168 FAMILY DOLLAR 11938 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 20.93 | 28,799.89 |
| 09/24/2018 | Expense | | Take out restaurant | 432300 OUTLAWS BAR GRILL 432300 OUTLAWS BAR GRILL WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 21.63 | 28,821.52 |
| 09/24/2018 | Expense | | Take out restaurant | 480166 TOKYO STEAK HOUSE 480166 TOKYO STEAK HOUSE WATFORD | CHAPTER 11 CHECKING (0334) | 68.85 | 28,890.37 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| | | | | CITY * ND | | | |
| 09/24/2018 | Expense | | Restaurant | 432300 FOX HILLS GOLF COURSE 432300 FOX HILLS GOLF COURSE WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 96.78 | 28,987.15 |
| 09/24/2018 | Expense | | Gas Station | 12518703 KUM GO 804 12518703 KUM GO 804 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 2.97 | 28,990.12 |
| 09/25/2018 | Expense | | Gym | 432300 WATFORD CITY EVENT CE 432300 WATFORD CITY EVENT CENTE WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 148.00 | 29,138.12 |
| 09/27/2018 | Expense | | Wild Cow Coffee | 432300 WILD COW COFFEE AND C 432300 WILD COW COFFEE AND CREA WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 14.38 | 29,152.50 |
| 09/28/2018 | Expense | | Gym | ND000157 2313 WOLF DEN PARKW ND000157 2313 WOLF DEN PARKW WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 22.95 | 29,175.45 |
| 09/28/2018 | Expense | | Gym | ND000157 2313 WOLF DEN PARKW ND000157 2313 WOLF DEN PARKW WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 102.95 | 29,278.40 |

# LEDGER ACCOUNT - RENT ROLL MONTHLY

Guadagnino, Dionna

| RENT ROLL | September, 2018 |
|---|---|
| RUNNING BALANCE | 13328.64 |

| Unit Numb | ADDRESS | TENANT NAME | NOTE | NOTE2 | ACTUAL RATE | PAYMENT DATE | PAYMENT AMOUNT | Amount Owed | Previous Unpaid |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 194 Pine Street | JAYNE FREEMAN | | Check | 2,225.00 | 9/4/2018 | 2,225.00 | 0.00 | 0.00 |
| 1 | 252 Suydam Ave | STEPHEN - UNIT 1 | $100 parking | Money Order | 1,850.00 | 9/10/2018 | 1,850.00 | 0.00 | 0.00 |
| 2 | 252 Suydam Ave | DAVID - UNIT 2 | | Deposit | 1,950.00 | 9/5/2018 | 1,950.00 | 0.00 | 0.00 |
| 1 | 104 Lafayette | DHRUVA / HERTZ | Prepaid in August | Check | 2,800.00 | 8/27/2018 | PAID | 0.00 | 0.00 |
| 1 | 287 Communipaw Ave | Andreas Hertz | 2 garages, Aug pmt, utility | Deposit | 1,700.00 | 9/6/2018 | 3,763.84 | 0.00 | 0.00 |
| 2 | 287 Communipaw Ave | Ramsey | Check #192; moving out Oct 1 | Check | 2,425.00 | 9/10/2018 | 650.00 | TBD | 0.00 |
| 2 | 287 Communipaw Ave | Andrew Coyle | | Deposit | 500.00 | 9/4/2018 | 700.00 | 0.00 | 1,675.00 |
| 2 | 287 Communipaw Ave | Jessie | Paid $150 to arrears | Cash Deposited | 550.00 | 9/19/2018 | 700.00 | 0.00 | 2,250.00 |
| Garage 1 | 287 Communipaw Ave | Anthony (formerly Eli) | $20 in trade | Cash Deposited | 225.00 | 9/19/2018 | 205.00 | 0.00 | 0.00 |
| Garage 2 | 287 Communipaw Ave | Richard | | Cash Deposited | 200.00 | 9/4/2018 | 200.00 | 0.00 | 0.00 |
| Garage 3 | 287 Communipaw Ave | Richard | | Cash Deposited | 250.00 | 9/4/2018 | 250.00 | 0.00 | 0.00 |
| Garage 4 | 287 Communipaw Ave | Andreas Hertz | Paid with rent | Deposit | 200.00 | 9/6/2018 | 0.00 | 0.00 | 0.00 |
| Garage 5 | 287 Communipaw Ave | Paz / Koby Benvenisti (Formerly Eli) | | Cash Deposited | 260.00 | 9/19/2018 | 735.00 | 0.00 | 0.00 |
| Garage 6 | 287 Communipaw Ave | John Ross | | NA | 200.00 | 9/1/2018 | TRADE | 0.00 | 0.00 |
| Garage 7 | 287 Communipaw Ave | John Ross | | NA | 200.00 | 9/1/2018 | TRADE | 0.00 | 0.00 |
| Garage 8 | 287 Communipaw Ave | Paz / Koby Benvenisti (Formerly Eli) | | Cash Deposited | 225.00 | 9/18/2018 | 0.00 | 0.00 | 0.00 |
| Garage 9 | 287 Communipaw Ave | To Be Rented | | NA | 250.00 | 9/1/2018 | PERSONAL | 0.00 | 0.00 |
| Garage 1 | 252 Suydam Ave | Paz / Koby Benvenisti | | Cash Deposited | 250.00 | 9/19/2018 | 0.00 | 25.00 | 0.00 |
| Garage 2 | 252 Suydam Ave | Michael | Move Out | Left without Paying | 200.00 | 9/1/2018 | 0.00 | 0.00 | 50.00 |
| Garage 3 | 252 Suydam Ave | Anthony (formerly Eli) | | Cash Deposited | 200.00 | 9/19/2018 | 200.00 | 0.00 | 80.00 |
| Garage 4 | 252 Suydam Ave | Andreas New (formerly James) | Paid with rent | Deposit | 200.00 | 9/6/2018 | 0.00 | 0.00 | 0.00 |
| Garage 5 | 252 Suydam Ave | Dan Roorda | Prepaid until Oct 1 | Paying July Aug Sep - next paymt Oct 1 | 200.00 | 9/1/2018 | PAID | 0.00 | 0.00 |
| Parking 1 | 252 Suydam Ave | Eyal/Eli | paid $50 towards arears | Cash Deposited | 50.00 | 9/24/2018 | 100.00 | 0.00 | 0.00 |



America's Most Convenient Bank®

E STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ
287 COMMUNIPAW AVE
JERSEY CITY NJ 07304

| | |
|---|---|
| Page: | 1 of 8 |
| Statement Period: | Sep 01 2018-Sep 30 2018 |
| Cust Ref #: | 4340580334-039-E-*** |
| Primary Account #: | 434-0580334 |

## Chapter 11 Checking

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Account # 434-0580334

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 6,672.51 | Average Collected Balance | 7,441.45 |
| Deposits | 13,328.84 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 2,483.59 | Interest Paid Year-to-Date | 0.00 |
| Other Credits | 8,159.70 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |
| Checks Paid | 19,019.39 | | |
| Electronic Payments | 9,759.01 | | |
| Other Withdrawals | 500.00 | | |
| Ending Balance | 1,366.24 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $70.00 |
| Total Returned Item Fees (NSF) | $0.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

#### Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/04 | DEPOSIT | 2,675.00 |
| 09/04 | DEPOSIT | 700.00 |
| 09/05 | DEPOSIT | 1,950.00 |
| 09/06 | DEPOSIT | 3,763.84 |
| 09/10 | DEPOSIT | 2,300.00 |
| 09/19 | DEPOSIT | 1,840.00 |
| 09/24 | DEPOSIT | 100.00 |
| | Subtotal: | 13,328.84 |

#### Electronic Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/10 | DEBIT CARD CREDIT, *****04017405832, AUT 090818 VISA DDA REF ND INDUSTRIAL COMMISSI BISMARCK * ND | 30.00 |
| 09/12 | DEBIT CARD CREDIT, *****04017405832, AUT 091218 VISA DDA REF LOOKBGALERT8779512233 8779512233 G BR | 44.85 |
| 09/12 | DEBIT CARD CREDIT, *****04017405832, AUT 091218 VISA DDA REF LOOKBGALERT8779512233 8779512233 G BR | 44.85 |
| 09/12 | DEBIT CARD CREDIT, *****04017405832, AUT 091218 VISA DDA REF LOOKBGALERT8779512233 8779512233 G BR | 44.85 |
| 09/12 | DEBIT CARD CREDIT, *****04017405832, AUT 091218 VISA DDA REF LOOKBGALERT8779512233 8779512233 G BR | 44.85 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account



**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| ❶ | Ending Balance | 1,366.24 |
| ❷ | Total Deposits | + |
| ❸ | Sub Total | |
| ❹ | Total Withdrawals | - |
| ❺ | Adjusted Balance | |

❷

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | ❷ |

❹

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | ❹ |

### FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

### INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

### FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

| | |
|---|---|
| Page: | 3 of 8 |
| Statement Period: | Sep 01 2018-Sep 30 2018 |
| Cust Ref #: | 4340580334-039-E-*** |
| Primary Account #: | 434-0580334 |

DAILY ACCOUNT ACTIVITY

**Electronic Deposits (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/12 | DEBIT CARD CREDIT, *****04017405832, AUT 091218 VISA DDA REF LOOKBGALERT8779512233 8779512233 G BR | 44.85 |
| 09/12 | DEBIT CARD CREDIT, *****04017405832, AUT 091218 VISA DDA REF LOOKBGALERT8779512233 8779512233 G BR | 44.85 |
| 09/14 | ACH DEPOSIT, ACUMEN FISCAL AG EDI PYMNTS ND****D59543134 | 1,738.35 |
| 09/18 | DEBIT CARD CREDIT, *****04017405832, AUT 091818 VISA DDA REF LOOKBGALERT8779512233 8779512233 G BR | 44.85 |
| 09/21 | ACH DEPOSIT, TAX COMMISSIONER NDSTTAXRFD OneTimePay | 272.00 |
| 09/28 | ACH DEPOSIT, ACUMEN FISCAL AG EDI PYMNTS ND****D59543453 | 129.29 |
| | Subtotal: | 2,483.59 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/07 | WIRE TRANSFER INCOMING, JASON L GILLEN | 8,000.00 |
| 09/11 | HANDLING CHG REVERSAL | 70.00 |
| 09/12 | CREDIT, Temporary Credit | 89.70 |
| | Subtotal: | 8,159.70 |

**Checks Paid** No. Checks: 4 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 09/04 | 0000 | 2,916.74 | 09/19 | 1 | 4,644.28 |
| 09/05 | 0000* | 1,458.37 | 09/17 | 14530665* | 10,000.00 |
| | | | | Subtotal: | 19,019.39 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/04 | DEBIT CARD PAYMENT, *****04017405832, AUT 090318 VISA DDA PUR PUBLIC STORAGE 29226 800 567 0759 * NJ | 260.24 |
| 09/04 | DEBIT CARD PURCHASE, *****04017405832, AUT 090318 VISA DDA PUR DELTA AIR UPGRADES NEWARK * NJ | 150.00 |
| 09/04 | DEBIT POS, *****04017405832, AUT 090218 DDA PURCHASE TARGET T 94 STATE RT RIVERDALE * NJ | 117.78 |
| 09/04 | DEBIT POS, *****04017405832, AUT 083118 DDA PURCH W/CB TARGET T 94 STATE RT RIVERDALE * NJ | 101.74 |
| 09/04 | DEBIT CARD PURCHASE, *****04017405832, AUT 090118 VISA DDA PUR STATUE CRUISES JERSEY CITY * NJ | 54.50 |
| 09/04 | DEBIT CARD PURCHASE, *****04017405832, AUT 083118 VISA DDA PUR QUICK CHEK CORPORATION BAYONNE * NJ | 44.11 |
| 09/04 | DEBIT CARD PAYMENT, *****04017405832, AUT 090218 VISA DDA PUR INTUIT QB ONLINE 800 286 6800 * CA | 35.00 |
| 09/04 | DEBIT CARD PURCHASE, *****04017405832, AUT 090118 VISA DDA PUR LIBERTY HOUSE JERSEY CITY * NJ | 34.00 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 4 of 8
Statement Period: Sep 01 2018-Sep 30 2018
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/04 | DEBIT CARD PURCHASE, *****04017405832, AUT 090318 VISA DDA PUR DELTA AIR BAGGAGE FEE NEWARK * NJ | 25.00 |
| 09/04 | DEBIT CARD PURCHASE, *****04017405832, AUT 090318 VISA DDA PUR DELTA AIR BAGGAGE FEE NEWARK * NJ | 25.00 |
| 09/04 | DEBIT CARD PURCHASE, *****04017405832, AUT 083018 VISA DDA PUR MCDONALD S F10074 JERSEY CITY * NJ | 23.40 |
| 09/04 | DEBIT CARD PURCHASE, *****04017405832, AUT 083018 VISA DDA PUR MCDONALD S F10074 JERSEY CITY * NJ | 14.52 |
| 09/04 | DEBIT CARD PURCHASE, *****04017405832, AUT 090118 VISA DDA PUR STATUE CRUISES INTERNA JERSEY CITY * NJ | 13.61 |
| 09/04 | DEBIT CARD PURCHASE, *****04017405832, AUT 090318 VISA DDA PUR UBER TRIP 5GEQA HELP UBER COM * CA | 5.38 |
| 09/04 | DEBIT CARD PURCHASE, *****04017405832, AUT 090318 VISA DDA PUR APL ITUNES COM BILL 800 275 2273 * CA | 4.25 |
| 09/05 | ACH DEBIT, PREMIUM ASSIGNME INSUR.PMT. INSURANCE PMT | 224.63 |
| 09/05 | DEBIT CARD PURCHASE, *****04017405832, AUT 090418 VISA DDA PUR SPEEDWAY 03482 JERSEY CITY * NJ | 43.22 |
| 09/05 | DEBIT CARD PURCHASE, *****04017405832, AUT 090318 VISA DDA PUR APPLEBEES 999864700461 JERSEY CITY * NJ | 41.80 |
| 09/05 | DEBIT CARD PURCHASE, *****04017405832, AUT 090318 VISA DDA PUR MTA EWRLOTCTP CT NEWARK * NJ | 24.00 |
| 09/05 | DEBIT CARD PURCHASE, *****04017405832, AUT 090418 VISA DDA PUR APL ITUNES COM BILL 800 275 2273 * CA | 9.99 |
| 09/06 | ACH DEBIT, WF HOME MTG AUTO PAY ****796958 | 3,306.16 |
| 09/06 | DEBIT CARD PURCHASE, *****04017405832, AUT 090418 VISA DDA PUR NEW THANH HOAI JERSEY CITY * NJ | 33.75 |
| 09/07 | DEBIT POS, *****04017405832, AUT 090718 DDA PURCHASE TARGET T 94 STATE RT RIVERDALE * NJ | 46.23 |
| 09/10 | DEBIT POS, *****04017405832, AUT 091018 DDA PURCHASE TARGET T 94 STATE RT RIVERDALE * NJ | 89.00 |
| 09/10 | DEBIT POS, *****04017405832, AUT 090818 DDA PURCHASE TARGET T 94 STATE RT RIVERDALE * NJ | 79.89 |
| 09/10 | DEBIT POS, *****04017405832, AUT 090918 DDA PURCHASE TARGET T 94 STATE RT RIVERDALE * NJ | 24.04 |
| 09/10 | DEBIT CARD PURCHASE, *****04017405832, AUT 090718 VISA DDA PUR APL ITUNES COM BILL 866 712 7753 * CA | 2.99 |
| 09/11 | DEBIT CARD PURCHASE, *****04017405832, AUT 091018 VISA DDA PUR APL ITUNES COM BILL 800 275 2273 * CA | 4.25 |
| 09/12 | ACH DEBIT, VERIZON WIRELESS PAYMENTS ****14696200001 | 168.10 |
| 09/12 | DEBIT CARD PAYMENT, *****04017405832, AUT 091118 VISA DDA PUR TU TRANSUNION 800 493 3292 * CA | 19.95 |
| 09/13 | DEBIT CARD PURCHASE, *****04017405832, AUT 091218 VISA DDA PUR REDBOX DVD RENTAL 866 733 2693 * IL | 44.52 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 5 of 8
Statement Period: Sep 01 2018-Sep 30 2018
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/14 | DEBIT CARD PURCHASE, *****04017405832, AUT 091118 VISA DDA PUR PAW PICTURESQUE STUDIOS GLENDIVE * MT | 225.00 |
| 09/17 | ACH DEBIT, PUBLIC SERVICE PSEG ****24562007 | 763.84 |
| 09/17 | DEBIT CARD PURCHASE, *****04021505098, AUT 091518 VISA DDA PUR SQ DR MIRZA CEDAR GROVE * NJ | 750.00 |
| 09/17 | ACH DEBIT, PUBLIC SERVICE PSEG ****70021704 | 500.00 |
| 09/17 | DEBIT CARD PURCHASE, *****04021505098, AUT 091718 VISA DDA PUR DELTA AIR 006216140955 ATLANTA * GA | 122.20 |
| 09/17 | DEBIT CARD PURCHASE, *****04021505098, AUT 091618 VISA DDA PUR DELTA AIR 006216140955 ATLANTA * GA | 58.30 |
| 09/17 | DEBIT CARD PURCHASE, *****04021505098, AUT 091618 VISA DDA PUR LUKOIL 74073 RIVERDALE * NJ | 41.72 |
| 09/17 | DEBIT CARD PURCHASE, *****04021505098, AUT 091518 VISA DDA PUR GOODWILL IND 909 FAIRFIELD * NJ | 38.16 |
| 09/17 | DEBIT CARD PURCHASE, *****04021505098, AUT 091518 VISA DDA PUR PEQUANOCK GOODWILL POMPTON PLAIN * NJ | 21.30 |
| 09/17 | DEBIT CARD PURCHASE, *****04021505098, AUT 091518 VISA DDA PUR STARBUCKS STORE 21295 WAYNE * NJ | 10.18 |
| 09/17 | DEBIT POS, *****04021505098, AUT 091718 DDA PURCHASE TARGET T 94 STATE RT RIVERDALE * NJ | 6.89 |
| 09/17 | DEBIT CARD PURCHASE, *****04021505098, AUT 091518 VISA DDA PUR GOODWILL IND 909 FAIRFIELD * NJ | 2.99 |
| 09/18 | DEBIT CARD PURCHASE, *****04021505098, AUT 091718 VISA DDA PUR PEQUANOCK GOODWILL POMPTON PLAIN * NJ | 45.73 |
| 09/18 | DEBIT CARD PURCHASE, *****04021505098, AUT 091718 VISA DDA PUR PEQUANOCK GOODWILL POMPTON PLAIN * NJ | 17.95 |
| 09/18 | DEBIT CARD PURCHASE, *****04021505098, AUT 091618 VISA DDA PUR LONGFELLOWS COFFEE K KINNELON * NJ | 6.60 |
| 09/19 | DEBIT POS, *****04021505098, AUT 091818 DDA PURCHASE HENRI BENDEL 1 NEW YORK * NY | 939.20 |
| 09/19 | ELECTRONIC PMT-WEB, NEW JERSEY TGI P NJWEB40 ****00016264624 | 240.00 |
| 09/20 | DEBIT POS, *****04021505098, AUT 092018 DDA PURCHASE CASH WISE FOODS 3042 WATFORD CITY * ND | 142.39 |
| 09/20 | DEBIT CARD PURCHASE, *****04021505098, AUT 091918 VISA DDA PUR UBER TRIP B4ODY HELP UBER COM * CA | 126.03 |
| 09/21 | DEBIT CARD PURCHASE, *****04021505098, AUT 091918 VISA DDA PUR EMPIRE TAVERN FLUSHING * NY | 41.87 |
| 09/21 | DEBIT CARD PURCHASE, *****04021505098, AUT 091918 VISA DDA PUR DELTA AIR BAGGAGE FEE NYC LAGUARDIA * NY | 25.00 |
| 09/21 | DEBIT CARD PURCHASE, *****04021505098, AUT 091918 VISA DDA PUR DELTA AIR BAGGAGE FEE NYC LAGUARDIA * NY | 25.00 |
| 09/24 | DEBIT CARD PURCHASE, *****04021505098, AUT 092318 VISA DDA PUR FOX HILLS GOLF COURSE WATFORD CITY * ND | 96.78 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 6 of 8
Statement Period: Sep 01 2018-Sep 30 2018
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/24 | DEBIT CARD PURCHASE, *****04021505098, AUT 092018 VISA DDA PUR TOKYO STEAK HOUSE WATFORD CITY * ND | 68.85 |
| 09/24 | DEBIT CARD PURCHASE, *****04021505098, AUT 092218 VISA DDA PUR OUTLAWS BAR GRILL WATFORD CITY * ND | 21.63 |
| 09/24 | DEBIT CARD PURCHASE, *****04021505098, AUT 092318 VISA DDA PUR FAMILY DOLLAR 11938 WATFORD CITY * ND | 20.93 |
| 09/24 | DEBIT CARD PURCHASE, *****04021505098, AUT 092218 VISA DDA PUR MEUCHEL COMPUTER SERVICE WATFORD CITY * ND | 13.58 |
| 09/24 | DEBIT CARD PURCHASE, *****04021505098, AUT 092218 VISA DDA PUR OUTLAWS BAR GRILL WATFORD CITY * ND | 13.00 |
| 09/24 | DEBIT POS, *****04021505098, AUT 092218 DDA PURCHASE NDGSW JACK JILL WATFORD * ND | 6.39 |
| 09/24 | DEBIT POS, *****04021505098, AUT 092218 DDA PURCHASE KUM GO 804 WATFORD CITY * ND | 2.97 |
| 09/24 | DEBIT CARD PURCHASE, *****04021505098, AUT 092318 VISA DDA PUR COCA COLA OF WILLISTON WILLISTON * ND | 2.60 |
| 09/24 | DEBIT CARD PURCHASE, *****04021505098, AUT 092318 VISA DDA PUR COCA COLA OF WILLISTON WILLISTON * ND | 2.60 |
| 09/25 | DEBIT CARD PURCHASE, *****04021505098, AUT 092318 VISA DDA PUR WATFORD CITY EVENT CENTE WATFORD CITY * ND | 148.00 |
| 09/27 | DEBIT CARD PURCHASE, *****04021505098, AUT 092418 VISA DDA PUR WILD COW COFFEE AND CREA WATFORD CITY * ND | 14.38 |
| 09/28 | NONTD ATM DEBIT, *****04021505098, AUT 092818 DDA WITHDRAW 2313 WOLF DEN PARKW WATFORD CITY * ND | 102.95 |
| 09/28 | NONTD ATM DEBIT, *****04021505098, AUT 092818 DDA WITHDRAW 2313 WOLF DEN PARKW WATFORD CITY * ND | 22.95 |
| | Subtotal: | 9,759.01 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/12 | DEBIT | 500.00 |
| 09/14 | MINI STMT PREAUTH, *****04021505098 AUT 091418 MINISTMT PREAUTH 115 JACKSON AVENUE POMPTON PLAIN * NJ | 0.00 |
| | Subtotal: | 500.00 |

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 6,672.51 | 09/17 | 5,771.76 |
| 09/04 | 6,222.24 | 09/18 | 5,746.33 |
| 09/05 | 6,370.23 | 09/19 | 1,762.85 |
| 09/06 | 6,794.16 | 09/20 | 1,494.43 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender




America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 7 of 8
Statement Period: Sep 01 2018-Sep 30 2018
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/07 | 14,747.93 | 09/21 | 1,674.56 |
| 09/10 | 16,882.01 | 09/24 | 1,525.23 |
| 09/11 | 16,947.76 | 09/25 | 1,377.23 |
| 09/12 | 16,618.51 | 09/27 | 1,362.85 |
| 09/13 | 16,573.99 | 09/28 | 1,366.24 |
| 09/14 | 18,087.34 | | |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

| | |
|---|---|
| Page: | 8 of 8 |
| Statement Period: | Sep 01 2018-Sep 30 2018 |
| Cust Ref #: | 4340580334-039-E-*** |
| Primary Account #: | 434-0580334 |



DIANNA GUADAGNINO
287 COMMUNIPAW AVE FL 1
JERSEY CITY, NJ 07304-0000
Date: September 04, 2018
DO NOT RETURN TO REMITTER
Pay to the order of Bank of America Home Loan $ $2,916.74
3141-1534 **Two Thousand Nine Hundred Sixteen and 74/100 DOLLARS********** DOLLARS
870104465
Memo
Verbally Authorized By Your Depositor
⑈000000⑈ 6⑆031201360⑆ 4340580334⑈

#0000 09/04 $2,916.74

DIANNA GUADAGNINO
287 COMMUNIPAW AVE FL 1
JERSEY CITY, NJ 07304-0000
Date: September 05, 2018
DO NOT RETURN TO REMITTER
Pay to the order of Bank of America Home Loan $ $1,458.37
3142-60 **One Thousand Four Hundred Fifty Eight and 37/100 DOLLARS********** DOLLARS
870104465
Memo
Verbally Authorized By Your Depositor
⑈000000⑈ 6⑆031201360⑆ 4340580334⑈

#0000 09/05 $1,458.37

NAME DIANNA GUADAGNINO SEP 14 2018 14530664
ACCT. NO. DIP ACCT 4340580334 DATE 7/11/18
PAY TO THE ORDER OF M+T Bank 4-5 $ 4,644.28
Four thousand six hundred forty-four and 28/100 DOLLARS
TD Bank America's Most Convenient Bank
287 Communipaw
4644.28
FOR DIANNA GUADAGNINO
⑆031201360⑆ 4340580334⑈ 0001
0090615204

#1 09/19 $4,644.28

NAME DIANNA GUADAGNINO 14530665
ACCT. NO.
DATE 9/12/18
PAY TO THE ORDER OF Cullen+Dykman Trust Account $ 10,000.—
Ten thousand 00/100 DOLLARS
TD Bank America's Most Convenient Bank
FOR
⑆031201360⑆ 4340580334⑈ 0001

#14530665 09/17 $10,000.00