B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re   Dianna Guadagnino ,                           Case No.   17-12951
         *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:   October, 2018                        Date filed:   Nov 26, 2018

Line of Business:   Rental Income             NAISC Code:   531110

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*[signature]*

Original Signature of Responsible Party

Dianna Guadagnino
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☑ | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☑
15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☑
16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☐ ☑
17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☑
18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☐ ☑

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 17398.85 |
| **SUMMARY OF CASH ON HAND** | | |
| Cash on Hand at Start of Month | $ | 1366.24 |
| Cash on Hand at End of Month | $ | 4284.71 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU  **TOTAL** | $ | 4284.71 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES** $ 14480.38

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 17398.85 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 14480.38 |
| *(Subtract Line C from Line B)*  **CASH PROFIT FOR THE MONTH** | $ | 2918.47 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 0.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 1,275.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 0 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 0 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 22,500.00 |

*NON-BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 0.00 |

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 19000 | $ 17398.85 | $ 1601.15 |
| EXPENSES | $ 17500 | $ 14480.38 | $ 3019.62 |
| CASH PROFIT | $ 1500 | $ 2918.47 | $ 1418.47 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:                     $ 17000
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:                   $ 15000
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:                $ 2000

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

# Dianna Guadagnino October 1 - 31, 2018

INCOME DETAIL

October 2018

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expenses** | | | | | | | |
|   **Income** | | | | | | | |
|     **Sales** | | | | | | | |
|       **104 Lafayette S** | | | | | | | |
|       10/01/2018 | Deposit | | | DEPOSIT Druva 104 Lafayette | | 2,800.00 | 2,800.00 |
|       **Total for 104 Lafayette S** | | | | | | **$2,800.00** | |
|       **194 Pine** | | | | | | | |
|       10/01/2018 | Deposit | | | DEPOSIT Jayne Pine St | | 2,225.00 | 2,225.00 |
|       **Total for 194 Pine** | | | | | | **$2,225.00** | |
|       **252 Suydam** | | | | | | | |
|       10/03/2018 | Deposit | | Rent - David | DEPOSIT | | 1,950.00 | 1,950.00 |
|       10/04/2018 | Deposit | | | DEPOSIT Stephen Suydam | | 1,650.00 | 3,600.00 |
|       **Total for 252 Suydam** | | | | | | **$3,600.00** | |
|       **287 Communipaw A** | | | | | | | |
|       10/04/2018 | Deposit | | | DEPOSIT Andrew Communipaw | | 500.00 | 500.00 |
|       10/18/2018 | Deposit | | Rent - Andreas | DEPOSIT | | 2,000.00 | 2,500.00 |
|       **Total for 287 Communipaw A** | | | | | | **$2,500.00** | |
|       **Garages** | | | | | | | |
|       10/04/2018 | Deposit | | | DEPOSIT Anthony Garage | | 425.00 | 425.00 |
|       10/04/2018 | Deposit | | | DEPOSIT Richard Garage | | 175.00 | 600.00 |
|       10/17/2018 | Deposit | | Rent - Koby/Paz | DEPOSIT | | 750.00 | 1,350.00 |
|       **Total for Garages** | | | | | | **$1,350.00** | |
|       **Other Primary Income** | | | | | | | |
|       10/19/2018 | Deposit | | IRS | DEPOSIT | | 3,230.00 | 3,230.00 |
|       **Total for Other Primary Income** | | | | | | **$3,230.00** | |
|     **Total for Sales** | | | | | | **$15,705.00** | |
|     **Uncategorized Income** | | | | | | | |
|     10/30/2018 | Deposit | | Paypal | PAYPAL | VERIFYBANK | 0.18 | 0.18 |
|     10/30/2018 | Deposit | | Paypal | PAYPAL | VERIFYBANK | 0.04 | 0.22 |
|     10/31/2018 | Deposit | | Acumen | PAYROLL | | 1,693.63 | 1,693.85 |
|     **Total for Uncategorized Income** | | | | | | **$1,693.85** | |
|   **Total for Income** | | | | | | **$17,398.85** | |
| **Net Income** | | | | | | **$17,398.85** | |

## Dianna Guadagnino  October 1 - 31, 2018
### TRANSACTION DETAIL BY ACCOUNT
#### October 2018

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 10/01/2018 | Expense | | Coffee | 449215  SQ COMMON GROUNDS 449215  SQ COMMON GROUNDS  WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 3.73 | 3.73 |
| 10/01/2018 | Expense | | Supermarket | 02291455  NDGSW JACK  JILL 02291455  NDGSW JACK  JILL  WATFORD  ND | CHAPTER 11 CHECKING (0334) | 26.43 | 30.16 |
| 10/02/2018 | Expense | | Take out restaurant | 426979  SMILING MOOSE DELI 426979  SMILING MOOSE DELI  W  WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 20.89 | 51.05 |
| 10/03/2018 | Expense | | Coffee | 449215  SQ COMMON GROUNDS 449215  SQ COMMON GROUNDS  WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 3.19 | 54.24 |
| 10/03/2018 | Expense | | Family Dollar | 423168  FAMILY DOLLAR  11938 423168  FAMILY DOLLAR  11938  WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 129.56 | 183.80 |
| 10/03/2018 | Expense | | Supermarket | 770446  CASH WISE FOODS  3042 770446  CASH WISE FOODS  3042  WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 15.38 | 199.18 |
| 10/03/2018 | Expense | | Longo Insurance | PREMIUM ASSIGNME INSUR.PMT. | CHAPTER 11 CHECKING (0334) | 224.63 | 423.81 |
| 10/03/2018 | Expense | | Supermarket | 770446  CASH WISE FOODS  3042 770446  CASH WISE FOODS  3042  WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 9.98 | 433.79 |
| 10/04/2018 | Expense | | Supermarket | 770446  CASH WISE FOODS  3042 770446  CASH WISE FOODS  3042  WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 2.96 | 436.75 |
| 10/05/2018 | Expense | | Gas Station | 471705  HOLIDAY STNSTORE 0435 471705  HOLIDAY STNSTORE 0435  WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 55.14 | 491.89 |
| 10/05/2018 | Expense | | Movies | 469216  REDBOX DVD RENTAL 469216  REDBOX DVD RENTAL  866 733 2693 * IL | CHAPTER 11 CHECKING (0334) | 9.32 | 501.21 |
| 10/09/2018 | Expense | | Gas Station | 12518703  KUM GO 804 12518703  KUM GO 804  WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 5.15 | 506.36 |
| 10/09/2018 | Expense | | Gas Station | 12518703  KUM GO 804 12518703  KUM GO 804  WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 9.00 | 515.36 |
| 10/09/2018 | Expense | | Wild Cow Coffee | 432300  WILD COW COFFEE AND C 432300  WILD COW COFFEE AND CREA  WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 8.55 | 523.91 |
| 10/09/2018 | Expense | | Supermarket | 02291436  NDGSW JACK  JILL 02291436  NDGSW JACK  JILL  WATFORD  ND | CHAPTER 11 CHECKING (0334) | 5.86 | 529.77 |
| 10/09/2018 | Expense | | Supermarket | 02291455  NDGSW JACK  JILL 02291455  NDGSW JACK  JILL  WATFORD  ND | CHAPTER 11 CHECKING (0334) | 29.86 | 559.63 |
| 10/10/2018 | Check | 1010 | B of A Mortgage | CHECK # 1010 | CHAPTER 11 CHECKING (0334) | 1,414.74 | 1,974.37 |
| 10/11/2018 | Expense | | Wells Fargo | WF HOME MTG  AUTO PAY | CHAPTER 11 CHECKING (0334) | 1,653.08 | 3,627.45 |
| 10/11/2018 | Expense | | Verizon Wireless | VERIZON WIRELESS PAYMENTS | CHAPTER 11 CHECKING (0334) | 423.20 | 4,050.65 |
| 10/12/2018 | Expense | | Paypal | 449215  PAYPAL  BREEZABIE 449215  PAYPAL  BREEZABIE  402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 38.99 | 4,089.64 |
| 10/12/2018 | Expense | | Paypal | 449215  PAYPAL  EANEAL1011 449215  PAYPAL  EANEAL1011  402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 23.44 | 4,113.08 |

Sunday, November 25, 2018

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 10/12/2018 | Expense | | Paypal | 449215 PAYPAL 1TO3SHOPSTO 449215 PAYPAL 1TO3SHOPSTO 402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 22.99 | 4,136.07 |
| 10/12/2018 | Expense | | Paypal | 449215 PAYPAL J MONTGOMER 449215 PAYPAL J MONTGOMER 402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 19.99 | 4,156.06 |
| 10/12/2018 | Expense | | Paypal | 449215 PAYPAL 7THAVESTORE 449215 PAYPAL 7THAVESTORE 402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 38.99 | 4,195.05 |
| 10/15/2018 | Expense | | Gas Station | 12518703 KUM GO 804 12518703 KUM GO 804 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 17.19 | 4,212.24 |
| 10/15/2018 | Expense | | Paypal | 449215 PAYPAL MIMEAOTT 449215 PAYPAL MIMEAOTT 402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 27.99 | 4,240.23 |
| 10/15/2018 | Expense | | ATM | 449215 SQ MAIN STREET GRI 449215 SQ MAIN STREET GRI WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 3.73 | 4,243.96 |
| 10/15/2018 | Expense | | Take out restaurant | 432300 OUTLAWS BAR GRILL 432300 OUTLAWS BAR GRILL WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 44.50 | 4,288.46 |
| 10/15/2018 | Expense | | Take out restaurant | 426979 SMILING MOOSE DELI 426979 SMILING MOOSE DELI W WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 30.10 | 4,318.56 |
| 10/15/2018 | Expense | | Family Dollar | 423168 FAMILY DOLLAR 11938 423168 FAMILY DOLLAR 11938 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 117.23 | 4,435.79 |
| 10/15/2018 | Expense | | Supermarket | 770446 CASH WISE FOODS 3042 770446 CASH WISE FOODS 3042 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 61.19 | 4,496.98 |
| 10/16/2018 | Expense | | Carrington Mortgage | CARRINGTON MORTGAGE | CHAPTER 11 CHECKING (0334) | 1,758.67 | 6,255.65 |
| 10/17/2018 | Expense | | Storage | PUBLIC STORAGE I RENTAL | CHAPTER 11 CHECKING (0334) | 301.64 | 6,557.29 |
| 10/17/2018 | Expense | | Coffee | 469216 SQ COMMON GROUNDS CE 469216 SQ COMMON GROUNDS CENEX WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 3.19 | 6,560.48 |
| 10/18/2018 | Expense | | ATM | 449215 SQ MAIN STREET GRI 449215 SQ MAIN STREET GRI WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 3.73 | 6,564.21 |
| 10/18/2018 | Expense | | M & T Bank | M and T BANK MORT PYMT | CHAPTER 11 CHECKING (0334) | 2,356.41 | 8,920.62 |
| 10/19/2018 | Expense | | Retail | 443105 ZUMIEZ 600 WEB 443105 ZUMIEZ 600 WEB 877 828 6929 * WA | CHAPTER 11 CHECKING (0334) | 166.82 | 9,087.44 |
| 10/22/2018 | Expense | | Wells Fargo | WF HOME MTG AUTO PAY | CHAPTER 11 CHECKING (0334) | 2,407.58 | 11,495.02 |
| 10/22/2018 | Expense | | Delta | 471705 DELTA AIR 006216249 471705 DELTA AIR 006216249327 SALT LAKE CTY * UT | CHAPTER 11 CHECKING (0334) | 763.80 | 12,258.82 |
| 10/22/2018 | Expense | | Gas Station | 12518703 KUM GO 804 12518703 KUM GO 804 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 38.68 | 12,297.50 |
| 10/22/2018 | Expense | | Quickbooks | 469216 INTUIT QB ONLINE 469216 INTUIT QB ONLINE 800 286 6800 * CA | CHAPTER 11 CHECKING (0334) | 35.00 | 12,332.50 |
| 10/22/2018 | Expense | | Take out restaurant | 480166 TOKYO STEAK HOUSE 480166 TOKYO STEAK HOUSE WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 13.70 | 12,346.20 |
| 10/24/2018 | Expense | | ATM | 449215 SQ MAIN STREET GRI 449215 SQ MAIN STREET GRI WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 11.71 | 12,357.91 |
| 10/24/2018 | Expense | | Delta | 471705 DELTA AIR 006216219 471705 DELTA AIR 006216219653 ATLANTA * GA | CHAPTER 11 CHECKING (0334) | 133.60 | 12,491.51 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 10/24/2018 | Expense | | Gym | 432300 WATFORD CITY EVENT CE 432300 WATFORD CITY EVENT CENTE WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 10.00 | 12,501.51 |
| 10/24/2018 | Expense | | Gym | 432300 WATFORD CITY EVENT CE 432300 WATFORD CITY EVENT CENTE WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 20.00 | 12,521.51 |
| 10/25/2018 | Expense | | Supermarket | 770446 CASH WISE FOODS 3042 770446 CASH WISE FOODS 3042 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 52.60 | 12,574.11 |
| 10/25/2018 | Expense | | Gym | 432300 WATFORD CITY EVENT CE 432300 WATFORD CITY EVENT CENTE WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 4.00 | 12,578.11 |
| 10/26/2018 | Expense | | Keepers Self Storage | 427539 KEEPERS SELF STORAGE 427539 KEEPERS SELF STORAGE 201 9635292 * NJ | CHAPTER 11 CHECKING (0334) | 553.20 | 13,131.31 |
| 10/26/2018 | Expense | | Suez | SUEZ    SUEZ | CHAPTER 11 CHECKING (0334) | 700.00 | 13,831.31 |
| 10/26/2018 | Expense | | Paypal | 449215 PAYPAL 2017BADGERF 449215 PAYPAL 2017BADGERF 402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 7.93 | 13,839.24 |
| 10/26/2018 | Expense | | Suez | SUEZ    SUEZ | CHAPTER 11 CHECKING (0334) | 461.88 | 14,301.12 |
| 10/29/2018 | Expense | | Gym | 432300 WATFORD CITY EVENT CE 432300 WATFORD CITY EVENT CENTE WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 25.00 | 14,326.12 |
| 10/29/2018 | Expense | | ATM | 449215 SQ MAIN STREET GRI 449215 SQ MAIN STREET GRI WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 3.73 | 14,329.85 |
| 10/29/2018 | Expense | | Paypal | 449215 PAYPAL WIDGETS 449215 PAYPAL WIDGETS 402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 37.41 | 14,367.26 |
| 10/29/2018 | Expense | | Wild Cow Coffee | 432300 WILD COW COFFEE AND C 432300 WILD COW COFFEE AND CREA WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 8.06 | 14,375.32 |
| 10/30/2018 | Expense | | Paypal | PAYPAL    VERIFYBANK | CHAPTER 11 CHECKING (0334) | 0.22 | 14,375.54 |
| 10/30/2018 | Expense | | Supermarket | 770446 CASH WISE FOODS 3042 770446 CASH WISE FOODS 3042 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 72.93 | 14,448.47 |
| 10/30/2018 | Expense | | Supermarket | 770446 CASH WISE FOODS 3042 770446 CASH WISE FOODS 3042 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 31.91 | 14,480.38 |

# LEDGER ACCOUNT - RENT ROLL MONTHLY

Guadagnino, Dianna

| | RENT ROLL | October, 2018 |
|---|---|---|
| | RUNNING BALANCE | 12475.00 |

| Unit Numb | ADDRESS | TENANT NAME | NOTE | NOTE2 | ACTUAL RATE | PAYMENT DATE | PAYMENT AMOUNT | Amount Owed | Previous Unpaid |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 194 Pine Street | JAYNE FREEMAN | Due for increase next month | Check | 2,225.00 | 10/1/2018 | 2,225.00 | 0.00 | 0.00 |
| 1 | 252 Suydam Ave | STEPHEN - UNIT 1 | $100 parking | Money Order | 1,650.00 | 10/4/2018 | 1,650.00 | 0.00 | 0.00 |
| 2 | 252 Suydam Ave | DAVID - UNIT 2 | | Deposit | 1,950.00 | 10/3/2018 | 1,950.00 | 0.00 | 0.00 |
| 1 | 104 Lafayette | DHRUVA / HERTZ | Check 0038538269 | Check | 2,800.00 | 10/1/2018 | 2,800.00 | 0.00 | 0.00 |
| 1 | 287 Communipaw Ave | Andreas Hertz | plus 2 garages | Deposit | 1,700.00 | 10/18/2018 | 1,700.00 | 0.00 | 0.00 |
| 2 | 287 Communipaw Ave | Eviction/Empty | Move in date: Nov 15 | Check | 1,700.00 | 10/1/2018 | 0.00 | TBD | 0.00 |
| 2 | 287 Communipaw Ave | Andrew Coyle | | Check | 500.00 | 10/4/2018 | 500.00 | 0.00 | 1,875.00 |
| 2 | 287 Communipaw Ave | Jessie | Moved to Storage | Eviction | 0.00 | 10/1/2018 | 0.00 | 0.00 | 2,250.00 |
| Garage 1 | 287 Communipaw Ave | Anthony (formerly Eli) | | Cash Deposited | 225.00 | 10/4/2018 | 225.00 | 0.00 | 0.00 |
| Garage 2 | 287 Communipaw Ave | Richard | $25 cash to new steps | Cash Deposited | 200.00 | 10/4/2018 | 175.00 | 0.00 | 0.00 |
| Garage 3 | 287 Communipaw Ave | Richard | $250 Paid directly to yard maintenance | Cash Deposited | 250.00 | 10/4/2018 | PAID | 0.00 | 0.00 |
| Garage 4 | 287 Communipaw Ave | Andreas Hertz | | Deposit | 200.00 | 10/18/2018 | 200.00 | 0.00 | 0.00 |
| Garage 5 | 287 Communipaw Ave | Paz / Koby Benvenisti (Formerly Eli) | Includes $25 late fee | Cash Deposited | 250.00 | 10/17/2018 | 750.00 | 0.00 | 0.00 |
| Garage 6 | 287 Communipaw Ave | John Rose | | NA | 200.00 | 10/1/2018 | TRADE | 0.00 | 0.00 |
| Garage 7 | 287 Communipaw Ave | John Rose | | NA | 200.00 | 10/1/2018 | TRADE | 0.00 | 0.00 |
| Garage 8 | 287 Communipaw Ave | Paz / Koby Benvenisti (Formerly Eli) | | Cash Deposited | 225.00 | 10/17/2018 | 0.00 | 0.00 | 0.00 |
| Garage 9 | 287 Communipaw Ave | To Be Rented | | NA | 250.00 | 10/1/2018 | PERSONAL | 0.00 | 0.00 |
| Garage 1 | 252 Suydam Ave | Paz / Koby Benvenisti | | Cash Deposited | 250.00 | 10/17/2018 | 0.00 | 0.00 | 0.00 |
| Garage 2 | 252 Suydam Ave | Michael | | Empty | 200.00 | 10/1/2018 | 0.00 | 0.00 | 0.00 |
| Garage 3 | 252 Suydam Ave | Anthony (formerly Eli) | | Cash Deposited | 200.00 | 10/4/2018 | 200.00 | 0.00 | 0.00 |
| Garage 4 | 252 Suydam Ave | Andreas New (formerly James) | $100 spent on new front steps | Deposit | 200.00 | 10/18/2018 | 100.00 | 0.00 | 0.00 |
| Garage 5 | 252 Suydam Ave | Dan Roorda | Unpaid; Will pay Dec 1 | Paying July Aug Sep - next paymt Oct 1 | 200.00 | 10/1/2018 | OWE | 200.00 | 200.00 |
| Parking 1 | 252 Suydam Ave | Eyal/Eli | | | 50.00 | 10/1/2018 | OWE | 50.00 | 0.00 |

**TD Bank**
America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ
287 COMMUNIPAW AVE
JERSEY CITY NJ  07304

Page: 1 of 6
Statement Period: Oct 01 2018-Oct 31 2018
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

## Chapter 11 Checking

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Account # 434-0580334

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,366.24 | Average Collected Balance | 5,894.86 |
| Deposits | 15,705.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 1,693.85 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 1,414.74 | Days in Period | 31 |
| Electronic Payments | 13,065.64 | | |
| Ending Balance | 4,284.71 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $70.00 |
| Total Returned Item Fees (NSF) | $0.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | DEPOSIT | 5,025.00 |
| 10/03 | DEPOSIT | 1,950.00 |
| 10/04 | DEPOSIT | 2,750.00 |
| 10/17 | DEPOSIT | 750.00 |
| 10/18 | DEPOSIT | 2,000.00 |
| 10/19 | DEPOSIT | 3,230.00 |
| | Subtotal: | 15,705.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/30 | ACH DEPOSIT, PAYPAL VERIFYBANK ****142230308 | 0.18 |
| 10/30 | ACH DEPOSIT, PAYPAL VERIFYBANK ****142230307 | 0.04 |
| 10/31 | ACH DEPOSIT, NORTH DAKOTA  PAYROLL 2775 | 1,693.63 |
| | Subtotal: | 1,693.85 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/05 | ZERO DOLLAR CR, NORTH DAKOTA  PAYROLL 2775 | 0.00 |
| 10/12 | ZERO DOLLAR CR, NORTH DAKOTA  PAYROLL 2775 | 0.00 |
| 10/12 | ZERO DOLLAR CR, NORTH DAKOTA  PAYROLL 2775 | 0.00 |
| 10/19 | ZERO DOLLAR CR, NORTH DAKOTA  PAYROLL 2775 | 0.00 |
| | Subtotal: | 0.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

## How to Balance your Account

Page: 2 of 6

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance  4,284.71

② Total Deposits  +

③ Sub Total

④ Total Withdrawals  −

⑤ Adjusted Balance

② 
| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | |

④
| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 3 of 6
Statement Period: Oct 01 2018-Oct 31 2018
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

## DAILY ACCOUNT ACTIVITY

**Checks Paid**   No. Checks: 1   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 10/10 | 1010 | 1,414.74 |
| | Subtotal: | 1,414.74 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | DEBIT POS, *****04021505098, AUT 092918 DDA PURCHASE<br>NDGSW JACK  JILL      WATFORD      * ND | 26.43 |
| 10/01 | DEBIT CARD PURCHASE, *****04021505098, AUT 092718 VISA DDA PUR<br>SMILING MOOSE DELI  W    WATFORD CITY * ND | 20.89 |
| 10/01 | DEBIT CARD PURCHASE, *****04021505098, AUT 092818 VISA DDA PUR<br>SQ  COMMON GROUNDS      WATFORD CITY * ND | 3.73 |
| 10/02 | DEBIT CARD PURCHASE, *****04021505098, AUT 100118 VISA DDA PUR<br>SQ  COMMON GROUNDS      WATFORD CITY * ND | 3.19 |
| 10/03 | ACH DEBIT, PREMIUM ASSIGNME INSUR.PMT. INSURANCE PMT | 224.63 |
| 10/03 | DEBIT CARD PURCHASE, *****04021505098, AUT 100218 VISA DDA PUR<br>FAMILY DOLLAR  11938     WATFORD CITY * ND | 129.56 |
| 10/03 | DEBIT POS, *****04021505098, AUT 100318 DDA PURCHASE<br>CASH WISE FOODS  3042     WATFORD CITY * ND | 15.38 |
| 10/03 | DEBIT POS, *****04021505098, AUT 100318 DDA PURCHASE<br>CASH WISE FOODS  3042     WATFORD CITY * ND | 9.98 |
| 10/03 | DEBIT POS, *****04021505098, AUT 100318 DDA PURCHASE<br>CASH WISE FOODS  3042     WATFORD CITY * ND | 2.96 |
| 10/04 | DEBIT CARD PURCHASE, *****04021505098, AUT 100218 VISA DDA PUR<br>HOLIDAY STNSTORE 0435     WATFORD CITY * ND | 55.14 |
| 10/05 | DEBIT CARD PURCHASE, *****04021505098, AUT 100418 VISA DDA PUR<br>REDBOX  DVD RENTAL      866 733 2693  * IL | 9.32 |
| 10/05 | DEBIT POS, *****04021505098, AUT 100518 DDA PURCHASE<br>KUM  GO  804       WATFORD CITY * ND | 5.15 |
| 10/09 | DEBIT POS, *****04021505098, AUT 100618 DDA PURCHASE<br>NDGSW JACK  JILL      WATFORD      * ND | 29.86 |
| 10/09 | DEBIT POS, *****04021505098, AUT 100818 DDA PURCHASE<br>KUM  GO  804       WATFORD CITY * ND | 9.00 |
| 10/09 | DEBIT CARD PURCHASE, *****04021505098, AUT 100318 VISA DDA PUR<br>WILD COW COFFEE AND CREA   WATFORD CITY * ND | 8.55 |
| 10/09 | DEBIT POS, *****04021505098, AUT 100618 DDA PURCHASE<br>NDGSW JACK  JILL      WATFORD      * ND | 5.86 |
| 10/11 | ACH DEBIT, WF HOME MTG AUTO PAY ****796958 | 1,653.08 |
| 10/11 | ACH DEBIT, VERIZON WIRELESS PAYMENTS ****14696200001 | 423.20 |
| 10/12 | DEBIT CARD PURCHASE, *****04021505098, AUT 101118 VISA DDA PUR<br>PAYPAL  BREEZABIE      402 935 7733  * CA | 38.99 |
| 10/12 | DEBIT CARD PURCHASE, *****04021505098, AUT 101118 VISA DDA PUR<br>PAYPAL  7THAVESTORE     402 935 7733  * CA | 38.99 |
| 10/12 | DEBIT CARD PURCHASE, *****04021505098, AUT 101118 VISA DDA PUR<br>PAYPAL  EANEAL1011     402 935 7733  * CA | 23.44 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

| | |
|---|---|
| Page: | 4 of 6 |
| Statement Period: | Oct 01 2018-Oct 31 2018 |
| Cust Ref #: | 4340580334-039-E-*** |
| Primary Account #: | 434-0580334 |

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 10/12 | DEBIT CARD PURCHASE, *****04021505098, AUT 101118 VISA DDA PUR<br>PAYPAL  1TO3SHOPSTO      402 935 7733  * CA | 22.99 |
| 10/12 | DEBIT CARD PURCHASE, *****04021505098, AUT 101118 VISA DDA PUR<br>PAYPAL  J MONTGOMER      402 935 7733  * CA | 19.99 |
| 10/15 | DEBIT CARD PURCHASE, *****04021505098, AUT 101218 VISA DDA PUR<br>FAMILY DOLLAR  11938      WATFORD CITY * ND | 117.23 |
| 10/15 | DEBIT POS, *****04021505098, AUT 101218 DDA PURCHASE<br>CASH WISE FOODS  3042      WATFORD CITY * ND | 61.19 |
| 10/15 | DEBIT CARD PURCHASE, *****04021505098, AUT 101318 VISA DDA PUR<br>OUTLAWS BAR   GRILL      WATFORD CITY * ND | 44.50 |
| 10/15 | DEBIT CARD PURCHASE, *****04021505098, AUT 101118 VISA DDA PUR<br>SMILING MOOSE DELI  W      WATFORD CITY * ND | 30.10 |
| 10/15 | DEBIT CARD PURCHASE, *****04021505098, AUT 101118 VISA DDA PUR<br>PAYPAL  MIMEAOTT      402 935 7733  * CA | 27.99 |
| 10/15 | DEBIT POS, *****04021505098, AUT 101218 DDA PURCHASE<br>KUM   GO  804          WATFORD CITY * ND | 17.19 |
| 10/15 | DEBIT CARD PURCHASE, *****04021505098, AUT 101218 VISA DDA PUR<br>SQ  MAIN STREET GRI      WATFORD CITY * ND | 3.73 |
| 10/16 | ACH DEBIT, CARRINGTON MORTGAGE ****013438 | 1,758.67 |
| 10/17 | ELECTRONIC PMT-WEB, PUBLIC STORAGE I RENTAL ****00030278286 | 301.64 |
| 10/17 | DEBIT CARD PURCHASE, *****04021505098, AUT 101618 VISA DDA PUR<br>SQ  COMMON GROUNDS CENEX   WATFORD CITY * ND | 3.19 |
| 10/18 | ACH DEBIT, M&T BANK MORT PYMT ****615204 | 2,356.41 |
| 10/18 | DEBIT CARD PURCHASE, *****04021505098, AUT 101718 VISA DDA PUR<br>SQ  MAIN STREET GRI      WATFORD CITY * ND | 3.73 |
| 10/19 | DEBIT CARD PURCHASE, *****04021505098, AUT 101518 VISA DDA PUR<br>ZUMIEZ 600   WEB          877 828 6929  * WA | 166.82 |
| 10/22 | ACH DEBIT, WF HOME MTG AUTO PAY ****796958 | 2,407.58 |
| 10/22 | DEBIT CARD PURCHASE, *****04021505098, AUT 102018 VISA DDA PUR<br>DELTA AIR   006216249327    SALT LAKE CTY * UT | 763.80 |
| 10/22 | DEBIT POS, *****04021505098, AUT 101918 DDA PURCHASE<br>KUM   GO  804          WATFORD CITY * ND | 38.68 |
| 10/22 | DEBIT CARD PAYMENT, *****04021505098, AUT 102018 VISA DDA PUR<br>INTUIT  QB ONLINE      800 286 6800  * CA | 35.00 |
| 10/22 | DEBIT CARD PURCHASE, *****04021505098, AUT 101918 VISA DDA PUR<br>TOKYO STEAK HOUSE      WATFORD CITY * ND | 13.70 |
| 10/24 | DEBIT CARD PURCHASE, *****04021505098, AUT 102218 VISA DDA PUR<br>DELTA AIR   006216219653    ATLANTA       * GA | 133.60 |
| 10/24 | DEBIT CARD PURCHASE, *****04021505098, AUT 102218 VISA DDA PUR<br>WATFORD CITY EVENT CENTE   WATFORD CITY * ND | 20.00 |
| 10/24 | DEBIT CARD PURCHASE, *****04021505098, AUT 102318 VISA DDA PUR<br>SQ  MAIN STREET GRI      WATFORD CITY * ND | 11.71 |
| 10/24 | DEBIT CARD PURCHASE, *****04021505098, AUT 102218 VISA DDA PUR<br>WATFORD CITY EVENT CENTE   WATFORD CITY * ND | 10.00 |



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 5 of 6
Statement Period: Oct 01 2018-Oct 31 2018
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/25 | DEBIT POS, *****04021505098, AUT 102418 DDA PURCHASE CASH WISE FOODS  3042    WATFORD CITY * ND | 52.60 |
| 10/25 | DEBIT CARD PURCHASE, *****04021505098, AUT 102318 VISA DDA PUR WATFORD CITY EVENT CENTE    WATFORD CITY * ND | 4.00 |
| 10/26 | ELECTRONIC PMT-WEB, SUEZ SUEZ ****9064440000 | 700.00 |
| 10/26 | DEBIT CARD PURCHASE, *****04021505098, AUT 102518 VISA DDA PUR KEEPERS SELF STORAGE    201 9635292  * NJ | 553.20 |
| 10/26 | ELECTRONIC PMT-WEB, SUEZ SUEZ ****9954440000 | 461.88 |
| 10/26 | DEBIT CARD PURCHASE, *****04021505098, AUT 102518 VISA DDA PUR PAYPAL 2017BADGERF    402 935 7733  * CA | 7.93 |
| 10/29 | DEBIT CARD PURCHASE, *****04021505098, AUT 102718 VISA DDA PUR PAYPAL  WIDGETS    402 935 7733  * CA | 37.41 |
| 10/29 | DEBIT CARD PURCHASE, *****04021505098, AUT 102718 VISA DDA PUR WATFORD CITY EVENT CENTE    WATFORD CITY * ND | 25.00 |
| 10/29 | DEBIT CARD PURCHASE, *****04021505098, AUT 102418 VISA DDA PUR WILD COW COFFEE AND CREA    WATFORD CITY * ND | 8.06 |
| 10/29 | DEBIT CARD PURCHASE, *****04021505098, AUT 102718 VISA DDA PUR SQ  MAIN STREET GRI    WATFORD CITY * ND | 3.73 |
| 10/30 | DEBIT POS, *****04021505098, AUT 102918 DDA PURCHASE CASH WISE FOODS  3042    WATFORD CITY * ND | 72.93 |
| 10/30 | DEBIT POS, *****04021505098, AUT 102918 DDA PURCHASE CASH WISE FOODS  3042    WATFORD CITY * ND | 31.91 |
| 10/30 | ACH DEBIT, PAYPAL VERIFYBANK ****142230309 | 0.22 |
| | Subtotal: | 13,065.64 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/30 | 1,366.24 | 10/16 | 4,835.59 |
| 10/01 | 6,340.19 | 10/17 | 5,280.76 |
| 10/02 | 6,337.00 | 10/18 | 4,920.62 |
| 10/03 | 7,904.49 | 10/19 | 7,983.80 |
| 10/04 | 10,599.35 | 10/22 | 4,725.04 |
| 10/05 | 10,584.88 | 10/24 | 4,549.73 |
| 10/09 | 10,531.61 | 10/25 | 4,493.13 |
| 10/10 | 9,116.87 | 10/26 | 2,770.12 |
| 10/11 | 7,040.59 | 10/29 | 2,695.92 |
| 10/12 | 6,896.19 | 10/30 | 2,591.08 |
| 10/15 | 6,594.26 | 10/31 | 4,284.71 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page:                      6 of 6
Statement Period:    Oct 01 2018-Oct 31 2018
Cust Ref #:          4340580334-039-E-***
Primary Account #:         434-0580334



#1010         10/10        $1,414.74