B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re   Dianna Guadagnino          ,         Case No.   17-12951
         *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: November, 2018          Date filed: Dec 10, 2018

Line of Business: Rental Income          NAISC Code: 531110

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*[signature]*

Original Signature of Responsible Party

Dianna Guadagnino
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☑ | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☑
15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☑
16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☐ ☑
17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☑
18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☐ ☑

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME  $  16508.11

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month  $  4284.71
Cash on Hand at End of Month  $  2904.39
PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    TOTAL  $  2904.39

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES  $  17888.43

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*  $  1650811
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*  $  17488.43
*(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH**  $  -980.32

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 0.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 1,275.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---:|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 0 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 0 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---:|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 3000 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 25500 |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---:|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 17000 | $ 16508.11 | $ 491.89 |
| EXPENSES | $ 15000 | $ 17888.43 | $ 2888.43 |
| CASH PROFIT | $ 2000 | $ -980.32 | $ -1019.68 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ 17000

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ 15000

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ 2000

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

# Dianna Guadagnino November 1 - 30, 2018
## INCOME DETAIL
### November 2018

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---:|---:|
| **Ordinary Income/Expenses** | | | | | | |
|   **Income** | | | | | | |
|     **Payroll Income** | | | | | | |
|     11/15/2018 | Deposit | | Acumen | NORTH DAKOTA    PAYROLL | 1,582.34 | 1,582.34 |
|     11/30/2018 | Deposit | | Acumen | NORTH DAKOTA    PAYROLL | 1,516.77 | 3,099.11 |
|     **Total for Payroll Income** | | | | | **$3,099.11** | |
|     **Sales** | | | | | | |
|       **104 Lafayette S** | | | | | | |
|       11/01/2018 | Deposit | | Rent - Druva | DEPOSIT 104 Lafayette | 2,800.00 | 2,800.00 |
|       **Total for 104 Lafayette S** | | | | | **$2,800.00** | |
|       **194 Pine** | | | | | | |
|       11/05/2018 | Deposit | | | DEPOSIT - Jayne 194 Pine | 2,225.00 | 2,225.00 |
|       **Total for 194 Pine** | | | | | **$2,225.00** | |
|       **252 Suydam** | | | | | | |
|       11/06/2018 | Deposit | | Rent - Stephen | DEPOSIT 252 Suydam | 1,650.00 | 1,650.00 |
|       11/07/2018 | Deposit | | Rent - David | 252 Suydam | 1,900.00 | 3,550.00 |
|       **Total for 252 Suydam** | | | | | **$3,550.00** | |
|       **287 Communipaw A** | | | | | | |
|       11/05/2018 | Deposit | | | DEPOSIT - Communipaw | 250.00 | 250.00 |
|       11/15/2018 | Deposit | | Andreas | DEPOSIT Comunipaw | 1,700.00 | 1,950.00 |
|       **Total for 287 Communipaw A** | | | | | **$1,950.00** | |
|       **Garages** | | | | | | |
|       11/05/2018 | Deposit | | | DEPOSIT - PARKING | 200.00 | 200.00 |
|       11/07/2018 | Deposit | | Rent - Eli | DEPOSIT | 50.00 | 250.00 |
|       11/09/2018 | Deposit | | Rent - Koby/Paz | DEPOSIT | 750.00 | 1,000.00 |
|       11/13/2018 | Deposit | | | DEPOSIT Eli Garage | 100.00 | 1,100.00 |
|       11/13/2018 | Deposit | | | DEPOSIT Richard Garage | 450.00 | 1,550.00 |
|       11/14/2018 | Deposit | | Rent - Anthony Garage | DEPOSIT | 300.00 | 1,850.00 |
|       11/28/2018 | Deposit | | Rent - Dan | DEPOSIT | 1,000.00 | 2,850.00 |
|       **Total for Garages** | | | | | **$2,850.00** | |
|     **Total for Sales** | | | | | **$13,375.00** | |
|     **Uncategorized Income ( 27 )** | | | | | | |
|     11/26/2018 | Deposit | | Paypal | 449215    PAYPAL  WIDGETS 449215    PAYPAL  WIDGETS 4029357733    * CA | 29.00 | 29.00 |
|     11/27/2018 | Deposit | | Amazon | 449215    PAYPAL DIANEGOLEMB 449215 PAYPAL  DIANEGOLEMB 4029357733    * CA | 5.00 | 34.00 |
|     **Total for Uncategorized Income ( 27 )** | | | | | **$34.00** | |
|   **Total for Income** | | | | | **$16,508.11** | |
| **Net Income** | | | | | **$16,508.11** | |

| TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT |
|---|---|---|---|---|---|
| 18 Expense | | Retail | 449215   PAYPAL  GRANDINROAD 449215   PAYPAL  GRANDINROAD      402 935 7733  * OH | CHAPTER 11 CHECKING (0334) | 53.50 |
| 18 Expense | | Hardware | 422443   BADLANDS HARDWARE 422443   BADLANDS HARDWARE        WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 10.95 |
| 18 Expense | | Lumber | 463923   WATFORD CITY LUMBER A 463923   WATFORD CITY LUMBER ACE   WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 59.18 |
| 18 Expense | | Coffee | 449215   SQ  MAIN STREET GRI 449215   SQ  MAIN STREET GRI         WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 7.45 |
| 18 Expense | | Family Dollar | 43076401   FAMILY DOLLAR 43076401   FAMILY DOLLAR           WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 61.09 |
| 18 Expense | | Quickbooks | 469216   INTUIT  QB ONLINE 469216   INTUIT  QB ONLINE         800 286 6800  * CA | CHAPTER 11 CHECKING (0334) | 35.00 |
| 18 Expense | | Take out restaurant | 432300   OUTLAWS BAR  GRILL 432300   OUTLAWS BAR  GRILL         WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 28.20 |
| 18 Expense | | Storage | PUBLIC STORAGE I RENTAL | CHAPTER 11 CHECKING (0334) | 260.24 |
| 18 Expense | | Supermarket | 02295224   NDGSW JACK  JILL 02295224   NDGSW JACK  JILL         WATFORD   * ND | CHAPTER 11 CHECKING (0334) | 6.47 |
| 18 Expense | | Gas Station | 12518703   KUM  GO 804 12518703   KUM  GO 804         WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 7.44 |
| 18 Expense | | Apple iCloud | 469216   APL ITUNES COM BILL 469216   APL ITUNES COM BILL         800 275 2273  * CA | CHAPTER 11 CHECKING (0334) | 2.99 |
| 18 Expense | | Longo Insurance | PREMIUM ASSIGNME INSUR.PMT. | CHAPTER 11 CHECKING (0334) | 224.63 |
| 18 Expense | | Amazon | 469216   AMZN MKTP US M80Z82V9 469216   AMZN MKTP US M80Z82V92 AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 37.29 |
| 18 Expense | | GoDaddy | 490641   DNH GODADDY COM 490641 DNH GODADDY COM        480 5058855 * AZ | CHAPTER 11 CHECKING (0334) | 53.35 |
| 18 Expense | | GoDaddy | 490641   DNH GODADDY COM 490641 DNH GODADDY COM        480 5058855 * AZ | CHAPTER 11 CHECKING (0334) | 80.67 |
| 18 Expense | | Retail | 449215   PAYPAL  GRANDINROAD 449215   PAYPAL  GRANDINROAD      402 935 7733  * OH | CHAPTER 11 CHECKING (0334) | 19.50 |
| 18 Expense | | Amazon | 469216   PRIME VIDEO M88PI1VJ2 469216   PRIME VIDEO M88PI1VJ2         888 802 3080 * WA | CHAPTER 11 CHECKING (0334) | 8.99 |
| 18 Expense | | Take out restaurant | 432300   OUTLAWS BAR  GRILL 432300   OUTLAWS BAR  GRILL         WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 24.53 |
| 18 Expense | | Movies | 469216   REDBOX  DVD RENTAL 469216   REDBOX  DVD RENTAL        866 733 2693 * IL | CHAPTER 11 CHECKING (0334) | 6.92 |
| 18 Expense | | Delta | 471705   DELTA AIR  006216391 471705 | CHAPTER 11 | 835.50 |

| | | | | | |
|---|---|---|---|---|---|
| 18 | Expense | | Amazon | 469216   PRIME VIDEO M86S35H01  469216   PRIME VIDEO M86S35H01  888 802 3080  * WA | CHAPTER 11 CHECKING (0334) | 14.92 |
| 18 | Expense | | Supermarket | 770446   CASH WISE FOODS  3042  770446   CASH WISE FOODS  3042  WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 76.88 |
| 18 | Expense | | Gas Station | 442733   KUM  GO  804 442733   KUM GO  804       WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 55.12 |
| 18 | Expense | | City of Dickinson | 433239   CITY OF DICKINSON MUS  433239   CITY OF DICKINSON MUSEUM  DICKINSON   * ND | CHAPTER 11 CHECKING (0334) | 35.03 |
| 18 | Expense | | Gas Station | 12518703  KUM  GO  804 12518703  KUM GO  804       WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 1.98 |
| 18 | Expense | | Restaurant | 416407   PERKINS RESTAU0032024  416407   PERKINS RESTAU00320242  DICKINSON    * ND | CHAPTER 11 CHECKING (0334) | 34.43 |
| 18 | Expense | | Wild Cow Coffee | 432300   WILD COW COFFEE AND C  432300   WILD COW COFFEE AND CREA  WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 11.02 |
| 18 | Expense | | City of Dickinson | 433239   CITY OF DICKINSON MUS  433239   CITY OF DICKINSON MUSEUM  DICKINSON   * ND | CHAPTER 11 CHECKING (0334) | 18.00 |
| 18 | Check | 995012 | Cullen & Dykeman | CHECK # 995012 | CHAPTER 11 CHECKING (0334) | 2,000.00 |
| 18 | Check | | B of A Mortgage | CHECK # 1 | CHAPTER 11 CHECKING (0334) | 1,414.74 |
| 18 | Expense | | Supermarket | 770446   CASH WISE FOODS  3042  770446   CASH WISE FOODS  3042  WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 81.27 |
| 18 | Expense | | Verizon Wireless | VERIZON WIRELESS PAYMENTS | CHAPTER 11 CHECKING (0334) | 265.13 |
| 18 | Expense | | Gym | 432300   WATFORD CITY EVENT CE  432300   WATFORD CITY EVENT CENTE  WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 25.00 |
| 18 | Expense | | Uber | 449215   UBER  TRIP KVUCU 449215  UBER  TRIP KVUCU       HELP UBER COM * CA | CHAPTER 11 CHECKING (0334) | 24.34 |
| 18 | Expense | | Delta | 471705   DELTA AIR  BAGGAGE F 471705  DELTA AIR  BAGGAGE FEE    NEWARK * NJ | CHAPTER 11 CHECKING (0334) | 70.00 |
| 18 | Expense | | Supermarket | 770446   CASH WISE FOODS  3042  770446   CASH WISE FOODS  3042  WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 144.97 |
| 18 | Expense | | Take out restaurant | 432300   OUTLAWS BAR  GRILL 432300  OUTLAWS BAR  GRILL      WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 87.99 |
| 18 | Expense | | Retail | 444500   HAUTLK RACK8885478438  444500   HAUTLK RACK8885478438  888 547 8438  * CA | CHAPTER 11 CHECKING (0334) | 339.26 |
| 18 | Expense | | Cable | 443106   CBS ALL ACCESS 443106   CBS ALL ACCESS        888 274 5343  * CA | CHAPTER 11 CHECKING (0334) | 59.99 |
| 18 | Expense | | Carrington Mortgage | CARRINGTON      MORTGAGE | CHAPTER 11 CHECKING (0334) | 1,758.87 |
| 18 | Expense | | Wells Fargo | WF HOME MTG    AUTO PAY | CHAPTER 11 CHECKING (0334) | 1,653.08 |
| 18 | Expense | | Restaurant | 449215   PAYPAL  MISTYCOCHRA 449215  PAYPAL  MISTYCOCHRA    402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 11.50 |

| | | | | | |
|---|---|---|---|---|---|
| 18 | Expense | Apple iCloud | 469216    APL ITUNES COM BILL 469216 APL ITUNES COM BILL    866 712 7753  * CA | CHAPTER 11 CHECKING (0334) | 9.59 |
| 18 | Expense | Storage | 432300    WATFORD CITY SELF STO 432300    WATFORD CITY SELF STORAG 7016516775   * ND | CHAPTER 11 CHECKING (0334) | 150.00 |
| 18 | Expense | Amazon | 449215    PAYPAL GIBJILLREES 449215 PAYPAL GIBJILLREES    402 935 7733  * CA | CHAPTER 11 CHECKING (0334) | 17.50 |
| 18 | Expense | Retail | 449215    PAYPAL JULIEJOHNSO 449215 PAYPAL JULIEJOHNSO    402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 15.45 |
| 18 | Expense | Amazon | 449215    PAYPAL WATERMELAN 449215 PAYPAL WATERMELAN    402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 29.97 |
| 18 | Expense | Gas Station | 12518703   KUM  GO 804 12518703  KUM GO 804    WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 36.53 |
| 18 | Expense | Take out restaurant | 432300    OUTLAWS BAR GRILL 432300 OUTLAWS BAR GRILL    WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 19.43 |
| 18 | Expense | Gym | 432300    WATFORD CITY EVENT CE 432300    WATFORD CITY EVENT CENTE WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 8.00 |
| 18 | Expense | Movies | 469216    REDBOX DVD RENTAL 469216 REDBOX DVD RENTAL    866 733 2693 * IL | CHAPTER 11 CHECKING (0334) | 15.71 |
| 18 | Expense | Take out restaurant | 432300    OUTLAWS BAR GRILL 432300 OUTLAWS BAR GRILL    WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 51.50 |
| 18 | Expense | Gas Station | 442733    KUM  GO 804 442733    KUM GO 804    WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 61.02 |
| 18 | Expense | Supermarket | 02295224  NDGSW JACK JILL 02295224 NDGSW JACK JILL    WATFORD  * ND | CHAPTER 11 CHECKING (0334) | 150.67 |
| 18 | Expense | Coffee | 449215    SQ MAIN STREET GRI 449215 SQ MAIN STREET GRI    WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 8.24 |
| 18 | Expense | Supermarket | 770446    CASH WISE FOODS 3042 770446    CASH WISE FOODS 3042 WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 423.34 |
| 18 | Expense | Coffee | 449215    SQ MAIN STREET GRI 449215 SQ MAIN STREET GRI    WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 4.79 |
| 18 | Expense | Appliance Repair | 469216    IN LLOYD S REPAIR L 469216 IN LLOYD S REPAIR LLC    800 5562217 * MT | CHAPTER 11 CHECKING (0334) | 95.00 |
| 18 | Expense | Take out restaurant | 432300    OUTLAWS BAR GRILL 432300 OUTLAWS BAR GRILL    WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 19.64 |
| 18 | Expense | Supermarket | 770446    CASH WISE FOODS 3042 770446    CASH WISE FOODS 3042 WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 128.60 |
| 18 | Expense | GoDaddy | 490641    DNH GODADDY COM 490641 DNH GODADDY COM    480 5058855 * AZ | CHAPTER 11 CHECKING (0334) | 91.02 |
| 18 | Expense | Appliance Repair | 319226    SEARS HOMETOWN 2569 319226    SEARS HOMETOWN 2569 WILLISTON   * ND | CHAPTER 11 CHECKING (0334) | 194.39 |

| 18 | Expense |     |         | 449215    PAYPAL  CANCAN1963 449215    PAYPAL  CANCAN1963    402 935 7733  * CA | CHAPTER 11 CHECKING (0334) | 8.20 |
|----|---------|-----|---------|---|---|---|
| 18 | Expense |     | Amazon  | 449215    PAYPAL  EBAY INC 449215    PAYPAL  EBAY INC    402 935 7733  * CA | CHAPTER 11 CHECKING (0334) | 10.04 |
| 18 | Expense |     | Paypal  | 449215    PAYPAL  ALEXANDROAD 449215    PAYPAL  ALEXANDROAD    402 935 7733  * CA | CHAPTER 11 CHECKING (0334) | 11.50 |
| 18 | Expense |     | Amazon  | 449215    PAYPAL  AMANDAMARSH 449215    PAYPAL  AMANDAMARSH    402 935 7733  * CA | CHAPTER 11 CHECKING (0334) | 14.79 |
| 18 | Expense |     | Ebay    | 449215    PAYPAL  EBAYSHOP4LI 449215    PAYPAL  EBAYSHOP4LI    402 935 7733  * CA | CHAPTER 11 CHECKING (0334) | 16.77 |
| 18 | Expense |     | Amazon  | 449215    PAYPAL  TITEDEALCOM 449215    PAYPAL  TITEDEALCOM    402 935 7733  * CA | CHAPTER 11 CHECKING (0334) | 17.00 |
| 18 | Expense |     | Amazon  | 449215    PAYPAL  KREMER91 449215    PAYPAL  KREMER91    402 935 7733  * CA | CHAPTER 11 CHECKING (0334) | 19.99 |
| 18 | Expense |     | Amazon  | 428450    PAYPAL  ZNU INC 428450    PAYPAL  ZNU INC    4029357733   H KG | CHAPTER 11 CHECKING (0334) | 21.96 |
| 18 | Expense |     | Amazon  | 449215    PAYPAL  MARYCJUSTIC 449215    PAYPAL  MARYCJUSTIC    402 935 7733  * CA | CHAPTER 11 CHECKING (0334) | 23.50 |
| 18 | Expense |     | Amazon  | 449215    PAYPAL  JACQUICARSO 449215    PAYPAL  JACQUICARSO    402 935 7733  * CA | CHAPTER 11 CHECKING (0334) | 23.90 |
| 18 | Expense |     | Amazon  | 449215    PAYPAL  KHSWALES 449215    PAYPAL  KHSWALES    402 935 7733  * CA | CHAPTER 11 CHECKING (0334) | 66.70 |
| 18 | Check   | 151 | Peter Mertz CPA | CHECK # 151 | CHAPTER 11 CHECKING (0334) | 1,000.00 |
| 18 | Expense |     | Amazon  | 449215    PAYPAL  MARYMOH 449215    PAYPAL  MARYMOH    402 935 7733  * CA | CHAPTER 11 CHECKING (0334) | 8.95 |
| 18 | Expense |     | Delta   | 471705    DELTA AIR  BAGGAGE F 471705    DELTA AIR  BAGGAGE FEE    WILLISTON  * ND | CHAPTER 11 CHECKING (0334) | 30.00 |
| 18 | Expense |     | Movies  | 469216    REDBOX  DVD RENTAL 469216    REDBOX  DVD RENTAL    866 733 2693  * IL | CHAPTER 11 CHECKING (0334) | 5.59 |
| 18 | Expense |     | Coffee  | 443106    DUNKIN  334706 Q35 443106    DUNKIN  334706 Q35    JERSEY CITY  * NJ | CHAPTER 11 CHECKING (0334) | 2.97 |
| 18 | Expense |     | Delta   | 469216    HTTP  WWW GOGOAIR CO 469216    HTTP  WWW GOGOAIR COM    877 350 0038  * IL | CHAPTER 11 CHECKING (0334) | 6.00 |
| 18 | Expense |     | Amazon  | 449215    PAYPAL  FRANCHISEST 449215    PAYPAL  FRANCHISEST    402 935 7733  * CA | CHAPTER 11 CHECKING (0334) | 24.49 |
| 18 | Expense |     | Amazon  | 449215    PAYPAL  GREATBARGAI 449215    PAYPAL  GREATBARGAI    402 935 7733  * CA | CHAPTER 11 CHECKING (0334) | 29.00 |
| 18 | Expense |     | Gas Station | 412254    AMOCO 1727809B A POMP 412254    AMOCO 1727809B A POMPTON    POMPTON PLAIN * NJ | CHAPTER 11 CHECKING (0334) | 30.00 |
| 18 | Expense |     | Amazon  | 449215    PAYPAL  DIANEGOLEMB 449215 | CHAPTER 11 | 96.28 |

| | | | | | |
|---|---|---|---|---|---|
| 18 | Expense | Shipping | 449215   PAYPAL PITNEYBOWES 449215   PAYPAL PITNEYBOWES     402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 18.21 |
| 18 | Expense | Amazon | 449215   PAYPAL KCOLLINS86 449215   PAYPAL KCOLLINS86     402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 25.18 |
| 18 | Expense | Uber | 449215   UBER VHW4F 449215   UBER VHW4F        HELP UBER COM * CA | CHAPTER 11 CHECKING (0334) | 16.28 |
| 18 | Expense | Amazon | 443106   3RD AVE NY 1054 443106   3RD AVE NY 1054      NEW YORK   * NY | CHAPTER 11 CHECKING (0334) | 19.57 |
| 18 | Expense | Target | 32247157  TARGET T  94 STATE RT 32247157  TARGET T  94 STATE RT RIVERDALE   * NJ | CHAPTER 11 CHECKING (0334) | 25.95 |
| 18 | Expense | Carrington Mortgage | CARRINGTON     MORTGAGE | CHAPTER 11 CHECKING (0334) | 1,759.00 |
| 18 | Expense | Carrington Mortgage | CARRINGTON     MORTGAGE | CHAPTER 11 CHECKING (0334) | 1,758.87 |
| 18 | Expense | Restaurant | 0000A276  10 GODWIN AVENUE 0000A276  10 GODWIN AVENUE     RIDGEWOOD * NJ | CHAPTER 11 CHECKING (0334) | 203.00 |
| 18 | Expense | Take out restaurant | 449398    BLU SUSHI 449398    BLU SUSHI RIDGEWOOD   * NJ | CHAPTER 11 CHECKING (0334) | 26.61 |
| 18 | Expense | Amazon | 443106    AMZN DIGITAL M02B570D 443106    AMZN DIGITAL M02B570D2 8 888 802 3080 * WA | CHAPTER 11 CHECKING (0334) | 14.99 |
| 18 | Expense | Delta | 471705   DELTA AIR  006216469 471705  DELTA AIR  006216469637  ATLANTA * GA | CHAPTER 11 CHECKING (0334) | 30.00 |
| 18 | Expense | Carrington Mortgage | CARRINGTON     MORTGAGE | CHAPTER 11 CHECKING (0334) | 497.08 |
| 18 | Expense | Coffee | 443106    DUNKIN 334706 Q35 443106    DUNKIN 334706 Q35      JERSEY CITY  * NJ | CHAPTER 11 CHECKING (0334) | 23.45 |

## LEDGER ACCOUNT - RENT ROLL MONTHLY

Guadagnino, Dianno

| | | | | RENT ROLL | November, 2018 |
| --- | --- | --- | --- | --- | --- |
| | | | | RUNNING BALANCE | 13375.00 |

| Unit Numb | ADDRESS | TENANT NAME | NOTE | NOTE2 | ACTUAL RATE | PAYMENT DATE | PAYMENT AMOUNT | Amount Owed | Previous Unpaid | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 194 Pine Street | JAYNE FREEMAN | | Check | 2,225.00 | 11/5/2018 | 2,225.00 | 0.00 | 0.00 | |
| 1 | 252 Suydam Ave | STEPHEN - UNIT 1 | | Money Order | 1,650.00 | 11/6/2018 | 1,650.00 | 0.00 | 0.00 | ● |
| 2 | 252 Suydam Ave | DAVID - UNIT 2 | | Deposit | 1,950.00 | 11/7/2018 | 1,900.00 | 0.00 | 0.00 | |
| 1 | 104 Lafayette | DHRUVA / HERTZ | Check 0047056563 | Check | 2,800.00 | 11/1/2018 | 2,800.00 | 0.00 | 0.00 | ● |
| 1 | 287 Communipaw Ave | Andreas Hertz | Check 0045075176 | Deposit | 1,700.00 | 11/15/2018 | 1,700.00 | 0.00 | 0.00 | |
| 2 | 287 Communipaw Ave | Druuvha (Formerley Ramsey) | Move in date: Nov 15 | Empty | 1,700.00 | 11/15/2018 | OWE | 850.00 | 0.00 | ● |
| 2 | 287 Communipaw Ave | Andrew Coyte | 250 In trade | Check | 500.00 | 11/5/2018 | 250.00 | 0.00 | 1,675.00 | |
| 2 | 287 Communipaw Ave | Jessie | | Eviction/Storage | 500.00 | 10/1/2018 | OWE | 500.00 | 2,250.00 | ● |
| Garage 1 | 287 Communipaw Ave | Anthony (formerly Eli) | | Cash Deposited | 225.00 | 11/14/2018 | 300.00 | 0.00 | 0.00 | |
| Garage 2 | 287 Communipaw Ave | Richard | | Cash Deposited | 200.00 | 11/13/2018 | 200.00 | 0.00 | 0.00 | ● |
| Garage 3 | 287 Communipaw Ave | Richard | | Cash Deposited | 250.00 | 11/13/2018 | 250.00 | 0.00 | 0.00 | |
| Garage 4 | 287 Communipaw Ave | Andreas Hertz | | | 200.00 | 11/1/2018 | OWE | 200.00 | 0.00 | ● |
| Garage 5 | 287 Communipaw Ave | Paz / Koby Benvenisti (Formerly Eli) | Includes $25 late fee | Cash Deposited | 260.00 | 11/9/2018 | 750.00 | 0.00 | 0.00 | |
| Garage 6 | 287 Communipaw Ave | John Ross | | NA | 200.00 | 11/1/2018 | TRADE | 0.00 | 0.00 | ● |
| Garage 7 | 287 Communipaw Ave | John Ross | | NA | 200.00 | 11/1/2018 | TRADE | 0.00 | 0.00 | |
| Garage 8 | 287 Communipaw Ave | Paz / Koby Benvenisti | paid one check | Cash Deposited | 225.00 | 11/9/2018 | 0.00 | 0.00 | 0.00 | |
| Garage 9 | 287 Communipaw Ave | To Be Rented | | NA | 250.00 | 11/1/2018 | PERSONAL | 0.00 | 0.00 | |
| Garage 1 | 252 Suydam Ave | Paz / Koby Benvenisti | paid one check | Cash Deposited | 250.00 | 11/9/2018 | 0.00 | 0.00 | 0.00 | |
| Garage 2 | 252 Suydam Ave | Andreas (formerly Michael) | | | 150.00 | 11/1/2018 | OWE | 150.00 | 0.00 | |
| Garage 3 | 252 Suydam Ave | Anthony | | Cash Deposited | 200.00 | 11/14/2018 | 200.00 | 0.00 | 0.00 | ● |
| Garage 4 | 252 Suydam Ave | Andreas | | | 200.00 | 11/1/2018 | OWE | 200.00 | 0.00 | |
| Garage 5 | 252 Suydam Ave | Dan Roorde | Unpaid; Will pay Dec 1 | Paying Oct Nov Dec Jan Feb - next p... | 200.00 | 11/28/2018 | 1,000.00 | 0.00 | 0.00 | ● |
| Parking 1 | 252 Suydam Ave | Eyal/Eli | | | 50.00 | 11/13/2018 | 150.00 | 0.00 | 0.00 | |


**Bank**
America's Most Convenient Bank®                    E    STATEMENT OF ACCOUNT

DIANNA GUADAGNINO                         Page:                           1 of 8
DIP CASE 17-12951 DIST NJ                 Statement Period:    Nov 01 2018-Nov 30 2018
287 COMMUNIPAW AVE                        Cust Ref #:          4340580334-039-E-***
JERSEY CITY NJ  07304                     Primary Account #:              434-0580334

## Chapter 11 Checking

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ                                      Account # 434-0580334

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 4,284.71 | Average Collected Balance | 7,345.74 |
| Deposits | 11,475.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 5,033.11 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 4,414.74 | Days in Period | 30 |
| Electronic Payments | 13,473.69 | | |
| Ending Balance | 2,904.39 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $70.00 |
| Total Returned Item Fees (NSF) | $0.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | DEPOSIT | 2,800.00 |
| 11/05 | DEPOSIT | 2,675.00 |
| 11/06 | DEPOSIT | 1,650.00 |
| 11/07 | DEPOSIT | 50.00 |
| 11/09 | DEPOSIT | 750.00 |
| 11/13 | DEPOSIT | 550.00 |
| 11/14 | DEPOSIT | 300.00 |
| 11/15 | DEPOSIT | 1,700.00 |
| 11/28 | DEPOSIT | 1,000.00 |
| | Subtotal: | 11,475.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/07 | CCD DEPOSIT, PLASTIQ INC CREDIT PymtId 2309916 | 1,900.00 |
| 11/15 | ACH DEPOSIT, NORTH DAKOTA  PAYROLL 2775 | 1,582.34 |
| 11/26 | DEBIT CARD CREDIT, *****04021505098, AUT 112418 VISA DDA REF PAYPAL  WIDGETS         4029357733    * CA | 29.00 |
| 11/27 | DEBIT CARD CREDIT, *****04021505098, AUT 112718 VISA DDA REF PAYPAL  DIANEGOLEMB      4029357733    * CA | 5.00 |
| 11/30 | ACH DEPOSIT, NORTH DAKOTA  PAYROLL 2775 | 1,516.77 |
| | Subtotal: | 5,033.11 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

# How to Balance your Account

Page: 2 of 8

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance    2,904.39
② Total Deposits    +
③ Sub Total
④ Total Withdrawals    -
⑤ Adjusted Balance

② DEPOSITS NOT ON STATEMENT

| | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | |

④ WITHDRAWALS NOT ON STATEMENT

| | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

WITHDRAWALS NOT ON STATEMENT

| | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.


**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 3 of 8
Statement Period: Nov 01 2018-Nov 30 2018
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

## DAILY ACCOUNT ACTIVITY

**Checks Paid**    No. Checks: 3    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 11/13 | 1 | 1,414.74 | 11/13 | 995012* | 2,000.00 |
| 11/26 | 151* | 1,000.00 | | | |
| | | | | Subtotal: | 4,414.74 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | DEBIT CARD PURCHASE, *****04021505098, AUT 103118 VISA DDA PUR WATFORD CITY LUMBER ACE    WATFORD CITY * ND | 59.18 |
| 11/01 | DEBIT CARD PURCHASE, *****04021505098, AUT 102918 VISA DDA PUR PAYPAL  GRANDINROAD    402 935 7733 * OH | 53.50 |
| 11/01 | DEBIT CARD PURCHASE, *****04021505098, AUT 103118 VISA DDA PUR BADLANDS HARDWARE    WATFORD CITY * ND | 10.95 |
| 11/01 | DEBIT CARD PURCHASE, *****04021505098, AUT 103118 VISA DDA PUR SQ  MAIN STREET GRI    WATFORD CITY * ND | 7.45 |
| 11/02 | DEBIT POS, *****04021505098, AUT 110218 DDA PURCH W/CB FAMILY DOLLAR    WATFORD CITY * ND | 61.09 |
| 11/05 | ACH DEBIT, PUBLIC STORAGE I RENTAL ****00030388884 | 260.24 |
| 11/05 | ACH DEBIT, PREMIUM ASSIGNME INSUR.PMT. INSURANCE PMT | 224.63 |
| 11/05 | DEBIT CARD PURCHASE, *****04021505098, AUT 110218 VISA DDA PUR DNH GODADDY COM    480 5058855 * AZ | 80.67 |
| 11/05 | DEBIT CARD PURCHASE, *****04021505098, AUT 110218 VISA DDA PUR DNH GODADDY COM    480 5058855 * AZ | 53.35 |
| 11/05 | DEBIT CARD PURCHASE, *****04021505098, AUT 110218 VISA DDA PUR AMZN MKTP US M80Z82V92    AMZN COM BILL * WA | 37.29 |
| 11/05 | DEBIT CARD PAYMENT, *****04021505098, AUT 110218 VISA DDA PUR INTUIT  QB ONLINE    800 286 6800 * CA | 35.00 |
| 11/05 | DEBIT CARD PURCHASE, *****04021505098, AUT 110118 VISA DDA PUR OUTLAWS BAR  GRILL    WATFORD CITY * ND | 28.20 |
| 11/05 | DEBIT CARD PURCHASE, *****04021505098, AUT 110218 VISA DDA PUR OUTLAWS BAR  GRILL    WATFORD CITY * ND | 24.53 |
| 11/05 | DEBIT CARD PURCHASE, *****04021505098, AUT 110118 VISA DDA PUR PAYPAL  GRANDINROAD    402 935 7733 * OH | 19.50 |
| 11/05 | DEBIT CARD PURCHASE, *****04021505098, AUT 110318 VISA DDA PUR PRIME VIDEO M88PI1VJ2    888 802 3080 * WA | 8.99 |
| 11/05 | DEBIT POS, *****04021505098, AUT 110318 DDA PURCHASE KUM   GO  804    WATFORD CITY * ND | 7.44 |
| 11/05 | DEBIT POS, *****04021505098, AUT 110318 DDA PURCHASE NDGSW JACK  JILL    WATFORD * ND | 6.47 |
| 11/05 | DEBIT CARD PAYMENT, *****04021505098, AUT 110418 VISA DDA PUR APL ITUNES COM BILL    800 275 2273 * CA | 2.99 |
| 11/06 | DEBIT CARD PURCHASE, *****04021505098, AUT 110518 VISA DDA PUR DELTA AIR  006216391491    ATLANTA * GA | 835.50 |
| 11/06 | DEBIT POS, *****04021505098, AUT 110518 DDA PURCHASE NDGSW JACK  JILL    WATFORD * ND | 212.84 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 4 of 8
Statement Period: Nov 01 2018-Nov 30 2018
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/06 | DEBIT CARD PURCHASE, *****04021505098, AUT 110518 VISA DDA PUR<br>REDBOX  DVD RENTAL     866 733 2693 * IL | 6.92 |
| 11/07 | DEBIT CARD PURCHASE, *****04021505098, AUT 110618 VISA DDA PUR<br>PRIME VIDEO M86S35H01    888 802 3080 * WA | 14.92 |
| 11/08 | DEBIT POS, *****04021505098, AUT 110818 DDA PURCHASE<br>CASH WISE FOODS  3042     WATFORD CITY * ND | 76.88 |
| 11/09 | DEBIT CARD PURCHASE, *****04021505098, AUT 110818 VISA DDA PUR<br>KUM  GO  804        WATFORD CITY * ND | 55.12 |
| 11/13 | DEBIT CARD PURCHASE, *****04021505098, AUT 110918 VISA DDA PUR<br>CITY OF DICKINSON MUSEUM   DICKINSON   * ND | 35.03 |
| 11/13 | DEBIT CARD PURCHASE, *****04021505098, AUT 110918 VISA DDA PUR<br>PERKINS RESTAU00320242    DICKINSON   * ND | 34.43 |
| 11/13 | DEBIT CARD PURCHASE, *****04021505098, AUT 110918 VISA DDA PUR<br>CITY OF DICKINSON MUSEUM   DICKINSON   * ND | 18.00 |
| 11/13 | DEBIT CARD PURCHASE, *****04021505098, AUT 110718 VISA DDA PUR<br>WILD COW COFFEE AND CREA   WATFORD CITY * ND | 11.02 |
| 11/13 | DEBIT POS, *****04021505098, AUT 111018 DDA PURCHASE<br>KUM  GO  804        WATFORD CITY * ND | 1.98 |
| 11/14 | ACH DEBIT, VERIZON WIRELESS PAYMENTS ****14696200001 | 265.13 |
| 11/14 | DEBIT POS, *****04021505098, AUT 111418 DDA PURCH W/CB<br>CASH WISE FOODS  3042     WATFORD CITY * ND | 144.97 |
| 11/14 | DEBIT CARD PURCHASE, *****04021505098, AUT 111218 VISA DDA PUR<br>OUTLAWS BAR  GRILL      WATFORD CITY * ND | 87.99 |
| 11/14 | DEBIT POS, *****04021505098, AUT 111418 DDA PURCHASE<br>CASH WISE FOODS  3042     WATFORD CITY * ND | 81.27 |
| 11/14 | DEBIT CARD PURCHASE, *****04021505098, AUT 111318 VISA DDA PUR<br>DELTA AIR  BAGGAGE FEE    NEWARK     * NJ | 70.00 |
| 11/14 | DEBIT CARD PURCHASE, *****04021505098, AUT 111218 VISA DDA PUR<br>WATFORD CITY EVENT CENTE   WATFORD CITY * ND | 25.00 |
| 11/14 | DEBIT CARD PURCHASE, *****04021505098, AUT 111318 VISA DDA PUR<br>UBER   TRIP KVUCU      HELP UBER COM * CA | 24.34 |
| 11/15 | ACH DEBIT, CARRINGTON MORTGAGE ****013438 | 1,758.87 |
| 11/15 | ACH DEBIT, WF HOME MTG AUTO PAY ****796958 | 1,653.08 |
| 11/15 | DEBIT CARD PURCHASE, *****04021505098, AUT 111418 VISA DDA PUR<br>HAUTLK RACK8885478438    888 547 8438 * CA | 339.26 |
| 11/15 | DEBIT CARD PAYMENT, *****04021505098, AUT 111318 VISA DDA PUR<br>CBS ALL ACCESS       888 274 5343 * CA | 59.99 |
| 11/15 | DEBIT CARD PURCHASE, *****04021505098, AUT 111418 VISA DDA PUR<br>PAYPAL  FASHIONOUTL    402 935 7733 * CA | 29.98 |
| 11/15 | DEBIT CARD PURCHASE, *****04021505098, AUT 111418 VISA DDA PUR<br>PAYPAL  MISTYCOCHRA    402 935 7733 * CA | 11.50 |
| 11/15 | DEBIT CARD PURCHASE, *****04021505098, AUT 111418 VISA DDA PUR<br>SQ  MAIN STREET GRI     WATFORD CITY * ND | 7.99 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 5 of 8
Statement Period: Nov 01 2018-Nov 30 2018
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 11/16 | DEBIT CARD PURCHASE, *****04021505098, AUT 111518 VISA DDA PUR<br>WATFORD CITY SELF STORAG    7016516775   * ND | 150.00 |
| 11/16 | DEBIT CARD PURCHASE, *****04021505098, AUT 111518 VISA DDA PUR<br>APL  ITUNES COM BILL       866 712 7753   * CA | 9.59 |
| 11/19 | DEBIT CARD PURCHASE, *****04021505098, AUT 111718 VISA DDA PUR<br>KUM   GO  804           WATFORD CITY  * ND | 61.02 |
| 11/19 | DEBIT CARD PURCHASE, *****04021505098, AUT 111718 VISA DDA PUR<br>OUTLAWS BAR   GRILL       WATFORD CITY  * ND | 51.50 |
| 11/19 | DEBIT POS, *****04021505098, AUT 111618 DDA PURCHASE<br>KUM   GO  804           WATFORD CITY  * ND | 36.53 |
| 11/19 | DEBIT CARD PURCHASE, *****04021505098, AUT 111718 VISA DDA PUR<br>PAYPAL  WATERMELAN       402 935 7733   * CA | 29.97 |
| 11/19 | DEBIT CARD PURCHASE, *****04021505098, AUT 111518 VISA DDA PUR<br>OUTLAWS BAR   GRILL       WATFORD CITY  * ND | 19.43 |
| 11/19 | DEBIT CARD PURCHASE, *****04021505098, AUT 111618 VISA DDA PUR<br>PAYPAL  GIBJILLREES       402 935 7733   * CA | 17.50 |
| 11/19 | DEBIT CARD PURCHASE, *****04021505098, AUT 111718 VISA DDA PUR<br>REDBOX  DVD RENTAL       866 733 2693   * IL | 15.71 |
| 11/19 | DEBIT CARD PURCHASE, *****04021505098, AUT 111818 VISA DDA PUR<br>PAYPAL  JULIEJOHNSO       402 935 7733   * CA | 15.45 |
| 11/19 | DEBIT CARD PURCHASE, *****04021505098, AUT 111518 VISA DDA PUR<br>WATFORD CITY EVENT CENTE   WATFORD CITY  * ND | 8.00 |
| 11/20 | DEBIT POS, *****04021505098, AUT 112018 DDA PURCH W/CB<br>CASH WISE FOODS  3042       WATFORD CITY  * ND | 423.34 |
| 11/20 | DEBIT POS, *****04021505098, AUT 111918 DDA PURCHASE<br>NDGSW JACK   JILL         WATFORD     * ND | 150.67 |
| 11/20 | DEBIT CARD PURCHASE, *****04021505098, AUT 111918 VISA DDA PUR<br>SQ  MAIN STREET GRI       WATFORD CITY  * ND | 8.24 |
| 11/21 | DEBIT CARD PURCHASE, *****04021505098, AUT 112018 VISA DDA PUR<br>IN  LLOYD S REPAIR LLC    800 5562217   * MT | 95.00 |
| 11/21 | DEBIT CARD PURCHASE, *****04021505098, AUT 111918 VISA DDA PUR<br>OUTLAWS BAR   GRILL       WATFORD CITY  * ND | 19.64 |
| 11/21 | DEBIT CARD PURCHASE, *****04021505098, AUT 112018 VISA DDA PUR<br>SQ  MAIN STREET GRI       WATFORD CITY  * ND | 4.79 |
| 11/23 | DEBIT POS, *****04021505098, AUT 112318 DDA PURCHASE<br>SEARS HOMETOWN 2569       WILLISTON    * ND | 194.39 |
| 11/23 | DEBIT POS, *****04021505098, AUT 112218 DDA PURCH W/CB<br>CASH WISE FOODS  3042       WATFORD CITY  * ND | 128.60 |
| 11/23 | DEBIT CARD PURCHASE, *****04021505098, AUT 112018 VISA DDA PUR<br>PAYPAL  LONGXARTS       402 935 7733   * CA | 110.00 |
| 11/23 | DEBIT CARD PAYMENT, *****04021505098, AUT 112218 VISA DDA PUR<br>DNH GODADDY COM       480 5058855   * AZ | 91.02 |
| 11/23 | DEBIT CARD PURCHASE, *****04021505098, AUT 112118 VISA DDA PUR<br>PAYPAL  CANCAN1963       402 935 7733   * CA | 8.20 |



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 6 of 8
Statement Period: Nov 01 2018-Nov 30 2018
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/26 | DEBIT CARD PURCHASE, *****04021505098, AUT 112518 VISA DDA PUR<br>DELTA AIR   SEAT FEES     DELTA COM    * CA | 104.00 |
| 11/26 | DEBIT CARD PURCHASE, *****04021505098, AUT 112418 VISA DDA PUR<br>PAYPAL  DIANEGOLEMB    402 935 7733  * CA | 96.28 |
| 11/26 | DEBIT CARD PURCHASE, *****04021505098, AUT 112418 VISA DDA PUR<br>PAYPAL  KHSWALES       402 935 7733  * CA | 66.70 |
| 11/26 | DEBIT CARD PURCHASE, *****04021505098, AUT 112518 VISA DDA PUR<br>AMOCO 1727809B A POMPTON   POMPTON PLAIN * NJ | 30.00 |
| 11/26 | DEBIT CARD PURCHASE, *****04021505098, AUT 112518 VISA DDA PUR<br>DELTA AIR   BAGGAGE FEE    WILLISTON    * ND | 30.00 |
| 11/26 | DEBIT CARD PURCHASE, *****04021505098, AUT 112418 VISA DDA PUR<br>PAYPAL  GREATBARGAI    402 935 7733  * CA | 29.00 |
| 11/26 | DEBIT CARD PURCHASE, *****04021505098, AUT 112318 VISA DDA PUR<br>PAYPAL  KCOLLINS86     402 935 7733  * CA | 25.18 |
| 11/26 | DEBIT CARD PURCHASE, *****04021505098, AUT 112518 VISA DDA PUR<br>PAYPAL  FRANCHISEST    402 935 7733  * CA | 24.49 |
| 11/26 | DEBIT CARD PURCHASE, *****04021505098, AUT 112518 VISA DDA PUR<br>PAYPAL  JACQUICARSO    402 935 7733  * CA | 23.90 |
| 11/26 | DEBIT CARD PURCHASE, *****04021505098, AUT 112418 VISA DDA PUR<br>PAYPAL  MARYCJUSTIC    402 935 7733  * CA | 23.50 |
| 11/26 | DEBIT CARD PURCHASE, *****04021505098, AUT 112418 VISA DDA PUR<br>PAYPAL  ZNU INC        4029357733   H KG | 21.96 |
| 11/26 | DEBIT CARD PURCHASE, *****04021505098, AUT 112418 VISA DDA PUR<br>PAYPAL  KREMER91       402 935 7733  * CA | 19.99 |
| 11/26 | DEBIT CARD PURCHASE, *****04021505098, AUT 112518 VISA DDA PUR<br>PAYPAL  PITNEYBOWES    402 935 7733  * CA | 18.21 |
| 11/26 | DEBIT CARD PURCHASE, *****04021505098, AUT 112518 VISA DDA PUR<br>PAYPAL  TITEDEALCOM    402 935 7733  * CA | 17.00 |
| 11/26 | DEBIT CARD PURCHASE, *****04021505098, AUT 112518 VISA DDA PUR<br>PAYPAL  EBAYSHOP4LI    402 935 7733  * CA | 16.77 |
| 11/26 | DEBIT CARD PURCHASE, *****04021505098, AUT 112418 VISA DDA PUR<br>PAYPAL  AMANDAMARSH    402 935 7733  * CA | 14.79 |
| 11/26 | DEBIT CARD PURCHASE, *****04021505098, AUT 112418 VISA DDA PUR<br>PAYPAL  ALEXANDROAD    402 935 7733  * CA | 11.50 |
| 11/26 | DEBIT CARD PURCHASE, *****04021505098, AUT 112318 VISA DDA PUR<br>PAYPAL  EBAY INC       402 935 7733  * CA | 10.04 |
| 11/26 | DEBIT CARD PURCHASE, *****04021505098, AUT 112518 VISA DDA PUR<br>PAYPAL  MARYMOH        402 935 7733  * CA | 8.95 |
| 11/26 | DEBIT CARD PURCHASE, *****04021505098, AUT 112518 VISA DDA PUR<br>HTTP  WWW GOGOAIR COM    877 350 0038  * IL | 6.00 |
| 11/26 | DEBIT CARD PURCHASE, *****04021505098, AUT 112418 VISA DDA PUR<br>REDBOX  DVD RENTAL     866 733 2693  * IL | 5.59 |
| 11/26 | DEBIT CARD PURCHASE, *****04021505098, AUT 112518 VISA DDA PUR<br>DUNKIN  334706 Q35        JERSEY CITY  * NJ | 2.97 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page:                       7 of 8
Statement Period:    Nov 01 2018-Nov 30 2018
Cust Ref #:              4340580334-039-E-***
Primary Account #:             434-0580334

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/27 | DEBIT POS, *****04021505098, AUT 112718 DDA PURCH W/CB<br>TARGET T  94 STATE RT     RIVERDALE   * NJ | 25.95 |
| 11/27 | DEBIT CARD PURCHASE, *****04021505098, AUT 112618 VISA DDA PUR<br>3RD AVE NY 1054         NEW YORK    * NY | 19.57 |
| 11/27 | DEBIT CARD PURCHASE, *****04021505098, AUT 112518 VISA DDA PUR<br>UBER   VHW4F          HELP UBER COM * CA | 16.28 |
| 11/28 | ACH DEBIT, CARRINGTON MORTGAGE ****013438 | 1,759.00 |
| 11/28 | ACH DEBIT, CARRINGTON MORTGAGE ****013438 | 1,758.87 |
| 11/28 | NONTD ATM DEBIT, *****04021505098, AUT 112818 DDA WITHDRAW<br>10 GODWIN AVENUE       RIDGEWOOD    * NJ | 203.00 |
| 11/29 | DEBIT CARD PURCHASE, *****04021505098, AUT 112818 VISA DDA PUR<br>BLU SUSHI              RIDGEWOOD   * NJ | 26.61 |
| 11/30 | ACH DEBIT, CARRINGTON MORTGAGE ****013438 | 497.08 |
| 11/30 | DEBIT CARD PURCHASE, *****04021505098, AUT 112918 VISA DDA PUR<br>DELTA AIR   006216469637    ATLANTA     * GA | 30.00 |
| 11/30 | DEBIT CARD PURCHASE, *****04021505098, AUT 112918 VISA DDA PUR<br>DUNKIN  334706 Q35        JERSEY CITY  * NJ | 23.45 |
| 11/30 | DEBIT CARD PURCHASE, *****04021505098, AUT 112918 VISA DDA PUR<br>AMZN DIGITAL M02B570D2 8   888 802 3080 * WA | 14.99 |
| | Subtotal: | 13,473.69 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 4,284.71 | 11/16 | 7,824.24 |
| 11/01 | 6,953.63 | 11/19 | 7,569.13 |
| 11/02 | 6,892.54 | 11/20 | 6,986.88 |
| 11/05 | 8,778.24 | 11/21 | 6,867.45 |
| 11/06 | 9,372.98 | 11/23 | 6,335.24 |
| 11/07 | 11,308.06 | 11/26 | 4,757.42 |
| 11/08 | 11,231.18 | 11/27 | 4,700.62 |
| 11/09 | 11,926.06 | 11/28 | 1,979.75 |
| 11/13 | 8,960.86 | 11/29 | 1,953.14 |
| 11/14 | 8,562.16 | 11/30 | 2,904.39 |
| 11/15 | 7,983.83 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 8 of 8
Statement Period: Nov 01 2018-Nov 30 2018
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334



#1        11/13        $1,414.74

#151      11/26        $1,000.00



#995012   11/13        $2,000.00