# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 17-12951-RG |
| DIANNA GUADAGNINO § | |
| DEBTOR § | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Specialized Loan Servicing, LLC as servicing agent for MASTR Asset Backed Securities Trust 2006-AB1, Mortgage Pass-Through Certificates, Series 2006-AB1, U.S. Bank National Association, as Trustee** | U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-AB1, Mortgage Pass-Through Certificates, Series 2006-AB1 c/o Wells Fargo Bank, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129**

Court Claim # (if known): 12-1
Amount of Claim:  $312,123.05
Date Claim Filed:  04/19/2017

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx9214**

Phone: 800-274-7025
Last Four Digits of Acct.#: 6958

Name and Address where transferee payments should be sent (if different from above):

Specialized Loan Servicing, LLC
PO Box 636007
Littleton, Colorado 80163

Phone:
Last Four Digits of Acct #: **xxxxxx9214**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Natalie E. Lea         Date: 01/22/2019
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Bonial & Associates, P.C.<br>14841 Dallas Parkway<br>Suite 425<br>Dallas, Texas 75254<br>Telephone: (972) 643-6600<br>POCInquiries@BonialPC.com<br>Authorized Agent for Creditor<br><br>In Re:<br><br>Dianna Guadagnino<br><br>Debtor. | Case No : 17-12951-RG<br><br>Chapter: 11<br><br>Adv. No.:_____<br><br>Hearing Date: _____ at _____<br><br>Judge: Rosemary Gambardella |

### CERTIFICATION OF SERVICE

1. I, <u>Natalie E. Lea</u> :

    ☒ represent the <u>Creditor</u> in this matter.

    ☐ am the secretary/paralegal for _____ who represents the

    _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On <u>01/22/2019</u> , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Transfer of Claim

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

<br>

01/22/2019                                                         /s/ Natalie E. Lea
Date                                                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Dianna Guadagnino<br>287 Communipaw Avenue<br>Jersey City, NJ 07304 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other: NEF, per D.N.J LBR 5005-1<br>　(As authorized by the Court or by rule.<br>　Cite the rule if applicable *) |
| David Edelberg<br>Cullen and Dykman LLP<br>433 Hackensack Avenue<br>Hackensack, NJ 07601 | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Other: NEF, per D.N.J LBR 5005-1<br>　(As authorized by the Court or by rule.<br>　Cite the rule if applicable.*) |
| **U.S. Trustee**<br>U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Other: NEF, per D.N.J LBR 5005-1<br>　(As authorized by the Court or by rule.<br>　Cite the rule if applicable.*) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.