UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Melissa N. Licker, esq
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S, Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@McCalla.com
Attorneys for Movant

| | |
|---|---|
| In re: | Case No. 17-12951-RG |
| Dianna Guadagnino, | Chapter 11 |
| | Judge: Rosemary Gambardella |
| Debtor | |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Specialized Loan Servicing, LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S, Suite 300
Iselin, NJ 08830

DOCUMENTS:

- ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
- ☒ All documents and pleadings of any nature.

Date: February 8, 2019        /s/ *Melissa Licker*
                              Melissa Licker