GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 106
Trenton, N.J. 08625-0106
Attorney for the New Jersey
    Division of Taxation

By:  Ramanjit K. Chawla (1181)
     Deputy Attorney General
     (609)376-2862

FILED
JEANNE A. NAUGHTON, CLERK
FEB -6 2019
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____DEPUTY

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re:

Dianna Guadagnino,

Debtor.

Hon. Rosemary Gambardella, U.S.B.J.

Case No.: 17-12951 (RG)

Chapter 11

CONSENT ORDER RESOLVING THE NEW JERSEY DIVISION OF TAXATION'S PROOFS
OF CLAIM

The relief set forth on the following pages, numbered two (2) through four (4) is hereby **ORDERED**.

2-6-19

THIS MATTER, having come before the Court by Debtor Dianna Guadagnino's ("Debtor") Motion to Expunge claims of New Jersey Division of Taxation ("Taxation") and State of New Jersey, Motor Vehicle Commission ("N.J. MVC") (Document Number 132); and Taxation, and N.J. MVC having filed Proofs of Claim (Claims Register Numbers 4-2); and Debtor, represented by David Edelberg, Esq., and Taxation and N.J. MVC, represented by Gurbir S. Grewal, Attorney General (Ramanjit K. Chawla, Deputy Attorney General, appearing), having agreed to an amicable resolution of this matter; and for good cause shown;

IT IS HEREBY ORDERED that Taxation's secured proof of claim filed on April 5, 2017 (Claims Register Number 5-1), in the amount of $3,428.38 shall be allowed in its entirety and paid in full on the effective date of the Debtor's Chapter 11 Plan; and

IT IS HEREBY FURTHER ORDERED that the priority amount of Taxation's second amended proof of claim filed on November 29, 2018 (Claims Register Number 6-3), in the amount of $3,597.00, shall be allowed in its entirety and paid in full on the effective date of the Debtor's Chapter 11 Plan; and

IT IS HEREBY FURTHER ORDERED that the general unsecured portion of Taxation's second amended proof of claim filed on November 29, 2018 (Claims Register Number 6-3), in the amount of

2

$655.04, shall be paid as other general unsecured creditors through Debtor's Chapter 11 Plan; and

IT IS HEREBY FURTHER ORDERED that N.J. MVC's proof of claim filed on April 5, 2017 (Claims Register Number 7-1), in the amount of $830.25, shall be allowed in its entirety; secured portion of claim 7-1 in the amount of $330.25 shall paid in full on the effective date of the Debtor's Chapter 11 Plan; and general unsecured portion of claim 7-1 in the amount of $500.00 shall be paid as other general unsecured creditors through Debtor's Chapter 11 Plan; and

IT IS HEREBY FURTHER ORDERED that upon payment in full of Taxation's secured claim (DJ-142657-15), Taxation will issue a warrant of satisfaction of all liens securing such claim; and

IT IS HEREBY FURTHER ORDERED that upon payment in full of N.J. MVC's secured claim (DJ-005675-17), N.J. MVC will issue a warrant of satisfaction of all liens securing such claim; and

IT IS FURTHER ORDERED THAT the following default language shall apply to the Debtor's Chapter 11 Plan:

Retained Jurisdiction and Enforcement Remedies for Tax Claimants: Notwithstanding anything in this plan to the contrary, the Bankruptcy Court shall not retain jurisdiction with respect to tax claims except for (i) resolving the amount any tax claims arising prior to confirmation, and (ii) enforcing the discharge provisions of

3

the confirmed plan. A failure by the reorganized debtor to make a payment to holders of tax claims pursuant to the terms of the plan shall be an event of default. If the reorganized debtor fails to cure an event of default as to Plan payments on the tax claims within thirty days after receipt of written notice of default from a tax claimant, then the tax claimant may (a) enforce the entire amount of its claim; (b) exercise any and all rights and remedies such tax claimant may have under applicable nonbankruptcy law; and/or (c) seek such relief as may be appropriate in this Court; and

IT IS HEREBY FURTHER ORDERED that if any provision of this Consent Order conflicts with any other Order entered in this case, including an order confirming Debtor's Chapter 11 Plan and/or a discharge order, the provisions of this Order shall control.

CONSENTED AS TO FORM, CONTENT AND ENTRY:

CULLEN AND DYKMAN LLP  
Counsel to Debtor

By: _____  
David Edelberg, Esq.

Dated:

GURBIR S. GREWAL  
ATTORNEY GENERAL OF NEW JERSEY  
Attorney for Taxation

By: _____  
Ramanjit K. Chawla  
Valerie A. Hamilton  
Deputy Attorneys General

Dated: 2/1/2019

4

United States Bankruptcy Court
District of New Jersey

In re:                                                         Case No. 17-12951-RG
Dianna Guadagnino                                              Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Feb 06, 2019
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2019.
db             +Dianna Guadagnino,   287 Communipaw Avenue,   Jersey City, NJ 07304-4003
aty            +Cullen and Dykman LLP,   433 Hackensack Avenue,   Hackensack, NJ 07601-6319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2019 at the address(es) listed below:
              Anna Landa    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington mortgage
               Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates cmartin@pralc.com,
               ecf6@ecf.courtdrive.com
              David Edelberg    on behalf of Debtor Dianna  Guadagnino dedelberg@cullenanddykman.com,
               edelbergdr82964@notify.bestcase.com
              David Gerardi    on behalf of U.S. Trustee    U.S. Trustee david.gerardi@usdoj.gov
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Emmanuel J. Argentieri    on behalf of Creditor    M & T BANK, SUCCESSOR BY MERGER TO HUDSON CITY
               SAVINGS BANK bk@rgalegal.com
              Lauren Rebecca Jacoby    on behalf of Creditor    Navient Solutions, LLC
               lrjacoby@jacobylawonline.com
              Nancy Isaacson    on behalf of Creditor    Liquidity Soluntions nisaacson@greenbaumlaw.com
              Nancy Isaacson    on behalf of Transferee    Liberty Park Commons, LLC nisaacson@greenbaumlaw.com
              Nicholas Paul Edwards    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington
               mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates
               nedwards@shp-law.com, amckenzie@huntonak.com;plozano@huntonak.com
              Ramanjit K. Chawla    on behalf of Creditor    State Of New Jersey
               ramanjit.chawla@dol.lps.state.nj.us
              Robert S. Roglieri    on behalf of Creditor    Donald V. Biase rroglieri@msbnj.com
              Scott D. Sherman    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington
               mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates
               ssherman@minionsherman.com
              Shoshana Schiff    on behalf of Creditor    Donald V. Biase sschiff@trenklawfirm.com,
               cdeangelis@trenklawfirm.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               MASTR Asset Backed Securities Trust 2006-AB1, Mortgage Pass-Through Certificates, Series
               2006-AB1 ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               MASTR Asset Backed Securities Trust 2006-AB1, Mortgage Pass-Through Certificates, Series
               2006-AB1 ecf@powerskirn.com
                                                                                               TOTAL: 17