Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  17−12951−RG
Chapter:  11
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Dianna Guadagnino
287 Communipaw Avenue
Jersey City, NJ 07304

Social Security No.:
xxx−xx−7859

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/7/19 at 02:00 PM

to consider and act upon the following:

*104* – Order Conditionally Approving Disclosure Statement (related document:103 Ch 11 Small Business Plan filed by Debtor Dianna Guadagnino). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/31/2018. Confirmation hearing to be held on 9/18/2018 at 11:00 AM at RG − Courtroom 3E, Newark. Last day to Object to Confirmation 9/11/2018. (slm)

Dated: 3/22/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court