Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                      Case No.: 17−12951−RG
                                      Chapter: 11
                                      Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dianna Guadagnino
   287 Communipaw Avenue
   Jersey City, NJ 07304

Social Security No.:
   xxx−xx−7859

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/7/19 at 02:00 PM

to consider and act upon the following:

*111* − Motion for Relief from Stay re: 287 COMMUNIPAW AVE., JERSEY CITY, NJ 07304. Fee Amount $ 181. Filed by Emmanuel J. Argentieri on behalf of M & T BANK, SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK. Hearing scheduled for 9/18/2018 at 11:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) (Argentieri, Emmanuel)

Dated: 3/22/19

                                                          Jeanne Naughton
                                                          Clerk, U.S. Bankruptcy Court