Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−12951−RG
Chapter: 11
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dianna Guadagnino
   287 Communipaw Avenue
   Jersey City, NJ 07304

Social Security No.:
   xxx−xx−7859

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/7/19 at 02:00 PM

to consider and act upon the following:

*104* − Order Conditionally Approving Disclosure Statement (related document:103 Ch 11 Small Business Plan filed by Debtor Dianna Guadagnino). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/31/2018. Confirmation hearing to be held on 9/18/2018 at 11:00 AM at RG − Courtroom 3E, Newark. Last day to Object to Confirmation 9/11/2018. (slm)

Dated: 3/22/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                       Case No. 17-12951-RG
Dianna Guadagnino                                            Chapter 11
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2         User: admin              Page 1 of 2           Date Rcvd: Mar 22, 2019
                             Form ID: ntchrgbk        Total Noticed: 10
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2019.
db         +Dianna Guadagnino,    287 Communipaw Avenue,    Jersey City, NJ 07304-4003
aty        +Cullen and Dykman LLP,    433 Hackensack Avenue,    Hackensack, NJ 07601-6319
cr         +Dianne Clement,   3207 Ramapo Ct,    Riverdale, NJ 07457-1658
cr         +Donald V. Biase,    c/o Trenk DiPasquale Della Fera & Sodono,    347 Mt Pleasant Avenue,
             Suite 300,    West Orange, NJ 07052-2730
cr         +Liquidity Soluntions,    One University Plaza, Suite 312,    Hackensack, NJ 07601-6205
cr         +Navient Solutions, LLC,    16 General Warren Boulevard,    Malvern, PA 19355-1245
acc         Peter Mertz,   226 East 85th Street,    New York, NY 10028-3088
cr         +WELLS FARGO BANK, NA,    Prober & Raphael, a Law Corp,    20750 Ventura Blvd,    Suite 100,
             Woodland Hills, CA 91364-6207
cr         +Wells Fargo Bank, N.A., as Trustee for Carrington,    1600 South Douglass Rd.,
             Anaheim, CA 92806-5948
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: cio.bncmail@irs.gov Mar 23 2019 00:36:43
                 United States of America (Internal Revenue Service,    U.S. Attorney's Office,
                 970 Broad Street,    Suite 700,   Newark, NJ 07102-2535
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2019 at the address(es) listed below:
         Anna   Landa    on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for Carrington mortgage
          Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates cmartin@pralc.com,
          ecf6@ecf.courtdrive.com
         David  Edelberg    on behalf of Debtor Dianna  Guadagnino dedelberg@cullenanddykman.com,
          edelbergdr82964@notify.bestcase.com
         David   Gerardi    on behalf of U.S. Trustee   U.S. Trustee david.gerardi@usdoj.gov
         Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Eamonn O'Hagan    on behalf of Creditor   United States of America (Internal Revenue Service)
          eamonn.ohagan@usdoj.gov
         Emmanuel J. Argentieri    on behalf of Creditor   M & T BANK, SUCCESSOR BY MERGER TO HUDSON CITY
          SAVINGS BANK bk@rgalegal.com
         Lauren Rebecca Jacoby    on behalf of Creditor   Navient Solutions, LLC
          lrjacoby@jacobylawonline.com
         Melissa N. Licker    on behalf of Creditor   Specialized Loan Servicing, LLC
          NJ_ECF_Notices@McCalla.com
         Nancy  Isaacson    on behalf of Creditor   Liquidity Solutions nisaacson@greenbaumlaw.com
         Nancy  Isaacson    on behalf of Transferee   Liberty Park Commons, LLC nisaacson@greenbaumlaw.com
         Nicholas Paul Edwards    on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for Carrington
          mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates
          nedwards@shp-law.com,  amckenzie@huntonak.com;plozano@huntonak.com
         Ramanjit K. Chawla    on behalf of Creditor   State Of New Jersey
          ramanjit.chawla@dol.lps.state.nj.us
         Robert S. Roglieri    on behalf of Creditor   Donald V. Biase rroglieri@msbnj.com
         Scott D. Sherman    on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for Carrington
          mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates
          ssherman@minionsherman.com
         Shoshana  Schiff    on behalf of Creditor   Donald V. Biase sschiff@msbnj.com
```

```
District/off: 0312-2          User: admin                Page 2 of 2                  Date Rcvd: Mar 22, 2019
                              Form ID: ntchrgbk          Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        William M.E. Powers    on behalf of Creditor    U.S. Bank National Association, as Trustee for
        MASTR Asset Backed Securities Trust 2006-AB1, Mortgage Pass-Through Certificates, Series
        2006-AB1 ecf@powerskirn.com
        William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee for
        MASTR Asset Backed Securities Trust 2006-AB1, Mortgage Pass-Through Certificates, Series
        2006-AB1 ecf@powerskirn.com

                                                                                      TOTAL: 18