Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−12951−RG
Chapter: 11
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dianna Guadagnino
   287 Communipaw Avenue
   Jersey City, NJ 07304

Social Security No.:
   xxx−xx−7859

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/7/19 at 02:00 PM

to consider and act upon the following:

*111* − Motion for Relief from Stay re: 287 COMMUNIPAW AVE., JERSEY CITY, NJ 07304. Fee Amount $ 181. Filed by Emmanuel J. Argentieri on behalf of M & T BANK, SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK. Hearing scheduled for 9/18/2018 at 11:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) (Argentieri, Emmanuel)

Dated: 3/22/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 17-12951-RG
Dianna Guadagnino                                                                               Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                  Page 1 of 2                 Date Rcvd: Mar 22, 2019
                              Form ID: ntchrgbk            Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2019.
db         +Dianna Guadagnino,    287 Communipaw Avenue,    Jersey City, NJ 07304-4003
aty        +Cullen and Dykman LLP,    433 Hackensack Avenue,    Hackensack, NJ 07601-6319
cr         +Dianne Clement,   3207 Ramapo Ct,    Riverdale, NJ 07457-1658
cr         +Donald V. Biase,   c/o Trenk DiPasquale Della Fera & Sodono,     347 Mt Pleasant Avenue,
             Suite 300,   West Orange, NJ 07052-2730
cr         +Liquidity Soluntions,    One University Plaza, Suite 312,    Hackensack, NJ 07601-6205
cr         +Navient Solutions, LLC,    16 General Warren Boulevard,    Malvern, PA 19355-1245
acc         Peter Mertz,   226 East 85th Street,    New York, NY 10028-3088
cr         +WELLS FARGO BANK, NA,    Prober & Raphael, a Law Corp,    20750 Ventura Blvd,   Suite 100,
             Woodland Hills, CA 91364-6207
cr         +Wells Fargo Bank, N.A., as Trustee for Carrington,    1600 South Douglass Rd.,
             Anaheim, CA 92806-5948

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          E-mail/Text: cio.bncmail@irs.gov Mar 23 2019 01:21:17
             United States of America (Internal Revenue Service,    U.S. Attorney's Office,
             970 Broad Street,   Suite 700,   Newark, NJ  07102-2535
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2019 at the address(es) listed below:
              Anna Landa    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington mortgage
               Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates cmartin@pralc.com,
               ecf6@ecf.courtdrive.com
              David Edelberg    on behalf of Debtor Dianna  Guadagnino dedelberg@cullenanddykman.com,
               edelbergdr82964@notify.bestcase.com
              David Gerardi    on behalf of U.S. Trustee    U.S. Trustee david.gerardi@usdoj.gov
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Emmanuel J. Argentieri    on behalf of Creditor    M & T BANK, SUCCESSOR BY MERGER TO HUDSON CITY
               SAVINGS BANK bk@rgalegal.com
              Lauren Rebecca Jacoby    on behalf of Creditor    Navient Solutions, LLC
               lrjacoby@jacobylawonline.com
              Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing, LLC
               NJ_ECF_Notices@McCalla.com
              Nancy Isaacson    on behalf of Creditor    Liquidity Soluntions nisaacson@greenbaumlaw.com
              Nancy Isaacson    on behalf of Transferee    Liberty Park Commons, LLC nisaacson@greenbaumlaw.com
              Nicholas Paul Edwards    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington
               mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates
               nedwards@shp-law.com, amckenzie@huntonak.com;plozano@huntonak.com
              Ramanjit K. Chawla    on behalf of Creditor    State Of New Jersey
               ramanjit.chawla@dol.lps.state.nj.us
              Robert S. Roglieri    on behalf of Creditor    Donald V. Biase rroglieri@msbnj.com
              Scott D. Sherman    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington
               mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates
               ssherman@minionsherman.com
              Shoshana Schiff    on behalf of Creditor    Donald V. Biase sschiff@msbnj.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Mar 22, 2019
                               Form ID: ntchrgbk        Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        William M.E. Powers    on behalf of Creditor    U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-AB1, Mortgage Pass-Through Certificates, Series 2006-AB1 ecf@powerskirn.com
        William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-AB1, Mortgage Pass-Through Certificates, Series 2006-AB1 ecf@powerskirn.com

                                                                                                                                  TOTAL: 18