Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−12951−RG
        Chapter: 11
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dianna Guadagnino
   287 Communipaw Avenue
   Jersey City, NJ 07304

Social Security No.:
   xxx−xx−7859

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/7/19 at 02:00 PM

to consider and act upon the following:

*165* − Amended Application re: For an Amended Order Approving Post Petition Secured Borrowing Filed by David Edelberg on behalf of Dianna Guadagnino. Objection deadline is 4/4/2019. (Attachments: # 1 Proposed Order Amended Order Approving Post Petition Financing # 2 Certificate of Service) (Edelberg, David)

*166* − Objection to Debtor's Application for Entry of an Order Amending the Court's February 13, 2019 Order (related document:165 Amended Application re: For an Amended Order Approving Post Petition Secured Borrowing Filed by David Edelberg on behalf of Dianna Guadagnino. Objection deadline is 4/4/2019. (Attachments: # 1 Proposed Order Amended Order Approving Post Petition Financing # 2 Certificate of Service) filed by Debtor Dianna Guadagnino) filed by Nancy Isaacson on behalf of Liberty Park Commons, LLC. (Isaacson, Nancy)

*167* − Objection to (related document:165 Amended Application re: For an Amended Order Approving Post Petition Secured Borrowing Filed by David Edelberg on behalf of Dianna Guadagnino. Objection deadline is 4/4/2019. (Attachments: # 1 Proposed Order Amended Order Approving Post Petition Financing # 2 Certificate of Service) filed by Debtor Dianna Guadagnino) filed by Emmanuel J. Argentieri on behalf of M & T BANK, SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK. (Attachments: # 1 Certificate of Service) (Argentieri, Emmanuel)

Dated: 4/5/19

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court