UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1

DENISE CARLON, ESQUIRE
KML LAW GROUP, P.C.
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
dcarlon@kmllawgroup.com
Attorneys for Movant
BANK OF AMERICA, N.A.

Order Filed on April 14, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re:<br><br>Dianna Guadagnino,<br><br>Debtor. | Case No.: 17-12951 RG<br>Adv. No.:<br>Hearing Date: 3/28/19 @11:00 a.m.<br><br>Judge: Rosemary Gambardella |
| --- | --- |

## CONSENT ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 11 PLAN

The relief set forth on the following pages, numbered two (2) through three (3) is hereby
**ORDERED**

**DATED: April 14, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtors:          Dianna Guadagnino
Case No.:         17-12951 RG
Caption:          **CONSENT ORDER RESOLVING SECURED CREDITOR'S OBJECTION
                  TO DEBTOR'S CHAPTER 11 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, BANK OF AMERICA, N.A., holder of a mortgage on real property located at 194 Pine Street, Jersey City, NJ, 07304, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 11 Plan, and this Court having considered the representations      of      attorneys      for      Secured      Creditor      and David Edelberg, Esquire, attorney for Debtor, Dianna Guadagnino, and for good cause having been shown;

It is hereby **ORDERED, ADJUDGED and DECREED** that the total payoff due as of March 1, 2019 is in the amount of $392,379.19, consisting of an unpaid principal balance of $254,716.55; interest from July 1, 2017 through February 28, 2019 of $16,885.82; escrow advances in the amount of $9,134.64; recording fees of $50.00; fees and costs totaling $1,591.50; and principal forbearance of $111,207.31; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the entire balance due of $392,379.19 shall now bear interest at a rate of 4% beginning March 1, 2019; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the new maturity date for the subject loan is February 1, 2049; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that monthly mortgage payments shall begin March 1, 2019, which shall be principal and interest of $1,873.28 per month, plus an amount for escrow, which shall be adjusted periodically in accordance with applicable law; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the terms of the note and mortgage, except for those modified in this order, shall remain in full force and effect; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's lien shall remain on the subject property until the loan is fully paid; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved and hereby votes in favor of said plan.

Page 3
Debtors:          Dianna Guadagnino
Case No.:         17-12951 RG
Caption:          **CONSENT ORDER RESOLVING SECURED CREDITOR'S OBJECTION
                  TO DEBTOR'S CHAPTER 11 PLAN**

I hereby agree and consent to the above terms and conditions:

_____     Dated: April 11, 2019
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:

_____     Dated: 4/11/19
DAVID EDELBERG, ESQ., ATTORNEY FOR DEBTOR