| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1 |
| |
| DENISE CARLON, ESQUIRE |
| KML LAW GROUP, P.C. |
| Sentry Office Plz |
| 216 Haddon Ave. |
| Suite 406 |
| Westmont, NJ 08018 |
| dcarlon@kmllawgroup.com |
| Attorneys for Movant |
| BANK OF AMERICA, N.A. |

Order Filed on April 14, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Dianna Guadagnino,

Debtor.

Case No.: 17-12951 RG
Adv. No.:
Hearing Date: 3/28/19 @11:00 a.m.

Judge: Rosemary Gambardella

**CONSENT ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 11 PLAN**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**

**DATED: April 14, 2019**

_(signature)_
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtors:        Dianna Guadagnino
Case No.:       17-12951 RG
Caption:        **CONSENT ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 11 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, BANK OF AMERICA, N.A., holder of a mortgage on real property located at 194 Pine Street, Jersey City, NJ, 07304, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 11 Plan, and this Court having considered the representations of attorneys for Secured Creditor and David Edelberg, Esquire, attorney for Debtor, Dianna Guadagnino, and for good cause having been shown;

It is hereby **ORDERED, ADJUDGED and DECREED** that the total payoff due as of March 1, 2019 is in the amount of $392,379.19, consisting of an unpaid principal balance of $254,716.55; interest from July 1, 2017 through February 28, 2019 of $16,885.82; escrow advances in the amount of $9,134.64; recording fees of $50.00; fees and costs totaling $1,591.50; and principal forbearance of $111,207.31; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the entire balance due of $392,379.19 shall now bear interest at a rate of 4% beginning March 1, 2019; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the new maturity date for the subject loan is February 1, 2049; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that monthly mortgage payments shall begin March 1, 2019, which shall be principal and interest of $1,873.28 per month, plus an amount for escrow, which shall be adjusted periodically in accordance with applicable law; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the terms of the note and mortgage, except for those modified in this order, shall remain in full force and effect; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's lien shall remain on the subject property until the loan is fully paid; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved and hereby votes in favor of said plan.

Page 3
Debtors: Dianna Guadagnino
Case No.: 17-12951 RG
Caption: **CONSENT ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 11 PLAN**

I hereby agree and consent to the above terms and conditions:

_____  Dated: April 11, 2019
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:

_____  Dated: 4/11/19
DAVID EDELBERG, ESQ., ATTORNEY FOR DEBTOR

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                              Case No. 17-12951-RG
Dianna Guadagnino                                                   Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin              Page 1 of 1              Date Rcvd: Apr 15, 2019
                        Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2019.
db             +Dianna Guadagnino,   287 Communipaw Avenue,   Jersey City, NJ 07304-4003
aty            +Cullen and Dykman LLP,   433 Hackensack Avenue,   Hackensack, NJ 07601-6319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2019 at the address(es) listed below:
              Anna  Landa    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington mortgage
               Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates cmartin@pralc.com,
               ecf6@ecf.courtdrive.com
              David  Edelberg    on behalf of Debtor Dianna  Guadagnino dedelberg@cullenanddykman.com,
               edelbergdr82964@notify.bestcase.com
              David  Gerardi    on behalf of U.S. Trustee    U.S. Trustee david.gerardi@usdoj.gov
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn  O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Emmanuel J. Argentieri    on behalf of Creditor    M & T BANK, SUCCESSOR BY MERGER TO HUDSON CITY
               SAVINGS BANK bk@rgalegal.com
              Lauren Rebecca Jacoby    on behalf of Creditor    Navient Solutions, LLC
               lrjacoby@jacobylawonline.com
              Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing, LLC
               NJ_ECF_Notices@McCalla.com
              Nancy  Isaacson    on behalf of Creditor    Liquidity Solutions nisaacson@greenbaumlaw.com
              Nancy  Isaacson    on behalf of Transferee    Liberty Park Commons, LLC nisaacson@greenbaumlaw.com
              Nicholas Paul Edwards    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington
               mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates
               nedwards@shp-law.com,   amckenzie@huntonak.com;plozano@huntonak.com
              Ramanjit K. Chawla    on behalf of Creditor    State Of New Jersey
               ramanjit.chawla@dol.lps.state.nj.us
              Robert S. Roglieri    on behalf of Creditor    Donald V. Biase rroglieri@msbnj.com
              Scott D. Sherman    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington
               mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates
               ssherman@minionsherman.com
              Shoshana  Schiff    on behalf of Creditor    Donald V. Biase sschiff@msbnj.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               MASTR Asset Backed Securities Trust 2006-AB1, Mortgage Pass-Through Certificates, Series
               2006-AB1 ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               MASTR Asset Backed Securities Trust 2006-AB1, Mortgage Pass-Through Certificates, Series
               2006-AB1 ecf@powerskirn.com
                                                                                              TOTAL: 18