B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re Dianna Guadagnino,
*Debtor*

Case No. 17-12951

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: December, 2018

Date filed: Feb 6, 2018

Line of Business: Rental Income

NAISC Code: 531110

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

Original Signature of Responsible Party

Dianna Guadagnino

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

**TAXES**

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

**INCOME**

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL INCOME** $ 21203.14

**SUMMARY OF CASH ON HAND**

Cash on Hand at Start of Month $ 2904.39

Cash on Hand at End of Month $ 7044.88

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU **TOTAL** $ 7044.88

*(Exhibit B)*

**EXPENSES**

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES** $ 17062.65

*(Exhibit C)*

**CASH PROFIT**

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* $ 21203.14

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* $ 17062.65

*(Subtract Line C from Line B)* **CASH PROFIT FOR THE MONTH** $ 4140.49

B 25C (Official Form 25C) (12/08)

**UNPAID BILLS**

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 0.00

*(Exhibit D)*

**MONEY OWED TO YOU**

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 1,275.00

*(Exhibit E)*

**BANKING INFORMATION**

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

**EMPLOYEES**

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? 0

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? 0

**PROFESSIONAL FEES**

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ ______

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 28,500

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 0.00

**PROJECTIONS**

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

| | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 17000 | $ 21203.14 | $ 4203.14 |
| EXPENSES | $ 15000 | $ 17062.15 | $ 2062.15 |
| CASH PROFIT | $ 2000 | $ 4140.99 | $ 2140.99 |

| | |
|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ 18000 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ 16000 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ 2000 |

**ADDITIONAL INFORMATION**

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

Dianna Guadagnino December 1 - 31, 2018

INCOME DETAIL

December 2018

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| Ordinary Income/Expenses | | | | | | |
| Income | | | | | | |
| Sales | | | | | | |
| 104 Lafayette S | | | | | | |
| 12/03/2018 | Deposit | | | DEPOSIT | 2,800.00 | 2,800.00 |
| **Total for 104 Lafayette S** | | | | | **$2,800.00** | |
| 194 Pine | | | | | | |
| 12/03/2018 | Deposit | | | DEPOSIT | 2,225.00 | 2,225.00 |
| **Total for 194 Pine** | | | | | **$2,225.00** | |
| 252 Suydam | | | | | | |
| 12/03/2018 | Deposit | | Rent - David | PLASTIQ INC CREDIT | 1,950.00 | 1,950.00 |
| 12/04/2018 | Deposit | | Rent - Stephen | DEPOSIT | 1,850.00 | 3,800.00 |
| **Total for 252 Suydam** | | | | | **$3,800.00** | |
| 287 Communipaw A | | | | | | |
| 12/06/2018 | Deposit | | | DEPOSIT Jessie | 400.00 | 400.00 |
| 12/10/2018 | Deposit | | | DEPOSIT Andrew Coyte Communipaw | 500.00 | 900.00 |
| 12/10/2018 | Deposit | | | DEPOSIT Communipaw Floor 1 | 1,700.00 | 2,600.00 |
| 12/10/2018 | Deposit | | Rent - Andreas | DEPOSIT | 1,700.00 | 4,300.00 |
| 12/12/2018 | Deposit | | Rent - Druva | DEPOSIT - duplicate payment bounced | 1,700.00 | 6,000.00 |
| 12/18/2018 | Deposit | | Rent - Jessie | DEPOSIT | 200.00 | 6,200.00 |
| 12/27/2018 | Deposit | | Rent - Andreas | DEPOSIT | 1,700.00 | 7,900.00 |
| **Total for 287 Communipaw A** | | | | | **$7,900.00** | |
| Garages | | | | | | |
| 12/06/2018 | Deposit | | | DEPOSIT Richard | 450.00 | 450.00 |
| 12/07/2018 | Deposit | | | DEPOSIT Koby Benvenisti | 735.00 | 1,185.00 |
| 12/07/2018 | Deposit | | | DEPOSIT Anthony | 425.00 | 1,610.00 |
| 12/10/2018 | Deposit | | Rent - Andreas | DEPOSIT | 800.00 | 2,410.00 |
| **Total for Garages** | | | | | **$2,410.00** | |
| **Total for Sales** | | | | | **$19,135.00** | |
| Uncategorized Income ( 27 ) | | | | | | |
| 12/03/2018 | Deposit | | Delta | 471705 DELTA AIR 006216469 471705 DELTA AIR 006216469637 ATLANTA * GA | 30.00 | 30.00 |
| 12/13/2018 | Deposit | | Target | 443106 TARGET COM 443106 TARGET COM 800 591 3869 * MN | 7.22 | 37.22 |
| 12/14/2018 | Deposit | | Amazon | 428450 PAYPAL ZNU INC 428450 PAYPAL ZNU INC 4029357733 H KG | 21.96 | 59.18 |
| 12/28/2018 | Deposit | | Teaching/Childcare | WIRE TRANSFER INCOMING | 2,000.00 | 2,059.18 |
| 12/31/2018 | Deposit | | Amazon | 469216 AMZN MKTP US 469216 AMZN MKTP US AMZN COM BILL * WA | 8.95 | 2,068.13 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| Total for Uncategorized Income ( 27 ) | | | | | $2,068.13 | |
| Total for Income | | | | | $21,203.13 | |
| Net Income | | | | | $21,203.13 | |

# Dianna Guadagnino December 1 - 31, 2018

## TRANSACTION DETAIL BY ACCOUNT

December 2018

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 12/03/2018 | Check | 152 | Contractor | CHECK # 152 | CHAPTER 11 CHECKING (0334) | 1,000.00 | 1,000.00 |
| 12/03/2018 | Expense | | Restaurant | 476725 TING S CHINESE RESTAU 476725 TING S CHINESE RESTAURAN BLOOMINGDALE * NJ | CHAPTER 11 CHECKING (0334) | 26.23 | 1,026.23 |
| 12/03/2018 | Expense | | Target | 32247084 TARGET T 94 STATE RT 32247084 TARGET T 94 STATE RT RIVERDALE * NJ | CHAPTER 11 CHECKING (0334) | 272.05 | 1,298.28 |
| 12/03/2018 | Expense | | Coffee | 401339 BLOOMINGDALE DISCOUNT 401339 BLOOMINGDALE DISCOUNT LI BLOOMINGDALE * NJ | CHAPTER 11 CHECKING (0334) | 81.01 | 1,379.29 |
| 12/03/2018 | Expense | | Quickbooks | 469216 INTUIT QB ONLINE 469216 INTUIT QB ONLINE 800 286 6800 * CA | CHAPTER 11 CHECKING (0334) | 35.00 | 1,414.29 |
| 12/03/2018 | Expense | | Walmart | 24344301 WAL MART 3443 24344301 WAL MART 3443 RIVERDALE * NJ | CHAPTER 11 CHECKING (0334) | 415.32 | 1,829.61 |
| 12/03/2018 | Expense | | Target | 32247157 TARGET T 94 STATE RT 32247157 TARGET T 94 STATE RT RIVERDALE * NJ | CHAPTER 11 CHECKING (0334) | 4.00 | 1,833.61 |
| 12/03/2018 | Check | 995013 | US Trustee | CHECK # 995013 | CHAPTER 11 CHECKING (0334) | 650.00 | 2,483.61 |
| 12/03/2018 | Expense | | Walmart | 444500 WAL MART 3443 444500 WAL MART 3443 RIVERDALE * NJ | CHAPTER 11 CHECKING (0334) | 15.62 | 2,499.23 |
| 12/04/2018 | Expense | | Storage | PUBLIC STORAGE I RENTAL | CHAPTER 11 CHECKING (0334) | 260.08 | 2,759.31 |
| 12/04/2018 | Expense | | Amazon | 469216 PRIME VIDEO M08JF4XM2 469216 PRIME VIDEO M08JF4XM2 888 802 3080 * WA | CHAPTER 11 CHECKING (0334) | 8.99 | 2,768.30 |
| 12/04/2018 | Expense | | Walmart | 34430006 WAL MART WAL MART ST 34430006 WAL MART WAL MART STO RIVERDALE * NJ | CHAPTER 11 CHECKING (0334) | 17.68 | 2,785.98 |
| 12/05/2018 | Expense | | Apple iCloud | 469216 APL ITUNES COM BILL 469216 APL ITUNES COM BILL 800 275 2273 * CA | CHAPTER 11 CHECKING (0334) | 2.99 | 2,788.97 |
| 12/05/2018 | Expense | | Restaurant | 443106 FLYING TIGER COPENHAG 443106 FLYING TIGER COPENHAGEN NEW YORK * NY | CHAPTER 11 CHECKING (0334) | 24.01 | 2,812.98 |
| 12/05/2018 | Expense | | Restaurant | 449215 SQ TEUSCHER CHOCOL 449215 SQ TEUSCHER CHOCOL NEW YORK * NY | CHAPTER 11 CHECKING (0334) | 106.98 | 2,919.96 |
| 12/06/2018 | Expense | | Parking | 401339 MERCURY PARKING LLC 401339 MERCURY PARKING LLC NEW YORK * NY | CHAPTER 11 CHECKING (0334) | 63.00 | 2,982.96 |
| 12/06/2018 | Expense | | Take out restaurant | 469216 STARBUCKS STORE 07420 469216 STARBUCKS STORE 07420 NEW YORK * NY | CHAPTER 11 CHECKING (0334) | 21.67 | 3,004.63 |
| 12/10/2018 | Expense | | Supermarket | 469216 USA SUPERIOR VENDING 469216 USA SUPERIOR VENDING PARAMUS * NJ | CHAPTER 11 CHECKING (0334) | 1.25 | 3,005.88 |
| 12/10/2018 | Expense | | Target | 32247076 TARGET T 94 STATE RT 32247076 TARGET T 94 STATE RT RIVERDALE * NJ | CHAPTER 11 CHECKING (0334) | 39.15 | 3,045.03 |
| 12/10/2018 | Expense | | Target | 32247157 TARGET T 94 STATE RT 32247157 TARGET T 94 STATE RT RIVERDALE * NJ | CHAPTER 11 CHECKING (0334) | 35.83 | 3,080.86 |
| 12/10/2018 | Expense | | Target | 416407 TARGET 0002247 416407 | CHAPTER 11 | 13.86 | 3,094.72 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| | | | | TARGET    00022475    RIVERDALE    *    NJ | CHECKING (0334) | | |
| 12/10/2018 | Check | 139 | Aumenta Plumbing | CHECK # 139 | CHAPTER 11 CHECKING (0334) | 634.42 | 3,729.14 |
| 12/10/2018 | Expense | | Take out restaurant | 400097    STEFANOS PIZZA 400097    STEFANOS PIZZA    POMPTON PLAIN * NJ | CHAPTER 11 CHECKING (0334) | 6.66 | 3,735.80 |
| 12/11/2018 | Check | 121018 | B of A Mortgage | CHECK # 121018 | CHAPTER 11 CHECKING (0334) | 1,414.74 | 5,150.54 |
| 12/12/2018 | Expense | | Office Supply | 449215    PAYPAL 2SHAREHOPE 449215    PAYPAL 2SHAREHOPE    402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 34.99 | 5,185.53 |
| 12/12/2018 | Expense | | Office Supply | 449215    PAYPAL GOPLUS CORP 449215    PAYPAL GOPLUS CORP    402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 39.99 | 5,225.52 |
| 12/12/2018 | Expense | | Verizon Wireless | VERIZON WIRELESS PAYMENTS | CHAPTER 11 CHECKING (0334) | 236.02 | 5,461.54 |
| 12/12/2018 | Expense | | Walmart | 449215    PAYPAL WALMART COM 449215    PAYPAL WALMART COM    800 966 6546 * CA | CHAPTER 11 CHECKING (0334) | 124.18 | 5,585.72 |
| 12/12/2018 | Expense | | Target | 443106    TARGET COM 443106    TARGET COM    800 591 3869 * MN | CHAPTER 11 CHECKING (0334) | 85.18 | 5,670.90 |
| 12/12/2018 | Expense | | Target | 443106    TARGET COM 443106    TARGET COM    800 591 3869 * MN | CHAPTER 11 CHECKING (0334) | 83.65 | 5,754.55 |
| 12/12/2018 | Expense | | Target | 32247157    TARGET T 94 STATE RT 32247157    TARGET T 94 STATE RT RIVERDALE    * NJ | CHAPTER 11 CHECKING (0334) | 3.36 | 5,757.91 |
| 12/12/2018 | Expense | | Target | 443106    TARGET COM 443106    TARGET COM    800 591 3869 * MN | CHAPTER 11 CHECKING (0334) | 42.59 | 5,800.50 |
| 12/12/2018 | Expense | | Office Supply | 449215    PAYPAL PBTEEN 449215    PAYPAL PBTEEN    402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 26.08 | 5,826.58 |
| 12/12/2018 | Expense | | Target | 443106    TARGET COM 443106    TARGET COM    800 591 3869 * MN | CHAPTER 11 CHECKING (0334) | 14.73 | 5,841.31 |
| 12/12/2018 | Expense | | Target | 443106    TARGET COM 443106    TARGET COM    800 591 3869 * MN | CHAPTER 11 CHECKING (0334) | 7.22 | 5,848.53 |
| 12/12/2018 | Expense | | Target | 32247152    TARGET T 94 STATE RT 32247152    TARGET T 94 STATE RT RIVERDALE    * NJ | CHAPTER 11 CHECKING (0334) | 5.00 | 5,853.53 |
| 12/12/2018 | Expense | | Target | 32247078    TARGET T 94 STATE RT 32247078    TARGET T 94 STATE RT RIVERDALE    * NJ | CHAPTER 11 CHECKING (0334) | 45.27 | 5,898.80 |
| 12/13/2018 | Expense | | Carrington Mortgage | CARRINGTON    MORTGAGE | CHAPTER 11 CHECKING (0334) | 3,683.41 | 9,582.21 |
| 12/13/2018 | Expense | | Clothing | 449215    PAYPAL HENRIBENDEL 449215    PAYPAL HENRIBENDEL    402 935 7733 * NY | CHAPTER 11 CHECKING (0334) | 1,162.00 | 10,744.21 |
| 12/13/2018 | Expense | | Clothing | 30413001    MARSHALLS 1483 ROUTE 30413001    MARSHALLS 1483 ROUTE 2 KINNELON    * NJ | CHAPTER 11 CHECKING (0334) | 106.61 | 10,850.82 |
| 12/13/2018 | Expense | | Office Supply | 428450    PAYPAL YUNDONGLITI 428450    PAYPAL YUNDONGLITI    4029357733 H KG | CHAPTER 11 CHECKING (0334) | 229.90 | 11,080.72 |
| 12/13/2018 | Expense | | Target | 443106    TARGET COM 443106    TARGET COM    800 591 3869 * MN | CHAPTER 11 CHECKING (0334) | 7.44 | 11,088.16 |
| 12/13/2018 | Expense | | Target | 443106    TARGET COM 443106    TARGET COM    800 591 3869 * MN | CHAPTER 11 CHECKING (0334) | 56.39 | 11,144.55 |
| 12/13/2018 | Expense | | Target | 443106    TARGET COM 443106    TARGET COM    800 591 3869 * MN | CHAPTER 11 CHECKING (0334) | 2.65 | 11,147.20 |
| 12/13/2018 | Expense | | Target | 443106    TARGET COM 443106    TARGET COM    800 591 3869 * MN | CHAPTER 11 CHECKING (0334) | 100.09 | 11,247.29 |
| 12/14/2018 | Expense | | TD Bank | DEP RETURN FEE | CHAPTER 11 CHECKING (0334) | 15.00 | 11,262.29 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 12/14/2018 | Expense | | Target | 443106   TARGET COM 443106   TARGET COM          800 591 3869 * MN | CHAPTER 11 CHECKING (0334) | 68.67 | 11,330.96 |
| 12/14/2018 | Expense | | Target | 443106   TARGET COM 443106   TARGET COM          800 591 3869 * MN | CHAPTER 11 CHECKING (0334) | 24.67 | 11,355.63 |
| 12/14/2018 | Expense | | Target | 443106   TARGET COM 443106   TARGET COM          800 591 3869 * MN | CHAPTER 11 CHECKING (0334) | 12.68 | 11,368.31 |
| 12/14/2018 | Expense | | Delta | 471705   DELTA AIR  BAGGAGE F 471705   DELTA AIR  BAGGAGE FEE    NEWARK * NJ | CHAPTER 11 CHECKING (0334) | 70.00 | 11,438.31 |
| 12/14/2018 | Expense | | Target | 443106   TARGET COM 443106   TARGET COM          800 591 3869 * MN | CHAPTER 11 CHECKING (0334) | 8.51 | 11,446.82 |
| 12/14/2018 | Expense | | Target | 443106   TARGET COM 443106   TARGET COM          800 591 3869 * MN | CHAPTER 11 CHECKING (0334) | 6.91 | 11,453.73 |
| 12/14/2018 | Expense | | Uber | 449215   UBER  Z5LFF 449215    UBER Z5LFF         HELP UBER COM * CA | CHAPTER 11 CHECKING (0334) | 5.00 | 11,458.73 |
| 12/14/2018 | Expense | | Rent - Druva | DEP RETURN CHARGEBACK - check duplicate bounced | CHAPTER 11 CHECKING (0334) | 1,700.00 | 13,158.73 |
| 12/14/2018 | Expense | | Target | 443106   TARGET COM 443106   TARGET COM          800 591 3869 * MN | CHAPTER 11 CHECKING (0334) | 10.11 | 13,168.84 |
| 12/17/2018 | Expense | | Take out restaurant | 426979   RMCF  ST PAUL 426979    RMCF ST PAUL        SAINT PAUL   * MN | CHAPTER 11 CHECKING (0334) | 53.75 | 13,222.59 |
| 12/17/2018 | Expense | | Retail | 469216   QVC 577090709101 1OF6 469216 QVC 577090709101 1OF6     800 367 9444 * PA | CHAPTER 11 CHECKING (0334) | 22.97 | 13,245.56 |
| 12/17/2018 | Expense | | Retail | 469216   QVC 524254717301 1OF6 469216 QVC 524254717301 1OF6     800 367 9444 * PA | CHAPTER 11 CHECKING (0334) | 62.11 | 13,307.67 |
| 12/17/2018 | Expense | | Restaurant | 438894   NEW THANH HOAI 438894 NEW THANH HOAI        JERSEY CITY  * NJ | CHAPTER 11 CHECKING (0334) | 34.13 | 13,341.80 |
| 12/17/2018 | Expense | | Take out restaurant | 432300   OUTLAWS BAR  GRILL 432300 OUTLAWS BAR  GRILL       WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 97.95 | 13,439.75 |
| 12/17/2018 | Expense | | Uber | 449215   UBER  YAHIX 449215    UBER YAHIX         HELP UBER COM * CA | CHAPTER 11 CHECKING (0334) | 23.00 | 13,462.75 |
| 12/17/2018 | Expense | | Supermarket | 02291455 NDGSW JACK  JILL 02291455 NDGSW JACK  JILL        WATFORD * ND | CHAPTER 11 CHECKING (0334) | 23.44 | 13,486.19 |
| 12/17/2018 | Expense | | Gas Station | 416405   EXXONMOBIL   4796892 416405 EXXONMOBIL   47968920    LITTLE FALLS * NJ | CHAPTER 11 CHECKING (0334) | 20.01 | 13,506.20 |
| 12/18/2018 | Expense | | Wells Fargo | SLS MORTGAGE PAY CSR PAY | CHAPTER 11 CHECKING (0334) | 1,653.08 | 15,159.28 |
| 12/18/2018 | Expense | | Supermarket | 770446    CASH WISE FOODS  3042 770446    CASH WISE FOODS  3042 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 228.75 | 15,388.03 |
| 12/18/2018 | Expense | | Utility gas/electric | PUBLIC SERVICE  PSEG | CHAPTER 11 CHECKING (0334) | 305.00 | 15,693.03 |
| 12/19/2018 | Expense | | Gym | 432300   WATFORD CITY EVENT CE 432300   WATFORD CITY EVENT CENTE WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 30.00 | 15,723.03 |
| 12/19/2018 | Expense | | Gym | 432300   WATFORD CITY EVENT CE 432300   WATFORD CITY EVENT CENTE WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 13.00 | 15,736.03 |
| 12/19/2018 | Expense | | Target | 443106   TARGET COM 443106   TARGET COM          800 591 3869 * MN | CHAPTER 11 CHECKING (0334) | 15.83 | 15,751.86 |
| 12/21/2018 | Expense | | Paypal | 449215   PAYPAL MARKOSHOW 449215 PAYPAL MARKOSHOW       402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 11.99 | 15,763.85 |
| 12/21/2018 | Expense | | Coffee | 449215   SQ MAIN STREET GRI 449215 SQ MAIN STREET GRI       WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 3.19 | 15,767.04 |
| 12/21/2018 | Expense | | Target | 443106   TARGET COM 443106   TARGET | CHAPTER 11 | 202.34 | 15,969.38 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| | | | | COM    800 591 3869 * MN | CHECKING (0334) | | |
| 12/21/2018 | Expense | | Target | 443106    TARGET COM 443106    TARGET COM    800 591 3869 * MN | CHAPTER 11 CHECKING (0334) | 181.03 | 16,150.41 |
| 12/21/2018 | Expense | | Target | 443106    TARGET COM 443106    TARGET COM    800 591 3869 * MN | CHAPTER 11 CHECKING (0334) | 103.82 | 16,254.23 |
| 12/21/2018 | Expense | | Target | 443106    TARGET COM 443106    TARGET COM    800 591 3869 * MN | CHAPTER 11 CHECKING (0334) | 6.38 | 16,260.61 |
| 12/21/2018 | Expense | | Amazon | 469216    AMZN MKTP US M26FY6B3 469216    AMZN MKTP US M26FY6B31 AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 48.85 | 16,309.46 |
| 12/21/2018 | Expense | | Target | 443106    TARGET COM 443106    TARGET COM    800 591 3869 * MN | CHAPTER 11 CHECKING (0334) | 31.94 | 16,341.40 |
| 12/21/2018 | Expense | | Target | 443106    TARGET COM 443106    TARGET COM    800 591 3869 * MN | CHAPTER 11 CHECKING (0334) | 15.96 | 16,357.36 |
| 12/21/2018 | Expense | | Gas Station | 442733    KUM  GO 804 442733    KUM GO 804    WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 12.63 | 16,369.99 |
| 12/21/2018 | Expense | | Amazon | 469216    AMZN MKTP US M24KH05E 469216    AMZN MKTP US M24KH05E1 AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 95.74 | 16,465.73 |
| 12/24/2018 | Expense | | Supermarket | 770446    CASH WISE FOODS 3042 770446    CASH WISE FOODS 3042 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 307.37 | 16,773.10 |
| 12/24/2018 | Expense | | Amazon | 469216    AMZN MKTP US M26VR5SX 469216    AMZN MKTP US M26VR5SX0 AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 8.95 | 16,782.05 |
| 12/24/2018 | Expense | | Gym | 432300    WATFORD CITY EVENT CE 432300    WATFORD CITY EVENT CENTE WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 9.00 | 16,791.05 |
| 12/24/2018 | Expense | | Amazon | 469216    AMAZON COM M273J1DN1 469216    AMAZON COM M273J1DN1 AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 97.08 | 16,888.13 |
| 12/26/2018 | Expense | | Coffee | 469216    SQ COMMON GROUNDS CE 469216    SQ COMMON GROUNDS CENEX WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 3.19 | 16,891.32 |
| 12/26/2018 | Expense | | Take out restaurant | 480166    TOKYO STEAK HOUSE 480166 TOKYO STEAK HOUSE    WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 73.59 | 16,964.91 |
| 12/31/2018 | Expense | | Amazon | 469216    PRIME VIDEO M22NJ4WK0 469216    PRIME VIDEO M22NJ4WK0 888 802 3080 * WA | CHAPTER 11 CHECKING (0334) | 14.99 | 16,979.90 |
| 12/31/2018 | Expense | | Office Supply | 469216    AMAZON COM M29G85WE0 469216    AMAZON COM M29G85WE0 AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 42.82 | 17,022.72 |
| 12/31/2018 | Expense | | Office Supply | 476197    MICHAELS COM 476197 MICHAELS COM    800 642 4235 * PA | CHAPTER 11 CHECKING (0334) | 39.93 | 17,062.65 |

# LEDGER ACCOUNT - RENT ROLL MONTHLY

[illegible]

| RENT ROLL | December, 2018 |
|---|---|
| RUNNING BALANCE | [illegible] |

| Unit Numb | ADDRESS | TENANT NAME | NOTE | NOTE2 | ACTUAL RATE | PAYMENT DATE | PAYMENT AMOUNT | Amount Owed | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 194 Pine Street | JAYNE FREEMAN | Check 398 | Check | 2,225.00 | 12/3/2018 | 2,225.00 | 0.00 | 0.00 |
| 1 | 252 Suydam Ave | STEPHEN - UNIT 1 | Rent increase $200 | Money Order & Cash | 1,850.00 | 12/4/2018 | 1,850.00 | 0.00 | 0.00 |
| 2 | 252 Suydam Ave | DAVID - UNIT 2 | | Electronic Deposit | 1,950.00 | 12/3/2018 | 1,950.00 | 0.00 | 0.00 |
| 1 | 104 Lafayette | DHRUVA / HERTZ | Check | Check | 2,800.00 | 12/3/2018 | 2,800.00 | 0.00 | 0.00 |
| 1 | 287 Communipaw Ave | Andreas Hertz | 12/28 - 1700 12/10 1700 | Deposit | 1,700.00 | 12/28/2018 | 3,400.00 | 0.00 | 0.00 |
| 2 | 287 Communipaw Ave | Druuvha (Formerley Ramsey) | 850 credit -not paying | New | 1,700.00 | 12/10/2018 | 1,700.00 | 0.00 | 0.00 |
| 2 | 287 Communipaw Ave | Andrew Coyte | check # 187 | Check | 500.00 | 12/6/2018 | 400.00 | 100.00 | 1,675.00 |
| 2 | 287 Communipaw Ave | Jessie | 12/18 $200 12/10 $500 via adrew ch # 188 | Eviction/Storage | 500.00 | 12/18/2018 | 700.00 | 0.00 | 3,050.00 |
| Garage 1 | 287 Communipaw Ave | Anthony (formerly Eli) | | Cash Deposited | 225.00 | 12/7/2018 | 225.00 | 0.00 | 0.00 |
| Garage 2 | 287 Communipaw Ave | Richard | | Cash Deposited | 200.00 | 12/6/2018 | 200.00 | 0.00 | 0.00 |
| Garage 3 | 287 Communipaw Ave | Richard | | Cash Deposited | 250.00 | 12/6/2018 | 250.00 | 0.00 | 0.00 |
| Garage 4 | 287 Communipaw Ave | Andreas Hertz | Paid owed | Check | 200.00 | 12/10/2018 | 400.00 | 0.00 | 0.00 |
| Garage 5 | 287 Communipaw Ave | Paz / Koby Benvenisti (Formerly Eli) | | Cash Deposited | 260.00 | 12/7/2018 | 735.00 | 0.00 | 0.00 |
| Garage 6 | 287 Communipaw Ave | John Ross | | NA | 250.00 | 12/1/2018 | TRADE | 0.00 | 0.00 |
| Garage 7 | 287 Communipaw Ave | John Ross | | NA | 250.00 | 12/1/2018 | TRADE | 0.00 | 0.00 |
| Garage 8 | 287 Communipaw Ave | Paz / Koby Benvenisti | | Cash Deposited | 225.00 | 12/7/2018 | 0.00 | 0.00 | 0.00 |
| Garage 9 | 287 Communipaw Ave | To Be Rented | | NA | 200.00 | 12/1/2018 | PERSONAL | 0.00 | 0.00 |
| Garage 1 | 252 Suydam Ave | Paz / Koby Benvenisti | | Cash Deposited | 250.00 | 12/7/2018 | 0.00 | 0.00 | 0.00 |
| Garage 2 | 252 Suydam Ave | Andreas (formerly Michael) | | Empty/New Roof | 200.00 | 12/1/2018 | 0.00 | 0.00 | 0.00 |
| Garage 3 | 252 Suydam Ave | Anthony | | Cash Deposited | 200.00 | 12/7/2018 | 200.00 | 0.00 | 0.00 |
| Garage 4 | 252 Suydam Ave | Andreas | Paid Owed | | 200.00 | 12/10/2018 | 400.00 | 0.00 | 0.00 |
| Garage 5 | 252 Suydam Ave | Dan Roorda | Unpaid; Will pay Dec 1 | Paying Oct Nov Dec Jan Feb - next p Mar 1 | 200.00 | 12/1/2018 | PAID | 0.00 | 0.00 |
| Parking 1 | 252 Suydam Ave | Eyal/Eli | | Move out | 0.00 | 12/1/2018 | 0.00 | 0.00 | 0.00 |



America's Most Convenient Bank®

E STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ
287 COMMUNIPAW AVE
JERSEY CITY NJ 07304

Page: 1 of 8
Statement Period: Dec 01 2018-Dec 31 2018
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

## Chapter 11 Checking

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Account # 434-0580334

ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 2,904.39 | Average Collected Balance | 6,623.11 |
| Deposits | 17,185.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 2,018.14 | Interest Paid Year-to-Date | 0.00 |
| Other Credits | 2,000.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |
| Checks Paid | 3,049.16 | | |
| Electronic Payments | 12,298.49 | | |
| Other Withdrawals | 1,715.00 | | |
| Ending Balance | 7,044.88 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $70.00 |
| Total Returned Item Fees (NSF) | $0.00 | $35.00 |

DAILY ACCOUNT ACTIVITY

### Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/03 | DEPOSIT | 5,025.00 |
| 12/04 | DEPOSIT | 1,850.00 |
| 12/06 | DEPOSIT | 850.00 |
| 12/07 | DEPOSIT | 1,160.00 |
| 12/10 | DEPOSIT | 2,500.00 |
| 12/10 | DEPOSIT | 2,200.00 |
| 12/12 | DEPOSIT | 1,700.00 |
| 12/18 | DEPOSIT | 200.00 |
| 12/27 | DEPOSIT | 1,700.00 |
| | Subtotal: | 17,185.00 |

### Electronic Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/03 | CCD DEPOSIT, PLASTIQ INC CREDIT PymtId 2355086 | 1,950.00 |
| 12/03 | DEBIT CARD CREDIT, *****04021505098, AUT 120118 VISA DDA REF DELTA AIR 006216469637 ATLANTA * GA | 30.00 |
| 12/13 | DEBIT CARD CREDIT, *****04022198281, AUT 121318 VISA DDA REF TARGET COM 800 591 3869 * MN | 7.22 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| 1 Ending Balance | | 7,044.88 |
| 2 Total Deposits | + | |
| 3 Sub Total | | |
| 4 Total Withdrawals | - | |
| 5 Adjusted Balance | | |

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | 2 |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | 4 |

FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 3 of 8
Statement Period: Dec 01 2018-Dec 31 2018
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

DAILY ACCOUNT ACTIVITY

**Electronic Deposits (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/13 | DEBIT CARD CREDIT, *****04022198281, AUT 121318 VISA DDA REF PAYPAL WALMART COM 8009666546 * CA | 0.01 |
| 12/14 | DEBIT CARD CREDIT, *****04021505098, AUT 121418 VISA DDA REF PAYPAL ZNU INC 4029357733 H KG | 21.96 |
| 12/31 | DEBIT CARD CREDIT, *****04022198281, AUT 122918 VISA DDA REF AMZN MKTP US AMZN COM BILL * WA | 8.95 |
| | Subtotal: | 2,018.14 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/28 | WIRE TRANSFER INCOMING, JASON L GILLEN | 2,000.00 |
| | Subtotal: | 2,000.00 |

**Checks Paid** No. Checks: 3 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 12/10 | 139 | 634.42 | 12/11 | 121018* | 1,414.74 |
| 12/03 | 152* | 1,000.00 | | | |
| | | | | Subtotal: | 3,049.16 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/03 | TDBANK BILL PAY CHECK, UNITED STATES TRUSTEE CHECK# 995013 | 650.00 |
| 12/03 | DEBIT POS, *****04021505098, AUT 120118 DDA PURCHASE WAL MART 3443 RIVERDALE * NJ | 415.32 |
| 12/03 | DEBIT POS, *****04021505098, AUT 120218 DDA PURCHASE TARGET T 94 STATE RT RIVERDALE * NJ | 272.05 |
| 12/03 | DEBIT CARD PURCHASE, *****04021505098, AUT 120118 VISA DDA PUR BLOOMINGDALE DISCOUNT LI BLOOMINGDALE * NJ | 81.01 |
| 12/03 | DEBIT CARD PAYMENT, *****04021505098, AUT 120218 VISA DDA PUR INTUIT QB ONLINE 800 286 6800 * CA | 35.00 |
| 12/03 | DEBIT CARD PURCHASE, *****04021505098, AUT 120118 VISA DDA PUR TING S CHINESE RESTAURAN BLOOMINGDALE * NJ | 26.23 |
| 12/03 | DEBIT CARD PURCHASE, *****04021505098, AUT 120118 VISA DDA PUR WAL MART 3443 RIVERDALE * NJ | 15.62 |
| 12/03 | DEBIT POS, *****04021505098, AUT 120218 DDA PURCHASE TARGET T 94 STATE RT RIVERDALE * NJ | 4.00 |
| 12/04 | ACH DEBIT, PUBLIC STORAGE I RENTAL ****00030557922 | 260.08 |
| 12/04 | DEBIT POS, *****04021505098, AUT 120318 DDA PURCHASE WAL MART WAL MART STO RIVERDALE * NJ | 17.68 |
| 12/04 | DEBIT CARD PURCHASE, *****04021505098, AUT 120318 VISA DDA PUR PRIME VIDEO M08JF4XM2 888 802 3080 * WA | 8.99 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Statement Period: Dec 01 2018-Dec 31 2018
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/05 | DEBIT CARD PURCHASE, *****04021505098, AUT 120418 VISA DDA PUR SQ TEUSCHER CHOCOL NEW YORK * NY | 106.98 |
| 12/05 | DEBIT CARD PURCHASE, *****04021505098, AUT 120418 VISA DDA PUR FLYING TIGER COPENHAGEN NEW YORK * NY | 24.01 |
| 12/05 | DEBIT CARD PAYMENT, *****04021505098, AUT 120418 VISA DDA PUR APL ITUNES COM BILL 800 275 2273 * CA | 2.99 |
| 12/06 | DEBIT CARD PURCHASE, *****04021505098, AUT 120518 VISA DDA PUR MERCURY PARKING LLC NEW YORK * NY | 63.00 |
| 12/06 | DEBIT CARD PURCHASE, *****04021505098, AUT 120418 VISA DDA PUR STARBUCKS STORE 07420 NEW YORK * NY | 21.67 |
| 12/10 | DEBIT POS, *****04022198281, AUT 120918 DDA PURCH W/CB TARGET T 94 STATE RT RIVERDALE * NJ | 39.15 |
| 12/10 | DEBIT POS, *****04022198281, AUT 120918 DDA PURCHASE TARGET T 94 STATE RT RIVERDALE * NJ | 35.83 |
| 12/10 | DEBIT CARD PURCHASE, *****04022198281, AUT 120918 VISA DDA PUR TARGET 00022475 RIVERDALE * NJ | 13.86 |
| 12/10 | DEBIT CARD PURCHASE, *****04022198281, AUT 120818 VISA DDA PUR STEFANOS PIZZA POMPTON PLAIN * NJ | 6.66 |
| 12/10 | DEBIT CARD PURCHASE, *****04022198281, AUT 120918 VISA DDA PUR USA SUPERIOR VENDING PARAMUS * NJ | 1.25 |
| 12/12 | ACH DEBIT, VERIZON WIRELESS PAYMENTS ****14696200001 | 236.02 |
| 12/12 | DEBIT CARD PURCHASE, *****04022198281, AUT 121118 VISA DDA PUR PAYPAL WALMART COM 800 966 6546 * CA | 124.18 |
| 12/12 | DEBIT CARD PURCHASE, *****04022198281, AUT 121118 VISA DDA PUR TARGET COM 800 591 3869 * MN | 85.18 |
| 12/12 | DEBIT CARD PURCHASE, *****04022198281, AUT 121218 VISA DDA PUR TARGET COM 800 591 3869 * MN | 83.65 |
| 12/12 | DEBIT POS, *****04022198281, AUT 121218 DDA PURCHASE TARGET T 94 STATE RT RIVERDALE * NJ | 45.27 |
| 12/12 | DEBIT CARD PURCHASE, *****04022198281, AUT 121218 VISA DDA PUR TARGET COM 800 591 3869 * MN | 42.59 |
| 12/12 | DEBIT CARD PURCHASE, *****04022198281, AUT 121118 VISA DDA PUR PAYPAL GOPLUS CORP 402 935 7733 * CA | 39.99 |
| 12/12 | DEBIT CARD PURCHASE, *****04022198281, AUT 121118 VISA DDA PUR PAYPAL 2SHAREHOPE 402 935 7733 * CA | 34.99 |
| 12/12 | DEBIT CARD PURCHASE, *****04022198281, AUT 121118 VISA DDA PUR PAYPAL PBTEEN 402 935 7733 * CA | 26.08 |
| 12/12 | DEBIT CARD PURCHASE, *****04022198281, AUT 121218 VISA DDA PUR TARGET COM 800 591 3869 * MN | 14.73 |
| 12/12 | DEBIT CARD PURCHASE, *****04022198281, AUT 121118 VISA DDA PUR TARGET COM 800 591 3869 * MN | 7.22 |
| 12/12 | DEBIT POS, *****04022198281, AUT 121218 DDA PURCHASE TARGET T 94 STATE RT RIVERDALE * NJ | 5.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 5 of 8
Statement Period: Dec 01 2018-Dec 31 2018
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/12 | DEBIT POS, *****04022198281, AUT 121218 DDA PURCHASE TARGET T 94 STATE RT RIVERDALE * NJ | 3.36 |
| 12/13 | ACH DEBIT, CARRINGTON MORTGAGE ****013438 | 3,683.41 |
| 12/13 | DEBIT CARD PURCHASE, *****04022198281, AUT 121118 VISA DDA PUR PAYPAL HENRIBENDEL 402 935 7733 * NY | 1,162.00 |
| 12/13 | DEBIT CARD PURCHASE, *****04022198281, AUT 121118 VISA DDA PUR PAYPAL YUNDONGLITI 4029357733 H KG | 229.90 |
| 12/13 | DEBIT POS, *****04022198281, AUT 121318 DDA PURCHASE MARSHALLS 1483 ROUTE 2 KINNELON * NJ | 106.61 |
| 12/13 | DEBIT CARD PURCHASE, *****04022198281, AUT 121118 VISA DDA PUR TARGET COM 800 591 3869 * MN | 100.09 |
| 12/13 | DEBIT CARD PURCHASE, *****04022198281, AUT 121318 VISA DDA PUR TARGET COM 800 591 3869 * MN | 56.39 |
| 12/13 | DEBIT CARD PURCHASE, *****04022198281, AUT 121118 VISA DDA PUR TARGET COM 800 591 3869 * MN | 7.44 |
| 12/13 | DEBIT CARD PURCHASE, *****04022198281, AUT 121218 VISA DDA PUR TARGET COM 800 591 3869 * MN | 2.65 |
| 12/14 | DEBIT CARD PURCHASE, *****04022198281, AUT 121318 VISA DDA PUR DELTA AIR BAGGAGE FEE NEWARK * NJ | 70.00 |
| 12/14 | DEBIT CARD PURCHASE, *****04022198281, AUT 121318 VISA DDA PUR TARGET COM 800 591 3869 * MN | 68.67 |
| 12/14 | DEBIT CARD PURCHASE, *****04022198281, AUT 121318 VISA DDA PUR TARGET COM 800 591 3869 * MN | 24.67 |
| 12/14 | DEBIT CARD PURCHASE, *****04022198281, AUT 121418 VISA DDA PUR TARGET COM 800 591 3869 * MN | 12.68 |
| 12/14 | DEBIT CARD PURCHASE, *****04022198281, AUT 121418 VISA DDA PUR TARGET COM 800 591 3869 * MN | 10.11 |
| 12/14 | DEBIT CARD PURCHASE, *****04022198281, AUT 121418 VISA DDA PUR TARGET COM 800 591 3869 * MN | 8.51 |
| 12/14 | DEBIT CARD PURCHASE, *****04022198281, AUT 121418 VISA DDA PUR TARGET COM 800 591 3869 * MN | 6.91 |
| 12/14 | DEBIT CARD PURCHASE, *****04022198281, AUT 121318 VISA DDA PUR UBER Z5LFF HELP UBER COM * CA | 5.00 |
| 12/17 | DEBIT CARD PURCHASE, *****04022198281, AUT 121518 VISA DDA PUR OUTLAWS BAR GRILL WATFORD CITY * ND | 97.95 |
| 12/17 | DEBIT CARD PAYMENT, *****04022198281, AUT 121618 VISA DDA PUR QVC 524254717301 1OF6 800 367 9444 * PA | 62.11 |
| 12/17 | DEBIT CARD PURCHASE, *****04022198281, AUT 121318 VISA DDA PUR RMCF ST PAUL SAINT PAUL * MN | 53.75 |
| 12/17 | DEBIT CARD PURCHASE, *****04022198281, AUT 121318 VISA DDA PUR NEW THANH HOAI JERSEY CITY * NJ | 34.13 |
| 12/17 | DEBIT POS, *****04022198281, AUT 121618 DDA PURCHASE NDGSW JACK JILL WATFORD * ND | 23.44 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Statement Period: Dec 01 2018-Dec 31 2018
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/17 | DEBIT CARD PURCHASE, *****04022198281, AUT 121318 VISA DDA PUR UBER YAHIX HELP UBER COM * CA | 23.00 |
| 12/17 | DEBIT CARD PAYMENT, *****04022198281, AUT 121318 VISA DDA PUR QVC 577090709101 1OF6 800 367 9444 * PA | 22.97 |
| 12/17 | DEBIT CARD PURCHASE, *****04022198281, AUT 121318 VISA DDA PUR EXXONMOBIL 47968920 LITTLE FALLS * NJ | 20.01 |
| 12/18 | ELECTRONIC PMT-TEL, SLS MORTGAGE PAY CSR PAY ****01009073545 | 1,653.08 |
| 12/18 | ACH DEBIT, PUBLIC SERVICE PSEG ****70021704 | 305.00 |
| 12/18 | DEBIT POS, *****04022198281, AUT 121818 DDA PURCHASE CASH WISE FOODS 3042 WATFORD CITY * ND | 228.75 |
| 12/19 | DEBIT CARD PURCHASE, *****04022198281, AUT 121718 VISA DDA PUR WATFORD CITY EVENT CENTE WATFORD CITY * ND | 30.00 |
| 12/19 | DEBIT CARD PURCHASE, *****04022198281, AUT 121918 VISA DDA PUR TARGET COM 800 591 3869 * MN | 15.83 |
| 12/19 | DEBIT CARD PURCHASE, *****04022198281, AUT 121718 VISA DDA PUR WATFORD CITY EVENT CENTE WATFORD CITY * ND | 13.00 |
| 12/21 | DEBIT CARD PURCHASE, *****04022198281, AUT 122118 VISA DDA PUR TARGET COM 800 591 3869 * MN | 202.34 |
| 12/21 | DEBIT CARD PURCHASE, *****04022198281, AUT 122118 VISA DDA PUR TARGET COM 800 591 3869 * MN | 181.03 |
| 12/21 | DEBIT CARD PURCHASE, *****04022198281, AUT 122118 VISA DDA PUR TARGET COM 800 591 3869 * MN | 103.82 |
| 12/21 | DEBIT CARD PURCHASE, *****04022198281, AUT 122018 VISA DDA PUR AMZN MKTP US M24KH05E1 AMZN COM BILL * WA | 95.74 |
| 12/21 | DEBIT CARD PURCHASE, *****04022198281, AUT 122018 VISA DDA PUR AMZN MKTP US M26FY6B31 AMZN COM BILL * WA | 48.85 |
| 12/21 | DEBIT CARD PURCHASE, *****04022198281, AUT 122118 VISA DDA PUR TARGET COM 800 591 3869 * MN | 31.94 |
| 12/21 | DEBIT CARD PURCHASE, *****04022198281, AUT 122018 VISA DDA PUR TARGET COM 800 591 3869 * MN | 15.96 |
| 12/21 | DEBIT CARD PURCHASE, *****04022198281, AUT 122018 VISA DDA PUR KUM GO 804 WATFORD CITY * ND | 12.63 |
| 12/21 | DEBIT CARD PURCHASE, *****04022198281, AUT 122018 VISA DDA PUR PAYPAL MARKOSHOW 402 935 7733 * CA | 11.99 |
| 12/21 | DEBIT CARD PURCHASE, *****04022198281, AUT 122118 VISA DDA PUR TARGET COM 800 591 3869 * MN | 6.38 |
| 12/21 | DEBIT CARD PURCHASE, *****04022198281, AUT 122018 VISA DDA PUR SQ MAIN STREET GRI WATFORD CITY * ND | 3.19 |
| 12/24 | DEBIT POS, *****04022198281, AUT 122418 DDA PURCHASE CASH WISE FOODS 3042 WATFORD CITY * ND | 307.37 |
| 12/24 | DEBIT CARD PURCHASE, *****04022198281, AUT 122118 VISA DDA PUR AMAZON COM M273J1DN1 AMZN COM BILL * WA | 97.08 |
| 12/24 | DEBIT CARD PURCHASE, *****04022198281, AUT 122218 VISA DDA PUR WATFORD CITY EVENT CENTE WATFORD CITY * ND | 9.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 7 of 8
Statement Period: Dec 01 2018-Dec 31 2018
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/24 | DEBIT CARD PURCHASE, *****04022198281, AUT 122218 VISA DDA PUR AMZN MKTP US M26VR5SX0 AMZN COM BILL * WA | 8.95 |
| 12/26 | DEBIT CARD PURCHASE, *****04022198281, AUT 122418 VISA DDA PUR TOKYO STEAK HOUSE WATFORD CITY * ND | 73.59 |
| 12/26 | DEBIT CARD PURCHASE, *****04022198281, AUT 122418 VISA DDA PUR SQ COMMON GROUNDS CENEX WATFORD CITY * ND | 3.19 |
| 12/31 | DEBIT CARD PURCHASE, *****04022198281, AUT 122918 VISA DDA PUR AMAZON COM M29G85WE0 AMZN COM BILL * WA | 42.82 |
| 12/31 | DEBIT CARD PURCHASE, *****04022198281, AUT 122918 VISA DDA PUR MICHAELS COM 800 642 4235 * PA | 39.93 |
| 12/31 | DEBIT CARD PURCHASE, *****04022198281, AUT 123018 VISA DDA PUR PRIME VIDEO M22NJ4WK0 888 802 3080 * WA | 14.99 |
| | Subtotal: | 12,298.49 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/14 | DEP RETURN CHARGEBACK | 1,700.00 |
| 12/14 | DEP RETURN FEE | 15.00 |
| | Subtotal: | 1,715.00 |

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/30 | 2,904.39 | 12/14 | 7,029.74 |
| 12/03 | 7,410.16 | 12/17 | 6,692.38 |
| 12/04 | 8,973.41 | 12/18 | 4,705.55 |
| 12/05 | 8,839.43 | 12/19 | 4,646.72 |
| 12/06 | 9,604.76 | 12/21 | 3,932.85 |
| 12/07 | 10,764.76 | 12/24 | 3,510.45 |
| 12/10 | 14,733.59 | 12/26 | 3,433.67 |
| 12/11 | 13,318.85 | 12/27 | 5,133.67 |
| 12/12 | 14,270.59 | 12/28 | 7,133.67 |
| 12/13 | 8,929.33 | 12/31 | 7,044.88 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

| | |
|---|---|
| Page: | 8 of 8 |
| Statement Period: | Dec 01 2018-Dec 31 2018 |
| Cust Ref #: | 4340580334-039-E-*** |
| Primary Account #: | 434-0580334 |

DIANNA GUADAGNINO 03-17
DIP CASE 17 12951 RG
287 COMMUNIPAW AVE
JERSEY CITY, NJ 07304
139
12/4/18
Pay to the Order of Carmine Aurentn Plumbing & Heating $ 634-42
Six hundred & thirty four + 42/100 Dollars
TD Bank
⑆031201360⑆ 4340580334⑈ 0139

#139 12/10 $634.42

DIANNA GUADAGNINO 03-17
DIP CASE 17 12951 RG
287 COMMUNIPAW AVE
JERSEY CITY, NJ 07304
152
11/28/18
Pay to the Order of Pablo Velez $1,000
One thousand Dollars
TD Bank
For cornice 252 Sagdarten
⑆031201360⑆ 4340580334⑈ 0152

#152 12/03 $1,000.00

VOID
121018
DIANNA GUADAGNINO
287 COMMUNIPAW AVE FL 1
JERSEY CITY, NJ 07304-0000
Date: December 10, 2018
DO NOT RETURN TO REMITTER
Pay to the order of Bank of America Home Loan $1,414.74
**One Thousand Four Hundred Fourteen and 74/100 DOLLARS********** DOLLARS
870104465
Memo
Verbally Authorized By Your Depositor
⑈121018⑈ ⑆031201360⑆ 4340580334⑈

#121018 12/11 $1,414.74