B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re  Dianna Guadagnino ,          Case No. 17-12951
*Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: January, 2019                Date filed: May 6, 2019

Line of Business: Rental Income     NAISC Code: 531110

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*/s/ Dianna Guadagnino*
Original Signature of Responsible Party

Dianna Guadagnino
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

| | | | Yes | No |
|---|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?    ☐    ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

|  | | |
|---|---|---|
| **TOTAL INCOME** | $ | 15036.14 |
| **SUMMARY OF CASH ON HAND** | | |
| Cash on Hand at Start of Month | $ | 7044.88 |
| Cash on Hand at End of Month | $ | 8328.92 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    **TOTAL** | $ | 8328.92 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES**    $    13752.10

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 15036.14 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 13752.10 |
| *(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH** | $ | 1284.04 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 0.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 1,275.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 0 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 0 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 28,500 |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 18000 | $ 15036.14 | $ 2963.86 |
| EXPENSES | $ 16000 | $ 13752.10 | $ 2247.90 |
| CASH PROFIT | $ 2000 | $ 1284.04 | $ 715.96 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:          $  18000
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:        $  17000
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:     $   1000

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

# Dianna Guadagnino January 1 - 31, 2019

INCOME DETAIL

January 2019

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| Ordinary Income/Expenses | | | | | | |
| Income | | | | | | |
| 287 Communipaw | | | | | | |
| 01/07/2019 | Deposit | | | DEPOSIT | 600.00 | 600.00 |
| **Total for 287 Communipaw** | | | | | **$600.00** | |
| Payroll Income | | | | | | |
| 01/31/2019 | Deposit | | Acumen | N   PAYROLL | 1,737.35 | 1,737.35 |
| **Total for Payroll Income** | | | | | **$1,737.35** | |
| Sales | | | | | | |
| 104 Lafayette S | | | | | | |
| 01/03/2019 | Deposit | | | DEPOSIT | 2,800.00 | 2,800.00 |
| **Total for 104 Lafayette S** | | | | | **$2,800.00** | |
| 194 Pine | | | | | | |
| 01/03/2019 | Deposit | | | DEPOSIT | 2,225.00 | 2,225.00 |
| **Total for 194 Pine** | | | | | **$2,225.00** | |
| 252 Suydam | | | | | | |
| 01/07/2019 | Deposit | | Rent - David | PLASTIQ INC    CREDIT | 2,000.00 | 2,000.00 |
| 01/07/2019 | Deposit | | | DEPOSIT | 1,850.00 | 3,850.00 |
| **Total for 252 Suydam** | | | | | **$3,850.00** | |
| 287 Communipaw A | | | | | | |
| 01/10/2019 | Deposit | | | DEPOSIT | 1,700.00 | 1,700.00 |
| 01/10/2019 | Deposit | | | DEPOSIT | 500.00 | 2,200.00 |
| **Total for 287 Communipaw A** | | | | | **$2,200.00** | |
| Garages | | | | | | |
| 01/08/2019 | Deposit | | Rent - Anthony Garage | DEPOSIT | 400.00 | 400.00 |
| 01/10/2019 | Deposit | | | DEPOSIT | 950.00 | 1,350.00 |
| 01/10/2019 | Deposit | | | DEPOSIT | 200.00 | 1,550.00 |
| **Total for Garages** | | | | | **$1,550.00** | |
| **Total for Sales** | | | | | **$12,625.00** | |
| Uncategorized Income ( 27 ) | | | | | | |
| 01/14/2019 | Deposit | | Target | 416407    TARGET    0000085 416407    TARGET    00000851 MINOT    * ND | 50.04 | 50.04 |
| 01/18/2019 | Deposit | | Amazon | 469216    AMZN MKTP US 469216    AMZN MKTP US AMZN COM BILL * WA | 0.39 | 50.43 |
| 01/22/2019 | Deposit | | Amazon | 449215    PAYPAL KOURTNEYPEG 449215 PAYPAL  KOURTNEYPEG 4029357733    * CA | 21.70 | 72.13 |
| 01/25/2019 | Deposit | | Amazon | 469216    AMZN MKTP US 469216    AMZN MKTP US AMZN COM BILL * WA | 1.66 | 73.79 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| Total for Uncategorized Income ( 27 ) | | | | | $73.79 | |
| Total for Income | | | | | $15,036.14 | |
| Net Income | | | | | $15,036.14 | |

# Dianna Guadagnino  January 1 - 31, 2019

TRANSACTION DETAIL BY ACCOUNT

January 2019

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 01/02/2019 | Expense | | Health Ins | 475542  SANFORD HEALTH PLANON  475542  SANFORD HEALTH PLANONLIN  605 3287180  * SD | CHAPTER 11 CHECKING (0334) | 429.75 | 429.75 |
| 01/02/2019 | Expense | | Supermarket | 770446  CASH WISE FOODS 3042 770446  CASH WISE FOODS 3042  WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 105.90 | 535.65 |
| 01/03/2019 | Expense | | Gas Station | 471705  HOLIDAY STNSTORE 0435  471705  HOLIDAY STNSTORE 0435  WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 62.22 | 597.87 |
| 01/03/2019 | Expense | | Storage | PUBLIC STORAGE I RENTAL | CHAPTER 11 CHECKING (0334) | 260.24 | 858.11 |
| 01/03/2019 | Expense | | Amazon | 469216  PRIME VIDEO MB7CW3OX0  469216  PRIME VIDEO MB7CW3OX0  888 802 3080 * WA | CHAPTER 11 CHECKING (0334) | 15.98 | 874.09 |
| 01/03/2019 | Expense | | Amazon | 469216  PRIME VIDEO M285J2D72 469216  PRIME VIDEO M285J2D72  888 802 3080 * WA | CHAPTER 11 CHECKING (0334) | 6.39 | 880.48 |
| 01/03/2019 | Expense | | Take out restaurant | 432300  OUTLAWS BAR  GRILL 432300  OUTLAWS BAR  GRILL  WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 51.50 | 931.98 |
| 01/04/2019 | Expense | | Amazon | 469216  PRIME VIDEO M216Y32T2 469216  PRIME VIDEO M216Y32T2  888 802 3080 * WA | CHAPTER 11 CHECKING (0334) | 8.99 | 940.97 |
| 01/04/2019 | Expense | | Utility gas/electric | 469216  MDU SPEEDPAY 469216  MDU SPEEDPAY  800 638 3278 * ND | CHAPTER 11 CHECKING (0334) | 301.99 | 1,242.96 |
| 01/04/2019 | Expense | | Family Dollar | 423168  FAMILY DOLLAR 11938 423168  FAMILY DOLLAR 11938  WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 75.69 | 1,318.65 |
| 01/04/2019 | Check | 140 | Rent - Garage Richard | CHECK # 140 Reimbursement Garage Tenant | CHAPTER 11 CHECKING (0334) | 400.00 | 1,718.65 |
| 01/07/2019 | Expense | | Apple iCloud | 469216  APL ITUNES COM BILL 469216  APL ITUNES COM BILL  866 712 7753 * CA | CHAPTER 11 CHECKING (0334) | 9.59 | 1,728.24 |
| 01/07/2019 | Expense | | Keepers Self Storage | 427539  KEEPERS SELF STORAGE  427539  KEEPERS SELF STORAGE  201 9635292 * NJ | CHAPTER 11 CHECKING (0334) | 445.00 | 2,173.24 |
| 01/07/2019 | Expense | | Apple iCloud | 469216  APL ITUNES COM BILL 469216  APL ITUNES COM BILL  800 275 2273 * CA | CHAPTER 11 CHECKING (0334) | 2.99 | 2,176.23 |
| 01/08/2019 | Check | 9898 | B of A Mortgage | CHECK # 9898 | CHAPTER 11 CHECKING (0334) | 1,414.74 | 3,590.97 |
| 01/08/2019 | Expense | | Office Supply | 469216  AMAZON COM M28HQ5IY2  469216  AMAZON COM M28HQ5IY2  AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 13.87 | 3,604.84 |
| 01/08/2019 | Expense | | Family Dollar | 423168  FAMILY DOLLAR 11938 423168  FAMILY DOLLAR 11938  WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 26.14 | 3,630.98 |
| 01/08/2019 | Expense | | Take out restaurant | 401339  292 HARDEES 401339  292  HARDEES  WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 49.13 | 3,680.11 |
| 01/08/2019 | Expense | | Office Supply | 449215  PAYPAL CSICK 449215  PAYPAL CSICK  402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 7.05 | 3,687.16 |
| 01/09/2019 | Expense | | Wells Fargo | SLS MORTGAGE PAY CSR PAY | CHAPTER 11 CHECKING (0334) | 1,653.08 | 5,340.24 |
| 01/10/2019 | Expense | | Supermarket | 770446  CASH WISE FOODS 3042 770446  CASH WISE FOODS 3042  WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 158.32 | 5,498.56 |
| 01/10/2019 | Expense | | Take out restaurant | 426979  GIOTTOS 426979  GIOTTOS | CHAPTER 11 | 38.57 | 5,537.13 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 01/11/2019 | Expense | | Coffee | 469216  SQ COMMON GROUNDS CE 469216  SQ COMMON GROUNDS CENEX WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 3.19 | 5,540.32 |
| 01/11/2019 | Expense | | Garbage Removal / Dumpster mini | 470780  ALLEGRO SANITATION CO 470780  ALLEGRO SANITATION CORPO 201 863 1527 * NJ | CHAPTER 11 CHECKING (0334) | 275.60 | 5,815.92 |
| 01/11/2019 | Expense | | Verizon Wireless | VERIZON WIRELESS PAYMENTS | CHAPTER 11 CHECKING (0334) | 274.46 | 6,090.38 |
| 01/11/2019 | Expense | | Materials | CP301113  100 N MAIN CP301113  100 N MAIN  WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 402.95 | 6,493.33 |
| 01/11/2019 | Expense | | Target | 10085082  TARGET T  2400 10TH S 10085082  TARGET T  2400 10TH ST MINOT  * ND | CHAPTER 11 CHECKING (0334) | 88.13 | 6,581.46 |
| 01/11/2019 | Expense | | Target | 10085171  TARGET T  2400 10TH S 10085171  TARGET T  2400 10TH ST MINOT  * ND | CHAPTER 11 CHECKING (0334) | 49.91 | 6,631.37 |
| 01/11/2019 | Expense | | Restaurant | 90102101  JUSTICE  JUSTICE DAK 90102101  JUSTICE  JUSTICE DAKO MINOT  * ND | CHAPTER 11 CHECKING (0334) | 88.12 | 6,719.49 |
| 01/14/2019 | Expense | | Carrington Mortgage | CARRINGTON  MORTGAGE | CHAPTER 11 CHECKING (0334) | 1,758.87 | 8,478.36 |
| 01/14/2019 | Expense | | Gym | 462275  DUFFY S HOCKEY AND SP 462275  DUFFY S HOCKEY AND SPORT MINOT  * ND | CHAPTER 11 CHECKING (0334) | 45.00 | 8,523.36 |
| 01/14/2019 | Check | 141 | Plumber | CHECK # 141 MVM Plumbing 252 Suydam | CHAPTER 11 CHECKING (0334) | 1,000.00 | 9,523.36 |
| 01/15/2019 | Expense | | Paypal | 449215  PAYPAL SUSANNCREW 449215 PAYPAL SUSANNCREW  402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 31.95 | 9,555.31 |
| 01/15/2019 | Expense | | Retail | 449215  PAYPAL CYNTHIAFRIT 449215 PAYPAL CYNTHIAFRIT  402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 24.99 | 9,580.30 |
| 01/15/2019 | Expense | | Paypal | 449215  PAYPAL TONY CANNON 449215 PAYPAL TONY CANNON  402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 140.00 | 9,720.30 |
| 01/15/2019 | Expense | | Materials | 610035  105 26TH ST WEST 610035  105 26TH ST WEST  WILLISTON  * ND | CHAPTER 11 CHECKING (0334) | 503.00 | 10,223.30 |
| 01/15/2019 | Expense | | Gym | 449215  PAYPAL WONDERLAND0 449215 PAYPAL WONDERLAND0  402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 92.95 | 10,316.25 |
| 01/15/2019 | Expense | | Gym | 449215  PAYPAL WONDERLAND0 449215 PAYPAL WONDERLAND0  402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 92.95 | 10,409.20 |
| 01/15/2019 | Expense | | Delta | 471705  DELTA AIR  006216696 471705 DELTA AIR  006216696039  ATLANTA  * GA | CHAPTER 11 CHECKING (0334) | 667.60 | 11,076.80 |
| 01/15/2019 | Expense | | Walmart | 15650008  WM SUPERC WAL MART SU 15650008  WM SUPERC WAL MART SUP WILLISTON  * ND | CHAPTER 11 CHECKING (0334) | 254.58 | 11,331.38 |
| 01/15/2019 | Expense | | Delta | 471705  DELTA AIR  SEAT FEES 471705 DELTA AIR  SEAT FEES  DELTA COM * CA | CHAPTER 11 CHECKING (0334) | 104.00 | 11,435.38 |
| 01/16/2019 | Expense | | Quickbooks | 469216  INTUIT QB ONLINE 469216 INTUIT QB ONLINE  800 286 6800 * CA | CHAPTER 11 CHECKING (0334) | 35.00 | 11,470.38 |
| 01/16/2019 | Expense | | Retail | 469216  QVC 577090709101 2OF6 469216 QVC 577090709101 2OF6  800 367 9444 * PA | CHAPTER 11 CHECKING (0334) | 22.97 | 11,493.35 |
| 01/16/2019 | Expense | | Apple iCloud | 469216  APL ITUNES COM BILL 469216 APL ITUNES COM BILL  866 712 7753 * CA | CHAPTER 11 CHECKING (0334) | 9.59 | 11,502.94 |
| 01/17/2019 | Expense | | Ebay | 449215  PAYPAL EBAY INC 449215 | CHAPTER 11 | 3.53 | 11,506.47 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| | | | | PAYPAL EBAY INC    402 935 7733 * CA | CHECKING (0334) | | |
| 01/17/2019 | Expense | | Delta | 471705   DELTA AIR BAGGAGE F 471705 DELTA AIR BAGGAGE FEE   WILLISTON * ND | CHAPTER 11 CHECKING (0334) | 30.00 | 11,536.47 |
| 01/17/2019 | Expense | | Utility gas/electric | PUBLIC SERVICE  PSEG | CHAPTER 11 CHECKING (0334) | 152.67 | 11,689.14 |
| 01/18/2019 | Expense | | Retail | 469216   QVC 524254717301 2OF6 469216 QVC 524254717301 2OF6    800 367 9444 * PA | CHAPTER 11 CHECKING (0334) | 62.11 | 11,751.25 |
| 01/18/2019 | Expense | | Retail | 449215   PAYPAL MIKAILBESTO 449215 PAYPAL MIKAILBESTO    402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 99.00 | 11,850.25 |
| 01/22/2019 | Expense | | Gym | 449215   MAGIC CITY FSC 449215 MAGIC CITY FSC    MAGICCITYSKAT * ND | CHAPTER 11 CHECKING (0334) | 120.10 | 11,970.35 |
| 01/22/2019 | Expense | | Supermarket | 02295224   NDGSW JACK  JILL 02295224 NDGSW JACK  JILL    WATFORD    * ND | CHAPTER 11 CHECKING (0334) | 22.13 | 11,992.48 |
| 01/22/2019 | Expense | | Take out restaurant | 426979   GIOTTOS 426979    GIOTTOS WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 35.13 | 12,027.61 |
| 01/22/2019 | Expense | | Gym | 449215   MAGIC CITY FSC 449215 MAGIC CITY FSC    MAGICCITYSKAT * ND | CHAPTER 11 CHECKING (0334) | 120.10 | 12,147.71 |
| 01/22/2019 | Expense | | Gym | 449215   MAGIC CITY FSC 449215 MAGIC CITY FSC    MAGICCITYSKAT * ND | CHAPTER 11 CHECKING (0334) | 120.10 | 12,267.81 |
| 01/22/2019 | Expense | | Gym | 449215   MAGIC CITY FSC 449215 MAGIC CITY FSC    MAGICCITYSKAT * ND | CHAPTER 11 CHECKING (0334) | 120.10 | 12,387.91 |
| 01/22/2019 | Expense | | Retail | 449215   PAYPAL MAXSHALAEV 449215 PAYPAL MAXSHALAEV    402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 245.00 | 12,632.91 |
| 01/23/2019 | Expense | | Coffee | 469216   SQ COMMON GROUNDS CE 469216   SQ COMMON GROUNDS CENEX WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 3.19 | 12,636.10 |
| 01/23/2019 | Expense | | Gym | 449215   PAYPAL GLOBALSPORT 449215 PAYPAL GLOBALSPORT    402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 13.89 | 12,649.99 |
| 01/24/2019 | Check | 153 | DIJA | CHECK # 153 | CHAPTER 11 CHECKING (0334) | 700.00 | 13,349.99 |
| 01/24/2019 | Expense | | Museum | 420785   CITY OF RAPID CITY PA 420785 CITY OF RAPID CITY PARKS   RAPID CITY * SD | CHAPTER 11 CHECKING (0334) | 95.00 | 13,444.99 |
| 01/24/2019 | Expense | | Take out restaurant | 480166   TOKYO STEAK HOUSE 480166 TOKYO STEAK HOUSE    WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 66.65 | 13,511.64 |
| 01/25/2019 | Expense | | Take out restaurant | 432300   OUTLAWS BAR  GRILL 432300 OUTLAWS BAR  GRILL    WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 16.91 | 13,528.55 |
| 01/28/2019 | Expense | | Gym | 432300   WATFORD CITY EVENT CE 432300   WATFORD CITY EVENT CENTE WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 40.00 | 13,568.55 |
| 01/28/2019 | Expense | | Paypal | 449215   PAYPAL DC10BOY 449215 PAYPAL DC10BOY    402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 110.00 | 13,678.55 |
| 01/31/2019 | Expense | | Amazon | 469216   PRIME VIDEO MB6VA0991 469216 PRIME VIDEO MB6VA0991    888 802 3080 * WA | CHAPTER 11 CHECKING (0334) | 14.99 | 13,693.54 |
| 01/31/2019 | Expense | | Take out restaurant | 480166   CHINA EXPRESS HAPPY 480166 CHINA EXPRESS HAPPY JO   WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 36.86 | 13,730.40 |



# Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ
287 COMMUNIPAW AVE
JERSEY CITY NJ  07304

Page:                     1 of 7
Statement Period:    Jan 01 2019-Jan 31 2019
Cust Ref #:              4340580334-039-E-***
Primary Account #:                434-0580334

## Chapter 11 Checking

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Account # 434-0580334

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 7,044.88 | Average Collected Balance | 9,096.83 |
| Deposits | 11,225.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 3,811.14 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 3,514.74 | Days in Period | 31 |
| Electronic Payments | 10,237.36 | | |
| Ending Balance | 8,328.92 | | |

| | Total for this Period | Total Prior Year |
|---|---|---|
| Total Overdraft Fees | $0.00 | $70.00 |
| Total Returned Item Fees (NSF) | $0.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/03 | DEPOSIT | 5,025.00 |
| 01/07 | DEPOSIT | 2,450.00 |
| 01/08 | DEPOSIT | 400.00 |
| 01/10 | DEPOSIT | 3,350.00 |
| | Subtotal: | 11,225.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/07 | CCD DEPOSIT, PLASTIQ INC CREDIT PymtId 2412515 | 2,000.00 |
| 01/14 | DEBIT CARD CREDIT, *****04022198281, AUT 011219 VISA DDA REF TARGET    00000851    MINOT    * ND | 50.04 |
| 01/18 | DEBIT CARD CREDIT, *****04017405832, AUT 011819 VISA DDA REF AMZN MKTP US    AMZN COM BILL * WA | 0.39 |
| 01/22 | DEBIT CARD CREDIT, *****04022198281, AUT 011919 VISA DDA REF PAYPAL  KOURTNEYPEG    4029357733    * CA | 21.70 |
| 01/25 | DEBIT CARD CREDIT, *****04017405832, AUT 012519 VISA DDA REF AMZN MKTP US    AMZN COM BILL * WA | 1.66 |
| 01/31 | ACH DEPOSIT, NORTH DAKOTA PAYROLL 2775 | 1,737.35 |
| | Subtotal: | 3,811.14 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Page: 2 of 7

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance    8,328.92

② Total Deposits    +

③ Sub Total

④ Total Withdrawals    -

⑤ Adjusted Balance

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 3 of 7
Statement Period: Jan 01 2019-Jan 31 2019
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

## DAILY ACCOUNT ACTIVITY

**Checks Paid**   No. Checks: 4    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 01/04 | 140 | 400.00 | 01/24 | 153* | 700.00 |
| 01/14 | 141 | 1,000.00 | 01/08 | 9898* | 1,414.74 |
|  |  |  |  | Subtotal: | 3,514.74 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/02 | DEBIT CARD PURCHASE, *****04022198281, AUT 123118 VISA DDA PUR<br>SANFORD HEALTH PLANONLIN    605 3287180   * SD | 429.75 |
| 01/02 | DEBIT POS, *****04022198281, AUT 010119 DDA PURCHASE<br>CASH WISE FOODS 3042     WATFORD CITY * ND | 105.90 |
| 01/03 | ACH DEBIT, PUBLIC STORAGE I RENTAL ****00030714092 | 260.24 |
| 01/03 | DEBIT CARD PURCHASE, *****04022198281, AUT 010119 VISA DDA PUR<br>HOLIDAY STNSTORE 0435    WATFORD CITY * ND | 62.22 |
| 01/03 | DEBIT CARD PURCHASE, *****04022198281, AUT 010119 VISA DDA PUR<br>OUTLAWS BAR   GRILL      WATFORD CITY * ND | 51.50 |
| 01/03 | DEBIT CARD PURCHASE, *****04022198281, AUT 010219 VISA DDA PUR<br>PRIME VIDEO MB7CW3OX0     888 802 3080 * WA | 15.98 |
| 01/03 | DEBIT CARD PURCHASE, *****04022198281, AUT 010219 VISA DDA PUR<br>PRIME VIDEO M285J2D72     888 802 3080 * WA | 6.39 |
| 01/04 | DEBIT CARD PURCHASE, *****04022198281, AUT 010219 VISA DDA PUR<br>MDU SPEEDPAY             800 638 3278 * ND | 301.99 |
| 01/04 | DEBIT CARD PURCHASE, *****04022198281, AUT 010319 VISA DDA PUR<br>FAMILY DOLLAR 11938      WATFORD CITY * ND | 75.69 |
| 01/04 | DEBIT CARD PURCHASE, *****04022198281, AUT 010319 VISA DDA PUR<br>PRIME VIDEO M216Y32T2     888 802 3080 * WA | 8.99 |
| 01/07 | DEBIT CARD PURCHASE, *****04022198281, AUT 010419 VISA DDA PUR<br>KEEPERS SELF STORAGE      201 9635292  * NJ | 445.00 |
| 01/07 | DEBIT CARD PURCHASE, *****04022198281, AUT 010419 VISA DDA PUR<br>APL  ITUNES COM BILL      866 712 7753 * CA | 9.59 |
| 01/07 | DEBIT CARD PAYMENT, *****04022198281, AUT 010419 VISA DDA PUR<br>APL ITUNES COM BILL       800 275 2273 * CA | 2.99 |
| 01/08 | DEBIT CARD PURCHASE, *****04022198281, AUT 010719 VISA DDA PUR<br>292 HARDEES              WATFORD CITY * ND | 49.13 |
| 01/08 | DEBIT CARD PURCHASE, *****04022198281, AUT 010719 VISA DDA PUR<br>FAMILY DOLLAR 11938      WATFORD CITY * ND | 26.14 |
| 01/08 | DEBIT CARD PURCHASE, *****04022198281, AUT 010619 VISA DDA PUR<br>AMAZON COM M28HQ5IY2     AMZN COM BILL * WA | 13.87 |
| 01/08 | DEBIT CARD PURCHASE, *****04022198281, AUT 010719 VISA DDA PUR<br>PAYPAL CSICK             402 935 7733 * CA | 7.05 |
| 01/09 | ELECTRONIC PMT-TEL, SLS MORTGAGE PAY CSR PAY ****01016471878 | 1,653.08 |
| 01/10 | DEBIT POS, *****04022198281, AUT 011019 DDA PURCHASE<br>CASH WISE FOODS 3042     WATFORD CITY * ND | 158.32 |
| 01/10 | DEBIT CARD PURCHASE, *****04022198281, AUT 010819 VISA DDA PUR<br>GIOTTOS                  WATFORD CITY * ND | 38.57 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 4 of 7
Statement Period: Jan 01 2019-Jan 31 2019
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/11 | NONTD ATM DEBIT, *****04022198281, AUT 011119 DDA WITHDRAW<br>100 N MAIN    WATFORD CITY * ND | 402.95 |
| 01/11 | DEBIT CARD PURCHASE, *****04022198281, AUT 011019 VISA DDA PUR<br>ALLEGRO SANITATION CORPO    201 863 1527 * NJ | 275.60 |
| 01/11 | ACH DEBIT, VERIZON WIRELESS PAYMENTS ****14696200001 | 274.46 |
| 01/11 | DEBIT POS, *****04022198281, AUT 011119 DDA PURCHASE<br>TARGET T 2400 10TH ST    MINOT    * ND | 88.13 |
| 01/11 | DEBIT POS, *****04022198281, AUT 011119 DDA PURCHASE<br>JUSTICE JUSTICE DAKO    MINOT    * ND | 88.12 |
| 01/11 | DEBIT POS, *****04022198281, AUT 011119 DDA PURCHASE<br>TARGET T 2400 10TH ST    MINOT    * ND | 49.91 |
| 01/11 | DEBIT CARD PURCHASE, *****04022198281, AUT 011019 VISA DDA PUR<br>SQ COMMON GROUNDS CENEX    WATFORD CITY * ND | 3.19 |
| 01/14 | ACH DEBIT, CARRINGTON MORTGAGE ****013438 | 1,758.87 |
| 01/14 | DEBIT CARD PURCHASE, *****04022198281, AUT 011119 VISA DDA PUR<br>DUFFY S HOCKEY AND SPORT    MINOT    * ND | 45.00 |
| 01/14 | DEBIT CARD PURCHASE, *****04022198281, AUT 011319 VISA DDA PUR<br>PAYPAL KOURTNEYPEG    402 935 7733 * CA | 21.70 |
| 01/15 | DEBIT CARD PURCHASE, *****04022198281, AUT 011419 VISA DDA PUR<br>DELTA AIR 006216696039    ATLANTA    * GA | 667.60 |
| 01/15 | NONTD ATM DEBIT, *****04022198281, AUT 011519 DDA WITHDRAW<br>105 26TH ST WEST    WILLISTON    * ND | 503.00 |
| 01/15 | DEBIT POS, *****04022198281, AUT 011519 DDA PURCHASE<br>WM SUPERC WAL MART SUP    WILLISTON    * ND | 254.58 |
| 01/15 | DEBIT CARD PURCHASE, *****04022198281, AUT 011419 VISA DDA PUR<br>PAYPAL TONY CANNON    402 935 7733 * CA | 140.00 |
| 01/15 | DEBIT CARD PURCHASE, *****04022198281, AUT 011419 VISA DDA PUR<br>DELTA AIR SEAT FEES    DELTA COM * CA | 104.00 |
| 01/15 | DEBIT CARD PURCHASE, *****04022198281, AUT 011419 VISA DDA PUR<br>PAYPAL WONDERLAND0    402 935 7733 * CA | 92.95 |
| 01/15 | DEBIT CARD PURCHASE, *****04022198281, AUT 011419 VISA DDA PUR<br>PAYPAL WONDERLAND0    402 935 7733 * CA | 92.95 |
| 01/15 | DEBIT CARD PURCHASE, *****04022198281, AUT 011319 VISA DDA PUR<br>PAYPAL SUSANNCREW    402 935 7733 * CA | 31.95 |
| 01/15 | DEBIT CARD PURCHASE, *****04022198281, AUT 011319 VISA DDA PUR<br>PAYPAL CYNTHIAFRIT    402 935 7733 * CA | 24.99 |
| 01/16 | DEBIT CARD PAYMENT, *****04022198281, AUT 011519 VISA DDA PUR<br>INTUIT QB ONLINE    800 286 6800 * CA | 35.00 |
| 01/16 | DEBIT CARD PAYMENT, *****04022198281, AUT 011419 VISA DDA PUR<br>QVC 577090709101 2OF6    800 367 9444 * PA | 22.97 |
| 01/16 | DEBIT CARD PURCHASE, *****04022198281, AUT 011519 VISA DDA PUR<br>APL ITUNES COM BILL    866 712 7753 * CA | 9.59 |
| 01/17 | ACH DEBIT, PUBLIC SERVICE PSEG ****70021704 | 152.67 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 5 of 7
Statement Period: Jan 01 2019-Jan 31 2019
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/17 | DEBIT CARD PURCHASE, *****04022198281, AUT 011519 VISA DDA PUR DELTA AIR BAGGAGE FEE  WILLISTON  * ND | 30.00 |
| 01/17 | DEBIT CARD PURCHASE, *****04022198281, AUT 011619 VISA DDA PUR PAYPAL EBAY INC  402 935 7733 * CA | 3.53 |
| 01/18 | DEBIT CARD PURCHASE, *****04022198281, AUT 011619 VISA DDA PUR PAYPAL MIKAILBESTO  402 935 7733 * CA | 99.00 |
| 01/18 | DEBIT CARD PAYMENT, *****04022198281, AUT 011619 VISA DDA PUR QVC 524254717301 2OF6  800 367 9444 * PA | 62.11 |
| 01/22 | DEBIT CARD PURCHASE, *****04022198281, AUT 011719 VISA DDA PUR PAYPAL MAXSHALAEV  402 935 7733 * CA | 245.00 |
| 01/22 | DEBIT CARD PURCHASE, *****04022198281, AUT 012019 VISA DDA PUR MAGIC CITY FSC  MAGICCITYSKAT * ND | 120.10 |
| 01/22 | DEBIT CARD PURCHASE, *****04022198281, AUT 012019 VISA DDA PUR MAGIC CITY FSC  MAGICCITYSKAT * ND | 120.10 |
| 01/22 | DEBIT CARD PURCHASE, *****04022198281, AUT 012019 VISA DDA PUR MAGIC CITY FSC  MAGICCITYSKAT * ND | 120.10 |
| 01/22 | DEBIT CARD PURCHASE, *****04022198281, AUT 012019 VISA DDA PUR MAGIC CITY FSC  MAGICCITYSKAT * ND | 120.10 |
| 01/22 | DEBIT CARD PURCHASE, *****04022198281, AUT 012119 VISA DDA PUR GIOTTOS  WATFORD CITY * ND | 35.13 |
| 01/22 | DEBIT POS, *****04022198281, AUT 012019 DDA PURCHASE NDGSW JACK JILL  WATFORD  * ND | 22.13 |
| 01/23 | DEBIT CARD PURCHASE, *****04022198281, AUT 012219 VISA DDA PUR PAYPAL GLOBALSPORT  402 935 7733 * CA | 13.89 |
| 01/23 | DEBIT CARD PURCHASE, *****04022198281, AUT 012219 VISA DDA PUR SQ COMMON GROUNDS CENEX  WATFORD CITY * ND | 3.19 |
| 01/24 | DEBIT CARD PURCHASE, *****04022198281, AUT 012219 VISA DDA PUR CITY OF RAPID CITY PARKS  RAPID CITY  * SD | 95.00 |
| 01/24 | DEBIT CARD PURCHASE, *****04022198281, AUT 012219 VISA DDA PUR TOKYO STEAK HOUSE  WATFORD CITY * ND | 66.65 |
| 01/25 | DEBIT CARD PURCHASE, *****04022198281, AUT 012319 VISA DDA PUR OUTLAWS BAR GRILL  WATFORD CITY * ND | 16.91 |
| 01/28 | DEBIT CARD PURCHASE, *****04022198281, AUT 012519 VISA DDA PUR PAYPAL DC10BOY  402 935 7733 * CA | 110.00 |
| 01/28 | DEBIT CARD PURCHASE, *****04022198281, AUT 012419 VISA DDA PUR WATFORD CITY EVENT CENTE  WATFORD CITY * ND | 40.00 |
| 01/31 | DEBIT CARD PURCHASE, *****04022198281, AUT 012919 VISA DDA PUR CHINA EXPRESS HAPPY JO  WATFORD CITY * ND | 36.86 |
| 01/31 | DEBIT CARD PURCHASE, *****04022198281, AUT 013019 VISA DDA PUR PRIME VIDEO MB6VA0991  888 802 3080 * WA | 14.99 |
| | Subtotal: | 10,237.36 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**STATEMENT OF ACCOUNT**

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 6 of 7
Statement Period: Jan 01 2019-Jan 31 2019
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/31 | 7,044.88 | 01/15 | 8,862.84 |
| 01/02 | 6,509.23 | 01/16 | 8,795.28 |
| 01/03 | 11,137.90 | 01/17 | 8,609.08 |
| 01/04 | 10,351.23 | 01/18 | 8,448.36 |
| 01/07 | 14,343.65 | 01/22 | 7,687.40 |
| 01/08 | 13,232.72 | 01/23 | 7,670.32 |
| 01/09 | 11,579.64 | 01/24 | 6,808.67 |
| 01/10 | 14,732.75 | 01/25 | 6,793.42 |
| 01/11 | 13,550.39 | 01/28 | 6,643.42 |
| 01/14 | 10,774.86 | 01/31 | 8,328.92 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

STATEMENT OF ACCOUNT

| | |
|---|---|
| Page: | 7 of 7 |
| Statement Period: | Jan 01 2019-Jan 31 2019 |
| Cust Ref #: | 4340580334-039-E-*** |
| Primary Account #: | 434-0580334 |



#140   01/04   $400.00

#141   01/14   $1,000.00

#153   01/24   $700.00

#9898   01/08   $1,414.74

Case 17-12951-RG    Doc 178    Filed 06/18/19    Entered 06/18/19 12:43:48    Desc Main
Document      Page 17 of 19

# Dianna Guadagnino January 1 - 31, 2019

INCOME DETAIL

January 2019

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---:|---:|
| Ordinary Income/Expenses | | | | | | |
| Income | | | | | | |
| 287 Communipaw | | | | | | |
| 01/07/2019 | Deposit | | | DEPOSIT | 600.00 | 600.00 |
| Total for 287 Communipaw | | | | | $600.00 | |
| Payroll Income | | | | | | |
| 01/31/2019 | Deposit | | Acumen | N    PAYROLL | 1,737.35 | 1,737.35 |
| Total for Payroll Income | | | | | $1,737.35 | |
| Sales | | | | | | |
| 104 Lafayette S | | | | | | |
| 01/03/2019 | Deposit | | | DEPOSIT | 2,800.00 | 2,800.00 |
| Total for 104 Lafayette S | | | | | $2,800.00 | |
| 194 Pine | | | | | | |
| 01/03/2019 | Deposit | | | DEPOSIT | 2,225.00 | 2,225.00 |
| Total for 194 Pine | | | | | $2,225.00 | |
| 252 Suydam | | | | | | |
| 01/07/2019 | Deposit | | Rent - David | PLASTIQ INC    CREDIT | 2,000.00 | 2,000.00 |
| 01/07/2019 | Deposit | | | DEPOSIT | 1,850.00 | 3,850.00 |
| Total for 252 Suydam | | | | | $3,850.00 | |
| 287 Communipaw A | | | | | | |
| 01/10/2019 | Deposit | | | DEPOSIT | 1,700.00 | 1,700.00 |
| 01/10/2019 | Deposit | | | DEPOSIT | 500.00 | 2,200.00 |
| Total for 287 Communipaw A | | | | | $2,200.00 | |
| Garages | | | | | | |
| 01/08/2019 | Deposit | | Rent - Anthony Garage | DEPOSIT | 400.00 | 400.00 |
| 01/10/2019 | Deposit | | | DEPOSIT | 950.00 | 1,350.00 |
| 01/10/2019 | Deposit | | | DEPOSIT | 200.00 | 1,550.00 |
| Total for Garages | | | | | $1,550.00 | |
| Total for Sales | | | | | $12,625.00 | |
| Uncategorized Income ( 27 ) | | | | | | |
| 01/14/2019 | Deposit | | Target | 416407    TARGET    0000085 416407    TARGET    00000851 MINOT    * ND | 50.04 | 50.04 |
| 01/18/2019 | Deposit | | Amazon | 469216    AMZN MKTP US 469216    AMZN MKTP US AMZN COM BILL * WA | 0.39 | 50.43 |
| 01/22/2019 | Deposit | | Amazon | 449215    PAYPAL KOURTNEYPEG 449215 PAYPAL  KOURTNEYPEG 4029357733    * CA | 21.70 | 72.13 |
| 01/25/2019 | Deposit | | Amazon | 469216    AMZN MKTP US 469216    AMZN MKTP US AMZN COM BILL * WA | 1.66 | 73.79 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| Total for Uncategorized Income ( 27 ) | | | | | $73.79 | |
| Total for Income | | | | | $15,036.14 | |
| Net Income | | | | | $15,036.14 | |