B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

## District of New Jersey

In re  Dianna Guadagnino                    ,    Case No.  17-12951
       *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  February, 2019                    Date filed:  May 6, 2019

Line of Business:  Rental Income          NAISC Code:  531110

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

Original Signature of Responsible Party

Dianna Guadagnino

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

14.  HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☑

15.  DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☑

16.  HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☐ ☑

17.  HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☑

18.  HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☐ ☑

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL INCOME** $ 20021.30

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month $ 8328.92

Cash on Hand at End of Month $ 10187.19

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    **TOTAL** $ 10187.19

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT.  *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES** $ 18163.03

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* $ 20021.30

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* $ 18163.03

*(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH** $ 1858.27

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | TOTAL PAYABLES | $ | 0.00 |
|---|---|---|---|

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | TOTAL RECEIVABLES | $ | 1,275.00 |
|---|---|---|---|

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 0 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 0 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 5,000 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 33,500 |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 18000 | $ 20021.30 | $ 2021.30 |
| EXPENSES | $ 17000 | $ 18163.03 | $ 1163.03 |
| CASH PROFIT | $ 1000 | $ 1858.27 | $ 858.27 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:                               $ 17000

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:                           $ 16000

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:                       $ 1000

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.**

# Dianna Guadagnino February 1 - 28, 2019

## INCOME DETAIL

### February 2019

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | AMOUNT | BALANCE |
|------|------------------|-----|------|------------------|--------|---------|
| Ordinary Income/Expenses | | | | | | |
| Income | | | | | | |
| 104 Lafayette | | | | | | |
| 02/04/2019 | Deposit | | | DEPOSIT | 2,800.00 | 2,800.00 |
| **Total for 104 Lafayette** | | | | | **$2,800.00** | |
| Payroll Income | | | | | | |
| 02/15/2019 | Deposit | | Acumen | | 1,637.99 | 1,637.99 |
| 02/25/2019 | Deposit | | Acumen | | 2,000.00 | 3,637.99 |
| 02/28/2019 | Deposit | | Acumen | | 1,349.83 | 4,987.82 |
| **Total for Payroll Income** | | | | | **$4,987.82** | |
| Sales | | | | | | |
| 194 Pine | | | | | | |
| 02/04/2019 | Deposit | | | DEPOSIT | 2,225.00 | 2,225.00 |
| **Total for 194 Pine** | | | | | **$2,225.00** | |
| 252 Suydam | | | | | | |
| 02/04/2019 | Deposit | | | Rent - Stephen | 1,850.00 | 1,850.00 |
| 02/08/2019 | Deposit | | | Rent - David | 1,900.00 | 3,750.00 |
| **Total for 252 Suydam** | | | | | **$3,750.00** | |
| 287 Communipaw A | | | | | | |
| 02/15/2019 | Deposit | | | Rent - Druva | 1,700.00 | 1,700.00 |
| 02/25/2019 | Deposit | | | Rent - Andreas | 1,700.00 | 3,400.00 |
| **Total for 287 Communipaw A** | | | | | **$3,400.00** | |
| Garages | | | | | | |
| 02/04/2019 | Deposit | | | DEPOSIT | 100.00 | 100.00 |
| 02/06/2019 | Deposit | | | Rent - Koby/Paz | 950.00 | 1,050.00 |
| 02/12/2019 | Deposit | | | | 700.00 | 1,750.00 |
| 02/12/2019 | Deposit | | | | 500.00 | 2,250.00 |
| 02/13/2019 | Deposit | | | Rent - Garage Anthony | 450.00 | 2,700.00 |
| **Total for Garages** | | | | | **$2,700.00** | |
| **Total for Sales** | | | | | **$12,075.00** | |
| Uncategorized Income ( 27 ) | | | | | | |
| 02/04/2019 | Deposit | | Retail | 449215    PAYPAL MAXSHALAEV 449215 PAYPAL MAXSHALAEV 4029357733  * CA | 7.40 | 7.40 |
| 02/06/2019 | Deposit | | Delta | | 104.00 | 111.40 |
| 02/07/2019 | Deposit | | Autozone | | 37.64 | 149.04 |
| 02/19/2019 | Deposit | | Ebay | | 3.00 | 152.04 |
| 02/25/2019 | Deposit | | Movies | | 6.44 | 158.48 |
| **Total for Uncategorized Income ( 27 )** | | | | | **$158.48** | |
| **Total for Income** | | | | | **$20,021.30** | |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | AMOUNT | BALANCE |
|------|-----------------|-----|------|------------------|--------|---------|
| **Net Income** | | | | | $20,021.30 | |

# Dianna Guadagnino  February 1 - 28, 2019

## TRANSACTION DETAIL BY ACCOUNT

### February 2019

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-----------------|-------|--------|---------|
| 02/04/2019 | Expense | | Quickbooks | 469216    INTUIT  QB ONLINE 469216 INTUIT  QB ONLINE      800 286 6800  * CA | CHAPTER 11 CHECKING (0334) | 35.00 | 35.00 |
| 02/04/2019 | Expense | | Office Supply | 448347    SCRIBD INC 448347    SCRIBD INC        415 2336230   * CA | CHAPTER 11 CHECKING (0334) | 8.99 | 43.99 |
| 02/04/2019 | Expense | | Garbage Removal / Dumpster mini | 470780    ALLEGRO SANITATION CO 470780    ALLEGRO SANITATION CORPO 201 863 1527 * NJ | CHAPTER 11 CHECKING (0334) | 413.40 | 457.39 |
| 02/04/2019 | Expense | | Lumber | 463923    WATFORD CITY LUMBER A 463923    WATFORD CITY LUMBER ACE WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 171.49 | 628.88 |
| 02/04/2019 | Expense | | Wild Cow Coffee | 432300    WILD COW COFFEE AND C 432300    WILD COW COFFEE AND CREA WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 25.23 | 654.11 |
| 02/04/2019 | Expense | | Amazon | 469216    PRIME VIDEO MB5DD9DT2 469216    PRIME VIDEO MB5DD9DT2 888 802 3080  * WA | CHAPTER 11 CHECKING (0334) | 8.99 | 663.10 |
| 02/05/2019 | Expense | | Dentist | 427539    JOY DENTAL DESIGN 427539 JOY DENTAL DESIGN       701 8426197  * ND | CHAPTER 11 CHECKING (0334) | 334.00 | 997.10 |
| 02/05/2019 | Expense | | Apple iCloud | 469216    APL ITUNES COM BILL 469216 APL ITUNES COM BILL      800 275 2273  * CA | CHAPTER 11 CHECKING (0334) | 2.99 | 1,000.09 |
| 02/05/2019 | Expense | | | 449215    PAYPAL JASDMOM 449215 PAYPAL JASDMOM       402 935 7733  * CA | CHAPTER 11 CHECKING (0334) | 14.50 | 1,014.59 |
| 02/05/2019 | Expense | | Materials | CP301113  100 N MAIN CP301113  100 N MAIN        WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 422.95 | 1,437.54 |
| 02/05/2019 | Expense | | Paypal | 449215    PAYPAL ECOLLECTIQU 449215 PAYPAL ECOLLECTIQU      402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 30.00 | 1,467.54 |
| 02/05/2019 | Expense | | Storage | PUBLIC STORAGE I RENTAL | CHAPTER 11 CHECKING (0334) | 260.24 | 1,727.78 |
| 02/06/2019 | Expense | | Ink Shop | Printing | CHAPTER 11 CHECKING (0334) | 127.80 | 1,855.58 |
| 02/06/2019 | Expense | | Restaurant | Wild Cow | CHAPTER 11 CHECKING (0334) | 78.11 | 1,933.69 |
| 02/06/2019 | Expense | | Uber | Uber | CHAPTER 11 CHECKING (0334) | 29.46 | 1,963.15 |
| 02/06/2019 | Expense | | Wild Cow Coffee | | CHAPTER 11 CHECKING (0334) | 27.31 | 1,990.46 |
| 02/06/2019 | Expense | | Delta | | CHAPTER 11 CHECKING (0334) | 66.40 | 2,056.86 |
| 02/06/2019 | Expense | | Coffee | | CHAPTER 11 CHECKING (0334) | 9.00 | 2,065.86 |
| 02/06/2019 | Expense | | Allegro | Garbage dumpster | CHAPTER 11 CHECKING (0334) | 137.80 | 2,203.66 |
| 02/07/2019 | Expense | | Delta | | CHAPTER 11 CHECKING (0334) | 30.00 | 2,233.66 |
| 02/07/2019 | Expense | | Paypal | | CHAPTER 11 CHECKING (0334) | 60.49 | 2,294.15 |
| 02/07/2019 | Expense | | Supermarket | Bottle King | CHAPTER 11 CHECKING (0334) | 50.83 | 2,344.98 |
| 02/07/2019 | Expense | | Autozone | | CHAPTER 11 CHECKING (0334) | 39.11 | 2,384.09 |
| 02/07/2019 | Expense | | Michaels | | CHAPTER 11 CHECKING (0334) | 36.52 | 2,420.61 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|------|-----------------|-----|------|------------------|-------|--------|---------|
| 02/07/2019 | Expense | | Michaels | | CHAPTER 11 CHECKING (0334) | 15.54 | 2,436.15 |
| 02/07/2019 | Expense | | Autozone | | CHAPTER 11 CHECKING (0334) | 33.04 | 2,469.19 |
| 02/08/2019 | Expense | | Paypal | | CHAPTER 11 CHECKING (0334) | 33.20 | 2,502.39 |
| 02/08/2019 | Expense | | Paypal | | CHAPTER 11 CHECKING (0334) | 31.20 | 2,533.59 |
| 02/08/2019 | Expense | | Lukoil | Gas Station | CHAPTER 11 CHECKING (0334) | 36.40 | 2,569.99 |
| 02/08/2019 | Expense | | Paypal | | CHAPTER 11 CHECKING (0334) | 16.99 | 2,586.98 |
| 02/08/2019 | Expense | | Parking | Legal Center | CHAPTER 11 CHECKING (0334) | 22.00 | 2,608.98 |
| 02/11/2019 | Expense | | Gym | Wyndam Rental | CHAPTER 11 CHECKING (0334) | 48.00 | 2,656.98 |
| 02/11/2019 | Expense | | Restaurant | Belleayre Mountain Food | CHAPTER 11 CHECKING (0334) | 72.50 | 2,729.48 |
| 02/11/2019 | Expense | | Amazon | Media | CHAPTER 11 CHECKING (0334) | 10.72 | 2,740.20 |
| 02/11/2019 | Expense | | Restaurant | | CHAPTER 11 CHECKING (0334) | 105.00 | 2,845.20 |
| 02/11/2019 | Expense | | Ski | | CHAPTER 11 CHECKING (0334) | 113.82 | 2,959.02 |
| 02/11/2019 | Expense | | Ski | | CHAPTER 11 CHECKING (0334) | 112.08 | 3,071.10 |
| 02/11/2019 | Expense | | Coffee | Starbucks | CHAPTER 11 CHECKING (0334) | 13.22 | 3,084.32 |
| 02/12/2019 | Expense | | DMV | DMV Renewal | CHAPTER 11 CHECKING (0334) | 57.88 | 3,142.20 |
| 02/12/2019 | Expense | | Amazon | Media | CHAPTER 11 CHECKING (0334) | 1.06 | 3,143.26 |
| 02/12/2019 | Expense | | Apple iCloud | iTunes | CHAPTER 11 CHECKING (0334) | 9.59 | 3,152.85 |
| 02/13/2019 | Expense | | Walmart | | CHAPTER 11 CHECKING (0334) | 174.97 | 3,327.82 |
| 02/13/2019 | Expense | | Amazon | | CHAPTER 11 CHECKING (0334) | 4.14 | 3,331.96 |
| 02/13/2019 | Expense | | Coach | 449215    PAYPAL  KSTENEHJEM 449215 PAYPAL  KSTENEHJEM    402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 30.00 | 3,361.96 |
| 02/13/2019 | Expense | | Amazon | Media | CHAPTER 11 CHECKING (0334) | 18.50 | 3,380.46 |
| 02/13/2019 | Expense | | Walmart | | CHAPTER 11 CHECKING (0334) | 7.96 | 3,388.42 |
| 02/13/2019 | Expense | | Verizon Wireless | VERIZON WIRELESS PAYMENTS | CHAPTER 11 CHECKING (0334) | 265.16 | 3,653.58 |
| 02/14/2019 | Expense | | Amazon | | CHAPTER 11 CHECKING (0334) | 14.99 | 3,668.57 |
| 02/14/2019 | Expense | | Marketplace | | CHAPTER 11 CHECKING (0334) | 222.33 | 3,890.90 |
| 02/14/2019 | Expense | | Pharmacy | Barrett Pharmacy | CHAPTER 11 CHECKING (0334) | 93.52 | 3,984.42 |
| 02/14/2019 | Expense | | Pharmacy | Barrett Pharmacy | CHAPTER 11 CHECKING (0334) | 60.50 | 4,044.92 |
| 02/15/2019 | Expense | | Delta | | CHAPTER 11 CHECKING (0334) | 30.00 | 4,074.92 |
| 02/15/2019 | Expense | | Lyft | | CHAPTER 11 CHECKING (0334) | 76.33 | 4,151.25 |
| 02/15/2019 | Expense | | Family Dollar | 423168    FAMILY DOLLAR  11938 423168 FAMILY DOLLAR  11938      WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 162.97 | 4,314.22 |
| 02/15/2019 | Expense | | Ebay | 420429    EBAY 800 456 3229 420429 | CHAPTER 11 | 3.00 | 4,317.22 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| | | | | EBAY 800 456 3229        800 4563229  *  CA | CHECKING (0334) | | |
| 02/15/2019 | Expense | | Airport | | CHAPTER 11 CHECKING (0334) | 4.29 | 4,321.51 |
| 02/15/2019 | Expense | | Restaurant | Empire | CHAPTER 11 CHECKING (0334) | 19.02 | 4,340.53 |
| 02/19/2019 | Expense | | Amazon | | CHAPTER 11 CHECKING (0334) | 9.99 | 4,350.52 |
| 02/19/2019 | Expense | | Museum | South Dakota Mount Rushmore | CHAPTER 11 CHECKING (0334) | 9.00 | 4,359.52 |
| 02/19/2019 | Expense | | Museum | South Dakota Mount Rushmore | CHAPTER 11 CHECKING (0334) | 5.00 | 4,364.52 |
| 02/19/2019 | Expense | | Coffee | | CHAPTER 11 CHECKING (0334) | 3.73 | 4,368.25 |
| 02/19/2019 | Expense | | Museum | South Dakota Mount Rushmore | CHAPTER 11 CHECKING (0334) | 2.00 | 4,370.25 |
| 02/19/2019 | Expense | | Victoria Secret | | CHAPTER 11 CHECKING (0334) | 63.74 | 4,433.99 |
| 02/19/2019 | Expense | | Retail | QV | CHAPTER 11 CHECKING (0334) | 62.11 | 4,496.10 |
| 02/19/2019 | Expense | | Amazon | | CHAPTER 11 CHECKING (0334) | 10.00 | 4,506.10 |
| 02/19/2019 | Expense | | Victoria Secret | | CHAPTER 11 CHECKING (0334) | 58.52 | 4,564.62 |
| 02/19/2019 | Expense | | Take out restaurant | Giottos Pizza | CHAPTER 11 CHECKING (0334) | 66.12 | 4,630.74 |
| 02/19/2019 | Expense | | Skating | Edges | CHAPTER 11 CHECKING (0334) | 128.10 | 4,758.84 |
| 02/19/2019 | Expense | | Victoria Secret | | CHAPTER 11 CHECKING (0334) | 147.36 | 4,906.20 |
| 02/19/2019 | Expense | | Keepers Self Storage | 427539     KEEPERS SELF STORAGE 427539     KEEPERS SELF STORAGE 201 9635292  * NJ | CHAPTER 11 CHECKING (0334) | 600.00 | 5,506.20 |
| 02/19/2019 | Expense | | Retail | QV | CHAPTER 11 CHECKING (0334) | 22.97 | 5,529.17 |
| 02/20/2019 | Expense | | Coffee | | CHAPTER 11 CHECKING (0334) | 7.99 | 5,537.16 |
| 02/20/2019 | Expense | | Museum | South Dakota Mount Rushmore | CHAPTER 11 CHECKING (0334) | 86.56 | 5,623.72 |
| 02/21/2019 | Expense | | Gym | Watford C Event Center | CHAPTER 11 CHECKING (0334) | 24.50 | 5,648.22 |
| 02/22/2019 | Expense | | Skating | Magic City Competition | CHAPTER 11 CHECKING (0334) | 25.50 | 5,673.72 |
| 02/22/2019 | Expense | | Target | 416407     TARGET     0002194 416407 TARGET     00021949     BISMARCK  * ND | CHAPTER 11 CHECKING (0334) | 138.88 | 5,812.60 |
| 02/22/2019 | Expense | | Dentist | Joy Dental | CHAPTER 11 CHECKING (0334) | 707.00 | 6,519.60 |
| 02/22/2019 | Expense | | Coffee | Door 204 | CHAPTER 11 CHECKING (0334) | 7.15 | 6,526.75 |
| 02/22/2019 | Expense | | Misc | MSK | CHAPTER 11 CHECKING (0334) | 20.00 | 6,546.75 |
| 02/22/2019 | Expense | | Skating | Magic City Competition | CHAPTER 11 CHECKING (0334) | 25.50 | 6,572.25 |
| 02/25/2019 | Expense | | Restaurant | Longhorn Steakhouse | CHAPTER 11 CHECKING (0334) | 14.13 | 6,586.38 |
| 02/25/2019 | Expense | | Take out restaurant | Planet Pizza | CHAPTER 11 CHECKING (0334) | 44.17 | 6,630.55 |
| 02/25/2019 | Expense | | Movies | AMC Theater | CHAPTER 11 CHECKING (0334) | 54.78 | 6,685.33 |
| 02/25/2019 | Expense | | Movies | AMC Theater | CHAPTER 11 CHECKING (0334) | 57.97 | 6,743.30 |
| 02/25/2019 | Expense | | Restaurant | Thai Restaurant | CHAPTER 11 | 69.38 | 6,812.68 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|------------------|-------|--------|---------|
| | | | | | CHECKING (0334) | | |
| 02/25/2019 | Expense | | Restaurant | Longhorn Steakhouse | CHAPTER 11 CHECKING (0334) | 129.92 | 6,942.60 |
| 02/25/2019 | Expense | | Supermarket | Cashwise | CHAPTER 11 CHECKING (0334) | 227.39 | 7,169.99 |
| 02/25/2019 | Expense | | Target | 416407    TARGET    0002194 416407 TARGET    00021949  MINOT | CHAPTER 11 CHECKING (0334) | 50.47 | 7,220.46 |
| 02/27/2019 | Expense | | Wells Fargo | SLS MORTGAGE PAY CSR PAY | CHAPTER 11 CHECKING (0334) | 1,653.08 | 8,873.54 |
| 02/27/2019 | Expense | | Coffee | Door 204 | CHAPTER 11 CHECKING (0334) | 3.19 | 8,876.73 |
| 02/27/2019 | Expense | | Carrington Mortgage | CARRINGTON    MORTGAGE | CHAPTER 11 CHECKING (0334) | 1,758.87 | 10,635.60 |
| 02/28/2019 | Expense | | Gym | Watford Event Center | CHAPTER 11 CHECKING (0334) | 60.00 | 10,695.60 |
| 02/28/2019 | Expense | | Restaurant | Tokyo Steak House | CHAPTER 11 CHECKING (0334) | 38.70 | 10,734.30 |
| 02/28/2019 | Expense | | Gym | Watford Event Center | CHAPTER 11 CHECKING (0334) | 34.00 | 10,768.30 |
| 02/28/2019 | Expense | | Amazon | Prime Video | CHAPTER 11 CHECKING (0334) | 14.99 | 10,783.29 |



**Bank**

America's Most Convenient Bank®

E        STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ
287 COMMUNIPAW AVE
JERSEY CITY NJ 07304

| | |
|---|---|
| Page: | 1 of 9 |
| Statement Period: | Feb 01 2019-Feb 28 2019 |
| Cust Ref #: | 4340580334-039-E-*** |
| Primary Account #: | 434-0580334 |

## Chapter 11 Checking

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Account # 434-0580334

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 8,328.92 | Average Collected Balance | 11,395.60 |
| Deposits | 12,975.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 5,046.30 | Interest Paid Year-to-Date | 0.00 |
| Other Credits | 2,000.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 28 |
| Checks Paid | 6,414.74 | | |
| Electronic Payments | 10,783.29 | | |
| Other Withdrawals | 965.00 | | |
| Ending Balance | 10,187.19 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/04 | DEPOSIT | 5,125.00 |
| 02/04 | DEPOSIT | 1,850.00 |
| 02/06 | DEPOSIT | 950.00 |
| 02/12 | DEPOSIT | 1,200.00 |
| 02/13 | DEPOSIT | 450.00 |
| 02/15 | DEPOSIT | 1,700.00 |
| 02/25 | DEPOSIT | 1,700.00 |
| | Subtotal: | 12,975.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/04 | DEBIT CARD CREDIT, *****04022198281, AUT 020219 VISA DDA REF PAYPAL  MAXSHALAEV      4029357733   * CA | 7.40 |
| 02/06 | DEBIT CARD CREDIT, *****04022198281, AUT 020619 VISA DDA REF DELTA AIR   SEAT FEES     ATLANTA      * GA | 104.00 |
| 02/07 | DEBIT CARD CREDIT, *****04022198281, AUT 020719 VISA DDA REF AUTOZONE  3281      NEWARK      * NJ | 37.64 |
| 02/08 | CCD DEPOSIT, PLASTIQ INC CREDIT Pymtld 2475362 | 1,900.00 |
| 02/15 | ACH DEPOSIT, NORTH DAKOTA  PAYROLL 2775 | 1,637.99 |
| 02/19 | DEBIT CARD CREDIT, *****04022198281, AUT 021619 VISA DDA REF EBAY 800 456 3229      800 4563229   * CA | 3.00 |
| 02/25 | DEBIT CARD CREDIT, *****04022198281, AUT 022519 VISA DDA REF 4328 AMC MINOT 9       MINOT      * ND | 6.44 |
| 02/28 | ACH DEPOSIT, NORTH DAKOTA  PAYROLL 2775 | 1,349.83 |
| | Subtotal: | 5,046.30 |

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| ❶ Ending Balance | | 10,187.19 |
| ❷ Total Deposits | + | |
| ❸ Sub Total | | |
| ❹ Total Withdrawals | - | |
| ❺ Adjusted Balance | | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY --- IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY --- BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

| | |
|---|---|
| Page: | 3 of 9 |
| Statement Period: | Feb 01 2019-Feb 28 2019 |
| Cust Ref #: | 4340580334-039-E-*** |
| Primary Account #: | 434-0580334 |

---

## DAILY ACCOUNT ACTIVITY

### Other Credits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/25 | WIRE TRANSFER INCOMING, JASON L GILLEN | 2,000.00 |
| | Subtotal: | 2,000.00 |

### Checks Paid    No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 02/12 | 156 | 5,000.00 |
| 02/26 | 1001* | 1,414.74 |
| | Subtotal: | 6,414.74 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/04 | DEBIT CARD PURCHASE, *****04022198281, AUT 020119 VISA DDA PUR<br>ALLEGRO SANITATION CORPO   201 863 1527  * NJ | 413.40 |
| 02/04 | DEBIT CARD PURCHASE, *****04022198281, AUT 020219 VISA DDA PUR<br>WATFORD CITY LUMBER ACE    WATFORD CITY * ND | 171.49 |
| 02/04 | DEBIT CARD PAYMENT, *****04022198281, AUT 020219 VISA DDA PUR<br>INTUIT  QB ONLINE     800 286 6800 * CA | 35.00 |
| 02/04 | DEBIT CARD PURCHASE, *****04022198281, AUT 020119 VISA DDA PUR<br>WILD COW COFFEE AND CREA    WATFORD CITY * ND | 25.23 |
| 02/04 | DEBIT CARD PURCHASE, *****04022198281, AUT 020319 VISA DDA PUR<br>PRIME VIDEO MB5DD9DT2     888 802 3080 * WA | 8.99 |
| 02/04 | DEBIT CARD PAYMENT, *****04022198281, AUT 020119 VISA DDA PUR<br>SCRIBD INC     415 2336230  * CA | 8.99 |
| 02/05 | NONTD ATM DEBIT, *****04022198281, AUT 020419 DDA WITHDRAW<br>100 N MAIN      WATFORD CITY  * ND | 422.95 |
| 02/05 | DEBIT CARD PURCHASE, *****04022198281, AUT 020419 VISA DDA PUR<br>JOY DENTAL DESIGN     701 8426197  * ND | 334.00 |
| 02/05 | ACH DEBIT, PUBLIC STORAGE I RENTAL ****00030905701 | 260.24 |
| 02/05 | DEBIT CARD PURCHASE, *****04022198281, AUT 020419 VISA DDA PUR<br>PAYPAL  ECOLLECTIQU     402 935 7733 * CA | 30.00 |
| 02/05 | DEBIT CARD PURCHASE, *****04022198281, AUT 020419 VISA DDA PUR<br>PAYPAL  JASDMOM     402 935 7733 * CA | 14.50 |
| 02/05 | DEBIT CARD PAYMENT, *****04022198281, AUT 020419 VISA DDA PUR<br>APL ITUNES COM BILL     800 275 2273 * CA | 2.99 |
| 02/06 | DEBIT CARD PURCHASE, *****04022198281, AUT 020519 VISA DDA PUR<br>ALLEGRO SANITATION CORPO   201 863 1527  * NJ | 137.80 |
| 02/06 | DEBIT CARD PURCHASE, *****04022198281, AUT 020519 VISA DDA PUR<br>INK IMPRINTS     RAPIDCITYSCRE * SD | 127.80 |
| 02/06 | DEBIT CARD PURCHASE, *****04022198281, AUT 020319 VISA DDA PUR<br>WILD COW COFFEE AND CREA    WATFORD CITY * ND | 78.11 |
| 02/06 | DEBIT CARD PURCHASE, *****04022198281, AUT 020419 VISA DDA PUR<br>DELTA AIR  006216704988    MINN ST PAUL  * MN | 66.40 |
| 02/06 | DEBIT CARD PURCHASE, *****04022198281, AUT 020519 VISA DDA PUR<br>UBER   TRIP      HELP UBER COM * CA | 29.46 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

| | |
|---|---|
| Page: | 4 of 9 |
| Statement Period: | Feb 01 2019-Feb 28 2019 |
| Cust Ref #: | 4340580334-039-E-*** |
| Primary Account #: | 434-0580334 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/06 | DEBIT CARD PURCHASE, *****04022198281, AUT 020319 VISA DDA PUR<br>WILD COW COFFEE AND CREA    WATFORD CITY * ND | 27.31 |
| 02/06 | DEBIT CARD PURCHASE, *****04022198281, AUT 020419 VISA DDA PUR<br>WATFORD CITY EVENT CENTE    WATFORD CITY * ND | 9.00 |
| 02/07 | DEBIT CARD PURCHASE, *****04022198281, AUT 020619 VISA DDA PUR<br>PAYPAL  IALS          402 935 7733 * CA | 60.49 |
| 02/07 | DEBIT CARD PURCHASE, *****04022198281, AUT 020619 VISA DDA PUR<br>BOTTLE KING WAYNE          WAYNE        * NJ | 50.83 |
| 02/07 | DEBIT CARD PURCHASE, *****04022198281, AUT 020619 VISA DDA PUR<br>AUTOZONE  3281          NEWARK      * NJ | 39.11 |
| 02/07 | DEBIT POS, *****04022198281, AUT 020719 DDA PURCHASE<br>MICHAELS STORES 4811 1      WAYNE        * NJ | 36.52 |
| 02/07 | DEBIT CARD PURCHASE, *****04022198281, AUT 020619 VISA DDA PUR<br>AUTOZONE  3281          NEWARK      * NJ | 33.04 |
| 02/07 | DEBIT CARD PURCHASE, *****04022198281, AUT 020519 VISA DDA PUR<br>DELTA AIR  BAGGAGE FEE    WILLISTON  * ND | 30.00 |
| 02/07 | DEBIT POS, *****04022198281, AUT 020719 DDA PURCHASE<br>MICHAELS STORES 4811 1      WAYNE        * NJ | 15.54 |
| 02/08 | DEBIT CARD PURCHASE, *****04022198281, AUT 020719 VISA DDA PUR<br>LUKOIL 57298          NEWARK      * NJ | 36.40 |
| 02/08 | DEBIT CARD PURCHASE, *****04022198281, AUT 020619 VISA DDA PUR<br>PAYPAL  BLBRODGER1        402 935 7733 * CA | 33.20 |
| 02/08 | DEBIT CARD PURCHASE, *****04022198281, AUT 020619 VISA DDA PUR<br>PAYPAL  JDCALC          402 935 7733 * CA | 31.20 |
| 02/08 | DEBIT CARD PURCHASE, *****04022198281, AUT 020619 VISA DDA PUR<br>61682  THE LEGAL CENTER    NEWARK      * NJ | 22.00 |
| 02/08 | DEBIT CARD PURCHASE, *****04022198281, AUT 020619 VISA DDA PUR<br>PAYPAL  SUSHAOLIN        402 935 7733 * CA | 16.99 |
| 02/11 | DEBIT CARD PURCHASE, *****04022198281, AUT 020919 VISA DDA PUR<br>WINDHAM MT SPORTS        WINDHAM    * NY | 113.82 |
| 02/11 | DEBIT CARD PURCHASE, *****04022198281, AUT 020919 VISA DDA PUR<br>WINDHAM MT FOOD SERVICES    WINDHAM    * NY | 112.08 |
| 02/11 | DEBIT CARD PURCHASE, *****04022198281, AUT 020919 VISA DDA PUR<br>WINDHAM MT RENTALS        WINDHAM    * NY | 105.00 |
| 02/11 | DEBIT CARD PURCHASE, *****04022198281, AUT 021019 VISA DDA PUR<br>BELLEAYRE MOUNTAIN FOOD    HIGHMOUNT  * NY | 72.50 |
| 02/11 | DEBIT CARD PURCHASE, *****04022198281, AUT 020919 VISA DDA PUR<br>WINDHAM MT RENTALS        WINDHAM    * NY | 48.00 |
| 02/11 | DEBIT CARD PURCHASE, *****04022198281, AUT 020919 VISA DDA PUR<br>STARBUCKS STORE 07496      OAKHURST  * NJ | 13.22 |
| 02/11 | DEBIT CARD PURCHASE, *****04022198281, AUT 021019 VISA DDA PUR<br>AMZN DIGITAL MI5P203O1 8    888 802 3080 * WA | 10.72 |
| 02/12 | DEBIT CARD PURCHASE, *****04022198281, AUT 021119 VISA DDA PUR<br>NJMVC EATONTOWN        EATONTOWN  * NJ | 57.88 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

| | |
|---|---|
| Page: | 5 of 9 |
| Statement Period: | Feb 01 2019-Feb 28 2019 |
| Cust Ref #: | 4340580334-039-E-*** |
| Primary Account #: | 434-0580334 |

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/12 | DEBIT CARD PAYMENT, *****04022198281, AUT 021119 VISA DDA PUR<br>APL ITUNES COM BILL    866 712 7753 * CA | 9.59 |
| 02/12 | DEBIT CARD PURCHASE, *****04022198281, AUT 021119 VISA DDA PUR<br>AMAZON MP3 MI17M9N40    888 802 3080 * WA | 1.06 |
| 02/13 | ACH DEBIT, VERIZON WIRELESS PAYMENTS ****14696200001 | 265.16 |
| 02/13 | DEBIT POS, *****04022198281, AUT 021319 DDA PURCH W/CB<br>WM SUPERC WAL MART SUP    WILLISTON    * ND | 174.97 |
| 02/13 | DEBIT CARD PURCHASE, *****04022198281, AUT 021219 VISA DDA PUR<br>PAYPAL KSTENEHJEM    402 935 7733 * CA | 30.00 |
| 02/13 | DEBIT CARD PURCHASE, *****04022198281, AUT 021219 VISA DDA PUR<br>AMZN MKTP US MI2KV2AR1    AMZN COM BILL * WA | 18.50 |
| 02/13 | DEBIT POS, *****04022198281, AUT 021319 DDA PURCHASE<br>WM SUPERC WAL MART SUP    WILLISTON    * ND | 7.96 |
| 02/13 | DEBIT CARD PURCHASE, *****04022198281, AUT 021219 VISA DDA PUR<br>AMAZON MP3 MI9BJ5AO1    888 802 3080 * WA | 4.14 |
| 02/14 | DEBIT CARD PURCHASE, *****04022198281, AUT 021219 VISA DDA PUR<br>AMZN MKTP US MI4MP6TJ0    AMZN COM BILL * WA | 222.33 |
| 02/14 | DEBIT POS, *****04022198281, AUT 021419 DDA PURCH W/CB<br>BARRETT PHARMA    WATFORD CITY * ND | 93.52 |
| 02/14 | DEBIT POS, *****04022198281, AUT 021419 DDA PURCH W/CB<br>BARRETT PHARMA    WATFORD CITY * ND | 60.50 |
| 02/14 | DEBIT CARD PURCHASE, *****04022198281, AUT 021219 VISA DDA PUR<br>AMZN MKTP US MI75D6OX2    AMZN COM BILL * WA | 14.99 |
| 02/15 | DEBIT POS, *****04022198281, AUT 021519 DDA PURCH W/CB<br>FAMILY DOLLAR    WATFORD CITY * ND | 162.97 |
| 02/15 | DEBIT CARD PURCHASE, *****04022198281, AUT 021419 VISA DDA PUR<br>LYFT    RIDE WED 3AM    LYFT COM    * CA | 76.33 |
| 02/15 | DEBIT CARD PURCHASE, *****04022198281, AUT 021319 VISA DDA PUR<br>DELTA AIR    BAGGAGE FEE    NYC LAGUARDIA * NY | 30.00 |
| 02/15 | DEBIT CARD PURCHASE, *****04022198281, AUT 021319 VISA DDA PUR<br>EMPIRE TAVERN    FLUSHING    * NY | 19.02 |
| 02/15 | DEBIT CARD PURCHASE, *****04022198281, AUT 021319 VISA DDA PUR<br>MSP AIRP CITY POINT BAR    SAINT PAUL    * MN | 4.29 |
| 02/15 | DEBIT CARD PURCHASE, *****04022198281, AUT 021419 VISA DDA PUR<br>EBAY 800 456 3229    800 4563229 * CA | 3.00 |
| 02/19 | DEBIT CARD PURCHASE, *****04022198281, AUT 021619 VISA DDA PUR<br>KEEPERS SELF STORAGE    201 9635292 * NJ | 600.00 |
| 02/19 | DEBIT POS, *****04022198281, AUT 021719 DDA PURCHASE<br>VICTORIA S SECRET 0726    RAPID CITY    * SD | 147.36 |
| 02/19 | DEBIT CARD PURCHASE, *****04022198281, AUT 021619 VISA DDA PUR<br>SQ EDGES DREAMS    RAPID CITY    * SD | 128.10 |
| 02/19 | DEBIT CARD PURCHASE, *****04022198281, AUT 021519 VISA DDA PUR<br>GIOTTOS    WATFORD CITY * ND | 66.12 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

| | |
|---|---|
| Page: | 6 of 9 |
| Statement Period: | Feb 01 2019-Feb 28 2019 |
| Cust Ref #: | 4340580334-039-E-*** |
| Primary Account #: | 434-0580334 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/19 | DEBIT POS, *****04022198281, AUT 021719 DDA PURCHASE<br>VICTORIA S SECRET 0726    RAPID CITY    * SD | 63.74 |
| 02/19 | DEBIT CARD PAYMENT, *****04022198281, AUT 021519 VISA DDA PUR<br>QVC 524254717301 3OF6    800 367 9444 * PA | 62.11 |
| 02/19 | DEBIT POS, *****04022198281, AUT 021719 DDA PURCHASE<br>VICTORIA S SECRET 0726    RAPID CITY    * SD | 58.52 |
| 02/19 | DEBIT CARD PAYMENT, *****04022198281, AUT 021419 VISA DDA PUR<br>QVC 577090709101 3OF6    800 367 9444 * PA | 22.97 |
| 02/19 | DEBIT CARD PURCHASE, *****04022198281, AUT 021719 VISA DDA PUR<br>USA AMUZE PRODUCTS VEND    RAPID CITY    * SD | 10.00 |
| 02/19 | DEBIT CARD PURCHASE, *****04022198281, AUT 021619 VISA DDA PUR<br>AMZN MKTP US MI5Y36LG2    AMZN COM BILL * WA | 9.99 |
| 02/19 | DEBIT CARD PURCHASE, *****04022198281, AUT 021619 VISA DDA PUR<br>SQ  BLACK HILLS FIG    RAPID CITY    * SD | 9.00 |
| 02/19 | DEBIT CARD PURCHASE, *****04022198281, AUT 021719 VISA DDA PUR<br>USA AMUZE PRODUCTS VEND    RAPID CITY    * SD | 5.00 |
| 02/19 | DEBIT CARD PURCHASE, *****04022198281, AUT 021519 VISA DDA PUR<br>SQ  MAIN STREET GRI    WATFORD CITY * ND | 3.73 |
| 02/19 | DEBIT CARD PURCHASE, *****04022198281, AUT 021719 VISA DDA PUR<br>USA AMUZE PRODUCTS VEND    RAPID CITY    * SD | 2.00 |
| 02/20 | DEBIT CARD PURCHASE, *****04022198281, AUT 021819 VISA DDA PUR<br>MT RUSHMORE GIFT SHOP    KEYSTONE    * SD | 86.56 |
| 02/20 | DEBIT CARD PURCHASE, *****04022198281, AUT 021919 VISA DDA PUR<br>SQ  MAIN STREET GRI    WATFORD CITY * ND | 7.99 |
| 02/21 | DEBIT CARD PURCHASE, *****04022198281, AUT 021919 VISA DDA PUR<br>WATFORD CITY EVENT CENTE    WATFORD CITY * ND | 24.50 |
| 02/22 | DEBIT CARD PURCHASE, *****04022198281, AUT 022119 VISA DDA PUR<br>JOY DENTAL DESIGN    701 8426197  * ND | 707.00 |
| 02/22 | DEBIT POS, *****04022198281, AUT 022219 DDA PURCH W/CB<br>TARGET T  2400 10TH ST    MINOT    * ND | 138.88 |
| 02/22 | DEBIT CARD PURCHASE, *****04022198281, AUT 022119 VISA DDA PUR<br>MAGIC CITY FSC    MAGICCITYSKAT * ND | 25.50 |
| 02/22 | DEBIT CARD PURCHASE, *****04022198281, AUT 022119 VISA DDA PUR<br>MAGIC CITY FSC    MAGICCITYSKAT * ND | 25.50 |
| 02/22 | DEBIT CARD PURCHASE, *****04022198281, AUT 022119 VISA DDA PUR<br>MSK 855 718 4054    866 8159501  * NY | 20.00 |
| 02/22 | DEBIT CARD PURCHASE, *****04022198281, AUT 022119 VISA DDA PUR<br>SQ  DOOR 204    WATFORD CITY * ND | 7.15 |
| 02/25 | DEBIT POS, *****04022198281, AUT 022519 DDA PURCHASE<br>CASH WISE FOODS  3042    WATFORD CITY * ND | 227.39 |
| 02/25 | DEBIT CARD PURCHASE, *****04022198281, AUT 022219 VISA DDA PUR<br>LONGHORN STEAK00055004    MINOT    * ND | 129.92 |
| 02/25 | DEBIT CARD PURCHASE, *****04022198281, AUT 022419 VISA DDA PUR<br>BAAN RAO THAI RESTAURA    MINOT    * ND | 69.38 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

| | |
|---|---|
| Page: | 7 of 9 |
| Statement Period: | Feb 01 2019-Feb 28 2019 |
| Cust Ref #: | 4340580334-039-E-*** |
| Primary Account #: | 434-0580334 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/25 | DEBIT CARD PURCHASE, *****04022198281, AUT 022319 VISA DDA PUR<br>4328 AMC MINOT 9      MINOT      * ND | 57.97 |
| 02/25 | DEBIT CARD PURCHASE, *****04022198281, AUT 022319 VISA DDA PUR<br>4328 AMC MINOT 9      MINOT      * ND | 54.78 |
| 02/25 | DEBIT POS, *****04022198281, AUT 022419 DDA PURCHASE<br>TARGET T  2400 10TH ST      MINOT      * ND | 50.47 |
| 02/25 | DEBIT CARD PURCHASE, *****04022198281, AUT 022219 VISA DDA PUR<br>PLANET PIZZA      724 2831878  * ND | 44.17 |
| 02/25 | DEBIT CARD PURCHASE, *****04022198281, AUT 022219 VISA DDA PUR<br>LONGHORN STEAK00055004      MINOT      * ND | 14.13 |
| 02/27 | ACH DEBIT, CARRINGTON MORTGAGE ****013438 | 1,758.87 |
| 02/27 | ELECTRONIC PMT-TEL, SLS MORTGAGE PAY CSR PAY ****01033115500 | 1,653.08 |
| 02/27 | DEBIT CARD PURCHASE, *****04022198281, AUT 022619 VISA DDA PUR<br>SQ  MAIN STREET GRI      WATFORD CITY * ND | 3.19 |
| 02/28 | DEBIT CARD PURCHASE, *****04022198281, AUT 022619 VISA DDA PUR<br>WATFORD CITY EVENT CENTE   WATFORD CITY * ND | 60.00 |
| 02/28 | DEBIT CARD PURCHASE, *****04022198281, AUT 022619 VISA DDA PUR<br>TOKYO STEAK HOUSE      WATFORD CITY * ND | 38.70 |
| 02/28 | DEBIT CARD PURCHASE, *****04022198281, AUT 022619 VISA DDA PUR<br>WATFORD CITY EVENT CENTE   WATFORD CITY * ND | 34.00 |
| 02/28 | DEBIT CARD PURCHASE, *****04022198281, AUT 022719 VISA DDA PUR<br>PRIME VIDEO MI2LC5XT2      888 802 3080  * WA | 14.99 |
| | Subtotal: | 10,783.29 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/08 | DEP RETURN CHARGEBACK | 950.00 |
| 02/08 | DEP RETURN FEE | 15.00 |
| | Subtotal: | 965.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/31 | 8,328.92 | 02/15 | 12,985.42 |
| 02/04 | 14,648.22 | 02/19 | 11,799.78 |
| 02/05 | 13,583.54 | 02/20 | 11,705.23 |
| 02/06 | 14,161.66 | 02/21 | 11,680.73 |
| 02/07 | 13,933.77 | 02/22 | 10,756.70 |
| 02/08 | 14,728.98 | 02/25 | 13,814.93 |
| 02/11 | 14,253.64 | 02/26 | 12,400.19 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

| | |
|---|---|
| Page: | 8 of 9 |
| Statement Period: | Feb 01 2019-Feb 28 2019 |
| Cust Ref #: | 4340580334-039-E-*** |
| Primary Account #: | 434-0580334 |

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/12 | 10,385.11 | 02/27 | 8,985.05 |
| 02/13 | 10,334.38 | 02/28 | 10,187.19 |
| 02/14 | 9,943.04 | | |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

| | |
|---|---|
| Page: | 9 of 9 |
| Statement Period: | Feb 01 2019-Feb 28 2019 |
| Cust Ref #: | 4340580334-039-E-*** |
| Primary Account #: | 434-0580334 |



| #156 | 02/12 | $5,000.00 |
|---|---|---|

| #1001 | 02/26 | $1,414.74 |
|---|---|---|

## LEDGER ACCOUNT - RENT ROLL MONTHLY

Goodington, Clinton

| | | | | | | |
|---|---|---|---|
| RENT ROLL | February, 2019 |
| RUNNING BALANCE | 15225.00 |

| Unit Numb | ADDRESS | TENANT NAME | NOTE | NOTE2 | ACTUAL RATE | PAYMENT DATE | PAYMENT AMOUNT | Amount Owed | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 194 Pine Street | JAYNE FREEMAN | Check 403 | Check | 2,225.00 | 2/2/2019 | 2,225.00 | 0.00 | 0.00 |
| 1 | 252 Boydam Ave | STEPHEN - UNIT 1 | | Deposit | 1,850.00 | 2/4/2019 | 1,850.00 | 0.00 | 0.00 |
| 2 | 252 Boydam Ave | DAVID - UNIT 2 | | Electronic Deposit | 1,950.00 | 2/8/2019 | 1,900.00 | 0.00 | 0.00 |
| 1 | 104 Lafeyette | DHRUVA / HERTZ | Check | Check | 2,800.00 | 2/2/2019 | 2,800.00 | 0.00 | 0.00 |
| 1 | 267 Communipaw Ave | Andreas Hertz | | Deposit | 1,700.00 | 2/25/2019 | 1,700.00 | 0.00 | 0.00 |
| 2 | 267 Communipaw Ave | Druvita (Formerley Ramsey) | | | 1,700.00 | 2/15/2019 | 1,700.00 | 0.00 | 0.00 |
| 2 | 267 Communipaw Ave | Andrew Coyle | | Check | 500.00 | 2/12/2019 | 500.00 | 100.00 | 1,675.00 |
| 2 | 267 Communipaw Ave | Jessie | | Eviction/Storage | 500.00 | 2/12/2019 | 700.00 | 0.00 | 2,860.00 |
| Garage 1 | 267 Communipaw Ave | Anthony (formerly Eli) | | | 225.00 | 2/1/2019 | | OWE | 0.00 |
| Garage 2 | 267 Communipaw Ave | Fish Bar (formerly Richard) | Check 4290 | Check | 100.00 | 2/2/2019 | 100.00 | 0.00 | 0.00 |
| Garage 3 | 267 Communipaw Ave | Andreas (formerly Richard) | | | 250.00 | 2/1/2019 | 0.00 | 0.00 | 0.00 |
| Garage 4 | 267 Communipaw Ave | Andreas Hertz | | Check | 200.00 | 2/25/2019 | 400.00 | 0.00 | 0.00 |
| Garage 5 | 267 Communipaw Ave | Paz / Koby Benveristi (Formerly Eli) | | Check | 250.00 | 2/6/2019 | 950.00 | 0.00 | 0.00 |
| Garage 6 | 267 Communipaw Ave | John Ross | | N/A | 250.00 | 2/1/2019 | TRADE | 0.00 | 0.00 |
| Garage 7 | 267 Communipaw Ave | John Ross | | N/A | 250.00 | 2/1/2019 | TRADE | 0.00 | 0.00 |
| Garage 8 | 267 Communipaw Ave | Paz / Koby Benveristi | | Check | 225.00 | 2/6/2019 | 0.00 | 0.00 | 0.00 |
| Garage 9 | 267 Communipaw Ave | To Be Rented | | N/A | 200.00 | 2/15/2019 | PERSONAL | 0.00 | 0.00 |
| Garage 1 | 252 Boydam Ave | Paz / Koby Benveristi | | Check | 250.00 | 2/8/2019 | 0.00 | 0.00 | 0.00 |
| Garage 2 | 252 Boydam Ave | Andreas (formerly Michael) | | Empty/New Roof | 200.00 | 2/12/2019 | 0.00 | 0.00 | 0.00 |
| Garage 3 | 252 Boydam Ave | Anthony | | Cash Deposited | 200.00 | 2/13/2019 | 450.00 | 0.00 | 0.00 |
| Garage 4 | 252 Boydam Ave | Andreas | | | 200.00 | 2/13/2019 | 0.00 | 0.00 | 0.00 |
| Garage 5 | 252 Boydam Ave | Dan Roorda | | Paying Cris Nov Dec Jan Feb - rent p | 200.00 | 2/15/2019 | PAID | 0.00 | 0.00 |
| Parking 1 | 252 Boydam Ave | Andreas | Regalt roof | Move out | 0.00 | 2/1/2019 | 0.00 | 0.00 | 0.00 |