B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re: **Dianna Guadagnino**, *Debtor*

Case No. **17-12951**

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: **March, 2019**          Date filed: **May 6, 2019**

Line of Business: **Rental Income**          NAISC Code: **531110**

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_[signature]_
Original Signature of Responsible Party

**Dianna Guadagnino**
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

| | | | Yes | No |
|---|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?    ☐  ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 17277.90 |

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 10187.19 |
| Cash on Hand at End of Month | $ | 10523.81 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    **TOTAL** | $ | 10523.81 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 16941.28 |

*(Exhibit C)*

### CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 17277.90 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 16941.28 |
| *(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH** | $ | 336.62 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 0.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 1,275.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---:|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 0 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 0 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 2,600

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 36,000

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 0.00

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 17000 | $ 17277.90 | $ 277.90 |
| EXPENSES | $ 16000 | $ 16941.28 | $ 941.28 |
| CASH PROFIT | $ 1000 | $ 336.62 | $ 663.38 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:                                    $ 18000

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:                                  $ 17500

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:                               $ 500

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

# Dianna Guadagnino March 1 - 31, 2019

INCOME DETAIL

March 2019

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| Ordinary Income/Expenses | | | | | | |
| Income | | | | | | |
| 104 Lafayette | | | | | | |
| 03/06/2019 | Deposit | | | DEPOSIT | 950.00 | 950.00 |
| 03/06/2019 | Deposit | | | DEPOSIT | 425.00 | 1,375.00 |
| **Total for 104 Lafayette** | | | | | **$1,375.00** | |
| Sales | | | | | | |
| 104 Lafayette S | | | | | | |
| 03/04/2019 | Deposit | | | DEPOSIT | 2,800.00 | 2,800.00 |
| **Total for 104 Lafayette S** | | | | | **$2,800.00** | |
| 194 Pine | | | | | | |
| 03/04/2019 | Deposit | | | DEPOSIT | 2,225.00 | 2,225.00 |
| **Total for 194 Pine** | | | | | **$2,225.00** | |
| 252 Suydam | | | | | | |
| 03/05/2019 | Deposit | | Rent - Stephen | DEPOSIT | 1,850.00 | 1,850.00 |
| 03/07/2019 | Deposit | | Rent - David | PLASTIQ INC    CREDIT | 2,000.00 | 3,850.00 |
| **Total for 252 Suydam** | | | | | **$3,850.00** | |
| 287 Communipaw A | | | | | | |
| 03/11/2019 | Deposit | | Rent - Andrew | DEPOSIT | 500.00 | 500.00 |
| 03/14/2019 | Deposit | | Rent - Koby/Paz | DEPOSIT 2nd deposit check bounced | 965.00 | 1,465.00 |
| 03/15/2019 | Deposit | | Rent - Jessie | DEPOSIT | 375.00 | 1,840.00 |
| 03/25/2019 | Deposit | | Rent - Andreas | DEPOSIT LOOK UP | 1,200.00 | 3,040.00 |
| **Total for 287 Communipaw A** | | | | | **$3,040.00** | |
| **Total for Sales** | | | | | **$11,915.00** | |
| Uncategorized Income | | | | | | |
| 03/05/2019 | Deposit | | Office Supply | 428450    PAYPAL  YUNDONGLITI<br>428450    PAYPAL  YUNDONGLITI<br>4029357733    H KG Piano Credit | 229.90 | 229.90 |
| **Total for Uncategorized Income** | | | | | **$229.90** | |
| Uncategorized Income ( 27 ) | | | | | | |
| 03/20/2019 | Deposit | | Rent | DEPOSIT | 3,758.00 | 3,758.00 |
| **Total for Uncategorized Income ( 27 )** | | | | | **$3,758.00** | |
| **Total for Income** | | | | | **$17,277.90** | |
| **Net Income** | | | | | **$17,277.90** | |

# Dianna Guadagnino  March 1 - 31, 2019

TRANSACTION DETAIL BY ACCOUNT

March 2019

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 03/01/2019 | Expense | | Garbage Removal / Dumpster mini | 470780  ALLEGRO SANITATION CO  470780  ALLEGRO SANITATION CORPO  201 863 1527 * NJ | CHAPTER 11 CHECKING (0334) | 137.80 | 137.80 |
| 03/04/2019 | Expense | | Office Supply | 443106  AMZN MKTP US MI9HG0DU  443106  AMZN MKTP US MI9HG0DU0 A  AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 4.36 | 142.16 |
| 03/04/2019 | Expense | | Post Office | 40124201  THE CORNER POST 40124201  THE CORNER POST       WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 30.13 | 172.29 |
| 03/04/2019 | Expense | | Amazon | 469216  PRIME VIDEO MI87U7HO2  469216  PRIME VIDEO MI87U7HO2  888 802 3080 * WA | CHAPTER 11 CHECKING (0334) | 8.99 | 181.28 |
| 03/04/2019 | Expense | | | 449215  PAYPAL IHAVE3GALS 449215  PAYPAL IHAVE3GALS      402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 59.90 | 241.18 |
| 03/04/2019 | Expense | | Office Supply | 420429  SCRIBD INC 420429  SCRIBD INC       415 2336230  * CA | CHAPTER 11 CHECKING (0334) | 8.99 | 250.17 |
| 03/04/2019 | Expense | | | 449215  PAYPAL KELSEYANN81 449215  PAYPAL KELSEYANN81      402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 65.00 | 315.17 |
| 03/04/2019 | Expense | | Post Office | 40124201  THE CORNER POST 40124201  THE CORNER POST       WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 3.17 | 318.34 |
| 03/04/2019 | Expense | | Wild Cow Coffee | 432300  WILD COW COFFEE AND C  432300  WILD COW COFFEE AND CREA  WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 8.79 | 327.13 |
| 03/04/2019 | Expense | | Office Supply | 469216  AMZN MKTP US MI89Y37Z  469216  AMZN MKTP US MI89Y37Z1  AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 12.04 | 339.17 |
| 03/04/2019 | Expense | | Post Office | 40124201  THE CORNER POST 40124201  THE CORNER POST       WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 12.68 | 351.85 |
| 03/04/2019 | Expense | | Take out restaurant | 426979  GIOTTOS 426979  GIOTTOS  WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 24.20 | 376.05 |
| 03/04/2019 | Expense | | Quickbooks | 469216  INTUIT QB ONLINE 469216  INTUIT QB ONLINE      800 286 6800 * CA | CHAPTER 11 CHECKING (0334) | 35.00 | 411.05 |
| 03/05/2019 | Expense | | Storage | PUBLIC STORAGE I RENTAL | CHAPTER 11 CHECKING (0334) | 260.24 | 671.29 |
| 03/05/2019 | Expense | | Apple iCloud | 469216  APL ITUNES COM BILL 469216  APL ITUNES COM BILL      866 712 7753 * CA | CHAPTER 11 CHECKING (0334) | 2.99 | 674.28 |
| 03/05/2019 | Expense | | Clothing | 449215  VELLADONA 449215  VELLADONA       WWW VELLADONA * DE | CHAPTER 11 CHECKING (0334) | 15.39 | 689.67 |
| 03/05/2019 | Expense | | Clothing | 449215  VELLADONA 449215  VELLADONA       WWW VELLADONA * DE | CHAPTER 11 CHECKING (0334) | 24.74 | 714.41 |
| 03/05/2019 | Check | 995014 | US Trustee | CHECK # 995014 | CHAPTER 11 CHECKING (0334) | 650.00 | 1,364.41 |
| 03/06/2019 | Check | 995016 | Bonfiglio Esq | CHECK # 995016 | CHAPTER 11 CHECKING (0334) | 2,000.00 | 3,364.41 |
| 03/06/2019 | Expense | | Coffee | 449215  SQ MAIN STREET GRI 449215  SQ MAIN STREET GRI      WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 7.45 | 3,371.86 |
| 03/07/2019 | Expense | | Take out restaurant | 401339  292 HARDEES 401339  292 HARDEES       WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 6.76 | 3,378.62 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 03/07/2019 | Expense | | Amazon | 469216  PRIME VIDEO MI0XK0682 469216  PRIME VIDEO MI0XK0682    888 802 3080  * WA | CHAPTER 11 CHECKING (0334) | 15.98 | 3,394.60 |
| 03/07/2019 | Expense | | Gym | 432300  WATFORD CITY EVENT CE  432300  WATFORD CITY EVENT CENTE  WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 7.50 | 3,402.10 |
| 03/07/2019 | Expense | | Coffee | 449215  SQ MAIN STREET GRI 449215  SQ MAIN STREET GRI    WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 7.45 | 3,409.55 |
| 03/08/2019 | Check | 308 | B of A Mortgage | CHECK # 308 | CHAPTER 11 CHECKING (0334) | 1,414.74 | 4,824.29 |
| 03/08/2019 | Expense | | Amazon | 469216  PRIME VIDEO MI5633R30 469216  PRIME VIDEO MI5633R30    888 802 3080  * WA | CHAPTER 11 CHECKING (0334) | 6.39 | 4,830.68 |
| 03/08/2019 | Expense | | Etsy | 420429  ETSY COM  PLEASANTLY  420429  ETSY COM  PLEASANTLYPIN  718 8557955  * NY | CHAPTER 11 CHECKING (0334) | 52.99 | 4,883.67 |
| 03/08/2019 | Expense | | Take out restaurant | 432300  OUTLAWS BAR  GRILL 432300  OUTLAWS BAR  GRILL    WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 89.61 | 4,973.28 |
| 03/08/2019 | Expense | | TD Bank | DEP RETURN FEE | CHAPTER 11 CHECKING (0334) | 15.00 | 4,988.28 |
| 03/08/2019 | Expense | | Rent - Koby/Paz | DEP RETURN CHARGEBACK - Bounced Check from PAZ | CHAPTER 11 CHECKING (0334) | 950.00 | 5,938.28 |
| 03/11/2019 | Expense | | Take out restaurant | 480166  TOKYO STEAK HOUSE 480166  TOKYO STEAK HOUSE    WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 118.80 | 6,057.08 |
| 03/11/2019 | Expense | | | 407105  WWW JUSTAWARDMEDALS C  407105  WWW JUSTAWARDMEDALS CO  651 4081111  * MN | CHAPTER 11 CHECKING (0334) | 78.25 | 6,135.33 |
| 03/11/2019 | Expense | | Wells Fargo | SLS MORTGAGE PAY CSR PAY | CHAPTER 11 CHECKING (0334) | 1,653.08 | 7,788.41 |
| 03/11/2019 | Expense | | Carrington Mortgage | CARRINGTON    MORTGAGE | CHAPTER 11 CHECKING (0334) | 1,758.87 | 9,547.28 |
| 03/11/2019 | Expense | | Supermarket | 770446  CASH WISE FOODS 3042  770446  CASH WISE FOODS 3042  WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 233.50 | 9,780.78 |
| 03/11/2019 | Expense | | Office Supply | 469216  AMAZON MUSIC MW47Y2CS  469216  AMAZON MUSIC MW47Y2CS0  888 802 3080 * WA | CHAPTER 11 CHECKING (0334) | 8.52 | 9,789.30 |
| 03/11/2019 | Expense | | Pharmacy | 319838  BARRETT PHARMA 319838  BARRETT PHARMA    WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 78.74 | 9,868.04 |
| 03/11/2019 | Expense | | TD Bank | ACI SERVICE FEE  SERVICEFEE | CHAPTER 11 CHECKING (0334) | 12.50 | 9,880.54 |
| 03/12/2019 | Expense | | Family Dollar | 423168  FAMILY DOLLAR 11938 423168  FAMILY DOLLAR 11938    WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 48.07 | 9,928.61 |
| 03/13/2019 | Expense | | Paypal | 449215  PAYPAL TRISHCALIEN 449215  PAYPAL TRISHCALIEN    402 935 7733  * CA | CHAPTER 11 CHECKING (0334) | 43.78 | 9,972.39 |
| 03/13/2019 | Expense | | Verizon Wireless | VERIZON WIRELESS PAYMENTS | CHAPTER 11 CHECKING (0334) | 265.16 | 10,237.55 |
| 03/14/2019 | Expense | | Take out restaurant | 426979  GIOTTOS 426979    GIOTTOS  WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 29.97 | 10,267.52 |
| 03/14/2019 | Expense | | Amazon | 469216  AMZN MKTP US MI9O21IJ 469216  AMZN MKTP US MI9O21IJ2    AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 10.00 | 10,277.52 |
| 03/14/2019 | Expense | | | 449215  PAYPAL HUMBOLDTHAB 449215  PAYPAL HUMBOLDTHAB    402 935 7733  * CA | CHAPTER 11 CHECKING (0334) | 10.87 | 10,288.39 |
| 03/14/2019 | Expense | | Amazon | 469216  AMZN MKTP US MW79M6LW  469216  AMZN MKTP US MW79M6LW0 | CHAPTER 11 CHECKING (0334) | 23.00 | 10,311.39 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| | | | | AMZN COM BILL * WA | | | |
| 03/15/2019 | Expense | | Media | 449215  PAYPAL HMZ2018166 449215 PAYPAL HMZ2018166  402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 9.99 | 10,321.38 |
| 03/15/2019 | Expense | | Amazon | 469216  AMZN MKTP US MW8SB7LH 469216  AMZN MKTP US MW8SB7LH0 AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 476.80 | 10,798.18 |
| 03/15/2019 | Expense | | Horse | ND000159  2209 WOLVES DEN PKW ND000159  2209 WOLVES DEN PKW WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 202.95 | 11,001.13 |
| 03/15/2019 | Expense | | Horse | ND000159  2209 WOLVES DEN PKW ND000159  2209 WOLVES DEN PKW WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 102.95 | 11,104.08 |
| 03/15/2019 | Expense | | Horse | ND000159  2209 WOLVES DEN PKW ND000159  2209 WOLVES DEN PKW WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 102.95 | 11,207.03 |
| 03/15/2019 | Expense | | Amazon | 469216  AMZN MKTP US MI5K62RN 469216  AMZN MKTP US MI5K62RN2 AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 6.99 | 11,214.02 |
| 03/15/2019 | Expense | | Amazon | 469216  AMZN MKTP US MI6EJ6IR 469216  AMZN MKTP US MI6EJ6IR2 AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 2.98 | 11,217.00 |
| 03/15/2019 | Expense | | Amazon | 469216  AMZN MKTP US MW5D93ZX 469216  AMZN MKTP US MW5D93ZX0 AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 15.32 | 11,232.32 |
| 03/15/2019 | Expense | | Amazon | 469216  AMAZON PRIME 469216 AMAZON PRIME  AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 126.88 | 11,359.20 |
| 03/15/2019 | Expense | | Media | 449215  PAYPAL HITECHLIFES 449215 PAYPAL HITECHLIFES  402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 11.89 | 11,371.09 |
| 03/18/2019 | Expense | | Home Goods | 449215  PAYPAL GR8SURFING 449215 PAYPAL GR8SURFING  402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 55.50 | 11,426.59 |
| 03/18/2019 | Expense | | Amazon | 469216  AMZN MKTP US MW59403Q 469216  AMZN MKTP US MW59403Q0 AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 3.85 | 11,430.44 |
| 03/18/2019 | Expense | | Family Dollar | 423168  FAMILY DOLLAR 11938 423168 FAMILY DOLLAR 11938  WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 37.28 | 11,467.72 |
| 03/18/2019 | Expense | | Pharmacy | 319838  BARRETT PHARMA 319838 BARRETT PHARMA  WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 73.42 | 11,541.14 |
| 03/18/2019 | Expense | | Family Dollar | 423168  FAMILY DOLLAR 11938 423168 FAMILY DOLLAR 11938  WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 187.66 | 11,728.80 |
| 03/18/2019 | Expense | | Supermarket | 770446  CASH WISE FOODS 3042 770446  CASH WISE FOODS 3042 WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 344.88 | 12,073.68 |
| 03/18/2019 | Expense | | Home Goods | 449215  PAYPAL DALIX COM 449215 PAYPAL DALIX COM  402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 19.99 | 12,093.67 |
| 03/18/2019 | Expense | | Home Goods | 449215  PAYPAL MENACOUNTRY 449215  PAYPAL MENACOUNTRY 402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 37.65 | 12,131.32 |
| 03/18/2019 | Expense | | Amazon | 469216  AMZN MKTP US MW8645CK 469216  AMZN MKTP US MW8645CK2 AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 100.93 | 12,232.25 |
| 03/18/2019 | Expense | | | 449215  PAYPAL GR8SURFING 449215 PAYPAL GR8SURFING  402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 7.50 | 12,239.75 |
| 03/18/2019 | Expense | | | 449215  PAYPAL SUSANYE12 449215 PAYPAL SUSANYE12  402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 10.52 | 12,250.27 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 03/18/2019 | Expense | | | 449215  PAYPAL MBROADUS12 449215  PAYPAL MBROADUS12  402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 12.19 | 12,262.46 |
| 03/18/2019 | Expense | | | 449215  PAYPAL NEWLAIBAWAN 449215  PAYPAL NEWLAIBAWAN  402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 16.59 | 12,279.05 |
| 03/18/2019 | Expense | | Paypal | 449215  PAYPAL AVLE LLC 449215  PAYPAL AVLE LLC  402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 19.55 | 12,298.60 |
| 03/18/2019 | Expense | | Apple iCloud | 469216  APL ITUNES COM BILL 469216  APL ITUNES COM BILL  866 712 7753 * CA | CHAPTER 11 CHECKING (0334) | 9.59 | 12,308.19 |
| 03/19/2019 | Expense | | Home Goods | 449215  PAYPAL DEWHIRSTDP 449215  PAYPAL DEWHIRSTDP  402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 94.00 | 12,402.19 |
| 03/19/2019 | Expense | | Gym | 432300  WATFORD CITY EVENT CE  432300  WATFORD CITY EVENT CENTE  WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 8.00 | 12,410.19 |
| 03/19/2019 | Expense | | Retail | 469216  QVC 577090709101 4OF6 469216  QVC 577090709101 4OF6  800 367 9444 * PA | CHAPTER 11 CHECKING (0334) | 22.97 | 12,433.16 |
| 03/19/2019 | Expense | | Gym | 432300  WATFORD CITY EVENT CE  432300  WATFORD CITY EVENT CENTE  WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 24.00 | 12,457.16 |
| 03/19/2019 | Expense | | Clothing | 449215  PAYPAL MEE KIM 449215  PAYPAL MEE KIM  402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 64.99 | 12,522.15 |
| 03/19/2019 | Expense | | Home Goods | 449215  PAYPAL BABRANO 449215  PAYPAL BABRANO  402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 27.95 | 12,550.10 |
| 03/20/2019 | Expense | | Retail | 469216  QVC 524254717301 4OF6 469216  QVC 524254717301 4OF6  800 367 9444 * PA | CHAPTER 11 CHECKING (0334) | 62.11 | 12,612.21 |
| 03/20/2019 | Expense | | Home Goods | 449215  PAYPAL CHATRATHUN3 449215  PAYPAL CHATRATHUN3  402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 140.00 | 12,752.21 |
| 03/21/2019 | Expense | | Materials | CP301013  100 N MAIN CP301013  100 N MAIN  WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 502.95 | 13,255.16 |
| 03/21/2019 | Check | 995017 | Velez | CHECK # 995017 | CHAPTER 11 CHECKING (0334) | 1,000.00 | 14,255.16 |
| 03/22/2019 | Expense | | Take out restaurant | 426979  SMILING MOOSE DELI 426979  SMILING MOOSE DELI W  WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 43.86 | 14,299.02 |
| 03/25/2019 | Expense | | Delta | 471705  DELTA AIR 006216946 471705  DELTA AIR 006216946588  SALT LAKE CTY * UT | CHAPTER 11 CHECKING (0334) | 681.55 | 14,980.57 |
| 03/25/2019 | Expense | | Gym | 455193  MCKENZIE COUNTY HOCKE  455193  MCKENZIE COUNTY HOCKEY C  WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 480.00 | 15,460.57 |
| 03/25/2019 | Expense | | Take out restaurant | 432300  OUTLAWS BAR GRILL 432300  OUTLAWS BAR GRILL  WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 162.20 | 15,622.77 |
| 03/26/2019 | Expense | | Gas Station | 12518703  KUM GO 804 12518703  KUM GO 804  WATFORD CITY * ND | CHAPTER 11 CHECKING (0334) | 57.79 | 15,680.56 |
| 03/27/2019 | Expense | | Movies | 469216  REDBOX DVD RENTAL 469216  REDBOX DVD RENTAL  866 733 2693 * IL | CHAPTER 11 CHECKING (0334) | 31.15 | 15,711.71 |
| 03/28/2019 | Expense | | Media | 449215  PAYPAL FCI 449215  PAYPAL FCI  402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 15.00 | 15,726.71 |
| 03/28/2019 | Expense | | Media | 449215  PAYPAL FCI 449215  PAYPAL FCI  402 935 7733 * CA | CHAPTER 11 CHECKING (0334) | 50.00 | 15,776.71 |
| 03/28/2019 | Expense | | Restaurant | 432300  WILD COW COFFEE AND C  432300  WILD COW COFFEE AND CREA | CHAPTER 11 CHECKING (0334) | 139.67 | 15,916.38 |

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 03/28/2019 | Expense | | Gym | 432300   WATFORD CITY EVENT CE<br>432300   WATFORD CITY EVENT CENTE<br>WATFORD CITY  * ND | CHAPTER 11 CHECKING (0334) | 40.00 | 15,956.38 |
| 03/28/2019 | Expense | | Menards Home Repair | 413746   MENARDS WILLISTON ND<br>413746   MENARDS WILLISTON ND<br>WILLISTON   * ND | CHAPTER 11 CHECKING (0334) | 752.76 | 16,709.14 |
| 03/29/2019 | Expense | | Media | 449215   PAYPAL DORADO1313 449215<br>PAYPAL DORADO1313      402 935 7733<br>* CA | CHAPTER 11 CHECKING (0334) | 20.00 | 16,729.14 |
| 03/29/2019 | Expense | | Amazon | 443106   AMZN MKTP US MW66Y1X3<br>443106   AMZN MKTP US MW66Y1X32 A<br>AMZN COM BILL * WA | CHAPTER 11 CHECKING (0334) | 3.18 | 16,732.32 |
| 03/29/2019 | Expense | | Supermarket | 04317841   NDGSW JACK   JILL 04317841<br>NDGSW JACK   JILL          WATFORD   *<br>ND | CHAPTER 11 CHECKING (0334) | 71.16 | 16,803.48 |
| 03/29/2019 | Expense | | Garbage Removal / Dumpster mini | 470780   ALLEGRO SANITATION CO<br>470780   ALLEGRO SANITATION CORPO<br>201 863 1527  * NJ | CHAPTER 11 CHECKING (0334) | 137.80 | 16,941.28 |



# Bank
America's Most Convenient Bank®    E    STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ
287 COMMUNIPAW AVE
JERSEY CITY NJ  07304

Page: 1 of 8
Statement Period: Mar 01 2019-Mar 31 2019
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

## Chapter 11 Checking

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Account # 434-0580334

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 10,187.19 | Average Collected Balance | 11,678.58 |
| Deposits | 15,048.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 2,229.90 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 3,414.74 | Days in Period | 31 |
| Electronic Payments | 12,561.54 | | |
| Other Withdrawals | 965.00 | | |
| Ending Balance | 10,523.81 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/04 | DEPOSIT | 5,025.00 |
| 03/05 | DEPOSIT | 1,850.00 |
| 03/06 | DEPOSIT | 1,375.00 |
| 03/11 | DEPOSIT | 500.00 |
| 03/14 | DEPOSIT | 965.00 |
| 03/15 | DEPOSIT | 375.00 |
| 03/20 | DEPOSIT | 3,758.00 |
| 03/25 | DEPOSIT | 1,200.00 |
| | Subtotal: | 15,048.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/05 | DEBIT CARD CREDIT, *****04022198281, AUT 030519 VISA DDA REF PAYPAL  YUNDONGLITI    4029357733   H KG | 229.90 |
| 03/07 | CCD DEPOSIT, PLASTIQ INC CREDIT PymtId 2526458 | 2,000.00 |
| | Subtotal: | 2,229.90 |

**Checks Paid**    No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 03/08 | 308 | 1,414.74 |
| 03/06 | 995016* | 2,000.00 |
| | Subtotal: | 3,414.74 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Page: 2 of 8

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance          10,523.81

② Total Deposits    +

③ Sub Total

④ Total Withdrawals    -

⑤ Adjusted Balance

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 3 of 8
Statement Period: Mar 01 2019-Mar 31 2019
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

## DAILY ACCOUNT ACTIVITY

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/01 | DEBIT CARD PURCHASE, *****04022198281, AUT 022819 VISA DDA PUR<br>ALLEGRO SANITATION CORPO    201 863 1527  * NJ | 137.80 |
| 03/04 | DEBIT CARD PURCHASE, *****04022198281, AUT 030119 VISA DDA PUR<br>PAYPAL  KELSEYANN81      402 935 7733  * CA | 65.00 |
| 03/04 | DEBIT CARD PURCHASE, *****04022198281, AUT 030219 VISA DDA PUR<br>PAYPAL  IHAVE3GALS      402 935 7733  * CA | 59.90 |
| 03/04 | DEBIT CARD PAYMENT, *****04022198281, AUT 030219 VISA DDA PUR<br>INTUIT  QB ONLINE        800 286 6800  * CA | 35.00 |
| 03/04 | DEBIT POS, *****04022198281, AUT 030319 DDA PURCHASE<br>THE CORNER POST          WATFORD CITY * ND | 30.13 |
| 03/04 | DEBIT CARD PURCHASE, *****04022198281, AUT 030219 VISA DDA PUR<br>GIOTTOS                  WATFORD CITY * ND | 24.20 |
| 03/04 | DEBIT POS, *****04022198281, AUT 030319 DDA PURCHASE<br>THE CORNER POST          WATFORD CITY * ND | 12.68 |
| 03/04 | DEBIT CARD PURCHASE, *****04022198281, AUT 022819 VISA DDA PUR<br>AMZN MKTP US MI89Y37Z1    AMZN COM BILL * WA | 12.04 |
| 03/04 | DEBIT CARD PURCHASE, *****04022198281, AUT 030319 VISA DDA PUR<br>PRIME VIDEO MI87U7HO2     888 802 3080  * WA | 8.99 |
| 03/04 | DEBIT CARD PAYMENT, *****04022198281, AUT 030119 VISA DDA PUR<br>SCRIBD INC             415 2336230  * CA | 8.99 |
| 03/04 | DEBIT CARD PURCHASE, *****04022198281, AUT 030119 VISA DDA PUR<br>WILD COW COFFEE AND CREA    WATFORD CITY * ND | 8.79 |
| 03/04 | DEBIT CARD PURCHASE, *****04022198281, AUT 022819 VISA DDA PUR<br>AMZN MKTP US MI9HG0DU0 A    AMZN COM BILL * WA | 4.36 |
| 03/04 | DEBIT POS, *****04022198281, AUT 030319 DDA PURCHASE<br>THE CORNER POST          WATFORD CITY * ND | 3.17 |
| 03/05 | TDBANK BILL PAY CHECK,<br>UNITED STATES TRUSTEE<br>CHECK# 995014 | 650.00 |
| 03/05 | ACH DEBIT, PUBLIC STORAGE I RENTAL ****00031069860 | 260.24 |
| 03/05 | DEBIT CARD PURCHASE, *****04022198281, AUT 030419 VISA DDA PUR<br>VELLADONA              WWW VELLADONA * DE | 24.74 |
| 03/05 | DEBIT CARD PURCHASE, *****04022198281, AUT 030419 VISA DDA PUR<br>VELLADONA              WWW VELLADONA * DE | 15.39 |
| 03/05 | DEBIT CARD PAYMENT, *****04022198281, AUT 030419 VISA DDA PUR<br>APL ITUNES COM BILL      866 712 7753  * CA | 2.99 |
| 03/06 | DEBIT CARD PURCHASE, *****04022198281, AUT 030519 VISA DDA PUR<br>SQ  MAIN STREET GRI      WATFORD CITY * ND | 7.45 |
| 03/07 | DEBIT CARD PURCHASE, *****04022198281, AUT 030619 VISA DDA PUR<br>PRIME VIDEO MI0XK0682    888 802 3080  * WA | 15.98 |
| 03/07 | DEBIT CARD PURCHASE, *****04022198281, AUT 030519 VISA DDA PUR<br>WATFORD CITY EVENT CENTE    WATFORD CITY * ND | 7.50 |
| 03/07 | DEBIT CARD PURCHASE, *****04022198281, AUT 030619 VISA DDA PUR<br>SQ  MAIN STREET GRI      WATFORD CITY * ND | 7.45 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 4 of 8
Statement Period: Mar 01 2019-Mar 31 2019
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 03/07 | DEBIT CARD PURCHASE, *****04022198281, AUT 030619 VISA DDA PUR<br>292 HARDEES        WATFORD CITY * ND | 6.76 |
| 03/08 | DEBIT CARD PURCHASE, *****04022198281, AUT 030619 VISA DDA PUR<br>OUTLAWS BAR  GRILL    WATFORD CITY * ND | 89.61 |
| 03/08 | DEBIT CARD PURCHASE, *****04022198281, AUT 030719 VISA DDA PUR<br>ETSY COM  PLEASANTLYPIN  718 8557955  * NY | 52.99 |
| 03/08 | DEBIT CARD PURCHASE, *****04022198281, AUT 030719 VISA DDA PUR<br>PRIME VIDEO MI5633R30    888 802 3080 * WA | 6.39 |
| 03/11 | ACH DEBIT, CARRINGTON MORTGAGE ****013438 | 1,758.87 |
| 03/11 | ELECTRONIC PMT-TEL, SLS MORTGAGE PAY CSR PAY ****01038201554 | 1,653.08 |
| 03/11 | DEBIT POS, *****04022198281, AUT 030819 DDA PURCH W/CB<br>CASH WISE FOODS  3042    WATFORD CITY * ND | 233.50 |
| 03/11 | DEBIT CARD PURCHASE, *****04022198281, AUT 030819 VISA DDA PUR<br>TOKYO STEAK HOUSE    WATFORD CITY * ND | 118.80 |
| 03/11 | DEBIT POS, *****04022198281, AUT 030919 DDA PURCH W/CB<br>BARRETT PHARMA    WATFORD CITY * ND | 78.74 |
| 03/11 | DEBIT CARD PURCHASE, *****04022198281, AUT 030719 VISA DDA PUR<br>WWW JUSTAWARDMEDALS CO    651 4081111  * MN | 78.25 |
| 03/11 | ELECTRONIC PMT-TEL, ACI SERVICE FEE SERVICEFEE ****01038201550 | 12.50 |
| 03/11 | DEBIT CARD PURCHASE, *****04022198281, AUT 031019 VISA DDA PUR<br>AMAZON MUSIC MW47Y2CS0    888 802 3080 * WA | 8.52 |
| 03/12 | DEBIT CARD PURCHASE, *****04022198281, AUT 031119 VISA DDA PUR<br>FAMILY DOLLAR  11938    WATFORD CITY * ND | 48.07 |
| 03/13 | ACH DEBIT, VERIZON WIRELESS PAYMENTS ****14696200001 | 265.16 |
| 03/13 | DEBIT CARD PURCHASE, *****04022198281, AUT 031219 VISA DDA PUR<br>PAYPAL  TRISHCALIEN    402 935 7733  * CA | 43.78 |
| 03/14 | DEBIT CARD PURCHASE, *****04022198281, AUT 031219 VISA DDA PUR<br>GIOTTOS        WATFORD CITY * ND | 29.97 |
| 03/14 | DEBIT CARD PURCHASE, *****04022198281, AUT 031219 VISA DDA PUR<br>AMZN MKTP US MW79M6LW0    AMZN COM BILL * WA | 23.00 |
| 03/14 | DEBIT CARD PURCHASE, *****04022198281, AUT 031319 VISA DDA PUR<br>PAYPAL  HUMBOLDTHAB    402 935 7733  * CA | 10.87 |
| 03/14 | DEBIT CARD PURCHASE, *****04022198281, AUT 031219 VISA DDA PUR<br>AMZN MKTP US MI9O21IJ2    AMZN COM BILL * WA | 10.00 |
| 03/15 | DEBIT CARD PURCHASE, *****04022198281, AUT 031219 VISA DDA PUR<br>AMZN MKTP US MW8SB7LH0    AMZN COM BILL * WA | 476.80 |
| 03/15 | NONTD ATM DEBIT, *****04022198281, AUT 031519 DDA WITHDRAW<br>2209 WOLVES DEN PKW    WATFORD CITY * ND | 202.95 |
| 03/15 | DEBIT CARD PAYMENT, *****04022198281, AUT 031419 VISA DDA PUR<br>AMAZON PRIME        AMZN COM BILL * WA | 126.88 |
| 03/15 | NONTD ATM DEBIT, *****04022198281, AUT 031519 DDA WITHDRAW<br>2209 WOLVES DEN PKW    WATFORD CITY * ND | 102.95 |
| 03/15 | NONTD ATM DEBIT, *****04022198281, AUT 031519 DDA WITHDRAW<br>2209 WOLVES DEN PKW    WATFORD CITY * ND | 102.95 |



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 5 of 8
Statement Period: Mar 01 2019-Mar 31 2019
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/15 | DEBIT CARD PURCHASE, *****04022198281, AUT 031419 VISA DDA PUR<br>AMZN MKTP US MW5D93ZX0    AMZN COM BILL * WA | 15.32 |
| 03/15 | DEBIT CARD PURCHASE, *****04022198281, AUT 031419 VISA DDA PUR<br>PAYPAL  HITECHLIFES    402 935 7733  * CA | 11.89 |
| 03/15 | DEBIT CARD PURCHASE, *****04022198281, AUT 031419 VISA DDA PUR<br>PAYPAL  HMZ2018166    402 935 7733  * CA | 9.99 |
| 03/15 | DEBIT CARD PURCHASE, *****04022198281, AUT 031419 VISA DDA PUR<br>AMZN MKTP US MI5K62RN2    AMZN COM BILL * WA | 6.99 |
| 03/15 | DEBIT CARD PURCHASE, *****04022198281, AUT 031219 VISA DDA PUR<br>AMZN MKTP US MI6EJ6IR2    AMZN COM BILL * WA | 2.98 |
| 03/18 | DEBIT POS, *****04022198281, AUT 031619 DDA PURCHASE<br>CASH WISE FOODS  3042     WATFORD CITY  * ND | 344.88 |
| 03/18 | DEBIT CARD PURCHASE, *****04022198281, AUT 031619 VISA DDA PUR<br>FAMILY DOLLAR  11938     WATFORD CITY  * ND | 187.66 |
| 03/18 | DEBIT CARD PURCHASE, *****04022198281, AUT 031419 VISA DDA PUR<br>AMZN MKTP US MW8645CK2    AMZN COM BILL * WA | 100.93 |
| 03/18 | DEBIT POS, *****04022198281, AUT 031619 DDA PURCHASE<br>BARRETT PHARMA        WATFORD CITY  * ND | 73.42 |
| 03/18 | DEBIT CARD PURCHASE, *****04022198281, AUT 031519 VISA DDA PUR<br>PAYPAL  GR8SURFING    402 935 7733  * CA | 55.50 |
| 03/18 | DEBIT CARD PURCHASE, *****04022198281, AUT 031519 VISA DDA PUR<br>PAYPAL  MENACOUNTRY    402 935 7733  * CA | 37.65 |
| 03/18 | DEBIT CARD PURCHASE, *****04022198281, AUT 031619 VISA DDA PUR<br>FAMILY DOLLAR  11938     WATFORD CITY  * ND | 37.28 |
| 03/18 | DEBIT CARD PURCHASE, *****04022198281, AUT 031519 VISA DDA PUR<br>PAYPAL  DALIX COM    402 935 7733  * CA | 19.99 |
| 03/18 | DEBIT CARD PURCHASE, *****04022198281, AUT 031519 VISA DDA PUR<br>PAYPAL  AVLE LLC    402 935 7733  * CA | 19.55 |
| 03/18 | DEBIT CARD PURCHASE, *****04022198281, AUT 031519 VISA DDA PUR<br>PAYPAL  NEWLAIBAWAN    402 935 7733  * CA | 16.59 |
| 03/18 | DEBIT CARD PURCHASE, *****04022198281, AUT 031519 VISA DDA PUR<br>PAYPAL  MBROADUS12    402 935 7733  * CA | 12.19 |
| 03/18 | DEBIT CARD PURCHASE, *****04022198281, AUT 031519 VISA DDA PUR<br>PAYPAL  SUSANYE12    402 935 7733  * CA | 10.52 |
| 03/18 | DEBIT CARD PURCHASE, *****04022198281, AUT 031519 VISA DDA PUR<br>APL  ITUNES COM BILL    866 712 7753  * CA | 9.59 |
| 03/18 | DEBIT CARD PURCHASE, *****04022198281, AUT 031519 VISA DDA PUR<br>PAYPAL  GR8SURFING    402 935 7733  * CA | 7.50 |
| 03/18 | DEBIT CARD PURCHASE, *****04022198281, AUT 031519 VISA DDA PUR<br>AMZN MKTP US MW59403Q0    AMZN COM BILL * WA | 3.85 |
| 03/19 | DEBIT CARD PURCHASE, *****04022198281, AUT 031819 VISA DDA PUR<br>PAYPAL  DEWHIRSTDP    402 935 7733  * CA | 94.00 |
| 03/19 | DEBIT CARD PURCHASE, *****04022198281, AUT 031719 VISA DDA PUR<br>PAYPAL  MEE KIM    402 935 7733  * CA | 64.99 |



# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 6 of 8
Statement Period: Mar 01 2019-Mar 31 2019
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/19 | DEBIT CARD PURCHASE, *****04022198281, AUT 031719 VISA DDA PUR<br>PAYPAL  BABRANO      402 935 7733  * CA | 27.95 |
| 03/19 | DEBIT CARD PURCHASE, *****04022198281, AUT 031719 VISA DDA PUR<br>WATFORD CITY EVENT CENTE   WATFORD CITY * ND | 24.00 |
| 03/19 | DEBIT CARD PAYMENT, *****04022198281, AUT 031719 VISA DDA PUR<br>QVC 577090709101 4OF6    800 367 9444  * PA | 22.97 |
| 03/19 | DEBIT CARD PURCHASE, *****04022198281, AUT 031719 VISA DDA PUR<br>WATFORD CITY EVENT CENTE   WATFORD CITY * ND | 8.00 |
| 03/20 | DEBIT CARD PURCHASE, *****04022198281, AUT 031919 VISA DDA PUR<br>PAYPAL  CHATRATHUN3    402 935 7733  * CA | 140.00 |
| 03/20 | DEBIT CARD PAYMENT, *****04022198281, AUT 031919 VISA DDA PUR<br>QVC 524254717301 4OF6    800 367 9444  * PA | 62.11 |
| 03/21 | TDBANK BILL PAY CHECK, PABLO VELEZ<br>CHECK# 995017 | 1,000.00 |
| 03/21 | NONTD ATM DEBIT, *****04022198281, AUT 032119 DDA WITHDRAW<br>100 N MAIN       WATFORD CITY * ND | 502.95 |
| 03/22 | DEBIT CARD PURCHASE, *****04022198281, AUT 032019 VISA DDA PUR<br>SMILING MOOSE DELI  W    WATFORD CITY * ND | 43.86 |
| 03/25 | DEBIT CARD PURCHASE, *****04022198281, AUT 032119 VISA DDA PUR<br>DELTA AIR   006216946588    SALT LAKE CTY * UT | 681.55 |
| 03/25 | DEBIT CARD PURCHASE, *****04022198281, AUT 032119 VISA DDA PUR<br>MCKENZIE COUNTY HOCKEY C   WATFORD CITY * ND | 480.00 |
| 03/25 | DEBIT CARD PURCHASE, *****04022198281, AUT 032319 VISA DDA PUR<br>OUTLAWS BAR   GRILL     WATFORD CITY * ND | 162.20 |
| 03/26 | DEBIT POS, *****04022198281, AUT 032619 DDA PURCHASE<br>KUM  GO  804       WATFORD CITY * ND | 57.79 |
| 03/27 | DEBIT CARD PURCHASE, *****04022198281, AUT 032619 VISA DDA PUR<br>REDBOX  DVD RENTAL     866 733 2693  * IL | 31.15 |
| 03/28 | DEBIT CARD PURCHASE, *****04022198281, AUT 032619 VISA DDA PUR<br>MENARDS WILLISTON ND     WILLISTON   * ND | 752.76 |
| 03/28 | DEBIT CARD PURCHASE, *****04022198281, AUT 032519 VISA DDA PUR<br>WILD COW COFFEE AND CREA   WATFORD CITY * ND | 139.67 |
| 03/28 | DEBIT CARD PURCHASE, *****04022198281, AUT 032719 VISA DDA PUR<br>PAYPAL  FCI        402 935 7733  * CA | 50.00 |
| 03/28 | DEBIT CARD PURCHASE, *****04022198281, AUT 032619 VISA DDA PUR<br>WATFORD CITY EVENT CENTE   WATFORD CITY * ND | 40.00 |
| 03/28 | DEBIT CARD PURCHASE, *****04022198281, AUT 032719 VISA DDA PUR<br>PAYPAL  FCI        402 935 7733  * CA | 15.00 |
| 03/29 | DEBIT CARD PURCHASE, *****04022198281, AUT 032819 VISA DDA PUR<br>ALLEGRO SANITATION CORPO   201 863 1527  * NJ | 137.80 |


# Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 7 of 8
Statement Period: Mar 01 2019-Mar 31 2019
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/29 | DEBIT POS, *****04022198281, AUT 032919 DDA PURCHASE NDGSW JACK JILL    WATFORD    * ND | 71.16 |
| 03/29 | DEBIT CARD PURCHASE, *****04022198281, AUT 032819 VISA DDA PUR PAYPAL DORADO1313    402 935 7733  * CA | 20.00 |
| 03/29 | DEBIT CARD PURCHASE, *****04022198281, AUT 032819 VISA DDA PUR AMZN MKTP US MW66Y1X32 A   AMZN COM BILL * WA | 3.18 |
|  | Subtotal: | 12,561.54 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/08 | DEP RETURN CHARGEBACK | 950.00 |
| 03/08 | DEP RETURN FEE | 15.00 |
|  | Subtotal: | 965.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/28 | 10,187.19 | 03/15 | 11,136.00 |
| 03/01 | 10,049.39 | 03/18 | 10,198.90 |
| 03/04 | 14,801.14 | 03/19 | 9,956.99 |
| 03/05 | 15,927.68 | 03/20 | 13,512.88 |
| 03/06 | 15,295.23 | 03/21 | 12,009.93 |
| 03/07 | 17,257.54 | 03/22 | 11,966.07 |
| 03/08 | 14,728.81 | 03/25 | 11,842.32 |
| 03/11 | 11,286.55 | 03/26 | 11,784.53 |
| 03/12 | 11,238.48 | 03/27 | 11,753.38 |
| 03/13 | 10,929.54 | 03/28 | 10,755.95 |
| 03/14 | 11,820.70 | 03/29 | 10,523.81 |

Case 17-12951-RG    Doc 180    Filed 06/18/19    Entered 06/18/19 12:46:34    Desc Main
Document    Page 18 of 19



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DIANNA GUADAGNINO
DIP CASE 17-12951 DIST NJ

Page: 8 of 8
Statement Period: Mar 01 2019-Mar 31 2019
Cust Ref #: 4340580334-039-E-***
Primary Account #: 434-0580334



#308    03/08    $1,414.74



#995016    03/06    $2,000.00

# LEDGER ACCOUNT - RENT ROLL MONTHLY

Gundaguino, Dianna

| | | | RENT ROLL | March, 2019 |
|---|---|---|---|---|
| | | | RUNNING BALANCE | 12340.00 |

| Unit Numb | ADDRESS | TENANT NAME | NOTE | NOTE2 | ACTUAL RATE | PAYMENT DATE | PAYMENT AMOUNT | Amount Owed | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 194 Pine Street | JAYNE FREEMAN | Check 405 | Check | 2,225.00 | 3/2/2019 | 2,225.00 | 0.00 | 0.00 | |
| 1 | 252 Suydam Ave | STEPHEN - UNIT 1 | | Deposit | 1,850.00 | 3/5/2019 | 1,850.00 | 0.00 | 0.00 | ● |
| 2 | 252 Suydam Ave | DAVID - UNIT 2 | | Electronic Deposit | 1,950.00 | 3/6/2019 | 2,000.00 | 0.00 | 0.00 | |
| 1 | 104 Lafayette | DHRUVA / HERTZ | Check | Check | 2,800.00 | 3/2/2019 | 2,800.00 | 0.00 | 0.00 | ● |
| 1 | 287 Communipaw Ave | Andreas Hertz | owe 500 | Deposit | 1,700.00 | 3/25/2019 | 1,200.00 | 0.00 | 0.00 | |
| 2 | 287 Communipaw Ave | Druuvha (Formerley Ramsey) | | | 1,700.00 | 3/1/2019 | OWE | 0.00 | 0.00 | ● |
| 2 | 287 Communipaw Ave | Andrew Coyte | | Check | 500.00 | 3/11/2019 | 500.00 | 100.00 | 1,675.00 | |
| 2 | 287 Communipaw Ave | Jessie | owes 125 | Eviction/Storage | 500.00 | 3/15/2019 | 375.00 | 0.00 | 2,860.00 | ● |
| Garage 1 | 287 Communipaw Ave | Anthony (formerly Eli) | | | 225.00 | 3/1/2019 | OWE | 0.00 | 0.00 | |
| Garage 2 | 287 Communipaw Ave | Fish Bar (formerly Richard) | Check 4290 | Check | 100.00 | 3/1/2019 | OWE | 0.00 | 0.00 | |
| Garage 3 | 287 Communipaw Ave | Andreas (formerly Richard) | | | 250.00 | 3/1/2019 | OWE | 0.00 | 0.00 | |
| Garage 4 | 287 Communipaw Ave | Andreas Hertz | | Check | 200.00 | 3/1/2019 | 0.00 | 0.00 | 0.00 | |
| Garage 5 | 287 Communipaw Ave | Paz / Koby Benvenisti (Formerly Eli) | bounced check | Check | 260.00 | 3/14/2019 | 965.00 | 0.00 | 0.00 | |
| Garage 6 | 287 Communipaw Ave | John Ross | | NA | 250.00 | 3/1/2019 | TRADE | 0.00 | 0.00 | ● |
| Garage 7 | 287 Communipaw Ave | John Ross | | NA | 250.00 | 3/1/2019 | TRADE | 0.00 | 0.00 | |
| Garage 8 | 287 Communipaw Ave | Paz / Koby Benvenisti | | Check | 225.00 | 3/14/2019 | 0.00 | 0.00 | 0.00 | |
| Garage 9 | 287 Communipaw Ave | To Be Rented | | NA | 200.00 | 3/1/2019 | PERSONAL | 0.00 | 0.00 | |
| Garage 1 | 252 Suydam Ave | Paz / Koby Benvenisti | | Check | 250.00 | 3/14/2019 | 0.00 | 0.00 | 0.00 | |
| Garage 2 | 252 Suydam Ave | Andreas (formerly Michael) | | Empty/New Roof | 200.00 | 3/1/2019 | 0.00 | 0.00 | 0.00 | |
| Garage 3 | 252 Suydam Ave | Anthony | | Cash Deposited | 200.00 | 3/6/2019 | 425.00 | 0.00 | 0.00 | ● |
| Garage 4 | 252 Suydam Ave | Andreas | | | 200.00 | 3/6/2019 | 0.00 | 0.00 | 0.00 | |
| Garage 5 | 252 Suydam Ave | Dan Roorda | | Owe | 200.00 | 3/1/2019 | OWE | 0.00 | 0.00 | |
| Parking 1 | 252 Suydam Ave | Andreas | Repair roof | Move out | 0.00 | 3/1/2019 | 0.00 | 0.00 | 0.00 | |