Form 147 – ntccnfpln

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−12951−RG
Chapter: 11
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dianna Guadagnino
   287 Communipaw Avenue
   Jersey City, NJ 07304

Social Security No.:
   xxx−xx−7859

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 11 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 11 plan was entered on July 30, 2019.

IT IS FURTHER NOTICED,

1. The clerk shall close the case 180 days after entry of the order confirming plan. Local Rule 3022−1(a).

2. On motion of a party in interest filed and served within the time period set forth above, the court may for cause extend the time for closing the case. Local Rule 3022−1(b).

3. All applications for allowance of fees and expenses shall be filed within 90 days after entry of a final order confirming plan, or such fees and expenses shall be deemed to be waived. Local Rule 2016−1(i).

Dated: July 31, 2019
JAN: slm

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 17-12951-RG
Dianna Guadagnino                                                      Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 3              Date Rcvd: Jul 31, 2019
                                Form ID: 147             Total Noticed: 88

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2019.
```
db            +Dianna Guadagnino,    287 Communipaw Avenue,    Jersey City, NJ 07304-4003
aty           +Cullen and Dykman LLP,    433 Hackensack Avenue,    Hackensack, NJ 07601-6452
cr            +Dianne Clement,    3207 Ramapo Ct,    Riverdale, NJ 07457-1658
cr            +Donald V. Biase,    c/o Trenk DiPasquale Della Fera & Sodono,    347 Mt Pleasant Avenue,
                Suite 300,    West Orange, NJ 07052-2730
cr            +Liquidity Soluntions,    One University Plaza, Suite 312,    Hackensack, NJ 07601-6205
cr            +Navient Solutions, LLC,    16 General Warren Boulevard,    Malvern, PA 19355-1245
acc            Peter Mertz,    226 East 85th Street,    New York, NY 10028-3088
cr            +WELLS FARGO BANK, NA,    Prober & Raphael, a Law Corp,    20750 Ventura Blvd,    Suite 100,
                Woodland Hills, CA 91364-6207
cr            +Wells Fargo Bank, N.A., as Trustee for Carrington,    1600 South Douglass Rd.,
                Anaheim, CA 92806-5948
516812479     +Andrews Hertz,    287 Communipaw,    Jersey City, NJ 07304-4003
516647923     +Anthony LaRusso,    500 Mount Prospect Ave,    Newark, NJ 07104-2904
516647924     +Bank of America Home Loans,    PO Box 15222,    Wilmington, DE 19886-5222
516823654      Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
516812480     +Basin Rock Oilfield Services,    409 3rd St. NW,    Watford City, ND 58854-7335
516647925     +Brown Pruit Wambsganss Ferrill & Dean. PC.,    600 North Carroll Ave,    Suite 100,
                Southlake, TX 76092-6496
516892233      Brown Pruitt Wambaqanas Ferrill & Dean PC,    600 N Central Ave, Suite 100,
                Southlake, TX  76092
516647926     +Capital One,    PO Box 60500,    City of Industry, CA 91716-0500
516647928     +Carrington Mortgage Services,    PO Box 3489,    Anaheim, CA 92803-3489
516647929     +City of Jersey City,    280 Grove Street Room 101,    Jersey City, NJ 07302-3610
516812481     +Connell Foley,    85 Livingston Avenue,    Roseland, NJ 07068-3790
516783598     +Connell Foley LLP,    Attn: Philip Allogramento III,    85 Livingston Avenue,
                Roseland, NJ 07068-3790
516812482     +Credit Bureau of Bismarck Inc.,    POB 1033,    1929 N Washington Street,
                Bismarck, ND 58501-1616
516812484     +Dan & Diana Roorda,    2976 John F. Kennedy Blvd.,    Apt. 4,    Jersey City, NJ 07306-3832
516647930     +Dianne Clemente,    3207 Ramapo court,    Riverdale, NJ 07457-1658
516647932     +Donald Biase, Trustee - Robert Schroeder,    c/o Trenk Law Firm,
                347 Mount Pleasant Avenue, Suite 300,    West Orange, NJ 07052-2730
516647933     +Dr. Cela,    18 East 50th St Suite 11A,    New York, NY 10022-9105
516647934     +Dr. Schechner,    18 East 50th St Suite 11A,    New York, NY 10022-9105
516812485     +Eli Benvenish,    337 Whiton Street,    Jersey City, NJ 07304-4029
516812486     +Everest Receivables Services,    5165 Broadway, St. 112,    Depew, NY 14043-4012
516812487     +Han Singh Song,    287 Communipaw,    Jersey City, NJ 07304-4003
516812488     +James Ventura,    4412 Grand Avenue,    North Bergen, NJ 07047-2643
516812489     +Jayne Freedman,    194 Pine Street,    Jersey City, NJ 07304-3304
516812490     +Jersey City Dept. Public Works,    13-15 Linden Ave.,    Jersey City, NJ 07305-4724
516812492     +Jersey City Fire Dept.,    465 Marin Blvd.,    Jersey City, NJ 07302-2111
516647937     +Joe Jehn,    5690 Webster St, Arvada, CO 80002,    Arvada, CO 80002-2579
516812491      John Ross,    281 Varick Street,    Hackensack, NJ 07602
516812493     +Ken & Yolanda Young,    252 Suydam,    Jersey City, NJ 07304-3306
516812494     +Koby Benvenisti,    2 Bollywood,    Jersey City, NJ 07304-3301
517745113     +Liberty Park Commons, LLC,    709 Cedar Lane,    Teaneck, NJ 07666-1702
517745114     +Liberty Park Commons, LLC,    709 Cedar Lane,    Teaneck, NJ 07666,    Liberty Park Commons, LLC,
                709 Cedar Lane,    Teaneck, NJ 07666-1702
517744936     +Liquidity Solutions, Inc.,    One University Plaza, Suite 312,    Hackensack, NJ 07601-6205
517744937     +Liquidity Solutions, Inc.,    One University Plaza, Suite 312,    Hackensack, NJ 07601,
                Liquidity Solutions, Inc.,    One University Plaza, Suite 312,    Hackensack, NJ 07601-6205
516715811     +M&T Bank, successor by merger to,    Hudson City Savings Bank,    PO Box 1288,
                Buffalo, NY 14240-1288
516647940     +McKenzie County Hospital,    Watford City Emergency Room Collection,    516 North Main Street,
                Watford City, ND 58854-7310
516812496     +Michael Ciechotski,    200 Van Horn Street,    Jersey City, NJ 07304-3320
517028393     +Mohave Engineering,    P.O. Box 6547,    Kingman, Arizona 86402-6547
516812497     +Montana Dakota Utility,    PO Box 7608,    Boise, ID 83707-1608
516647941      N.J. Division of Taxation,    Bankruptcy Section,    PO Box 245,    Trenton, NJ 08695-0245
516756450     +NJSVS Surcharge Violation,    PO Box 1502,    Morristown, NJ 08057-9704
516721219      Name,Address1,Address2,Address3,City,State,Zip,    Amara Faulkner,252 Suydam,,,Jersey City,,
                Andrews Hertz,287 Communipaw,,,Jersey Ci,    Anthony LaRusso,500 Mount Prospect Ave,,,
                Bank of America Home Loans,PO Box 15222,    Basilio Rivera,,,,,
516647943     +New York City / Department of Finance,    Church Street Station, PO Box 3600,
                New York, NY 10008-3600
516647944      Norm Friedland,    1 Valley Foad,    Glen Cove, NY 11542
516647947      PSE&G,    Direct Energy,    P.O. Box 850,    Lincolnshire, IL 60069-0850
516647945     +Pelosi Medical Center,    350 Kennedy Blvd, Bayonne, NJ 07002,    Bayonne, NJ 07002-1313
516812498     +Persy Ventura,    199 Congress Street,    Jersey City, NJ 07307-3415
516647946     +Peter Proffit of Mohave Engineering,    2153 E Gordon Dr Ste 1, Kingman, AZ 8640,
                Kingman, AZ 86409-2561
516812499     +Ramsey Mormon,    287 Communipaw,    Jersey City, NJ 07304-4003
516812500      Richard Gonzalez,    83 Brunswick Street,    Jersey City, NJ 07302
```

```
District/off: 0312-2               User: admin              Page 2 of 3                 Date Rcvd: Jul 31, 2019
                                   Form ID: 147             Total Noticed: 88


516749247      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,     Department of Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
517981013      +Specialized Loan Servicing LLC,     8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
517981014      +Specialized Loan Servicing LLC,     8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516647949       State of NJ Surcharge Violation,     PO Box 4850,    Trenton, NJ 08650-4850
516812502      +State of New Jersey Motor Vehicle Commission,     225 East State Street,    Trenton, NJ 08666-0001
516647950      +State of North Dakota Sales Tax Commissi,     600 East Boulevard Ave,    Bismarck, ND 58505-0601
516647951      +Suez,   461 From Road,    Paramus, NJ 07652-3526
516647953      +Tsigonia Paint Sales,    464 Communipaw Ave, Jersey City, NJ 0730,     Jersey City, NJ 07304-2934
516774993       U.S. Bank National Association,    C/O Wells Fargo Bank, N.A.,    Default Document Processing,
                 1000 Blue Gentian Road, N9286-01Y,     Eagan MN 55121-7700
516647954      +University Radiology Group,     1129 Bloomfield Ave,    Caldwell, NJ 07006-7127
516647955      +Vivian Martinez,    c/o Law office of Parick Patel,     580 Newark Avenue Ste B,,
                 Jersey City, NJ 07306-2314
516647956      +Watford City Town Center,    PO Box 2499,    Watford City, ND 58854-6000
516889927      +Wells Fargo Bank, N.A. as Trustee,    for Carrington Mortgage,     1600 S. Douglass Rd,
                 Anaheim, CA 92806-5948
516647957      +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 01 2019 00:40:37      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 01 2019 00:40:28      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: cio.bncmail@irs.gov Aug 01 2019 00:39:26
                 United States of America (Internal Revenue Service,     U.S. Attorney's Office,
                 970 Broad Street,    Suite 700,    Newark, NJ 07102-2535
517958864      +E-mail/Text: BKRMailOps@weltman.com Aug 01 2019 00:40:45      ACM MCC VI, LLC,
                 c/o Weltman, Weinberg & Reis Co. LPA,    323 W. Lakeside Ave. Ste. 200,
                 Cleveland, OH 44113-1009
516647927      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 01 2019 00:47:40      Capital One,
                 PO Box 71083,    Charlotte, NC 28272-1083
516760220       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 01 2019 00:46:44
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
516659452       E-mail/Text: mrdiscen@discover.com Aug 01 2019 00:39:09      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
516647931      +E-mail/Text: mrdiscen@discover.com Aug 01 2019 00:39:09      Discover Financial Services,
                 PO Box 6103,   Carol Stream, IL 60197-6103
516647936      +E-mail/Text: ebn@rwjbh.org Aug 01 2019 00:41:15      Jersey City Medical Center,
                 355 Grand Street,    Jersey City, NJ 07302-4321
516647939       E-mail/Text: camanagement@mtb.com Aug 01 2019 00:39:46      M&T  Bank,    PO Box 62182,
                 Baltimore, MD 21264
516647942       E-mail/PDF: pa_dc_claims@navient.com Aug 01 2019 00:46:56      Navient,    PO Box 9533,
                 Wilkes Barre, PA 18773-9533
516655053      +E-mail/PDF: pa_dc_claims@navient.com Aug 01 2019 00:47:52      Navient Solutions, Inc.,
                 220 Lasley Ave,    Wilkes-Barre, PA 18706-1430
516812501      +E-mail/Text: bkrpt@retrievalmasters.com Aug 01 2019 00:40:27      RMCB Inc.,
                 4 Westchester Plaza,    Elmsford, NY 10523-3835
516647948      +E-mail/Text: bkrpt@retrievalmasters.com Aug 01 2019 00:40:27
                 Retrieval Masters Credit Bureau,    PO Box 1235,    Elmsford, NY 10523-0935
516682878      +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2019 00:48:21      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516647952      +E-mail/Text: BANKRUPTCYNOTICE@CSCINFO.COM Aug 01 2019 00:39:08      The Corporation Company,
                 2711 Centerville Road,    Unit 400,    Wilmington, DE 19808-1645
                                                                                              TOTAL: 16


               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Dist Dir of IRS,    Insolvency Function,    PO Box 724,
                 Springfield, NJ  07081-0724)
516662683*     +Department of Treasury,    Internal Revenue Service,    P O Box 7346,
                 Philadelphia, PA 19101-7346
516647935*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,     955 S. Springfield Avenue, Bldg A,
                 Springfield, NJ 07081)
516812503*     +Watford City Town Center,    PO Box 2499,    Watford City, ND 58854-6000
```

```
District/off: 0312-2           User: admin                Page 3 of 3                  Date Rcvd: Jul 31, 2019
                               Form ID: 147               Total Noticed: 88

516812478      ##+Amara Faulkner,    252 Duydam,   Jersey City, NJ 07304-3306
516812483      ##+Dakota Sanitation,    PO Box 2637,   Bismarck, ND 58502-2637
516647938      ##+Lisa Broderick,    2210 Beach Blvd,   Jacksonville Beach, FL 32250-2653
516812495      ##+Lisa Fennel,    104 Lafayette Street,   Jersey City, NJ 07304-3726
                                                                                              TOTALS: 0, * 4, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2019 at the address(es) listed below:
```
              Anna Landa    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington mortgage
               Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates cmartin@pralc.com,
               ecf6@ecf.courtdrive.com
              David Edelberg    on behalf of Debtor Dianna  Guadagnino dedelberg@cullenanddykman.com,
               edelbergdr82964@notify.bestcase.com
              David Gerardi    on behalf of U.S. Trustee    U.S. Trustee david.gerardi@usdoj.gov
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Emmanuel J. Argentieri    on behalf of Creditor    M & T BANK, SUCCESSOR BY MERGER TO HUDSON CITY
               SAVINGS BANK bk@rgalegal.com
              Lauren Rebecca Jacoby    on behalf of Creditor    Navient Solutions, LLC
               lrjacoby@jacobylawonline.com
              Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing, LLC
               NJ_ECF_Notices@mccalla.com
              Nancy Isaacson    on behalf of Creditor    Liquidity Solutions nisaacson@greenbaumlaw.com
              Nancy Isaacson    on behalf of Transferee    Liberty Park Commons, LLC nisaacson@greenbaumlaw.com
              Nicholas Paul Edwards    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington
               mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates
               nedwards@shp-law.com,   amckenzie@huntonak.com;plozano@huntonak.com
              Ramanjit K. Chawla    on behalf of Creditor    State Of New Jersey
               ramanjit.chawla@dol.lps.state.nj.us
              Robert S. Roglieri    on behalf of Creditor    Donald V. Biase rroglieri@msbnj.com
              Scott D. Sherman    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington
               mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates
               ssherman@minionsherman.com
              Shoshana Schiff    on behalf of Creditor    Donald V. Biase sschiff@msbnj.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               MASTR Asset Backed Securities Trust 2006-AB1, Mortgage Pass-Through Certificates, Series
               2006-AB1 ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               MASTR Asset Backed Securities Trust 2006-AB1, Mortgage Pass-Through Certificates, Series
               2006-AB1 ecf@powerskirn.com
                                                                                               TOTAL: 18
```