Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−12951−RG
Chapter: 11
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dianna Guadagnino
   287 Communipaw Avenue
   Jersey City, NJ 07304

Social Security No.:
   xxx−xx−7859

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/8/19 at 10:00 AM

to consider and act upon the following:

*187* − Motion to Modify Claims and Reduce Claims and Expunge Claims and Object To Claims of various Filed by David Edelberg on behalf of Dianna Guadagnino. Hearing scheduled for 10/1/2019 at 10:00 AM at CMG − Courtroom 3, Trenton. (Attachments: # 1 Application # 2 Proposed Order # 3 Certificate of Service) INCORRECT HEARING DATE SET (Edelberg, David) Modified on 9/4/2019 (car).

Dated: 9/4/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court