Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−12951−RG
Chapter: 11
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dianna Guadagnino
   287 Communipaw Avenue
   Jersey City, NJ 07304

Social Security No.:
   xxx−xx−7859

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/12/19 at 10:00 AM

to consider and act upon the following:

*192* − Motion for Relief from Stay re: 194 Pine Street Jersey City, NJ 07304. Fee Amount $ 181. Filed by Denise E. Carlon on behalf of BANK OF AMERICA, N.A.. Hearing scheduled for 10/29/2019 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Certification # 2 Exhibit A − C # 3 Proposed Order # 4 Statement as to Why No Brief is Necessary # 5 Certificate of Service) (Carlon, Denise)

Dated: 10/24/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court