UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(a)

**CULLEN AND DYKMAN LLP**
433 Hackensack Avenue
Hackensack, NJ 07601
Tel: (201) 488-1300
Fax: (201) 488-6541
David Edelberg, Esq.
dedelberg@cullenanddykman.com
*Counsel to Dianna Guadagnino*

FILED
JEANNE A. NAUGHTON, CLERK
OCT 24 2019
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

In Re:

DIANNA GUADAGNINO

           Debtor.

Chapter 11

Case No.: 17-12951(RG)
Judge: Rosemary Gambardella

Hearing Date: October 8, 2019
@ 10:00 a.m.

## ORDER GRANTING DEBTOR'S CLAIM OBJECTION SEEKING TO DISALLOW, EXPUNGE AND/OR REDUCE CLAIMS

The relief set forth on the following page, numbered two (2) through three (3), is hereby **ORDERED.**

_____
Rosemary Gambardella, USBJ

10-24-19

Page | 2 of 3
Debtor: Dianna Guadagnino
Case No.: 17-12951(RG)

Upon consideration of the *Debtor's Application Seeking to Disallow, Expunge and/or Reduce Claims* (the "Claims Objection")[1], pursuant to section 502(b) of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 3007-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey (the "Local Rules"), seeking entry of an Order disallowing, expunging and/or reducing the claims of the United States of America, Internal Revenue Service ("IRS"), and the claim of the State of New Jersey, Division of Taxation ("New Jersey"), seeking to expunge the claim of Marvin Goldstein, Esq. and reduce the claim of National Funding to the amount set forth in its filed claim, as more fully set forth in the Claims Objection; and the Court having jurisdiction to consider the Claims Objection and grant the relief requested in accordance with 28 U.S.C. §§ 157 and 1334; and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the above-captioned debtor and debtor-in-possession (the "Debtor") having provided due and proper notice of the Claims Objection and no further notice being necessary; and it appearing that the relief sought in the Claims Objection is in the best interests of the estate, creditors and all parties in interest; and that the legal and factual bases set forth in the Claims Objection establish just and sufficient cause for the relief requested therein;

**IT IS HEREBY ORDERED THAT:**

1. The claims on the attached exhibit are hereby expunged, reduced or modified as reflected in the column labeled "comments" on the far right hand side of the page.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the First Omnibus Claims Objection.

Page | 3 of 3
Debtor: Dianna Guadagnino
Case No.: 17-12951(RG)

2. All rights of the Debtor to object on any basis with respect to any and all claims are expressly reserved.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

F:\EDELBERG\Guadagnino Dianna\Pleadings\claims order 10.10.19.docx

# GUADAGNINO CLAIM OBJECTION

| Creditor Name and Address | Claim No. | Scheduled Claim | Proof of Claim Amount | Comments |
|---|---|---|---|---|
| **Secured:** | | | | |
| State of New Jersey Dept. of Treasury Division of Taxation PO Box 245 Trenton, NJ 08695-0245 | 5 | | $3,424.38 (Secured) | Paid in Full |
| **Priority:** | | | | |
| Navient PO Box 9533 Wilkes Barre, PA 18773-9533 | 1 | $10,000.00 | $9,053.69 | Reduce to scheduled amount of $9,053.60 |
| State of New Jersey Dept. of Treasury Division of Taxation PO Box 245 Trenton, NJ 08695-0245 | 6 | | 3597.00 priority | Allowed to be paid within 7 days hereof |
| Dept. of Treasury, IRS PO Box 7346 Philadelphia, PA 19101 | 3 | | $800.00 (priority) | Paid in Full |
| NYC Dept. of Finance Church Street Station P.O. Box 3600 New York, NY 10008 | | Unknown | — | 0.00—No money due per Debtor's records |
| State of North Dakota Sales Tax 600 East Boulevard Ave Bismarck, ND 58505 | | Unknown | — | 0.00—No money due per Debtor's records |
| **UNSECURED** | | | | |
| State of NJ Surcharge Violation PO Box 4850 Trenton, NJ 08650-4850 | 7 | | $500.00 unsecured | 0.00—Paid in Full |

| Creditor Name and Address | Claim No. | Scheduled Claim | Proof of Claim Amount | Comments |
|---|---|---|---|---|
| State of New Jersey Dept. of Treasury Division of Taxation PO Box 245 Trenton, NJ 08695-0245 | | | 655.04 unsecured | Allowed |
| Biase, Donald, Trustee for R. Schroeder McManiman, Scotland & Baumann, LLC 75 Livingston Ave Roseland, NJ 07068 Attn: Shoshana Schiff, Esq. | | $60,000.00 (disputed) | | 0.00 – No money due per Debtor's records. |
| Capital One PO Box 71083 Charlotte, NC 28272 | 8<br>9<br>10<br>11 | $2,183.36<br>$7,274.33<br>$2,165.57<br>$1,848.66 | $2,183.36<br>$7,087.23<br>$2,165.57<br>$1,796.66 | Reduce to amount of filed claims |
| Connell Foley 85 Livingston Ave. Roseland, NJ 07068 | 13 | $8,000.00 | $11,259.80 | $8,000.00—reduce to scheduled amount per Debtor's record |

| | | | | |
|---|---|---|---|---|
| Friedland, Norm 1 Valley Road Glen Cove, NY 11542 | | $95,000.00 | | $20,000 per agreement of the parties. |
| Jersey City Dept. Public Works 13-15 Linden Ave. Jersey City, NJ 07305 | | $2,000.00 | | 0.00—Paid in Full |
| Jersey City Fire Department 465 Marin Blvd. Jersey City, NJ 07302 | | $8,000.00 | | 0.00—Paid in Full |

2

| Creditor Name and Address | Claim No. | Scheduled Claim | Proof of Claim Amount | Comments |
|---|---|---|---|---|
| LaRusso, Anthony 500 Mt. Prospect Ave. Newark, NJ 07104 | | $2,500.00 (disputed) | | 0.00 – No money due per Debtor's records |
| Mohave Engineering PO Box 6547 Kingman, AZ 86402 | | unliquidated | | 0.00—No money due |
| RMCB Inc. 4 Westchester Plaza Elmsford, NY 10523 | | Unknown | | Expunge, no claim filed |
| Tenants: | | | | |

3

F:\EDELBERG\Guadagnino Dianna\Claim Objection Chart.10.10.19.docx