| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(a)<br><br>**CULLEN AND DYKMAN LLP**<br>433 Hackensack Avenue<br>Hackensack, NJ 07601<br>Tel: (201) 488-1300<br>Fax: (201) 488-6541<br>David Edelberg, Esq.<br>dedelberg@cullenanddykman.com<br>*Counsel to Dianna Guadagnino* |
|---|

FILED
JEANNE A. NAUGHTON, CLERK
OCT 2 4 2019
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

| In Re:<br><br>DIANNA GUADAGNINO<br><br>                Debtor. |
|---|

Chapter 11

Case No.: 17-12951(RG)

Judge: Rosemary Gambardella

Hearing Date: October 8, 2019
                 @ 10:00 a.m.

## ORDER GRANTING DEBTOR'S CLAIM OBJECTION SEEKING TO DISALLOW, EXPUNGE AND/OR REDUCE CLAIMS

The relief set forth on the following page, numbered two (2) through three (3), is hereby **ORDERED.**

10-24-19

_____
Rosemary Gambardella
U.S.B.J.

Page | 2 of 3
Debtor: Dianna Guadagnino
Case No.: 17-12951(RG)

Upon consideration of the *Debtor's Application Seeking to Disallow, Expunge and/or Reduce Claims* (the "Claims Objection")[1], pursuant to section 502(b) of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 3007-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey (the "Local Rules"), seeking entry of an Order disallowing, expunging and/or reducing the claims of the United States of America, Internal Revenue Service ("IRS"), and the claim of the State of New Jersey, Division of Taxation ("New Jersey"), seeking to expunge the claim of Marvin Goldstein, Esq. and reduce the claim of National Funding to the amount set forth in its filed claim, as more fully set forth in the Claims Objection; and the Court having jurisdiction to consider the Claims Objection and grant the relief requested in accordance with 28 U.S.C. §§ 157 and 1334; and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the above-captioned debtor and debtor-in-possession (the "Debtor") having provided due and proper notice of the Claims Objection and no further notice being necessary; and it appearing that the relief sought in the Claims Objection is in the best interests of the estate, creditors and all parties in interest; and that the legal and factual bases set forth in the Claims Objection establish just and sufficient cause for the relief requested therein;

**IT IS HEREBY ORDERED THAT:**

1.  The claims on the attached exhibit are hereby expunged, reduced or modified as reflected in the column labeled "comments" on the far right hand side of the page.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the First Omnibus Claims Objection.

Page | 3 of 3
Debtor: Dianna Guadagnino
Case No.: 17-12951(RG)

2. All rights of the Debtor to object on any basis with respect to any and all claims are expressly reserved.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

F:\EDELBERG\Guadagnino Dianna\Pleadings\claims order 10.10.19.docx

## GUADAGNINO CLAIM OBJECTION

| Creditor Name and Address | Claim No. | Scheduled Claim | Proof of Claim Amount | Comments |
|---|---|---|---|---|
| **Secured:** | | | | |
| State of New Jersey Dept. of Treasury Division of Taxation PO Box 245 Trenton, NJ 08695-0245 | 5 | | $3,424.38 (Secured) | Paid in Full |
| **Priority:** | | | | |
| Navient PO Box 9533 Wilkes Barre, PA 18773-9533 | 1 | $10,000.00 | $9,053.69 | Reduce to scheduled amount of $9,053.60 |
| State of New Jersey Dept. of Treasury Division of Taxation PO Box 245 Trenton, NJ 08695-0245 | 6 | | 3597.00 priority | Allowed to be paid within 7 days hereof |
| Dept. of Treasury, IRS PO Box 7346 Philadelphia, PA 19101 | 3 | | $800.00 (priority) | Paid in Full |
| NYC Dept. of Finance Church Street Station P.O. Box 3600 New York, NY 10008 | | Unknown | — | 0.00--No money due per Debtor's records |
| State of North Dakota Sales Tax 600 East Boulevard Ave Bismarck, ND 58505 | | Unknown | — | 0.00--No money due per Debtor's records |
| **UNSECURED** | | | | |
| State of NJ Surcharge Violation PO Box 4850 Trenton, NJ 08650-4850 | 7 | | $500.00 unsecured | 0.00--Paid in Full |

| Creditor Name and Address | Claim No. | Scheduled Claim | Proof of Claim Amount | Comments |
|---|---|---|---|---|
| State of New Jersey Dept. of Treasury Division of Taxation PO Box 245 Trenton, NJ 08695-0245 | | | 655.04 unsecured | Allowed |
| Biase, Donald, Trustee for R. Schroeder McManiman, Scotland & Baumann, LLC 75 Livingston Ave Roseland, NJ 07068 Attn: Shoshana Schiff, Esq. | | $60,000.00 (disputed) | | 0.00 – No money due per Debtor's records. |
| Capital One PO Box 71083 Charlotte, NC 28272 | 8 9 10 11 | $2,183.36 $7,274.33 $2,165.57 $1,848.66 | $2,183.36 $7,087.23 $2,165.57 $1,796.66 | Reduce to amount of filed claims |
| Connell Foley 85 Livingston Ave. Roseland, NJ 07068 | 13 | $8,000.00 | $11,259.80 | $8,000.00—reduce to scheduled amount per Debtor's record |
| Friedland, Norm 1 Valley Road Glen Cove, NY 11542 | | $95,000.00 | | $20,000 per agreement of the parties. |
| Jersey City Dept. Public Works 13-15 Linden Ave. Jersey City, NJ 07305 | | $2,000.00 | | 0.00—Paid in Full |
| Jersey City Fire Department 465 Marin Blvd. Jersey City, NJ 07302 | | $8,000.00 | | 0.00—Paid in Full |

2

Certificate of Notice    Page 6 of 7

| Creditor Name and Address | Claim No. | Scheduled Claim | Proof of Claim Amount | Comments |
|---|---|---|---|---|
| LaRusso, Anthony<br>500 Mt. Prospect Ave.<br>Newark, NJ 07104 | | $2,500.00 (disputed) | | 0.00 – No money due per Debtor's records |
| Mohave Engineering<br>PO Box 6547<br>Kingman, AZ 86402 | | unliquidated | | 0.00—No money due |
| RMCB Inc.<br>4 Westchester Plaza<br>Elmsford, NY 10523 | | Unknown | | Expunge, no claim filed |
| Tenants: | | | | |

3

F:\EDELBERG\Guadagnino Dianna\Claim Objection Chart.10.10.19.docx

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-12951-RG
Dianna Guadagnino                                                   Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1            Date Rcvd: Oct 25, 2019
                              Form ID: pdf903        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2019.
db             +Dianna Guadagnino,    287 Communipaw Avenue,    Jersey City, NJ 07304-4003
aty            +Cullen and Dykman LLP,    433 Hackensack Avenue,    Hackensack, NJ 07601-6452

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2019 at the address(es) listed below:
              Anna Landa    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington mortgage
               Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates cmartin@pralc.com,
               ecf6@ecf.courtdrive.com
              David Edelberg    on behalf of Debtor Dianna  Guadagnino dedelberg@cullenanddykman.com,
               edelbergdr82964@notify.bestcase.com
              David Gerardi    on behalf of U.S. Trustee    U.S. Trustee david.gerardi@usdoj.gov
              David L. Stevens    on behalf of Creditor Avram  Frisch dstevens@scuramealey.com,
               ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scur
               a.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
               eamonn.ohagan@usdoj.gov
              Emmanuel J. Argentieri    on behalf of Creditor    M & T BANK, SUCCESSOR BY MERGER TO HUDSON CITY
               SAVINGS BANK bk@rgalegal.com
              Lauren Rebecca Jacoby    on behalf of Creditor    Navient Solutions, LLC
               lrjacoby@jacobylawonline.com
              Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing, LLC
               NJ_ECF_Notices@mccalla.com
              Nancy Isaacson    on behalf of Creditor    Liquidity Solutions nisaacson@greenbaumlaw.com
              Nancy Isaacson    on behalf of Transferee    Liberty Park Commons, LLC nisaacson@greenbaumlaw.com
              Nicholas Paul Edwards    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington
               mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates
               nedwards@shp-law.com, amckenzie@huntonak.com;plozano@huntonak.com
              Ramanjit K. Chawla    on behalf of Creditor    State Of New Jersey
               ramanjit.chawla@dol.lps.state.nj.us
              Robert S. Roglieri    on behalf of Creditor    Donald V. Biase rroglieri@msbnj.com
              Scott D. Sherman    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington
               mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates
               ssherman@minionsherman.com
              Shoshana Schiff    on behalf of Creditor    Donald V. Biase sschiff@msbnj.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               MASTR Asset Backed Securities Trust 2006-AB1, Mortgage Pass-Through Certificates, Series
               2006-AB1 ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               MASTR Asset Backed Securities Trust 2006-AB1, Mortgage Pass-Through Certificates, Series
               2006-AB1 ecf@powerskirn.com
                                                                                             TOTAL: 19