| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in compliance with D.N.J. LBR 9004-1(b)<br><br>**CULLEN AND DYKMAN LLP**<br>433 Hackensack Avenue<br>Hackensack, NJ 07601<br>(201) 488-1300 (Tel)<br>(201) 488-6541 (Fax)<br>David Edelberg, Esq. (DE-6258)<br>Counsel to Dianna Guadagnino | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br>NOV 14 2019<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY _____ DEPUTY |
| In Re:<br><br>DIANNA GUADAGNINO,<br><br>                                Debtor. | Case No.:  17-12951(RG)<br><br>Hearing Date: November 12, 2019<br>                      @ 10:00 a.m.<br><br>Judge:  Rosemary Gambardella<br><br>Chapter:  11 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED.**

_____
Rosemary Gambardella, USBJ

11-14-19

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
| --- | --- | --- |
| Cullen and Dykman, LLP Attorneys | $80,438.00 | $1,524.62 |