UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Keri P. Ebeck, Esquire
Bar ID: 269092017
Bernstein and Burkley
707 Grant Street,
Gulf Tower Suite 2200
Pittsburgh, PA 15219
(412) 456-8112
C.241-5502

**Order Filed on November 14, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Dianna Guadagnino,

    Debtor.

Case No.: 17-12951-RG

Hearing Date: _____

Judge: Hon. Rosemary Gambardella

Chapter: 11

Recommended Local Form: ☐ Followed  ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 14, 2019**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the motion of _____Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates_____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒   Real property more fully described as:

252 Suydam Ave, Jersey City, New Jersey 07304

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐   Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Dianna Guadagnino  
    Debtor

Case No. 17-12951-RG  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                    Page 1 of 2                    Date Rcvd: Nov 14, 2019
                         Form ID: pdf903              Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2019.
db          +Dianna Guadagnino,    287 Communipaw Avenue,    Jersey City, NJ 07304-4003
aty         +Cullen and Dykman LLP,    433 Hackensack Avenue,    Hackensack, NJ 07601-6452

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2019 at the address(es) listed below:
          Anna Landa    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington mortgage
           Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates cmartin@pralc.com,
           ecf6@ecf.courtdrive.com
          David Edelberg    on behalf of Debtor Dianna  Guadagnino dedelberg@cullenanddykman.com,
           edelbergdr82964@notify.bestcase.com
          David Gerardi    on behalf of U.S. Trustee    U.S. Trustee david.gerardi@usdoj.gov
          David L. Stevens    on behalf of Creditor Avram  Frisch dstevens@scuramealey.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;lleon@scura.com
          Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
           eamonn.ohagan@usdoj.gov
          Emmanuel J. Argentieri    on behalf of Creditor    M & T BANK, SUCCESSOR BY MERGER TO HUDSON CITY
           SAVINGS BANK bk@rgalegal.com
          Keri P. Ebeck    on behalf of Creditor    Carrington Mortgage Services, LLC, the loan servicing
           agent for Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series
           2006-FRE1 Asset-Backed Pass-Through Certificates kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Lauren Rebecca Jacoby    on behalf of Creditor    Navient Solutions, LLC
           lrjacoby@jacobylawonline.com
          Melissa N. Licker    on behalf of Creditor    Specialized Loan Servicing, LLC
           NJ_ECF_Notices@mccalla.com
          Nancy Isaacson    on behalf of Creditor    Liquidity Soluntions nisaacson@greenbaumlaw.com
          Nancy Isaacson    on behalf of Transferee    Liberty Park Commons, LLC nisaacson@greenbaumlaw.com
          Nicholas Paul Edwards    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington
           mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates
           nedwards@shp-law.com,    amckenzie@huntonak.com;plozano@huntonak.com
          Ramanjit K. Chawla    on behalf of Creditor    State Of New Jersey
           ramanjit.chawla@dol.lps.state.nj.us
          Robert S. Roglieri    on behalf of Creditor    Donald V. Biase rroglieri@msbnj.com
          Scott D. Sherman    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington
           mortgage Loan Trust, Series 2006-FRE1 Asset-Backed Pass-Through Certificates
           ssbankruptcy@minionsherman.com
          Shoshana Schiff    on behalf of Creditor    Donald V. Biase sschiff@msbnj.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers    on behalf of Creditor    U.S. Bank National Association, as Trustee for
           MASTR Asset Backed Securities Trust 2006-AB1, Mortgage Pass-Through Certificates, Series
           2006-AB1 ecf@powerskirn.com

```
District/off: 0312-2              User: admin              Page 2 of 2              Date Rcvd: Nov 14, 2019
                                  Form ID: pdf903          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-AB1, Mortgage Pass-Through Certificates, Series 2006-AB1 ecf@powerskirn.com

                                                                                                                                                                       TOTAL: 20