UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
BANK OF AMERICA, N.A.

**Order Filed on December 9, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Dianna Guadagnino,

Debtor.

Case No.: 17-12951 RG

Adv. No.:

Hearing Date: 10/29/19 @ 10:00 a.m.

Judge: Rosemary Gambardella

# ORDER RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: December 9, 2019**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Dianna Guadagnino
Case No:  17-12951 RG
Caption of Order:  ORDER RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, BANK OF AMERICA, N.A., Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 194 Pine Street, Jersey City, NJ, 07304, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and David Edelberg, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of November 1, 2019, the loan is four months delinquent under the terms of the order dated April 14, 2019; and

It is further **ORDERED, ADJUDGED and DECREED** that the April 14, 2019 is hereby modified as follows: the maturity date is hereby extended by four months from February 1, 2049 to July 1, 2049 in order to account for the four missing payments; and

It is further **ORDERED, ADJUDGED and DECREED** that the payments shall resume December 1, 2019; and

It is further **ORDERED, ADJUDGED and DECREED** that no other terms of the April 14, 2019 payment have changed; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.